UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIAZ WHOLESALE & MANUFACTURING CO., INC. d/b/a DIAZ FOODS, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONG SHIM COMPANY, LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAM YANG (USA), INC.; PALDO COMPANY, LTD.; and KOREA YAKULTCO. LTD.,<br><br>Defendants. | Case No: C 14-00127 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William H. Orrick to consider whether it is related to <u>Fenerjian v. Nong Shim Co., Ltd., et al.</u>, C 13-04115 WHO.

IT IS SO ORDERED.

Dated: 1/16/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge