UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PITCO FOODS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NONG SHIM COMPANY, LTD., et al.,<br><br>    Defendants. | Case No. 13-cv-04148-WHO<br><br>**ORDER GRANTING MOTION TO RELATE AND CONSOLIDATE CASES**<br><br>Re: Dkt. No. 29 |

The court has been presented with an administrative motion seeking a determination that two cases pending before different Judges in this District are related to *PITCO Foods v. Nong Shim Co., Ltd., et al.*, now renamed *In Re Korean Ramen Direct Purchaser Antitrust Litig.*, N.D. Cal. Case No. C-13-04148-WHO:

    a. *California Market, LLC. a/k/a/ Gaju Market v. Nongshim Co., Ltd., et al.*, Case No. 14-cv-00335-DMR ("*California Market* Action") (filed Jan. 22, 2014); and

    b. *Seoul Shopping, Inc., et al. v. Nongshim Co., Ltd., et al.*, Case No. 14-cv-00352-JCS ("*Seoul Shopping* Action") (filed Jan. 22, 2014).

In addition, on January 23, 2014, this Court designated another recently filed direct purchaser action captioned *Diaz Wholesale & Manufacturing Co., Inc. d/b/a Diaz Foods v. Nong Shim Co., Ltd. et al.*, Case No. 14-cv-00127-WHO as a related case and thereby transferred that action to the docket of this Court.

After reviewing the papers and pleadings filed in connection with the Motion, as well as the dockets in the respective cases, the Court orders as follows:

    1. The Motion to relate cases is hereby GRANTED.

    2. Based on the criteria set forth in Civil L.R. 3-12(a), the following two cases are

related to *In Re Korean Ramen Direct Purchaser Antitrust Litig*, N.D. Cal. Case No. C-13-04148-WHO:

    a. *California Market, LLC. a/k/a/ Gaju Market v. Nongshim Co., Ltd., et al.,* Case No. 14-cv-00335-DMR ("*California Market* Action") (filed Jan. 22, 2014); and

    b. *Seoul Shopping, Inc., et al. v. Nongshim Co., Ltd., et al.*, Case No. 14-cv-00352-JCS ("*Seoul Shopping* Action") (filed Jan. 22, 2014).

The Clerk is directed to reassign the above-captioned cases to the Honorable William H. Orrick pursuant to Civil L.R. 3-12(f)(3). The Clerk is directed to notify the parties and the Judge in the said actions of this Related Case Order.

    It is further ordered that the *Seoul Shopping* Action, the *California Market* Action and the *Diaz* Action shall be consolidated in *In Re Korean Ramen Direct Purchaser Antitrust Litig*, N.D. Cal. Case No. C-13-04148-WHO.

**IT IS SO ORDERED**.

Dated: March 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge