1  SQUIRE PATTON BOGGS (US) LLP
   Mark C. Dosker (CA Bar No. 114789)
2  J.Brady Dugan (admitted *pro hac vice*)
   Anne Choi Goodwin (CA Bar No. 216244)
3  Kate E. Kim (admitted *pro hac vice*)
   275 Battery Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:   +1 415 954 0200
5  Facsimile:   +1 415 393 9887
   e-mail:      mark.dosker@squirepb.com
6  e-mail:      brady.dugan@squirepb.com
   e-mail:      anne.goodwin@squirepb.com
7  e-mail:      kate.kim@squirepb.com

8
   Attorneys for Defendants
9  NONGSHIM CO. LTD. and
   NONGSHIM AMERICA, INC.
10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15 | IN RE KOREAN RAMEN ANTITRUST | Case No. 3:13-cv-04115-WHO
   | LITIGATION
16 |
   |
17 |                              | NOTICE OF LAW FIRM
   |                              | NAME CHANGE
18 |
   |
19 | THIS DOCUMENT RELATES TO:
   |
20 | ALL ACTIONS

21

22

23

24

25

26

27

28

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that effective June 1, 2014 the name of the law firm Squire Sanders (US) LLP changed, and that its new name is Squire Patton Boggs (US) LLP.

Dated: June 2, 2014                     SQUIRE PATTON BOGGS (US) LLP

By: _____*/s/ Mark C. Dosker*_____
        Mark C. Dosker

Attorneys for Defendants
NONGSHIM CO. LTD. and
NONGSHIM AMERICA, INC.