1   [*SUBMITTING COUNSEL SHOWN ON
    SIGNATURE PAGES*]

2

3

4

5

6

7

8

9

10                      **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                         SAN FRANCISCO DIVISION

13

14   IN RE KOREAN RAMEN ANTITRUST          Case No.  3:13-cv-04115-WHO
     LITIGATION
15                                          **STIPULATION AND [Proposed] ORDER
16                                          REGARDING HEARING DATE,
                                            BRIEFING SCHEDULE, AND PAGE
17   THIS DOCUMENT RELATES TO:             LIMITS ON MOTIONS TO DISMISS
                                            THE TWO AMENDED
18   All Actions                           CONSOLIDATED COMPLAINTS**

19

20

21

22

23

24

25

26

27

28

All ten (10) Indirect Purchaser Plaintiffs in Consolidated Action Case No. 3:13-cv-04115-WHO and all nine (9) Direct Purchaser Plaintiffs in Consolidated Action Case No. 3:13-cv-04148-WHO by and through their respective counsel of record, and all seven (7) Defendants by and through their respective counsel of record, stipulate as follows:

WHEREAS, June 9, 2014 is the deadline for all Defendants to respond to the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint and to the Direct Purchaser Plaintiffs' Consolidated Amended Complaint;

WHEREAS, all Defendants state that they will be moving to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint;

WHEREAS, all Defendants state that they will be moving to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint;

WHEREAS, the respective counsel for all Defendants state that they have been working to prepare and submit to the extent possible combined briefing on the Defendants' motions to dismiss the two Consolidated Amended Complaints;

WHEREAS, the respective counsel for all Defendants state that they anticipate filing with the Court on June 9, 2014 an omnibus motion to dismiss both Consolidated Amended Complaints on grounds common to them both and common to all seven Defendants ("the Omnibus Dismissal Motion"), a motion to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint on grounds not common with the Direct Purchaser Plaintiffs' Consolidated Amended Complaint but common to all Defendants ("the Separate IPP Dismissal Motion") , and certain motions to dismiss the Consolidated Amended Complaints on grounds unique to each of two of the Defendants ('the Separate Motion of Samyang Foods Co. Ltd." and the "Separate Motion of Sam Yang (U.S.A.) Inc.");

WHEREAS, October 1, 2014 is the first of the Court's civil law and motion dates (taking into account the necessary 35 days' notice) upon which the Court's public calendar indicates the Court is not unavailable and upon which all parties' counsel are available (earlier dates being unavailable to various counsel due to previously set trials in other cases and previously set travel);

WHEREAS, the respective undersigned counsel for the parties have discussed the matters set forth herein and believe them to contribute significantly to judicial economy and to efficiency for the Court and the parties and their respective counsel;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE TO AN ORDER OF THE COURT AS FOLLOWS:

1. The hearing on the Defendants' Motions to Dismiss the two Consolidated Amended Complaints ("the Motions to Dismiss") shall be held October 1, 2014 at 2:00 p.m.

2. Oppositions to the Motions to Dismiss shall be filed on or before August 13, 2014.

3. Replies in support of the Motions to Dismiss shall be filed on or before September 17, 2014.

4. On the Omnibus Dismissal Motion, as defined in one of the recitals above, there will be a single memorandum in support of that motion the text of which shall not exceed 40 pages in length, there will be a single memorandum in opposition to that motion the text of which shall not exceed 40 pages in length, and there will be a single memorandum in reply in support of that motion the text of which shall not exceed 24 pages in length.

5. On the Separate IPP Dismissal Motion, as defined in one of the recitals above, there will be a single memorandum in support of that motion the text of which shall not exceed 15 pages in length, there will be a single memorandum in opposition to that motion the text of which shall not exceed 15 pages in length, and there will be a single memorandum in reply in support of that motion the text of which shall not exceed 9 pages in length.

6. On the Separate Motion of Samyang Foods Co. Ltd, as defined in one of the recitals above, there will be a single memorandum in support of that motion the text of which shall not exceed 10 pages in length, there will be a single memorandum in opposition to that motion the text of which shall not exceed 10 pages in length, and there will be a

-2-

1   single memorandum in reply in support of that motion the text of which shall not

2   exceed 6 pages in length.

3   7.      On the Separate Motion of Sam Yang (U.S.A.) Inc., as defined in one of the recitals

4   above, there will be a single memorandum in support of that motion the text of which

5   shall not exceed 10 pages in length, there will be a single memorandum in opposition

6   to that motion the text of which shall not exceed 10 pages in length, and there will be a

7   single memorandum in reply in support of that motion the text of which shall not

8   exceed 6 pages in length.

9

10  Dated:  June 2, 2014

11                                      HAUSFELD LLP

12                                      By:_____/s/ Christopher Lebsock_____

13                                      Christopher L. Lebsock
                                        44 Montgomery Street, Suite 3400
14                                      San Francisco, CA 94104
                                        Telephone: (415) 633-1949
15                                      Facsimile: (415) 693-0770
                                        E-mail: clebsock@hausfeldllp.com
16

17                                      GLANCY BINKOW AND GOLDBERG LLP
                                        Lee Albert
18                                      122 East 42nd Street Suite 2920
                                        New York, NY 10168
19                                      Telephone: (212) 682-5340
                                        Facsimile: (212) 884-0988
20                                      E-mail: lalbert@glancylaw.com
21
                                        Interim Lead Counsel for the Direct Purchaser Plaintiffs
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1    Dated:  June 2, 2014

2                                    IZARD NOBEL LLP

3                                    By:_____/s/ Jeffrey S. Nobel_____

4                                    Jeffrey S. Nobel
                                     29 South Main Street, Suite 305
5                                    West Hartford, CT 06107
                                     Telephone: (860) 493-6293
6                                    E-mail: jnobel@izardnobel.com

7                                    Interim Lead Counsel for the Indirect Purchaser
                                     Plaintiffs
8

9
     Dated:  June 2, 2014
10                                   SQUIRE PATTON BOGGS (US) LLP

11

12                                   By:_____/s/ Mark C. Dosker_____

13                                   Attorneys for Defendants
                                     Nongshim Co. Ltd. and Nongshim America, Inc.
14

15   Dated:  June 2, 2014

16                                   GIBSON, DUNN & CRUTCHER LLP

17                                   By:_____/s/ Joel S. Sanders_____

18                                   Attorneys for Defendants
                                     Ottogi Co. Ltd. and Ottogi America, Inc.
19

20   Dated:  June 2, 2014

21                                   STEPTOE & JOHNSON, LLP

22                                   By:_____/s/ Edward B. Schwartz_____

23                                   Attorneys for Defendants
                                     Korea Yakult Co. Ltd. and Paldo Co., Ltd.
24

25

26

27

28

Dated:  June 2, 2014

MAYER BROWN LLP

By:_____ */s/ Elizabeth Mann*___

Attorneys for Defendant
Samyang Foods Co. Ltd.

Dated:  June 2, 2014

LAW OFFICES OF MICHAEL K. SUH &
ASSOCIATES

By:_____ */s/ Edward Suh*_____

Attorneys for Defendant
Sam Yang (U.S.A.), Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __, 2014

_____
United States District Judge

-5-

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/  Mark C. Dosker

Mark C. Dosker

STIPULATION AND [PROPOSED] ORDER