| | |
|---|---|
| 1 | SQUIRE PATTON BOGGS (US) LLP |
| | Mark C. Dosker, CA Bar #114789 |
| 2 |   mark.dosker@squirepb.com |
| | J. Brady Dugan (admitted *pro hac vice*) |
| 3 |   brady.dugan@squirepb.com |
| | Anne Choi Goodwin, CA Bar #216244 |
| 4 |   anne.goodwin@squirepb.com |
| | Kate E. Kim (admitted *pro hac vice*) |
| 5 |   kate.kim@squirepb.com |
| | 275 Battery Street, Suite 2600 |
| 6 | San Francisco, California 94111 |
| | Telephone: (415) 954-0200 |
| 7 | Facsimile: (415) 393-9887 |
| 8 | Attorneys for Defendants |
| | NONGSHIM AMERICA, INC. and |
| 9 | NONGSHIM CO., LTD. |
| 10 | [*Counsel for the other Defendants shown following signature page*] |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION, | Case No. 3:13-cv-04115 WHO |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JOEL S. SANDERS IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |
| All Actions | |
| | Date:     October 1, 2014 |
| | Time:    2:00 p.m. |
| | Place:   Courtroom 2, 17th Floor |

# DECLARATION OF JOEL S. SANDERS
# IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

I, Joel S. Sanders, declare:

1. I am an attorney admitted to practice law in the State of California, and a Partner at Gibson, Dunn & Crutcher LLP. I am lead counsel for defendants Ottogi Company, Ltd. and Ottogi America, Inc. I have personal knowledge of the facts herein, and if called upon I could and would testify competently to these facts.

2. On February 3, 2014, I attended the hearing on Direct Purchaser Plaintiffs' Motions to Appoint Co-Lead Counsel in this litigation.

3. At that hearing, Barbara Hart of Lowey Dannenberg Cohen & Hart, P.C., an attorney for some of the Direct Purchaser Plaintiffs, distributed to the Court Reporter and all parties' counsel who appeared at the hearing a copy of a press release issued by the Korea Fair Trade Commission ("KFTC") in Korean and an English translation. A true and correct copy of the KFTC press release and its English translation is attached hereto as **Exhibit A**. A true and correct copy of the Transcript of Official Electronic Recorded Proceedings (Dkt. 35, Case No. 13-cv-04148) ("Transcript") on February 3, 2014, is attached hereto as **Exhibit B**. Ms. Hart read into the record of the hearing relevant portions of the English translation of the KFTC press release and stated that the KFTC posted the press release on its website. [Exh. A (Translation), Exh. B (Transcript) at pp. 16-17.]

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2014 in San Francisco, California.

Joel S. Sanders

SUBMITTED BY:

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | SQUIRE PATTON BOGGS (US) LLP |
| By: */s/ Joel S. Sanders*_____ | By: */s/ Mark C. Dosker*_____ |
| Joel S. Sanders, CA Bar #107234<br>  JSanders@gibsondunn.com<br>Lindsey Blenkhorn Haswell, CA Bar #227484<br>  Lblenkhorn@gibsondunn.com<br>Minae Yu, SBN 268814<br>  MYu@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8458<br>Attorneys for Defendants<br>OTTOGI AMERICA, INC. and<br>OTTOGI COMPANY, LTD. | Mark C. Dosker, CA Bar #114789<br>  mark.dosker@squirepb.com<br>J. Brady Dugan (admitted *pro hac vice*)<br>  brady.dugan@squirepb.com<br>Anne Choi Goodwin, CA Bar #216244<br>  anne.goodwin@squirepb.com<br>Kate E. Kim (admitted *pro hac vice*)<br>  kate.kim@squirepb.com<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>Attorneys for Defendants<br>NONGSHIM AMERICA, INC. and<br>NONGSHIM CO., LTD. |
| STEPTOE & JOHNSON LLP | LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES |
| By: */s/ Edward B. Schwartz*_____ | By: */s/ Edward W. Suh*_____ |
| Edward B. Schwartz (admitted *pro hac vice*)<br>  eschwartz@steptoe.com<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 429-6220<br>Facsimile: (202) 429-3902<br><br>Seong H. Kim, CA Bar #166604<br>  skim@steptoe.com<br>Matthew D. Taggart, CA Bar #227482<br>  mtaggart@steptoe.com<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 734-3254<br>Facsimile: (310) 734-3000<br>Attorneys for Defendants<br>PALDO CO., LTD. and<br>KOREA YAKULT CO., LTD. | Michael K. Suh, CA Bar #213855<br>  Michael@suhnassoclaw.com<br>Edward W. Suh, CA Bar #265356<br>  Edward@suhnassoclaw.com<br>3810 Wilshire Boulevard, Suite 1212<br>Los Angeles, California 90010<br>Telephone: (213) 385-7347<br>Facsimile: (213) 383-3323<br>Attorneys for Defendant<br>SAM YANG (U.S.A.), INC. |
| | MAYER BROWN LLP |
| | By: */s/ Elizabeth Mann*_____ |
| | Elizabeth Mann CA Bar #106524<br>  Emann@mayerbrown.com<br>350 South Grand Avenue<br>Los Angeles, California 90071-1503<br>Telephone: (213) 229-9574<br>Facsimile: (213) 625-0248<br>Attorneys for Defendant<br>SAMYANG FOODS CO., LTD. |

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                          */s/ Mark C. Dosker*
                                                            Mark C. Dosker