United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EL JAROCHO, INC.,<br>   Plaintiff,<br> v.<br>NONG SHIM COMPANY, LTD, et al.,<br>   Defendants. | Case No. 13-cv-05600-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal (Doc. 14 in Case No. 3:14cv5600-WHO), **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close Case No. 3:13cv5600-WHO and shall remove this case as a member case of the consolidated case (Case No. 3:13cv4115-WHO).

Dated: June 23, 2014

_____
WILLIAM H. ORRICK
United States District Judge