UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION | Case No. 13-cv-04115-WHO |

*This document relates only to:*

| | |
|---|---|
| DIAZ WHOLESALE & MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> NONG SHIM COMPANY, LTD, et al., <br><br> Defendants. | Case No.  14-cv-00127-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal (Doc. 14 in Case No. 3:14cv127-WHO), **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close Case No. 3:14cv127-WHO and shall remove this case as a member case of the consolidated case (Case No. 3:13cv4115-WHO).

Dated: June 23, 2014

WILLIAM H. ORRICK
United States District Judge