Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
aplutzik@bramsonplutzik.com

*Interim Liaison Counsel for the Indirect Purchaser Plaintiffs*

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:  415-633-1908
clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION AND ORDER RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. William H. Orrick |

**STIPULATION AND ORDER  RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**
72060

## STIPULATION

All ten (10) Indirect Purchaser Plaintiffs in Consolidated Action Case no. 3:13-cv-04115-WHO the "Indirect Purchaser Action"), all nine (9) Direct Purchaser Plaintiffs in Consolidated Action Case No. 3:13-cv-04148-WHO (the "Direct Purchaser Action"), by and through their respective counsel of record, and all seven (7) Defendants by and through their respective counsel of record, stipulate as follows:

WHEREAS, this Court, on November 4, 2014, issued an Order (the "Order") granting in part and denying in part Defendants' Motions to Dismiss the Consolidated Amended Complaints filed in the Indirect Purchaser Action and the Direct Purchaser Action (collectively, the "Actions");

WHEREAS, in its Order, the Court set a Case Management Conference in the Actions ("CMC") for November 25, 2014, at 2:00 p.m.;

WHEREAS, the November 25 date, which falls during the week of Thanksgiving, conflicts with prior commitments of both Plaintiffs' and Defendants' counsel in the Actions; and

WHEREAS, both Plaintiffs and Defendants in the Actions (the "Parties") wish to continue the Case Management to an early date convenient to all counsel and the Court;

WHEREAS, all parties wish to avoid doubt about the application of Rule 12(a)(4)(A) to the various Defendants' schedule for answering or otherwise responding to either of the previously-filed consolidated complaints in view of the Order, and to improve judicial economy and effective case management;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval of the Court, that:

1.   the Case Management Conference heretofore scheduled for November 25, 2014, at 2:00 p.m., be continued to December 16, 2014, at 2:00 p.m., at the United States Courthouse, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102;

2.   the Parties shall file a Joint Case Management Conference Statement no later than December 9, 2014; and

STIPULATION AND ORDER  RE SCHEDULING OF CASE MANAGEMENT CONFERENCE
72060

1

3. Defendants that were dismissed from the Amended Complaints [Dkt. Nos. 61 and 62] ("Amended Complaints") pursuant to the Court's November 4, 2014 order need not respond to the Amended Complaints. Defendants that were not dismissed pursuant to the Court's November 4, 2014 Order need not answer the Amended Complaints before the Case Management Conference, and the topic of deadlines for responding to the then-operative complaints will be addressed in the Joint Case Management Statement and at the Case Management Conference

IT IS SO STIPULATED.

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' STATE LAW CLAIMS UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES

2

| | | |
|---|---|---|
| 1 | DATED:  November 14,  2014 | _____/s/_____Alan R. Plutzik_____ |
| 2 | | Alan R. Plutzik (State Bar No. 77785) |
| | | BRAMSON, PLUTZIK, MAHLER |
| 3 | | & BIRKHAEUSER LLP |
| | | 2125 Oak Grove Road |
| 4 | | Walnut Creek, CA 94598 |
| | | Telephone: (925) 945-0200 |
| 5 | | Facsimile: (925) 945-8792 |
| | | aplutzik@bramsonplutzik.com |

*Interim Liaison Counsel For the Indirect Purchaser Plaintiffs*

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

November 14, 2014                                 _____/s/_ Christopher L. Lebsock_____
Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:  415-633-1908
clebsock@hausfeldllp.com

Lee Albert (pro hac to be filed)
Gregory B. Linkh (pro hac to be filed)
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
TEL: (212) 682-5340
EMAIL: lalbert@glancylaw.com
             glinkh@glancylaw.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

---

**STIPULATION AND ORDER  RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**
72060

3

1
2      DATED:  November 14, 2014                    _____/s/ Mark C. Dosker_____
3                                                   Mark C. Dosker (State Bar No. 114789)
                                                    J. Brady Dugan (admitted *pro hac vice)*
4                                                   Anne C. Goodwin (State Bar No. 216244)
                                                    Kate E. Kim (admitted *pro hac vice*)
5                                                   SQUIRE PATTON BOGGS (US) LLP
                                                    275 Battery Street, Suite 2600
6                                                   San Francisco, CA  94111
7                                                   Telephone:  (415) 954-0200
                                                    Facsimile:  (415) 393-9887
8                                                   Mark.dosker@squirepb.com
                                                    Brady.dugan@squirepb.com
9                                                   Anne.goodwin@squirepb.com
                                                    Kate.kim@squirepb.com
10
11                                                  *Attorneys for Defendants Nongshim America, Inc.,
                                                    and Nongshim Co., Ltd.*
12

13
14     DATED:  November 14, 2014                    _____/s/ Joel S. Sanders_____
                                                    Joel S. Sanders (State Bar No. 107234)
15                                                  Lindsey E. Haswell (State Bar No. 227484)
                                                    Minae Yu (State Bar No. 268814)
16                                                  GIBSON, DUNN & CRUTCHER, LLP
                                                    555 Mission Street, Suite 3000
17                                                  San Francisco, CA  94105-2933
                                                    Telephone:  (415) 393-8200
18                                                  Facsimile:  (415) 393-8206
                                                    jsanders@gibsondunn.com
19                                                  lhaswell@gibsondunn.com
                                                    my@gibsondunn.com
20

21                                                  *Attorneys for Defendants Ottogi America, Inc. and
                                                    Ottogi Company, Ltd.*
22

23

24

25

26

27

28
**STIPULATION AND [PROPOSED] ORDER  RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**
72060

4

1  DATED:  November 14, 2014                     /s/ Elizabeth D. Mann
2                                                Elizabeth D. Mann (State Bar No. 106524)
                                                 MAYER BROWN, LLP
3                                                350 South Grand Avenue, 25tth Floor
                                                 Los Angeles, CA
4                                                Telephone:  (213) 229-9500
                                                 Facsimile:  (213) 625-0248
5                                                emann@mayerbrown.com

6                                                *Attorneys for Defendant SamYang Foods Company, Ltd.*

7

8  DATED:  November 14, 2014                     /s/ Edward W. Suh
                                                 Michael K. Suh (State Bar No. 213855)
9                                                Edward W. Suh (State Bar No. 265356)
                                                 LAW OFFICES OF MICHAEL K. SUH AND
10                                                 ASSOCIATES
                                                 3810 Wilshire Boulevard, Suite 1212
11                                               Los Angeles, CA  90010
                                                 Telephone:  (213-385-7347
12                                               Michael@suhnassoclaw.com
                                                 Edward@suhnassoclaw.com
13
                                                 *Attorneys for Defendant Sam Yang (U.S.A.), Inc.*
14

15 DATED:  November 14, 2014                     /s/ Edward B. Schwartz
                                                 Edward B. Schwartz
16                                               STEPTOE & JOHNSON, LLP
                                                 Edward B. Schwartz (admitted *pro hac vice*)
17                                               1330 Connecticut Avenue, N.W.
                                                 Washington, DC  20036
18                                               Telephone:  (202) 429-6220
                                                 Facsimile:  (202) 429-3902
19                                               eschwartz@steptoe.com
20
                                                 Seong H. Kim (State Bar No. 166604)
21                                               Matthew D. Taggart (State Bar No. 227482)
                                                 2121 Avenue of the Stars, Suite 2800
22                                               Los Angeles, CA  90067
                                                 Telephone:  (310) 734-3254
23                                               Facsimile:  (310) 734-3300
                                                 skim@steptoe.com
24                                               mtaggart@steptoe.com
25
                                                 *Attorneys for Defendants Paldo Co., Ltd., and Korea Yakult Co., Ltd.*
26

27

28
**STIPULATION AND ORDER  RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**
72060

5

ORDER

Pursuant to Stipulation, the Case Management Conference heretofore scheduled for November 25, 2014, at 2:00 p.m., shall be continued to December 16, 2014, at 2:00 p.m., at the United States Courthouse, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Parties shall file a Joint Case Management Conference Statement no later than December 9, 2014.  No Defendant's further response to any complaint presently on file is due before the Case Management Conference, and the topic of deadlines for responding to the then-operative complaints will be addressed in the Joint Case Management Statement and at the Case Management Conference.

IT IS SO ORDERED.

DATED:  November 17, 2014

_____
Hon. William H. Orrick
United States District Judge

**STIPULATION AND ORDER RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**
72060

6