Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
aplutzik@bramsonplutzik.com

*Interim Liaison Counsel for the Indirect Purchaser Plaintiffs*

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard (admitted pro hac vice)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT SAMYANG FOODS CO., LTD.'S MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

## STIPULATION

All fifteen Indirect Purchaser Plaintiffs (the "Indirect Purchaser Plaintiffs") and Defendant Samyang Foods Co., Ltd. ("Samyang"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Samyang has filed a Motion to Dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (the "Motion to Dismiss");

WHEREAS, the Motion to Dismiss is currently set for hearing on February 18, 2015;

WHEREAS, the Indirect Purchaser Plaintiffs' papers in opposition to the Motion to Dismiss is currently due on January 23, 2015;

WHEREAS, Defendants' reply papers in support of the Motion to Dismiss is currently due on January 30, 2015;

WHEREAS, the Indirect Purchaser Plaintiffs and Samyang wish to extend the briefing period for the Motion to Dismiss, so that the Indirect Purchaser Plaintiffs will have an additional week to complete their brief in opposition to the Motion to Dismiss and Samyang will have an additional week to file its reply brief in support of the Motion to Dismiss, and to continue the hearing date on the Motion to Dismiss,

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval of the Court, as follows:

1. The Indirect Purchaser Plaintiffs shall file their papers in opposition to the Motion to Dismiss on or before January 30, 2015;

2. Samyang shall file its reply papers in support of the Motion to Dismiss on or before February 13, 2015;

3. The hearing on the Motion to Dismiss shall be held in this Court on Wednesday, March 25, 2015, at 2:00 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  January 22, 2015 | _____/s/_____Alan R. Plutzik_____ |
| 2 | | Alan R. Plutzik (State Bar No. 77785) |
| | | BRAMSON, PLUTZIK, MAHLER |
| 3 | | & BIRKHAEUSER LLP |
| | | 2125 Oak Grove Road |
| 4 | | Walnut Creek, CA 94598 |
| | | Telephone: (925) 945-0200 |
| 5 | | Facsimile: (925) 945-8792 |
| 6 | | aplutzik@bramsonplutzik.com |

*Interim Liaison Counsel For the Indirect Purchaser Plaintiffs*

Mark P. Kindall (State Bar No. 138703)
Robert A. Izard *(admitted pro hac vice)*
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
mkindall@izardnobel.com
rizard@izardnobel.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

DATED:  January 22, 2014            _____/s/ Elizabeth D. Mann_____
Elizabeth D. Mann (State Bar No. 106524)
Justin Dickerson (State Bar No. 285041)
MAYER BROWN, LLP
350 South Grand Avenue, 25tth Floor
Los Angeles, CA
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248
emann@mayerbrown.com

*Attorneys for Defendant SamYang Foods Company, Ltd.*

---

STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT SAMYANG FOODS CO., LTD'S MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
72430

1         ORDER

2     Pursuant to Stipulation, IT IS SO ORDERED.

3

4  DATED: January 23, 2015                    _____
5                                                  Hon. William H. Orrick
                                                   United States District Judge