1

2

3

4

5

Lee Albert
Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
E-Mail: lalbert@glancylaw.com
E-Mail: glinkh@glancylaw.com

6

7

**Attorneys for Plaintiff The Plaza Company**

**(Additional Counsel Listed on Signature Page)**

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

IN RE KOREAN RAMEN ANTITRUST
LITIGATION,

THIS DOCUMENT RELATES TO:

All Actions

Case No. 3:13-cv-04115-WHO-DMR

**STIPULATION AND [PROPOSED]
ORDER**

19

20

21

22

23

24

25

26

27

28

WHEREAS, the Court has issued a Confidentiality Protective Order on March 24, 2015 (Dkt
No. 161) pursuant to the parties' Stipulation;

WHEREAS, Plaintiffs have served on Defendants and on non-parties, and Defendants may
serve on Plaintiffs (therefore including their co-counsel in Korea) and on non-parties, various
Requests for the Production of Documents and other discovery demands that concern documents
located in the Republic of Korea;

WHEREAS, Korea's Personal Information Protection Act ("PIPA") and related statutes
including pertinent sections of the Korean Criminal Code (collectively, the "Data Privacy Laws")
protect against the disclosure of certain personal information;

1    WHEREAS, Article 2, Section 1 of PIPA defines "personal information" as "information

2  pertaining to any living person that makes it possible to identify such individual by his/her name

3  and resident registration number, image, etc.";

4    WHEREAS, Article 15, Section 2, PIPA, in combination with Article 20, Korean Criminal

5  Code and the decision of the Korean Supreme Court, *2007Do6243; issued December 25,*

6  *2009*), allows collection and use of such information "[w]here special provisions exist in laws or it

7  is unavoidable so as to observe legal obligations" and where a party incurs the risk of Court ordered

8  sanctions if it fails to comply with a Court Order specifying the production of documents or other

9  information located in Korea and covered by the Data Privacy Laws;

10    WHEREAS, the parties agree that certain information subject to the Data Privacy Laws may

11  be relevant to the subject matter of this litigation;

12    WHEREAS, the parties desire to resolve issues and concerns relative to compliance with the

13  Data Privacy Laws by this Stipulation and Order, but do not by this stipulation intend to address or

14  resolve any other objection any party or non-party may have to producing information  sought in

15  this litigation, all such objections being expressly preserved;

16    NOW THEREFORE, it is hereby STIPULATED, by and between the undersigned counsel

17  for the parties, subject to Order of the Court, as follows:

18    To the extent that any party or non-party produces information to any party in this litigation

19  and such information is covered by the Data Privacy Laws, this Court Orders that such information

20  be produced subject to the Stipulated Confidentiality Protective Order (Dkt. No. 161) on file in this

21  litigation.

22

23  DATED: May 6, 2015                    /s/ *Lee Albert*
                                       Lee Albert
24                                     GLANCY PRONGAY & MURRAY LLP

25                                     Christopher L. Lebsock
26                                     HAUSFELD LLP

27                                     *Interim Lead Counsel for the Direct Purchaser*
                                       *Plaintiffs*
28

1

2    DATED: May 6, 2015                              /s/ *Robert A. Izard*

3                                          Robert A. Izard
                                           IZARD NOBEL LLP

4
                                           *Interim Lead Counsel for the Indirect Purchaser*
5                                          *Plaintiffs*

6

7    DATED: May 6, 2015                              /s/ *Mark C. Dosker*

8                                          Mark C. Dosker
                                           SQUIRE PATTON BOGGS (US) LLP

9
                                           *Attorneys for Defendants*
10                                         *Nongshim Co. Ltd. and Nongshim America, Inc.*

11

12

13   DATED: May 6, 2015                              /s/ *Joel S. Sanders*

                                           Joel S. Sanders
14                                         GIBSON, DUNN & CRUTCHER LLP

15                                         *Attorneys for Defendants*
                                           *Ottogi Co. Ltd. and Ottogi America, Inc.*
16

17

18   DATED: May 6, 2015                              /s/ *Elizabeth Mann*
                                           Elizabeth Mann
19                                         MAYER BROWN LLP

20                                         *Attorneys for Defendant*
                                           *Samyang Foods Co., Ltd.*
21

22

23

24

25

26

27

28

3

1

**[~~PROPOSED~~] ORDER**

2      When any party or non-party produces information in this litigation that is covered by the

3  Data Privacy Laws (including but not limited to the production of documents or electronically stored

4  information as those terms are used in Federal Rules of Civil Procedure

5  34(a)(1)(A) and/or 45, responses to Interrogatories and responses to questions posed at a

6  Deposition), this Court Orders, notwithstanding any provision of the Data Privacy Laws to the

7  contrary, that such information be produced to the requesting party for use in this litigation, provided

8  however that any such production shall be subject to the terms of the Stipulated Confidentiality

9  Protective Order (Dkt. No. 161) on file in this litigation.

10

11  DATED: _May 7, 2015_____        _____

12                                                        United States District/Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28