UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: KOREAN RAMEN INDIRECT ANTITRUST LITIGATION** | Case No.  13-cv-04115-WHO   (DMR) <br><br> **ORDER SETTING DISCOVERY STATUS CONFERENCE FOR AUGUST 4, 2015** <br><br> Re: Dkt. Nos. 175, 176 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' letters regarding discovery.  [Docket Nos. 175, 176.] You are hereby notified that a discovery status conference is set for **August 4, 2015 at 1:00 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

By **July 28, 2015**, the parties shall file a **detailed** joint discovery status statement that sets forth the following: (1) the status of all discovery protocols, including the ESI protocol; (2) a description of the discovery that has taken place to date; (3) a description of the additional discovery that remains to be taken; (4) a proposed schedule for completing the remaining discovery; and (5) a description of the anticipated areas of dispute, as well as a summary of each party's position on each dispute.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
Donna M. Ryu
United States Magistrate Judge