UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Ramen Litigation | Case No. 13-cv-04115-WHO   (DMR)  <br><br>**ORDER TO SHOW CAUSE** |

The undersigned held a discovery status conference on August 4, 2015.  Counsel for Defendant Samyang Foods Co. Ltd. failed to appear at the status conference.  By **August 6, 2015,** counsel for Samyang shall respond to this order to show cause to explain counsel's failure to appear.

**IT IS SO ORDERED.**

Dated: August 4, 2015

Donna M. Ryu  
United States Magistrate Judge