UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Korean Ramen Antitrust Litigation | Case No. 13-cv-04115-WHO  (DMR) |
| | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 189 |

Counsel for Defendant Samyang Foods Co. Ltd. has responded to the court's Order to Show Cause. *See* Docket Nos. 186, 189. The Order to Show Cause is therefore **discharged.**

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
Donna M. Ryu
United States Magistrate Judge