[*SUBMITTING COUNSEL SHOWN ON SIGNATURE PAGES*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION | Case No.  3:13-cv-04115-WHO-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CUSTODIAN AND SEARCH TERM MEET AND CONFER** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

WHEREAS, on September 2, 2015 the Parties submitted a stipulation and proposed order regarding the deadline to complete meeting and conferring regarding search terms and custodians to be searched (Doc. No. 201) seeking to move the deadline to file a joint letter with the Court regarding any unresolved issues by September 9, 2015;

WHEREAS, on September 2, 2015 the Court approved the parties' stipulation, entering an order setting September 9, 2015 as the date by which the Parties were to submit a joint letter to the Court addressing any unresolved issues regarding search terms and custodians to be searched;

WHEREAS, the Parties are continuing to meet and confer regarding the search terms and proposed custodians;

WHEREAS, the Parties believe that further meet and confer efforts will be useful in eliminating (or at least narrowing) any disputes on these issues;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE TO AN ORDER OF THE COURT AS FOLLOWS:

1. The Parties agree to continue to meet and confer regarding search terms and custodians to be searched through September 16, 2015.

2. As meet and confer discussions have progressed, the Parties are also cognizant of factors that bear on the meet and confer process. Rather than burdening the Court with a stipulation and a proposed order on a weekly basis, the Parties agree to continue with their good faith efforts to finalize search terms and custodians to be searched and will promptly submit a joint discovery letter in accordance with this Court's Standing Order if an impasse is reached.

*Signatures of Submitting Parties on the Following Page*

| | | |
|---|---|---|
| 1 | Dated:  September 9, 2015 | HAUSFELD LLP |
| 2 | | By:  /s/ Christopher L. Lebsock |
| 3 | | Christopher L. Lebsock |
| 4 | | 600 Montgomery Street<br>Suite 3200 |
| 5 | | San Francisco, CA 94111<br>Telephone: (415) 633-1949 |
| 6 | | Facsimile: (415) 693-0770<br>E-mail: clebsock@hausfeldllp.com |
| 7 | | |
| 8 | | GLANCY PRONGAY AND MURRAY LLP |
| 9 | | Lee Albert<br>122 East 42nd Street Suite 2920 |
| 10 | | New York, NY 10168<br>Telephone: (212) 682-5340 |
| 11 | | Facsimile: (212) 884-0988<br>E-mail: lalbert@glancylaw.com |
| 12 | | |
| 13 | | Interim Lead Counsel for the Direct Purchaser Plaintiffs |
| 14 | Dated:  September 9, 2015 | IZARD NOBEL LLP |
| 15 | | By:  /s/ Jeffrey S. Nobel |
| 16 | | Jeffrey S. Nobel |
| 17 | | 29 South Main Street, Suite 305<br>West Hartford, CT 06107 |
| 18 | | Telephone: (860) 493-6293<br>E-mail: jnobel@izardnobel.com |
| 19 | | |
| 20 | | Interim Lead Counsel for the Indirect Purchaser Plaintiffs |
| 21 | Dated:  September 9, 2015 | SQUIRE PATTON BOGGS (US) LLP |
| 22 | | |
| 23 | | By: /s/ Anne Choi Goodwin |
| 24 | | Anne Choi Goodwin<br>Attorneys for Defendants<br>Nongshim Co. Ltd. and Nongshim America, Inc. |

1   Dated: September 9, 2015                      GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Minae Yu*

Minae Yu
Attorneys for Defendants
Ottogi Co. Ltd. and Ottogi America, Inc.

**ORDER**

The parties shall file a joint discovery letter by September 30, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*IT IS SO ORDERED AS MODIFIED*

Dated: September 10, 2015

_____
United States Magistrate Judge Donna M. Ryu