Alan R. Plutzik (State Bar No. 77785)
BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
aplutzik@bramsonplutzik.com

*Interim Liaison Counsel for the Indirect Purchaser Plaintiffs*

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, California 94104
Telephone:  415-633-1908
clebsock@hausfeld.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON VARIOUS MOTIONS [L.R. 6-2]**<br><br>Judge:  Hon. William H. Orrick |

**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON VARIOUS MOTIONS**

**STIPULATION**

The Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") in the above-captioned consolidated action (the "Action"), as well as all Defendants remaining in the Action, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on September 21, 2015, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs each submitted a Notice of Motion and Motion for Preliminary Approval of Class Action Settlement with Defendant Samyang Foods Co., Ltd. ("Samyang") along with accompanying documents. [Dkt. Nos. 205, 207];

WHEREAS, the issue on the Motions is whether the proposed settlements are within the range of possible approval such that they should be given further consideration and notice should be sent to the classes. Neither Plaintiffs nor Samyang expect that the motions for preliminary approval of the settlements will be opposed, except that the Nongshim and Ottogi Defendants will oppose the Motions to the extent a stay of discovery as to Samyang is sought that any party may assert applies to discovery from the Nongshim and Ottogi Defendants to Samyang as a party, propounded to Samyang before any final judgment is entered as to Samyang.  Samyang does not concede this interpretation of the stay provision contained in the Settlement Agreements but will address this position in its reply to any opposition(s) to the Motions;

WHEREAS, that same day, Samyang filed a motion for Settlement for Good Faith and Bar Order. [Dkt. Nos 206] (this motion, along with the two motions for preliminary approval of settlement are the "Motions");

WHEREAS, pursuant to Local Rule 7-3, the schedule regarding the Motions is that (1) any opposition is due on October 5, 2015, and (2) reply is due by October 12, 2015.  The hearing on the above Motions is scheduled for November 18, 2015 at 2:00 pm.; and

WHEREAS, the Settlement Agreement with Samyang provides for agreed-upon deposition discovery with Samyang once the settlement with Samyang is preliminarily approved. See Settlement Agreements at ¶ 21(b). Given that non-expert discovery closes on January 31, 2016, [Dkt No. 127], Plaintiffs wish to begin depositions on Samyang employees as soon as possible to meet this discovery deadline. If this hearing date is not moved up, Plaintiffs are concerned that it may complicate efforts

to complete discovery by the deadline.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval of the Court, that:

1. The briefing schedule will remain in place, whereby opposition to the above Motions, if any, is to be filed on or before October 5, 2015; and reply, if any, is due to be filed on October 12, 2015;

2. The hearing on the above Motions, originally scheduled for November 18, 2015, at 2:00 p.m., shall instead be heard on shortened time after the above-referenced briefing deadlines, subject to the availability of the Court;

3. Samyang will respond to the discovery already propounded on September 18, 2015 by the Nongshim and Ottogi Defendants, and Samyang will respond to the Nongshim and Ottogi Defendants' deposition scheduling request under Local Rule 30-1 before October 5, 2015; and

4. All parties to this Stipulation will consult with each other in advance about proposed deposition dates of Samyang employees or former employees.

IT IS SO STIPULATED.

DATED: September 29, 2015                /s/    *Alan R. Plutzik*
                                         Alan R. Plutzik (State Bar No. 77785)
                                         BRAMSON, PLUTZIK, MAHLER
                                         & BIRKHAEUSER LLP
                                         2125 Oak Grove Road
                                         Walnut Creek, CA 94598
                                         Telephone: (925) 945-0200
                                         Facsimile: (925) 945-8792
                                         aplutzik@bramsonplutzik.com

                                         *Interim Liaison Counsel For the Indirect Purchaser Plaintiffs*

                                         Mark P. Kindall (State Bar No. 138703)
                                         Robert A. Izard *(admitted pro hac vice)*
                                         IZARD NOBEL LLP
                                         29 South Main Street, Suite 305
                                         West Hartford, CT 06107
                                         Telephone: (860) 493-6292
                                         Facsimile: (860) 493-6290
                                         mkindall@izardnobel.com
                                         rizard@izardnobel.com

|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 |  | *Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |
| 3 |  |  |
| 4 | DATED:  September 29, 2015 | /s/ *Christopher L. Lebsock* |
|   |  | Christopher L. Lebsock (State Bar No. 184546) |
| 5 |  | HAUSFELD LLP |
|   |  | 600  Montgomery Street |
| 6 |  | Suite 3200 |
| 7 |  | San Francisco, California 94104 |
|   |  | Telephone:  415-633-1908 |
| 8 |  | Email: clebsock@hausfeld.com |
| 9 |  |  |
|   |  | Lee Albert (admitted *pro hac vice*) |
| 10 |  | Gregory B. Linkh (admitted *pro hac vice*) |
|   |  | GLANCY PRONGAY & MURRAY LLP |
| 11 |  | 122 East 42nd Street, Suite 2920 |
|   |  | New York, NY 10168 |
| 12 |  | TEL: (212) 682-5340 |
|   |  | EMAIL: lalbert@glancylaw.com |
| 13 |  |        glinkh@glancylaw.com |
| 14 |  |  |
|   |  | *Interim Lead Counsel for the Direct Purchaser Plaintiffs* |
| 15 |  |  |
| 16 |  |  |
| 17 | DATED:  September 29, 2015 | /s/ *Mark C. Dosker* |
|   |  | Mark C. Dosker (State Bar No. 114789) |
| 18 |  | Anne C. Goodwin (State Bar No. 216244) |
|   |  | Kate E. Kim (admitted *pro hac vice*) |
| 19 |  | SQUIRE PATTON BOGGS (US) LLP |
|   |  | 275 Battery Street, Suite 2600 |
| 20 |  | San Francisco, CA  94111 |
| 21 |  | Telephone:  (415) 954-0200 |
|   |  | Facsimile:  (415) 393-9887 |
| 22 |  | mark.dosker@squirepb.com |
|   |  | anne.goodwin@squirepb.com |
| 23 |  | ate.kim@squirepb.com |
| 24 |  |  |
|   |  | *Attorneys for Defendants Nongshim America, Inc., and Nongshim Co., Ltd.* |
| 25 |  |  |
| 26 |  |  |
|   | DATED:  September 29, 2015 | /s/      Joel S. Sanders |
| 27 |  | Joel S. Sanders (State Bar No. 107234) |
|   |  | Minae Yu (State Bar No. 268814) |
| 28 |  | GIBSON, DUNN & CRUTCHER, LLP |

**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON VARIOUS MOTIONS**                                   3

|   |   |
|---|---|
| 1 | 555 Mission Street, Suite 3000 |
| 2 | San Francisco, CA  94105-2933 |
|   | Telephone:  (415) 393-8200 |
| 3 | Facsimile:  (415) 393-8206 |
|   | jsanders@gibsondunn.com |
| 4 | lhaswell@gibsondunn.com |
|   | my@gibsondunn.com |

*Attorneys for Defendants Ottogi America, Inc. and Ottogi Company, Ltd.*

DATED:  September 29, 2015                    /s/     *Elizabeth D. Mann*

Elizabeth D. Mann (State Bar No. 106524)
MAYER BROWN, LLP
350 South Grand Avenue, 25tth Floor
Los Angeles, CA
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248
emann@mayerbrown.com

*Attorneys for Defendant SamYang Foods Company, Ltd.*

**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON VARIOUS MOTIONS**                4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Pursuant to Stipulation, the Motions originally scheduled for hearing on November 18, 2015, at 2:00 p.m., are now scheduled to be heard on November 3, 2015, at 3:00 p.m., at the United States Courthouse, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

DATED: September 29, 2015

_____
Hon. William H. Orrick
United States District Judge