UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FENERJIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NONG SHIM COMPANY, LTD, et al.,<br><br>　　　　Defendants. | Case No.   13-cv-04115-WHO   (DMR)<br><br>**RE DISCOVERY LETTER BRIEF**<br>Re: Dkt. Nos. 211, 215 |

On August 4, 2015, the court ordered the parties to meet and confer regarding search terms as well as Defendants' custodians. If the parties could not fully resolve their disputes on these two discrete topics, they were to file a joint discovery letter by no later than August 26, 2015. [Docket No. 187 at 2.] On August 21, 2015, the parties reported that they were engaged in useful meet and confer efforts, and sought an extension of the joint letter filing deadline to September 2, 2015, which the court granted. [Docket Nos. 197, 200.] The parties sought, and the court granted a further extension to September 9, 2015. [Docket No. 202.] However, the parties then proposed that they continue to meet and confer and simply submit a joint letter "if an impasse is reached." [Docket No. 204 at 3.] Although appreciative of the parties' cooperative efforts, the court imposed a September 30, 2015 joint letter filing deadline in light of the fast-approaching discovery cut-off set by Judge Orrick. [Docket No. 204.] The parties reached agreement on the search terms as of September 30, 2015. [Docket No. 211 at 2.] The parties reached agreement on Defendants' custodians as of October 6, 2015. [Docket No. 215.] Therefore, there are no remaining disputes subject to the court's September 30, 2015 joint letter deadline. Nevertheless, Plaintiffs used the court's September 30, 2015 joint discovery deadline as a vehicle for raising many other disputes without having engaged in the court's standard meet and confer process. [Docket No. 211.] The court denies Docket No. 211 without prejudice. The parties shall meet and confer on the disputes

1  raised in Docket No. 211, including Plaintiffs' custodians.  If the parties cannot informally resolve
2  all such disputes, they shall file a joint discovery letter on the remaining disputes raised in Docket
3  No. 211 by no later than October 27, 2015.
4  **IT IS SO ORDERED.**
5  Dated: October 13, 2015



_____
Donna M. Ryu
United States Magistrate Judge

2