UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN FENERJIAN, et al.,

    Plaintiffs,

v.

NONG SHIM COMPANY, LTD, et al.,

    Defendants.

Case No. 13-cv-04115-WHO   (DMR)

**ORDER RE MEET AND CONFER ON DISCOVERY DISPUTES**

Re: Dkt. No. 229, 241

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has set a hearing on the parties' joint letter [Docket No. 229] regarding their discovery dispute for December 17, 2015 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. Docket No. 235.

Lead counsel for the parties are ordered to appear at the hearing on December 17, 2015. Following the hearing, lead counsel shall meet and confer in the courthouse regarding their discovery disputes and any remaining disputes, and shall be prepared to devote the entire day, if necessary, to resolving the disputes.

**IT IS SO ORDERED.**

Dated: December 9, 2015

Donna M. Ryu
United States Magistrate Judge