Christopher L. Lebsock (SBN 184546)
Stephanie Y. Cho (SBN 291903)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
Email: clebsock@hausfeld.com
       scho@hausfeld.com

Lee Albert (*pro hac vice*)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
lalbert@glancylaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>-------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Actions | Civil Action No. C-13-04115-WHO<br><br>**[PROPOSED] ORDER GRANTING CHRISTOPHER LEBSOCK'S REQUEST TO BE PARTIALLY EXCUSED FROM THE COURT ORDERED MEET AND CONFER (DKT. 235)** |

1  On good cause shown, Mr. Lebsock is excused from attending the Court ordered meet
2  and confer session described in Order Re Meet and Confer on Discovery Disputes (Dkt. No. 235)
3  to the extent he is attending a hearing in *Hendricks v. Starkist Co.*, Case No. Case No. 13-cv-
4  00729-HSG ("*Hendricks*"). Mr. Lebsock shall return promptly to the meet and confer session
5  following the hearing in *Hendricks* in the event that the meet and confer session has not
6  adjourned.

7  IT IS SO ORDERED.

10  Signed: December 14, 2015



The Honorable Donna M. Ryu
United States Magistrate Judge

[PROPOSED] ORDER GRANTING CHRISTOPHER LEBSOCK'S REQUEST TO BE PARTIALLY EXCUSED FROM THE COURT ORDERED MEET AND CONFER (DKT. 235); CASE NO. 13-CV-4115-WHO         1