BRAMSON, PLUTZIK, MAHLER
 & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
aplutzik@bramsonplutzik.com
Michael S. Strimling (State Bar No. 96135)
Email:  mstrimling@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: KOREAN RAMEN ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil Action No. C-13-04115-WHO-DMR<br><br>**[PROPOSED]** **ORDER PERMITTING COUNSEL TO APPEAR TELEPHONICALLY AT JANUARY 14, 2016, HEARING**  (AS MODIFIED)<br><br>Before:  Hon. Donna Ryu, Magistrate Judge |

[PROPOSED] ORDER; CASE NO. 13-CV-04115-WHO-DMR

1   The Direct Purchaser Plaintiffs ("the DPPs") and the Indirect Purchaser Plaintiffs ("the IPPs") have requested the Court to allow Christopher Lebsock and Lee Albert, co-counsel for the DPPs, and Daniel Birkhaeuser, co-counsel for the IPPs, to appear telephonically via CourtCall at the hearing scheduled in this matter for tomorrow, January 14, 2016, at 11:00 a.m.

The DPPs and the IPPs have represented that Gregory Linkh, one of the counsel for the DPPs, and Alan Plutzik, one of the counsel for the IPPs, will be appearing live at that hearing.

The Court concludes that good cause supports the DPPs' and IPPs' request that Messrs. Lebsock, Albert and Birkhaeuser be permitted to appear at the January 14 hearing telephonically.

Accordingly, the Court GRANTS that request. Messrs. Lebsock, Albert and Birkhaeuser must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for

IT IS SO ORDERED.   Magistrate Judge Donna M. Ryu.

DATED: January 13, 2016         By: _____
                                    Hon. Donna Ryu
                                    United States Magistrate Judge

*[IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]*

[P~~ROPOSED~~] ORDER; CASE NO. 13-CV-04115-WHO-DMR

1