UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN FENERJIAN, et al.,

    Plaintiffs,

v.

NONG SHIM COMPANY, LTD, et al.,

    Defendants.

Case No. 13-cv-04115-WHO   (DMR)

**ORDER REQUESTING DECLARATIONS**

Re: Dkt. No. 297

The court is in receipt of the parties' joint discovery letter regarding the location of the certain Indirect Purchaser Plaintiffs'(IPP) depositions and the IPP custodian search terms. Docket No. 297.

By February 24, 2016, the Indirect Purchaser Plaintiffs who oppose appearing for their deposition in this district or in Los Angeles shall file declarations, without argument, setting forth the facts supporting their claim that they should not have to appear for deposition in the district in which they filed their lawsuit or in Los Angeles.

**IT IS SO ORDERED.**

Dated: February 18, 2016

Donna M. Ryu
United States Magistrate Judge