1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6

7   STEPHEN FENERJIAN, et al.,                Case No.  13-cv-04115-WHO   (DMR)

                   Plaintiffs,
8                                             **ORDER RE REQUEST FOR ISSUANCE**
           v.                                 **AND REISSUANCE OF LETTERS OF**
9                                             **REQUEST FOR INTERNATIONAL**
                                              **JUDICIAL ASSISTANCE**
10  NONG SHIM COMPANY, LTD, et al.,

                   Defendants.                Re: Dkt. No. 293
11

12          Before the court is the Direct Purchaser Plaintiffs' request for the reissuance of Orders

13  issuing Letters of Request for International Judicial Assistance to compel the testimony of former

14  Samyang Co., Ltd. employees (Samyang Letters Rogatory) and Orders issuing Letters of Request

15  for International Judicial Assistance to compel the testimony of former Nongshim Co., Ltd.

16  Employees (Nongshim Letters Rogatory).  Docket No. 293.  The court previously approved and

17  issued Samyang Letters Rogatory.  Docket No. 285.  DPPs request that the court approve modified

18  versions of the Samyang Letters Rogatory based on communication with the Korean National

19  Court Administration.  Docket No. 293 at 2.

20          In light of the parties' agreement as to the form and contents of the Letters Rogatory

21  [Docket No. 299], the court hereby approves the form of the draft Letters Rogatory filed as Docket

22  Nos. 293-1 and 293-2.  It is the parties' responsibility to comply with all procedural requirements

23  associated with the Letters Rogatory.  Plaintiffs shall provide certified Korean translations of the

24  Letters Rogatory and all necessary documents and shall follow the procedure set forth in their

25  letter [Docket No. 293].  Plaintiffs shall provide the court with the necessary materials

26  expeditiously.

27          **IT IS SO ORDERED.**

28  Dated: February 19, 2016



*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Donna M. Ryu
United States Magistrate Judge