UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FENERJIAN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>NONG SHIM COMPANY, LTD, et al.,<br><br>   Defendants. | Case No.  13-cv-04115-WHO   (DMR)<br><br>**ORDER REQUESTING MATERIALS FOR LETTERS ROGATORY**<br><br>Re: Dkt. Nos. 293, 300 |

On February 12, 2016, the Direct Purchaser Plaintiffs ("DPPs") requested that the court reissue Letters Rogatory for certain former employees of Samyang Co., Ltd. and issue Letters Rogatory for certain former employees of Nongshim Co., Ltd.  [Docket No. 293.]  Form Letters Rogatory, without witness names or addresses, were included with the request.  On February 19, 2016, the parties filed a stipulation approving the form and content of the proposed letters and the court issued an order approving the form of the draft Letters Rogatory and instructing the Plaintiffs to provide the court with the necessary materials expeditiously.  [Docket Nos. 299 and 300.]

The court has not received the materials.   Specifically, the court has not received the actual Letters Rogatory with the witness names and addresses or the materials for the Letters Rogatory packets.

**By March 7, 2016**, the DPPs shall provide the materials to the court or file a statement explaining the delay.

**IT IS SO ORDERED.**

Dated: March 3, 2016

Donna M. Ryu
United States Magistrate Judge