Lee Albert (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212- 682-5340
EMAIL:	lalbert@glancylaw.com
	glinkh@glancylaw.com

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
600  Montgomery Street, Suite 3200
San Francisco, California 94104
Telephone:  415-633-1908
Email:	clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Direct Purchaser Action | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION REGARDING CONTINUANCE OF HEARING OF MOTION TO WITHDRAW OF PLAINTIFF CALIFORNIA MARKET WITHOUT PREJUDICE, AND**<br><br>ORDER<br><br>Date: March 9, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Orrick |

The Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned consolidated action (the "Action"), and Defendants Nongshim Co. Ltd. Nongshim America, Inc., Ottogi Co. Ltd. and Ottogi America Inc. ("Defendants") by and through their respective counsel of record, stipulate as follows:

Recitals

1. WHEREAS, on January 22, 2016, Plaintiffs moved to withdraw, without prejudice, California Market, LLC d/b/a Gaju Market ("California Market").[Dkt. No. 287].

2. WHEREAS, on February 5, 2015, Defendants opposed this motion, and Defendants requested that such dismissal be conditioned on the Court ordering California Market to provide any outstanding document production [Dkt. 292].

3. WHEREAS, California Market has subsequently indicated that it has conducted a search for responsive documents and had not been able to locate any thus far.

4. WHEREAS, California Market states that its search for responsive documents is expected to be completed in the next two weeks.

5. WHEREAS, pursuant to Civil L.R. 6-1(a) and 7-7(b)(1), the parties have not previously stipulated to continue the hearing date, and the parties now wish to stipulate in writing to continue the hearing date.

1

STIPULATION REGARDING CONTINUANCE OF HEARING OF MOTION TO WITHDRAW PLAINTIFF CALIFORNIA MARKET WITHOUT PREJUDICE, 13CV4115-WHO

Stipulation

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree to continue the hearing in this matter until April 6, 2016.

2. Upon completion of the document search if any responsive documents are located, such documents will be produced on or before March 31, 2016.

3. If issues concerning California Market's document production are resolved informally, the parties will enter into an additional stipulation agreeing to dismiss California Market without prejudice.

IT IS SO STIPULATED.

STIPULATION REGARDING CONTINUANCE OF HEARING OF MOTION TO WITHDRAW PLAINTIFF CALIFORNIA MARKET WITHOUT PREJUDICE, 13CV4115-WHO

2

1  DATED: March 7, 2016

2
3                                                                    /s/ Gregory B. Linkh_____
                                                                     Lee Albert (admitted pro hac vice)
                                                                     Gregory B. Linkh (admitted pro hac vice)
4                                                                    GLANCY PRONGAY & MURRAY LLP
                                                                     122 East 42nd Street, Suite 2920
5                                                                    New York, NY 10168
                                                                     TEL: (212) 682-5340
6                                                                    lalbert@glancylaw.com
7                                                                    glinkh@glancylaw.com

8                                                                    Christopher L. Lebsock (State Bar No. 184546)
                                                                     HAUSFELD LLP
9                                                                    600 Montgomery Street
                                                                     Suite 3200
10                                                                   San Francisco, California 94104
                                                                     Telephone: 415-633-1908
11                                                                   clebsock@hausfeldllp.com
12
                                                                     *Interim Lead Counsel for the Direct Purchaser*
13                                                                   *Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING CONTINUANCE OF HEARING OF MOTION TO WITHDRAW PLAINTIFF CALIFORNIA          3
MARKET WITHOUT PREJUDICE, 13CV4115-WHO

1
2  DATED:  March  7, 2016					/s/ Mark C. Dosker
3							Mark C. Dosker (State Bar No. 114789)
							Anne C. Goodwin (State Bar No. 216244)
4							Kate E. Kim (admitted *pro hac vice*)
							SQUIRE PATTON BOGGS (US) LLP
5							275 Battery Street, Suite 2600
							San Francisco, CA  94111
6							Telephone:  (415) 954-0200
7							Facsimile:  (415) 393-9887
							mark.dosker@squirepb.com
8							anne.goodwin@squirepb.com
							kate.kim@squirepb.com
9
10							*Attorneys for Defendants Nongshim America, Inc., and Nongshim Co., Ltd.*
11
12  DATED:  March 7, 2016					/s/ Joel S. Sanders
							Joel S. Sanders (State Bar No. 107234)
13							Minae Yu (State Bar No. 268814)
							GIBSON, DUNN & CRUTCHER, LLP
14							555 Mission Street, Suite 3000
15							San Francisco, CA  94105-2933
							Telephone:  (415) 393-8200
16							Facsimile:  (415) 393-8206
							jsanders@gibsondunn.com
17							myu@gibsondunn.com
18
							*Attorneys for Defendants Ottogi America, Inc. and Ottogi Company, Ltd.*
19
20
21							ORDER
22
23  IT IS SO ORDERED.

24  Dated: March 7, 2016					_____
							William H. Orrick
25							United States District Judge
26
27
28
STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF CALIFORNIA MARKET WITHOUT PREJUDICE

4