Lee Albert (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212- 682-5340
EMAIL:          lalbert@glancylaw.com
                glinkh@glancylaw.com

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
600  Montgomery Street, Suite 3200
San Francisco, California 94104
Telephone:  415-633-1908
Email:          clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Direct Purchaser Action | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF SEOUL SHOPPING WITHOUT PREJUDICE, AND**<br><br>ORDER<br><br>Date: March 9, 2016<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Orrick |

1

2    The Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned consolidated action

3  (the "Action"), and Defendants Nongshim Co. Ltd. Nongshim America, Inc., Ottogi Co. Ltd. and

4  Ottogi America Inc. ("Defendants") by and through their respective counsel of record, stipulate as

5  follows:

6                                              Recitals

7        1.    WHEREAS, on January 22, 2016, Plaintiffs moved to withdraw, without prejudice,

8  Seoul Shopping Inc., Hansfoods I Corp., Hansfoods II Corp., and Met Foods Ridgefield Corp.

9  (collectively, "Seoul Shopping") [Dkt. No. 287].

10       2.    WHEREAS, on February 5, 2015, Defendants opposed this motion, and Defendants

11 requested that such dismissal be conditioned on the Court ordering Seoul Shopping to provide any

12 outstanding document production [Dkt. 292].

13       3.    WHEREAS, Seoul Shopping has subsequently indicated that, after a diligent effort,

14 Seoul Shopping has been unable to locate any such documents.

1

STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF SEOUL SHOPPING WITHOUT PREJUDICE,13CV4115 -WHO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Stipulation</u>

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.     The parties agree to Seoul Shopping being dismissed without prejudice.


 IT IS SO STIPULATED.

1    DATED: March 7, 2016

2
                                        _/s/ Gregory B. Linkh_____
3                                       Lee Albert (admitted pro hac vice)
                                        Gregory B. Linkh (admitted pro hac vice)
4                                       GLANCY PRONGAY & MURRAY LLP
                                        122 East 42nd Street, Suite 2920
5                                       New York, NY 10168
                                        TEL: (212) 682-5340
6                                       lalbert@glancylaw.com
                                        glinkh@glancylaw.com
7

8                                       Christopher L. Lebsock (State Bar No. 184546)
                                        HAUSFELD LLP
9                                       600 Montgomery Street
                                        Suite 3200
10                                      San Francisco, California 94104
                                        Telephone: 415-633-1908
11                                      clebsock@hausfeldllp.com

12
                                        *Interim Lead Counsel for the Direct Purchaser*
13                                      *Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF SEOUL SHOPPING WITHOUT PREJUDICE,13CV4115 -WHO      3

DATED:  March  7, 2016               /s/ Mark C. Dosker
Mark C. Dosker (State Bar No. 114789)
Anne C. Goodwin (State Bar No. 216244)
Kate E. Kim (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
mark.dosker@squirepb.com
anne.goodwin@squirepb.com
kate.kim@squirepb.com

*Attorneys for Defendants Nongshim America, Inc., and Nongshim Co., Ltd.*

DATED:  March 7, 2016               __/s/ Joel S. Sanders
Joel S. Sanders (State Bar No. 107234)
Minae Yu (State Bar No. 268814)
GIBSON, DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8206
jsanders@gibsondunn.com
myu@gibsondunn.com

*Attorneys for Defendants Ottogi America, Inc. and Ottogi Company, Ltd.*

ORDER

IT IS SO ORDERED

Dated: March 7, 2016

Hon. William H. Orrick