UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FENERJIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NONG SHIM COMPANY, LTD, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-04115-WHO   (DMR)<br><br>**ORDER RE LETTERS ROGATORY**<br><br>Re: Dkt. No. 300, 317 |

On April 21, 2016, the court received a letter from the National Court Administration for the Republic of Korea returning the Letters Rogatory to the former Nongshim and Samyang employees [Docket No. 317] for failing to comply with certain requirements of the Hague Convention.  The court attaches the letter from the National Court Administration as an exhibit to this order.  As the court previously stated, it is the parties' responsibility to comply with all procedural and substantive requirements associated with the Letters Rogatory.

If the Direct Purchaser Plaintiffs ("DPPs") wish to submit amended Letters Rogatory, they should file redacted versions of the revised Letters Rogatory, the stipulation with the parties' agreement to issuance of the revised Letters Rogatory and approval of the revised Letters Rogatory as to form, and should provide the court with all required materials, including the certified Korean translations, for the revised Letters Rogatory by April 28, 2016.  If the DPPs wish to submit a revised Letter Rogatory to the former Ottogi employee [Docket No. 338], they may also do so at this time.

**IT IS SO ORDERED.**

Dated: April 21, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge