Lee Albert (admitted *pro hac vice*)
Gregory B. Linkh (admitted *pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: 212- 682-5340
Email:         lalbert@glancylaw.com
                    glinkh@glancylaw.com

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
600  Montgomery Street, Suite 3200
San Francisco, California 94104
Telephone:  415-633-1908
Email:         clebsock@hausfeldllp.com

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs*

 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br><br>This Document Relates to:<br><br>Direct Purchaser Action | Case No. 3:13-cv-04115-WHO-DMR<br><br>**STIPULATION REGARDING ISSUANCE OF REVISED LETTERS ROGATORY**<br><br>[Proposed] ORDER<br><br><br>Judge: Honorable Donna M. Ryu |

The Direct Purchaser Plaintiffs ("Plaintiffs") in the above-captioned consolidated action (the "Action"), and Defendants Nongshim Co. Ltd. Nongshim America, Inc., Ottogi Co. Ltd. and Ottogi America Inc. ("Defendants") by and through their respective counsel of record, stipulate as follows:

Recitals

1. WHEREAS, in a letter dated April 11, 2016, the National Court Administration, Republic of Korea, stated that it was declining to serve the letters rogatory for certain procedural defects, but stated that it would allow revised letters rogatory that cured the defects.

2. WHEREAS on April 21, 2016, this Court issued an order stating that "If the Direct Purchaser Plaintiffs ('DPPs') wish to submit amended Letters Rogatory, they should file redacted versions of the revised Letters Rogatory, the stipulation with the parties' agreement to issuance of the revised Letters Rogatory and approval of the revised Letters Rogatory as to Form, and should provide the court with all required materials, including the certified Korean translations, for the revised Letters Rogatory by April 28, 2016."

3. WHEREAS, Plaintiffs seek Letters Rogatory as to two former Samyang Foods Co. Ltd. employees (the "Revised Letters Rogatory").

4. WHEREAS, on April 28, 2016, Plaintiffs submitted a letter to the Court requesting an extension until May 13, 2016 to file the Revised Letters Rogatory, and noted that Defendants did not object to this Extension.

5. WHEREAS, on April 29, 2016, this Court directed Plaintiffs to submit a stipulation and proposed order with the request.

Stipulation

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiffs request that this Court extend the deadline to file Revised Letters Rogatory until May 13, 2016.

2. Defendants do not object to Plaintiffs' request as stated herein.

IT IS SO STIPULATED.

STIPULATION REGARDING ISSUANCE OF REVISED LETTERS ROGATORY, 13CV4115 –WHO-DMR

1 | DATED:  May 2, 2016

/s/Lee Albert_____
Lee Albert (admitted pro hac vice)
Gregory B. Linkh (admitted pro hac vice)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
TEL: (212) 682-5340
lalbert@glancylaw.com
glinkh@glancylaw.com

Christopher L. Lebsock (State Bar No. 184546)
HAUSFELD LLP
600  Montgomery Street
Suite 3200
San Francisco, California 94104
Telephone:  415-633-1908
clebsock@hausfeldllp.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

DATED:  May 2, 2016                    /s/ Mark C. Dosker_____
                                      Mark C. Dosker (State Bar No. 114789)
                                      Anne C. Goodwin (State Bar No. 216244)
                                      Kate E. Kim (admitted *pro hac vice*)
                                      SQUIRE PATTON BOGGS (US) LLP
                                      275 Battery Street, Suite 2600
                                      San Francisco, CA  94111
                                      Telephone:  (415) 954-0200
                                      Facsimile:  (415) 393-9887
                                      mark.dosker@squirepb.com
                                      anne.goodwin@squirepb.com
                                      kate.kim@squirepb.com

                                      *Attorneys for Defendants Nongshim America, Inc., and Nongshim Co., Ltd.*

DATED:  May 2, 2016                    /s/ Joel S. Sanders_____
                                      Joel S. Sanders (State Bar No. 107234)
                                      Minae Yu (State Bar No. 268814)
                                      GIBSON, DUNN & CRUTCHER, LLP
                                      555 Mission Street, Suite 3000
                                      San Francisco, CA  94105-2933
                                      Telephone:  (415) 393-8200
                                      Facsimile:  (415) 393-8206
                                      jsanders@gibsondunn.com
                                      myu@gibsondunn.com

                                      *Attorneys for Defendants Ottogi America, Inc. and Ottogi Company, Ltd.*

ORDER

IT IS SO ORDERED that the deadline to file the Revised Letters Rogatory shall be extended until May 13, 2016. The DPPs shall provide the court with all required materials to be sent to the National Court Administration for the Republic of Korea by May 13, 2016. The parties remain responsible for complying with all procedural and substantive requirements associate with the Letters Rogatory.

May 2, 2016                            Hon. Donna M. Ryu

*IT IS SO ORDERED — Judge Donna M. Ryu, United States District Court, Northern District of California (seal)*