UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FENERJIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NONG SHIM COMPANY, LTD, et al.,<br><br>    Defendants. | Case No.  13-cv-04115-WHO   (DMR)<br><br>**ORDER RE LETTER ROGATORY**<br><br>Re: Dkt. Nos. 338, 339 |

On May 31, 2016, the court received a letter from the National Court Administration for the Republic of Korea returning the Letters Rogatory to a former Ottogi employee [Docket No. 338] for failing to comply with certain requirements of the Hague Convention.  The court attaches the letter from the National Court Administration as an exhibit to this order.  As the court previously stated, it is the parties' responsibility to comply with all procedural and substantive requirements associated with the Letters Rogatory.

If the DPPs wish to submit a revised Letter Rogatory to the former Ottogi employee [Docket No. 338], they shall file a redacted version of the revised Letter Rogatory, the stipulation with the parties' agreement as to the issuance of the revised Letter Rogatory and approval of the revised Letter Rogatory as to form, and shall provide the court with all required materials, including certified Korean translations, for the revised Letter Rogatory **by no later than June 9, 2016**.

**IT IS SO ORDERED.5**

Dated: June 3, 2016

_____

Donna M. Ryu
United States Magistrate Judge