*[SUBMITTING COUNSEL ON SIGNATURE PAGE]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br>**ALL ACTIONS** | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE TO APRIL 5, 2017 THE HEARING ON DIRECT PURCHASER PLAINTIFFS' MOTION TO BIFURCATE TRIAL** |

Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively "Plaintiffs") as well as Defendants Ottogi America, Inc., Ottogi Company, Ltd., Nongshim America, Inc., and Nongshim Co., Ltd. (collectively "Defendants"), by and through their respective counsel of record, respectfully submit this Stipulation and Proposed Order to Continue to April 5, 2017 the Hearing on Direct Purchaser Plaintiffs' Motion to Bifurcate Trial.

WHEREAS, Direct Purchaser Plaintiffs filed a Motion to Bifurcate Trial on February 21, 2017 (Dkt. 524).

WHEREAS, the Motion to Bifurcate Trial is currently set for hearing on March 29, 2017.

WHEREAS, counsel for Ottogi America, Inc., and Ottogi Company, Ltd., is unable to attend the hearing on March 29, 2017, due to preexisting scheduling conflicts.

1  WHEREAS, all counsel have conferred and are available to attend a hearing on the Court's
2  next law and motion calendar after the initially noticed hearing date, on April 5, 2017.
3  NOW, THEREFORE, the parties, by and through their respective undersigned counsel, here-
4  by stipulate as follows: The hearing on Direct Purchaser Plaintiffs' Motion to Bifurcate Trial (Dkt.
5  524) shall be continued to April 5, 2017, at 2:00 p.m. in Courtroom 2 on the 17th Floor of 450 Golden
6  Gate Avenue, San Francisco, CA 94102.

Dated:  February 23, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Joel S. Sanders*
 Joel S. Sanders
 Rachel S. Brass
 555 Mission Street, Suite 3000
 San Francisco, CA 94105-2933
 Telephone: (415) 393-8200
 Facsimile: (415) 393-8206
 E-Mail: jsanders@gibsondunn.com
***Attorney for Ottogi America, Inc. and Ottogi Co., Ltd.***

SQUIRE PATTON BOGGS (US) LLP

By:  */s/ Mark C. Dosker*
 Mark C. Dosker
 Joseph P. Grasser
 275 Battery Street, Suite 2600
 Telephone: (415) 954-0200
 Facsimile: (415) 393-9887
 E-Mail: mark.dosker@squirepb.com
***Attorney for Nongshim Co., Ltd. and Nongshim America, Inc.***

IZARD, KINDALL & RAABE LLP


By: */s/ Mark P. Kindall*
Mark P. Kindall
Robert A. Izard
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6293
Email: mkindall@ikrlaw.com
*Lead Counsel for the Indirect Purchaser Plaintiffs*


BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP


By: */s/ Alan R. Plutznik*
Alan R. Plutznik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Fax:  (925) 945-8792
Email: aplutzik@bramsonplutzik.com
*Lead Counsel for the Indirect Purchaser Plaintiffs*


GLANCY PRONGAY & MURRAY LLP


By: */s/ Lee Albert*
Lee Albert
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone (212) 682-5340
Email: lalbert@glancylaw.com
*Lead Counsel for the Direct Purchaser Plaintiffs*

HAUSEFELD LLP


By: */s/ Christopher L. Lebsock*
Christopher L. Lebsock
600 Montgomery Street, Suite 3200
San Francisco, California 94104
Telephone (415) 633-1908
Email: clebsock@hausfeldllp.com
*Lead Counsel for the Direct Purchaser Plaintiffs*

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Julian W. Kleinbrodt*
Julian W. Kleinbrodt
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8206
E-Mail: jkleinbrodt@gibsondunn.com

*Attorney for Ottogi America, Inc. and Ottogi Co., Ltd.*

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

DATED: __Feb. 23__, 2017          _____
                                                        Hon. William H. Orrick
                                                        United States District Judge