*[SUBMITTING COUNSEL SHOWN ON SIGNATURE PAGES]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION | Case No. 3:13-cv-04115-WHO<br><br>**STIPULATION AND ORDER CHANGING TIME FOR FILING SUMMARY JUDGMENT REPLY PAPERS** |
| THIS DOCUMENT RELATES TO<br><br>All Actions | |

WHEREAS, the parties' counsel have met and conferred about the matters addressed in this Stipulation;

WHEREAS, pursuant to the Case Management Order (Dkt 528), plaintiffs' deadline to file their papers in Opposition to defendants' motions for summary judgment was May 8, 2017;

WHEREAS, on May 18, 2017, plaintiffs filed errata to their prior filings that included a revised brief, over 250 pages of revised exhibits and an additional declaration by an expert witness;

WHEREAS, plaintiffs have informed defendants that they anticipate filing an additional document, to be Exhibit 100 to the Declaration of Stephanie Cho, which exhibit plaintiffs state that they have served on defendants on May 19, 2017;

WHEREAS, defendants state that they have been prejudiced, in the preparation of their Reply papers in support of their motions for summary judgment, by plaintiffs' untimely and changed filings of plaintiffs' Opposition papers;

WHEREAS, plaintiffs contend that defendants suffered no material prejudice (as plaintiffs' errata mainly consisted of missing citations or exhibits to the Cho declaration that were easily identifiable because the bates numbers or transcript citations were listed in the brief, as well as a missing two-page expert declaration that was provided to defendants on May 11, 2017), but agree to the extension stipulated to herein upon defendants' agreement to produce for deposition any expert whose declaration defendants submit in support of their Reply briefs, within seven days after filing; and

WHEREAS, there have been no previously stipulated or ordered modifications of the deadline addressed herein;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE TO AN ORDER OF THE COURT AS FOLLOWS:

The deadline for defendants' Reply papers in support of their motions for summary judgment shall be extended from the original deadline of June 1, 2017 (Dkt 528) to an extended

deadline of June 7, 2017. The deadline for plaintiffs to take the deposition of any expert whose declaration defendants submit in support of their Reply briefs shall be June 14, 2017.

IT IS SO STIPULATED.

Dated: May 23, 2017

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Mark C. Dosker*

Mark C. Dosker
Joseph P. Grasser
Kate E. Kim (admitted *pro hac vice*)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
E-mail: mark.dosker@squirepb.com
joseph.grasser@squirepb.com
kate.kim@squirepb.com

Attorneys for Defendants
NONGSHIM CO. LTD. and
NONGSHIM AMERICA, INC.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

Rachel S. Brass
Minae Yu
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8206
E-Mail: rbrass@gibsondunn.com
myu@gibsondunn.com

Attorneys for Defendants
OTTOGI AMERICA, INC. and
OTTOGI CO., LTD.

| | | |
|---|---|---|
| 1 | Dated: May 23, 2017 | GLANCY PRONGAY & MURRAY LLP |

Dated: May 23, 2017                GLANCY PRONGAY & MURRAY LLP

By:      */s/ Greg Linkh*

Lee Albert
Greg Linkh
230 Park Avenue, Suite 530
New York, New York 10169
Telephone:     (212) 682-5340
E-mail: glinkh@glancylaw.com


HAUSFELD LLP
Christopher L. Lebsock
Stephanie Y. Cho
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone:     (415) 633-1949
E-mail: clebsock@hausfeldllp.com


Lead Counsel for the
DIRECT PURCHASER PLAINTIFFS

Dated: May 23, 2017                BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP

By:         */s/ Daniel E. Birkhaeuser*

Daniel E. Birkhaeuser
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200


IZARD KINDALL & RAABE LLP
Mark Kindall
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:     (860) 493-6293
E-mail: mkindall@ikrlaw.com

Lead Counsel for the
INDIRECT PURCHASER PLAINTIFFS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

## **ORDER**

The deadline for defendants' Reply papers in support of their motions for summary judgment is hereby extended from the original deadline of June 1, 2017 (Dkt 528) to an extended deadline of June 7, 2017. The deadline for plaintiffs to take the deposition of any expert whose declaration defendants submit in support of their Reply papers shall be June 14, 2017.

IT IS SO ORDERED.

Dated: May 24, 2017

_____
The Honorable William H. Orrick III
United States District Judge