SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar #114789)
Joseph P. Grasser (CA Bar #255156)
Maria A. Nugent (CA Bar #306074)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
E-Mail:         mark.dosker@squirepb.com
                    joseph.grasser@squirepb.com
                    maria.nugent@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD  and
NONGSHIM AMERICA, INC.

GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass (CA Bar # 219301)
Minae Yu (CA Bar # 268814)
Julian W. Kleinbrodt (CA Bar #302085)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8206
e-mail:          rbrass@gibsondunn.com
                    myu@gibsondunn.com
                    jkleinbrodt@gibsondunn.com

Attorneys for Defendants
OTTOGI CORPORATION, LTD., and
OTTOGI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | **DECLARATION OF MARIA A. NUGENT IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF SANG-HUN LEE**<br><br>Date:    January 12, 2018<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 17th Floor |

I, Maria A. Nugent, declare as follows:

1. I make this declaration based upon my personal knowledge and, if called as a witness, could and would testify competently to the matters stated here.

2. I am an associate at Squire Patton Boggs (US) LLP and am a member in good standing of the California State Bar. I am also one of the attorneys representing Defendant Nongshim Co., Ltd. ("NSK") and Nongshim America, Inc. ("NSA" and, collectively with NSK, "Nongshim") in this matter.

3. Exhibit A attached hereto is a true and correct copy of the expert report of Sang-Hun Lee dated August, 18, 2018.

4. Exhibit B attached hereto is a true and correct copy of excerpts of the transcript of the deposition of Sang-Hun Lee taken on October 1, 2017.

5. Exhibit C attached hereto is a true and correct copy of the expert report of Daesik Hong dated July 21, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2017.

*/s/ Maria A. Nugent*
Maria A. Nugent

- 1 -

DECLARATION OF MARIA A. NUGENT ISO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF SANG-HUN LEE; CASE NO. 3:13-CV-04115-WHO