SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar #114789)
Joseph P. Grasser (CA Bar #255156
Maria A. Nugent (CA Bar #306074)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887
E-Mail:        mark.dosker@squirepb.com
                   joseph.grasser@squirepb.com
                   maria.nugent@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD  and
NONGSHIM AMERICA, INC.

GIBSON, DUNN & CRUTCHER LLP
Rachel S. Brass (CA Bar # 219301)
Minae Yu (CA Bar # 268814)
Julian W. Kleinbrodt (CA Bar #302085)
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8206
e-mail:         rbrass@gibsondunn.com
                   myu@gibsondunn.com
                   jkleinbrodt@gibsondunn.com

Attorneys for Defendants
OTTOGI CORPORATION, LTD., and
OTTOGI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE KOREAN RAMEN ANTITRUST LITIGATION | Case No. 3:13-cv-04115-WHO |
|---|---|
|  | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF SANG-HUN LEE** |
| THIS DOCUMENT RELATES TO: |  |
| All Actions | Date:     January 12, 2018<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 17th Floor |

1   This matter came before the Court on January 12, 2018, for hearing on Defendants
2   Nongshim Co., Ltd. Nongshim America, Inc., Ottogi Co., Ltd., and Ottogi America, Inc.'s
3   Motion to Exclude the Testimony of Sang-Hun Lee.  The Court, having considered all of the
4   papers submitted by the parties, relevant authorities, and oral arguments of counsel, hereby
5   GRANTS the motion.  IT IS THEREFORE ORDERED that the testimony of Sang-Hun Lee is
6   excluded.

8   Dated: _____

9                                                          The Honorable William H. Orrick III
                                                           United States District Judge

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California  94111