GIBSON, DUNN & CRUTCHER LLP
Scott A. Edelman (Cal Bar # 116927)
Rachel S. Brass (CA Bar # 219301)
Minae Yu (CA Bar # 268814)
Julian W. Kleinbrodt (CA Bar # 302085)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email:     sedelman@gibsondunn.com
           rbrass@gibsondunn.com
           myu@gibsondunn.com
           jkleinbrodt@gibsondunn.com

Attorneys for Defendants
OTTOGI CO., LTD., and
OTTOGI AMERICA, INC.

SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar # 114789)
Joseph P. Grasser (CA Bar # 255156)
Maria A. Nugent (CA Bar # 306074)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: 415.954.0200
Facsimile:  415.393.9887
Email:     mark.dosker@squirepb.com
           joseph.grasser@squirepb.com
           maria.nugent@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD., and
NONGSHIM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:13-cv-04115-WHO<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL CERTAIN INFORMATION AND DOCUMENTS SUBMITTED IN CONNECTION WITH DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE THE SURREBUTTAL DECLARATIONS OF DR. DANIEL A. ACKERBERG AND DR. RUSSELL W. MANGUM III** |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER RE: SEALING MATERIALS RELATED TO REPLY ISO MOTION TO STRIKE
SURREBUTTAL DECLARATIONS – CASE NO. 3:13-CV-04115-WHO

After considering the briefing presented by Defendants and any additional evidence submitted by the Designating Parties, the Court hereby GRANTS Defendants' Administrative Motion to Seal the following portions of the exhibit to Defendants' Reply in support of Motion to Strike the Untimely and Unwarranted Surrebuttal Declarations of Dr. Daniel A. Ackerberg and Dr. Russell W. Mangum III:

| Exhibit | Material |
|---------|----------|
| 1 | Excerpts of the Deposition of Dr. Russell W. Mangum III, PhD, taken on July 12, 2016 |

Dated: _____

By: _____
　　　Hon. William H. Orrick III
　　　United States District Judge

Gibson, Dunn &
Crutcher LLP