UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKMAN COMPANY (USA), INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NONG SHIM COMPANY, LTD, et al.,<br><br>Defendants. | Case No. 13-cv-04115-WHO<br><br>**ORDER GRANTING REQUESTS FOR EXPEDITED BRIEFING AND FILING SUPPLEMENTAL BRIEF**<br><br>Re: Dkt. Nos. 725, 726 |

I GRANT defendants' request to shorten time to hear their motion to exclude the deposition testimony of Jung Soo Kim. Dkt. No. 725. Plaintiffs shall file a response on or before 3:00 p.m. Friday, April 13, 2018, and the issue will be addressed (at least preliminarily) at the April 16, 2018 Pretrial Conference.[1]

Defendants' somewhat related motion to supplement their opposition to plaintiffs' Motion in Limine No. 5 is also GRANTED. Dkt. No. 726. Plaintiffs may file a five page or less response to that supplemental briefing on or before Friday, April 13, 2018 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: April 11, 2018

William H. Orrick
United States District Judge

---

[1] If additional fact investigation or briefing is required that cannot be completed within this short timeframe, I will set out a further briefing schedule following the Pretrial Conference.