**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>---------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTION | Civil Action No. C-13-04115-WHO<br><br>**[PROPOSED] ORDER STRIKING THE EXPERT REPORT OF PROFESSOR MICHAEL KLAUSNER** |

The Court hereby strikes the Expert Report of Professor Michael Klausner in its entirety.

**IT IS SO ORDERED.**

DATED: _____          By: _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES JUDGE