**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>--------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. C-13-04115-WHO<br><br>**DECLARATION OF GREGORY B. LINKH**<br><br>Date: November 15, 2018<br>Time: 7:30 a.m.<br>Judge: Honorable William H. Orrick |

1.      I am counsel for the Direct Purchaser Plaintiffs ("DPPs"). I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness. I submit this Declaration in support of Plaintiffs' Memorandum of Points and Authorities in Response to Defendants' Brief In Support of Objections to KFTC Protocols of Examination.

2.      Attached as Exhibit A are relevant excerpts from the deposition transcript, dated February 18, 2016, of Hyun Gyun Choi.

3.      Attached as Exhibit B is the Protocol of Examination of Hyun Gyun Choi, dated June 2, 2011.

4.      Attached as Exhibit C are relevant excerpts from the deposition transcript, dated February 17, 2016, of Hyun Gyun Choi.

5.      Attached as Exhibit D is Protocol of Examination of Sung Soo Park, dated June 3, 2011.

6.      Attached as Exhibit E are relevant excerpts from the deposition transcript, dated April 27, 2016, of Sung Soo Park.

7.      Attached as Exhibit F is the Protocol of Examination of Il Nyun Kim, dated June 1, 2011.

8.      Attached as Exhibit G are relevant excerpts from the deposition transcript, dated April 26, 2016, of Il Nyun Kim.

9.      Attached as Exhibit H is the Protocol of Examination of Min Sang Chang, dated June 7, 2011.

10.     Attached as Exhibit I are relevant excerpts from the deposition transcript, dated March 28, 2016, of Min Sang Chang.

11.     Attached as Exhibit J is the Protocol of Examination of Ki Soo Kim, dated July 25, 2011.

12. Attached as Exhibit K are relevant excerpts from the deposition transcript, dated April 18, 2016, of Min Sang Chang.

13. Attached as Exhibit L is the Statement of Bong Hoon Kim, dated May 9, 2011.

14. Attached as Exhibit M are relevant excerpts from the deposition transcript, dated January 14, 2016, of Bong Hoon Kim.

15. Attached as Exhibit N is the Written Confirmation of Bong Hoon Kim, dated April 15, 2010.

16. Attached as Exhibit O is the Statement of Jong Moon Yui, dated April 1, 2010.

17. Attached as Exhibit P are relevant excerpts of the Witness Examination Protocol of Jong Moon Yui, dated September 29, 2016.

18. Attached as Exhibit Q is the Supplemental Written Confirmation of Kyung Joo Kim, dated March 18, 2010.

19. Attached as Exhibit R are relevant excerpts of the Written Examination Protocol of Kyung Joo Kim, dated September 23, 2016.

20. Attached as Exhibit S is the Confirmation Statement of Jeong Eun Park, dated April 28, 2011.

21. Attached as Exhibit T are relevant excerpts from the deposition transcript, dated January 19, 2016, of Jeong Eun Park.

22. Attached as Exhibit U is the Statement of Jin Woo Suh, dated May 9, 2011.

23. Attached as Exhibit V are relevant excerpts from the deposition transcript, dated January 21, 2016, of Jin Woo Suh.

24. Attached as Exhibit W is the Protocol of Examination of Young Hyun Doh, dated July 27, 2011.

25. Attached as Exhibit X are relevant excerpts from the deposition transcript, dated April 21, 2016, of Young Hyun Doh.

DECLARATION OF GREGORY LINKH, CASE NO. 13-CV-4115-WHO-DMR
2

26. Attached as Exhibit Y is the Protocol of Examination of Joong Rak Lee, dated May 27, 2011.

27. Attached as Exhibit Z are relevant excerpts from the deposition transcript, dated March 29, 2016, of Joong Rak Lee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed at San Francisco, California, on the 15th day of November, 2018.

/s/ Gregory Linkh
Gregory Linkh