UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT**
196

# Written Confirmation

To: Fair Trade Commission
Cc: Deputy Director Do-Young Kang
By: Vice President Bong-Hoon Kim / Samyang Foods Co., Ltd.
Subject: Explanation regarding the copy of the email dated March 18, 2010 attached to the written confirmation of former Deputy Senior Manager Kyung-Joo Kim

I hope the best for everyone at Fair Trade Commission.

In response to your request to provide an explanation regarding the copy of the email attached to the written confirmation of former Deputy Senior Manager Kyung-Joo Kim dated March 18, 2010 (hereinafter referred to as the "email in this case"), I prepared this written confirmation to submit to your commission.

The employees of Samyang Foods Co., Ltd. (hereinafter referred to as the "Company"), including me, promise to continue to cooperate actively with the Fair Trade Commission's investigation on unfair collusive actions of ramen companies.

- Below –

- I, Bong-Hoon Kim, started at the Company in December of 1987. Except for the period from January of 2007 to February of 2009 during which I worked at a factory as a plant manager of Samyang Nongsusan Co. Ltd., which is a subsidiary company, I have always been stationed at the Company's Sales department. In August of 2005, I was promoted to the Company's Executive Director. Since February of 2009, I have worked as the Head of the Sales Division HQ.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TRANSLATED EXHIBIT

SYK003183T

- Right after requesting the Fair Trade Commission for leniency, the Company contacted former Deputy Senior Manager Kyung-Joo Kim, who used to be in charge of market research until around 2005, to ask him about his activities during that period. In response, former Deputy Senior Manager Kyung-Joo Kim replied by email. During the period in which former Deputy Senior Manager Kyung-Joo Kim was in charge of market research, I was the Team Leader of the Marketing Team, and former Deputy Senior Manager Kim reported to me to provide me with the information he had obtained.

- As far as I know, the name "Mr. Beetle" is the Email ID that former Deputy Senior Manager Kyung-Joo Kim used. As indicated on the top portion of the email in this case, former Deputy Senior Manager Kyung-Joo Kim used his "empal" email account to send an email to me on January 31, 2010. The email account of the recipient, "army913@hanmail.net", is my personal email account.

- The items described in the email in this case are a summary of the work that former Deputy Senior Manager Kim used to carry out in the past. The summary is not one of the Company's official work manuals. However, not only former Deputy Senior Manager Kyung-Joo Kim, but also Manager Jong-Moon Yui, who submitted a detailed statement to the Fair Trade Commission previously, used to carry out market research within such a framework. Although, the tasks that those in charge of market research must carry out are already determined by the Company, that does not mean that how these tasks are to be carried out (e.g., whether information must be collected by visiting places in person, whether information must be exchanged by fax, etc.) is written out in detail. For your information, I provided the following table that summarizes the tasks to be carried out by those in charge of market research during the period between 2001 and 2006.

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

SYK003184T

| Broad classification | Detailed classification | Task |
|---|---|---|
| Market research | Research on retail stores | Check how our company's products are displayed in such places as department stores, super markets, and retail stores, and investigate customers' reactions (once or twice a week) |
| | | Investigate customer reactions by asking store owners (once or twice a week) |
| | Research on consumers | Check customers' responses regarding new products and strategic products (irregular) |
| | Analysis on data collected | Analyzed the data collected, analyze Nielsen's research data, and draw conclusions (as needed) |
| Competitor Meeting | Research on ramen industry trends | Exchange information regarding new products (one month prior to product release) |
| | | Share information regarding sales (once a month) |
| | | Share information related to events and customer policies (one week prior to implementation) |
| | | Share price information (1 week before change) |
| | | Share information related to organizational changes (right after reorganization) |
| | Research on food industry trends | Regular meetings of food companies (CJ, Shindongbang, Lotte, Orion, Vilac, Sajo, etc. / once every two months) |
| Data and information collection | Research on food industry data | Collect information by searching for articles (as needed) |
| | Information collection | Collect newspaper articles and relevant materials (as needed) |
| New business proposals and exploring market ideas | Research and planning related to new businesses | |
| | Exploring new ideas | |

- However, in the case of research on ramen industry trends, the tasks were not always carried out in accordance with the schedule set forth in the above table; rather, the performance and the results of those tasks varied depending on the circumstances or cooperation, or lack thereof, of the relevant employees at the competitor companies.

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SYK003185T

- On the other hand, to carry out research on ramen industry trends, former Deputy Senior Manager Kyung-Joo Kim preferred to collect information by phone or in person whereas Manager Jong-Moon Yui preferred to collect information by email, as far as I know. Such differences in how work was carried out were due to the changes in the social environment as a result of the development of computer communications technologies after 2000 rather than due to any changes in the company's policies.

- Regarding other types of information that those in charge of market research collect and regarding the process in which prices are raised, please refer to the statements that Manager Jong-Moon Yui and Manager Young-Shik Kwon already submitted to the Fair Trade Commission. The information contained in the statements submitted by Manager Yui and Manager Kwon could be applied equally to the period during which former Deputy Senior Manager Kyung-Joo Kim worked for the Company.

Name: Bong-Hoon Kim
Hyundai APT 105-1003 Jamwon-dong, Seocho-gu, Seoul
Cellular phone: 010-8812-6794
Date: April 15, 2010

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY                                                            SYK003186T