# Exhibit Z

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 3   SAN FRANCISCO DIVISION
 4   Case No. 3:13-cv-04115-WHO
     _____
 5   IN RE KOREAN RAMEN ANTITRUST
     LITIGATION
 6   _____
 7   THIS DOCUMENT RELATES TO
     ALL ACTIONS
 8   _____
 9
                          March 29, 2016
10                        9:03 a.m.
11
12      ***** HIGHLY CONFIDENTIAL *****
13       ***** ATTORNEYS' EYES ONLY *****
14
15
16              Continued videotaped
17   deposition of JOONG RAK LEE, taken by
18   Plaintiffs, pursuant to Notice, held at
19   the offices of Vertex, S Tower, 82
20   Saermoonanro, Seoul, Korea, before Sharon
21   Lengel, a Registered Professional
22   Reporter, Certified Realtime Reporter, and
23   Notary Public.
24
25
```

1  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
2  here, "management committee conference,"
3  "management committee meeting," our
4  company does not use that word in this
5  context.
6       Q.    In this context, what -- in this
7  context, what would have been the proper
8  word?
9            MS. KIM:  Objection.  Lacks
10       foundation.  Vague and ambiguous.  And
11       incomplete hypothetical.
12       A.    I'm unable to think of any
13  appropriate expression.
14       Q.    Now, you stated that you were
15  pressured to sign by the KFTC
16  investigators.
17            Could you describe the pressure.
18            MS. KIM:  Objection.  Asked and
19       answered.
20       A.    So -- so after they questioned
21  me, one of the two stepped out, came back,
22  and said, "Look.  It's getting dark.
23  Please sign."  And so as it were, I had
24  already spent quite a lot of time there.
25  The room was just an enclosed small room.

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 166

1  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
2  No bathroom break.  No water.  And I was
3  being interrogated by these two
4  individuals in a tag-team fashion.  I just
5  wanted to basically just get out of there.
6  What is most important here is the fact
7  that I did not write this.  They typed it
8  up.
9       Q.    Did you sign it?
10      A.    I did.
11      Q.    Did you read it before you
12  signed it?
13            MS. KIM:  Objection.  Calls for
14      speculation.  Lacks foundation.  Asked
15      and answered.  And argumentative.
16      A.    No.  I was not able to read
17  through everything.  Basically, under the
18  circumstances, given the atmosphere there,
19  it wasn't like one could just take his
20  time reading through each passage.
21      Q.    Do you know what day of the week
22  that you were at KFTC headquarters
23  providing the answers to these questions?
24            MS. KIM:  Objection.  Calls for
25      speculation.