**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>-------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. C-13-04115-WHO<br><br>**DECLARATION OF GREGORY B. LINKH**<br><br>Date: November 19, 2018<br>Time: 7:30 a.m.<br>Judge: Honorable William H. Orrick |

Declaration Of Gregory Linkh, Case No. 13-CV-4115-WHO-DMR

1.    I am counsel for the Direct Purchaser Plaintiffs ("DPPs"). I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness. I submit this Declaration in support of Plaintiffs' Brief in Response to Defendants' Objection to Introducing SHD Exhibits Through James Vaughn.

2.    Attached as Exhibit A is a true and correct copy of Trial Exhibit 44 (Deposition Exhibit 159T/SHD00003117-59T).

3.    Attached as Exhibit B are excerpts from the clip reports of the deposition transcript of Hyun-Gyoon Choi.

4.    Attached as Exhibit C are excerpts from the clip reports of the deposition transcript of Sung-Soo Park.

5.    Attached as Exhibit D are excerpts from the clip reports of the already-played deposition transcript of Jin-Woo Suh.

6.    Attached as Exhibit E are excerpts from the clip reports of the deposition transcript of Jeong-Eun Park.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed at San Francisco, California, on the 19th day of November, 2018.

/s/ <u>Gregory Linkh</u>
Gregory Linkh