GIBSON, DUNN & CRUTCHER LLP
Scott A. Edelman (CA Bar # 116927)
Mark A. Perry (CA Bar # 212532)
Rachel S. Brass (CA Bar # 219301)
Minae Yu (CA Bar # 268814)
Julian W. Kleinbrodt (CA Bar # 302085)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
Email: sedelman@gibsondunn.com
mperry@gibsondunn.com
rbrass@gibsondunn.com
myu@gibsondunn.com
jkleinbrodt@gibsondunn.com

Attorneys for Defendants
OTTOGI CO., LTD., and
OTTOGI AMERICA, INC.

SQUIRE PATTON BOGGS (US) LLP
John R. Gall (Admitted N.D. Cal., Ohio Bar # 0011813)
Mark C. Dosker (CA Bar # 114789)
Joseph P. Grasser (CA Bar # 255156)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: 415.954.0200
Facsimile: 415.393.9887
Email: john.gall@squirepb.com
mark.dosker@squirepb.com
joseph.grasser@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD., and
NONGSHIM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 3:13-cv-04115-WHO<br><br>**DECLARATION OF JOSHUA M. WESNESKI IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF ADMISSION OF NEWSPAPER ARTICLES** |

# **DECLARATION OF JOSHUA M. WESNESKI**

I, Joshua M. Wesneski, declare as follows:

1. I am an attorney at law duly admitted to practice before all of the Courts of the State of New York, the District of Columbia, and this Court, *pro hac vice*. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, and I am counsel for our clients Ottogi Co., Ltd., and Ottogi America, Inc., in the above-captioned action. I submit this declaration in support of Defendants' Brief in Support of Admission of Newspaper Articles. I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called to testify, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit 2016.

3. Attached hereto as **Exhibit B** is a true and correct copy of Trial Exhibit 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of Trial Exhibit 2017.

5. Attached hereto as **Exhibit D** is a true and correct copy of Trial Exhibit 2014.

6. Attached hereto as **Exhibit E** is a true and correct copy of Trial Exhibit 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 8, 2018, in San Francisco, California.

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski