United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No.  13-cv-04115-WHO

**IN RE KOREAN RAMEN ANTITRUST LITIGATION**

**VERDICT FORM**

We, the jury, unanimously find as follows on the questions submitted to us:

**Question 1: Did Plaintiffs prove that there was a conspiracy to fix the prices of Korean ramen noodles?**

Yes ____ No ____

*If you answer "yes," then proceed to question 2. If you answer "no," then do not answer any other questions.*

**Question 2: Did Plaintiffs prove that the conspiracy was intended to have a substantial effect in the United States, and that it did have such a substantial effect?**

Yes ____ No ____

*If you answer "yes," then proceed to question 3. If you answer "no," then do not answer any other questions.*

**Question 3: Did Plaintiffs prove that any of the following Defendants participated in the conspiracy?**

Nongshim Co. Ltd. ("Nongshim Korea"):           Yes ____ No ____

Nongshim America, Inc. ("Nongshim America"):   Yes ____ No ____

Ottogi Co., Ltd. ("Ottogi Korea"):                    Yes ____ No ____

Ottogi America, Inc. ("Ottogi America"):            Yes ____ No ____

*Answer the remaining questions for any Defendant(s) for which you answered "yes." Do not answer any other questions for any Defendant(s) for which you answered "no."*

**Question 4: Did Plaintiffs prove that the conspiracy caused Plaintiffs to pay more for Korean ramen noodles in the United States than they otherwise would have?**

Direct Purchaser Class: Yes ____ No ____

Indirect Purchaser Class: Yes ____ No ____

*If you answered "yes" for any Plaintiff(s) proceed to question 5.  If you answered "no" for all Plaintiff(s) do not answer any further questions.*

**Question 5: Did Plaintiffs prove that Defendants fraudulently concealed the conspiracy from purchasers of Korean ramen noodles in the United States?**

Yes ____ No ____

*If you answered "yes," then answer question 6 and do not answer question 7.  If you answered "no," then answer question 7 and do not answer question 6.*

**Question 6: What amount of damages were caused by the conspiracy from March 1, 2003 through January 31, 2010?**

Direct Purchaser Class: $_____

Indirect Purchaser Class: $_____

**Question 7: What amount of damages were caused by the conspiracy from July 22, 2009 through January 31, 2010?**

Direct Purchaser Class: $_____

Indirect Purchaser Class: $_____

*Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.*

Date: _____, 2018          _____
                                           Foreperson

United States District Court
Northern District of California

2