[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION | Case No. 3:13-cv-04115-WHO |
| | **JOINT SUBMISSION OF COURT EXHIBITS FROM TRIAL** |
| This Document Relates to: | |
| ALL ACTIONS | |

1    The parties hereby jointly submit the Court Exhibits consisting of the transcripts of video

2    deposition testimony played at trial. *See* Tr. 3239:18 – 3240:6 (Dec. 14, 2018).  Appended hereto

3    is an Index, followed by the Court Exhibits.

4                                                    Respectfully submitted,

5    Dated:  December 21, 2018                       SQUIRE PATTON BOGGS (US) LLP

6

7                                                    By:        */s/ Mark C. Dosker*

8                                                    Mark C. Dosker
                                                     275 Battery Street, Suite 2600
9                                                    San Francisco, California  94111
                                                     Telephone:     (415) 954-0200
10                                                   E-mail: mark.dosker@squirepb.com

11                                                   Attorneys for Defendants
                                                     Nongshim Co. Ltd. and Nongshim America,
12                                                   Inc.

13

14

15   Dated:  December 21, 2018                       GIBSON, DUNN & CRUTCHER LLP

16

17                                                   By:        */s/ Rachel S. Brass*

18                                                   Rachel S. Brass
                                                     555 Mission Street, Suite 3000
19                                                   San Francisco, CA 94105
                                                     Telephone:     (415) 393-8200
20                                                   E-mail: rbrass@gibsondunn.com

21                                                   Attorneys for Defendants
                                                     Ottogi Co. Ltd. and Ottogi America, Inc.
22

23

24

25

26

27

28

**JOINT SUBMISSION OF COURT EXHIBITS**
Case No. 3:13-cv-04115 WHO

1   Dated:  December  21, 2018          IZARD, KINDALL & RAABE, LLP

2

3                                       By: _____ /s/ Mark P. Kindall _____

4                                       Mark P. Kindall
5                                       29 South Main Street, Suite 305
                                        West Hartford, CT 06107
6                                       Telephone:    (860) 493-6292
                                        E-mail: mkindall@ikrlaw.com
7
8                                       Lead Counsel for the Indirect Purchaser
                                        Plaintiffs
9

10
    Dated:  December 21, 2018           HAUSFELD LLP
11

12
                                        By: _____ /s/ Christopher L. Lebsock _____
13

14                                      Christopher L. Lebsock
                                        600 Montgomery Street, Suite 3200
15                                      San Francisco, CA 94111
                                        Telephone:    (415) 633-1949
16                                      E-mail: clebsock@hausfeldllp.com

17                                      GLANCY PRONGAY & MURRAY LLP
                                        Lee Albert
18                                      230 Park Avenue, Suite 530
                                        New York, NY 10169
19                                      Telephone:    (212) 682-5340
                                        E-mail: lalbert@glancylaw.com
20

21                                      Lead Counsel for the Direct Purchaser
                                        Plaintiffs
22

23

24

25

26

27

28

1

## __ATTESTATION__

2         I hereby attest that I have on file written authorization for any signatures indicated by a

3   "conformed" signature (/s/) within this e-filed document.

4

5                                                      */s/ Mark C. Dosker*

6                                                      _____

                                                              Mark C. Dosker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*In re Korean Ramen Antitrust Litigation*
**United States District Court for the Northern District of California**
**San Francisco Division**
**Case No. 3:13-cv-04115-WHO**

**Index of Court Exhibits -- Video Testimony Played during Trial**

| Court Exh. No. | Date | Witness | Type | Played by | Trial Trans. Page | Trial Trans. Vol. |
|---|---|---|---|---|---|---|
| 1 | 11-14-2018 | Soo Chang Ahn | Opening Statement | Plaintiffs | 172 | 2 |
| 2 | 11-14-2018 | Jin Woo Suh (Seo) | Opening Statement | Plaintiffs | 179 | 2 |
| 3 | 11-14-2018 | Soo Chang Ahn | Opening Statement | Defendants | 214 | 2 |
| 4a | 11-14-2018 | David Luttway | Cross (Impeachment) | Defendants | 282-283 | 2 |
| 4b | 11-14-2018 | David Luttway | Cross (Impeachment) | Defendants | 286-287 | 2 |
| 5a | 11-14-2018 | Andy Luu | Cross (Impeachment) | Defendants | 297 | 2 |
| 5b | 11-14-2018 | Andy Luu | Cross (Impeachment) | Defendants | 301 | 2 |
| 6a | 11-14-2018 | Vincent Luu | Direct | Plaintiffs | 306 | 2 |
| 6b | 11-14-2018 | Vincent Luu | Cross | Defendants | 306 | 2 |
| 6c | 11-14-2018 | Vincent Luu | Re-Direct | Plaintiffs | 306 | 2 |
| 7a | 11-15-2018 | Kevin Park | Direct | Plaintiffs | 345 | 3 |
| 7b | 11-15-2018 | Kevin Park | Cross | Defendants | 345 | 3 |
| 8a | 11-15-2018 | Soo Chang Ahn | Direct | Plaintiffs | 370 | 3 |
| 8b | 11-15-2018 | Soo Chang Ahn | Cross | Defendants | 376 | 3 |

| Court Exh. No. | Date | Witness | Type | Played by | Trial Trans. Page | Trial Trans. Vol. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 8c | 11-15-2018 | Soo Chang Ahn | Re-Direct | Plaintiffs | 376 | 3 |
| 9a | 11-16-2018 | Stephen Haggard | Cross (Impeachment) | Defendants | 539 | 4 |
| 9b | 11-16-2018 | Stephen Haggard | Cross (Impeachment) | Defendants | 566 | 4 |
| 10a | 11-16-2018 | Jin Woo Suh (Seo) | Direct | Plaintiffs | 575 | 4 |
| 10b | 11-16-2018 | Jin Woo Suh (Seo) | Cross | Defendants | 576 | 4 |
| 11a | 11-16-2018 | Yeo Won Yoon | Direct | Plaintiffs | 577 | 4 |
| 11b | 11-16-2018 | Yeo Won Yoon | Cross | Defendants | 577-578 | 4 |
| 12a | 11-19-2018 | Hyun Kyun (Gyoon) Choi | Direct | Plaintiffs | 603 | 5 |
| 12b | 11-19-2018 | Hyun Kyun (Gyoon) Choi | Cross | Defendants | 604 | 5 |
| 12c | 11-19-2018 | Hyun Kyun (Gyoon) Choi | Re-Direct | Plaintiffs | 604 | 5 |
| 13a | 11-19-2018 | Jeong Eun Park | Direct | Plaintiffs | 605 | 5 |
| 13b | 11-19-2018 | Jeong Eun Park | Cross | Defendants | 607 | 5 |
| 13c | 11-19-2018 | Jeong Eun Park | Re-Direct | Plaintiffs | 608 | 5 |
| 14a | 11-19-2018 | Se Chan Lee | Direct | Plaintiffs | 714 | 5 |
| 14b | 11-19-2018 | Se Chan Lee | Cross | Defendants | 714 | 5 |
| 15a | 11-19-2018 | Christina Nguyen | Direct | Plaintiffs | 715 | 5 |
| 16a | 11-20-2018 | Bong-Hoon Kim | Cross (Impeachment) | Defendants | 806, 808 | 6 |
| 17a | 11-20-2018 | Sung Soo Park | Direct | Plaintiffs | 825 | 6 |
| 17b | 11-20-2018 | Sung Soo Park | Cross | Defendants | 825 | 6 |

| Court Exh. No. | Date | Witness | Type | Played by | Trial Trans. Page | Trial Trans. Vol. |
|---|---|---|---|---|---|---|
| | | | | | | |
| 17c | 11-20-2018 | Sung Soo Park | Re-Direct | Plaintiffs | 825 | 6 |
| 18a | 11-26-2018 | Min Sang Chang | Direct | Plaintiffs | 844 | 7 |
| 18b | 11-26-2018 | Min Sang Chang | Cross | Defendants | 845-846 | 7 |
| 18c | 11-26-2018 | Min Sang Chang | Re-Direct | Plaintiffs | 846 | 7 |
| 19a | 11-26-2018 | Jae Chan Lee | Direct | Plaintiffs | 847 | 7 |
| 19b | 11-26-2018 | Jae Chan Lee | Cross | Defendants | 847 | 7 |
| 20a | 11-26-2018 | Young Lee | Direct | Plaintiffs | 852 | 7 |
| 21a | 11-26-2018 | Jae Hee Lee | Direct | Plaintiffs | 853 | 7 |
| 22a | 11-26-2018 | Krith Roth | Direct | Plaintiffs | 853 | 7 |
| 23a | 11-26-2018 | Sunho Kim | Direct | Plaintiffs | 853 | 7 |
| 24a | 11-26-2018 | Sunny Kim | Direct | Plaintiffs | 854 | 7 |
| 25a | 11-26-2018 | Kang Sik Hong | Direct | Plaintiffs | 854 | 7 |
| 25b | 11-26-2018 | Kang Sik Hong | Cross | Defendants | 854 | 7 |
| 26a | 11-26-2018 | Min Hwan Choi | Direct | Plaintiffs | 854 | 7 |
| 26b | 11-26-2018 | Min Hwan Choi | Cross | Defendants | 855 | 7 |
| 27a | 11-27-2018 | Russell Mangum | Cross (Impeachment) | Defendants | 1082 | 8 |
| 27b | 11-28-2018 | Russell Mangum | Cross (Impeachment) | Defendants | 1137 | 9 |
| 28a | 11-28-2018 | Young Wook Ham | Direct | Plaintiffs | 1258 | 9 |
| 28b | 11-28-2018 | Young Wook Ham | Cross | Defendants | 1258 | 9 |

| Court Exh. No. | Date | Witness | Type | Played by | Trial Trans. Page | Trial Trans. Vol. |
|---|---|---|---|---|---|---|
| 29a | 11-28-2018 | Bangwan Ku | Direct | Plaintiffs | 1258 | 9 |
| 29b | 11-28-2018 | Bangwan Ku | Cross | Defendants | 1259 | 9 |
| 29c | 11-28-2018 | Bangwan Ku | Re-Direct | Plaintiffs | 1259 | 9 |
| 30a | 11-28-2018 | Ho Suk Lee | Direct | Plaintiffs | 1259 | 9 |
| 30b | 11-28-2018 | Ho Suk Lee | Cross | Defendants | 1260 | 9 |
| 31a | 11-28-2018 | Seung Yub Lee | Direct | Plaintiffs | 1260 | 9 |
| 31b | 11-28-2018 | Seung Yub Lee | Cross | Defendants | 1260 | 9 |
| 31c | 11-28-2018 | Seung Yub Lee | Re-Direct | Plaintiffs | 1260 | 9 |
| 32a | 11-28-2018 | Dong Soo Lim | Direct | Plaintiffs | 1261 | 9 |
| 33a | 11-29-2018 | Daniel Ackerberg | Cross (Impeachment) | Defendants | 1328, 1334, 1345 | 10 |
| 34a | 11-29-2018 | Bo-Gyoo Kim | Cross (Impeachment) | Plaintiffs | 1403 | 10 |
| 35a | 11-29-2018 | Joong Rak Lee | Direct | Defendants | 1444 | 10 |
| 36a | 11-30-2018 | Joong Rak Lee | Direct | Defendants | 1464 | 11 |
| 36b | 11-30-2018 | Joong Rak Lee | Cross | Plaintiffs | 1464 | 11 |
| 37a | 11-30-2018 | Won Joon Lee | Direct | Defendants | 1527 | 11 |
| 37b | 12-3-2018 | Won Joon Lee | Cross | Plaintiffs | 1547 | 12 |
| 38a | 12-3-2018 | Won Seok Kwon | Direct | Defendants | 1586 | 12 |
| 38b | 12-3-2018 | Won Seok Kwon | Cross | Plaintiffs | 1586 | 12 |
| 39a | 12-3-2018 | Coby Han | Direct | Defendants | 1586 | 12 |

| Court Exh. No. | Date | Witness | Type | Played by | Trial Trans. Page | Trial Trans. Vol. |
|---|---|---|---|---|---|---|
| 39b | 12-3-2018 | Coby Han | Cross | Plaintiffs | 1587 | 12 |
| 40a | 12-7-2018 | Min Hwan Choi | Direct | Defendants | 2198 | 16 |
| 41a | 12-11-2018 | Bangwan Ku | Cross (Impeachment) | Plaintiffs | 2499 | 18 |
| 42a | 12-12-2018 | Alan Cox | Cross (Impeachment) | Plaintiffs | 2736 | 19 |
| 43a | 12-13-2018 | Jin Woo Suh (Seo) | Direct | Plaintiffs | 2870 | 20 |
| 43b | 12-13-2018 | Jin Woo Suh (Seo) | Cross | Defendants | 2870 | 20 |

COURT EXHIBIT 1

**KoreanNoodles**

 **Ahn, Soo Chang (Vol. 01) - 01/12/2016**                                        **1 CLIP  (RUNNING 00:02:26.502)**



OPENING

**SA-0112-0007713**                    **2 SEGMENTS  (RUNNING 00:02:26.502)**

**1. PAGE 77:13 TO 77:15  (RUNNING 00:00:08.680)**

```
13            Can you tell me everything that
14    you remember about the discussion of a
15    price increase at that meeting.
```

**2. PAGE 77:16 TO 79:06  (RUNNING 00:02:17.822)**

```
16        A.    Concerning price increase, I
17    believe that in the beginning, executives
18    from Ottogi and Yakult asked the questions
19    to Mr. Yoon concerning price increase.
20    And Mr. Yoon responded that the
21    negotiation is being taken place, and so I
22    said that "Considering the inflation, the
23    price increase should be at least
24    double-digit.  What do you think about
25    that?"
00078:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02            And Mr. Yoon responded to my
03    comment that "I have never seen the
04    double-digit increase in the past, and I
05    think double-digit increase might be too
06    much.  Don't you think?"  I remember him
07    saying that.
08            And then Ottogi and Yakult sides
09    also stated that "We need to have at least
10    double-digit increase to cover our cost."
11    And Nongshim -- Mr. Yoon stated that -- as
12    far as I recall, he looked at the Ottogi
13    side and saying that I received assistance
14    request from an employee that this area in
15    the statement I referred to as XX.  In
16    this area, the selling price went down
17    substantially.  So our employee request
18    for assistance.
19            Then the executive from Ottogi
20    stated that, Well, I received a report
21    about that, and the report that I received
22    was that it was the response or
23    countermeasure because Nongshim was
24    selling very low.  And then Mr. Yoon
25    stated that you have to set the -- you
00079:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    have to set at a proper price to generate
03    profit.  If you can sell it too low, then
04    it doesn't help anybody.  And I believe
05    that this topic concluded at that point.
06    That's what I recall.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:26.502)**

COURT EXHIBIT 2

**Seo, Jin Woo (Vol. 01) - 01/21/2016**　　　　　　　　　　　　　　**1 CLIP  (RUNNING 00:01:09.113)**

As I understand it, the market ...

JS-0121-0001419　　　　　　　　**1 SEGMENT  (RUNNING 00:01:09.113)**　　　

**1.  PAGE 14:19 TO 15:06  (RUNNING 00:01:09.113)**

```
     19       Q.    As I understand it, the market
     20   research team was disbanded in September
     21   of 2008.
     22            Is that your recollection?
     23       A.   Yes.   That's correct.
     24       Q.    And why did the market research
     25   team get disbanded, from your perspective?
00015:01
     02       A.    It was not possible to conduct
     03   the task that is the most important one,
     04   which is to collect information from --
     05   about competitors and exchange
     06   information.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:09.113)**



COURT EXHIBIT 3

## In Re Korean Ramen v3

 **Ahn, Soo chang (Vol. 02) - 01/13/2016**                   1 CLIP  (RUNNING 00:01:26.277)

 The next question is about your ...

SA-0113-0003120                    **4 SEGMENTS  (RUNNING 00:01:26.277)**      

**1.  PAGE 31:20 TO 31:25  (RUNNING 00:00:15.852)**

```
20        Q.    The next question is about your
21    meaning of the word "negotiation" or
22    "negotiations" where you used it in your
23    testimony yesterday.  Please listen while
24    I read a short bit of your testimony, and
25    then I will ask my question.
```

**2.  PAGE 32:02 TO 32:18  (RUNNING 00:00:46.564)**

```
02        A.    Yes.
03        Q.    Yesterday, in response to
04    questioning by plaintiffs' counsel about
05    the March 28, 2001, Ramen assembly
06    meeting, you testified as follows, and
07    this is at page 68, lines 3 to 11.
08            You testified, "I believe
09    Mr. Yoon received a question regarding
10    price-related negotiations."
11            Ask then the lawyer asks:
12            "QUESTION:  And do you recall?
13    Do you recall Mr. Yoon's response?"
14            Then you answer, "If I remember
15    correctly, I believe Mr. Dong Gyun
16    Yoon answered, 'Yes.  Negotiation is
17    being taking place.  Please wait and
18    see what happens.'"
```

**3.  PAGE 32:19 TO 32:23  (RUNNING 00:00:17.539)**

```
19            So with that in mind, in the
20    part of your testimony I just read,
21    the negotiation you were referring to
22    was the negotiation with the
23    government; correct?
```

**4.  PAGE 32:24 TO 33:02  (RUNNING 00:00:06.322)**

```
24        A.    That is correct.  That refers to
25    the negotiation between Nongshim and the
00033:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    government.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:26.277)**

COURT EXHIBIT 4a

Case Clip(s) Detailed Report

# Luttway

Friday, November 16, 2018, 5:23:01 PM

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:23:01 PM

**Luttway**

## Luttway, David (Vol. 01) - 04/26/2016                    1 CLIP  (RUNNING 00:00:13.760)

No, but I would say at least once a quarter. ...



DL-0426-0007905                    1 SEGMENT  (RUNNING 00:00:13.760)

1.  PAGE 79:05 TO 79:10  (RUNNING 00:00:13.760)

```
05      A   No, but I would say at least once a quarter.
06      Q   Do you know if Nongshim gave discounts to
07  your competitors --
08      A   Yes.
09      Q   -- during that same time period?
10      A   Yes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:13.760)**



COURT EXHIBIT 4b

Case Clip(s) Detailed Report

# Luttway

Friday, November 16, 2018, 5:24:05 PM

**Luttway**

---

**Luttway, David (Vol. 01) - 04/26/2016**                                1 CLIP  (RUNNING 00:00:30.050)

For 2001 to 2010, did Ramen Products sold by ...

DL-0426-0008421-001                     1 SEGMENT  (RUNNING 00:00:30.050)          

**1.  PAGE 84:21 TO 85:05  (RUNNING 00:00:30.050)**

```
     21        For 2001 to 2010, did Ramen Products sold by
     22   PITCO receive a 15 percent markup?
     23     A   The markup --
     24        MS. SWEENEY:  Objection; overbroad.
     25        THE WITNESS:  The markup is different.  The
00085:01   answer is no, and the answer is, it varied
     02   substantially.  Sometimes it was lower.  Sometimes it
     03   was higher, depending on if it's cash and carry,
     04   delivery, special promotion, competitive issues,
     05   seasonality.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:30.050)**

COURT EXHIBIT 5a

Case Clip(s) Detailed Report

# Luu

Friday, November 16, 2018, 5:17:59 PM

**Luu**

---

### Luu, Quyen (Vol. 01) - 11/06/2018 [Andy Luu]        1 CLIP  (RUNNING 00:00:39.410)

But at Vin Luu's deposition he said that ...



QL-1106-0004907                          1 SEGMENT  (RUNNING 00:00:39.410)

**1.  PAGE 49:07 TO 49:18  (RUNNING 00:00:39.410)**

```
07       Q.   But at Vin Luu's deposition he said that
08   Rockman did ask for discounts.  So was he wrong when
09   he said that?
10       A.   Well, he asked for price decrease because
11   we have a competitor that selling cheaper.
12       Q.   So when Rockman during the relevant time
13   period would hear that one of its competitors was
14   selling Nongshim products for a lower price, Rockman
15   would request a price decrease from Nongshim; is
16   that right?
17       A.   Right.  We file a lot of complaint but
18   never have -- it's just no negotiation.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:39.410)**

COURT EXHIBIT 5b

Case Clip(s) Detailed Report

# Luu

Friday, November 16, 2018, 5:18:57 PM

**Luu**

---

## Luu, Quyen (Vol. 01) - 11/06/2018 [Andy Luu]                  1 CLIP  (RUNNING 00:00:08.910)

 In all of your experience at Rockman, has ...

**QL-1106-0008225**                    **1 SEGMENT  (RUNNING 00:00:08.910)**

**1.  PAGE 82:25 TO 83:03  (RUNNING 00:00:08.910)**

```
       25        Q.   In all of your experience at Rockman, has
   00083:01    the buyer ever given you written proof of what a
       02      competitor was charging them?
       03        A.   Through my time?  Yes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:08.910)**



COURT EXHIBIT 6a

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:11 AM

## KoreanNoodles

 **Luu, Vinh (Vol. 01) - 04/26/2016**                    1 CLIP  (RUNNING 00:05:46.019)



LUUVINH-0426                    27 SEGMENTS  (RUNNING 00:05:46.019)              

**1. PAGE 8:17 TO 8:19  (RUNNING 00:00:11.082)**

```
17                    VINH LUU,
18          having been first duly sworn, was
19          examined and testified as follows:
```

**2. PAGE 8:24 TO 9:04  (RUNNING 00:00:18.080)**

```
24          Q.  Good morning.  Will you state your full
25     name and address for the record, please.
00009:01          A.  Vinh Luu, V-I-N-H, L-U-U.  Address, 1175
   02     Crest Haven Way, Monterey Park.
   03          Q.  And do you go by any other names?
   04          A.  Vincent Luu.
```

**3. PAGE 17:12 TO 17:25  (RUNNING 00:00:37.774)**

```
12          Q.  Okay.  Let's start with just a little bit
13     of background about yourself, Mr. Luu.
14              Who is your current employer?
15          A.  Rockman Company U.S.A., Inc.
16          Q.  And how long have you been employed by
17     Rockman?
18          A.  Since 1986.
19          Q.  Where was Rockman located when you began
20     employment there in 1986?
21          A.  Vernon.  City of Vernon.
22          Q.  And then it moved to --
23          A.  To City of Commerce.
24          Q.  City of Commerce.  When about was that?
25          A.  Right now is Santa Fe Springs.
```

**4. PAGE 18:19 TO 18:21  (RUNNING 00:00:06.489)**

```
19          Q.  And what is your position with Rockman
20     today?
21          A.  General manager and CFO.
```

**5. PAGE 30:11 TO 30:14  (RUNNING 00:00:18.382)**

```
11              What line of business is Rockman in?  What
12     kind of a business is it?
13          A.  We are importer and distributor of mostly
14     Asian foodstuff and we import from Asia mostly.
```

**6. PAGE 30:19 TO 30:24  (RUNNING 00:00:12.682)**

```
19          Q.  And you import these foods and then you
20     resell them to customers?
21          A.  Yes.
22          Q.  Okay.  And what types of customers does
23     Rockman have?
24          A.  We have mostly retail, like supermarkets.
```

**7. PAGE 30:25 TO 31:03  (RUNNING 00:00:08.060)**

```
25          Q.  Do you sell to other wholesalers?
00031:01          A.  Yes.
   02          Q.  Okay.  In the United States?
   03          A.  Yes.
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:11 AM**

## KoreanNoodles

**8. PAGE 32:07 TO 32:11  (RUNNING 00:00:12.485)**

```
07        Q.  And within the United States, do you sell
08  products that you import from Asian countries
09  throughout the United States or are there specific
10  geographic regions that you sell?
11        A.  Throughout the United States.
```

**9. PAGE 36:06 TO 36:11  (RUNNING 00:00:17.962)**

```
06        Q.  You have stated that the ramen product as
07  defined are categorized under instant noodles within
08  Rockman.  So my question is, what portion of your
09  sales are accounted for by instant noodles?  Let's
10  start there.
11        A.  I would say 40 percent.
```

**10. PAGE 36:24 TO 37:04  (RUNNING 00:00:19.086)**

```
24        Q.  What -- who was your company's top
25  suppliers of instant noodle products?
00037:01        A.  Nongshim.
02        Q.  Nongshim.  And approximately what
03  percentage of your instant noodle products are
04  imported or provided -- purchased from Nongshim?
```

**11. PAGE 37:06 TO 37:06  (RUNNING 00:00:02.550)**

```
06            THE WITNESS:  I would say 15 percent.
```

**12. PAGE 39:16 TO 39:22  (RUNNING 00:00:14.162)**

```
16        Q.  Do you understand that there are --
17  there's a Nongshim entity in Korea and Nongshim
18  entity in the U.S.A.?
19        A.  Yes.
20        Q.  Okay.  And did Rockman purchase from both
21  of those entities?
22        A.  Yes.
```

**13. PAGE 40:17 TO 40:23  (RUNNING 00:00:24.891)**

```
17        Q.  When Nongshim started its -- when its
18  Rancho Cucamonga facility opened in 2005, and you
19  were able to buy from Nongshim America at that time,
20  did you also purchase from Nongshim Korea?
21        A.  I think at the time everything should go
22  through Nongshim America.  We -- we did buy some
23  product made in Korea.
```

**14. PAGE 48:07 TO 48:12  (RUNNING 00:00:13.852)**

```
07        Q.  So did you determine what products would
08  be purchased?
09        A.  Yes.
10        Q.  And how did you make that determination?
11        A.  We just purchased what we need.  Like
12  inventory is low, then I purchase.
```

**15. PAGE 49:21 TO 49:22  (RUNNING 00:00:04.502)**

```
21        Q.  And when do you decide that an order needs
22  to be placed?
```

**16. PAGE 49:24 TO 49:24  (RUNNING 00:00:01.976)**

```
24            THE WITNESS:  When inventory is low.
```

**17. PAGE 75:25 TO 76:02  (RUNNING 00:00:13.415)**

```
25            MS. GOODWIN:  I would like to mark as
00076:01  Exhibit 1055 a document Bates labeled ROK 00011 to
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:11 AM

# KoreanNoodles

```
            02  000012.
```

**18. PAGE 76:14 TO 76:23  (RUNNING 00:00:16.455)**

```
            14       Q.  I will represent to you that this document
            15  was produced by Rockman from its files.  Have you
            16  seen this type of document before?
            17       A.  Yes.
            18       Q.  What is it?
            19       A.  This is notice of price increase from
            20  Nongshim.
            21       Q.  Okay.  And who within Rockman would
            22  receive this type of document?
            23       A.  Me.
```

**19. PAGE 103:25 TO 104:02  (RUNNING 00:00:14.405)**

```
            25       Q.  In the relevant time period, do you recall
    00104:01  how often the price of Nongshim instant ramen noodle
            02  prices were increased?
```

**20. PAGE 104:04 TO 104:04  (RUNNING 00:00:01.977)**

```
            04          THE WITNESS:  Six or seven times.
```

**21. PAGE 107:04 TO 107:06  (RUNNING 00:00:12.472)**

```
            04       Q.  What about the quality of the product?
            05  Was that something that you considered when deciding
            06  whether to buy a particular ramen noodle product?
```

**22. PAGE 107:08 TO 107:15  (RUNNING 00:00:14.658)**

```
            08          THE WITNESS:  Actually, all quality of
            09  them are good.  Even Korea or Thailand, most of the
            10  brand that we choose.
            11  BY MS. GOODWIN:
            12       Q.  Okay.  So the quality is -- how about the
            13  taste?  Are they similar?
            14       A.  Totally different.
            15       Q.  Totally different.
```

**23. PAGE 107:18 TO 107:21  (RUNNING 00:00:13.216)**

```
            18       Q.  How are they different?
            19       A.  Flavoring.  Dependent, like Korean -- the
            20  Chinese may like more of Korean noodle and
            21  Vietnamese like Vietnamese noodle.
```

**24. PAGE 108:06 TO 108:08  (RUNNING 00:00:06.977)**

```
            06       Q.  What are the differences between the
            07  Vietnamese noodle flavors and the Korean noodle
            08  flavors?
```

**25. PAGE 108:10 TO 108:10  (RUNNING 00:00:01.942)**

```
            10          THE WITNESS:  Korean more spicy.
```

**26. PAGE 109:20 TO 109:25  (RUNNING 00:00:19.922)**

```
            20       Q.  And when -- to talk specifically about the
            21  price increase, notifications from Nongshim that you
            22  would receive and that we looked at samples of
            23  earlier, when you received such a document, would
            24  you have discussion with Nongshim about the price
            25  increase that was alluded to in those documents?
```

**27. PAGE 110:02 TO 110:05  (RUNNING 00:00:06.565)**

```
            02          THE WITNESS:  No.
            03  BY MS. GOODWIN:
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:11 AM

## KoreanNoodles

```
04        Q.  And why not?
05        A.  I think it is I cannot change anything.
```

<div style="text-align:right">

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:46.019)**

</div>

COURT EXHIBIT 6b

**Case Clip(s) Detailed Report**
Tuesday, November 13, 2018, 1:27:43 PM

## In Re Korean Ramen v3

 **Luu, Vinh (Vol. 01) - 04/26/2016**                     13 CLIPS  (RUNNING 00:05:58.823)

 You have stated that the ramen product as ...

| VL-0426-0003606 | 1 SEGMENT  (RUNNING 00:00:37.632) |  |
|---|---|---|

**1.  PAGE 36:06 TO 36:16  (RUNNING 00:00:37.632)**

```
06        Q.  You have stated that the ramen product as
07   defined are categorized under instant noodles within
08   Rockman.  So my question is, what portion of your
09   sales are accounted for by instant noodles?  Let's
10   start there.
11        A.  I would say 40 percent.
12        Q.  Okay.  And the remaining 60 percent of
13   your sales are accounted for by what types of
14   products?
15        A.  The rest are like -- we have about -- more
16   than 500 items so the rest of them is that.  Yeah.
```

 Nongshim.  And approximately what ...

| VL-0426-0003702 | 2 SEGMENTS  (RUNNING 00:00:10.381) |  |
|---|---|---|

**1.  PAGE 37:02 TO 37:04  (RUNNING 00:00:08.465)**

```
02        Q.  Nongshim.  And approximately what
03   percentage of your instant noodle products are
04   imported or provided -- purchased from Nongshim?
```

**2.  PAGE 37:06 TO 37:06  (RUNNING 00:00:01.916)**

```
06        THE WITNESS:  I would say 15 percent.
```

 And the other -- what is that math -- 85? ...

| VL-0426-0003708 | 1 SEGMENT  (RUNNING 00:00:25.416) |  |
|---|---|---|

**1.  PAGE 37:08 TO 37:13  (RUNNING 00:00:25.416)**

```
08        Q.  And the other -- what is that math -- 85?
09        A.  Yes.
10        Q.  85 percent?  The other 85 percent of your
11   ramen product comes from different suppliers?
12        A.  85 out of 40, right.  So total sales is 40
13   percent of instant ramen.
```

 Right. ...

| VL-0426-0003714 | 1 SEGMENT  (RUNNING 00:00:36.136) |  |
|---|---|---|

**1.  PAGE 37:14 TO 38:03  (RUNNING 00:00:36.136)**

```
14        Q.  Right.
15        A.  So it's 25 percent left.  We have 5 -- the
16   other is 25 percent.
17        Q.  Okay.
```

## In Re Korean Ramen v3

```
    18              MR. STRIMLING:  What he was saying is
    19 15 percent of all --
    20              THE WITNESS:  Instant noodle.
    21 BY MS. GOODWIN:
    22      Q.  Of the instant noodles.  Not 15 -- okay.
    23 15 percent of the 40 percent.
    24      A.  Yes.
    25      Q.  Understood.  And the remainder of the
00038:01 40 percent is the other -- are other --
    02      A.  Other instant noodle.
    03      Q.  -- instant noodle suppliers.
```

 And can you -- can you provide me with a ...

**VL-0426-0003804**          **1 SEGMENT  (RUNNING 00:00:09.405)**          

**1. PAGE 38:04 TO 38:07  (RUNNING 00:00:09.405)**

```
    04              And can you -- can you provide me with a
    05 list of what some of your other instant noodle
    06 suppliers are?
    07      A.  Paldo.
```

 Do you recall what percentage of the ...

**VL-0426-0003808**          **2 SEGMENTS  (RUNNING 00:00:14.351)**          

**1. PAGE 38:08 TO 38:10  (RUNNING 00:00:10.793)**

```
    08      Q.  Do you recall what percentage of the
    09 ramen -- the instant noodle products Paldo provided
    10 for Rockman?
```

**2. PAGE 38:12 TO 38:13  (RUNNING 00:00:03.558)**

```
    12              THE WITNESS:  I guess 5 percent of the
    13 instant noodle.
```

 And other suppliers of instant noodles for ...

**VL-0426-0003815**          **1 SEGMENT  (RUNNING 00:00:04.577)**          

**1. PAGE 38:15 TO 38:17  (RUNNING 00:00:04.577)**

```
    15      Q.  And other suppliers of instant noodles for
    16 ramen would be?
    17      A.  From Thailand.
```

 Okay.  What -- and we have already talked ...

**VL-0426-0006101**          **3 SEGMENTS  (RUNNING 00:01:15.326)**          

**1. PAGE 61:01 TO 61:08  (RUNNING 00:00:30.113)**

```
00061:01      Q.  Okay.  What -- and we have already talked
    02 about the Korean ramen noodle products falling under
    03 that meaning during the relevant period from
    04 Nongshim and from Paldo.
    05              What other ramen products fall into
```

## In Re Korean Ramen v3

```
06   Rockman's instant noodle category?  We have already
07   talked about countries, right now I'm looking for
08   more different companies and brands.
```

**2.  PAGE 61:11 TO 61:15  (RUNNING 00:00:18.858)**

```
11           THE WITNESS:  Mama product from Thailand.
12   Mama, M-A-M-A.  And there's one from Vietnam.
13   BY MS. GOODWIN:
14       Q.  Okay.  Which is the one from Vietnam?
15       A.  Binh Tay, B-I-N-H, T-A-Y.
```

**3.  PAGE 61:16 TO 61:24  (RUNNING 00:00:26.355)**

```
16       Q.  And what others?
17       A.  I don't recall them.
18       Q.  Okay.  Does Rockman make any instant
19   noodle products?
20       A.  We don't make, but we may have the --
21   somebody make for us under OEM brand.
22       Q.  And would that fall under the instant
23   noodle product category?
24       A.  Yes.
```

 So you would get invoices and then add ...

**VL-0426-0008603**          **2 SEGMENTS  (RUNNING 00:00:24.931)**          

**1.  PAGE 86:03 TO 86:04  (RUNNING 00:00:06.817)**

```
03       Q.  So you would get invoices and then add
04   sometimes discounts to those invoices?
```

**2.  PAGE 86:06 TO 86:10  (RUNNING 00:00:18.114)**

```
06           THE WITNESS:  Must be -- must be a
07   promotion before, like salesman come back -- come to
08   us and said this time we have 10 percent discount.
09   You just order and then deduct 10 percent after when
10   you pay.
```

 And in what -- what occasions would you ...

**VL-0426-0008701**          **2 SEGMENTS  (RUNNING 00:00:32.138)**

**1.  PAGE 87:01 TO 87:03  (RUNNING 00:00:10.190)**

```
00087:01       Q.  And in what -- what occasions would you
     02   request a discount from Nongshim America or Nongshim
     03   Korea before receiving an invoice?
```

**2.  PAGE 87:05 TO 87:12  (RUNNING 00:00:21.948)**

```
05           THE WITNESS:  Not from Nongshim Korea.
06   BY MS. GOODWIN:
07       Q.  Okay.  For Nongshim America?
08       A.  Nongshim America I might -- if I buy some
09   other supplier -- I mean wholesaler, sell cheaper,
10   then I will talk to the salesman and see if they can
11   get us discount to -- to match the price or
12   something.
```

## In Re Korean Ramen v3

 To supermarkets.  Okay.  So when you said, ...

**VL-0426-0008901**                    **2 SEGMENTS  (RUNNING 00:00:47.897)**                    

**1. PAGE 89:01 TO 89:12  (RUNNING 00:00:33.720)**

```
00089:01        Q.  To supermarkets.  Okay.  So when you said,
      02   please correct me because this is what my
      03   understanding was of your testimony, that you would
      04   reach out to Nongshim America and request a discount
      05   in some circumstances and that one of those
      06   circumstances would be when you found out from a
      07   wholesaler that it was getting a certain price and
      08   then you would ask Nongshim America for that same
      09   price.  But I may be misstating that, so can you
      10   please clarify for me what circumstances you would
      11   reach out to Nongshim America and request a
      12   discount.
```

**2. PAGE 89:15 TO 89:20  (RUNNING 00:00:14.177)**

```
      15        THE WITNESS:  Usually when we found out
      16   other wholesalers sell to the same customer that we
      17   sold cheaper price.
      18   BY MS. GOODWIN:
      19        Q.  And how did you find that out?
      20        A.  The customer just let us know.
```

 We saw a -- we discussed earlier two ...

**VL-0426-0009510**                    **1 SEGMENT  (RUNNING 00:00:26.841)**                    

**1. PAGE 95:10 TO 95:18  (RUNNING 00:00:26.841)**

```
      10        We saw a -- we discussed earlier two
      11   different ways in which Rockman would sometimes get
      12   discounts.  One would be if a Nongshim salesperson
      13   offered it to you and another would be if you
      14   reached out to Nongshim, and the one circumstance
      15   that we discussed earlier is when you may hear from
      16   a retailer that they are getting charged lower
      17   prices by another wholesaler.  Correct?
      18        A.  Correct.
```

 And what were the ranges of percentages of ...

**VL-0426-0009705**                    **2 SEGMENTS  (RUNNING 00:00:13.792)**                    

**1. PAGE 97:05 TO 97:07  (RUNNING 00:00:08.370)**

```
      05        Q.  And what were the ranges of percentages of
      06   discounts that Nongshim would apply to invoices of
      07   its products?
```

**2. PAGE 97:09 TO 97:10  (RUNNING 00:00:05.422)**

```
      09        THE WITNESS:  5 percent to I guess
      10   12 percent.
```

**TOTAL: 13 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:05:58.823)**

COURT EXHIBIT 6c

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:48:39 AM

**KoreanNoodles**

 **Luu, Vinh (Vol. 01) - 04/26/2016**                    1 CLIP  (RUNNING 00:00:24.517)

Luu Redirect

VL042616RD                    1 SEGMENT  (RUNNING 00:00:24.517)          

1.  **PAGE 86:18 TO 86:25  (RUNNING 00:00:24.517)**

           18        Q.   Okay.  Would you ever propose or request a
           19   discount from Nongshim America or Nongshim Korea
           20   after receiving an invoice?
           21        A.   Oh, after?
           22        Q.   Yes.
           23        A.   No.
           24        Q.   Or before receiving an invoice?
           25        A.   Before, rarely, but yes.

                              ┌────────────────────────────────────────────────────┐
                              │ **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:24.517)** │
                              └────────────────────────────────────────────────────┘



COURT EXHIBIT 7a

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:29 AM**

## KoreanNoodles

---

 **Park, Keun Kevin (Vol. 01) - 03/15/2016**     1 CLIP  (RUNNING 00:18:25.193)



PARKKEUNKEVIN-0315          100 SEGMENTS  (RUNNING 00:18:25.193)    

**1. PAGE 9:01 TO 9:02 (RUNNING 00:00:08.038)**

```
00009:01              AERYONG KIM,
   02  was duly sworn to act as English/Korean interpreter.
```

**2. PAGE 9:04 TO 9:06 (RUNNING 00:00:07.025)**

```
   04              KEUN "KEVIN" PARK,
   05  having been first duly sworn, was examined and
   06              testified as follows:
```

**3. PAGE 9:04 TO 9:06 (RUNNING 00:00:01.613)**

```
   04              KEUN "KEVIN" PARK,
   05  having been first duly sworn, was examined and
   06              testified as follows:
```

**4. PAGE 11:09 TO 11:10 (RUNNING 00:00:02.645)**

```
   09   Q   Okay.  Mr. Park, who is your current
   10  employer?
```

**5. PAGE 11:11 TO 11:11 (RUNNING 00:00:04.924)**

```
   11   A   Plaza Market, The Plaza Market.
```

**6. PAGE 11:12 TO 11:13 (RUNNING 00:00:03.348)**

```
   12   Q   And for how long have you been employed by
   13  The Plaza Market?
```

**7. PAGE 11:14 TO 11:14 (RUNNING 00:00:04.929)**

```
   14   A   It's been 15 years and 6 months.
```

**8. PAGE 11:15 TO 11:16 (RUNNING 00:00:04.576)**

```
   15   Q   And what was your position when you first
   16  began at The Plaza Market?
```

**9. PAGE 11:17 TO 11:17 (RUNNING 00:00:03.490)**

```
   17   A   Assistant manager.
```

**10. PAGE 11:18 TO 11:19 (RUNNING 00:00:02.534)**

```
   18   Q   Okay.  And what is your current position
   19  today?
```

**11. PAGE 11:20 TO 11:20 (RUNNING 00:00:02.654)**

```
   20   A   General manager.
```

**12. PAGE 11:24 TO 11:25 (RUNNING 00:00:05.388)**

```
   24   Q   Okay.  And at what point did you go from
   25  being an assistant manager to general manager?
```

**13. PAGE 12:01 TO 12:04 (RUNNING 00:00:15.977)**

```
00012:01   A   I don't have the exact date in mind, but I
   02  think I probably became general manager
   03  approximately eight months after serving as
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:29 AM**

## KoreanNoodles

04  assistant manager.

**14. PAGE 18:06 TO 18:08 (RUNNING 00:00:10.292)**

06    Q    So then would it be correct to say that you
07  became the general manager in or around 2002 or
08  2001?

**15. PAGE 18:09 TO 18:10 (RUNNING 00:00:06.961)**

09    A    It would be in the time frame of 2002, as I
10  recall.

**16. PAGE 19:02 TO 19:03 (RUNNING 00:00:03.108)**

02    Q    Okay.  So my question is, is there anyone
03  else that you reported to?

**17. PAGE 19:04 TO 19:04 (RUNNING 00:00:04.881)**

04    A    Probably the president of the company.

**18. PAGE 19:05 TO 19:05 (RUNNING 00:00:02.072)**

05    Q    And what's the name of the president?

**19. PAGE 19:06 TO 19:06 (RUNNING 00:00:10.327)**

06    A    First name Myung.  Last name Yang, Y-a-n-g.

**20. PAGE 27:18 TO 27:19 (RUNNING 00:00:08.829)**

18    Q    And when you first started at The Plaza
19  Market, was your clientele mostly Korean-Americans?

**21. PAGE 27:20 TO 27:21 (RUNNING 00:00:10.553)**

20    A    Yes, that is my recollection, that the --
21  most of the market's clientele are Korean-Americans.

**22. PAGE 27:22 TO 27:23 (RUNNING 00:00:04.736)**

22    Q    But you also did have non-Korean-American
23  customers, correct?

**23. PAGE 27:24 TO 27:25 (RUNNING 00:00:10.572)**

24    A    Yes, we did, as far as I recall.  We still do
25  have non-Korean-American customers.

**24. PAGE 28:12 TO 28:13 (RUNNING 00:00:05.039)**

12    Q    And for how long was The Plaza Market in
13  business when you joined the company?

**25. PAGE 28:14 TO 28:17 (RUNNING 00:00:25.221)**

14    A    I'm not exactly sure, but as far as I
15  understand, The Plaza Market opened and was formed
16  around 1988 or '89.  So 2001 minus, that would be
17  the answer, or approximately 13 years.

**26. PAGE 28:24 TO 28:25 (RUNNING 00:00:04.594)**

24    Q    When you became the general manager, how did
25  your duties change?

**27. PAGE 29:01 TO 29:02 (RUNNING 00:00:12.058)**

00029:01    A    By that time, I was generally responsible for
02  overall things of the market.

**28. PAGE 29:03 TO 29:03 (RUNNING 00:00:02.779)**

03    Q    Were you still responsible for purchasing?

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:29 AM

## KoreanNoodles

**29. PAGE 29:04 TO 29:08  (RUNNING 00:00:23.219)**

    04    A    Yes, I was involved in that, meaning for
    05    grocery section, I talked with grocery people,
    06    specifically with grocery manager, and likewise for
    07    other departments, fish and meat and other sections,
    08    as well.

**30. PAGE 45:02 TO 45:03  (RUNNING 00:00:10.225)**

    02    Q    Mr. Park, when you joined The Plaza Market,
    03    did The Plaza Market already carry ramen products?

**31. PAGE 45:04 TO 45:04  (RUNNING 00:00:05.925)**

    04    A    Yes, it did, to my recollection.

**32. PAGE 45:05 TO 45:07  (RUNNING 00:00:12.918)**

    05    Q    And do you recall which ramen products The
    06    Plaza Market sold?  And I'm talking about at the
    07    time that you started at The Plaza Market.

**33. PAGE 45:08 TO 45:11  (RUNNING 00:00:24.454)**

    08    A    As to that, I can't recall exactly, because
    09    that's ten-plus years ago.  But as far as I can
    10    recall at this moment, I remember the market carried
    11    all well-known Korean ramen products.

**34. PAGE 53:23 TO 53:25  (RUNNING 00:00:08.625)**

    23    Q    Okay.  From the time period 2005 to 2010, did
    24    The Plaza purchase ramen products directly from
    25    Ottogi America?

**35. PAGE 54:01 TO 54:04  (RUNNING 00:00:13.210)**

    00054:01    A    Yes, it did, to my recollection.  I clearly
    02    remember as to that, although I don't specifically
    03    remember what time frame it was between 2005 and
    04    2010.

**36. PAGE 115:02 TO 115:03  (RUNNING 00:00:05.504)**

    02    Q    When did Plaza first contemplate bringing a
    03    suit against defendants?

**37. PAGE 115:04 TO 115:05  (RUNNING 00:00:11.592)**

    04    A    Although I don't exactly remember, I think it
    05    would have been probably around the 2013 time frame.

**38. PAGE 115:18 TO 115:19  (RUNNING 00:00:04.268)**

    18    Q    What prompted Plaza to begin contemplating
    19    bringing this lawsuit?

**39. PAGE 115:20 TO 115:23  (RUNNING 00:00:28.867)**

    20    A    It's my understanding that the fact that
    21    there was a collusion to fix prices in Korea was
    22    discovered.  And then we eventually thought that
    23    said fact would eventually impact the U.S. market.

**40. PAGE 116:04 TO 116:05  (RUNNING 00:00:03.098)**

    04    Q    Are you familiar with the Korean Fair Trade
    05    Commission?

**41. PAGE 116:06 TO 116:06  (RUNNING 00:00:05.972)**

    06    A    Yes, I am familiar with what they do.

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:29 AM

## KoreanNoodles

---

**42. PAGE 116:07 TO 116:09  (RUNNING 00:00:06.631)**

    07    Q    Are you familiar with the Korean Fair Trade
    08    Commission's investigation into the price of ramen
    09    sold in Korea?

**43. PAGE 116:10 TO 116:11  (RUNNING 00:00:07.974)**

    10    A    Yes.  I became familiar with that by way of
    11    the news media.

**44. PAGE 116:12 TO 116:12  (RUNNING 00:00:01.995)**

    12    Q    Do you recall what news media?

**45. PAGE 116:13 TO 116:14  (RUNNING 00:00:09.314)**

    13    A    A Korean TV program that I was watching in
    14    the U.S. and also newspaper.

**46. PAGE 117:02 TO 117:04  (RUNNING 00:00:09.993)**

    02    Q    You said earlier that you thought that the
    03    alleged increase of price in Korea would impact the
    04    U.S. market.

**47. PAGE 117:05 TO 117:05  (RUNNING 00:00:01.034)**

    05    A    Yes.

**48. PAGE 117:06 TO 117:06  (RUNNING 00:00:01.356)**

    06    Q    Why do you think that?

**49. PAGE 117:07 TO 117:10  (RUNNING 00:00:30.056)**

    07    A    By that time, from my experience, I was aware
    08    of the fact that if any product's price increases in
    09    Korea, that impacts the price in the U.S.  I knew
    10    that from my experience.

**50. PAGE 117:11 TO 117:12  (RUNNING 00:00:04.117)**

    11    Q    And what in your experience leads you to that
    12    conclusion?

**51. PAGE 117:13 TO 117:17  (RUNNING 00:00:26.942)**

    13    A    My understanding was not based on any special
    14    particular experience of mine.  I was basing that
    15    from my common sense and other general information
    16    that I had already that such would impact the U.S.
    17    market price.

**52. PAGE 117:18 TO 117:19  (RUNNING 00:00:04.828)**

    18    Q    When you say "other general information,"
    19    what are you referring to?

**53. PAGE 117:20 TO 117:23  (RUNNING 00:00:24.615)**

    20    A    For the most products that we carry in our
    21    company, we for the most part import those products.
    22    Although we don't directly input those goods, we do
    23    so through our distributors.

**54. PAGE 117:24 TO 118:03  (RUNNING 00:00:18.734)**

            24         So I thought when the prices increased in
            25    Korea, the distributors would buy those products at
    00118:01    an increased price, which would eventually impact
            02    the end price after the products are imported into
            03    the U.S.

## KoreanNoodles

---

**55. PAGE 119:20 TO 119:23 (RUNNING 00:00:10.227)**

    20    Q    If -- if I say the KFTC investigation, is it
    21  okay if we refer to that for the -- the
    22  investigation of the Korean Fair Trade Commission
    23  into the pricing of ramen products in Korea?

**56. PAGE 119:24 TO 119:25 (RUNNING 00:00:10.064)**

    24    A    Yes, yes, I would understand what you're
    25  referring to if you say KFTC.

**57. PAGE 120:01 TO 120:03 (RUNNING 00:00:06.396)**

  00120:01    Q    At this 2013 meeting with the president of
    02  Plaza, did you discuss -- discuss the KFTC
    03  investigation?

**58. PAGE 120:04 TO 120:04 (RUNNING 00:00:05.626)**

    04    A    I remember that I did.

**59. PAGE 131:23 TO 131:24 (RUNNING 00:00:07.149)**

    23    Q    With regard to this lawsuit, who at Plaza
    24  authorized the filing of this lawsuit?

**60. PAGE 131:25 TO 131:25 (RUNNING 00:00:04.292)**

    25    A    The -- the president of the company.

**61. PAGE 132:01 TO 132:03 (RUNNING 00:00:08.743)**

  00132:01    Q    And was this at the 2013 discussion that we
    02  talked about earlier between you and the president
    03  of Plaza?

**62. PAGE 132:04 TO 132:05 (RUNNING 00:00:15.873)**

    04    A    After that meeting, a decision was made to
    05  file this lawsuit, and the attorneys were hired.

**63. PAGE 144:04 TO 144:07 (RUNNING 00:00:14.672)**

    04    Q    Do you believe that the conspiracy that's
    05  been alleged to have taken place in Korea related to
    06  Korean ramen pricing would impact the price of ramen
    07  manufactured in the United States?

**64. PAGE 144:08 TO 144:08 (RUNNING 00:00:06.412)**

    08    A    Yes, I believe it would.

**65. PAGE 144:09 TO 144:09 (RUNNING 00:00:01.905)**

    09    Q    What leads you to that belief?

**66. PAGE 144:13 TO 144:20 (RUNNING 00:00:46.379)**

    13         THE WITNESS:  I would have to repeat my
    14  earlier answer, which has to do with my common
    15  sense.  I still believe, based on my belief, that
    16  when the price increase in Korea by way of
    17  collusion, it would eventually, as a result, impact
    18  the price that are supply to the -- price of goods
    19  supplied to the U.S. and the price of goods that are
    20  purchased by the consumers.

**67. PAGE 144:22 TO 145:01 (RUNNING 00:00:16.624)**

    22    Q    What in your common sense leads you to
    23  believe that alleged collusion over prices in Korea
    24  would improperly raise the price of ramen product

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:29 AM

## KoreanNoodles

---

```
        25  manufactured in the United States as opposed to
00145:01    imported from Korea?
```

**68. PAGE 145:02 TO 145:08 (RUNNING 00:00:40.612)**

```
        02    A   Oh, I am aware of this fact that, generally
        03  speaking, if anything -- the price is increased in
        04  Korea, including the price of ramen, then that would
        05  eventually lead to the increase of price of products
        06  in the U.S.  I know that from my past experience.
        07  And if such thing happens by way of price fixing
        08  collusion, then I don't think it's proper.
```

**69. PAGE 145:11 TO 145:12 (RUNNING 00:00:02.940)**

```
        11        What from your past experience leads you to
        12  that belief?
```

**70. PAGE 145:13 TO 145:17 (RUNNING 00:00:35.092)**

```
        13    A   It's general knowledge that typically when
        14  distributors offer any increase or high price to us,
        15  that is on account of the price for goods that they
        16  get from Korea that is high, which is generally due
        17  to increasing price of raw materials and whatnot.
```

**71. PAGE 145:18 TO 145:20 (RUNNING 00:00:14.137)**

```
        18    Q   Is it your understanding that ramen product
        19  manufactured in the United States relies on goods
        20  that are received or imported from Korea?
```

**72. PAGE 145:23 TO 145:23 (RUNNING 00:00:03.616)**

```
        23        THE WITNESS:  I think they are correlated.
```

**73. PAGE 146:09 TO 146:09 (RUNNING 00:00:02.494)**

```
        09    Q   What do you mean by they are correlated?
```

**74. PAGE 146:10 TO 146:12 (RUNNING 00:00:18.417)**

```
        10    A   I believe it's rather common sense that
        11  whenever prices go up in Korea and at some point in
        12  time, prices would ultimately go up in the U.S.
```

**75. PAGE 161:13 TO 161:14 (RUNNING 00:00:04.993)**

```
        13    Q   How does Plaza determine the price it charges
        14  customer for ramen products?
```

**76. PAGE 161:15 TO 161:17 (RUNNING 00:00:13.133)**

```
        15    A   I think I mentioned this this morning.  I
        16  think I answered this, but do you want me to explain
        17  again?
```

**77. PAGE 161:18 TO 161:20 (RUNNING 00:00:05.530)**

```
        18    Q   If you could.  I apologize.  I don't remember
        19  you answering the question, and I apologize if
        20  you're repeating yourself.
```

**78. PAGE 161:21 TO 161:22 (RUNNING 00:00:12.601)**

```
        21    A   We arrive at the figure by dividing the cost
        22  by .7.
```

**79. PAGE 164:12 TO 164:15 (RUNNING 00:00:19.667)**

```
        12    Q   So this -- this division of 1 by .7, was that
        13  something that -- was that a formula that Plaza used
        14  to price its ramen products throughout the period
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:29 AM

## KoreanNoodles

15  from the beginning of 2001 to the end of 2010?

**80.  PAGE 164:18 TO 164:21  (RUNNING 00:00:19.323)**

18        THE WITNESS:  That is my understanding
19  excluding the year 2000 when I was not with the
20  company.  But if it's from 2001 forward, that --
21  that has been the case.

**81.  PAGE 164:23 TO 164:24  (RUNNING 00:00:05.118)**

23     Q  So can you get your little calculator out
24  again.

**82.  PAGE 164:25 TO 165:02  (RUNNING 00:00:14.885)**

25        Okay.  Can you do a little math problem for
00165:01  me.  When your -- when your screen comes up, can
02  you -- can you divide 1 by .7 for me, please.

**83.  PAGE 165:03 TO 165:03  (RUNNING 00:00:02.352)**

03     A  I will do so, yes.

**84.  PAGE 165:04 TO 165:04  (RUNNING 00:00:02.083)**

04     Q  And what -- what figure do you get?

**85.  PAGE 165:05 TO 165:05  (RUNNING 00:00:06.514)**

05     A  1.4285.

**86.  PAGE 165:10 TO 165:13  (RUNNING 00:00:33.229)**

10     Q  Okay.  So if -- so if a -- a product -- the
11  cost of a ramen product during that period was X
12  dollars, does that mean that Plaza would set the
13  price at X dollars plus 42.85 percent of X dollars?

**87.  PAGE 165:16 TO 165:17  (RUNNING 00:00:12.159)**

16        THE WITNESS:  42.85?  Yes, that's correct.
17  X plus 42.85.

**88.  PAGE 165:19 TO 165:21  (RUNNING 00:00:16.862)**

19     Q  So 42.85 percent was the profit margin
20  that -- that Plaza tried to get on ramen products
21  from 2001 to 2010; is that right?

**89.  PAGE 165:23 TO 165:23  (RUNNING 00:00:01.570)**

23        THE WITNESS:  That is correct.

**90.  PAGE 165:25 TO 166:02  (RUNNING 00:00:12.227)**

25     Q  Did -- did the price of some of the ramen
00166:01  products that Plaza sold during the period 2001 to
02  2010 sometimes go up?

**91.  PAGE 166:03 TO 166:03  (RUNNING 00:00:06.548)**

03     A  To my understanding, it continuously went up.

**92.  PAGE 166:04 TO 166:10  (RUNNING 00:00:31.593)**

04     Q  And did Plaza -- when -- on the occasions
05  when the price of those ramen products went up
06  during the period 2001 to 2010 and Plaza learned of
07  the increase, did Plaza then increase the prices it
08  charged its customers to make sure that it continued
09  to earn a profit margin on the ramen products of
10  42.85 percent?

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:29 AM

## KoreanNoodles

**93.  PAGE 166:13 TO 166:14  (RUNNING 00:00:12.387)**

    13        THE WITNESS:  We tried to employ the same
    14  percentage margin rate as much as possible.

**94.  PAGE 166:16 TO 166:19  (RUNNING 00:00:18.127)**

    16     Q   And so when you learned of an increase in the
    17  price of the ramen that was sold to you, you raised
    18  your prices to your customer to preserve your profit
    19  margins on that, correct?

**95.  PAGE 166:21 TO 166:21  (RUNNING 00:00:07.828)**

    21        THE WITNESS:  Yes, that's the method that --

**96.  PAGE 166:23 TO 166:23  (RUNNING 00:00:03.296)**

    23        THE WITNESS:  That's how we have done so far.

**97.  PAGE 166:25 TO 167:02  (RUNNING 00:00:08.449)**

    25     Q   And that was done -- and that's what Plaza
    00167:01  did throughout the period from 2001 to 2010 when
    02  there was a price increase, correct?

**98.  PAGE 167:04 TO 167:08  (RUNNING 00:00:29.904)**

    04        THE WITNESS:  As far as my knowledge goes,
    05  that's true.  However, as to certain items where we
    06  cannot quite pick up or -- meaning catch this price
    07  increase, then we would not be able to charge our
    08  customers to reflect the price increase.

**99.  PAGE 167:09 TO 167:15  (RUNNING 00:00:24.522)**

    09  BY MR. PLUTZIK:
    10     Q   If -- if we're -- if we talk about the Korean
    11  ramen products made by Ottogi -- sold by Ottogi,
    12  Nongshim or Samyang, is it the case that during 2001
    13  to 2010 when you got price increases for those
    14  products, you increased the prices of those products
    15  to your customers?

**100.  PAGE 167:17 TO 167:20  (RUNNING 00:00:13.994)**

    17        THE WITNESS:  I believe that whenever we
    18  determined that there was a price increase, that
    19  then we tried to apply such a price increase in the
    20  price that we offered to customers.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:18:25.193)**

**CONFIDENTIAL**

COURT EXHIBIT 7b

**Ottogi**

 **Park, Kevin (Vol. 01) - 03/15/2016**                    1 CLIP  (RUNNING 00:12:41.095)

 Kevin Park 11-12-18 Final

**KEVINPARK**                    101 SEGMENTS  (RUNNING 00:12:41.095)        

**1.  PAGE 12:12 TO 12:13  (RUNNING 00:00:03.654)**

        12     Q   So one of your duties would be purchasing; is
        13   that correct?  To make that more clear, as an

**2.  PAGE 12:13 TO 12:15  (RUNNING 00:00:07.490)**

        13   that correct?  To make that more clear, as an
        14   assistant manager, was one of your duties
        15   purchasing?

**3.  PAGE 12:16 TO 12:17  (RUNNING 00:00:08.149)**

        16     A   At the time, I did engage in work affairs
        17   related to purchasing in part.

**4.  PAGE 30:14 TO 30:17  (RUNNING 00:00:14.843)**

        14     Q   So would it be correct to say that for the
        15   majority of the products that are sold at The Plaza
        16   Market, the grocery manager and the salesperson from
        17   the supplier agree on the terms of the sale?

**5.  PAGE 30:21 TO 30:21  (RUNNING 00:00:01.458)**

        21         THE WITNESS:  That's right.

**6.  PAGE 47:14 TO 47:16  (RUNNING 00:00:10.874)**

        14     Q   Okay.  And, Mr. Park, do you recall whether
        15   The Plaza Market sold any ramen products
        16   manufactured or sold by Ichiban?

**7.  PAGE 47:17 TO 47:19  (RUNNING 00:00:09.132)**

        17     A   I think it did, as far as I can remember,
        18   because Ichiban has a long history of manufacturing
        19   ramen product.

**8.  PAGE 48:03 TO 48:04  (RUNNING 00:00:03.084)**

        03     Q   Okay.  And -- and now I apologize again for
        04   having to be repetitive.  And now I'm going to focus

**9.  PAGE 48:04 TO 48:05  (RUNNING 00:00:04.278)**

        04   having to be repetitive.  And now I'm going to focus
        05   on 2010 time period.

**10.  PAGE 48:06 TO 48:08  (RUNNING 00:00:07.462)**

        06         Do you recall whether The Plaza Market sold
        07   ramen products manufactured or sold by Nongshim at
        08   that time?

**11.  PAGE 48:09 TO 48:10  (RUNNING 00:00:02.304)**

        09     A   Yes, it did.
        10     Q   And Ottogi?

**12.  PAGE 48:11 TO 48:12  (RUNNING 00:00:06.453)**

        11     A   I remember that it did for Ottogi, as well.

**Ottogi**

```
      12    Q   And Samyang?
```

**13. PAGE 48:13 TO 48:14  (RUNNING 00:00:03.729)**

```
      13    A   Samyang, I remember.
      14    Q   Okay.  And Ichiban?
```

**14. PAGE 48:15 TO 48:16  (RUNNING 00:00:03.726)**

```
      15    A   Ichiban, I remember.
      16    Q   Okay.  And Maruchan?
```

**15. PAGE 48:17 TO 48:19  (RUNNING 00:00:04.929)**

```
      17    A   I don't exactly remember, but probably so, I
      18 think.
      19    Q   And Nissin?
```

**16. PAGE 48:20 TO 48:20  (RUNNING 00:00:02.678)**

```
      20    A   Nissin, I remember, as well.
```

**17. PAGE 52:18 TO 52:20  (RUNNING 00:00:10.216)**

```
      18        Between the time period 2000 to 2010, did The
      19 Plaza purchase any ramen products directly from
      20 Samyang USA?
```

**18. PAGE 52:21 TO 52:23  (RUNNING 00:00:07.356)**

```
      21    A   Yes, it did.
      22    Q   Did it do so from the beginning of the time
      23 period?
```

**19. PAGE 52:24 TO 52:25  (RUNNING 00:00:04.575)**

```
      24    A   Like I said before, I was not there in the
      25 year 2000, so --
```

**20. PAGE 53:02 TO 53:03  (RUNNING 00:00:07.594)**

```
      02    A   -- so my answer applies to the period since I
      03 joined the company.
```

**21. PAGE 53:14 TO 53:16  (RUNNING 00:00:10.710)**

```
      14    Q   Okay.  And for the time period 2000 to 2010,
      15 did The Plaza purchase any ramen products directly
      16 from Ottogi Korea?
```

**22. PAGE 53:17 TO 53:17  (RUNNING 00:00:00.738)**

```
      17    A   No.
```

**23. PAGE 53:18 TO 53:20  (RUNNING 00:00:09.514)**

```
      18    Q   Okay.  And between the time period 2000 to
      19 2005, did The Plaza purchase any ramen products
      20 directly from Ottogi America?
```

**24. PAGE 53:21 TO 53:22  (RUNNING 00:00:04.785)**

```
      21    A   As to that time frame, 2005, I don't exactly
      22 recall.
```

**25. PAGE 54:19 TO 54:21  (RUNNING 00:00:11.595)**

```
      19        And was there any time between 2005 to 2010
      20 when The Plaza purchased Ottogi Ramen products from
      21 any entity other than Ottogi America?
```

**26. PAGE 54:22 TO 54:24  (RUNNING 00:00:12.521)**

```
      22    A   Not to my recollection.
```

**Ottogi**

```
        23    Q   Mr. Park, do you know where -- from whom The
        24 Plaza purchases Nongshim ramen products?
```

**27. PAGE 54:25 TO 55:06  (RUNNING 00:00:28.812)**

```
        25    A   Although I don't remember the exact beginning
  00055:01 time and the ending time, related to that, I
        01 remember there was a distributor by the name of
        02 Woojin through which the ramen products were
        03 purchased.  And after Woojin either closed down his
        04 business or no longer dealt in ramen products, then
        05 the distributorship was -- went over to Wang.
```

**28. PAGE 57:07 TO 57:08  (RUNNING 00:00:07.050)**

```
        07    Q   Mr. Park, did The Plaza purchase Ottogi ramen
        08 products before 2005?
```

**29. PAGE 57:09 TO 57:12  (RUNNING 00:00:18.873)**

```
        09    A   It probably did not, as far as I can
        10 remember.
        11    Q   Okay.  So The Plaza did not purchase any
        12 Ottogi ramen products from any entity before 2005?
```

**30. PAGE 57:13 TO 57:13  (RUNNING 00:00:02.569)**

```
        13    A   I do not recall.
```

**31. PAGE 57:16 TO 57:17  (RUNNING 00:00:05.287)**

```
        16        Do you know if Plaza purchased any Ottogi
        17 ramen products from Wang?
```

**32. PAGE 57:18 TO 57:18  (RUNNING 00:00:06.004)**

```
        18    A   I don't remember that instance happening.
```

**33. PAGE 57:19 TO 57:20  (RUNNING 00:00:09.571)**

```
        19    Q   So other than Nongshim, what other ramen
        20 brand products did The Plaza purchase from Wang?
```

**34. PAGE 57:22 TO 57:24  (RUNNING 00:00:07.148)**

```
        22        THE WITNESS:  It's -- it's my recollection
        23 that Wang company had their own brand, and I don't
        24 remember when that started, though.
```

**35. PAGE 57:25 TO 58:01  (RUNNING 00:00:04.694)**

```
        25        I remember their brand name.  It's called
  00058:01 Surasang.  And again, I don't remember from when
```

**36. PAGE 58:01 TO 58:02  (RUNNING 00:00:05.542)**

```
  00058:01 Surasang.  And again, I don't remember from when
        02 that started to be in place.
```

**37. PAGE 58:23 TO 58:23  (RUNNING 00:00:03.603)**

```
        23    Q   And did The Plaza Market sell Surasang ramen?
```

**38. PAGE 58:24 TO 58:25  (RUNNING 00:00:04.188)**

```
        24    A   It still sells those products.
        25        One moment, please.
```

**39. PAGE 59:01 TO 59:03  (RUNNING 00:00:12.512)**

```
  00059:01        For your information, when it comes to
        02 Surasang ramen, those are not individually packaged
        03 ramen product but cup noodle-type ramen product.
```

**Ottogi**

---

**40. PAGE 59:25 TO 60:01 (RUNNING 00:00:07.942)**

>         25     Q   Mr. Park, from which entity does The Plaza
> 00060:01  purchase jin ramen?

**41. PAGE 60:02 TO 60:02 (RUNNING 00:00:03.629)**

>         02     A   From Japanese company, to my understanding.

**42. PAGE 60:03 TO 60:03 (RUNNING 00:00:05.610)**

>         03  It's either Nishimoto or JFC.  I'm not exactly sure.

**43. PAGE 60:13 TO 60:16 (RUNNING 00:00:18.366)**

>         13     Q   And your answer, Mr. Park, that The Plaza
>         14  purchased Ichiban ramen from either JFC or
>         15  Nishimoto, does that apply to the time period 2000
>         16  to 2010?

**44. PAGE 60:17 TO 60:19 (RUNNING 00:00:10.884)**

>         17     A   Although I don't have the exact time period
>         18  in mind right now, I remember we carried Sapporo,
>         19  Ichiban product around that time frame.

**45. PAGE 63:06 TO 63:07 (RUNNING 00:00:09.538)**

>         06     Q   Okay.  Do you recall in 2005 when Ottogi
>         07  America was first launched?

**46. PAGE 63:08 TO 63:13 (RUNNING 00:00:19.478)**

>         08     A   I don't have that specific recollection, but
>         09  when you mention that, I thought that's what
>         10  probably happened then.
>         11     Q   Okay.  And did Ottogi America come to you and
>         12  say we're going -- you know, we would like to start
>         13  supplying your store with our products?

**47. PAGE 63:14 TO 63:14 (RUNNING 00:00:03.625)**

>         14     A   Yes, it did, as far as I can remember.

**48. PAGE 67:15 TO 67:16 (RUNNING 00:00:03.471)**

>         15     Q   And, Mr. Park, take your time reviewing the
>         16  document.

**49. PAGE 67:17 TO 67:17 (RUNNING 00:00:01.162)**

>         17     A   Yes.

**50. PAGE 67:18 TO 67:21 (RUNNING 00:00:06.291)**

>         18         I'm done.
>         19     Q   Mr. Park --
>         20     A   (In English) Yes.
>         21     Q   -- do you recognize this document?

**51. PAGE 67:22 TO 67:23 (RUNNING 00:00:06.334)**

>         22     A   Yes, I do.  I think this is an invoice by
>         23  Wang Hanmi.

**52. PAGE 87:18 TO 87:19 (RUNNING 00:00:11.360)**

>         18         And -- but would it be fair to say that Plaza
>         19  likely purchased Ottogi jin ramen from Wang in 2001?

**53. PAGE 87:20 TO 87:24 (RUNNING 00:00:22.674)**

>         20     A   I think that is a likelihood if this -- the
>         21  date of this particular invoice is 2001.

## Ottogi

```
        22    Q   And would it be fair to say that the price
        23  that Plaza Market paid for a box of jin ramen mild
        24  was $8.40 for a box of 20?
```

**54. PAGE 87:25 TO 87:25 (RUNNING 00:00:02.085)**

```
        25    A   Yes, that is my understanding.
```

**55. PAGE 88:01 TO 88:02 (RUNNING 00:00:14.289)**

```
  00088:01    Q   And that the price that Plaza paid for each
        02  bag of jin ramen mild in 2001 was $0.42?
```

**56. PAGE 88:04 TO 88:05 (RUNNING 00:00:15.302)**

```
        04       THE WITNESS:  Yes, that is my understanding,
        05  that one box was $8.40, yes, and that's right.
```

**57. PAGE 92:08 TO 92:09 (RUNNING 00:00:06.758)**

```
        08    Q   Okay.  Do you see that the lower right-hand
        09  corner shows the Bates stamp PLAZA_791?
```

**58. PAGE 92:10 TO 92:10 (RUNNING 00:00:01.630)**

```
        10    A   I do.
```

**59. PAGE 92:18 TO 92:18 (RUNNING 00:00:01.672)**

```
        18       Do you recognize this document?
```

**60. PAGE 92:19 TO 92:19 (RUNNING 00:00:00.742)**

```
        19    A   Yes.
```

**61. PAGE 93:01 TO 93:02 (RUNNING 00:00:07.653)**

```
  00093:01    Q   And is this also an invoice from Hanmi, Inc.
        02  doing business as Wang Globalnet?
```

**62. PAGE 93:04 TO 93:04 (RUNNING 00:00:02.507)**

```
        04       THE WITNESS:  Yes, that is my understanding.
```

**63. PAGE 93:06 TO 93:08 (RUNNING 00:00:13.873)**

```
        06    Q   Okay.  And if you look down at the big box
        07  there, does that, again, show the items that Plaza
        08  purchased from Wang in or around May 7, 2004?
```

**64. PAGE 93:10 TO 93:10 (RUNNING 00:00:02.618)**

```
        10       THE WITNESS:  Yes, that's my understanding.
```

**65. PAGE 94:15 TO 94:15 (RUNNING 00:00:02.961)**

```
        15    Q   So that would be a box of 40 bags?
```

**66. PAGE 94:16 TO 94:17 (RUNNING 00:00:06.986)**

```
        16    A   Yes, that's correct.
        17    Q   And the unit price for that in 2004 was?
```

**67. PAGE 94:18 TO 94:23 (RUNNING 00:00:25.590)**

```
        18    A   The 20-bag box was $8.40, like mentioned
        19  before.
        20    Q   I think we should clarify the question.
        21       So in 2004, a box of eight multi-pack jin
        22  ramen, at what price did you purchase that,
        23  according to the invoice?
```

**68. PAGE 94:24 TO 95:02 (RUNNING 00:00:11.495)**

```
        24    A   It was purchased at $16.80, as far as I
```

**Ottogi**

```
      25   understand.
00095:01      Q   Okay.  And the price in the next column,
      02   "Each Price" --
```

**69.  PAGE 95:03 TO 95:04  (RUNNING 00:00:02.578)**

```
      03      A   Yes.
      04      Q   -- what does it show?
```

**70.  PAGE 95:05 TO 95:07  (RUNNING 00:00:08.651)**

```
      05      A   It shows $2.10.
      06      Q   And that's for five bags of jin ramen; is
      07   that correct?
```

**71.  PAGE 95:08 TO 95:10  (RUNNING 00:00:08.169)**

```
      08      A   Yes, five bags of jin ramen, correct.
      09      Q   So can you tell me what the price would be
      10   for each bag?
```

**72.  PAGE 95:11 TO 95:11  (RUNNING 00:00:01.061)**

```
      11      A   I don't know exactly.  I recall -- based on
```

**73.  PAGE 95:11 TO 95:16  (RUNNING 00:00:20.270)**

```
      11      A   I don't know exactly.  I recall -- based on
      12   the calculation for 2001, I remember the price was
      13   $0.42.
      14      Q   Okay.  So the price at which you were
      15   purchasing jin ramen in 2004 was $0.42 per bag; is
      16   that correct?
```

**74.  PAGE 95:17 TO 95:19  (RUNNING 00:00:10.913)**

```
      17      A   It was $0.42, according to my calculation for
      18   2001.  If I -- it's -- if I am to calculate again,
      19   it's $0.42, correct.
```

**75.  PAGE 96:11 TO 96:13  (RUNNING 00:00:10.930)**

```
      11         MS. YU:  Okay.  And I'm marking for --
      12   marking as Exhibit 1003 a document with the Bates
      13   stamper -- Bates stamp PLAZA_2925.
```

**76.  PAGE 96:14 TO 96:14  (RUNNING 00:00:01.515)**

```
      14         THE WITNESS:  Yes.
```

**77.  PAGE 96:16 TO 96:17  (RUNNING 00:00:02.857)**

```
      16      Q   Mr. Park, do you recognize this -- this
      17   document?
```

**78.  PAGE 96:18 TO 96:21  (RUNNING 00:00:13.727)**

```
      18      A   Yes.  I understand this to be an invoice
      19   issued by Ottogi.
      20      Q   So this invoice reflects Plaza's purchase
      21   directly from Ottogi America; is that correct?
```

**79.  PAGE 96:22 TO 96:24  (RUNNING 00:00:09.107)**

```
      22      A   That's my understanding, yes.
      23      Q   And on the upper right-hand corner, what --
      24   can you tell me what date this invoice reflects.
```

**80.  PAGE 96:25 TO 96:25  (RUNNING 00:00:04.768)**

```
      25      A   I understand this to be September 23, 2005.
```

## Ottogi

**81. PAGE 97:03 TO 97:04  (RUNNING 00:00:06.412)**

```
03     Q    And in the description area, do you see the
04  third item down?
```

**82. PAGE 97:05 TO 97:06  (RUNNING 00:00:02.987)**

```
05     A    Yes, I do, yes.
06     Q    Could you please read that for me.
```

**83. PAGE 97:07 TO 97:07  (RUNNING 00:00:01.889)**

```
07     A    "Jin ramen multi hot."  In Korean, the same
```

**84. PAGE 97:07 TO 97:08  (RUNNING 00:00:06.429)**

```
07     A    "Jin ramen multi hot."  In Korean, the same
08  thing "jin ramen hot flavor, multi."  And after
```

**85. PAGE 97:08 TO 97:09  (RUNNING 00:00:02.314)**

```
08  thing "jin ramen hot flavor, multi."  And after
09  that, "120 grams."  And after that, "5/8."
```

**86. PAGE 97:09 TO 97:11  (RUNNING 00:00:14.055)**

```
09  that, "120 grams."  And after that, "5/8."
10     Q    And is it your understanding that this item
11  denotes a box of 40 jin ramen products?
```

**87. PAGE 97:12 TO 97:13  (RUNNING 00:00:04.335)**

```
12     A    That's my understanding.
13     Q    Can you look at the "Unit Price" column.
```

**88. PAGE 97:14 TO 97:15  (RUNNING 00:00:02.005)**

```
14     A    Yes.
15     Q    What does it say?
```

**89. PAGE 97:16 TO 97:19  (RUNNING 00:00:14.152)**

```
16     A    It says "$16.80."
17     Q    So -- and that's the same price at which
18  Plaza purchased this product from Wang Globalnet; is
19  that correct?  According to the objection --
```

**90. PAGE 97:25 TO 97:25  (RUNNING 00:00:01.132)**

```
25          THE WITNESS:  Yes.
```

**91. PAGE 98:14 TO 98:15  (RUNNING 00:00:15.982)**

```
14          So my question is, in 2004, Plaza purchased a
15  box of 40 jin ramen products at 16.80?
```

**92. PAGE 98:16 TO 98:18  (RUNNING 00:00:04.211)**

```
16     A    Yes, that's correct --
17     Q    And in 2005 --
18     A    -- based on this invoice.
```

**93. PAGE 98:19 TO 98:21  (RUNNING 00:00:12.918)**

```
19     Q    Yes, yes.  And in 2005, Plaza purchased the
20  same product at the same price from Ottogi America,
21  Inc.; is that right?
```

**94. PAGE 99:02 TO 99:06  (RUNNING 00:00:11.761)**

```
02          THE WITNESS:  I understand this to be the
03  same based on what's shown on the invoice.
04  BY MS. YU:
05     Q    And based on what's shown on the invoice and
```

**Ottogi**

---

```
      06  your understanding of what it says --
```

**95. PAGE 99:07 TO 99:08  (RUNNING 00:00:05.061)**

```
      07    A   Based on what's shown on this invoice, I
      08  understand the prices to be the same.
```

**96. PAGE 101:14 TO 101:14  (RUNNING 00:00:01.691)**

```
      14    Q   So based on the invoice, would that be $0.42
```

**97. PAGE 101:14 TO 101:15  (RUNNING 00:00:02.097)**

```
      14    Q   So based on the invoice, would that be $0.42
      15  per bag?
```

**98. PAGE 101:17 TO 101:17  (RUNNING 00:00:02.724)**

```
      17        THE WITNESS:  I'll have to calculate that.
```

**99. PAGE 101:18 TO 101:21  (RUNNING 00:00:08.208)**

```
      18        Based on what's on the invoice, my
      19  calculation shows $2.10.
      20  BY MS. YU:
      21    Q   Per five?
```

**100. PAGE 101:22 TO 101:23  (RUNNING 00:00:03.854)**

```
      22    A   Yes, for five.
      23    Q   So for each, would that be $0.42?
```

**101. PAGE 102:01 TO 102:02  (RUNNING 00:00:06.107)**

```
   00102:01        THE WITNESS:  Yes.  That -- that's what my
      02  calculation shows.
```

<div style="text-align:center">

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:41.095)**

</div>



COURT EXHIBIT 8a

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

 **Ahn, Soo Chang (Vol. 01) - 01/12/2016**          1 CLIP  (RUNNING 00:54:07.612)



**AHNSOOCHANG-0112          244 SEGMENTS  (RUNNING 00:54:07.612)**   

**1.  PAGE 7:19 TO 7:24  (RUNNING 00:00:09.020)**

```
19   J A C K I   N O H,
20        having first been duly sworn by
21        Sharon Lengel, the Notary Public,
22        interpreted from English to
23        Korean and from Korean to English
24        as follows:
```

**2.  PAGE 8:02 TO 8:06  (RUNNING 00:00:09.291)**

```
02   S O O-C H A N G   A H N,
03        having first been duly sworn by
04        Sharon Lengel, the Notary Public,
05        was examined and testified as
06        follows:
```

**3.  PAGE 8:02 TO 8:06  (RUNNING 00:00:01.473)**

```
02   S O O-C H A N G   A H N,
03        having first been duly sworn by
04        Sharon Lengel, the Notary Public,
05        was examined and testified as
06        follows:
```

**4.  PAGE 11:19 TO 11:21  (RUNNING 00:00:08.509)**

```
19        Q.    If I am correct, you joined
20   Samyang Food Company Limited in 1978; is
21   that correct?
```

**5.  PAGE 11:22 TO 11:22  (RUNNING 00:00:03.463)**

```
22        A.    Correct.  '78.  That's correct.
```

**6.  PAGE 11:23 TO 12:02  (RUNNING 00:00:14.731)**

```
23        Q.    You must have been very young.
24              When you first joined Samyang
25   Food Company Limited, what was your
00012:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   position?
```

**7.  PAGE 12:03 TO 12:03  (RUNNING 00:00:03.447)**

```
03        A.    Just regular employee.
```

**8.  PAGE 12:04 TO 12:07  (RUNNING 00:00:14.498)**

```
04        Q.    Okay.  Can you tell me just very
05   generally how your positions changed, how
06   you advanced through the company until
07   about the year 2000.
```

**9.  PAGE 12:08 TO 12:19  (RUNNING 00:00:46.833)**

```
08        A.    I don't remember exact dates as
09   to when I was promoted.  Since I started
10   working for the company in 1978 until
11   2000, my main duty was sales-related --
12   sales management or sales related.  And
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

---

```
13   during this period from '78 to 2000, I
14   also worked in -- in the -- in the rural
15   office or the branch office, not in Seoul.
16   So I don't remember the dates, at what
17   point I became a manager or assistance
18   manager or director.  But in 2000, I
19   remember becoming a director.
```

**10.  PAGE 12:20 TO 12:21  (RUNNING 00:00:04.802)**

```
20      Q.   So is it fair to say that you've
21   always worked in the sales department?
```

**11.  PAGE 12:22 TO 12:23  (RUNNING 00:00:12.028)**

```
22      A.   In lieu of sales, more like
23   managing sales.
```

**12.  PAGE 13:10 TO 13:12  (RUNNING 00:00:16.188)**

```
10      Q.   So in approximately the year
11   2000, you became a manager in the sales
12   department; is that correct?
```

**13.  PAGE 13:13 TO 13:13  (RUNNING 00:00:01.595)**

```
13      A.   Correct.
```

**14.  PAGE 13:21 TO 13:22  (RUNNING 00:00:03.544)**

```
21      Q.   Do you recall in what year you
22   became the director?
```

**15.  PAGE 13:23 TO 14:02  (RUNNING 00:00:19.362)**

```
23         A.   As far as I recall, I believe I
24   became the head of sales division in 2007.
25   And before that, for a brief period of
00014:01 AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   time, I was head of management.
```

**16.  PAGE 14:03 TO 14:05  (RUNNING 00:00:05.670)**

```
03      Q.   When you became the deputy
04   director, were you also an officer of the
05   company?
```

**17.  PAGE 14:06 TO 14:06  (RUNNING 00:00:01.768)**

```
06      A.   Yes.  Correct.
```

**18.  PAGE 15:04 TO 15:06  (RUNNING 00:00:07.326)**

```
04      Q.   Okay.  As deputy director of the
05   sales department in the year 2000, what
06   were your responsibilities?
```

**19.  PAGE 15:07 TO 15:13  (RUNNING 00:00:31.725)**

```
07      A.   My responsibilities as deputy
08   director of the sales department was to
09   assist head of sales division and monitor
10   the sales field and supervise
11   sales-related activities and receive
12   reports from subordinates and report to
13   superiors.
```

**20.  PAGE 15:19 TO 15:20  (RUNNING 00:00:03.985)**

```
19      Q.   How many employees approximately
20   did you supervise?
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

---

**21. PAGE 15:21 TO 15:22  (RUNNING 00:00:08.876)**

    21    A.    I don't know the exact number,
    22    but several hundred.

**22. PAGE 17:24 TO 17:25  (RUNNING 00:00:07.140)**

    24    Q.    When you became the director, to
    25    whom did you report?

**23. PAGE 18:02 TO 18:02  (RUNNING 00:00:06.745)**

    02    A.    Mr. Don Joong Choi.

**24. PAGE 18:03 TO 18:05  (RUNNING 00:00:15.468)**

    03    Q.    So you reported to Mr. Choi the
    04    entire time that you were leading up the
    05    sales department in the year 2000 to 2009?

**25. PAGE 18:06 TO 18:07  (RUNNING 00:00:09.121)**

    06    A.    He was not with me for a very
    07    long period of time.

**26. PAGE 18:08 TO 18:09  (RUNNING 00:00:04.130)**

    08    Q.    Okay.  When did he -- when did
    09    you stop reporting to him?

**27. PAGE 18:10 TO 18:12  (RUNNING 00:00:14.717)**

    10    A.    I don't remember the month.  I
    11    believe he was transferred to somewhere
    12    else in 2001.

**28. PAGE 18:13 TO 18:14  (RUNNING 00:00:03.811)**

    13    Q.    Okay.  And when he transferred,
    14    to whom did you report?

**29. PAGE 18:15 TO 18:16  (RUNNING 00:00:09.117)**

    15    A.    After that, I reported to
    16    Ms. Jung-Soo Kim.

**30. PAGE 18:17 TO 18:18  (RUNNING 00:00:04.436)**

    17    Q.    And what was her title when you
    18    were reporting to her?

**31. PAGE 18:19 TO 18:20  (RUNNING 00:00:07.945)**

    19    A.    I believe her title at that time
    20    was head of sales division.

**32. PAGE 22:19 TO 22:22  (RUNNING 00:00:24.142)**

    19    Q.    Was it true, during the entire
    20    period of 2000 to 2007, that one of your
    21    responsibilities was the increase in price
    22    of Ramen for the Korean domestic market?

**33. PAGE 22:23 TO 22:24  (RUNNING 00:00:04.241)**

    23    A.    Yes.  That was one of my
    24    responsibilities.

**34. PAGE 25:24 TO 26:03  (RUNNING 00:00:19.101)**

    24    Mr. Ahn, I'm going to hand you
    25    another copy of still -- it will be marked
 00026:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    as Exhibit 7.  It has Bates Nos.

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

        03   OTGR0001584 and 1592.  But as Mr. Dosker

**35.  PAGE 27:18 TO 27:19  (RUNNING 00:00:04.553)**

        18             Have you had an opportunity to
        19   review Exhibit 7, Mr. Ahn?

**36.  PAGE 27:20 TO 27:20  (RUNNING 00:00:02.231)**

        20      A.   Yes.  Yes, I did.

**37.  PAGE 27:21 TO 27:22  (RUNNING 00:00:06.344)**

        21      Q.   May I ask you to turn to the
        22   last page of Exhibit 7.

**38.  PAGE 27:23 TO 27:23  (RUNNING 00:00:01.291)**

        23      A.   Yes.

**39.  PAGE 27:24 TO 28:02  (RUNNING 00:00:11.117)**

        24      Q.   Does your signature appear on
        25   the last page of Exhibit 7, which would be
  00028:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   OTGR0001592?

**40.  PAGE 28:03 TO 28:03  (RUNNING 00:00:02.078)**

        03      A.   Yes.  I see that.

**41.  PAGE 28:04 TO 28:08  (RUNNING 00:00:22.361)**

        04      Q.   Okay.  And then if you look in
        05   the lower right-hand corner of the first
        06   page of Exhibit 7, there is some
        07   handwriting there.
        08             Are those your initials?

**42.  PAGE 28:09 TO 28:09  (RUNNING 00:00:02.134)**

        09      A.   It's a full name.

**43.  PAGE 28:11 TO 28:12  (RUNNING 00:00:06.799)**

        11             So is this a true copy of the
        12   statement that you gave to the KFTC?

**44.  PAGE 28:13 TO 28:13  (RUNNING 00:00:02.010)**

        13      A.   Yes, it is.

**45.  PAGE 29:15 TO 29:18  (RUNNING 00:00:13.228)**

        15      Q.   Okay.  Did you review your
        16   statement to the KFTC reflected in
        17   Exhibit 7 before you submitted this
        18   statement to the KFTC?

**46.  PAGE 29:19 TO 29:19  (RUNNING 00:00:02.467)**

        19      A.   Yes, I did.

**47.  PAGE 29:20 TO 29:24  (RUNNING 00:00:16.731)**

        20      Q.   And at the time you signed
        21   Exhibit 7, was it -- were the statements
        22   contained in Exhibit 7 true and correct of
        23   your own personal knowledge, to the best
        24   of your ability?

**48.  PAGE 29:25 TO 29:25  (RUNNING 00:00:04.327)**

        25      A.   Yes.  That was my understanding.

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

---

**49. PAGE 30:02 TO 30:04 (RUNNING 00:00:06.673)**

```
02      Q.    And do you believe that the
03   statements in Exhibit 7 are true and
04   correct today?
```

**50. PAGE 30:05 TO 30:05 (RUNNING 00:00:01.953)**

```
05      A.    Yes, I do.
```

**51. PAGE 30:06 TO 30:07 (RUNNING 00:00:05.624)**

```
06      Q.    Okay.  Do you recall how many
07   statements that you gave to the KFTC?
```

**52. PAGE 39:17 TO 39:20 (RUNNING 00:00:17.584)**

```
17      Q.    Okay.  The last document I'm
18   going to mark as Exhibit 10 to your
19   deposition bears the Bates Nos.
20   OTGKR0001684 through 1686.
```

**53. PAGE 39:24 TO 40:04 (RUNNING 00:00:21.593)**

```
24           MR. BIRKHAEUSER:  And then also
25      for the record, we have a certified
00040:01 AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02      translation bearing the Bates Nos.
03      OTGKR-0001684T through 1686T, which
04      will be marked as Exhibit 10T.
```

**54. PAGE 40:09 TO 40:10 (RUNNING 00:00:04.007)**

```
09      Q.    Have you had an opportunity to
10   review Exhibit 10, Mr. Ahn?
```

**55. PAGE 40:11 TO 40:11 (RUNNING 00:00:01.584)**

```
11      A.    Yes.
```

**56. PAGE 40:12 TO 40:13 (RUNNING 00:00:05.769)**

```
12      Q.    Can you look at the top
13   right-hand corner of Exhibit 10.
```

**57. PAGE 40:14 TO 40:14 (RUNNING 00:00:01.669)**

```
14           Do you see your signature?
```

**58. PAGE 40:15 TO 40:15 (RUNNING 00:00:01.840)**

```
15      A.    Yes.  I can.
```

**59. PAGE 41:09 TO 41:11 (RUNNING 00:00:07.360)**

```
09      Q.    And did you review a copy of
10   Exhibit 10 before it was submitted to the
11   KFTC?
```

**60. PAGE 41:12 TO 41:12 (RUNNING 00:00:02.377)**

```
12      A.    Yes, I did.
```

**61. PAGE 41:13 TO 41:16 (RUNNING 00:00:10.121)**

```
13      Q.    And did you believe that the
14   statements contained in Exhibit 10 were
15   true and correct at the time you submitted
16   the statement to the KFTC?
```

**62. PAGE 41:17 TO 41:17 (RUNNING 00:00:03.016)**

```
17      A.    Yes, I did.
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

---

**63. PAGE 41:18 TO 41:24 (RUNNING 00:00:13.010)**

```
18        Q.    And as you sit here today, do
19   you believe that the true and correct --
20   do you believe that the statements
21   contained in exhibit -- Exhibit 10 are
22   true and correct to your personal
23   knowledge, to the best of your personal
24   knowledge?
```

**64. PAGE 41:25 TO 41:25 (RUNNING 00:00:02.275)**

```
25        A.    Yes, I do.
```

**65. PAGE 43:06 TO 43:07 (RUNNING 00:00:03.508)**

```
06        Q.    So can you tell me generally
07   what is the Ramen Association?
```

**66. PAGE 43:08 TO 43:17 (RUNNING 00:00:51.397)**

```
08        A.    This transaction order
09   association is a type of order from Korean
10   Internal Revenue Service.  And it is to
11   prevent dumping -- not to pay taxes among
12   the Ramen manufacturers in the Ramen
13   market so that they would not just dump
14   the Ramen price.  So this is to control
15   the activities of Ramen manufacturers in
16   the Ramen industry.  And that is the
17   purpose of this association.
```

**67. PAGE 43:23 TO 43:24 (RUNNING 00:00:04.025)**

```
23        Q.    Okay.  And what was the general
24   assembly of the Ramen Association?
```

**68. PAGE 43:25 TO 44:11 (RUNNING 00:00:57.000)**

```
25            A.    Ramen Association's general
00044:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   assembly takes place once a year, and it
03   is -- or this is the assembly for Ramen
04   Transaction Order Association, and they
05   determine the mandates of this association
06   and also discuss the cost to do different
07   various mandate, et cetera, and determine
08   which company will pay how much.  So this
09   is the discussion group to talk about the
10   allocation of each Ramen companies and
11   what they are going to do, et cetera.
```

**69. PAGE 44:12 TO 44:15 (RUNNING 00:00:10.840)**

```
12        Q.    Did you personally attend
13   meetings of the general assembly of the
14   Ramen Association while you were employed
15   by Samyang Foods Company Limited?
```

**70. PAGE 44:16 TO 44:16 (RUNNING 00:00:02.306)**

```
16        A.    Yes, I did.
```

**71. PAGE 44:17 TO 44:19 (RUNNING 00:00:07.934)**

```
17        Q.    And what other companies
18   participated in the General Assembly of
19   the Ramen Association?
```

**72. PAGE 44:20 TO 44:24 (RUNNING 00:00:19.675)**

```
20        A.    In the beginning, I -- as far as
```

## KoreanNoodles

```
21   I recall, there were -- four company
22   representatives from four companies
23   attended:  Nongshim, Samyang, Paldo, and
24   Ottogi.
```

**73. PAGE 44:25 TO 45:03  (RUNNING 00:00:06.007)**

```
25        Q.    What was the first year that you
00045:01 AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   attended the general assembly of the Ramen
03   Association?
```

**74. PAGE 45:04 TO 45:05  (RUNNING 00:00:10.215)**

```
04        A.    To my recollection, I think my
05   first attendance was in 2000.
```

**75. PAGE 45:06 TO 45:09  (RUNNING 00:00:11.150)**

```
06        Q.    Did the composition of the
07   general assembly of the Ramen Association
08   change over time as far as the companies
09   that were -- that constituted it?
```

**76. PAGE 45:10 TO 45:15  (RUNNING 00:00:23.402)**

```
10        A.    The general assembly was
11   attended by representatives by four
12   companies that I already mentioned.  But
13   the attendees might change because of
14   their job title changes or job
15   responsibilities changed.
```

**77. PAGE 45:16 TO 45:19  (RUNNING 00:00:16.021)**

```
16        Q.    When you -- when you attended
17   the meetings of the general assembly, did
18   you appear as a representative of Samyang
19   Food Company Limited?
```

**78. PAGE 45:20 TO 45:23  (RUNNING 00:00:13.752)**

```
20        A.    I was the director of the
21   association, and I was the representative
22   of Samyang Food Company Limited of the
23   Ramen Association's general assembly.
```

**79. PAGE 45:24 TO 46:02  (RUNNING 00:00:07.631)**

```
24        Q.    So you were a director of the
25   general assembly of the Ramen Association
00046:01 AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   at some point in time?
```

**80. PAGE 46:03 TO 46:06  (RUNNING 00:00:15.692)**

```
03        A.    Well, I characterized it as
04   director.  That's my word.  But in the --
05   within the Ramen Association, we call the
06   committee committee members.
```

**81. PAGE 46:07 TO 46:10  (RUNNING 00:00:12.470)**

```
07        Q.    Okay.  And then was there a
08   chair of the general assembly of the Ramen
09   Association during the time that you
10   attended?
```

**82. PAGE 46:11 TO 46:12  (RUNNING 00:00:10.347)**

```
11        A.    Yes.  One of the companies had
12   the role of chair.
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

**83. PAGE 46:13 TO 46:15  (RUNNING 00:00:10.705)**

    13        Q.    And during the time that you
    14    attended the Ramen Association, who was
    15    the chair of the general assembly?

**84. PAGE 46:16 TO 46:16  (RUNNING 00:00:04.014)**

    16        A.    Nongshim.

**85. PAGE 46:17 TO 46:19  (RUNNING 00:00:09.267)**

    17        Q.    Do you recall in what year
    18    you -- you last attended a meeting of the
    19    general assembly of the Ramen Association?

**86. PAGE 46:20 TO 46:20  (RUNNING 00:00:05.265)**

    20        A.    I believe it was in 2005.

**87. PAGE 46:21 TO 46:23  (RUNNING 00:00:08.371)**

    21        Q.    So was Nongshim the chair of the
    22    general assembly for the entire time
    23    between 2000 and 2005?

**88. PAGE 46:24 TO 46:24  (RUNNING 00:00:01.958)**

    24        A.    Yes.

**89. PAGE 46:25 TO 47:03  (RUNNING 00:00:12.406)**

    25        Q.    And was there a particular
    00047:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    individual on behalf of Nongshim that was
    03    the chair during the years 2000 and 2005?

**90. PAGE 47:04 TO 47:04  (RUNNING 00:00:02.670)**

    04        A.    Yes.  There was.

**91. PAGE 47:05 TO 47:06  (RUNNING 00:00:02.618)**

    05        Q.    And what was that individual's
    06    name?

**92. PAGE 47:07 TO 47:08  (RUNNING 00:00:09.961)**

    07        A.    As far as I recall, his name was
    08    Dong Gyun Yoon.

**93. PAGE 48:02 TO 48:03  (RUNNING 00:00:08.533)**

    02        Q.    What is -- what information is
    03    reflected on Attachment 1 of Exhibit 9?

**94. PAGE 48:04 TO 48:11  (RUNNING 00:00:34.105)**

    04        A.    This attachment lists the Ramen
    05    companies' officers, names of officers or
    06    executives at that time, and also the
    07    names that are underlined are the ones
    08    that I think who attended that meeting,
    09    general assembly.  So I underlined anyone
    10    that I remembered being at the general
    11    assembly.

**95. PAGE 48:12 TO 48:14  (RUNNING 00:00:10.092)**

    12        Q.    Okay.  At the very top of
    13    Attachment 1 to Exhibit 9, there are the
    14    letters "SS."

## KoreanNoodles

**96. PAGE 48:15 TO 48:15  (RUNNING 00:00:01.371)**

    15     A.   Yes.

**97. PAGE 48:16 TO 48:17  (RUNNING 00:00:02.464)**

    16     Q.   Does that -- what does that
    17  refer to?

**98. PAGE 48:18 TO 48:19  (RUNNING 00:00:10.560)**

    18     A.   "SS" stands for "Samyang Shik
    19  Poom," meaning "Samyang Food."

**99. PAGE 48:20 TO 48:21  (RUNNING 00:00:03.973)**

    20     Q.   And the letter "N" next to it,
    21  what does that refer to?

**100. PAGE 48:22 TO 48:22  (RUNNING 00:00:04.163)**

    22     A.   It's initial for "Nongshim."

**101. PAGE 48:23 TO 48:23  (RUNNING 00:00:01.589)**

    23     Q.   And the letter "O"?

**102. PAGE 48:24 TO 48:24  (RUNNING 00:00:04.656)**

    24     A.   "O" stands for "Ottogi."

**103. PAGE 48:25 TO 48:25  (RUNNING 00:00:01.366)**

    25     Q.   And "Y"?

**104. PAGE 49:02 TO 49:03  (RUNNING 00:00:09.810)**

    02     A.   "Y" refers to "Yakult," which is
    03  now Paldo.

**105. PAGE 49:04 TO 49:09  (RUNNING 00:00:27.677)**

    04     Q.   So the individual who
    05  appeared -- I'm sorry.
    06        The individual who chaired the
    07  general assembly on behalf of Nongshim, do
    08  you see that individual's name listed on
    09  Attachment 1 of Exhibit 9?

**106. PAGE 49:10 TO 49:10  (RUNNING 00:00:02.509)**

    10     A.   Yes.  I see that.

**107. PAGE 49:11 TO 49:11  (RUNNING 00:00:04.675)**

    11     Q.   And was it Mr. Lee Song Yoon?

**108. PAGE 49:12 TO 49:13  (RUNNING 00:00:05.517)**

    12     A.   No.  Yoon Dong Gyun, Dong Gyun
    13  Yoon.

**109. PAGE 49:14 TO 49:19  (RUNNING 00:00:16.388)**

    14     Q.   Okay.  And as far as you're
    15  concerned, Attachment 1 of Exhibit 9
    16  accurately reflects the official officers
    17  of the general assembly of the Ramen
    18  Association for each of the years depicted
    19  on the attachment?

**110. PAGE 49:20 TO 49:20  (RUNNING 00:00:01.853)**

    20     A.   Yes.

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

**111. PAGE 59:11 TO 59:14  (RUNNING 00:00:14.288)**

```
11          Would you ever arrive early to
12   the general assembly meetings and speak
13   with representatives from Nongshim,
14   Ottogi, or Paldo?
```

**112. PAGE 59:15 TO 59:18  (RUNNING 00:00:17.784)**

```
15     A.   Well, on the day of general
16   assembly meeting, we would arrive early,
17   earlier than the scheduled starting time,
18   and meet with other representatives.
```

**113. PAGE 59:19 TO 59:21  (RUNNING 00:00:04.949)**

```
19     Q.    And would you sometimes have
20   lunch together after the general assembly
21   meeting?
```

**114. PAGE 59:22 TO 60:02  (RUNNING 00:00:17.106)**

```
22     A.   Yes.  The lunch was scheduled.
23   It was part of the general assembly
24   meeting.  So upon the conclusion of the
25   general assembly meeting, we would have
00060:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   lunch together.
```

**115. PAGE 60:03 TO 60:07  (RUNNING 00:00:14.759)**

```
03     Q.    Would -- would members of the
04   general assembly arrive early with the
05   specific intention of speaking with each
06   other before the official business of the
07   Ramen Association?
```

**116. PAGE 60:12 TO 60:17  (RUNNING 00:00:25.837)**

```
12     A.   When I attended these general
13   assembly meetings, during the period that
14   I attended, we would arrive earlier than
15   the meeting starting time, and then we all
16   walked in together to the general assembly
17   meeting venue.
```

**117. PAGE 63:11 TO 63:15  (RUNNING 00:00:13.108)**

```
11     Q.    Okay.  And, again, very
12   generally, do you recall any discussions
13   amongst the members of the general
14   assembly relating to price of Ramen or
15   price increases?
```

**118. PAGE 63:16 TO 63:16  (RUNNING 00:00:02.361)**

```
16     A.   Yes, I do.
```

**119. PAGE 63:17 TO 63:20  (RUNNING 00:00:15.673)**

```
17     Q.    How frequently did the members
18   discuss price increase at the meetings
19   before the official meeting of the general
20   assembly?
```

**120. PAGE 63:21 TO 63:23  (RUNNING 00:00:14.703)**

```
21     A.    I don't recall discussing it
22   frequently.  But to my recollection, I
23   remember we discussed once.
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

---

**121. PAGE 64:08 TO 64:10 (RUNNING 00:00:14.192)**

        08          Do you recall attending a
        09    meeting on March 28, 2001, of the general
        10    assembly of the Ramen Association?

**122. PAGE 64:11 TO 64:11 (RUNNING 00:00:02.306)**

        11    A.    Yes, I do.

**123. PAGE 66:03 TO 66:03 (RUNNING 00:00:02.597)**

        03    Q.    Who attended from Samyang?

**124. PAGE 66:04 TO 66:05 (RUNNING 00:00:08.890)**

        04    A.    Myself and Chang Hoon Kim, the
        05    administrative assistant or support staff.

**125. PAGE 66:06 TO 66:07 (RUNNING 00:00:03.753)**

        06    Q.    And did anyone appear on behalf
        07    of Nongshim?

**126. PAGE 66:08 TO 66:11 (RUNNING 00:00:29.316)**

        08    A.    Mr. Dong Gyun Yoon.  I believe
        09    he was managing director at that time.
        10    And either one or more of Nongshim
        11    employees attended that meeting.

**127. PAGE 66:17 TO 66:18 (RUNNING 00:00:07.574)**

        17    Q.    Do you remember the names of
        18    anyone that attended on behalf of Ottogi?

**128. PAGE 66:19 TO 66:20 (RUNNING 00:00:06.988)**

        19    A.    I cannot recall with respect to
        20    Ottogi either.

**129. PAGE 66:21 TO 66:23 (RUNNING 00:00:04.641)**

        21    Q.    And how about Paldo?  Do you
        22    recall anybody that attended on behalf
        23    of --

**130. PAGE 66:24 TO 67:09 (RUNNING 00:00:45.687)**

        24    A.    Well, at that time, my memory
        25    was not very clear.  I -- when I was
    00067:01    AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    preparing this statement, I said that
        03    probably Don Joong Choi, who was the
        04    director, was representing Ottogi, and
        05    Mr. Yoon, the director, was probably
        06    representing Paldo.  But I was not
        07    100 percent sure.  So when I made that
        08    statement, I said probably those
        09    individuals attended that meeting.

**131. PAGE 67:15 TO 67:15 (RUNNING 00:00:03.293)**

        15    Q.    And where was the meeting held?

**132. PAGE 67:16 TO 67:18 (RUNNING 00:00:13.612)**

        16    A.    The meeting took place at
        17    Capital Hotel, which is in Itaewon in
        18    Seoul.

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

**133. PAGE 67:19 TO 67:21  (RUNNING 00:00:14.736)**

```
19      Q.    And do you recall a discussion
20   amongst members of the general assembly
21   prior to the official meeting on that day?
```

**134. PAGE 67:22 TO 67:22  (RUNNING 00:00:03.500)**

```
22      A.    Yes.  Some I do recall.
```

**135. PAGE 67:23 TO 67:25  (RUNNING 00:00:05.509)**

```
23      Q.    Okay.  What's your best
24   recollection of the conversation that
25   occurred prior to the meeting?
```

**136. PAGE 68:02 TO 68:13  (RUNNING 00:00:52.068)**

```
02      A.    When we first saw each other, we
03   shook hands, and other than Mr. Dong Gyun
04   Yoon, the director, or the committee
05   member, I don't really remember the other
06   ones.  But since we only see each other
07   once, and some of the members were
08   changed, so we exchanged greetings.
09           And in my case, I don't really
10   talk a lot, so I'm usually kind of a
11   passive participant or attendee.  So --
12   but at that time, what I recall is that we
13   talked about Ramen price a bit.
```

**137. PAGE 69:03 TO 69:04  (RUNNING 00:00:04.265)**

```
03      Q.    Do you recall anyone asking a
04   question about a price increase?
```

**138. PAGE 69:05 TO 69:13  (RUNNING 00:00:36.481)**

```
05      A.    I'm a man of a few words, so I
06   don't really talk a lot.  But I think
07   somebody else or -- from another company,
08   I believe, asked to Mr. Dong Gyun Yoon --
09   I believe he was a managing director at
10   that time.  I think that was his job
11   title.  But I'm not certain.  And I
12   believe Mr. Yoon received a question
13   regarding price-related negotiations.
```

**139. PAGE 69:14 TO 69:15  (RUNNING 00:00:09.583)**

```
14      Q.    And do you recall -- do you
15   recall Mr. Yoon's response?
```

**140. PAGE 69:16 TO 69:19  (RUNNING 00:00:20.051)**

```
16      A.    If I remember correctly, I
17   believe Mr. Dong Gyun Yoon answered, "Yes.
18   Negotiation is being taken place.  Please
19   wait and see what happens."
```

**141. PAGE 69:20 TO 69:22  (RUNNING 00:00:06.169)**

```
20      Q.    Do you recall anyone expressing
21   views about the amount of the price
22   increase with Nongshim?
```

**142. PAGE 69:23 TO 70:07  (RUNNING 00:00:41.011)**

```
23      A.    We could not talk about the
24   price -- I mean, the amount of the price
25   increase because there are many different
00070:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

```
02    types of Ramen.  So we cannot talk -- we
03    could not talk about an individual price
04    of certain Ramen.  But it is possible that
05    question concerning the increase of --
06    percentage of price increase -- something
07    like that might have been asked.
```

**143. PAGE 77:13 TO 77:15 (RUNNING 00:00:08.580)**

```
13            Can you tell me everything that
14    you remember about the discussion of a
15    price increase at that meeting.
```

**144. PAGE 77:16 TO 79:06 (RUNNING 00:02:17.623)**

```
16      A.    Concerning price increase, I
17    believe that in the beginning, executives
18    from Ottogi and Yakult asked the questions
19    to Mr. Yoon concerning price increase.
20    And Mr. Yoon responded that the
21    negotiation is being taken place, and so I
22    said that "Considering the inflation, the
23    price increase should be at least
24    double-digit.  What do you think about
25    that?"
00078:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02            And Mr. Yoon responded to my
03    comment that "I have never seen the
04    double-digit increase in the past, and I
05    think double-digit increase might be too
06    much.  Don't you think?"  I remember him
07    saying that.
08            And then Ottogi and Yakult sides
09    also stated that "We need to have at least
10    double-digit increase to cover our cost."
11    And Nongshim -- Mr. Yoon stated that -- as
12    far as I recall, he looked at the Ottogi
13    side and saying that I received assistance
14    request from an employee that this area in
15    the statement I referred to as XX.  In
16    this area, the selling price went down
17    substantially.  So our employee request
18    for assistance.
19            Then the executive from Ottogi
20    stated that, Well, I received a report
21    about that, and the report that I received
22    was that it was the response or
23    countermeasure because Nongshim was
24    selling very low.  And then Mr. Yoon
25    stated that you have to set the -- you
00079:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    have to set at a proper price to generate
03    profit.  If you can sell it too low, then
04    it doesn't help anybody.  And I believe
05    that this topic concluded at that point.
06    That's what I recall.
```

**145. PAGE 79:07 TO 79:11 (RUNNING 00:00:19.400)**

```
07      Q.    When Nongshim was discussing the
08    price increase, do you recall the
09    employees from Ottogi or Yakult -- what
10    did they say they would do if the price
11    increased?
```

**146. PAGE 79:12 TO 79:15 (RUNNING 00:00:24.718)**

```
12      A.    That the price increase should
13    be at least double-digit to cover its
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

```
14   cost, and I think that was the gist of the
15   conversation.
```

**147. PAGE 79:16 TO 79:19  (RUNNING 00:00:08.517)**

```
16       Q.   Do you recall whether the
17   employees of Ottogi or Yakult said that
18   they would raise the price also if
19   Nongshim raised the price?
```

**148. PAGE 79:20 TO 79:25  (RUNNING 00:00:32.292)**

```
20       A.   It wasn't that explicit that,
21   like, where if you raise the price, we
22   will raise our price.  It wasn't like
23   that.  It was more like if Nongshim raised
24   the price, then we will be able to raise
25   our price as well.
```

**149. PAGE 80:02 TO 80:05  (RUNNING 00:00:30.342)**

```
02       Q.   Did -- during the discussion
03   about the low sales price, do you recall
04   anything else that was said about the
05   resolution of this problem?
```

**150. PAGE 80:06 TO 80:10  (RUNNING 00:00:22.611)**

```
06       A.   No.  The discussion ended with
07   final comment by Mr. Yoon that in order to
08   generate profit, you have to sell the
09   product at the right price.  Otherwise,
10   everyone loses.
```

**151. PAGE 80:11 TO 80:17  (RUNNING 00:00:31.338)**

```
11       Q.   Okay.  During the time that you
12   were heading up the sales department at
13   Samyang, do you recall any instances in
14   which employees of Samyang on the one hand
15   and employees of Ottogi or Yakult
16   exchanged advance information about price
17   increases?
```

**152. PAGE 80:25 TO 81:03  (RUNNING 00:00:06.429)**

```
25          Q.   And in that question, I'm
00081:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02       referring to price increases for the
03       Korean domestic market.
```

**153. PAGE 81:04 TO 81:06  (RUNNING 00:00:11.252)**

```
04       A.   Yes.  With respect to Korean
05   domestic market, we exchanged the price
06   information.
```

**154. PAGE 81:07 TO 81:10  (RUNNING 00:00:15.404)**

```
07       Q.   And who -- what employees at
08   Samyang exchanged advance information
09   about price increases in the Korean
10   domestic market?
```

**155. PAGE 81:14 TO 81:19  (RUNNING 00:00:32.374)**

```
14       A.   From Samyang's side, at that
15   time, I received a report from Mr. Chang
16   Hoon Kim, which is the deputy manager, and
17   he was in charge of market research, and
18   also we accumulated information through
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

```
        19    our different sales offices.
```

**156. PAGE 81:20 TO 81:23  (RUNNING 00:00:15.192)**

```
        20        Q.    Do you believe that Mr. Kim
        21    received information directly from
        22    Nongshim about price increases in advance
        23    of the increase itself with --
```

**157. PAGE 82:02 TO 82:03  (RUNNING 00:00:02.874)**

```
        02        Q.    -- with respect to the Korean
        03    domestic market?
```

**158. PAGE 82:08 TO 82:10  (RUNNING 00:00:11.374)**

```
        08        A.    My understanding is that Mr. Kim
        09    received such information directly from
        10    Nongshim.
```

**159. PAGE 82:11 TO 82:12  (RUNNING 00:00:03.931)**

```
        11        Q.    Do you know how he received the
        12    information from Nongshim?
```

**160. PAGE 82:13 TO 82:15  (RUNNING 00:00:15.769)**

```
        13        A.    How he received?  Well, he
        14    received via in-person meeting or via
        15    landline, via telephone or fax.
```

**161. PAGE 82:16 TO 82:19  (RUNNING 00:00:13.383)**

```
        16        Q.    Do you know if Mr. Kim received
        17    advance price increase information from
        18    Nongshim relating to the domestic --
        19    Korean domestic market by email?
```

**162. PAGE 82:23 TO 82:24  (RUNNING 00:00:11.158)**

```
        23        A.    When I said landline, that also
        24    include email communication.
```

**163. PAGE 82:25 TO 83:02  (RUNNING 00:00:09.086)**

```
        25        Q.    Did you see any of the Nongshim
     00083:01    AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    advance pricing information yourself?
```

**164. PAGE 83:06 TO 83:10  (RUNNING 00:00:21.071)**

```
        06        A.    The report that I received from
        07    my subordinates is based on the
        08    information that they received from the
        09    other party, and then they prepare report
        10    for me.  So that's what I checked.
```

**165. PAGE 83:23 TO 84:02  (RUNNING 00:00:13.748)**

```
        23            Did Samyang use the Nongshim
        24    advance price information for the purpose
        25    of pricing its own Ramen products in the
     00084:01    AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    domestic market?
```

**166. PAGE 84:06 TO 84:09  (RUNNING 00:00:24.697)**

```
        06        A.    Yes.
        07        Q.    Did Samyang increase its prices
        08    to the same level as the Nongshim prices
        09    that it received in advance?
```

## KoreanNoodles

**167. PAGE 84:13 TO 84:20 (RUNNING 00:00:30.296)**

    13       A.    Yes.  Samyang did for
    14    competitive products.  What I mean by that
    15    is that the similar price range products.
    16    For example, Nongshim's shin Ramen price
    17    was the same or similar to that of
    18    Samyang's Samyang Ramen.  So we were -- we
    19    used that information to have the similar
    20    price level.

**168. PAGE 84:21 TO 84:22 (RUNNING 00:00:04.144)**

    21       Q.    Do you understand the term
    22    "flagship product"?

**169. PAGE 84:23 TO 84:24 (RUNNING 00:00:07.107)**

    23       A.    Yes.  We use that term in our
    24    company.

**170. PAGE 84:25 TO 85:02 (RUNNING 00:00:06.782)**

         25       Q.    Okay.  Was shin Ramen a flagship
    00085:01    AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    product of Nongshim?

**171. PAGE 85:03 TO 85:03 (RUNNING 00:00:02.068)**

    03       A.    Yes.

**172. PAGE 85:04 TO 85:05 (RUNNING 00:00:04.507)**

    04       Q.    And what was Samyang's
    05    corresponding flagship product?

**173. PAGE 85:06 TO 85:06 (RUNNING 00:00:03.439)**

    06       A.    Samyang Ramen.

**174. PAGE 86:02 TO 86:06 (RUNNING 00:00:25.692)**

    02       Q.    Okay.  When Samyang received
    03    advance information from Nongshim relating
    04    to price increases in the Korean domestic
    05    market, did Samyang share its information
    06    with Ottogi?

**175. PAGE 86:11 TO 86:11 (RUNNING 00:00:02.721)**

    11       A.    Yes.  We share it.

**176. PAGE 86:15 TO 86:17 (RUNNING 00:00:13.009)**

    15       Did -- did Samyang share price
    16    increase information with Nongshim
    17    relating to the Korean domestic market?

**177. PAGE 86:18 TO 86:18 (RUNNING 00:00:02.161)**

    18       A.    Yes, we did.

**178. PAGE 86:19 TO 86:21 (RUNNING 00:00:07.955)**

    19       Q.    And Samyang shared that
    20    information with Nongshim in advance of
    21    raising its prices; correct?

**179. PAGE 86:25 TO 87:02 (RUNNING 00:00:08.112)**

         25       A.    Whether Samyang provided
    00087:01    AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    information to Nongshim?

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

---

**180.  PAGE 87:03 TO 87:03  (RUNNING 00:00:01.090)**

      03     Q.   Yes.

**181.  PAGE 87:04 TO 87:04  (RUNNING 00:00:02.195)**

      04     A.   Yes, we did.

**182.  PAGE 87:25 TO 88:05  (RUNNING 00:00:19.516)**

      25     Q.   Did Samyang share information
00088:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   with Paldo about its intention to raise
      03   the price before it actually raised the
      04   price of Ramen in the Korean domestic
      05   market?

**183.  PAGE 88:06 TO 88:08  (RUNNING 00:00:09.732)**

      06     A.   Yes.  I -- I believe that we
      07   shared that information with Ottogi and
      08   Paldo.

**184.  PAGE 88:09 TO 88:12  (RUNNING 00:00:19.409)**

      09     Q.   Okay.  Do you know what -- do
      10   you know how Samyang shared information
      11   about its intentions to raise prices with
      12   Paldo, Ottogi, and Nongshim?

**185.  PAGE 88:13 TO 88:15  (RUNNING 00:00:16.241)**

      13     A.   Are you asking how Samyang
      14   shared the -- its price information with
      15   Paldo, Ottogi, and Nongshim?

**186.  PAGE 88:16 TO 88:16  (RUNNING 00:00:00.903)**

      16     Q.   Yes.

**187.  PAGE 88:17 TO 88:18  (RUNNING 00:00:12.709)**

      17     A.   Either in-person meeting or the
      18   landline, email, fax, telephone.

**188.  PAGE 90:02 TO 90:05  (RUNNING 00:00:13.664)**

      02     Q.   Did these -- did the Samyang
      03   employees report to you in writing about
      04   their meetings with Nongshim, Paldo, and
      05   Ottogi?

**189.  PAGE 90:06 TO 90:10  (RUNNING 00:00:19.854)**

      06     A.   It's not that they talked about
      07   what was discussed at the meeting and the
      08   field; it was just that it was only the
      09   information that they brought from the
      10   meeting.

**190.  PAGE 90:11 TO 90:14  (RUNNING 00:00:08.644)**

      11     Q.   Did the information that they
      12   bring from -- that they brought from the
      13   meeting include the timing of a price
      14   increase?

**191.  PAGE 90:15 TO 90:15  (RUNNING 00:00:03.331)**

      15     A.   Of course, yes.

## KoreanNoodles

---

**192. PAGE 90:16 TO 90:17  (RUNNING 00:00:05.917)**

```
16         Q.    Do you know what the -- do you
17    use the term "old price support"?
```

**193. PAGE 90:18 TO 90:18  (RUNNING 00:00:03.142)**

```
18         A.    Yes.  We do use that.
```

**194. PAGE 90:19 TO 90:20  (RUNNING 00:00:03.983)**

```
19         Q.    Okay.  And what does that mean?
20    What does old price support mean?
```

**195. PAGE 90:21 TO 91:20  (RUNNING 00:01:17.808)**

```
21         A.    What old price support means is
22    that what -- that term is used in
23    marketing and sales, for example, when a
24    product's price goes up in the existing
25    market.  In the Korean market, we still
00091:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    have many products with the old price.  So
03    these products have not been sold yet.  So
04    we provide products with the old price,
05    even though price have gone up.
06         And then until they sell the --
07    all these products, the old products --
08    well, there would be confusion among
09    customers if they see the two different
10    prices for the same products.  So in order
11    to minimize these confusions, we provide
12    this old price support.
13         So once all the old products are
14    sold, then the new products will come out
15    with the new price.  I mean, not
16    necessarily new products, but the same
17    product with the higher price will go up.
18    So we call that -- it's a soft landing to
19    make the market more stable with respect
20    to price.
```

**196. PAGE 91:21 TO 92:02  (RUNNING 00:00:15.807)**

```
21         Q.    In connection with the price
22    increase in the Korean domestic -- in the
23    Korean domestic market, would Samyang
24    receive information from Nongshim about
25    the length of time for old product
00092:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    support?
```

**197. PAGE 92:03 TO 92:03  (RUNNING 00:00:02.198)**

```
03         A.    Yes, we do.
```

**198. PAGE 92:04 TO 92:09  (RUNNING 00:00:18.591)**

```
04         Q.    In connection with the price
05    increase in the Korean domestic market,
06    would Samyang provide information to
07    Nongshim, Ottogi, and Paldo about the
08    length of time that Samyang intended to
09    have old product support?
```

**199. PAGE 92:10 TO 92:11  (RUNNING 00:00:04.620)**

```
10         A.    Samyang provides that
11    information.
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:46:20 AM

## KoreanNoodles

---

**200. PAGE 92:21 TO 92:25 (RUNNING 00:00:26.795)**

```
21        Q.    So if I understand correctly,
22   Nongshim would provide information to
23   Samyang about the amount of a price
24   increase in its flagship products before
25   that price increase was to take effect.
```

**201. PAGE 93:03 TO 93:03 (RUNNING 00:00:02.360)**

```
03        A.    That is correct.
```

**202. PAGE 93:04 TO 93:07 (RUNNING 00:00:17.994)**

```
04        Q.    Okay.  And Nongshim provided
05   information to Samyang about the timing of
06   a price increase in the Korean domestic
07   market before that increase took effect.
```

**203. PAGE 93:11 TO 93:18 (RUNNING 00:00:27.913)**

```
11        A.    Your previous question deals
12   with the price information and the price
13   increase timing, and I -- to that, I
14   answered that we would receive information
15   about price as well as the timing of price
16   increase.  So I'm just wondering whether
17   this question is different than your
18   previous ones.
```

**204. PAGE 93:19 TO 93:23 (RUNNING 00:00:12.576)**

```
19        Q.    No.  What I want to know is
20   whether there was any other information
21   about pricing that you received from
22   Nongshim prior to the price increase
23   taking effect.
```

**205. PAGE 93:24 TO 94:08 (RUNNING 00:01:02.530)**

```
24        A.    After we receive price
25   information, and we receive information
00094:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   concerning the timing of price increase,
03   and since we received that information by
04   each item, then we're all set to go.  Then
05   the next thing we need to find out is that
06   the period of old price support that they
07   will have.  Then we have time to prepare
08   the next step.  And that is all.
```

**206. PAGE 94:09 TO 94:11 (RUNNING 00:00:08.055)**

```
09        Q.    And then what is the next step
10   after you receive the information -- the
11   price information from Nongshim?
```

**207. PAGE 94:12 TO 94:14 (RUNNING 00:00:16.055)**

```
12        A.    The next step would be we have
13   to make determination internally what the
14   price increase will be.
```

**208. PAGE 94:15 TO 94:18 (RUNNING 00:00:11.794)**

```
15        Q.    And -- and when I say advance
16   price information, I mean -- actually,
17   you've used the word "advance price
18   information."
```

## KoreanNoodles

**209.  PAGE 94:19 TO 94:20  (RUNNING 00:00:03.766)**

```
19              What do you mean by advance
20   price information?
```

**210.  PAGE 95:02 TO 95:05  (RUNNING 00:00:04.700)**

```
02              MR. BIRKHAEUSER:  But I
03   misspoke.
04      Q.   Advance price increase
05   information.
```

**211.  PAGE 95:07 TO 95:08  (RUNNING 00:00:02.257)**

```
07      Q.   What do you understand that term
08   to be?
```

**212.  PAGE 95:09 TO 95:12  (RUNNING 00:00:27.786)**

```
09      A.   Before the other companies
10   launch its products, we obtain
11   information, and that itself is the
12   advance information concerning price.
```

**213.  PAGE 95:13 TO 95:16  (RUNNING 00:00:25.501)**

```
13      Q.   And Samyang obtained advance
14   information about price when there was a
15   new product launch by Nongshim?  Is that
16   true?
```

**214.  PAGE 95:20 TO 95:22  (RUNNING 00:00:19.959)**

```
20      A.   The advance pricing information
21   is not just applicable to new products but
22   also overall Ramen price increase.
```

**215.  PAGE 97:21 TO 98:04  (RUNNING 00:00:47.281)**

```
21      Q.   Mr. Ahn, I want to ask you about
22   the reports you received from your
23   subordinates containing pricing
24   information received from Nongshim.
25              Did those reports contain
00098:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   increase -- did those reports contain the
03   amount of a proposed price increase for
04   products other than the flagship products?
```

**216.  PAGE 98:09 TO 98:15  (RUNNING 00:00:20.242)**

```
09      A.   Let me make sure I understand
10   your question correctly.  When you say
11   flagship products, those are the products
12   that I mentioned earlier, more like
13   competitive products, and other than those
14   products, there are other products.  Could
15   I understand that way?
```

**217.  PAGE 98:16 TO 98:16  (RUNNING 00:00:01.255)**

```
16      Q.   Yes.
```

**218.  PAGE 98:17 TO 98:19  (RUNNING 00:00:19.878)**

```
17      A.   The information I received
18   contains all the price increase for all
19   the products for that particular year.
```

**219.  PAGE 98:21 TO 98:25  (RUNNING 00:00:17.730)**

```
21              In the reports that you received
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

```
22   from your subordinates about proposed
23   price increases from the years 2001 to
24   2008, did you receive information about
25   Nongshim's factory price?
```

**220. PAGE 99:07 TO 99:09  (RUNNING 00:00:11.283)**

```
07        A.    The reports that I received
08   contain both Nongshim's factory price as
09   well as the retail price.
```

**221. PAGE 99:10 TO 99:11  (RUNNING 00:00:03.693)**

```
10        Q.    Okay.  And what is the factory
11   price?
```

**222. PAGE 99:12 TO 99:18  (RUNNING 00:00:33.522)**

```
12        A.    We use the term "factory price"
13   as manufacturing cost plus profit.  And
14   that's the price that we provide to our
15   customers.  And consumer price would be
16   the price that is -- that appears in the
17   packaging.  That's the recommended retail
18   price.
```

**223. PAGE 100:11 TO 100:15  (RUNNING 00:00:21.294)**

```
11        Q.    Okay.  So in every year between
12   2001 and 2008 in which there was a price
13   increase, did you receive in advance of
14   the price increase itself the factory
15   price from Nongshim?
```

**224. PAGE 100:20 TO 100:20  (RUNNING 00:00:02.946)**

```
20        A.    Yes.  We received it.
```

**225. PAGE 101:14 TO 101:18  (RUNNING 00:00:25.392)**

```
14        Q.    And in every year in which there
15   was a price increase between 2001 and
16   2008, did Samyang provide its anticipated
17   price increase information of Korean Ramen
18   to Nongshim, Ottogi, and Yakult?
```

**226. PAGE 101:21 TO 101:21  (RUNNING 00:00:03.776)**

```
21        A.    Yes.  As far as I know.
```

**227. PAGE 101:22 TO 101:25  (RUNNING 00:00:11.490)**

```
22        Q.    And Samyang provided this
23   information to Nongshim, Ottogi, and
24   Yakult before it actually raised its
25   price; is that correct?
```

**228. PAGE 102:04 TO 102:04  (RUNNING 00:00:03.905)**

```
04        A.    Yes.  That is correct.
```

**229. PAGE 118:04 TO 118:07  (RUNNING 00:00:14.474)**

```
04        Q.    Mr. Ahn, was there always a
05   market research department at Samyang
06   while you were employed by Samyang Food
07   Company Limited?
```

**230. PAGE 118:08 TO 118:10  (RUNNING 00:00:10.077)**

```
08        A.    Market research department?
09   Well, yes, there was a market research
```

## KoreanNoodles

```
         10    department.
```

**231.  PAGE 118:11 TO 118:14 (RUNNING 00:00:18.317)**

```
         11        Q.    And during the period between
         12    2000 and 2008, was it the market research
         13    department's responsibility to gather
         14    information from Samyang's competitors?
```

**232.  PAGE 118:15 TO 119:04 (RUNNING 00:00:59.498)**

```
         15        A.     Talking about 2000?  Well,
         16    before 2000, the employees with the market
         17    research department, their main duty was
         18    to find out the market price and updates
         19    on accounts or the customers.   And
         20    basically, they were the ones that who
         21    were liaison between the Samyang Foods
         22    Company Limited and its accounts or
         23    customers.  They would conduct research
         24    and the breakdowns and et cetera.
         25            But starting 2001, we
  00119:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    strengthened the external duties, and we
         03    also added more staff.  And that's what I
         04    recall.
```

**233.  PAGE 119:05 TO 119:11 (RUNNING 00:00:23.701)**

```
         05        Q.    And it's your understanding that
         06    employees in the market research
         07    department after the year -- starting in
         08    2001, it was their duty to obtain
         09    information from Samyang's competitors
         10    relating to pricing and other matters; is
         11    that true?
```

**234.  PAGE 119:15 TO 119:16 (RUNNING 00:00:05.380)**

```
         15        A.    What I'm saying is that that
         16    portion of that job became larger.
```

**235.  PAGE 119:17 TO 119:23 (RUNNING 00:00:24.520)**

```
         17        Q.    And after 2001, the market
         18    research department -- one of the market
         19    research department's responsibilities was
         20    to obtain advance pricing information from
         21    Nongshim's competitors relating to the
         22    price of Ramen in the Korean domestic
         23    market.
```

**236.  PAGE 120:05 TO 120:14 (RUNNING 00:00:41.031)**

```
         05        A.    If I may explain more
         06    accurately, the market information
         07    function would have had two functions.
         08    One would be -- well, prior to 2001, the
         09    focus was working in the field or
         10    emphasizing the customer contact point,
         11    point of contacts in the field.  But
         12    starting 2001, that portion of their work
         13    was reduced while their external work was
         14    increased.
```

**237.  PAGE 120:24 TO 121:05 (RUNNING 00:00:25.081)**

```
         24            By "external work," do you mean
         25    that these employees communicated with
  00121:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:46:20 AM**

## KoreanNoodles

```
02   Nongshim, Ottogi, and Yakult about the
03   price of Ramen noodles in the Korean
04   domestic market in advance of the price
05   being raised?
```

**238.  PAGE 121:08 TO 121:13 (RUNNING 00:00:25.101)**

```
08        A.   When I said that the -- their
09   portion of external task was increased
10   means not just the price increased, but it
11   also increased that the competitors' new
12   products and competitors' new products'
13   prices.
```

**239.  PAGE 121:14 TO 121:20 (RUNNING 00:00:27.594)**

```
14        Q.   Okay.  So the market research
15   department communicated with Samyang's
16   competitors during the years 2001 to 2008
17   about price increase of Ramen products in
18   the Korean domestic market and then also
19   about the pricing of new products; is that
20   correct?
```

**240.  PAGE 121:21 TO 121:21 (RUNNING 00:00:02.588)**

```
21        A.   Yes.  That is correct.
```

**241.  PAGE 121:22 TO 121:24 (RUNNING 00:00:07.146)**

```
22        Q.   Okay.  And those new products
23   would be Korean Ramen products; is that
24   correct?
```

**242.  PAGE 121:25 TO 122:02 (RUNNING 00:00:05.948)**

```
25        A.   Yes, that is correct, the
00122:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   products for the Korean domestic market.
```

**243.  PAGE 122:03 TO 122:07 (RUNNING 00:00:19.033)**

```
03        Q.   And the competitors that the
04   market research department obtained
05   information from in the years 2001 and
06   2008 were Ottogi, Yakult, and Nongshim; is
07   that correct?
```

**244.  PAGE 122:08 TO 122:08 (RUNNING 00:00:02.813)**

```
08        A.   Yes.  That is correct.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:54:07.612)**

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:47:37 AM**

## KoreanNoodles



### Ahn, Soo Chang (Vol. 02) - 01/13/2016                    1 CLIP  (RUNNING 00:01:40.976)





**AHNSOOCHANG-0113              11 SEGMENTS  (RUNNING 00:01:40.976)**

**1. PAGE 166:14 TO 166:18 (RUNNING 00:00:18.786)**

```
14      Q.   In the period from 2001 to the
15   point at which you left Samyang, did you
16   instruct your subordinates to collect
17   advance Ramen pricing directly from
18   Samyang's competitors?
```

**2. PAGE 166:21 TO 166:22 (RUNNING 00:00:05.464)**

```
21      Q.   To your knowledge, did your
22   subordinates carry out your directions?
```

**3. PAGE 166:23 TO 166:23 (RUNNING 00:00:02.340)**

```
23      A.   Yes, they did.
```

**4. PAGE 166:24 TO 167:03 (RUNNING 00:00:10.429)**

```
24      Q.   Why did you ask your
25   subordinates to collect directly from
00167:01
02   Samyang's competitors advance pricing
03   information?
```

**5. PAGE 167:07 TO 167:12 (RUNNING 00:00:22.510)**

```
07      A.   That was -- or that has been the
08   routine practice.  With respect to that,
09   well, setting the price and sales, the
10   goal is to generate as much profit as
11   possible.  And so that activity was a
12   routine activity.
```

**6. PAGE 167:13 TO 167:17 (RUNNING 00:00:18.862)**

```
13      Q.   Okay.  Sir, I want to be clear.
14           There has -- you've had some
15   testimony about a meeting that you had
16   with Ramen counterparts at Ramen noodle
17   manufacturers on March 28, 2001; correct?
```

**7. PAGE 167:18 TO 167:18 (RUNNING 00:00:02.394)**

```
18      A.   Yes.  That is correct.
```

**8. PAGE 167:19 TO 167:22 (RUNNING 00:00:09.432)**

```
19      Q.   All right.  And with respect to
20   that testimony, do you have a clear
21   recollection of having a personal meeting
22   with your competitors?
```

**9. PAGE 167:23 TO 167:24 (RUNNING 00:00:03.900)**

```
23      A.   Yes.  I recall.  I clearly
24   recall.
```

**10. PAGE 167:25 TO 168:02 (RUNNING 00:00:04.934)**

```
25      Q.   Okay.  And -- and it was on
00168:01
```

## KoreanNoodles

02   March 28, 2001; correct?

**11.  PAGE 168:03 TO 168:03  (RUNNING 00:00:01.925)**

03      A.    Yes.  That is correct.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:40.976)**

COURT EXHIBIT 8b

**Ottogi**

 **Ahn, Soo chang (Vol. 01) - 01/12/2016**                    **1 CLIP  (RUNNING 00:06:45.296)**

 Soo Chang Ahn 11-14-18

**AHN1**                **21 SEGMENTS  (RUNNING 00:06:45.296)**     

**1.  PAGE 8:07 TO 8:13  (RUNNING 00:00:13.378)**

```
       07           MS. MANN:  I would just like to
       08      say for the record that Mr. Ahn is
       09      appearing here in response or as part
       10      of the cooperation agreement that
       11      Samyang reached in its settlement with
       12      the direct and the indirect
       13      purchasers.  He has not been
```

**2.  PAGE 20:25 TO 21:04  (RUNNING 00:00:13.833)**

```
       25           Q.   Did you have any
   00021:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02      responsibilities for the pricing of Ramen
       03      noodles in the Korean domestic market in
       04      the year 2000?
```

**3.  PAGE 21:05 TO 21:13  (RUNNING 00:00:30.957)**

```
       05           A.   Let's see.  If -- with respect
       06      to Ramen price, for example, if the new
       07      product comes out, then I receive a
       08      pertinent document from my subordinates,
       09      and then when I receive that, I review,
       10      and then I report to my superiors for
       11      approval process.  Other than that, I
       12      don't recall anything special in the year
       13      2000.
```

**4.  PAGE 52:09 TO 52:11  (RUNNING 00:00:10.826)**

```
       09           Q.   So, again, very generally, what
       10      was the purpose of the support member
       11      meetings of the Ramen Association?
```

**5.  PAGE 52:12 TO 52:17  (RUNNING 00:00:20.392)**

```
       12           A.   The purpose of the support
       13      member meetings were to run general
       14      assembly of Ramen Associations to run this
       15      general assembly meeting smoothly and also
       16      to operate the association.  Those are the
       17      main purposes.
```

**6.  PAGE 60:18 TO 60:20  (RUNNING 00:00:10.922)**

```
       18           Q.   And what types of things would
       19      you discuss before the meeting amongst the
       20      members of the general assembly?
```

**7.  PAGE 60:21 TO 61:19  (RUNNING 00:01:13.335)**

```
       21           A.   The topics that we covered were
       22      very broad.  We talk about new products,
       23      if a particular company comes up with a
       24      new product for that particular year.  So
       25      each company has its own characteristics.
   00061:01  AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02           For example, with respect to
```

**page 1**

**Ottogi**

```
03   Yakult, their main products or their
04   flagship products are dairy products, so
05   they have a lot of dairy products that
06   they produced.  And with respect to
07   Ottogi, they had various brands.  They
08   have a variety of brands other than just
09   Ramen products.
10           And with respect to Nongshim,
11   they're working very hard to enter new
12   market or come up with a new product line.
13   And if I remember correctly, I think they
14   mentioned that they were coming up with
15   this cooked rice item.  And also, they
16   were talking about their entering into a
17   beverage market, for example.  So we were
18   talking about overall sales strategy or
19   sales-related activities.
```

**8.  PAGE 74:03 TO 74:05  (RUNNING 00:00:06.077)**

```
03        Q.    Was it your perception that
04   there was a resolution of this conflict at
05   the meeting?
```

**9.  PAGE 74:18 TO 74:20  (RUNNING 00:00:05.632)**

```
18        A.    I don't think it's something
19   that I can comment on.  It's the matter
20   between two parties.
```

**10.  PAGE 88:20 TO 88:24  (RUNNING 00:00:18.519)**

```
20           When Samyang shared information
21   with Nongshim, Ottogi, and Paldo about
22   price increases in the domestic market in
23   person, would they do so at the Ramen
24   Association meetings, to your knowledge?
```

**11.  PAGE 89:04 TO 89:08  (RUNNING 00:00:13.709)**

```
04        A.    No.  They did not meet through
05   Ramen Associations.  They -- they are
06   not -- they don't have anything to do with
07   Ramen Associations.  And so they had
08   separate meetings, I mean --
```

**12.  PAGE 99:19 TO 99:20  (RUNNING 00:00:05.674)**

```
19        Q.    Does Samyang announce its
20   factory price to the public?
```

**13.  PAGE 99:24 TO 100:07  (RUNNING 00:00:25.671)**

```
24        A.    Well, when you say -- when you
25   ask me does Samyang announce its factory
00100:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   price to the public, the public -- the
03   scope of the public is quite broad.  But
04   because we need to receive money from our
05   customers, our accounts, so our accounts
06   receive that information, the factory
07   price.
```

**14.  PAGE 100:08 TO 100:09  (RUNNING 00:00:03.181)**

```
08        Q.    And by "accounts," do you mean
09   distributors?
```

**15.  PAGE 100:10 TO 100:10  (RUNNING 00:00:01.090)**

```
10        A.    Correct.
```

**Ottogi**

**16.  PAGE 103:09 TO 103:12  (RUNNING 00:00:14.422)**

```
09        Q.    Okay.  Would the employees that
10   worked in the Ramen Association offices on
11   a day-to-day basis report back to
12   headquarters about their activities?
```

**17.  PAGE 103:20 TO 104:02  (RUNNING 00:00:22.898)**

```
20        A.    So the kind of things that they
21   conducted research in is that if a store
22   does not provide receipts or they have a
23   material that they have that they do not
24   pay taxes for, that's one of the examples.
25   And then this information might be relayed
00104:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   to Korean National Tax Service.  So these
```

**18.  PAGE 104:02 TO 104:12  (RUNNING 00:00:28.129)**

```
02   to Korean National Tax Service.  So these
03   individuals would report what they found
04   out to executive director of Ramen
05   Association.
06             And the Ramen Association then
07   contacts the pertinent stores and so to
08   find out where the suppliers are so that
09   we can take necessary actions.  And if
10   necessary, we would do -- inform the
11   National -- Korean National Tax Service
12   about that.
```

**19.  PAGE 115:04 TO 115:07  (RUNNING 00:00:13.491)**

```
04        Q.    Okay.  And was that true during
05   the entire time, 2000 to 2008, that the
06   chairperson would make the final approval
07   for export pricing?
```

**20.  PAGE 115:08 TO 115:11  (RUNNING 00:00:12.998)**

```
08        A.    Yes.  Well, rather than simply
09   say that chairman made the final decision,
10   it was quite challenging for us to set the
11   price in the U.S. market because --
```

**21.  PAGE 115:12 TO 116:03  (RUNNING 00:01:00.162)**

```
12   because -- because there was a special
13   relationship between the president of
14   Samyang USA and the final decisionmaker
15   within Samyang Foods Company Limited,
16   although there were exchanges via fax and
17   telephone, and there was reports going on.
18             But the final decision was
19   made -- well, the decisionmaker would
20   receive a request from the other party,
21   and -- well, although I signed some
22   documents, that was -- I did not have the
23   decisionmaking authority to decide the
24   sales price.  It was difficult to set the
25   actual price.  What I'm saying is that the
00116:01   AHN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   Samyang Foods Company Limited did not have
03   the sole authority to decide the price.
```

**Ottogi**

## Ahn, Soo-Chang (Vol. 01) - 01/13/2016

**1 CLIP (RUNNING 00:16:29.879)**

Soo Chang Ahn 11-14-18

**AHN2** **79 SEGMENTS (RUNNING 00:16:29.879)**

**1. PAGE 32:03 TO 32:18 (RUNNING 00:00:46.651)**

Q. Yesterday, in response to questioning by plaintiffs' counsel about the March 28, 2001, Ramen assembly meeting, you testified as follows, and this is at page 68, lines 3 to 11.
You testified, "I believe Mr. Yoon received a question regarding price-related negotiations."
Ask then the lawyer asks:
"QUESTION: And do you recall? Do you recall Mr. Yoon's response?"
Then you answer, "If I remember correctly, I believe Mr. Dong Gyun Yoon answered, 'Yes. Negotiation is being taking place. Please wait and see what happens.'"

**2. PAGE 32:19 TO 32:23 (RUNNING 00:00:15.924)**

So with that in mind, in the part of your testimony I just read, the negotiation you were referring to was the negotiation with the government; correct?

**3. PAGE 32:24 TO 33:02 (RUNNING 00:00:06.819)**

A. That is correct. That refers to the negotiation between Nongshim and the government.

**4. PAGE 33:03 TO 33:06 (RUNNING 00:00:16.962)**

Q. So to also confirm a few lines later, you testified as follows, and this is at page 70, lines 10 to 19. I'll do it smaller pieces this time.

**5. PAGE 33:07 TO 33:18 (RUNNING 00:00:29.241)**

So you gave an answer in which you said, "At that time, Mr. Dong Gyun Yoon's response concerning the double-digit increase was somewhat negative, and he said that the negotiations were being taken place. And I think I already talked about that he was in the process of reaching an agreement through negotiation. And so I think what he said was that, 'Okay. Let's finish talking about this and move on to the next topic.'"

**6. PAGE 33:19 TO 33:23 (RUNNING 00:00:16.992)**

So my question, with the part of

**Ottogi**

```
        20    your testimony I just read in mind, again,
        21    when you said "negotiation," you were
        22    referring to negotiation with the
        23    government; right?
```

**7.  PAGE 34:02 TO 34:03  (RUNNING 00:00:05.693)**

```
        02         A.    I think my answer remains the
        03    same with respect to the previous answer.
```

**8.  PAGE 53:03 TO 53:07  (RUNNING 00:00:20.417)**

```
        03              MR. DOSKER:  Exhibit 15 is a
        04    two-page document.  I am handing a
        05    copy to the reporter, the interpreter,
        06    and the witness and to all of the
        07    counsel.
```

**9.  PAGE 53:12 TO 53:16  (RUNNING 00:00:26.590)**

```
        12              MR. DOSKER:  Exhibit 15T is a
        13    copy of the same document translated
        14    into English.  And I am handing a copy
        15    to the reporter and the interpreter
        16    and to all other counsel.
```

**10.  PAGE 53:22 TO 54:03  (RUNNING 00:00:23.286)**

```
        22         Q.    Mr. Ahn, please look at
        23    Exhibit 15.
        24              Now, isn't it true that you
        25    participated in the general meeting of the
  00054:01
        02    Ramen assembly on March 10, 2000?  Is that
        03    correct?
```

**11.  PAGE 54:04 TO 54:06  (RUNNING 00:00:04.934)**

```
        04         A.    That is correct.
        05         Q.    Please look at the second page
        06    of Exhibit 15.  The signature next to your
```

**12.  PAGE 54:06 TO 54:08  (RUNNING 00:00:08.345)**

```
        06    of Exhibit 15.  The signature next to your
        07    name on this document is your signature;
        08    is that right?
```

**13.  PAGE 54:09 TO 54:09  (RUNNING 00:00:01.217)**

```
        09         A.    Yes.
```

**14.  PAGE 54:16 TO 54:21  (RUNNING 00:00:22.411)**

```
        16              MR. DOSKER:  Exhibit No. 16 is a
        17    two-page document in Korean.  I am
        18    handing a copy of it to the court
        19    reporter, the interpreter, and the
        20    witness, and I am handing copies of it
        21    to all of the counsel.
```

**15.  PAGE 55:02 TO 55:07  (RUNNING 00:00:20.366)**

```
        02              MR. DOSKER:  Exhibit 16T is a
        03    document in English, which is a
        04    translation of Exhibit 16, and I am
        05    handing copies of it to the court
        06    reporter and the interpreter and to
        07    all other counsel.
```

**Ottogi**

---

**16. PAGE 55:15 TO 55:18  (RUNNING 00:00:13.357)**

```
15          Mr. Ahn, does Exhibit 16 appear
16  to you to be the general meeting minutes
17  of the March 28, 2001, general meeting of
18  the Ramen assembly?
```

**17. PAGE 55:21 TO 56:02  (RUNNING 00:00:10.778)**

```
21      A.   It looks that way, looking at
22  the document.
23      Q.   Please look at the second page.
24          Is the signature next to your
25  name your signature or that of someone
00056:01
02  else?
```

**18. PAGE 56:03 TO 56:04  (RUNNING 00:00:04.631)**

```
03      A.   The signature is not mine.
04      Q.   Whose signature is it?
```

**19. PAGE 56:05 TO 56:09  (RUNNING 00:00:13.767)**

```
05      A.   In my opinion, this signature
06  looks like one of my coworkers' that I
07  worked together with in the past a long
08  time ago.
09      Q.   What is that person's name?
```

**20. PAGE 56:10 TO 56:10  (RUNNING 00:00:02.214)**

```
10      A.   Chang-Woon Kim.
```

**21. PAGE 56:18 TO 56:21  (RUNNING 00:00:16.547)**

```
18      Q.   Is Chang-Woon Kim, whose name
19  appears there, the same person as whose
20  signature you have just identified on
21  Exhibit 16?
```

**22. PAGE 56:22 TO 56:22  (RUNNING 00:00:01.576)**

```
22      A.   Yes, it is.
```

**23. PAGE 60:11 TO 60:11  (RUNNING 00:00:02.369)**

```
11      Q.   Please look at Exhibit 16.
```

**24. PAGE 60:12 TO 60:15  (RUNNING 00:00:14.541)**

```
12          So, Mr. Ahn, does Exhibit 16
13  appear to you to be the general meeting
14  minutes of the Ramen assembly meeting held
15  on March 28, 2001?
```

**25. PAGE 60:18 TO 60:22  (RUNNING 00:00:12.527)**

```
18      A.   Yes.  It seems that way.
19      Q.   Please look on the second page.
20          Is the signature next to your
21  name your handwriting or is it someone
22  else's?
```

**26. PAGE 60:23 TO 60:23  (RUNNING 00:00:01.809)**

```
23      A.   Someone else's.
```

**27. PAGE 61:07 TO 61:10  (RUNNING 00:00:17.693)**

```
07      Q.   Isn't it true, Mr. Ahn, that the
08  handwriting next to your printed name on
09  Exhibit 16, that handwriting says
```

**Ottogi**

10      "Chang-Woon Kim"; correct?

**28. PAGE 61:11 TO 61:15 (RUNNING 00:00:11.871)**

11      A.    That's what I think.
12      Q.    And as you testified earlier,
13  you recognize that, to the best of your
14  recollection, as being the handwriting of
15  your colleague, Chang-Woon Kim.

**29. PAGE 61:16 TO 61:18 (RUNNING 00:00:08.349)**

16      A.    Yes.  To me, the signature looks
17  like -- it looks like the signature
18  belongs to his.

**30. PAGE 62:14 TO 62:15 (RUNNING 00:00:05.569)**

14      Q.    Mr. Ahn, please look at Exhibit
15  17 only.

**31. PAGE 62:16 TO 62:17 (RUNNING 00:00:02.917)**

16            This is a power of attorney,
17  isn't it?

**32. PAGE 62:18 TO 62:21 (RUNNING 00:00:10.697)**

18      A.    Yes.  That's what the document
19  says.
20      Q.    And you signed this document,
21  didn't you?

**33. PAGE 62:22 TO 62:23 (RUNNING 00:00:03.560)**

22      A.    I did not sign this document.
23      Q.    You did not sign this document.

**34. PAGE 62:24 TO 63:11 (RUNNING 00:00:44.734)**

24      A.    No, I did not.  There's no
25  signature.
00063:01
02      Q.    Towards the bottom of the
03  document, there appears some information,
04  which, in the English version, says
05  "Representative name (member)," and then
06  there's markings of some sort.  And
07  underneath, it says in typed print on the
08  English version "Soo-Chang Ahn seal."
09            Can you tell me what the
10  non-typed markings in that part of
11  Exhibit 17 say.

**35. PAGE 63:12 TO 63:13 (RUNNING 00:00:05.607)**

12      A.    This is my personal seal.
13      Q.    Did you put that there?

**36. PAGE 63:14 TO 63:16 (RUNNING 00:00:04.366)**

14      A.    No.  I do not have this.
15      Q.    Who has it?  At this time, who
16  had it?

**37. PAGE 63:17 TO 63:18 (RUNNING 00:00:08.185)**

17      A.    I don't know who has it now.
18      Q.    Who had it as of March 28, 2001?

**Ottogi**

---

**38. PAGE 63:19 TO 63:20  (RUNNING 00:00:05.957)**

```
    19        A.    I'm not certain, but I believe
    20    that Chang-Woon Kim had it.
```

**39. PAGE 63:25 TO 64:09  (RUNNING 00:00:29.659)**

```
    25        A.    In the company, there are two
00064:01
    02    types of stamp or seal.  One is possessed
    03    by the CEO or the representative, and the
    04    other one is a general stamp or seal.  And
    05    the general seal or stamp, I believe, was
    06    possessed by Chang-Woon Kim, and I believe
    07    he was the one who was managing that
    08    general seal or stamp, and that's why I
    09    stated that way.
```

**40. PAGE 64:10 TO 64:24  (RUNNING 00:00:28.221)**

```
    10        Q.    So looking at Exhibit 17 --
    11             MR. BIRKHAEUSER:  Actually, if
    12    you wouldn't mind, in one of the
    13    answers, the translator translated,
    14    "This is my personal seal."
    15             THE INTERPRETER:  Correct.
    16             MR. BIRKHAEUSER:  Is that what
    17    you have now corrected to say the
    18    company seal?
    19             THE INTERPRETER:  Thank you very
    20    much.  That is correct.  The
    21    interpreter does not believe that the
    22    witness stated, "This is my personal
    23    seal."  So the other one is what he
    24    said.
```

**41. PAGE 66:22 TO 66:25  (RUNNING 00:00:23.271)**

```
    22        Q.    So, Mr. Ahn, based on your
    23    looking at this mark on Exhibit 17, can
    24    you tell which of the two types of seal it
    25    is?
```

**42. PAGE 67:02 TO 67:03  (RUNNING 00:00:03.134)**

```
    02        A.    Yes, I can.
    03        Q.    And which type is it?
```

**43. PAGE 67:04 TO 67:08  (RUNNING 00:00:10.960)**

```
    04        A.    This is not the seal that is
    05    possessed by the CEO or the company
    06    representative.
    07        Q.    So by process of elimination,
    08    does that mean it's the general seal?
```

**44. PAGE 67:09 TO 67:09  (RUNNING 00:00:01.397)**

```
    09        A.    Yes.
```

**45. PAGE 67:19 TO 67:22  (RUNNING 00:00:14.226)**

```
    19        Q.    Did Chang-Woon Kim ever put the
    20    company seal by your name and you later
    21    learned that he had done it without your
    22    permission?
```

**46. PAGE 67:25 TO 67:25  (RUNNING 00:00:02.455)**

```
    25        A.    Nothing I can recall, no.
```

**Ottogi**

**47. PAGE 69:19 TO 69:23 (RUNNING 00:00:19.584)**

```
19       Q.    Did you know that Chang-Woon --
20  did you know, at the time the meeting
21  minutes for the March 28, 2001, meeting
22  were signed, that Chang-Woon Kim had
23  signed his name next to your printed name?
```

**48. PAGE 70:02 TO 70:03 (RUNNING 00:00:03.638)**

```
02       A.    No, I did not know about that at
03  all.
```

**49. PAGE 71:17 TO 71:19 (RUNNING 00:00:18.122)**

```
17            Mr. Ahn, you gave testimony in
18  the Seoul High Court in proceedings on
19  appeal from the KFT decision, didn't you?
```

**50. PAGE 71:20 TO 71:20 (RUNNING 00:00:01.716)**

```
20       A.    Yes.  That is correct.
```

**51. PAGE 74:23 TO 74:24 (RUNNING 00:00:09.368)**

```
23       Q.    Okay.  Please turn to page 15 of
24  Exhibit 18.  Please read along starting
```

**52. PAGE 77:07 TO 77:08 (RUNNING 00:00:12.195)**

```
07       Q.    Would you please read the Korean
08  text at 18A next to the "A."
```

**53. PAGE 77:09 TO 77:15 (RUNNING 00:00:32.867)**

```
09       A.    This document -- well, the
10  question is that "The meeting minutes
11  above is the meeting minutes for a regular
12  assembly for the meeting held on
13  March 28, 2001, for Ramen counsel.  The
14  signature next to the counsel member for
15  Samyang is not yours.  Is that correct?"
```

**54. PAGE 79:03 TO 79:05 (RUNNING 00:00:10.116)**

```
03       Q.    So, Mr. Ahn, would you please
04  read again the answer that you gave at
05  18A.
```

**55. PAGE 79:06 TO 79:08 (RUNNING 00:00:12.131)**

```
06       A.    "This is not this witness'
07  signature.  An administrative assistant
08  attended and signed on my behalf."
```

**56. PAGE 87:17 TO 87:19 (RUNNING 00:00:11.533)**

```
17       Q.    So now would you please read
18  aloud the question and answer at "E" on
19  page 16.
```

**57. PAGE 87:20 TO 87:22 (RUNNING 00:00:09.735)**

```
20       A.    "If so, how come the power of
21  attorney is attached?"
22       Q.    And the answer?
```

**58. PAGE 87:23 TO 87:24 (RUNNING 00:00:05.585)**

```
23       A.    Answer:  "About that, I'm
24  wondering about that too."
```

**Ottogi**

**59. PAGE 107:15 TO 107:19  (RUNNING 00:00:14.816)**

```
15        Q.   Mr. Ahn, is it true that you did
16   not give instructions to Samsung employees
17   who were junior to you about cooperation
18   among the Ramen companies regarding price
19   increases?
```

**60. PAGE 107:22 TO 107:24  (RUNNING 00:00:07.368)**

```
22        A.   I did not give specific
23   instructions as to whether you need to
24   cooperate or not.
```

**61. PAGE 112:23 TO 112:24  (RUNNING 00:00:05.563)**

```
23        Q.   So Mr. Ahn, it is a short
24   document.  It's two and a quarter pages.
```

**62. PAGE 112:25 TO 113:03  (RUNNING 00:00:05.175)**

```
25             Would you please review it and
00113:01
02   tell me if it appears to be a copy of your
03   statement.
```

**63. PAGE 113:05 TO 113:09  (RUNNING 00:00:13.049)**

```
05             It appears to be a copy of my
06   statement.
07        Q.   And based on having reviewed it
08   just now, does it appear to be still true,
09   to the best of your knowledge?
```

**64. PAGE 113:10 TO 113:10  (RUNNING 00:00:04.204)**

```
10        A.   Yes.  Yes.
```

**65. PAGE 114:21 TO 114:22  (RUNNING 00:00:03.449)**

```
21        Q.   Looking at the third paragraph
22   on that page, that refers to a time period
```

**66. PAGE 114:22 TO 114:23  (RUNNING 00:00:05.183)**

```
22   on that page, that refers to a time period
23   starting in 1989.  And focusing on the
```

**67. PAGE 114:23 TO 114:24  (RUNNING 00:00:04.780)**

```
23   starting in 1989.  And focusing on the
24   last sentence of that paragraph, it's your
```

**68. PAGE 114:25 TO 115:05  (RUNNING 00:00:13.071)**

```
25   understanding, isn't it, that from about
00115:01
02   1989 on, it was only Nongshim that visited
03   the price control authorities for
04   consultation on price increase, scope,
05   timing, et cetera.
```

**69. PAGE 115:06 TO 115:08  (RUNNING 00:00:10.339)**

```
06        A.   As I stated earlier, I cannot
07   compare the Korean and how that Korean
08   text has been translated into English.
```

**70. PAGE 115:09 TO 115:10  (RUNNING 00:00:07.525)**

```
09   That the beef tallow crisis occurred in
10   1989, that is true.  That because of that,
```

**Ottogi**

**71. PAGE 115:11 TO 115:13 (RUNNING 00:00:16.705)**

    11    the Samyang's visit with the government
    12    employee concerning the price increase in
    13    advance, that visit has reduced.

**72. PAGE 115:14 TO 115:19 (RUNNING 00:00:20.246)**

    14            And so my understanding is that
    15    since the number of visits from Samyang
    16    reduced, then Nongshim is the only company
    17    visited price control government entity
    18    that is in charge of price control visited
    19    the government entity.

**73. PAGE 145:19 TO 145:23 (RUNNING 00:00:21.086)**

    19    Q.    So do the people who are
    20    dispatched daily to the Ramen assembly --
    21    do they go do part of their work in
    22    research at the distributors as well as
    23    retail stores?

**74. PAGE 145:24 TO 146:03 (RUNNING 00:00:10.443)**

    24    A.    They collect the information
    25    like that and conduct research.
    00146:01
    02    Q.    So the answer is yes, they do go
    03    to distributors as well as retail stores?

**75. PAGE 146:04 TO 146:08 (RUNNING 00:00:11.058)**

    04    A.    I'm saying that is possible in
    05    order to conduct research.
    06    Q.    But this research is for the
    07    purposes of making sure no tax cheating;
    08    right?

**76. PAGE 146:09 TO 146:19 (RUNNING 00:00:42.473)**

    09    A.    Sure.  So transaction without
    10    paperwork, well, the government might say
    11    they want to evade tax.  But ultimately,
    12    this trading order or transaction order
    13    would be broken.  Some place might supply
    14    at 100 Won and other place might supply at
    15    50 Won.  Then there's no balance in terms
    16    of transaction or trading.  So these --
    17    they conducted this research or collecting
    18    information so that normal distribution
    19    activities take place.

**77. PAGE 153:05 TO 153:06 (RUNNING 00:00:06.374)**

    05    Q.    Mr. Ahn, I wish to confirm a
    06    couple of more points.

**78. PAGE 153:07 TO 153:09 (RUNNING 00:00:14.757)**

    07            You personally never exchanged
    08    any price information before a public
    09    announcement was made; right?

**79. PAGE 153:12 TO 153:12 (RUNNING 00:00:02.833)**

    12    A.    I personally never did that.

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:23:15.175)**



COURT EXHIBIT 8c

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:47:59 AM**

## KoreanNoodles

### Ahn, Soo Chang (Vol. 01) - 01/12/2016

**1 CLIP (RUNNING 00:00:34.488)**

Ahn Redirect

**SA011216RD** **2 SEGMENTS (RUNNING 00:00:34.488)**

**1. PAGE 50:14 TO 50:18 (RUNNING 00:00:17.207)**

Q. Were there regular meetings amongst lower-level employees of each of the respective companies that were known as staff meetings of the Ramen Association?

**2. PAGE 50:19 TO 50:23 (RUNNING 00:00:17.281)**

A. Let's see. The regular meetings -- as far as the regular meetings, one of the examples would be the support members meeting, supporting the general assembly.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:34.488)**

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:48:15 AM

**KoreanNoodles**

---

 **Ahn, Soo Chang (Vol. 02) - 01/13/2016**                    1 CLIP  (RUNNING 00:07:55.717)

 Ahn Redirect

**SA011316RD**                **38 SEGMENTS  (RUNNING 00:07:55.717)**        

**1. PAGE 79:03 TO 79:05  (RUNNING 00:00:09.921)**

          03      Q.   So, Mr. Ahn, would you please
          04   read again the answer that you gave at
          05   18A.

**2. PAGE 79:06 TO 79:08  (RUNNING 00:00:14.046)**

          06      A.   "This is not this witness'
          07   signature.  An administrative assistant
          08   attended and signed on my behalf."

**3. PAGE 84:25 TO 85:02  (RUNNING 00:00:11.138)**

          25            But my question is on this
      00085:01
          02   specific answer, Answer 18A, isn't it true

**4. PAGE 85:03 TO 85:05  (RUNNING 00:00:14.290)**

          03   that the signature is not your signature,
          04   but the staff member participated and
          05   signed on your behalf?

**5. PAGE 85:15 TO 85:22  (RUNNING 00:00:29.409)**

          15      A.    What this states is that what --
          16   it says that the assistant attended and
          17   signed on my behalf.  That doesn't mean
          18   that I was not there.  I was there.
          19   And -- but this states that the assistant
          20   signed on my behalf.  It doesn't mean that
          21   he's the only one who attended this
          22   meeting.

**6. PAGE 97:04 TO 97:10  (RUNNING 00:00:46.897)**

          04      Q.   Mr. Ahn, do you think it is
          05   possible that the portion of your
          06   May 6, 2011 witness statement that
          07   discusses what was said at the
          08   March 28, 2001 Ramen assembly might be
          09   based on something other than your own
          10   personal experience?

**7. PAGE 97:15 TO 97:16  (RUNNING 00:00:08.461)**

          15      A.   My testimony is based on what I
          16   personally experienced.

**8. PAGE 118:17 TO 119:07  (RUNNING 00:00:57.970)**

          17      A.   Let me explain about that.  When
          18   I submitted this statement, that's
          19   OTGKR0001685.  Oh, I guess that is not the
          20   statement.  I'm talking about No. 21,
          21   Exhibit 21, the statement.  When we
          22   submitted this statement to Korean Fair
          23   Trade Commission, it seems like that
          24   Korean Fair Trade Commission did not have
          25   a complete understanding as to our

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:48:15 AM**

## KoreanNoodles

```
00119:01
      02    discussion with the government.  So I --
      03    we included an example, one of the
      04    examples in the other statement.  So
      05    that's why they are not identical.  I'm
      06    not sure if my explanation suffice.  But
      07    that's what I can say.
```

**9.  PAGE 119:08 TO 119:12  (RUNNING 00:00:16.223)**

```
      08    Q.    Thank you.
      09          Mostly, I'm trying to understand
      10    why, when you did that, the references to
      11    increasing cost of raw materials were not
      12    included.
```

**10.  PAGE 119:15 TO 119:18  (RUNNING 00:00:17.345)**

```
      15    A.    When we talked about the raw
      16    material, this was just an example of the
      17    situation that we were in when we were
      18    talking about price increase.  So not
```

**11.  PAGE 119:19 TO 119:24  (RUNNING 00:00:15.062)**

```
      19    everything should have been -- I mean,
      20    needed to be included in here if he
      21    briefly mentioned that they would
      22    understand what the discussion is about
      23    with the government.  So that was not
      24    necessary.
```

**12.  PAGE 163:20 TO 163:23  (RUNNING 00:00:14.343)**

```
      20          Sir, was there a time when the
      21    Korean government had a law on the books
      22    that mandated or controlled the price of
      23    Ramen?
```

**13.  PAGE 164:04 TO 164:04  (RUNNING 00:00:03.548)**

```
      04    A.    Yes.  There was.
```

**14.  PAGE 164:05 TO 164:07  (RUNNING 00:00:07.552)**

```
      05    Q.    All right.  And my understanding
      06    is that at some point, that law was
      07    withdrawn.
```

**15.  PAGE 164:09 TO 164:10  (RUNNING 00:00:04.879)**

```
      09    A.    The law that controlled the
      10    price?  What I --
```

**16.  PAGE 164:16 TO 164:20  (RUNNING 00:00:16.932)**

```
      16    A.    What I heard is that it's not
      17    that the law was withdrawn, but rather,
      18    the negotiation about price with the
      19    government, that activity was no longer
      20    taking place.
```

**17.  PAGE 164:21 TO 164:22  (RUNNING 00:00:11.343)**

```
      21    Q.    And, sir, when did -- when did
      22    this -- when did that occur?
```

**18.  PAGE 164:24 TO 165:05  (RUNNING 00:00:39.413)**

```
      24    A.    I don't remember the year when
      25    that happened.  So in early 1980s, our
00165:01
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:48:15 AM**

## KoreanNoodles

```
02    company was one of the companies that
03    negotiated with the government regarding
04    price.  And until the mid-to-late '80s, I
05    think that activity continued.
```

**19.  PAGE 165:06 TO 165:11  (RUNNING 00:00:16.213)**

```
06          And so after the beef tallow
07    crisis, we lost number one market share
08    position.  So once we lost that dominant
09    position, we no longer negotiated with the
10    government.  The negotiating party became
11    Nongshim.
```

**20.  PAGE 165:12 TO 165:14  (RUNNING 00:00:08.826)**

```
12          So if you ask me when this basis
13    or legal basis was withdrawn, I do not
14    know.  My understanding is that even
```

**21.  PAGE 165:15 TO 165:17  (RUNNING 00:00:12.635)**

```
15    today, there is a discussion or
16    negotiation with the government as to the
17    maximum price that the company can set.
```

**22.  PAGE 165:18 TO 165:21  (RUNNING 00:00:12.312)**

```
18    Q.    Okay.  And -- but the company --
19    the Ramen noodle companies are free to
20    compete on price below whatever this
21    maximum price is?
```

**23.  PAGE 166:02 TO 166:04  (RUNNING 00:00:08.978)**

```
02    A.    Of course.  The companies can
03    freely compete as long as the price is
04    below that maximum price.
```

**24.  PAGE 166:05 TO 166:07  (RUNNING 00:00:10.191)**

```
05    Q.    And was that true, to your
06    understanding, for the period of time from
07    2001 until the time you left Samyang?
```

**25.  PAGE 166:10 TO 166:10  (RUNNING 00:00:04.251)**

```
10    A.    Yes.  Yes, that was.
```

**26.  PAGE 168:04 TO 168:06  (RUNNING 00:00:06.052)**

```
04    Q.    All right.  Do you recall being
05    sworn to testify yesterday when you came
06    in for your deposition?
```

**27.  PAGE 168:07 TO 168:07  (RUNNING 00:00:01.327)**

```
07    A.    Yes.
```

**28.  PAGE 168:08 TO 168:09  (RUNNING 00:00:05.531)**

```
08    Q.    All right.  And you promised to
09    tell the truth at that time, didn't you?
```

**29.  PAGE 168:10 TO 168:10  (RUNNING 00:00:02.173)**

```
10    A.    Yes, I did.
```

**30.  PAGE 168:11 TO 168:13  (RUNNING 00:00:04.726)**

```
11    Q.    All right.  And when you swore
12    to tell the truth, did you take that
13    obligation seriously?
```

CONFIDENTIAL

## KoreanNoodles

**31. PAGE 168:14 TO 168:19 (RUNNING 00:00:08.773)**

```
14        A.    Yes.
15        Q.    Okay.
16        A.    I did.
17        Q.    And throughout the two days of
18   testimony, have you -- have you told the
19   truth to us?
```

**32. PAGE 168:20 TO 168:20 (RUNNING 00:00:01.920)**

```
20        A.    Yes.
```

**33. PAGE 168:21 TO 168:23 (RUNNING 00:00:07.548)**

```
21        Q.    All right.  Have you had a
22   chance to reflect on the testimony you
23   have provided here?
```

**34. PAGE 168:24 TO 168:24 (RUNNING 00:00:02.169)**

```
24        A.    When?
```

**35. PAGE 168:25 TO 169:02 (RUNNING 00:00:03.513)**

```
25        Q.    Well, last night, did you have a
00169:01
02   chance to reflect on your testimony?
```

**36. PAGE 169:03 TO 169:05 (RUNNING 00:00:09.260)**

```
03        A.    Well, I did not really reflect
04   because I know that I only testified the
05   truth.
```

**37. PAGE 169:06 TO 169:08 (RUNNING 00:00:07.450)**

```
06        Q.    And, sir, is there anything at
07   this point in time about your testimony
08   that you would like to change in any way?
```

**38. PAGE 169:09 TO 169:09 (RUNNING 00:00:03.097)**

```
09        A.    No, none whatsoever.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:55.717)**

COURT EXHIBIT 9a

Case Clip(s) Detailed Report

# Haggard

Friday, November 16, 2018, 5:29:25 PM

**Haggard**

---

### Haggard, Stephan (Vol. 01) - 09/19/2017 [2706952]                    1 CLIP  (RUNNING 00:00:49.661)

Do you agree with the following proposition: ...

SH-0919-3506                          2 SEGMENTS  (RUNNING 00:00:49.661)          

**1.  PAGE 35:06 TO 35:11  (RUNNING 00:00:21.595)**

```
06      Q   Do you agree with the following proposition:
07   If it is correct that an aspect of being a chaebol
08   means that decisions are directed by the parent
09   company, the fact of being a chaebol does not
10   determine what the specific directions given will
11   be?
```

**2.  PAGE 35:13 TO 35:22  (RUNNING 00:00:28.066)**

```
13      THE WITNESS:  Well, that's -- I think that's
14   certainly correct.  I mean, that's -- that's
15   unobjectionable because you -- you can't tell
16   exactly what happens within a group unless you study
17   what goes on within a group.  So the fact that these
18   are designated and considered in the Korean business
19   press and in the academic literatures -- chaebol
20   doesn't, itself, lead to any particular inference
21   about the way that they might operate.  That's
22   something that has to be investigated empirically.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:49.661)**

COURT EXHIBIT 9b

**Ottogi**

---

 **Haggard, Stephen (Vol. 01) - 05/18/2017**                    1 CLIP  (RUNNING 00:01:06.688)

 67.3-20

**SH11**                              **1 SEGMENT  (RUNNING 00:01:06.688)**            

**1.  PAGE 67:03 TO 67:20  (RUNNING 00:01:06.688)**

```
03        Q.  Likewise, and particularly in paragraph 66 of
04   your declaration, you similarly sent -- excuse me, you
05   similarly said that someone at Ottogi America sent
06   weekly business reports to Ottogi Korea.
07             Likewise, you didn't investigate to see whether
08   that was a one-time event, an occasional event, or an
09   every week event; correct?
10        A.  Absolutely fair.
11             But if I can clarify one thing.  I didn't find
12   this in any way particularly unusual that a 100 percent
13   foreign-owned subsidiary would be reporting to its
14   parent, and I had no reason to think that this was --
15   reflected any malfeasance or anything nefarious.  You
16   would expect that a subsidiary would report information
17   back to its parent.  So it didn't seem surprising to me
18   that they would report on a regular basis.  But you're
19   correct that I didn't investigate whether those reports
20   were regular.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:06.688)**

COURT EXHIBIT 10a

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

 **Seo, Jin Woo (Vol. 01) - 01/21/2016**                    1 CLIP  (RUNNING 00:27:16.258)





**SEOJINWOO-0121**          **164 SEGMENTS  (RUNNING 00:27:16.258)**

**1.  PAGE 7:15 TO 7:20  (RUNNING 00:00:09.669)**

```
15   J A C K I    N O H,
16        having first been duly sworn by
17        Sharon Lengel, the Notary Public,
18        interpreted from English to
19        Korean and from Korean to English
20        as follows:
```

**2.  PAGE 7:21 TO 7:25  (RUNNING 00:00:07.540)**

```
21   J I N-W O O    S E O,
22        having first been duly sworn by
23        Sharon Lengel, the Notary Public,
24        was examined and testified as
25        follows:
```

**3.  PAGE 7:21 TO 7:25  (RUNNING 00:00:01.571)**

```
21   J I N-W O O    S E O,
22        having first been duly sworn by
23        Sharon Lengel, the Notary Public,
24        was examined and testified as
25        follows:
```

**4.  PAGE 8:19 TO 8:22  (RUNNING 00:00:09.193)**

```
19        Q.    Good afternoon, Mr. Seo.
20              My understanding is that you've
21   been employed by Samyang since 1992; is
22   that correct?
```

**5.  PAGE 8:23 TO 8:23  (RUNNING 00:00:02.444)**

```
23        A.    Yes.  That is correct.
```

**6.  PAGE 8:24 TO 9:02  (RUNNING 00:00:05.037)**

```
24        Q.    All right.  And since 2006,
25   you've been the head of marketing for
00009:01
02   Samyang; is that right?
```

**7.  PAGE 9:03 TO 9:04  (RUNNING 00:00:06.801)**

```
03        A.    As a market -- marketing team
04   leader.
```

**8.  PAGE 11:14 TO 11:16  (RUNNING 00:00:07.423)**

```
14        Q.    All right.  So is it fair to say
15   that in July 2006, you started on the
16   marketing team for Samyang?
```

**9.  PAGE 11:17 TO 11:18  (RUNNING 00:00:11.131)**

```
17        A.    Yes.  I started working for
18   marketing department as of July 2006.
```

**10.  PAGE 11:19 TO 11:20  (RUNNING 00:00:06.710)**

```
19        Q.    All right.  And did you stay in
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:52 AM

# KoreanNoodles

---

       20    that role through the year 2010?

**11. PAGE 11:21 TO 11:21 (RUNNING 00:00:02.273)**

       21        A.    Yes.  That's correct.

**12. PAGE 11:22 TO 11:24 (RUNNING 00:00:07.391)**

       22        Q.    All right.  And tell me what
       23    your responsibilities were as the
       24    marketing team leader for Samyang.

**13. PAGE 11:25 TO 11:25 (RUNNING 00:00:03.314)**

       25        A.    My responsibilities?

**14. PAGE 12:02 TO 12:03 (RUNNING 00:00:01.793)**

       02        Q.    Yeah.  What were your job
       03    duties?

**15. PAGE 12:04 TO 12:06 (RUNNING 00:00:28.342)**

       04        A.    New product planning, planning
       05    for new products, advertising, and
       06    managing prices, among others.

**16. PAGE 12:07 TO 12:08 (RUNNING 00:00:06.055)**

       07        Q.    And as marketing team leader,
       08    who did you report to, sir?

**17. PAGE 12:09 TO 12:12 (RUNNING 00:00:23.347)**

       09        A.    At Samyang Company headquarters,
       10    I reported to managing director,
       11    Mr. Soo-Chang Ahn, and Ms. Jung-Soo Kim,
       12    who was vice president at that time.

**18. PAGE 12:15 TO 12:17 (RUNNING 00:00:09.451)**

       15              Was -- when you started in
       16    July 2006, was there a market research
       17    department within the marketing team?

**19. PAGE 12:18 TO 12:18 (RUNNING 00:00:02.415)**

       18        A.    Yes, there was.

**20. PAGE 12:19 TO 12:21 (RUNNING 00:00:07.795)**

       19        Q.    All right.  And who -- who --
       20    which employees of Samyang were on the
       21    market research team in 2006?

**21. PAGE 12:22 TO 12:24 (RUNNING 00:00:13.306)**

       22        A.    Jong Moon Yui, assistant section
       23    chief.  That was his title, job title back
       24    then.

**22. PAGE 12:25 TO 12:25 (RUNNING 00:00:01.380)**

       25        Q.    Okay.  Anybody else?

**23. PAGE 13:02 TO 13:03 (RUNNING 00:00:11.593)**

       02        A.    Another employee named Sung Hyuk
       03    Cho, but he left the company soon after.

**24. PAGE 13:04 TO 13:04 (RUNNING 00:00:01.684)**

       04        Q.    Soon after when, sir?

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

---

**25. PAGE 13:05 TO 13:06 (RUNNING 00:00:05.933)**

        05      A.    I don't remember when he left
        06   the company.

**26. PAGE 13:07 TO 13:09 (RUNNING 00:00:10.202)**

        07      Q.    Okay.  Anybody else work for the
        08   market research team between July 2006 and
        09   September of 2008?

**27. PAGE 13:10 TO 13:11 (RUNNING 00:00:13.164)**

        10      A.    Mr. Sung Hyuk Cho's successor
        11   was Kyung Mu Min.

**28. PAGE 14:19 TO 14:22 (RUNNING 00:00:06.838)**

        19      Q.    As I understand it, the market
        20   research team was disbanded in September
        21   of 2008.
        22           Is that your recollection?

**29. PAGE 14:23 TO 14:23 (RUNNING 00:00:02.621)**

        23      A.    Yes.  That's correct.

**30. PAGE 14:24 TO 14:25 (RUNNING 00:00:07.347)**

        24      Q.    And why did the market research
        25   team get disbanded, from your perspective?

**31. PAGE 15:02 TO 15:06 (RUNNING 00:00:24.707)**

        02      A.    It was not possible to conduct
        03   the task that is the most important one,
        04   which is to collect information from --
        05   about competitors and exchange
        06   information.

**32. PAGE 15:07 TO 15:11 (RUNNING 00:00:14.133)**

        07      Q.    All right.  So before
        08   September 2008, are you saying that the
        09   market research team had been responsible
        10   for communicating with Samyang's
        11   competitors?

**33. PAGE 15:16 TO 15:23 (RUNNING 00:00:35.610)**

        16      A.    That was not the only task that
        17   they carried on.  I mean, that was some of
        18   them.  That team was also responsible to
        19   find out -- to learn about the trend,
        20   market trends, and the market share
        21   breakdowns and about our company and also
        22   about our competitors.  And they also did
        23   other work that's related to competitors.

**34. PAGE 15:24 TO 16:03 (RUNNING 00:00:14.109)**

        24      Q.    Okay.  So why don't we get from
        25   you, in your own words, what were the
    00016:01
        02   responsibilities of the market research
        03   team from July 2006 to September of 2008.

**35. PAGE 16:04 TO 16:15 (RUNNING 00:01:03.690)**

        04      A.    That department or that team was
        05   responsible to research for our company's
        06   products that we sell and our productions

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

```
07   or manufacturing and also the distribution
08   rates and turnaround rates.  Those are
09   some of the things that they did.
10           On top of communication with the
11   competitors, our company's counterparts
12   would communicate with competitors to
13   exchange information, and those
14   information were used -- information was
15   used to make our company decisions.
```

**36. PAGE 16:16 TO 16:19 (RUNNING 00:00:12.794)**

```
16       Q.    What types of information did
17   the -- was the market research team
18   responsible for exchanging with Samyang's
19   competitors?
```

**37. PAGE 16:23 TO 17:02 (RUNNING 00:00:18.303)**

```
23       A.    Information concerning new
24   product launch as well as the period for
25   price increase.  Those types of
00017:01
02   information was exchanged.
```

**38. PAGE 17:03 TO 17:06 (RUNNING 00:00:14.894)**

```
03       Q.    All right.  Were the employees
04   of the market research team exchanging
05   with Samyang's competitors advance price
06   information about Ramen products?
```

**39. PAGE 17:11 TO 17:14 (RUNNING 00:00:21.357)**

```
11       A.    That is correct.  Before
12   price -- price increase, they exchanged
13   information.  That was the role that they
14   played.
```

**40. PAGE 17:20 TO 17:22 (RUNNING 00:00:06.188)**

```
20       Q.    Yes.  We're talking about sales
21   of Ramen in the Korean domestic market.
22   Okay?
```

**41. PAGE 17:23 TO 17:23 (RUNNING 00:00:02.636)**

```
23       A.    Yes.  That is correct.
```

**42. PAGE 17:24 TO 18:05 (RUNNING 00:00:16.139)**

```
24       Q.    All right.  And you said earlier
25   that it was not possible for the market
00018:01
02   research team to carry out its functions
03   after September of 2008.
04           So can you explain that for us a
05   little bit more -- in more detail.
```

**43. PAGE 18:06 TO 18:17 (RUNNING 00:00:43.641)**

```
06       A.    Before that period, the members
07   of market research team was not -- were
08   not aware of the fact that that is an
09   issue to exchange information.  They were
10   exchanging it, and they did not realize
11   that that is -- that could be a problem.
12           But once they realized that that
13   is a problem, and also the company then --
14   how should I say -- got rid of or
15   disbanded that team, so that team that was
```

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:52 AM

## KoreanNoodles

```
          16    responsible to exchange information was no
          17    longer with the company.
```

**44.  PAGE 18:18 TO 18:24  (RUNNING 00:00:19.213)**

```
          18        Q.   Okay.  And to be clear, the
          19    issue that caused the market research team
          20    to be disbanded was the fact that the
          21    company no longer wanted the market
          22    research team to be communicating with
          23    Samyang's competitors about price
          24    information; is that right?
```

**45.  PAGE 19:05 TO 19:07  (RUNNING 00:00:14.386)**

```
          05        A.   Because our company, Samyang,
          06    deemed that Samyang's employees should not
          07    carry out those tasks.
```

**46.  PAGE 19:08 TO 19:10  (RUNNING 00:00:05.204)**

```
          08        Q.   All right.  And, specifically,
          09    exchanging information about Ramen
          10    pricing; correct?
```

**47.  PAGE 19:15 TO 19:16  (RUNNING 00:00:07.927)**

```
          15        A.   That includes Ramen price and
          16    new product information.
```

**48.  PAGE 19:17 TO 19:22  (RUNNING 00:00:21.918)**

```
          17        Q.   Okay.  During the period from
          18    2006, July 2006, when you started, and
          19    September of 2008, did you instruct the
          20    employees of the market research team to
          21    go and contact competitors to collect
          22    information about prices and new products?
```

**49.  PAGE 19:23 TO 19:23  (RUNNING 00:00:01.828)**

```
          23        A.   Yes, I did.
```

**50.  PAGE 19:24 TO 20:04  (RUNNING 00:00:13.968)**

```
          24        Q.   All right.  And so that we're
          25    clear on the record, the competitors of
       00020:01
          02    Samyang with respect to Ramen are
          03    Nongshim, Ottogi, and Korea Yakult;
          04    correct?
```

**51.  PAGE 20:05 TO 20:05  (RUNNING 00:00:02.148)**

```
          05        A.   That is correct.
```

**52.  PAGE 20:06 TO 20:10  (RUNNING 00:00:13.839)**

```
          06        Q.   All right.  All right.  So I
          07    understand there was a consideration
          08    within Samyang in early 2007 to raise the
          09    price of Korean Ramen products; is that
          10    right?
```

**53.  PAGE 20:14 TO 20:14  (RUNNING 00:00:02.761)**

```
          14        A.   Yes.  That is correct.
```

**54.  PAGE 20:15 TO 20:19  (RUNNING 00:00:17.805)**

```
          15        Q.   All right.  And did -- at that
          16    time, in early 2007, did you instruct Jong
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

```
17   Moon Yui to go and collect advance price
18   information from Samyang's Ramen
19   competitors?
```

**55. PAGE 20:23 TO 20:23  (RUNNING 00:00:02.183)**

```
23      A.    Yes, I did.
```

**56. PAGE 20:24 TO 21:04  (RUNNING 00:00:18.163)**

```
24      Q.    Okay.  And, sir, did you -- did
25   you ask Mr. Yui to communicate with
00021:01
02   employees of Nongshim about their
03   intentions concerning the pricing of
04   Korean Ramen in early 2007?
```

**57. PAGE 21:09 TO 21:10  (RUNNING 00:00:15.045)**

```
09      A.    Yes.  I instructed him to check
10   price increase information in early 2007.
```

**58. PAGE 21:11 TO 21:11  (RUNNING 00:00:02.422)**

```
11      Q.    And specifically from Nongshim?
```

**59. PAGE 21:12 TO 21:12  (RUNNING 00:00:02.656)**

```
12      A.    Yes.  That's correct.
```

**60. PAGE 21:13 TO 21:13  (RUNNING 00:00:01.546)**

```
13      Q.    How about Ottogi?
```

**61. PAGE 21:18 TO 21:22  (RUNNING 00:00:24.261)**

```
18      A.    Of course, Nongshim was our
19   biggest competitor to check such
20   information.  And, of course, I instructed
21   him to do with respect to Ottogi and Korea
22   Yakult as well.
```

**62. PAGE 21:23 TO 21:25  (RUNNING 00:00:13.094)**

```
23      Q.    Okay.  How did you know that
24   Mr. Yui had a counterpart at Nongshim that
25   he could ask -- exchange information with?
```

**63. PAGE 22:09 TO 22:17  (RUNNING 00:00:42.762)**

```
09      A.    He verbally reported to me that
10   there is an individual at the other
11   company who does same type of work at the
12   competitor's company.  In fact, he -- in
13   fact, I remember that he reported to me --
14   well, he relayed the information that he
15   received through his counterpart from the
16   competitor concerning the price that was
17   in question and the new product.
```

**64. PAGE 22:24 TO 23:02  (RUNNING 00:00:13.415)**

```
24      Q.    Did Mr. Yui inform you that he
25   was able to get documents concerning
00023:01
02   Nongshim's Ramen pricing intentions?
```

**65. PAGE 23:09 TO 23:09  (RUNNING 00:00:04.240)**

```
09      A.    Yes.  I knew about that.
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

**66.  PAGE 23:10 TO 23:13  (RUNNING 00:00:10.264)**

          10       Q.    Okay.  And did Mr. Yui tell you
          11    that he was able to get documents from
          12    Nongshim that referenced their pricing
          13    intentions with respect to Korean Ramen?

**67.  PAGE 23:16 TO 23:16  (RUNNING 00:00:02.779)**

          16       A.    Yes.  That is correct.

**68.  PAGE 23:17 TO 23:19  (RUNNING 00:00:07.643)**

          17       Q.    Do you know the name of the
          18    Nongshim employee that Mr. Yui was
          19    communicating with?

**69.  PAGE 23:25 TO 24:02  (RUNNING 00:00:05.576)**

          25       A.    Yes.  I have heard of that, and
     00024:01
          02    I am aware of that.

**70.  PAGE 24:03 TO 24:03  (RUNNING 00:00:00.658)**

          03       Q.    Excellent.

**71.  PAGE 24:04 TO 24:05  (RUNNING 00:00:01.769)**

          04             Why don't you tell us who it
          05    was.

**72.  PAGE 24:08 TO 24:09  (RUNNING 00:00:07.948)**

          08       A.    As I recall, that name was Yeo
          09    Won Yoon.

**73.  PAGE 24:10 TO 24:12  (RUNNING 00:00:10.051)**

          10       Q.    And did that individual have an
          11    email, to your knowledge, that had
          12    "Yeobari"?

**74.  PAGE 24:17 TO 24:17  (RUNNING 00:00:03.371)**

          17       A.    Yes.  I am aware of that.

**75.  PAGE 24:18 TO 24:20  (RUNNING 00:00:11.462)**

          18       Q.    Did Mr. Yui have a contact that
          19    he was exchanging price -- Korean Ramen
          20    price information with over at Ottogi?

**76.  PAGE 25:02 TO 25:02  (RUNNING 00:00:04.885)**

          02       A.    I believe he had.

**77.  PAGE 25:03 TO 25:04  (RUNNING 00:00:02.181)**

          03       Q.    And do you know the name of that
          04    person?

**78.  PAGE 25:09 TO 25:10  (RUNNING 00:00:07.093)**

          09       A.    My understanding is that his
          10    name is Jae Hwan Chung.

**79.  PAGE 25:11 TO 25:14  (RUNNING 00:00:14.025)**

          11       Q.    And did Mr. Yui have a contact
          12    over at Korea Yakult with whom he was
          13    exchanging advance price information with
          14    respect to Korean Ramen?

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

**80. PAGE 25:20 TO 25:21  (RUNNING 00:00:07.328)**

    20     A.   I don't recall precisely.  As I
    21  sit here, I don't recall.

**81. PAGE 25:22 TO 25:23  (RUNNING 00:00:03.937)**

    22     Q.   Do you -- do you know the name
    23  Pyung Ki Kim?

**82. PAGE 25:24 TO 25:25  (RUNNING 00:00:04.490)**

    24     A.   Yes.  Yes.  Yes.  I believe I
    25  heard of that name.

**83. PAGE 26:02 TO 26:04  (RUNNING 00:00:06.242)**

    02     Q.   And does that refresh your
    03  recollection as who the contact was for
    04  Mr. Yui at Korea Yakult?

**84. PAGE 26:07 TO 26:07  (RUNNING 00:00:02.437)**

    07     A.   Yes.  That is correct.

**85. PAGE 26:08 TO 26:12  (RUNNING 00:00:24.763)**

    08     Q.   All right.  And so do you have
    09  an understanding that Mr. Yui was
    10  communicating with Mr. Pyung Ki Kim about
    11  Korea Yakult's pricing intentions with
    12  respect to Korean Ramen?

**86. PAGE 26:18 TO 26:18  (RUNNING 00:00:03.123)**

    18     A.   Yes.  That is correct.

**87. PAGE 26:19 TO 26:22  (RUNNING 00:00:13.798)**

    19     Q.   Do you have an understanding,
    20  with respect to the 2007 time period,
    21  early 2007 time period, how frequently was
    22  Mr. Yui communicating with Nongshim?

**88. PAGE 27:03 TO 27:05  (RUNNING 00:00:12.220)**

    03     A.   I'm not able to quantify, but I
    04  believe that communication was frequent
    05  one.

**89. PAGE 27:06 TO 27:08  (RUNNING 00:00:07.611)**

    06     Q.   Okay.  And tell us the ways in
    07  which you understand Mr. Yui was
    08  communicating with Nongshim.

**90. PAGE 27:14 TO 27:16  (RUNNING 00:00:22.253)**

    14     A.   He communicated with the
    15  companies in question via email, landline
    16  phone, or telephone or in person.

**91. PAGE 27:17 TO 27:19  (RUNNING 00:00:06.034)**

    17     Q.   Okay.  And the companies in
    18  question mean Nongshim, Ottogi, and Korea
    19  Yakult; correct?

**92. PAGE 27:25 TO 27:25  (RUNNING 00:00:02.915)**

    25     A.   Yes.  That's correct.

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

---

**93. PAGE 28:02 TO 28:03  (RUNNING 00:00:05.683)**

    02     Q.   Okay.  Are you aware of the
    03  marketone@hanmail.net account?

**94. PAGE 28:07 TO 28:07  (RUNNING 00:00:01.170)**

    07     A.   Yes, I am.

**95. PAGE 28:08 TO 28:10  (RUNNING 00:00:04.844)**

    08     Q.   Okay.  Why don't you tell us
    09  what the marketone@hanmail.net account was
    10  used for.

**96. PAGE 28:15 TO 28:19  (RUNNING 00:00:25.560)**

    15     A.   You can consider it as a company
    16  email account in order to exchange
    17  information for the members market
    18  research team to communicate with its
    19  competitors.

**97. PAGE 28:20 TO 28:23  (RUNNING 00:00:11.858)**

    20     Q.   Okay.  And were you aware of the
    21  existence of the marketone@hanmail.net
    22  account during the period from July 2006
    23  to September of 2008?

**98. PAGE 28:24 TO 28:24  (RUNNING 00:00:03.408)**

    24     A.   Yes.  I was aware of that.

**99. PAGE 28:25 TO 29:02  (RUNNING 00:00:04.291)**

    25     Q.   Did you use the
00029:01
    02  marketone@hanmail.net account?

**100. PAGE 29:03 TO 29:03  (RUNNING 00:00:03.211)**

    03     A.   No.  I have never used it.

**101. PAGE 38:22 TO 38:25  (RUNNING 00:00:14.881)**

    22     Q.   Sir, did the market research
    23  team use an external hard drive to store
    24  documents during the period from July 2006
    25  to September 2008?

**102. PAGE 39:02 TO 39:02  (RUNNING 00:00:01.986)**

    02     A.   Yes.

**103. PAGE 39:03 TO 39:05  (RUNNING 00:00:05.922)**

    03     Q.   Okay.  So if we refer to that as
    04  the hard drive, you'll know what we're
    05  speaking about.  Okay?

**104. PAGE 39:06 TO 39:06  (RUNNING 00:00:01.537)**

    06     A.   Yes.

**105. PAGE 39:07 TO 39:08  (RUNNING 00:00:03.531)**

    07     Q.   All right.  What was stored on
    08  the hard drive, to your understanding?

**106. PAGE 39:13 TO 39:17  (RUNNING 00:00:27.384)**

    13     A.   Although I did not verify all
    14  the files in that hard drive, but my

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

```
15    understanding is that that hard drive has
16    information related to what market
17    research team did.
```

**107.  PAGE 39:18 TO 39:22  (RUNNING 00:00:14.733)**

```
18    Q.    Okay.  And that -- your
19    understanding is based on your experience
20    as the marketing team leader for the
21    period of time from July 2006 to at least
22    September of 2008; correct?
```

**108.  PAGE 40:02 TO 40:02  (RUNNING 00:00:03.214)**

```
02    A.    Yes.  That is correct.
```

**109.  PAGE 40:23 TO 41:03  (RUNNING 00:00:20.348)**

```
23    Q.    Okay.  Do you know if the market
24    research team was storing material on the
25    hard drive to ensure it had a record of
00041:01
02    the various communications that it had
03    with Samyang's Ramen noodle competitors?
```

**110.  PAGE 41:08 TO 41:10  (RUNNING 00:00:13.705)**

```
08    A.    Yes.  My understanding is that
09    that was the purpose of it, to have the
10    record of the various communications.
```

**111.  PAGE 47:03 TO 47:06  (RUNNING 00:00:10.311)**

```
03    Q.    All right.  But do you know that
04    there's an exchange of information, during
05    the period 2006 to September 2008, between
06    Samyang employees and Ottogi employees?
```

**112.  PAGE 47:12 TO 47:12  (RUNNING 00:00:03.531)**

```
12    A.    Yes, I do.
```

**113.  PAGE 47:13 TO 47:17  (RUNNING 00:00:12.479)**

```
13    Q.    Okay.  And was the purpose of
14    that exchange of information so that
15    Ottogi could coordinate its pricing with
16    the pricing that Samyang and Nongshim were
17    going to be charging for Korean Ramen?
```

**114.  PAGE 47:22 TO 47:22  (RUNNING 00:00:01.908)**

```
22    Q.    Was that your understanding?
```

**115.  PAGE 47:23 TO 47:23  (RUNNING 00:00:03.123)**

```
23    A.    Yes.  That is my understanding.
```

**116.  PAGE 47:24 TO 47:25  (RUNNING 00:00:03.095)**

```
24    Q.    And same question with respect
25    to Korea Yakult.
```

**117.  PAGE 48:02 TO 48:06  (RUNNING 00:00:15.135)**

```
02        Was the exchange of information
03    between Samyang and Korea Yakult, in your
04    understanding, so that Korea Yakult could
05    coordinate its pricing for Korean Ramen
06    with that of Samyang?
```

## KoreanNoodles

**118. PAGE 48:09 TO 48:12 (RUNNING 00:00:20.194)**

  09  A.  I would not characterize it as
  10 coordinate, but, rather, it's to have
  11 exactly the same price for each other's
  12 competing products.

**119. PAGE 48:13 TO 48:15 (RUNNING 00:00:08.826)**

  13  Q.  Let's move to 2008.
  14    Was there a price increase for
  15 Korean Ramen in 2008?

**120. PAGE 48:16 TO 48:16 (RUNNING 00:00:02.176)**

  16  A.  Yes, there was.

**121. PAGE 48:17 TO 48:18 (RUNNING 00:00:03.725)**

  17  Q.  Okay.  And was that in the early
  18 part of 2008?

**122. PAGE 48:19 TO 48:20 (RUNNING 00:00:08.814)**

  19  A.  Yes.  We raised our price in
  20 March, to be exact.

**123. PAGE 48:21 TO 48:25 (RUNNING 00:00:13.559)**

  21  Q.  Okay.  And prior to Samyang
  22 raising the price of its Korean Ramen in
  23 March of 2008, were there advance
  24 communications with Nongshim about Korean
  25 Ramen pricing?

**124. PAGE 49:06 TO 49:07 (RUNNING 00:00:08.163)**

  06  A.  Yes.  Just like in 2007, we
  07 exchanged the same type of information.

**125. PAGE 49:08 TO 49:10 (RUNNING 00:00:08.873)**

  08  Q.  Okay.  And did you begin
  09 planning for Samyang's price increase in
  10 January of 2008?

**126. PAGE 49:11 TO 49:11 (RUNNING 00:00:02.680)**

  11  A.  Yes.  That's correct.

**127. PAGE 53:21 TO 53:22 (RUNNING 00:00:06.577)**

  21    Samyang raised Korean Ramen
  22 prices in March 2008; right?

**128. PAGE 53:23 TO 53:23 (RUNNING 00:00:02.027)**

  23  A.  Yes.  That's correct.

**129. PAGE 53:24 TO 53:25 (RUNNING 00:00:08.233)**

  24  Q.  And Nongshim also raised Ramen
  25 prices in that first quarter of 2008?

**130. PAGE 54:02 TO 54:02 (RUNNING 00:00:01.746)**

  02  A.  Yes.  That's correct.

**131. PAGE 55:02 TO 55:04 (RUNNING 00:00:08.319)**

  02    And how did you learn that
  03 Nongshim intended to raise its Korean
  04 Ramen prices in 2008?

## KoreanNoodles

**132. PAGE 55:05 TO 55:09 (RUNNING 00:00:21.389)**

```
05      A.   It's somewhat difficult because
06   I'm not clear what time period you are
07   referring to.  But are you asking me that,
08   before price increase was announced to the
09   media, how and when I found that out?
```

**133. PAGE 55:10 TO 55:10 (RUNNING 00:00:00.772)**

```
10      Q.   Yes.
```

**134. PAGE 55:11 TO 55:12 (RUNNING 00:00:06.413)**

```
11      A.   Through our market research
12   team.
```

**135. PAGE 55:13 TO 55:16 (RUNNING 00:00:10.960)**

```
13      Q.   All right.  And did you have an
14   understanding that the market research
15   team had been in contact with Nongshim
16   employees to get that information?
```

**136. PAGE 55:21 TO 55:21 (RUNNING 00:00:05.173)**

```
21      A.   Yes.  I was aware of that.
```

**137. PAGE 55:22 TO 55:24 (RUNNING 00:00:08.106)**

```
22      Q.   All right.  And, sir, did Ottogi
23   also raise its Korean Ramen pricing in
24   2008?
```

**138. PAGE 55:25 TO 55:25 (RUNNING 00:00:02.560)**

```
25      A.   Yes, they did too.
```

**139. PAGE 56:02 TO 56:03 (RUNNING 00:00:04.910)**

```
02      Q.   And did Korea Yakult also raise
03   its Korean Ramen pricing in 2008?
```

**140. PAGE 56:04 TO 56:04 (RUNNING 00:00:02.009)**

```
04      A.   Yes, they did.
```

**141. PAGE 56:05 TO 56:10 (RUNNING 00:00:16.556)**

```
05      Q.   Okay.  And with respect to
06   Ottogi, were employee -- in 2008, were
07   employees of Samyang communicating in
08   advance of the price increase with
09   employees of Ottogi about what Ottogi's
10   price increase was going to be?
```

**142. PAGE 56:16 TO 56:16 (RUNNING 00:00:05.223)**

```
16      A.   Yes, they were.
```

**143. PAGE 56:17 TO 56:18 (RUNNING 00:00:02.874)**

```
17      Q.   All right.  Same question for
18   Korea Yakult.
```

**144. PAGE 56:21 TO 56:21 (RUNNING 00:00:02.364)**

```
21      A.   Yes.
```

**145. PAGE 58:18 TO 58:19 (RUNNING 00:00:03.187)**

```
18           Can you take a look at
19   Exhibit 48, please.
```

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:49:52 AM**

## KoreanNoodles

---

**146. PAGE 58:20 TO 58:20 (RUNNING 00:00:01.375)**

    20     A.   Yes.

**147. PAGE 59:19 TO 59:21 (RUNNING 00:00:11.151)**

    19     Q.   Okay.  So first of all, is this
    20   your signature on the page Bates No.
    21   SYK004396?

**148. PAGE 59:22 TO 59:22 (RUNNING 00:00:02.417)**

    22     A.   Yes, it is.

**149. PAGE 59:23 TO 59:25 (RUNNING 00:00:10.731)**

    23     Q.   Okay.  And do you have a
    24   recollection as to whether you signed this
    25   document in 2010 or in 2011?

**150. PAGE 60:02 TO 60:02 (RUNNING 00:00:03.980)**

    02     A.   I signed this document in 2011.

**151. PAGE 70:03 TO 70:07 (RUNNING 00:00:14.086)**

    03     Q.   Okay.  Do you have an
    04   understanding that Min Kyung Mu was also
    05   communicating with Samyang's Ramen
    06   competitors in the period from July 2006
    07   through September 2008?

**152. PAGE 70:13 TO 70:15 (RUNNING 00:00:17.775)**

    13     A.   I don't remember exactly when he
    14   started doing that.  But he is the last
    15   one who worked for market research team.

**153. PAGE 70:16 TO 70:18 (RUNNING 00:00:10.556)**

    16     Q.   And you understand that Min
    17   Kyung Mu was communicating with Samyang's
    18   Ramen noodle competitors?

**154. PAGE 70:23 TO 71:02 (RUNNING 00:00:20.980)**

    23     A.   Since he started being a member
    24   of market research team until the end, as
    25   you stated, he exchanged information with
00071:01
    02   Samyang's competitors.

**155. PAGE 71:03 TO 71:06 (RUNNING 00:00:10.450)**

    03     Q.   Do you have an understanding
    04   that Samyang and its Ramen competitors
    05   were exchanging information about new
    06   product introductions?

**156. PAGE 71:10 TO 71:10 (RUNNING 00:00:02.680)**

    10     A.   Yes.  That is correct.

**157. PAGE 71:11 TO 71:14 (RUNNING 00:00:08.148)**

    11     Q.   And there would be an exchange
    12   of new product information before those
    13   products were released to the market;
    14   correct?

**158. PAGE 71:19 TO 71:19 (RUNNING 00:00:02.442)**

    19     A.   Yes.

Case Clip(s) Detailed Report
Sunday, November 18, 2018, 10:49:52 AM

## KoreanNoodles

---

**159. PAGE 71:20 TO 71:21  (RUNNING 00:00:02.474)**

    20      Q.    What was the purpose of doing
    21   that?

**160. PAGE 72:05 TO 72:09  (RUNNING 00:00:26.482)**

    05      A.    Our competitors' new product
    06   release has a very close -- is closely
    07   linked to our products' launch.  So in
    08   order to avoid the direct competition, we
    09   exchanged such information.

**161. PAGE 72:10 TO 72:13  (RUNNING 00:00:14.959)**

    10      Q.    Okay.  And did you -- you,
    11   Samyang, during the period July 2006 to
    12   September 2008, exchange new product
    13   information with Nongshim?

**162. PAGE 72:18 TO 72:23  (RUNNING 00:00:23.003)**

    18      A.    It's not that we exchanged
    19   information the whole time -- I mean,
    20   during the period that you indicated, but
    21   when each company was launching its new
    22   products, we did exchange information
    23   concerning respective new products.

**163. PAGE 72:24 TO 73:03  (RUNNING 00:00:10.388)**

    24      Q.    Okay.  And the companies you're
    25   saying exchanged information about new
    00073:01
    02   products was Samyang with Nongshim,
    03   Ottogi, and Korea Yakult?

**164. PAGE 73:08 TO 73:16  (RUNNING 00:00:39.321)**

    08      A.    With respect to information
    09   exchange concerning new products, we
    10   mainly did that with Nongshim.  Because
    11   Ottogi and Paldo were not very successful
    12   with their new product launch, we were not
    13   particularly interested in their new
    14   products.  But I still believe that there
    15   was information exchange activities with
    16   these two companies as well.

<div style="border:1px solid black; background:#ffffcc;">

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:27:16.258)**

</div>

---

**CONFIDENTIAL**                                    page 14

**Case Clip(s) Detailed Report**
**Sunday, November 18, 2018, 10:50:13 AM**

## KoreanNoodles

 <u>**Seo, Jin Woo (Vol. 02) - 01/22/2016**</u>                                    1 CLIP  (RUNNING 00:00:29.122)



SEOJINWOO-0122                 2 SEGMENTS  (RUNNING 00:00:29.122)                  

**1. PAGE 66:13 TO 66:19  (RUNNING 00:00:26.201)**

```
13          For the period of time from
14   July 2006 through September 2008, are you
15   confident that Mr. Yui was receiving
16   advance information about Nongshim's price
17   intentions before Samyang learned of those
18   pricing intentions from any other source
19   other than directly from Nongshim?
```

**2. PAGE 66:25 TO 66:25  (RUNNING 00:00:02.921)**

```
25      A.   Yes.  I'm confident.
```

<div align="right">

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:29.122)**

</div>



COURT EXHIBIT 10b

Case Clip(s) Detailed Report

# WooSEO

Friday, November 16, 2018, 5:43:21 PM

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

---

### Seo, Jin woo (Vol. 01) - 01/21/2016                              2 CLIPS (RUNNING 00:00:41.958)

MS. MANN:  Mr. Seo is appearing ...

JS-0121-0000807              **1 SEGMENT  (RUNNING 00:00:09.159)**        

**1.  PAGE 8:07 TO 8:11  (RUNNING 00:00:09.159)**

```
07              MS. MANN:  Mr. Seo is appearing
08         here today in connection with our
09         settlement agreement with the
10         plaintiffs and in response to the
11         30(b)(6) deposition notice served by
```

In that period of time from 2001 ...

JS-0121-0001106              **4 SEGMENTS  (RUNNING 00:00:32.799)**       

**1.  PAGE 11:06 TO 11:09  (RUNNING 00:00:13.700)**

```
06         Q.   In that period of time from 2001
07    to 2006, did you have an opportunity to
08    communicate with employees of Samyang's
09    Ramen competitors?
```

**2.  PAGE 11:13 TO 11:13  (RUNNING 00:00:03.000)**

```
13         A.   No, I did not.
```

**3.  PAGE 37:07 TO 37:10  (RUNNING 00:00:12.869)**

```
07              During the period of time from
08    July 2006 to September 2008, did you ever
09    personally communicate with the employees
10    of Nongshim about Ramen pricing?
```

**4.  PAGE 37:11 TO 37:11  (RUNNING 00:00:03.230)**

```
11         A.   No, I did not.
```

---

### Seo, Jin woo (Vol. 01) - 01/22/2016                              1 CLIP (RUNNING 00:18:52.459)

Please tell me how you prepared ...



JS-0122-0000925              **97 SEGMENTS  (RUNNING 00:18:52.459)**     

**1.  PAGE 9:25 TO 10:02  (RUNNING 00:00:12.318)**

```
25              Please tell me how you prepared
00010:01  SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    your May 9, 2011, statement to the KFTC.
```

**2.  PAGE 10:03 TO 10:12  (RUNNING 00:00:33.721)**

```
03         A.   During the period when the price
04    increase occurred, I recorded what I
05    remembered what I did at that time as the
06    marketing team leader.  So I refreshed my
```

---

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:43:21 PM**

## WooSEO

```
07   memory by looking at the desktop journal
08   that I have and also the notebook that I
09   keep for my work.  And also I verified
10   computer files.  That was the final task
11   that I did for this.  And I personally
12   prepared the statement.
```

**3. PAGE 10:25 TO 11:03  (RUNNING 00:00:09.475)**

```
25        Q.    Where did the attachments to
00011:01  SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   your statement come from other than the
03   copies of paper calendars or journals?
```

**4. PAGE 11:04 TO 11:07  (RUNNING 00:00:16.128)**

```
04        A.    As I just explained earlier, I
05   used the company's site, the groupware,
06   that has the approval records, and also I
07   referenced the attorney's material.
```

**5. PAGE 11:08 TO 11:09  (RUNNING 00:00:02.414)**

```
08        Q.    What attorney's material did you
09   reference?
```

**6. PAGE 11:10 TO 11:10  (RUNNING 00:00:03.000)**

```
10        A.    Mr. Sung Man Kim with Lee & Ko.
```

**7. PAGE 16:05 TO 16:05  (RUNNING 00:00:04.153)**

```
05        Q.    Please look at page SYK2577.
```

**8. PAGE 16:06 TO 16:07  (RUNNING 00:00:02.131)**

```
06              Did you prepare this page
07   yourself?
```

**9. PAGE 16:08 TO 16:13  (RUNNING 00:00:19.664)**

```
08        A.    What do you mean if I prepared
09   this page myself?
10        Q.    Well, this page has at least two
11   images and some text.
12              Did you prepare the images and
13   the text?
```

**10.  PAGE 16:14 TO 16:16  (RUNNING 00:00:05.873)**

```
14        A.    No.  I did not personally
15   prepare this document.
16        Q.    Do you know who did?
```

**11.  PAGE 16:17 TO 16:18  (RUNNING 00:00:02.643)**

```
17        A.    I'm not certain.  I cannot
18   recall.
```

**12.  PAGE 18:06 TO 18:07  (RUNNING 00:00:07.501)**

```
06        Q.    Looking at page SYK2579 -- I'm
07   sorry -- 2578, you did not make this page,
```

**13.  PAGE 18:07 TO 18:08  (RUNNING 00:00:02.955)**

```
07   sorry -- 2578, you did not make this page,
08   did you?
```

**14.  PAGE 18:09 TO 18:11  (RUNNING 00:00:11.981)**

```
09        A.    No.  I did not personally
10   prepare this particular attachment.
```

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

---

11      Q.    Please look at page SYK2579.

**15.  PAGE 18:12 TO 18:12  (RUNNING 00:00:01.958)**

12            Did you make this page?

**16.  PAGE 18:13 TO 18:15  (RUNNING 00:00:11.397)**

13      A.    I did not personally prepare
14  this document.
15      Q.    Please look at page SYK2580.

**17.  PAGE 18:16 TO 18:17  (RUNNING 00:00:02.200)**

16            Did you prepare this -- did you
17  make this page?

**18.  PAGE 18:18 TO 18:21  (RUNNING 00:00:11.048)**

18      A.    No.  This is not a document I
19  personally prepared.
20      Q.    Please look at page SYK2581.
21            Did you make that page?

**19.  PAGE 18:22 TO 18:23  (RUNNING 00:00:02.736)**

22      A.    I did not personally prepare
23  this document.

**20.  PAGE 19:09 TO 19:10  (RUNNING 00:00:16.219)**

09      Q.    Pages 2582 through 2584 are from
10  your personal calendar or diary; correct?

**21.  PAGE 19:11 TO 19:14  (RUNNING 00:00:42.893)**

11      A.    This is from my notebook for
12  work, that I use for work.
13      Q.    Please look at page SYK2586.
14            Did you make that page?

**22.  PAGE 19:15 TO 19:16  (RUNNING 00:00:05.975)**

15      A.    I did not make this personally.
16      Q.    Who provided it to you?

**23.  PAGE 19:17 TO 19:20  (RUNNING 00:00:07.460)**

17      A.    I received this from Mr. Sung
18  Man Kim.
19      Q.    And is the same true for the
20  next page, SYK2587?

**24.  PAGE 19:21 TO 19:23  (RUNNING 00:00:18.478)**

21      A.    Yes.  That's correct.
22      Q.    Skipping ahead to page SYK2590,
23  is the same true as to that page?

**25.  PAGE 19:24 TO 20:03  (RUNNING 00:00:11.034)**

24      A.    Yes.  I received this from
25  Mr. Sung Man Kim, attorney.
00020:01  SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02      Q.    Please look at pages SYK2591
03  through 94.

**26.  PAGE 20:04 TO 20:05  (RUNNING 00:00:03.303)**

04            Is that also part of what you
05  received from the company's attorney?

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

27. **PAGE 20:06 TO 20:06  (RUNNING 00:00:01.650)**

    06    A.   Yes.  Correct.

28. **PAGE 20:07 TO 20:08  (RUNNING 00:00:12.463)**

    07    Q.   Please look at page SYK2597
    08  through 2606.

29. **PAGE 20:09 TO 20:10  (RUNNING 00:00:03.750)**

    09       Are those also pages that were
    10  provided to you by the company's counsel?

30. **PAGE 20:11 TO 20:15  (RUNNING 00:00:15.445)**

    11    A.   Concerning these documents, I'm
    12  not certain whether I personally found
    13  these or provided by -- or whether they
    14  were provided by our company's counsel or
    15  not.

31. **PAGE 27:21 TO 27:25  (RUNNING 00:00:22.523)**

    21    Q.   Right.  You knew at the
    22  beginning of the year 2007 that due to the
    23  increases in raw material cost and due to
    24  currency exchange, some price increase
    25  would be necessary; right?

32. **PAGE 28:02 TO 28:02  (RUNNING 00:00:01.401)**

    02    A.   Yes.  That is correct.

33. **PAGE 28:03 TO 28:04  (RUNNING 00:00:02.939)**

    03    Q.   Now please look at Exhibit 49
    04  again.

34. **PAGE 30:10 TO 30:12  (RUNNING 00:00:05.603)**

    10       This is a copy of a fax from
    11  Nongshim to its distributors and
    12  customers, isn't it, sir?

35. **PAGE 30:15 TO 30:15  (RUNNING 00:00:01.420)**

    15    A.   Yes.  That's correct.

36. **PAGE 39:16 TO 39:20  (RUNNING 00:00:17.734)**

    16    Q.   It's true, isn't it, that in
    17  2007 and 2008, many distributors or
    18  markets sold to consumers both the
    19  Nongshim brands of Ramen and the Samyang
    20  brands of Ramen; right?

37. **PAGE 39:21 TO 39:23  (RUNNING 00:00:09.921)**

    21    A.   It is -- it is a correct
    22  statement when you said that both brands
    23  were sold to the same customer group.

38. **PAGE 45:20 TO 45:21  (RUNNING 00:00:13.213)**

    20    Q.   Please turn in your statement,
    21  which is Exhibit 50, to page SYK002570.

39. **PAGE 45:22 TO 45:24  (RUNNING 00:00:05.634)**

    22       Please look towards the bottom
    23  of the page.  There's a heading number
    24  "4."

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:43:21 PM**

## WooSEO

**40. PAGE 45:25 TO 46:03  (RUNNING 00:00:04.237)**

```
        25              Would you please read that
 00046:01  SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   heading and then the rest of the text that
        03   appears on that page.
```

**41. PAGE 46:04 TO 46:06  (RUNNING 00:00:04.192)**

```
        04      A.    Which number 4 are you referring
        05   to?  The one in the --
        06      Q.    Near the bottom of the page.
```

**42. PAGE 46:07 TO 46:08  (RUNNING 00:00:01.581)**

```
        07      A.    So this one you're talking about
        08   (indicating)?
```

**43. PAGE 46:09 TO 46:23  (RUNNING 00:01:22.441)**

```
        09              No. 4.  "2008 Ramen price
        10   increase details.  While preparing
        11   business planning document for 2008, I
        12   realized that I had to prepare for the
        13   situation of that time.  That it was
        14   estimated that operating margin was
        15   substantially getting lower in 2007, and
        16   also starting second half of 2007, the
        17   price of raw material was skyrocketed.  So
        18   starting 2008, I realized that it was
        19   necessary to raise the Ramen type price
        20   and realized that I had to prepare for
        21   that."
        22      Q.    And, in fact, that was true
        23   then, wasn't it?
```

**44. PAGE 46:24 TO 47:03  (RUNNING 00:00:03.926)**

```
        24      A.    What do you mean what was true
        25   then?
 00047:01  SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02      Q.    What you just read was the
        03   truth.
```

**45. PAGE 47:04 TO 47:06  (RUNNING 00:00:07.231)**

```
        04      A.    Yes.  It is true.
        05      Q.    Please turn to the next page,
        06   SYK2571.
```

**46. PAGE 47:07 TO 47:11  (RUNNING 00:00:11.486)**

```
        07              Would you please read the first
        08   three lines on the top of that page.  In
        09   English, it's two sentences.  I don't know
        10   if it's one or two in Korean.  But it's
        11   the three lines on the top of the page.
```

**47. PAGE 47:14 TO 47:16  (RUNNING 00:00:03.254)**

```
        14      A.    Are you talking about the very
        15   first paragraph?
        16      Q.    Yes, sir.
```

**48. PAGE 47:17 TO 48:04  (RUNNING 00:00:53.373)**

```
        17      A.    "The business planning document
        18   that I prepared at that time had to
        19   increase two business planning documents,
        20   one that was -- one reflecting the price
        21   increase and the other without reflecting
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:43:21 PM**

## WooSEO

```
          22    the price increase, and the situation was
          23    that dire that need -- required to prepare
          24    these two types of planning documents, and
          25    there was a great pressure due to raw
    00048:01    SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02    material price; thus, the need to price
          03    increase was greater than any other
          04    years."
```

**49. PAGE 48:05 TO 48:08  (RUNNING 00:00:12.939)**

```
          05        Q.   And, indeed, wasn't it so great
          06    that you considered that at Samyang, there
          07    was desperation that the price increase
          08    needed to be higher than for other years?
```

**50. PAGE 48:09 TO 48:09  (RUNNING 00:00:01.348)**

```
          09        A.   Yes.  That's correct.
```

**51. PAGE 50:07 TO 50:12  (RUNNING 00:00:30.361)**

```
          07        Q.   So, Mr. Seo, isn't it true that
          08    the email of February 18, 2008, that you
          09    refer to in your statement, came to
          10    Samyang about two hours after Nongshim had
          11    made a press release, and indeed the story
          12    had been published in the general media?
```

**52. PAGE 50:13 TO 50:19  (RUNNING 00:00:28.494)**

```
          13        A.   I do not recall which came first
          14    and which came later.  But Nongshim raised
          15    its price as of February 20th.  And I
          16    received such report on February 18th from
          17    Mr. Jong Moon Yui.
          18        Q.   Mr. Seo, please turn to page
          19    SYK2590 in your statement.  Please look at
```

**53. PAGE 50:19 TO 50:21  (RUNNING 00:00:05.350)**

```
          19    SYK2590 in your statement.  Please look at
          20    the box in the right-hand area of the
          21    page.  A little more than halfway down in
```

**54. PAGE 50:21 TO 50:24  (RUNNING 00:00:07.452)**

```
          21    page.  A little more than halfway down in
          22    that box, there's a line that says
          23    "Created on."
          24        Do you see that?
```

**55. PAGE 50:25 TO 51:03  (RUNNING 00:00:06.035)**

```
          25        A.   Yes.
    00051:01    SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02        Q.   What is the time and date that
          03    says "Created on"?
```

**56. PAGE 51:04 TO 51:08  (RUNNING 00:00:17.805)**

```
          04        A.   February 18, 2008, 1:28 p.m.
          05        Q.   And now do you recall that, in
          06    fact, the media published a news report
          07    that morning about Nongshim's price
          08    increase?
```

**57. PAGE 51:09 TO 52:08  (RUNNING 00:01:00.296)**

```
          09        A.   I do not recall that there was
          10    a -- it was published to the media in the
          11    morning.
```

## WooSEO

```
        12          MR. DOSKER:  Exhibit No. 52 is a
        13   two-page document.  Exhibit 52T is a
        14   certified translation of it.  I am
        15   handing copies of Exhibit 52 to the
        16   court reporter, the interpreter, and
        17   the witness and to all parties'
        18   counsel.
        19          And I am handing copies of
        20   Exhibit 52T to the court reporter, the
        21   interpreter, and all other parties'
        22   counsel.
        23
        24
        25
00052:01   SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02          (Exhibit 52, A Yonhap News
        03   article, was hereby marked for
        04   identification, as of this date.)
        05          (Exhibit 52T, Certified English
        06   translation of Exhibit 52, was hereby
        07   marked for identification, as of this
        08   date.)
```

**58. PAGE 52:09 TO 52:11  (RUNNING 00:00:04.042)**

```
        09     Q.    Mr. Seo, please look at
        10   Exhibit 52.  Please look at the first
        11   page.
```

**59. PAGE 52:10 TO 52:11  (RUNNING 00:00:01.710)**

```
        10   Exhibit 52.  Please look at the first
        11   page.
```

**60. PAGE 52:12 TO 52:13  (RUNNING 00:00:06.949)**

```
        12          Does this appear to you to be an
        13   article published in Yonhap News on
```

**61. PAGE 52:13 TO 52:14  (RUNNING 00:00:04.440)**

```
        13   article published in Yonhap News on
        14   February 18, 2008, at 11:36 a.m.?
```

**62. PAGE 52:17 TO 52:20  (RUNNING 00:00:09.987)**

```
        17     A.    Yes.  It seems that way.
        18     Q.    Does the second page appear to
        19   be a press release from the Nongshim PR
        20   team?
```

**63. PAGE 52:21 TO 52:25  (RUNNING 00:00:35.753)**

```
        21     A.    Yes, it is.
        22     Q.    Did Mr. Yui tell you around noon
        23   on February 18, 2008, that Nongshim had
        24   just announced its price increase to the
        25   general public?
```

**64. PAGE 53:02 TO 53:03  (RUNNING 00:00:05.971)**

```
        02     A.    February 28th?
        03     Q.    No.  Sorry.  February 18, 2008,
```

**65. PAGE 53:04 TO 53:04  (RUNNING 00:00:01.797)**

```
        04   around noon on that day.
```

**66. PAGE 53:05 TO 53:05  (RUNNING 00:00:02.069)**

```
        05          A.    I do not recall.
```

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

**67. PAGE 57:18 TO 57:20 (RUNNING 00:00:09.201)**

```
18        Q.    Focusing again on the external
19   hard drive, did you ever store anything
20   yourself on the external hard drive?
```

**68. PAGE 57:21 TO 57:24 (RUNNING 00:00:10.830)**

```
21        A.    I do not remember.
22        Q.    Did you yourself ever extract
23   any information from the external hard
24   drive?
```

**69. PAGE 57:25 TO 58:05 (RUNNING 00:00:19.830)**

```
25        A.    No.  I never personally
00058:01   SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   extracted any information.
03        Q.    Did you ever look at, on a
04   screen, some of the information stored in
05   the external hard drive?
```

**70. PAGE 58:06 TO 58:06 (RUNNING 00:00:01.344)**

```
06        A.    No, never.
```

**71. PAGE 59:17 TO 59:23 (RUNNING 00:00:30.367)**

```
17        Q.    Mr. Seo, I will represent to you
18   that earlier this week, in this case, in
19   this room, in that chair, the standing
20   auditor of Samyang's Food Company Limited
21   testified under oath that later, he found
22   that there was a significant amount of
23   pornography on the external hard drive.
```

**72. PAGE 60:06 TO 60:07 (RUNNING 00:00:05.410)**

```
06        Q.    And, so, Mr. Seo, I do not mean
07   to offend you in asking the question.
```

**73. PAGE 60:08 TO 60:10 (RUNNING 00:00:05.487)**

```
08              But because of your management
09   position in the area, I just must ask you:
10   Have you ever heard of that before?
```

**74. PAGE 60:11 TO 60:11 (RUNNING 00:00:01.482)**

```
11        A.    No, never.
```

**75. PAGE 60:21 TO 60:24 (RUNNING 00:00:14.444)**

```
21        Q.    Mr. Seo, during the period of
22   time from July 2006 to September 2008, did
23   you ever personally communicate with the
24   employees of Ottogi about Ramen pricing?
```

**76. PAGE 60:25 TO 61:06 (RUNNING 00:00:17.176)**

```
25        A.    No.  I never personally
00061:01   SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   communicated with them.
03        Q.    During the period of time from
04   July 2006 to September 2008, did you ever
05   personally communicate with the employees
06   of Korea Yakult about Ramen pricing?
```

**77. PAGE 61:07 TO 61:07 (RUNNING 00:00:00.805)**

```
07        A.    No.
```

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

**78. PAGE 64:13 TO 64:16  (RUNNING 00:00:16.944)**

```
13        Q.    You testified a little while ago
14   that there was a significant increase in
15   raw materials in the early 2008 period of
16   time; correct?
```

**79. PAGE 64:17 TO 64:21  (RUNNING 00:00:17.910)**

```
17        A.    Yes.  That's correct.
18        Q.    All right.  And that there was
19   some pressure within Samyang to want to
20   increase Ramen prices as a result of the
21   increase in raw material prices; correct?
```

**80. PAGE 64:22 TO 64:24  (RUNNING 00:00:08.513)**

```
22        A.    It wasn't the pressure; rather,
23   it was more of our desire or hope because
24   we were in such a dire situation.
```

**81. PAGE 65:13 TO 65:19  (RUNNING 00:00:23.138)**

```
13        Q.    So I want to be real clear here.
14              Are you confident that you
15   received price information from Nongshim,
16   directly from Nongshim, before obtaining
17   it from any other source during the period
18   of time from June 2006 through
19   September 2008?
```

**82. PAGE 66:02 TO 66:10  (RUNNING 00:00:33.922)**

```
02        A.    I became the marketing team
03   leader as of July of 2006.  So that would
04   be more correct to say starting July of
05   2006.  Also I did not personally receive
06   information from Nongshim; rather,
07   Mr. Jong Moon Yui -- well, I instructed
08   him to -- to verify Nongshim's price
09   information frequently and verify and
10   report to me.
```

**83. PAGE 67:04 TO 67:05  (RUNNING 00:00:02.202)**

```
04        Q.    Mr. Seo, I have a couple of more
05   questions.
```

**84. PAGE 67:06 TO 67:06  (RUNNING 00:00:02.361)**

```
06              Please look at Exhibit 49 on
```

**85. PAGE 67:06 TO 67:08  (RUNNING 00:00:08.841)**

```
06              Please look at Exhibit 49 on
07   this topic of the marking that says "24
08   JAN 2007?"
```

**86. PAGE 67:09 TO 67:12  (RUNNING 00:00:10.495)**

```
09              In your statement to the KFTC,
10   you said that it was your understanding
11   that the fax was received around
12   February 23, 2007; right?
```

**87. PAGE 67:13 TO 67:15  (RUNNING 00:00:04.190)**

```
13        A.    Yes.  That's correct.
14        Q.    And that is still your testimony
15   today here, isn't it?
```

Case Clip(s) Detailed Report
Friday, November 16, 2018, 5:43:21 PM

## WooSEO

**88. PAGE 67:16 TO 67:18  (RUNNING 00:00:08.913)**

        16      A.    Yes.
        17      Q.    Please look at the second page
        18   of the two-page document, Exhibit 49.

**89. PAGE 67:19 TO 67:20  (RUNNING 00:00:04.501)**

        19   Please look at the very top right-hand
        20   corner.  It says "P2/5."

**90. PAGE 67:20 TO 67:20  (RUNNING 00:00:04.893)**

        20   corner.  It says "P2/5."

**91. PAGE 67:21 TO 67:21  (RUNNING 00:00:00.905)**

        21            Do you see that?

**92. PAGE 67:22 TO 67:25  (RUNNING 00:00:09.490)**

        22      A.    Yes.  I see that.
        23      Q.    On the same page, however, in
        24   the bottom right, it says "P3/5."
        25            Do you see that?

**93. PAGE 68:02 TO 68:04  (RUNNING 00:00:05.096)**

        02      A.    Yes.  I saw that.
        03      Q.    Do you have any information
        04   about why that is?  If you know.  If you

**94. PAGE 68:04 TO 68:05  (RUNNING 00:00:01.506)**

        04   about why that is?  If you know.  If you
        05   don't know --

**95. PAGE 68:06 TO 68:08  (RUNNING 00:00:07.880)**

        06      A.    I assume that there are probably
        07   pages followed by this one, but I have
        08   never seen those pages.

**96. PAGE 68:09 TO 68:15  (RUNNING 00:00:23.584)**

        09      Q.    And didn't you say in your
        10   testimony earlier today that your
        11   understanding is that the fax header with
        12   the "24 JAN 2007" was something that you
        13   understood to be an error in either the
        14   sender's fax machine or the recipient's
        15   fax machine; right?

**97. PAGE 68:23 TO 69:06  (RUNNING 00:00:23.926)**

        23      A.    Concerning the date that it was
        24   received, I stated that I remember
        25   receiving this fax on or around
    00069:01   SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   February 23rd.  The date that appears on
        03   top of this fax, as I stated yesterday, it
        04   might be the errors from Nongshim's fax
        05   machines or the Samyang's fax machines.  I
        06   do not know that.

<div style="border:1px solid #ccc">

**TOTAL: 3 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:19:34.417)**

</div>

COURT EXHIBIT 11a

**KoreanNoodles**

**Yoon, Yeo Won (Vol. 01) - 02/15/2016**                    1 CLIP  (RUNNING 00:12:33.351)

YOONYEOWON-0215              62 SEGMENTS  (RUNNING 00:12:33.351)    

**1. PAGE 7:07 TO 7:16  (RUNNING 00:00:16.237)**

```
07  A L B E R T   K I M,
08       the interpreter, having first
09        been duly sworn by Sharon Lengel,
10        the Notary Public, interpreted
11        the testimony as follows:
12  Y E O   W O N   Y O O N,
13       having first been duly sworn by
14        Sharon Lengel, the Notary Public,
15        was examined and testified as
16        follows:
```

**2. PAGE 7:12 TO 7:16  (RUNNING 00:00:01.973)**

```
12  Y E O   W O N   Y O O N,
13       having first been duly sworn by
14        Sharon Lengel, the Notary Public,
15        was examined and testified as
16        follows:
```

**3. PAGE 7:25 TO 8:02  (RUNNING 00:00:06.231)**

```
25      Q.    Good morning.  Are you -- sir,
00008:01
02   are you employed by Nongshim Korea?
```

**4. PAGE 8:03 TO 8:03  (RUNNING 00:00:01.838)**

```
03      A.    Yes.  Indeed, I am.
```

**5. PAGE 8:04 TO 8:05  (RUNNING 00:00:03.411)**

```
04      Q.    Is there any reason why you
05   can't give your best testimony here today?
```

**6. PAGE 8:06 TO 8:06  (RUNNING 00:00:05.024)**

```
06      A.    No.  I shall testify truthfully.
```

**7. PAGE 8:07 TO 8:08  (RUNNING 00:00:05.251)**

```
07      Q.    When is it that you were first
08   employed by Nongshim, please?
```

**8. PAGE 8:09 TO 8:10  (RUNNING 00:00:09.232)**

```
09      A.    So it was in November of 1993
10   that I came on board with Nongshim.
```

**9. PAGE 8:11 TO 8:12  (RUNNING 00:00:06.010)**

```
11      Q.    And have you worked for Nongshim
12   since November of 1993?
```

**10. PAGE 8:13 TO 8:14  (RUNNING 00:00:05.406)**

```
13      A.    Yes.  I am still presently
14   serving within Nongshim.
```

**KoreanNoodles**

**11. PAGE 40:05 TO 40:07 (RUNNING 00:00:08.123)**

```
05           So back in 2007, the
06   distribution investigation team was part
07   of the sales organization; correct?
```

**12. PAGE 40:08 TO 40:08 (RUNNING 00:00:02.603)**

```
08       A.    Yes.  That's correct.
```

**13. PAGE 49:22 TO 49:22 (RUNNING 00:00:01.625)**

```
22           Who did you know at Samyang?
```

**14. PAGE 49:25 TO 50:06 (RUNNING 00:00:19.463)**

```
25       A.    Well, although you haven't
00050:01
02   actually specified the particular
03   timeframe as part of your question, if
04   memory serves, I used to know this one
05   sales guy from Samyang named Jeong Hoon
06   Kim --
```

**15. PAGE 50:09 TO 50:10 (RUNNING 00:00:05.432)**

```
09       A.    -- and another fellow by the
10   name of Jong Moon Yui.
```

**16. PAGE 53:02 TO 53:03 (RUNNING 00:00:08.356)**

```
02       Q.    To your knowledge, was Jeong
03   Hoon Kim senior to Mr. Yui?
```

**17. PAGE 53:08 TO 53:10 (RUNNING 00:00:07.815)**

```
08       A.    Not being a Samyang person,
09   that's beyond my purview.  I wouldn't
10   know.
```

**18. PAGE 53:18 TO 53:19 (RUNNING 00:00:03.921)**

```
18       Q.    Do you know -- did you know a
19   Kim Kyung-Joo?
```

**19. PAGE 53:22 TO 53:24 (RUNNING 00:00:09.412)**

```
22       A.    Boy, I think that's going back
23   to quite some time ago.  I think the name
24   I have heard.
```

**20. PAGE 69:09 TO 69:12 (RUNNING 00:00:13.481)**

```
09           Did you ever communicate by way
10   of fax or email with Mr. Yui about
11   Nongshim or Samyang's Korean Ramen sales
12   performance?
```

**21. PAGE 69:17 TO 70:11 (RUNNING 00:01:13.208)**

```
17       A.    To answer, I do not recollect
18   anything at all in that regard.  And when
19   it comes to that kind of information, when
20   I go out into the market, that was
21   something that I could just easily come to
22   know.  And I don't know that I -- I don't
23   recall anything in terms of Mr. Jong Moon
24   Yui -- Director Jong Moon Yui ever making
25   any request of me or inquiry of me.
00070:01
02           But I think there's something in
03   the back of my mind that tells me that
```

**KoreanNoodles**

```
04    maybe Samyang or Mr. Yui was asking about
05    our company's already made known,
06    previously made known sales -- our
07    company's plans to stimulate sales,
08    certain plan which had already been made
09    known out there.  He, I think, may have
10    inquired about that.  But, then again, I'm
11    not sure.
```

**22. PAGE 94:04 TO 94:04 (RUNNING 00:00:02.475)**

```
04              Who is Mr. Choi, sir?
```

**23. PAGE 94:09 TO 94:12 (RUNNING 00:00:08.210)**

```
09    A.    Who are you referring to?  There
10    are lots of Chois in Korea.
11    Q.    All right.  Is there a Choi
12    Hyun-Gyoon that you're familiar with?
```

**24. PAGE 95:16 TO 96:07 (RUNNING 00:01:00.948)**

```
16    A.    Mind you, there probably are a
17    number of Hyung-Gyoon Chois out there.
18    But the one that I am acquainted with --
19    yeah, there is somebody who used to work
20    for our company when I was with the
21    distribution investigation team.  He
22    was --
23              THE INTERPRETER:  Interjection.
24         The interpreter has forgotten the
25         latter part.
00096:01
02    A.    When I was with the distribution
03    investigation team, there used to be
04    somebody kind of serving at, you know -- a
05    lower echelon sort of person by the same
06    name.  I don't know, but are you, per
07    chance, asking about him?
```

**25. PAGE 96:08 TO 96:10 (RUNNING 00:00:06.317)**

```
08    Q.    Mr. Choi that worked at Nongshim
09    who's sitting across the table over here?
10              Do you know him?
```

**26. PAGE 96:11 TO 96:11 (RUNNING 00:00:02.302)**

```
11    A.    Yes.  I know him.
```

**27. PAGE 96:12 TO 96:13 (RUNNING 00:00:01.624)**

```
12    Q.    And does he still work at
13    Nongshim?
```

**28. PAGE 96:14 TO 96:14 (RUNNING 00:00:01.493)**

```
14    A.    Yes.  That's right.
```

**29. PAGE 96:15 TO 96:16 (RUNNING 00:00:04.710)**

```
15    Q.    And did you have occasion to
16    work with Mr. Choi at Nongshim?
```

**30. PAGE 96:20 TO 96:20 (RUNNING 00:00:03.430)**

```
20    A.    Yeah.  We worked together.
```

**31. PAGE 115:19 TO 115:21 (RUNNING 00:00:15.490)**

```
19    Q.    In the period from 2001 to 2008,
20    what email addresses did you use for
```

**KoreanNoodles**

```
        21   Nongshim business purposes?
```

**32. PAGE 115:25 TO 116:03 (RUNNING 00:00:12.349)**

```
        25        A.   So what -- you're asking about
00116:01
        02   my email accounts from the years 2001
        03   through 2008, did you say?
```

**33. PAGE 116:04 TO 116:04 (RUNNING 00:00:00.494)**

```
        04        Q.   Yes.
```

**34. PAGE 116:05 TO 116:05 (RUNNING 00:00:06.383)**

```
        05        A.   At that time, I had a Hanmail --
```

**35. PAGE 116:07 TO 116:07 (RUNNING 00:00:01.094)**

```
        07        A.   -- account.
```

**36. PAGE 116:08 TO 116:09 (RUNNING 00:00:07.015)**

```
        08        Q.   All right.  And what was your
        09   specific email address at Hanmail.net?
```

**37. PAGE 116:10 TO 116:11 (RUNNING 00:00:06.618)**

```
        10        A.   So you're talking about the --
        11   say, the handle, the name up front; right?
```

**38. PAGE 116:12 TO 116:12 (RUNNING 00:00:01.281)**

```
        12        Q.   That's right.  Yes.
```

**39. PAGE 116:13 TO 116:14 (RUNNING 00:00:06.936)**

```
        13        A.   It was Y-E-O-W-O-N-Y-O-O-N, my
        14   own name.
```

**40. PAGE 116:15 TO 116:17 (RUNNING 00:00:11.360)**

```
        15        Q.   So, then, the complete email
        16   address for you was
        17   yeowonyoon@hanmail.net; correct?
```

**41. PAGE 116:18 TO 116:18 (RUNNING 00:00:02.605)**

```
        18        A.   Yes.  That's right.
```

**42. PAGE 118:04 TO 118:07 (RUNNING 00:00:11.384)**

```
        04        Q.   So the only Nongshim.com email
        05   address that you can recall using is the
        06   sparewon@nongshim.com email; is that
        07   right?
```

**43. PAGE 118:08 TO 118:18 (RUNNING 00:00:38.682)**

```
        08        A.   Well, yeah.  But, you know, the
        09   thing about my present -- the current
        10   email address, which reads
        11   sparewon@nongshim.com, see, I lack
        12   confidence as to whether there was some
        13   interim change or whether I was using that
        14   from the very get-go, meaning -- or
        15   whether there was something else that I
        16   had been previously using or what.  I
        17   don't have enough confidence -- confidence
        18   as to that.
```

**KoreanNoodles**

**44. PAGE 134:15 TO 134:16 (RUNNING 00:00:02.973)**

    15        Q.    Did you invite Mr. Yui to your
    16    wedding?

**45. PAGE 134:19 TO 134:20 (RUNNING 00:00:08.376)**

    19        A.    I cannot recall for certain as
    20    to whether I did or didn't invite him.

**46. PAGE 177:24 TO 178:02 (RUNNING 00:00:10.481)**

    24        Q.    To your recollection, has
    25    anybody ever called you Yeobari?
 00178:01
    02    Y-E-O-B-A-R-I?

**47. PAGE 178:03 TO 178:03 (RUNNING 00:00:02.802)**

    03        A.    Yeobari?

**48. PAGE 178:04 TO 178:04 (RUNNING 00:00:00.596)**

    04        Q.    Yes.

**49. PAGE 178:05 TO 178:07 (RUNNING 00:00:10.562)**

    05        A.    That is a nickname that some of
    06    my buddies back in my college days used to
    07    call me by.

**50. PAGE 178:08 TO 178:08 (RUNNING 00:00:02.704)**

    08        Q.    Is it a term of endearment?

**51. PAGE 178:12 TO 178:17 (RUNNING 00:00:34.102)**

    12        A.    Yeah.  I would say it's a --
    13    sort of a nickname, as I said, that some
    14    of my closest, you know, buddies used to
    15    call me by, in a very friendly fashion.
    16        Q.    And -- and how did you get the
    17    nickname Yeobari?

**52. PAGE 178:23 TO 180:02 (RUNNING 00:01:21.409)**

    23        A.    So to answer you, again, who
    24    knows?  I mean, this is a name that my
    25    buddies essentially gave me, my closest
 00179:01
    02    contemporary friends from my college days.
    03    But the first syllable, the "Yeo" --
    04            THE INTERPRETER:  Spelled Y-E-O
    05    here.
    06        A.    -- "Yeo" is from my given name,
    07    Yeo Won Yoon, obviously.  The "Bari" part,
    08    that is -- I don't know quite how the
    09    translation or the interpretation ought to
    10    go in English.  But I think what my
    11    friends had in mind was the fact that I
    12    was sort of a busy body, kind of, you
    13    know, going everywhere, just about, you
    14    know, striking up a conversation with this
    15    fellow here, that fellow over there, and
    16    so forth, sort of like a -- let's call it
    17    a -- in Korea, there's a certain puppy
    18    which often goes by the name of
    19    "Balbari" --
    20            THE INTERPRETER:  B-A-L-B-A-R-I.
    21        A.    -- which tends to conjure up an
    22    image of a fast-moving sort of fellow.

**KoreanNoodles**

```
        23   Okay?  So perhaps, you know, that's what
        24   they had in mind.  You know, here, I'm
        25   somebody who's gotten, you know -- who
   00180:01
        02   casts a wide net.
```

**53. PAGE 180:03 TO 180:05 (RUNNING 00:00:10.172)**

```
        03        Q.   Okay.  And -- and, sir, have you
        04   ever heard anybody else with the nickname
        05   of Yeobari?
```

**54. PAGE 180:09 TO 180:10 (RUNNING 00:00:05.358)**

```
        09        A.   I don't quite know what to tell
        10   you.
```

**55. PAGE 180:11 TO 180:15 (RUNNING 00:00:21.758)**

```
        11        Q.   Have you ever heard of anybody
        12   else nicknamed Yeobari?
        13        A.   Oh, have I?
        14        Q.   Yeah.
        15        A.   No.  I don't think I have.
```

**56. PAGE 180:16 TO 180:17 (RUNNING 00:00:06.542)**

```
        16        Q.   Do you identify yourself as
        17   Yeobari?
```

**57. PAGE 180:18 TO 180:25 (RUNNING 00:00:27.953)**

```
        18        A.   I don't quite know that I am
        19   that proud of the name or -- not that I'm
        20   ashamed of it, but, you know, this is my
        21   college, let's say, you know, nickname.  I
        22   don't know that here, in my adult phase of
        23   life, I would have that confidence to say
        24   to somebody else, "Hey, I'm me, Yeobari."
        25   I don't know.
```

**58. PAGE 181:02 TO 181:04 (RUNNING 00:00:04.183)**

```
        02        Q.   Okay.  Have you ever told
        03   anybody at Samyang that your nickname is
        04   Yeobari?
```

**59. PAGE 181:05 TO 181:08 (RUNNING 00:00:20.905)**

```
        05        A.   No.
        06        Q.   Have you ever used Yeobari --
        07   the nickname, Yeobari, in your
        08   professional career?
```

**60. PAGE 181:09 TO 181:13 (RUNNING 00:00:16.913)**

```
        09        A.   Well, again, I'm not so sure
        10   that it's one of those names over which I
        11   had a great deal of pride or anything to
        12   the point where I would, say, use it in
        13   any fashion.  I -- you know, I don't know.
```

**61. PAGE 184:18 TO 184:20 (RUNNING 00:00:06.323)**

```
        18        Q.   Okay.  And anybody that used to
        19   call you Yeobari -- any of those people
        20   work at Samyang?
```

**62. PAGE 184:25 TO 185:19 (RUNNING 00:00:51.987)**

```
        25        A.   So that you understand, the
   00185:01
```

**KoreanNoodles**

02  reason why I am emphasizing the fact that
03  these friends, the buddies of mine, are
04  those with whom I was in the same
05  department, the same major, that is -- and
06  this is kind of important because I was in
07  liberal arts.  Okay?  And we had only a
08  handful of guys, most of them being
09  female.
10          And to my understanding, I do
11  not know -- I am not informed that any of
12  my so-called male buddies ever worked for
13  Samyang; at least I have not been told
14  about anything like that --
15          THE INTERPRETER:  Strike.
16      A.    At least I have not been -- at
17  least I don't happen to believe that there
18  would be anybody belonging to Samyang who
19  would know of my nickname, Yeobari.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:12:33.351)**

**KoreanNoodles**

**Yoon, Yeo Won (Vol. 01) - 02/16/2016**                    1 CLIP  (RUNNING 00:31:51.254)



**YOONYEOWON-0216**          **114 SEGMENTS  (RUNNING 00:31:51.254)**

**1. PAGE 41:25 TO 42:02  (RUNNING 00:00:03.254)**

```
     25     Q.    Yeah.  Have you had a chance to
00042:01
     02   look over Exhibit 54?
```

**2. PAGE 42:10 TO 42:10  (RUNNING 00:00:02.068)**

```
     10           What is this document, sir?
```

**3. PAGE 42:11 TO 42:11  (RUNNING 00:00:05.611)**

```
     11     A.    Is this not an email?
```

**4. PAGE 42:12 TO 42:12  (RUNNING 00:00:01.781)**

```
     12     Q.    Well, I'm asking you what it is.
```

**5. PAGE 42:13 TO 42:16  (RUNNING 00:00:16.426)**

```
     13     A.    Okay.  Correct.  So it would
     14   appear to me to be an email that --
     15   purports to be an email sent by somebody
     16   who looks like me.
```

**6. PAGE 42:17 TO 42:21  (RUNNING 00:00:10.161)**

```
     17     Q.    Okay.  It looks like it was --
     18   purports to have been sent by you.
     19           How do you know that?  What on
     20   this document suggests to you that it's an
     21   email that was sent by you?
```

**7. PAGE 42:22 TO 43:15  (RUNNING 00:00:56.858)**

```
     22     A.    Well, I am simply telling you
     23   that it appears as if it might be an email
     24   given the fact that, for starters, on the
     25   front line, it says "Yeobari," and there
00043:01
     02   appears to be what is my Hanmail.net email
     03   account followed by the "sent" line
     04   bearing a particular date with the name of
     05   Mr. Jong Moon Yui on the "to" line plus
     06   his respective email address, I guess, and
     07   the subject line, which essentially says
     08   something to the effect that it's for that
     09   particular year's -- February -- the month
     10   of February sales stimulation measures for
     11   Nongshim.  And it says that there's an
     12   attachment that reads such and such,
     13   something about the sales policy for the
     14   month of February 2007.  That's why I say
     15   that.
```

**8. PAGE 44:10 TO 44:14  (RUNNING 00:00:18.550)**

```
     10     Q.    And what date -- so, sir, does
     11   this refresh your recollection, looking at
     12   this document, that you sent an email from
```

**KoreanNoodles**

```
      13    your Hanmail.net account to Jong Moon Yui
      14    on February 5, 2007?
```

**9. PAGE 44:18 TO 44:22 (RUNNING 00:00:16.246)**

```
      18         A.    I understand that this sets
      19    forth something to such effect.  However,
      20    personally, I do not recollect if I have,
      21    in fact, sent such an email to Mr. Yui
      22    at -- on such a date.
```

**10. PAGE 44:23 TO 45:04 (RUNNING 00:00:19.407)**

```
      23         Q.    All right.  Well, is there
      24    anything about your review of this
      25    document that suggests that you didn't
   00045:01
      02    send an email on February 5, 2007, at
      03    11:33 p.m. and 33 seconds to Mr. Jong Moon
      04    Yui?
```

**11. PAGE 45:19 TO 45:21 (RUNNING 00:00:06.783)**

```
      19         A.    I do not recall myself as to
      20    whether or not I have, in fact, sent such
      21    an email on such a date to such a person.
```

**12. PAGE 46:21 TO 46:23 (RUNNING 00:00:04.999)**

```
      21         Q.    Okay.  Do you see down here the
      22    NSK Bates number on the bottom right
      23    corner?
```

**13. PAGE 46:24 TO 47:03 (RUNNING 00:00:10.321)**

```
      24         A.    The, say, digits at the bottom
      25    right, you mean?
   00047:01
      02         Q.    Yes.
      03         A.    Yes.  I see it.
```

**14. PAGE 47:04 TO 47:06 (RUNNING 00:00:05.839)**

```
      04         Q.    And do you understand that that
      05    NSK designation means that the document
      06    was produced by Nongshim Korea?
```

**15. PAGE 47:07 TO 47:14 (RUNNING 00:00:17.564)**

```
      07         A.    I don't personally have that
      08    kind of an understanding, that just
      09    because it starts off by saying "NSK," it
      10    means that it was produced by Nongshim
      11    Korea.  I don't personally know that.
      12         Q.    You don't know that?
      13               Well, I'll represent to you that
      14    that is, in fact, the case.  Okay?
```

**16. PAGE 47:15 TO 47:18 (RUNNING 00:00:10.396)**

```
      15         A.    All right.
      16         Q.    How, if you know, did the
      17    document that's been marked as 54 end up
      18    in the hands of Nongshim Korea?
```

**17. PAGE 47:23 TO 48:04 (RUNNING 00:00:18.796)**

```
      23         A.    Well, I wouldn't know myself.
      24    But I do recall something about some
      25    person within legal asking for my email
   00048:01
```

**KoreanNoodles**

```
02   account and ID and password, you know.  I
03   don't know when, but I can recall
04   something about that.
```

**18. PAGE 52:19 TO 52:20  (RUNNING 00:00:06.488)**

```
19       Q.    All right.  Let's move on to the
20   body of the email on Exhibit 54, sir.
```

**19. PAGE 52:21 TO 52:22  (RUNNING 00:00:04.982)**

```
21           Can you please read for us the
22   text of the email.
```

**20. PAGE 52:23 TO 52:25  (RUNNING 00:00:06.506)**

```
23       A.    And when you say the text of the
24   body, you mean the three lines here, do
25   you?
```

**21. PAGE 53:02 TO 53:02  (RUNNING 00:00:01.276)**

```
02       Q.    Yes, please.
```

**22. PAGE 53:10 TO 53:11  (RUNNING 00:00:08.208)**

```
10       A.    "Also, here's wishing good
11   results concerning" --
```

**23. PAGE 53:20 TO 53:20  (RUNNING 00:00:01.874)**

```
20       A.    -- "tasteful Ramen" --
```

**24. PAGE 54:02 TO 54:02  (RUNNING 00:00:00.850)**

```
02       A.    "Dot, dot, dot."
```

**25. PAGE 54:03 TO 54:06  (RUNNING 00:00:08.660)**

```
03       Q.    Thank you.
04           And, sir, do you have a
05   recollection writing those words to
06   Mr. Yui?
```

**26. PAGE 54:11 TO 54:16  (RUNNING 00:00:16.792)**

```
11       A.    Well, you know that I've already
12   told you that I can't even recall sending
13   the very email itself.  You know, it goes
14   without saying that I am not able to
15   recall anything in terms of the text of
16   the body.
```

**27. PAGE 54:17 TO 54:21  (RUNNING 00:00:08.401)**

```
17       Q.    All right.  Do you -- can you
18   see there that there's no introduction to
19   the email; you just start right in with
20   "The weather has gotten warmer"?
21           Do you see that?
```

**28. PAGE 54:24 TO 54:24  (RUNNING 00:00:01.833)**

```
24       A.    I see it.
```

**29. PAGE 54:25 TO 55:03  (RUNNING 00:00:06.140)**

```
     25       Q.    Is that the way you normally
00055:01
     02   write emails to people that you barely
     03   know?
```

**KoreanNoodles**

---

**30. PAGE 55:07 TO 55:13 (RUNNING 00:00:22.970)**

```
07      A.    You know, I don't quite know
08  what to tell you in that regard because,
09  here, to begin with, I can't quite
10  recall -- I'm having some difficulty
11  recalling whether or not, to begin with, I
12  have sent an email to somebody I don't
13  quite know.
```

**31. PAGE 55:14 TO 55:14 (RUNNING 00:00:08.256)**

```
14      Q.    What is "matitneun Ramen"?
```

**32. PAGE 55:15 TO 55:18 (RUNNING 00:00:14.105)**

```
15      A.    I believe that said product is
16  still probably out there, available.  I
17  understand it as being a product by or of
18  Samyang.
```

**33. PAGE 55:19 TO 55:21 (RUNNING 00:00:04.506)**

```
19      Q.    Samyang.
20            And Mr. Yui worked at Samyang;
21  right?
```

**34. PAGE 55:22 TO 56:02 (RUNNING 00:00:15.855)**

```
22      A.    Well, while I figure that there
23  probably is more than one Jong Moon Yui,
24  as you suggest here, I would figure that
25  this particular Jong Moon Yui is the
00056:01
02  fellow named Jong Moon Yui at Samyang.
```

**35. PAGE 57:03 TO 57:05 (RUNNING 00:00:11.497)**

```
03      Q.    So, sir, why are -- why are you,
04  in this email, wishing the best result to
05  Mr. Yui regarding tasteful Ramen?
```

**36. PAGE 57:09 TO 57:17 (RUNNING 00:00:29.206)**

```
09      A.    Again, I'm repeating myself when
10  I tell you, sir, with due respect, I don't
11  recall if I have, in fact, sent this sort
12  of an email to begin with.
13            And when you ask in terms of why
14  I supposedly wrote this third line about
15  the, you know, product, I don't know what
16  to tell you because I just don't have any
17  recollection.
```

**37. PAGE 70:04 TO 70:05 (RUNNING 00:00:06.842)**

```
04            Let me ask you to take a look at
05  what's been marked as Exhibit 56, please.
```

**38. PAGE 70:06 TO 70:06 (RUNNING 00:00:02.675)**

```
06      A.    All right.
```

**39. PAGE 70:07 TO 70:08 (RUNNING 00:00:02.610)**

```
07      Q.    And have you had a chance to
08  take a look at it?
```

**40. PAGE 70:09 TO 70:11 (RUNNING 00:00:13.000)**

```
09      A.    Yeah.  This is rather short.  I
10  kind of perused through it, including the
```

**KoreanNoodles**

```
        11   body.
```
**41.  PAGE 73:03 TO 73:08  (RUNNING 00:00:25.120)**
```
        03        Q.    Well, is this -- based on your
        04   work for Nongshim, is the balance of
        05   probabilities that you sent an email on
        06   February 5, 2007, to Jeong Hoon Kim that
        07   works at Samyang and is reflected in
        08   what's been marked as Exhibit 56?
```
**42.  PAGE 73:13 TO 73:25  (RUNNING 00:00:45.409)**
```
        13        A.    So the way this reads, it says
        14   February of 2005 -- or, rather, February
        15   of 2007, and from that, while I might
        16   gather that it appears to be an email sent
        17   from me possibly to one Kim Jeong Hoon,
        18   that's all I can see, say, from looking at
        19   it.  I don't have any actual recollection
        20   to such effect.
        21             More importantly, while I grant
        22   you that there is this possibility that
        23   this Jeong Hoon Kim here may be the Jeong
        24   Hoon Kim of Samyang, but that's about all
        25   I can say.  I don't know.
```
**43.  PAGE 74:02 TO 74:05  (RUNNING 00:00:18.518)**
```
        02        Q.    Well, what other Jeong Hoon Kims
        03   can you recall emailing about any subject
        04   matter at all in -- in or about February
        05   of 2007?
```
**44.  PAGE 74:09 TO 74:20  (RUNNING 00:00:36.861)**
```
        09        A.    I believe I'm repeating myself,
        10   but, you know, with this name, Jeong Hoon
        11   Kim, as I recall, you know, there were
        12   other Jeong Hoon Kims throughout my life,
        13   be it during middle school, grade school,
        14   high school, college.  Some of my friends
        15   were named as such.  I don't know if this
        16   Jeong Hoon Kim discussed here is the Jeong
        17   Hoon Kim that you're interested in talking
        18   about or whether I have ever received some
        19   email or emails from some other Jeong Hoon
        20   Kim.  I cannot recall.
```
**45.  PAGE 74:21 TO 75:03  (RUNNING 00:00:26.397)**
```
        21        Q.    Well, can you recall whether you
        22   would have emailed material about
        23   Nongshim's February sales policy to any of
        24   the Jeong Hoon Kims that you knew in
        25   middle school, grade school, high school,
   00075:01
        02   college, or some of your other friends in
        03   or around February of 2007?
```
**46.  PAGE 75:08 TO 75:20  (RUNNING 00:00:42.158)**
```
        08        A.    Sir, I do not recall that I, you
        09   know, sent any emails to any of my buddies
        10   named Jeong Hoon Kim, you know, from the
        11   grade school days through my college days,
        12   in or around this February 2007 timeframe.
        13             That said, I have agreed with
        14   you that there does exist the possibility
```

**KoreanNoodles**

```
15    that this Jeong Hoon Kim discussed here
16    might possibly be the Samyang Jeong Hoon
17    Kim, regarding which fact I can't
18    necessarily vouchsafe because I myself
19    lack the confidence that it is one and the
20    same person.  I just can't say it.
```

**47. PAGE 75:21 TO 75:23 (RUNNING 00:00:06.477)**

```
21        Q.    All right.  Well, let's look at
22    the subject line of the document.
23            What does that say?
```

**48. PAGE 75:24 TO 75:25 (RUNNING 00:00:10.231)**

```
24        A.    The subject line, it reads,
25    "'Tis Nongshim."
```

**49. PAGE 76:02 TO 76:04 (RUNNING 00:00:07.210)**

```
02        Q.    Do you ever address any of your
03    friends with subject lines like "It is
04    Nongshim"?
```

**50. PAGE 76:09 TO 76:15 (RUNNING 00:00:26.029)**

```
09        A.    Well, on the one hand, while I
10    cannot recall whether or not I have ever
11    sent to any of my friends any email with
12    the subject line announcing "'Tis
13    Nongshim" or not, but, you know, I guess
14    what I can say about this is I may or may
15    not have.
```

**51. PAGE 76:18 TO 76:20 (RUNNING 00:00:21.831)**

```
18            Any of your friends -- any of
19    your friends named Jeong Hoon Kim work in
20    the Ramen business?
```

**52. PAGE 76:23 TO 77:02 (RUNNING 00:00:14.235)**

```
23        A.    While I can't quite recall, as
24    far as my belief goes, I don't think any
25    of my close buddies actually works within
00077:01
02    the Ramen business.
```

**53. PAGE 77:03 TO 77:06 (RUNNING 00:00:15.369)**

```
03        Q.    Can you think of any reason why,
04    in February of 2007, you'd email a
05    February sales policy document to any of
06    your buddies named Jeong Hoon Kim?
```

**54. PAGE 77:11 TO 77:16 (RUNNING 00:00:19.014)**

```
11        A.    Well, all I can say is that I'm
12    not sure.  I don't know.  And I don't know
13    if this Jeong Hoon Kim is Jeong Hoon Kim
14    of Samyang or of elsewhere.  I just don't
15    have any recollection, and beyond that, I
16    can't tell you anything else.
```

**55. PAGE 77:19 TO 77:21 (RUNNING 00:00:10.628)**

```
19            Can you see that the email in
20    Exhibit 56 was sent at 11:35 p.m. and 8
21    seconds?
```

**KoreanNoodles**

**56. PAGE 77:22 TO 77:24 (RUNNING 00:00:06.257)**

```
22      A.    Yes.
23      Q.    All right.  Go back and look at
24   Exhibit 54, would you?
```

**57. PAGE 77:25 TO 77:25 (RUNNING 00:00:02.130)**

```
25      A.    I'm looking at it.
```

**58. PAGE 78:02 TO 78:04 (RUNNING 00:00:05.852)**

```
02      Q.    All right.  Can you see on the
03   "sent" line that that email was sent at
04   11:33 and 33 seconds?
```

**59. PAGE 78:05 TO 78:05 (RUNNING 00:00:02.221)**

```
05      A.    Yes.
```

**60. PAGE 78:06 TO 78:13 (RUNNING 00:00:37.478)**

```
06      Q.    Does the proximity of the
07   "sent" -- the timestamp on the "sent" line
08   of the email reflected in 56 to the
09   stamp -- the time sent stamp line of
10   Exhibit 54 give you any sort of confidence
11   that the Jeong Hoon Kim reflected in
12   Exhibit 56 is the Jeong Hoon Kim that
13   works at Samyang?
```

**61. PAGE 78:18 TO 78:24 (RUNNING 00:00:25.548)**

```
18      A.    I understand that you're saying
19   that the time lag or gap between the two
20   emails is less than two minutes.  But that
21   is not enough to lead me to have enough
22   confidence so as to be able to tell you
23   that, yes, the Yui here is of Samyang and
24   the Kim here is of Samyang.
```

**62. PAGE 84:17 TO 84:18 (RUNNING 00:00:06.328)**

```
17      Q.    Sir, would you please read the
18   last two lines of the email.
```

**63. PAGE 84:19 TO 85:02 (RUNNING 00:00:37.187)**

```
19      A.    "Hope you adjust well and hope
20   lots of good things take place in this
21   year too....."
22            Next line.
23            "I am here assuming that there
24   will be an occasion to have noodles,
25   quote, 'straight noodles' during the upper
00085:01
02   half," smiley, smiley, caret, caret.
```

**64. PAGE 87:10 TO 87:16 (RUNNING 00:00:31.163)**

```
10      Q.    Sir, is there -- take a look at
11   the three lines of text of Exhibit 56.
12            Tell me in your opinion whether
13   the language conveys to you a sense of
14   informality and familiarity between the
15   writer of the email and the recipient of
16   the email.
```

**65. PAGE 87:20 TO 88:15 (RUNNING 00:01:10.726)**

```
20      A.    I would gather that counsel is
```

**KoreanNoodles**

```
21    asking that question that based upon the
22    gist of the content, it is suggestive of a
23    degree of familiarity.  I get it.  But as
24    I behold this, it doesn't quite suggest to
25    me that there is that degree of closeness
00088:01
02    or familiarity, because here, in Korean,
03    when really close people are talking to
04    each other, we would employ what's called
05    the vernacular form of the honorific
06    language.  It's -- it's in the absolute
07    down-to-earth parlance in Korean in terms
08    of the register, kind of almost to the
09    point where you're employing slightly
10    offensive or rough-and-tough language
11    amongst guys.
12            And as I look at this, this does
13    not suggest to me anything that is out of
14    the course of business purposes in terms
15    of any degree of familiarity.
```

**66.  PAGE 88:16 TO 88:21  (RUNNING 00:00:20.336)**

```
16        Q.    So in the third line of the
17    email where the reference is to straight
18    noodles, do you understand that as a
19    Korean person to have a reference to a
20    potential marriage of the recipient of the
21    email?
```

**67.  PAGE 88:25 TO 89:06  (RUNNING 00:00:27.762)**

```
25        A.    Just looking at the language,
00089:01
02    the phraseology in and of itself, in terms
03    of the Korean mindset, yes, this notion of
04    "to eat straight noodles" does suggest,
05    you know, marriage.  In all actuality, at
06    weddings, you eat short beef rib soup.
```

**68.  PAGE 90:18 TO 90:21  (RUNNING 00:00:11.600)**

```
18        Q.    All right.  At the end of the
19    last sentence, the third -- the third line
20    of the email, there is a character there.
21            Do you see that?
```

**69.  PAGE 90:22 TO 90:22  (RUNNING 00:00:01.494)**

```
22        A.    Yes.
```

**70.  PAGE 90:23 TO 90:24  (RUNNING 00:00:09.289)**

```
23        Q.    And do you have an understanding
24    of what those two upside-down V's are?
```

**71.  PAGE 90:25 TO 91:05  (RUNNING 00:00:19.148)**

```
25        A.    Well, this here is one of those
00091:01
02    things that some people use and some
03    don't, obviously, something amounting to a
04    smile or -- well, yeah, something like
05    that.
```

**72.  PAGE 91:06 TO 91:08  (RUNNING 00:00:07.026)**

```
06        Q.    All right.  And when Korean
07    people use that character, what's the
08    purpose of that?
```

**KoreanNoodles**

**73.  PAGE 91:18 TO 92:06  (RUNNING 00:00:51.182)**

```
          18      A.    I can't speak for anybody else,
          19   really.  But to speak about myself, my own
          20   practice is that I don't employ this
          21   upside-down V chevron-type deal when
          22   engaging somebody with whom I'm well
          23   acquainted.  I don't do that.  Rather, I
          24   might do that and sometimes have done it
          25   when, in fact, dealing with somebody with
     00092:01
          02   whom I'm not so close, somebody I don't
          03   know, somebody with whom I'm maybe
          04   engaging for the first time to kind of --
          05   what -- break the ice, to let the person
          06   know that I mean good will only.
```

**74.  PAGE 110:23 TO 110:24  (RUNNING 00:00:04.548)**

```
          23      Q.    Okay, sir.  Please take a look
          24   at what's been marked as Exhibit 59.
```

**75.  PAGE 111:02 TO 111:02  (RUNNING 00:00:03.807)**

```
          02            Okay.  I've gone through it.
```

**76.  PAGE 111:03 TO 111:04  (RUNNING 00:00:05.505)**

```
          03      Q.    Yes.  All right.
          04            And what is this document, sir?
```

**77.  PAGE 111:05 TO 111:13  (RUNNING 00:00:44.626)**

```
          05      A.    Likewise, this too states that I
          06   am the one who has sent this, and the date
          07   is March 7, 2007.  And the recipient is
          08   shown to be Jong Moon Yui, as indicated in
          09   Korean.  The subject line also says "'Tis
          10   Nongshim."  It has as an attachment,
          11   something that reads "March 2007 sales
          12   policy" and followed by the body of the
          13   text.
```

**78.  PAGE 111:20 TO 111:21  (RUNNING 00:00:12.359)**

```
          20            So the sent time on Exhibit 59
          21   is 11:43 and 34 seconds p.m.; correct?
```

**79.  PAGE 111:22 TO 111:23  (RUNNING 00:00:08.586)**

```
          22      A.    That is right, at least in the
          23   way it reads.
```

**80.  PAGE 111:24 TO 111:25  (RUNNING 00:00:09.873)**

```
          24      Q.    Why did you send Jong Moon Yui
          25   this email on March the 7th, 2007?
```

**81.  PAGE 112:04 TO 113:04  (RUNNING 00:01:31.295)**

```
          04      A.    The timestamp here reads
          05   March 7, 2007, 11:43:34 seconds p.m.  I
          06   understand.  But I do not independently
          07   recollect that I, in fact, have sent this
          08   sort of an email to Mr. Yui.
          09            But aside from that, what I fail
          10   to understand here is this:  As in the
          11   previous instances, I see here that the
          12   timeframe is quite late at night.  In the
          13   case of 56, it was something like 11:35,
          14   and this one, 59, says it's 11:43.
```

**KoreanNoodles**

---

```
        15              So speaking as for myself, me
        16   personally, that is, I am someone who
        17   turns in by 11:00, certainly at least
        18   before 11:00.  Admittedly, on occasion,
        19   which is rare and far between, when, you
        20   know, having some group dinner for the
        21   company or what have you, I might turn in
        22   a little later than 11:00.  But my
        23   sleeping pattern is -- which is pretty
        24   steady -- I turn in before 11:00.
        25              So in view of that, I fail to
   00113:01
        02   understand why, you know, these emails
        03   bear these timestamps.  You know, I don't
        04   understand that.
```

**82.  PAGE 113:07 TO 113:09  (RUNNING 00:00:11.876)**

```
        07              Aside from yourself, back in
        08   2007, who had the password for your
        09   yeowonyoon@hanmail.net account?
```

**83.  PAGE 113:12 TO 113:16  (RUNNING 00:00:13.827)**

```
        12      A.    Not that I can actually recall,
        13   but seeing as how this is -- it's supposed
        14   to be about my personal email, I don't
        15   think anybody other than myself should
        16   have known about that.
```

**84.  PAGE 113:20 TO 113:20  (RUNNING 00:00:01.595)**

```
        20              What's the subject line say?
```

**85.  PAGE 113:21 TO 113:21  (RUNNING 00:00:04.381)**

```
        21      A.    "'Tis Nongshim..."
```

**86.  PAGE 113:22 TO 113:24  (RUNNING 00:00:12.188)**

```
        22      Q.    Do you ever recall typing those
        23   words on subject line of emails back in
        24   the 2007 time period?
```

**87.  PAGE 114:03 TO 114:03  (RUNNING 00:00:03.012)**

```
        03      A.    That I cannot recall.
```

**88.  PAGE 125:04 TO 125:07  (RUNNING 00:00:09.668)**

```
        04      Q.    And so go back to 59 for a
        05   second.
        06              Would you read for us the second
        07   line of the email.
```

**89.  PAGE 125:08 TO 125:12  (RUNNING 00:00:24.777)**

```
        08      A.    "For our part, we too are going
        09   to be conducting a nationwide survey
        10   beginning on or around March the 20th as
        11   to the state of distribution in re
        12   kunmyonsedae."
```

**90.  PAGE 125:13 TO 125:14  (RUNNING 00:00:02.998)**

```
        13      Q.    And then could you read the next
        14   line for us, please.
```

**91.  PAGE 125:15 TO 125:18  (RUNNING 00:00:21.055)**

```
        15      A.    "As for the survey, I shall be
        16   on two occasions for a period of three
```

**KoreanNoodles**

```
        17    months between March through May..."
        18          Shall I continue?
```

**92. PAGE 125:19 TO 125:19 (RUNNING 00:00:00.625)**

```
        19    Q.   Yes, please.
```

**93. PAGE 125:20 TO 126:04 (RUNNING 00:00:44.959)**

```
        20    A.   "We'll be sending, as part of an
        21    overseas trip, incentive sales associates
        22    and branch managers and the head of sales
        23    based upon an evaluation as to the
        24    distribution and performance..."
        25          Next line:  "Personnel subject
 00126:01
        02    to evaluation for the overseas trip shall
        03    be around 20 percent of the overall head
        04    count.."
```

**94. PAGE 128:08 TO 128:11 (RUNNING 00:00:18.005)**

```
        08    Q.   And why, assuming you sent this
        09    email -- why, if that information was
        10    already public, would you send it to Jong
        11    Moon Yui?
```

**95. PAGE 128:16 TO 128:23 (RUNNING 00:00:28.985)**

```
        16    A.   Well, even were we to assume
        17    that to be the case, you know, what I
        18    can't recall I can't recall.  I wouldn't
        19    know as to why I might have done that, if
        20    I had done that, in fact.  Me sitting
        21    here, I can't think of why I might have
        22    done that.  So my point is I can't
        23    recollect.  I don't know what to tell you.
```

**96. PAGE 129:15 TO 129:16 (RUNNING 00:00:03.789)**

```
        15          Have you had a chance to take a
        16    look at Exhibit 61?
```

**97. PAGE 129:17 TO 129:17 (RUNNING 00:00:02.515)**

```
        17    A.   Yes.
```

**98. PAGE 129:18 TO 129:19 (RUNNING 00:00:02.942)**

```
        18    Q.   All right.  Can you describe the
        19    document for us, please.
```

**99. PAGE 129:20 TO 130:06 (RUNNING 00:00:55.533)**

```
        20    A.   So starting from the top.  The
        21    sender is -- well, it bears my email
        22    address.  And the date on which it is sent
        23    is the 27th of April 2007 at 10:20 a.m.
        24    And it is said to be sent to Jong Moon
        25    Yui.  The subject is "'Tis Nongshim."  And
 00130:01
        02    it has as an attachment "Q1 Performance."
        03    And the body has three lines.
        04    Respectively, they read, "I know it's
        05    late..  Have been busy...  Have a nice
        06    weekend..."
```

**100. PAGE 130:07 TO 130:09 (RUNNING 00:00:09.132)**

```
        07    Q.   Does it also have the emoticon
        08    that you discussed earlier on the second
```

**KoreanNoodles**

```
      09    line of the email?
```

**101.  PAGE 130:10 TO 130:11  (RUNNING 00:00:08.874)**

```
      10         A.    Yes.  I confirm that you find
      11    that there at the end.
```

**102.  PAGE 130:12 TO 130:14  (RUNNING 00:00:08.123)**

```
      12         Q.    All right.  So the attachment
      13    here is an Excel spreadsheet.
      14              Do you see that?
```

**103.  PAGE 130:18 TO 130:22  (RUNNING 00:00:19.080)**

```
      18         A.    Well, as we see where it reads,
      19    "Attachments, 1-4 quarter,
      20    Q4performance.xls," I understand the
      21    ".xls" extension to typically be in
      22    reference to an Excel sheet.
```

**104.  PAGE 130:23 TO 131:02  (RUNNING 00:00:17.195)**

```
      23         Q.    All right.  So the first line of
      24    the email -- well, first of all, do you
      25    remember sending this email from your
   00131:01
      02    Hanmail.net account to Jong Moon Yui?
```

**105.  PAGE 131:03 TO 131:11  (RUNNING 00:00:21.322)**

```
      03         A.    Sir, no.  I have no recollection
      04    whatsoever of my ever sending this sort of
      05    an email to Jong Moon Yui on or around
      06    April 27, 2007.
      07         Q.    Well, how about this type of an
      08    email at any point?
      09              Do you have any recollection of
      10    sending this type of email to Jong Moon
      11    Yui at any point?
```

**106.  PAGE 131:14 TO 131:17  (RUNNING 00:00:18.034)**

```
      14         A.    No.  I cannot recall my ever
      15    sending this type of an email bearing this
      16    type of a performance type of, you know,
      17    attachment.
```

**107.  PAGE 137:17 TO 137:21  (RUNNING 00:00:25.113)**

```
      17         Q.    Will you admit to us that you're
      18    the author of Exhibit 61 and you sent
      19    month-by-month Ramen sales data to
      20    Mr. Jong Moon Yui on April the 27th, 2007,
      21    at 10:20 a.m. and 18 seconds?
```

**108.  PAGE 138:04 TO 138:22  (RUNNING 00:00:56.899)**

```
      04         A.    As we -- as I think I talked
      05    about earlier, the way I look at this,
      06    you, sir, have been asking if I recall
      07    ever sending this sort of a thing to
      08    Mr. Yui.  And I have told you that I do
      09    not recollect.
      10              But speaking with respect to
      11    this particular timeframe, you asked me to
      12    admit that a particular person named Yeo
      13    Won Yoon, as it so happens to be, using a
      14    "Yeowonyoon" email account, did send to a
      15    person named Jong Moon Yui, did you not?
      16    You asked me to admit.  And I keep telling
```

**KoreanNoodles**

```
        17    you I cannot recollect.
        18          And in view of this, I can't
        19    admit.  I'm not about to say yes, that
        20    that's correct, because what I can't
        21    recall I cannot admit.  If I were to do
        22    so, I think I would be deceiving myself.
```

**109.  PAGE 178:09 TO 178:10  (RUNNING 00:00:05.680)**

```
        09    Q.    Okay.  All right.  Let's --
        10    let's look at Exhibit 66, then, sir.
```

**110.  PAGE 178:11 TO 178:11  (RUNNING 00:00:02.508)**

```
        11    A.    I'm looking at it.
```

**111.  PAGE 178:15 TO 178:15  (RUNNING 00:00:02.517)**

```
        15    Q.    What is 66?
```

**112.  PAGE 178:16 TO 179:05  (RUNNING 00:01:08.748)**

```
        16    A.    So starting with the sender, it
        17    is shown as coming from what appears to
        18    be -- what happens to be my email address
        19    sent on May the 3rd, 2007, at 3:18 a.m.,
        20    talking about the wee hours of the night
        21    to a Mr. Yui, Jong Moon Yui.  Subject:
        22    "'Tis Nongshim..."  Attachment:  "May 2007
        23    sales policy.doc."
        24          I'm going to just read all the
        25    way through the body.  It says, "Coming in
  00179:01
        02    a little later than the promised
        03    timeframe..  There is no product support
        04    for the present month..  Only overall
        05    revenue support..."
```

**113.  PAGE 179:06 TO 179:11  (RUNNING 00:00:26.883)**

```
        06    Q.    So can you help us understand,
        07    assuming this was an email that you sent
        08    to Jong Moon Yui, what could have been
        09    meant by the first sentence of the email,
        10    "Coming in a little later than promised
        11    timeframe.."
```

**114.  PAGE 179:17 TO 180:07  (RUNNING 00:00:51.011)**

```
        17    A.    As I've been telling you, sir,
        18    around this timeframe, I don't have any
        19    recollection of my ever sending this kind
        20    of an email to Mr. Jong Moon Yui, which is
        21    to say that, concerning the first part of
        22    that paragraph, I have no recollection of
        23    writing that gist, which is to say that
        24    the whole thing just strikes me as being
        25    strange, given the fact that I'm a guy who
  00180:01
        02    has to turn in before 11:00.  This one
        03    purports to have been sent out from my
        04    email account, no less, at -- what --
        05    3:18 a.m.  This is kind of bothering me
        06    because, you know, as you can see, it just
        07    doesn't gel, does it?
```

<div align="right">

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:31:51.254) |
| --- |

</div>

COURT EXHIBIT 11b

Case Clip(s) Detailed Report

# Yeo Won Yoon

Friday, November 16, 2018, 5:30:58 PM

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:30:58 PM**

---

## Yeo Won Yoon

---

### Yoon, Yeo W. (Vol. 01) - 02/15/2016                 1 CLIP  (RUNNING 00:11:48.681)

Okay.  So how did you carry out ...



**Designations**                    **41 SEGMENTS  (RUNNING 00:11:48.681)**

**1. PAGE 19:06 TO 19:07  (RUNNING 00:00:04.340)**

```
06      Q.   Okay.  So how did you carry out
07   a market survey?
```

**2. PAGE 19:11 TO 20:04  (RUNNING 00:00:52.148)**

```
11      A.   So basically, the way it goes is
12   this:  To speak with respect to our
13   clientele, we basically had 7,000 or so
14   parties with whom we transacted business.
15   I'm talking about Nongshim's business
16   partners, if you will, throughout the
17   entire region of South Korea.  And then we
18   had about 500 or so specialized parties
19   under contract, you know, a type of
20   distributorship, who would basically sell
21   to certain retail outlets.
22          And I completely focused my
23   energies on basically interfacing with
24   such parties within the market, the 7,000
25   or -- 7,000 or so many channels.  And
00020:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   basically, I would gather about basically
03   any and all publicly available information
04   through such sources.
```

**3. PAGE 20:21 TO 20:22  (RUNNING 00:00:10.564)**

```
21      Q.   Okay.  So while you held the
22   position in which you were doing the
```

**4. PAGE 20:23 TO 20:25  (RUNNING 00:00:00.032)**

```
23   market surveys, did you have any
24   communications at all with anybody
25   employed by Ottogi?
```

**5. PAGE 21:06 TO 22:04  (RUNNING 00:00:59.797)**

```
06      A.   Back then, the way I performed
07   my work in terms of market surveys was,
08   basically, I would go into the market,
09   literally at around 10:00 a.m., and I
10   would basically come back at 5:00 p.m.
11          And in the course of the daily
12   conduct of my business, as such, I would
13   interface with the various channels, which
14   would entail discount sales outlets and
15   SSMs, which stands for super supermarket,
16   which is a little smaller than your
17   bigger, you know, outlet-type things.  But
18   anyway, I would also call on CVS and the
19   particular distribution parties under
20   special contract who sell to the retail --
21   retailers out there.
22          So in the course of doing that,
23   every now and then, by happenstance, I
24   would sometimes come across folks working
```

## Yeo Won Yoon

```
      25   for either Samyang, Ottogi, or even
00022:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   certain beverage companies or, say,
      03   confectionary companies, just, you know,
      04   out of coincidence.
```

**6.  PAGE 22:05 TO 22:07  (RUNNING 00:00:07.764)**

```
      05        Q.   All right.  And back in 1995,
      06   did you ever come across employees of
      07   Paldo or Korea Yakult?
```

**7.  PAGE 22:10 TO 23:09  (RUNNING 00:00:53.376)**

```
      10        A.   No.  Nothing really comes to
      11   mind specifically.  But I will tell you
      12   that when I go into the market and call
      13   on, let's say, these 500 or so specialized
      14   distributors and so forth, by just pure
      15   coincidence, I might sometimes bump into
      16   certain folks belonging to other
      17   companies.
      18             And by that, what I'm talking
      19   about is how -- these, say, specialized
      20   distributorships -- they weren't dealing
      21   strictly in, let's say, Nongshim products;
      22   for they would deal in Nongshim, Paldo,
      23   Samyang, Ottogi, and what have you.
      24             So because of that, perhaps
      25   sometimes in the course of my trying to
00023:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   ascertain how well our products were doing
      03   out there, I just might end up bumping
      04   into -- literally just bumping into some
      05   sales guy from some other company.  We
      06   might exchange greetings or say hi or
      07   something.  But it's not like we had some
      08   prior engagement and say "Let us meet" or
      09   something.
```

**8.  PAGE 47:09 TO 47:12  (RUNNING 00:00:08.659)**

```
      09        Q.   Have you ever interacted in the
      10   course of your employment with Nongshim
      11   with any of the Nongshim America
      12   employees?
```

**9.  PAGE 47:16 TO 47:16  (RUNNING 00:00:01.523)**

```
      16        A.   Not even once.
```

**10.  PAGE 47:17 TO 47:17  (RUNNING 00:00:00.038)**

```
      17        Q.   Sure about that?
```

**11.  PAGE 47:21 TO 47:21  (RUNNING 00:00:01.670)**

```
      21        A.   I'm absolutely certain.
```

**12.  PAGE 80:14 TO 80:16  (RUNNING 00:00:10.319)**

```
      14        Q.   Well, would it surprise you if
      15   you had sent sales goal information to
      16   Mr. Yui at any point in time?
```

**13.  PAGE 80:19 TO 80:19  (RUNNING 00:00:00.072)**

```
      19        A.   As I previously related to you,
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:30:58 PM**

## Yeo Won Yoon

**14. PAGE 80:20 TO 81:09  (RUNNING 00:00:49.340)**

```
      20    any and all publicly listed companies are
      21    required -- and I'm talking about
      22    food-related sector companies -- they're
      23    required to disclose their sales
      24    performance data by way of the FSC site
      25    every quarter and so forth and so on.
00081:01  YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02    Okay?  So such kind of data is made
      03    publicly available.
      04          So in view of that, if you ask
      05    me if I would consider it to be unusual,
      06    for me to have, say, shared that kind of
      07    performance data, if, per chance,
      08    supposing that I did, would I deem that to
      09    be unusual, my personal take on that would
```

**15. PAGE 81:10 TO 81:10  (RUNNING 00:00:00.598)**

```
      10    be probably not.
```

**16. PAGE 85:21 TO 85:23  (RUNNING 00:00:06.572)**

```
      21          Do you ever communicate with
      22    Mr. Yui at Samyang about the price of
      23    Korean Ramen?
```

**17. PAGE 86:03 TO 86:09  (RUNNING 00:00:23.855)**

```
      03    A.    May I inquire?  By that
      04    question, do you mean to ask if, at such
      05    point in time as when there was going to
      06    be a price increase, have we ever had any
      07    communication with anybody belonging to
      08    the competition about such an increase?
      09    Is that what you're asking me?
```

**18. PAGE 86:10 TO 86:10  (RUNNING 00:00:01.341)**

```
      10    Q.    Sure.  Yes.  Tell me about that.
```

**19. PAGE 86:11 TO 87:04  (RUNNING 00:01:00.094)**

```
      11    A.    So concerning Nongshim's own
      12    price increase, that is something that is
      13    knowable at such point in time as when a
      14    notification is made vis-`-vis the parties
      15    with whom we transact business who number
      16    in, say, the 7,000 or so and/or the 60,000
      17    or so retail shops out there who were
      18    essentially dealt with by the 500 or so
      19    specialized distributorships of ours.
      20          So at such point in time when
      21    notice is thus made, that is when we, for
      22    our part, are able to know about that at
      23    such point in time, and concerning any
      24    price movements on the part of the
      25    transacting -- business-transacting
00087:01  YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02    parties, that is something that we are
      03    able to know about at such point in time
      04    when --
```

**20. PAGE 87:05 TO 87:08  (RUNNING 00:00:04.810)**

```
      05          THE INTERPRETER:  Actually,
      06    before this last sentence, the
      07    interpreter will restart starting with
      08    the word "and."
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:30:58 PM**

## Yeo Won Yoon

**21. PAGE 87:09 TO 87:13  (RUNNING 00:00:15.268)**

```
09      A.   And concerning any price
10   movement on the part of any other company
11   out there, we are able to ascertain that
12   by way of parties with whom we transact
13   business at such point in time.
```

**22. PAGE 133:10 TO 133:13  (RUNNING 00:00:19.466)**

```
10      Q.   Do you have any understanding,
11   sir, why Mr. Yui would be calling you for
12   information if it was already available in
13   the public domain?
```

**23. PAGE 133:18 TO 133:24  (RUNNING 00:00:19.427)**

```
18      A.   Quite frankly, I fail to
19   understand why he would do that.  I myself
20   am at a loss because this information was
21   made available in the marketplace.  It was
22   easily obtainable.  So, no, I don't.  I
23   have no idea as to why he would contact me
24   to request that information.
```

**24. PAGE 133:25 TO 134:01  (RUNNING 00:00:01.972)**

```
25      Q.   Why did you agree to send it to
00134:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

**25. PAGE 134:02 TO 134:02  (RUNNING 00:00:00.012)**

```
02   him?
```

**26. PAGE 134:05 TO 134:14  (RUNNING 00:00:22.476)**

```
05      A.   Even myself, I wonder why I
06   agreed to do that.  Even as I think about
07   that now, I wonder if it's not simply
08   because, as far as I was concerned, it was
09   information that had already been made
10   publicly available, that anybody had --
11   could gain access to.  It constituted
12   nothing of importance as far as I was
13   concerned.  I wonder if it wasn't
14   something as simple as that.
```

**27. PAGE 156:09 TO 156:10  (RUNNING 00:00:02.065)**

```
09      Q.   How many people were at your
10   wedding?
```

**28. PAGE 156:11 TO 156:13  (RUNNING 00:00:06.286)**

```
11      A.   I would say for both the bride
12   as well as the bridegroom, me, altogether,
13   maybe a good 500.
```

**29. PAGE 167:11 TO 167:13  (RUNNING 00:00:06.820)**

```
11      Q.   Did you ever find out about what
12   the wholesale price was from anyone at
13   Samyang directly?
```

**30. PAGE 167:18 TO 168:08  (RUNNING 00:00:38.542)**

```
18      A.   Perhaps I'm not quite
19   understanding something here, because
20   assuming that we're talking about a
21   particular, say, party who deals in
22   Nongshim as well as Samyang and whatever
23   else, I fail to understand why you would
```

## Yeo Won Yoon

```
        24   ask if I would bother to find out anything
        25   about Samyang directly from somebody with
00168:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   Samyang when, in fact, that kind of
        03   information is easily accessible out
        04   there, even right now as we speak.
        05              Right now, if I were to go out,
        06   I could easily obtain information as to
        07   the wholesale pricing as well as the
        08   choolgo pricing.
```

**31.  PAGE 173:11 TO 173:15  (RUNNING 00:00:12.679)**

```
        11        Q.    Sir, before the break, I was
        12   asking you if you collected the choolgo
        13   information for Nongshim's Ramen
        14   competitors.
        15              Did you do that?
```

**32.  PAGE 173:18 TO 173:18  (RUNNING 00:00:00.007)**

```
        18        A.    The notion of a choolgo price
```

**33.  PAGE 173:19 TO 174:11  (RUNNING 00:00:53.935)**

```
        19   happens to be something kind of
        20   significant in terms of the parties with
        21   which one transacts business because that
        22   kind of has a bearing upon the potential
        23   need to readjust retail pricing down the
        24   line.
        25              And it is something that is
00174:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   easily, readily accessible by way of
        03   information already out there in the
        04   marketplace and/or as can be made
        05   accessible by way of the transacting
        06   partners there, such as the, you know,
        07   multiple distributor -- specialized
        08   distributors who deal in more than one
        09   company's products, and with that I have
        10   dealt in the past, finding out through
        11   such entities, yes.
```

**34.  PAGE 174:12 TO 174:13  (RUNNING 00:00:18.620)**

```
        12        Q.    How frequently, during the
        13   period from 2001 through June of 2007, did
```

**35.  PAGE 174:14 TO 174:15  (RUNNING 00:00:00.008)**

```
        14   you collect choolgo pricing of Nongshim's
        15   Ramen competitors?
```

**36.  PAGE 174:19 TO 175:11  (RUNNING 00:00:52.386)**

```
        19        A.    Concerning that kind of
        20   information, my recollection generally is
        21   that upon learning of the fact that there
        22   has been a price increase on the part of a
        23   competitor, let us say, by way of one of
        24   the parties with whom we transact
        25   business, such as a dual distributor
00175:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   dealing, for instance, with both Nongshim
        03   as well as Samyang, I, as I recall, have
        04   heard such -- of such news as to a price
        05   increase.
        06              And when it comes to such a,
        07   let's say, dual dealership, handling both
```

## Yeo Won Yoon

```
08   Nongshim as well as Samyang, my
09   recollection is that I would find out
10   about such facts by way of them -- by --
11   through these dealers dealing multiple
```

**37.  PAGE 175:12 TO 175:12  (RUNNING 00:00:00.233)**

```
12   products.
```

**38.  PAGE 175:13 TO 175:13  (RUNNING 00:00:08.225)**

```
13        Q.    Did you ever discuss with
```

**39.  PAGE 175:14 TO 175:14  (RUNNING 00:00:00.025)**

```
14   Mr. Yui choolgo pricing?
```

**40.  PAGE 175:18 TO 175:18  (RUNNING 00:00:02.014)**

```
18        A.    If I may repeat myself, it's
```

**41.  PAGE 175:19 TO 176:16  (RUNNING 00:01:11.303)**

```
19   like I've been telling you, that there has
20   been a price increase.  Whenever such an
21   event would take place, that is something
22   that is, say -- a word of that goes out
23   through the entire country for, let's say,
24   Samyang's own dealerships or
25   distributorships or to such parties
00176:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   dealing in both Samyang as well as
03   Nongshim products, the dual dealers, if
04   you will.
05        And here, for my part, I'm out
06   there in the marketplace from 10:00 a.m.
07   through 5:00 p.m.  I get to hear about
08   these things, as I would figure.  But for
09   me to have bothered to go by way of
10   Mr. Yui of Samyang, some ten years or so
11   ago, to obtain that kind of information, I
12   don't have any recollection that I did
13   that, nor do I believe that I would
14   necessarily have bothered to obtain that
15   kind of information by way of such a
16   person as Mr. Yui.  I highly doubt that.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:48.681)**

Case Clip(s) Detailed Report

# Yeo Won Yoon

Friday, November 16, 2018, 5:32:48 PM

## Yeo Won Yoon

---

## Yoon, Yeo W. (Vol. 01) - 02/15/2016

1 CLIP  (RUNNING 00:11:48.681)

Okay.  So how did you carry out ...



**Designations**             **41 SEGMENTS  (RUNNING 00:11:48.681)**

**1. PAGE 19:06 TO 19:07  (RUNNING 00:00:04.340)**

```
06      Q.    Okay.  So how did you carry out
07   a market survey?
```

**2. PAGE 19:11 TO 20:04  (RUNNING 00:00:52.148)**

```
11      A.    So basically, the way it goes is
12   this:  To speak with respect to our
13   clientele, we basically had 7,000 or so
14   parties with whom we transacted business.
15   I'm talking about Nongshim's business
16   partners, if you will, throughout the
17   entire region of South Korea.  And then we
18   had about 500 or so specialized parties
19   under contract, you know, a type of
20   distributorship, who would basically sell
21   to certain retail outlets.
22           And I completely focused my
23   energies on basically interfacing with
24   such parties within the market, the 7,000
25   or -- 7,000 or so many channels.  And
00020:01 YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   basically, I would gather about basically
03   any and all publicly available information
04   through such sources.
```

**3. PAGE 20:21 TO 20:22  (RUNNING 00:00:10.564)**

```
21      Q.    Okay.  So while you held the
22   position in which you were doing the
```

**4. PAGE 20:23 TO 20:25  (RUNNING 00:00:00.032)**

```
23   market surveys, did you have any
24   communications at all with anybody
25   employed by Ottogi?
```

**5. PAGE 21:06 TO 22:04  (RUNNING 00:00:59.797)**

```
06      A.    Back then, the way I performed
07   my work in terms of market surveys was,
08   basically, I would go into the market,
09   literally at around 10:00 a.m., and I
10   would basically come back at 5:00 p.m.
11           And in the course of the daily
12   conduct of my business, as such, I would
13   interface with the various channels, which
14   would entail discount sales outlets and
15   SSMs, which stands for super supermarket,
16   which is a little smaller than your
17   bigger, you know, outlet-type things.  But
18   anyway, I would also call on CVS and the
19   particular distribution parties under
20   special contract who sell to the retail --
21   retailers out there.
22           So in the course of doing that,
23   every now and then, by happenstance, I
24   would sometimes come across folks working
```

## Yeo Won Yoon

```
         25   for either Samyang, Ottogi, or even
00022:01  YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02   certain beverage companies or, say,
         03   confectionary companies, just, you know,
         04   out of coincidence.
```

**6.  PAGE 22:05 TO 22:07  (RUNNING 00:00:07.764)**

```
         05        Q.    All right.  And back in 1995,
         06   did you ever come across employees of
         07   Paldo or Korea Yakult?
```

**7.  PAGE 22:10 TO 23:09  (RUNNING 00:00:53.376)**

```
         10        A.    No.  Nothing really comes to
         11   mind specifically.  But I will tell you
         12   that when I go into the market and call
         13   on, let's say, these 500 or so specialized
         14   distributors and so forth, by just pure
         15   coincidence, I might sometimes bump into
         16   certain folks belonging to other
         17   companies.
         18             And by that, what I'm talking
         19   about is how -- these, say, specialized
         20   distributorships -- they weren't dealing
         21   strictly in, let's say, Nongshim products;
         22   for they would deal in Nongshim, Paldo,
         23   Samyang, Ottogi, and what have you.
         24             So because of that, perhaps
         25   sometimes in the course of my trying to
00023:01  YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02   ascertain how well our products were doing
         03   out there, I just might end up bumping
         04   into -- literally just bumping into some
         05   sales guy from some other company.  We
         06   might exchange greetings or say hi or
         07   something.  But it's not like we had some
         08   prior engagement and say "Let us meet" or
         09   something.
```

**8.  PAGE 47:09 TO 47:12  (RUNNING 00:00:08.659)**

```
         09        Q.    Have you ever interacted in the
         10   course of your employment with Nongshim
         11   with any of the Nongshim America
         12   employees?
```

**9.  PAGE 47:16 TO 47:16  (RUNNING 00:00:01.523)**

```
         16        A.    Not even once.
```

**10.  PAGE 47:17 TO 47:17  (RUNNING 00:00:00.038)**

```
         17        Q.    Sure about that?
```

**11.  PAGE 47:21 TO 47:21  (RUNNING 00:00:01.670)**

```
         21        A.    I'm absolutely certain.
```

**12.  PAGE 80:14 TO 80:16  (RUNNING 00:00:10.319)**

```
         14        Q.    Well, would it surprise you if
         15   you had sent sales goal information to
         16   Mr. Yui at any point in time?
```

**13.  PAGE 80:19 TO 80:19  (RUNNING 00:00:00.072)**

```
         19        A.    As I previously related to you,
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:32:48 PM**

## Yeo Won Yoon

**14. PAGE 80:20 TO 81:09 (RUNNING 00:00:49.340)**

```
        20   any and all publicly listed companies are
        21   required -- and I'm talking about
        22   food-related sector companies -- they're
        23   required to disclose their sales
        24   performance data by way of the FSC site
        25   every quarter and so forth and so on.
00081:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   Okay?  So such kind of data is made
        03   publicly available.
        04            So in view of that, if you ask
        05   me if I would consider it to be unusual,
        06   for me to have, say, shared that kind of
        07   performance data, if, per chance,
        08   supposing that I did, would I deem that to
        09   be unusual, my personal take on that would
```

**15. PAGE 81:10 TO 81:10 (RUNNING 00:00:00.598)**

```
        10   be probably not.
```

**16. PAGE 85:21 TO 85:23 (RUNNING 00:00:06.572)**

```
        21            Do you ever communicate with
        22   Mr. Yui at Samyang about the price of
        23   Korean Ramen?
```

**17. PAGE 86:03 TO 86:09 (RUNNING 00:00:23.855)**

```
        03        A.    May I inquire?  By that
        04   question, do you mean to ask if, at such
        05   point in time as when there was going to
        06   be a price increase, have we ever had any
        07   communication with anybody belonging to
        08   the competition about such an increase?
        09   Is that what you're asking me?
```

**18. PAGE 86:10 TO 86:10 (RUNNING 00:00:01.341)**

```
        10        Q.    Sure.  Yes.  Tell me about that.
```

**19. PAGE 86:11 TO 87:04 (RUNNING 00:01:00.094)**

```
        11        A.    So concerning Nongshim's own
        12   price increase, that is something that is
        13   knowable at such point in time as when a
        14   notification is made vis-`-vis the parties
        15   with whom we transact business who number
        16   in, say, the 7,000 or so and/or the 60,000
        17   or so retail shops out there who were
        18   essentially dealt with by the 500 or so
        19   specialized distributorships of ours.
        20            So at such point in time when
        21   notice is thus made, that is when we, for
        22   our part, are able to know about that at
        23   such point in time, and concerning any
        24   price movements on the part of the
        25   transacting -- business-transacting
00087:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   parties, that is something that we are
        03   able to know about at such point in time
        04   when --
```

**20. PAGE 87:05 TO 87:08 (RUNNING 00:00:04.810)**

```
        05            THE INTERPRETER:  Actually,
        06   before this last sentence, the
        07   interpreter will restart starting with
        08   the word "and."
```

## Yeo Won Yoon

**21.  PAGE 87:09 TO 87:13  (RUNNING 00:00:15.268)**

```
09        A.    And concerning any price
10   movement on the part of any other company
11   out there, we are able to ascertain that
12   by way of parties with whom we transact
13   business at such point in time.
```

**22.  PAGE 133:10 TO 133:13  (RUNNING 00:00:19.466)**

```
10        Q.    Do you have any understanding,
11   sir, why Mr. Yui would be calling you for
12   information if it was already available in
13   the public domain?
```

**23.  PAGE 133:18 TO 133:24  (RUNNING 00:00:19.427)**

```
18        A.    Quite frankly, I fail to
19   understand why he would do that.  I myself
20   am at a loss because this information was
21   made available in the marketplace.  It was
22   easily obtainable.  So, no, I don't.  I
23   have no idea as to why he would contact me
24   to request that information.
```

**24.  PAGE 133:25 TO 134:01  (RUNNING 00:00:01.972)**

```
25        Q.    Why did you agree to send it to
00134:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

**25.  PAGE 134:02 TO 134:02  (RUNNING 00:00:00.012)**

```
02   him?
```

**26.  PAGE 134:05 TO 134:14  (RUNNING 00:00:22.476)**

```
05        A.    Even myself, I wonder why I
06   agreed to do that.  Even as I think about
07   that now, I wonder if it's not simply
08   because, as far as I was concerned, it was
09   information that had already been made
10   publicly available, that anybody had --
11   could gain access to.  It constituted
12   nothing of importance as far as I was
13   concerned.  I wonder if it wasn't
14   something as simple as that.
```

**27.  PAGE 156:09 TO 156:10  (RUNNING 00:00:02.065)**

```
09        Q.    How many people were at your
10   wedding?
```

**28.  PAGE 156:11 TO 156:13  (RUNNING 00:00:06.286)**

```
11        A.    I would say for both the bride
12   as well as the bridegroom, me, altogether,
13   maybe a good 500.
```

**29.  PAGE 167:11 TO 167:13  (RUNNING 00:00:06.820)**

```
11        Q.    Did you ever find out about what
12   the wholesale price was from anyone at
13   Samyang directly?
```

**30.  PAGE 167:18 TO 168:08  (RUNNING 00:00:38.542)**

```
18        A.    Perhaps I'm not quite
19   understanding something here, because
20   assuming that we're talking about a
21   particular, say, party who deals in
22   Nongshim as well as Samyang and whatever
23   else, I fail to understand why you would
```

## Yeo Won Yoon

```
        24   ask if I would bother to find out anything
        25   about Samyang directly from somebody with
00168:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   Samyang when, in fact, that kind of
        03   information is easily accessible out
        04   there, even right now as we speak.
        05            Right now, if I were to go out,
        06   I could easily obtain information as to
        07   the wholesale pricing as well as the
        08   choolgo pricing.
```

**31. PAGE 173:11 TO 173:15  (RUNNING 00:00:12.679)**

```
        11       Q.    Sir, before the break, I was
        12   asking you if you collected the choolgo
        13   information for Nongshim's Ramen
        14   competitors.
        15            Did you do that?
```

**32. PAGE 173:18 TO 173:18  (RUNNING 00:00:00.007)**

```
        18       A.    The notion of a choolgo price
```

**33. PAGE 173:19 TO 174:11  (RUNNING 00:00:53.935)**

```
        19   happens to be something kind of
        20   significant in terms of the parties with
        21   which one transacts business because that
        22   kind of has a bearing upon the potential
        23   need to readjust retail pricing down the
        24   line.
        25            And it is something that is
00174:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   easily, readily accessible by way of
        03   information already out there in the
        04   marketplace and/or as can be made
        05   accessible by way of the transacting
        06   partners there, such as the, you know,
        07   multiple distributor -- specialized
        08   distributors who deal in more than one
        09   company's products, and with that I have
        10   dealt in the past, finding out through
        11   such entities, yes.
```

**34. PAGE 174:12 TO 174:13  (RUNNING 00:00:18.620)**

```
        12       Q.    How frequently, during the
        13   period from 2001 through June of 2007, did
```

**35. PAGE 174:14 TO 174:15  (RUNNING 00:00:00.008)**

```
        14   you collect choolgo pricing of Nongshim's
        15   Ramen competitors?
```

**36. PAGE 174:19 TO 175:11  (RUNNING 00:00:52.386)**

```
        19       A.    Concerning that kind of
        20   information, my recollection generally is
        21   that upon learning of the fact that there
        22   has been a price increase on the part of a
        23   competitor, let us say, by way of one of
        24   the parties with whom we transact
        25   business, such as a dual distributor
00175:01   YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   dealing, for instance, with both Nongshim
        03   as well as Samyang, I, as I recall, have
        04   heard such -- of such news as to a price
        05   increase.
        06            And when it comes to such a,
        07   let's say, dual dealership, handling both
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 5:32:48 PM**

## Yeo Won Yoon

```
08   Nongshim as well as Samyang, my
09   recollection is that I would find out
10   about such facts by way of them -- by --
11   through these dealers dealing multiple
```

**37.  PAGE 175:12 TO 175:12  (RUNNING 00:00:00.233)**

```
12   products.
```

**38.  PAGE 175:13 TO 175:13  (RUNNING 00:00:08.225)**

```
13        Q.    Did you ever discuss with
```

**39.  PAGE 175:14 TO 175:14  (RUNNING 00:00:00.025)**

```
14   Mr. Yui choolgo pricing?
```

**40.  PAGE 175:18 TO 175:18  (RUNNING 00:00:02.014)**

```
18        A.    If I may repeat myself, it's
```

**41.  PAGE 175:19 TO 176:16  (RUNNING 00:01:11.303)**

```
19          like I've been telling you, that there has
20          been a price increase.  Whenever such an
21          event would take place, that is something
22          that is, say -- a word of that goes out
23          through the entire country for, let's say,
24          Samyang's own dealerships or
25          distributorships or to such parties
00176:01  YOON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02          dealing in both Samyang as well as
03          Nongshim products, the dual dealers, if
04          you will.
05              And here, for my part, I'm out
06          there in the marketplace from 10:00 a.m.
07          through 5:00 p.m.  I get to hear about
08          these things, as I would figure.  But for
09          me to have bothered to go by way of
10          Mr. Yui of Samyang, some ten years or so
11          ago, to obtain that kind of information, I
12          don't have any recollection that I did
13          that, nor do I believe that I would
14          necessarily have bothered to obtain that
15          kind of information by way of such a
16          person as Mr. Yui.  I highly doubt that.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:48.681)**

COURT EXHIBIT 12a

**Choi, Hyun Gyoon (Vol. 01) - 02/17/2016**                    1 CLIP  (RUNNING 00:02:42.089)



CHOIHYUNGYOON-0217          16 SEGMENTS  (RUNNING 00:02:42.089)

**1.  PAGE 7:02 TO 7:11  (RUNNING 00:00:14.808)**

```
02    A L B E R T   K I M,
03          the interpreter, having first
04           been duly sworn by Sharon Lengel,
05           the Notary Public, interpreted
06           the testimony as follows:
07    H Y U N – G Y O O N   C H O I,
08          having first been duly sworn by
09           Sharon Lengel, the Notary Public,
10           was examined and testified as
11           follows:
```

**2.  PAGE 7:07 TO 7:11  (RUNNING 00:00:01.825)**

```
07    H Y U N – G Y O O N   C H O I,
08          having first been duly sworn by
09           Sharon Lengel, the Notary Public,
10           was examined and testified as
11           follows:
```

**3.  PAGE 12:21 TO 12:22  (RUNNING 00:00:06.351)**

```
21          Q.   When were you first employed by
22    Nongshim?
```

**4.  PAGE 12:23 TO 12:24  (RUNNING 00:00:05.810)**

```
23          A.   So I came on-board with Nongshim
24    in July of 2002.
```

**5.  PAGE 13:06 TO 13:07  (RUNNING 00:00:03.197)**

```
06          Q.   And to what department were you
07    assigned?
```

**6.  PAGE 13:08 TO 13:10  (RUNNING 00:00:09.121)**

```
08          A.   The first department to which I
09    was assigned was the distribution
10    investigation team.
```

**7.  PAGE 17:03 TO 17:06  (RUNNING 00:00:10.942)**

```
03          Q.   Was Mr. Yoon working with the
04    distribution investigation team at the
05    time you first became employed by
06    Nongshim?
```

**8.  PAGE 17:07 TO 17:09  (RUNNING 00:00:09.600)**

```
07          A.   And by Mr. Yoon, you are
08    referring to Mr. Yeo Won Yoon who was here
09    two days ago; right?
```

**9.  PAGE 17:10 TO 17:10  (RUNNING 00:00:00.437)**

```
10          Q.   Correct.
```

**KoreanNoodles**

**10. PAGE 17:11 TO 17:14 (RUNNING 00:00:09.071)**

```
11        A.    Yes.  To my recollection, when I
12   came on-board with the distribution
13   investigation team, he was there within
14   the same team.
```

**11. PAGE 21:05 TO 21:06 (RUNNING 00:00:06.796)**

```
05        Q.    And do you recall who the team
06   leader was in 2002?
```

**12. PAGE 21:07 TO 21:10 (RUNNING 00:00:12.504)**

```
07        A.    Yes.  As I recall, when I first
08   came on-board with the distribution
09   investigation team, it was Mr. Hyuk Sung
10   Kim who served as the team leader.
```

**13. PAGE 37:15 TO 37:17 (RUNNING 00:00:11.235)**

```
15        Q.    Okay.  When you first received a
16   desktop, did you receive an email address
17   at Nongshim?
```

**14. PAGE 37:18 TO 38:06 (RUNNING 00:00:35.573)**

```
18        A.    Well, no.  I forget whether this
19   is something that's handled by the general
20   affairs department or not.  But it's not
21   like you get a PC assigned and, at the
22   same time, you get an email account.  No.
23        As one comes on-board as a new
24   hire within the company, you are assigned
25   a certain employee number, and, at the
00038:01
02   same time, they say, "Look, you know, jot
03   out whatever email address you'd like to
04   have."  And that more or less immediately
05   becomes your email address.  That's the
06   way things go.
```

**15. PAGE 40:18 TO 40:19 (RUNNING 00:00:03.014)**

```
18        Q.    What email address did you
19   select for yourself?
```

**16. PAGE 40:20 TO 40:25 (RUNNING 00:00:21.805)**

```
20        A.    It happens to be the same email
21   address that I presently use, which is
22   comprised of my English initials, "CHK,"
23   followed by the year 2002, because that
24   was the year that I came on-board with the
25   company, so chk2002@nongshim.com.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:42.089)**

**KoreanNoodles**

**Choi, Hyun Gyoon (Vol. 01) - 02/18/2016**   **1 CLIP  (RUNNING 00:07:04.540)**



CHOIHYUNGYOON-0218            **18 SEGMENTS  (RUNNING 00:07:04.540)**

**1. PAGE 43:02 TO 43:06  (RUNNING 00:00:27.741)**

```
02           MR. BIRKHAEUSER:  We are going
03      to mark as Exhibit 69 a document that
04      bears the Bates Nos. OTGKR0001411
05      through OTGKR0001416 and, as
06      Exhibit 69T, its translation.
```

**2. PAGE 56:06 TO 56:08  (RUNNING 00:00:14.217)**

```
06      Q.    And what I'm getting at is that
07  my question is did you write your name on
08  the last page of Exhibit 69?
```

**3. PAGE 56:11 TO 56:16  (RUNNING 00:00:29.876)**

```
11      A.    Assuming this was the way the
12  KFTC does things, I would place my
13  fingerprint in a number of places.  As I
14  recall, it was a few times.  And it seems
15  to me that it's possible I may have
16  written my name in.
```

**4. PAGE 57:06 TO 57:08  (RUNNING 00:00:13.293)**

```
06      Q.    Can you please read the two
07  lines of text that appear above your name
08  and the thumbprint.
```

**5. PAGE 58:05 TO 58:14  (RUNNING 00:01:12.689)**

```
05      A.    "Having had the testifier review
06  the above protocol, said person indicating
07  that there is no misrecording and/or
08  additions or subtractions or anything else
09  requiring a change, the said person has
10  been required to sign, having placed his
11  print" -- "having" --
12          THE INTERPRETER:  Strike.
13      A.    "Having placed his print in an
14  interspersed fashion."
```

**6. PAGE 60:15 TO 60:17  (RUNNING 00:00:05.427)**

```
15          Do you recognize your
16  handwriting on the last page of 69,
17  Exhibit 69?
```

**7. PAGE 60:18 TO 61:04  (RUNNING 00:01:00.559)**

```
18      A.    As I look at this, it may or may
19  not be, as far as I'm concerned.  But more
20  importantly, it is true that after the
21  investigation concluded, I did put my name
22  on, as well as my fingerprints on, the
23  document that I was provided with at the
24  end.  And I just told you that I basically
25  got out as soon as I, you know, wrote that
00061:01
02  and all that.  To be fair, I don't know
```

**KoreanNoodles**

```
03    if, I guess, my attorney signed first or
04    whether I signed first before I left.
```

**8. PAGE 61:05 TO 61:08  (RUNNING 00:00:24.864)**

```
05        Q.    Do you have any -- do you have
06    any reason to believe that the handwriting
07    on the last page of Exhibit 69 next to the
08    first thumbprint is not your handwriting?
```

**9. PAGE 61:11 TO 62:03  (RUNNING 00:00:53.418)**

```
11        A.    So that you understand where I'm
12    coming from, I am not necessarily denying
13    anything about this being or not being my
14    handwriting.  Again, they gave the
15    document to me after printing it out, and
16    I really, you know, didn't go through the
17    contents.
18            But seeing as how there was a
19    place where one could write his name in, I
20    probably wrote in my name.  And I did
21    place my thumbprints here, there.  I don't
22    mean to refute anything here.  I'm simply
23    saying that on that document as was
24    printed out and given to me that day, I
25    did place my name and fingerprints.  I am
00062:01
02    not trying to say that this isn't my
03    handwriting or what.
```

**10. PAGE 64:04 TO 64:05  (RUNNING 00:00:10.037)**

```
04        Q.    Can you read for me the first
05    question on the second page of Exhibit 69.
```

**11. PAGE 64:06 TO 64:08  (RUNNING 00:00:13.802)**

```
06        A.    "Has the witness ever collected
07    information pertaining to the
08    competition?"
```

**12. PAGE 64:09 TO 64:11  (RUNNING 00:00:06.608)**

```
09        Q.    And can you read for me the
10    answer to the first question on the second
11    page of Exhibit 69.
```

**13. PAGE 64:12 TO 64:12  (RUNNING 00:00:02.570)**

```
12        A.    "Yes."
```

**14. PAGE 64:13 TO 64:14  (RUNNING 00:00:09.861)**

```
13        Q.    Can you read for me the second
14    question on the same page on Exhibit 69.
```

**15. PAGE 64:15 TO 64:16  (RUNNING 00:00:12.239)**

```
15        A.    "What kind of information did
16    you collect and from whom?"
```

**16. PAGE 64:17 TO 64:18  (RUNNING 00:00:03.641)**

```
17        Q.    And can you read for me the
18    answer to that question.
```

**17. PAGE 64:24 TO 65:08  (RUNNING 00:00:43.578)**

```
24        A.    "From Yui Jong Moon of Samyang
25    and Kyung Mu Min of Samyang, I was
00065:01
```

**KoreanNoodles**

```
02   provided with material on revenue,
03   material on policies, as well as
04   information on new products.  On occasion,
05   I'd meet in person, get to hear things
06   orally or receive emails or be provided
07   with such via the telephone.  This was
08   done on an irregular basis.  If and when
```

**18.  PAGE 65:11 TO 65:16  (RUNNING 00:00:20.120)**

```
11        A.    "If and when there would be a
12   request from Samyang to inform them as to
13   some kind of material, I would provide
14   such, and I too would make a request of
15   Samyang, should I require some
16   information."
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:07:04.540)**



COURT EXHIBIT 12b

Case Clip(s) Detailed Report

# Choi

Monday, November 19, 2018, 8:37:41 AM

**Choi**

---

### Choi, Hyun gyoon (Vol. 01) - 02/17/2016                    2 CLIPS  (RUNNING 00:03:11.688)

And just so that the record is ...

**HC-0217-0000905**                    **6 SEGMENTS  (RUNNING 00:01:16.357)**       

**1.  PAGE 9:05 TO 9:07  (RUNNING 00:00:06.300)**

```
05        Q.    And just so that the record is
06   clear, is your employer Nongshim Company
07   Limited, the Korean entity?
```

**2.  PAGE 9:08 TO 9:12  (RUNNING 00:00:09.530)**

```
08        A.    Well, as for me, I generally
09   don't pay a whole lot of attention to, you
10   know, what follows that detail end.  But
11   in Korean, we call it, yes, Nongshim
12   Company.
```

**3.  PAGE 9:17 TO 9:18  (RUNNING 00:00:06.289)**

```
17        Q.    Are you aware that Nongshim also
18   has an American business entity?
```

**4.  PAGE 9:19 TO 9:23  (RUNNING 00:00:16.270)**

```
19        A.    Well, I know about it, yeah.
20        Q.    In the course of your employment
21   with Nongshim Korea, have you had any
22   business responsibility for the American
23   entity of Nongshim?
```

**5.  PAGE 9:24 TO 10:13  (RUNNING 00:00:36.953)**

```
24        A.    No.  And, in fact, none of my
25   colleagues -- you know, we call that
00010:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   U.S.-based entity just Nongshim America.
03   I don't know a single individual there.
04   Frankly, I don't know what they do over
05   there.  So there isn't anything I know
06   about.
07        Q.    I believe, especially in that
08   case, that my questions today will relate
09   only to Nongshim Company Limited or
10   Nongshim Korea.
11             So if I use "Nongshim" in my
12   questioning, will you understand that to
13   mean the Korean entity?
```

**6.  PAGE 10:14 TO 10:14  (RUNNING 00:00:01.015)**

```
14        A.    Yes.  I understand.
```

So while employed with the ...

**HC-0217-0010516**                    **2 SEGMENTS  (RUNNING 00:01:55.331)**       

**1.  PAGE 105:16 TO 105:20  (RUNNING 00:00:15.393)**

```
16        Q.    So while employed with the
17   distribution investigation team, did you
18   communicate with any of Nongshim's
```

---

---

## Choi

---

```
          19    competitors in the Korean domestic Ramen
          20    market?
```

**2.  PAGE 105:24 TO 107:12  (RUNNING 00:01:39.938)**

```
          24         A.    So I think I might need to
          25    relate to you the circumstances here.
    00106:01    CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02               So the entire year I'm out
          03    there, right -- and we're talking about in
          04    the marketplace.  When you're out there,
          05    you come across literally countless
          06    people, far too many as to be counted.
          07    We're talking about literally this being a
          08    market where people sell and buy things,
          09    the hustle and bustle and everything.
          10               And the people that I would
          11    encounter are the folks from the specialty
          12    distributorships -- salespeople,
          13    wholesalers.  And you ask me would I
          14    communicate, have I communicated with
          15    people.
          16               When you're out there in the
          17    market, sometimes you -- when -- you bump
          18    into people, and sometimes they are the
          19    same people.  Sometimes you continue to
          20    bump into the same people.  Sometimes you
          21    might just see a person maybe once or
          22    twice and never see the person again.  I
          23    don't know quite how to understand the
          24    notion of "communicate" in this question
          25    of yours.
    00107:01    CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02               Of course, when you keep seeing
          03    the same face a number of times, you want
          04    to say, "Hello."  You say, "Hey.  How are
          05    you doing?  How's the business?"  Maybe
          06    along those lines, you know, the niceties.
          07               And, you know, this is not just
          08    me but all others.  But the question is I
          09    don't know if that constitutes
          10    communication.  But it's just one of the
          11    things I would do as part of my
          12    investigation efforts.
```

---

### Choi, Hyun gyoon (Vol. 01) - 02/18/2016

**3 CLIPS  (RUNNING 00:09:31.403)**

## So you don't recall whether or ...

**Part 1**          **2 SEGMENTS  (RUNNING 00:02:22.838)**          

**1.  PAGE 9:18 TO 9:24  (RUNNING 00:00:24.486)**

```
          18         Q.    So you don't recall whether or
          19    not you sent Nongshim's business
          20    information to Samyang; however, if you
          21    did send such information to Samyang, it
          22    would have been pricing or promotional
          23    policies that were in the open; is that
          24    correct?
```

### Choi

**2. PAGE 10:06 TO 12:03  (RUNNING 00:01:58.352)**

```
06        A.    Well, since you say that, if I
07   may, I'd like to point out the fact that
08   this is not what I'm thinking.  I am, in
09   fact, absolutely certain that that would
10   have been the case, were it such.  And by
11   that, the reason why I'm saying that is
12   because you mentioned pricing, for
13   instance.
14        It's like this.  If, per chance,
15   Nongshim were to raise its price, then the
16   way it goes is that on that day, at the
17   very same hour, all of our sales
18   associates, indeed, all of our branches,
19   and, you know, as far as I think the way
20   things went, the folks in logistics also
21   all get notified at the very same time via
22   an internal written communicate; so
23   meaning it is all at the same time that
24   everybody, including our transacting
25   partners out there, get to know about
00011:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   that.  In fact, I too would become privy
03   to that information only upon receiving
04   that document.
05        Now, if, let's say, within the
06   market, some guy from some competing
07   company had asked me, "Hey, can I be
08   provided with some information on
09   Nongshim's pricing or something?"  I, for
10   my part, am not able to know about
11   anything like that before I myself get to
12   see that particular document.  And so if
13   anything were done, then it would most
14   necessarily have been only after that
15   internal communicate had been circulated.
16   And this is not what I'm thinking; this is
17   based upon my actual experience of having
18   served within Nongshim till date.
19        So while it remains unclear as
20   to whether I had met with somebody and who
21   that may have been, what I may have given,
22   the thing is if I had given anything --
23   again, this is not what I'm thinking.
24   This is what I am actually certain of --
25   it would have been only such things as
00012:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   would have already been widely
03   disseminated.
```

So, Mr. Choi, what is Exhibit ...

---

**Part 2**                **12 SEGMENTS  (RUNNING 00:06:54.209)**                

**1. PAGE 46:23 TO 46:24  (RUNNING 00:00:06.913)**

```
23        Q.    So, Mr. Choi, what is Exhibit
24   69?
```

**2. PAGE 46:25 TO 47:03  (RUNNING 00:00:08.105)**

```
25        A.    So, as you will recall, I think
00047:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   I told you that I was once summoned to
```

## Choi

```
        03    appear before the KFTC.  So I took a look
```

**3.  PAGE 47:04 TO 48:16  (RUNNING 00:02:25.351)**

```
        04    at this document, which is around three
        05    pages.
        06              Going back to the circumstances
        07    at that time, I was in a closed room.  I
        08    was very stressed out.  And I must
        09    reiterate the fact that I'm not the one
        10    who wrote this up.  This was typed out
        11    like this by the two KFTC investigator
        12    guys.
        13              They were seated in front of me
        14    or, rather, I was seated in front of them
        15    with my attorney seated behind me who left
        16    for a while.  There was no stenographer or
        17    anything.  I would say 100 words; it would
        18    all get cut down.  This is essentially a
        19    summary by the investigators.
        20              And I was there for probably a
        21    little over an hour, after which they
        22    immediately went and just printed this
        23    out, stuck it in my face, saying, "Sign it
        24    and leave."  So there I was thinking, Is
        25    this what I said?  And, you know, the time
00048:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    I got to spend on doing that was less than
        03    five minutes.  The thing is afterwards, I
        04    didn't even get a copy, get to have a
        05    copy.
        06              And whereas this says what it
        07    says in the title, the time when I first
        08    saw this was -- going by the date here of
        09    June 2011, the first time I thereafter got
        10    to see this was in 2013, I believe,
        11    when -- there before the High Court.  So
        12    we're talking about the -- after about a
        13    year and a half's passage of time when
        14    counsel showed me a printed-out copy of
        15    this.
        16              There's one more thing I would
```

**4.  PAGE 48:17 TO 48:17  (RUNNING 00:00:00.041)**

```
        17    like to add to that, please, if I may.
```

**5.  PAGE 48:18 TO 50:02  (RUNNING 00:01:43.393)**

```
        18    Going back to what I was getting at
        19    yesterday, I think I would have much more
        20    preferred that they showed me something
        21    and asked me about things.  But instead of
        22    that, they are saying, "What is this?"
        23    You know?
        24              I note here again that this is
        25    from 2011.  So when these guys were
00049:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    dressing me down, they were asking me
        03    about things from a few years even before
        04    that, so the 2002 through 2009 timeframe.
        05    So without showing me anything at all,
        06    they said, "You did this" and talking
        07    amongst between themselves.  They're
        08    saying, "Yeah.  It looks like, you know,
        09    the guy -- he was in on it, everything."
        10              I see, you know, some -- some
        11    expressions here, you know, four, five
```

## Choi

```
      12   points here.  You know, the fact is I
      13   wasn't able to recall anything they were
      14   asking about.  But they're saying, "Hey.
      15   You did everything, didn't you?"  Like
      16   that.
      17            Here, way towards the end, on
      18   page 483, as I see this, I do recall this.
      19   The only thing that they ever showed me
      20   was sort of an image cut of a piece of
      21   email.  And that's the only thing that
      22   they ever showed me.  And they showed it
      23   to me saying, "Why did you send this?"
      24            How the hell -- how the heck do
      25   I know?  I don't know what it is.  I don't
00050:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   know if I sent it.
```

**6.  PAGE 52:03 TO 52:07  (RUNNING 00:00:17.223)**

```
      03       Q.   Can you -- the Exhibit 69
      04   contains numbers on the lower right-hand
      05   side.
      06            Can you turn to the last page of
      07   Exhibit 69, which ends in the Nos. 1416.
```

**7.  PAGE 52:08 TO 52:10  (RUNNING 00:00:10.901)**

```
      08       A.   Yes.
      09       Q.   Is that your signature that
      10   appears on page 1416?
```

**8.  PAGE 52:11 TO 52:14  (RUNNING 00:00:15.138)**

```
      11       A.   Well, that's not my signature.
      12   But it is correct as being my name.
      13       Q.   Did you write your name on
      14   page 1416?
```

**9.  PAGE 52:18 TO 52:22  (RUNNING 00:00:13.706)**

```
      18       A.   As I said earlier, after we had
      19   our discussion, immediately right then and
      20   there, they printed this out and said,
      21   "Sign it."  And so that's why I wrote this
      22   in.
```

**10.  PAGE 54:20 TO 54:23  (RUNNING 00:00:09.057)**

```
      20       Q.   Do you see your name in your
      21   handwriting on the last page of
      22   Exhibit 69?
      23       A.   So, again, here, I underwent
```

**11.  PAGE 54:24 TO 54:24  (RUNNING 00:00:00.030)**

```
      24   this investigation.  The guy sticks it in
```

**12.  PAGE 54:25 TO 56:05  (RUNNING 00:01:24.351)**

```
      25   front of me and says, "Sign it."  And I
00055:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   really wasn't in any kind of frame of mind
      03   to carefully review things.
      04            This was really like what you
      05   see on TV.  All I wanted to do was just
      06   get the darn thing over with and go home.
      07   If, now, I were completely by myself, then
      08   I suppose -- I'd like to believe that I
      09   would have taken my time to carefully
      10   review everything.  But the attorney who
```

## Choi

```
11    said, you know, "Read this" and had left,
12    he -- well, the person came back.
13           And so in view of how there's
14    this attorney -- you know, I'm just a
15    nobody; right?  Here's a professional.  I
16    just thought it would be inappropriate for
17    me to do anything.  I mean, he's a
18    professional.  I'm just a salaried
19    employee of a company.  I sign if I am
20    asked to sign.  I place my thumbprint if
21    I'm asked to place my thumbprint.  The
22    entire time it took for that was less than
23    five minutes.
24           Thereafter, I left without being
25    provided a copy.  You know, I placed my
00056:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    fingerprint as I was asked to.  And I see
03    some stuff here in the middle.  But, you
04    know, I will verify to you that it is
05    correct as being my name.
```

 And what I'm getting at is that ...

**Completeness at 5606**          **1 SEGMENT  (RUNNING 00:00:14.356)**          

**1.  PAGE 56:06 TO 56:08  (RUNNING 00:00:14.356)**

```
06        Q.    And what I'm getting at is that
07    my question is did you write your name on
08    the last page of Exhibit 69?
```

**TOTAL: 5 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:12:43.091)**

**CONFIDENTIAL**

COURT EXHIBIT 12c

**KoreanNoodles**

 **Choi, Hyun Gyoon (Vol. 01) - 02/18/2016**                    1 CLIP  (RUNNING 00:00:47.005)



Redirect

CHOIHYUNGYOON-0218R            2 SEGMENTS  (RUNNING 00:00:47.005)

**1. PAGE 56:17 TO 56:18  (RUNNING 00:00:08.220)**

```
17        Q.    Does your name in your
18   handwriting appear on Exhibit 69?
```

**2. PAGE 56:21 TO 57:05  (RUNNING 00:00:38.785)**

```
21        A.    So what I'm trying to tell you
22   is, based upon my recollection, I
23   placed -- what -- my fingerprint on the
24   thing that they showed me.  This one here,
25   you know, I don't know if this is mine or
00057:01
02   whose.  But they showed me the document
03   there saying, "Sign it and depart."  I do
04   recall me placing my name on that plus my
05   fingerprint.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:47.005)**

COURT EXHIBIT 13a

**KoreanNoodles**

**Park, Jeong-Eun (Vol. 01) - 01/18/2016**                    1 CLIP  (RUNNING 00:24:40.557)

PARKJEONGEUN-0118                118 SEGMENTS  (RUNNING 00:24:40.557)

**1. PAGE 7:16 TO 7:21  (RUNNING 00:00:16.777)**

```
16   J A C K I   N O H,
17        having first been duly sworn by
18        Sharon Lengel, the Notary Public,
19        interpreted from English to
20        Korean and from Korean to English
21        as follows:
```

**2. PAGE 8:02 TO 8:06  (RUNNING 00:00:00.955)**

```
02   J E O N G-E U N   P A R K,
03        having first been duly sworn by
04        Sharon Lengel, the Notary Public,
05        was examined and testified as
06        follows:
```

**3. PAGE 13:02 TO 13:04  (RUNNING 00:00:06.244)**

```
02        Q.    When did you -- when were you
03   first employed by Samyang Food Company
04   Limited?
```

**4. PAGE 13:05 TO 13:05  (RUNNING 00:00:06.061)**

```
05        A.    May of 2008.
```

**5. PAGE 13:06 TO 13:08  (RUNNING 00:00:11.245)**

```
06        Q.    And what was your position at
07   Samyang Food Company Limited when you were
08   first hired?
```

**6. PAGE 13:09 TO 13:09  (RUNNING 00:00:05.133)**

```
09        A.    I was in charge of marketing.
```

**7. PAGE 13:10 TO 13:10  (RUNNING 00:00:02.575)**

```
10        Q.    What was your official title?
```

**8. PAGE 13:11 TO 13:11  (RUNNING 00:00:04.402)**

```
11        A.    Managing director.
```

**9. PAGE 13:12 TO 13:12  (RUNNING 00:00:01.929)**

```
12        Q.    Is that your title today?
```

**10. PAGE 13:13 TO 13:13  (RUNNING 00:00:02.398)**

```
13        A.    Yes.  Correct.
```

**11. PAGE 13:24 TO 14:03  (RUNNING 00:00:14.682)**

```
24        As part of your duties at
25   Samyang, did you conduct an investigation
00014:01
02   into communications amongst the Korean
03   Ramen noodle companies?
```

**KoreanNoodles**

**12. PAGE 14:04 TO 14:04 (RUNNING 00:00:04.557)**

    04      A.    Among companies?

**13. PAGE 14:05 TO 14:05 (RUNNING 00:00:00.765)**

    05      Q.    Yes.

**14. PAGE 14:06 TO 14:07 (RUNNING 00:00:06.171)**

    06      A.    Yes, I did, among my
    07   subordinates.

**15. PAGE 14:08 TO 14:09 (RUNNING 00:00:05.472)**

    08      Q.    And what did you do to
    09   investigate the communications?

**16. PAGE 14:10 TO 14:12 (RUNNING 00:00:13.462)**

    10      A.    For starters, once KFTC started
    11   its investigation, I interviewed my staff
    12   at marketing.

**17. PAGE 14:13 TO 14:14 (RUNNING 00:00:04.699)**

    13      Q.    And what specific employees did
    14   you interview?

**18. PAGE 14:15 TO 14:19 (RUNNING 00:00:20.085)**

    15      A.    Among the employees I
    16   interviewed -- well, it's somewhat
    17   complicated.  But even within marketing, I
    18   interviewed employees who worked on market
    19   research.

**19. PAGE 14:20 TO 14:22 (RUNNING 00:00:08.121)**

    20      Q.    So you interviewed employees
    21   that worked for the former market research
    22   team; is that correct?

**20. PAGE 14:23 TO 15:02 (RUNNING 00:00:18.436)**

    23      A.    That is correct.  But what I
    24   would like to state is that I interviewed
    25   employees who worked with marketing with
 00015:01
    02   respect to market research in the past.

**21. PAGE 15:03 TO 15:04 (RUNNING 00:00:03.700)**

    03      Q.    And what were the names of the
    04   employees you interviewed?

**22. PAGE 15:05 TO 15:09 (RUNNING 00:00:42.997)**

    05      A.    As far as I recall, I remember
    06   Mr. Jong Moon Yui and Kyung Mu Min.  Kyung
    07   Mu Min.  Those two individuals were
    08   responsible for market research in the
    09   past.

**23. PAGE 15:15 TO 15:16 (RUNNING 00:00:03.299)**

    15      Q.    Did anyone assist you in your
    16   investigation?

**24. PAGE 15:17 TO 15:18 (RUNNING 00:00:08.455)**

    17      A.    When you said investigation, did
    18   you mean that interviewing employees?

**KoreanNoodles**

---

**25. PAGE 15:19 TO 15:22 (RUNNING 00:00:09.311)**

      19     Q.    I mean your broader
      20   investigation of communications that had
      21   occurred between the Korean Ramen noodle
      22   companies.

**26. PAGE 15:23 TO 16:02 (RUNNING 00:00:16.252)**

      23     A.    With respect to interviewing
      24   individuals, those two are the ones that I
      25   interviewed.  But I also extracted some
  00016:01
      02   material from portable hard drive.

**27. PAGE 16:03 TO 16:04 (RUNNING 00:00:05.382)**

      03     Q.    Did anyone help you extract
      04   material from the portable hard drive?

**28. PAGE 16:05 TO 16:06 (RUNNING 00:00:08.775)**

      05     A.    Are you talking about just the
      06   task itself?  Extracting material?

**29. PAGE 16:07 TO 16:07 (RUNNING 00:00:00.905)**

      07     Q.    Yes.

**30. PAGE 16:08 TO 16:08 (RUNNING 00:00:02.904)**

      08     A.    I did that by myself.

**31. PAGE 16:09 TO 16:10 (RUNNING 00:00:07.727)**

      09     Q.    Okay.  What did Mr. Jong Moon
      10   Yui tell you when you interviewed him?

**32. PAGE 16:11 TO 16:12 (RUNNING 00:00:07.242)**

      11     A.    I believe the period was around
      12   January 2010.  I heard from him that what

**33. PAGE 16:13 TO 16:16 (RUNNING 00:00:18.077)**

      13   kind of information that he exchanged with
      14   the competitors with respect to Ramen, and
      15   he also told me that where the information
      16   was stored, such as portable hard drive.

**34. PAGE 17:08 TO 17:10 (RUNNING 00:00:13.134)**

      08     Q.    And what did Mr. Yui tell you
      09   about communications among competitors in
      10   the Ramen noodle industry?

**35. PAGE 17:11 TO 17:16 (RUNNING 00:00:30.995)**

      11     A.    If I state what he told me, what
      12   he verbally shared with me is as follows:
      13   Management strategy, price increase, and
      14   sales strategy after price increase, new
      15   product information -- so these type of
      16   comprehensive information.  Also this

**36. PAGE 17:17 TO 17:19 (RUNNING 00:00:13.210)**

      17   practice of exchanging information had
      18   started from his predecessor, Mr. Kyung
      19   Joo Kim.  That's what he told me.

**KoreanNoodles**

**37. PAGE 17:20 TO 17:23 (RUNNING 00:00:14.456)**

    20    Thirdly, he said that the details of
    21    information exchange was stored in one
    22    place, of course, not all of it; but it's
    23    stored in one place.  That is all.

**38. PAGE 17:24 TO 18:04 (RUNNING 00:00:23.603)**

    24        Q.    Okay.  And just so that the
    25    record is clear, Mr. Yui told you that
    00018:01
    02    this type of comprehensive information had
    03    been exchanged among competitors of the
    04    Korean Ramen noodle industry.

**39. PAGE 18:05 TO 18:06 (RUNNING 00:00:06.430)**

    05        A.    Yes.  He told me that he played
    06    that role.

**40. PAGE 18:20 TO 18:21 (RUNNING 00:00:07.963)**

    20        Q.    And what did Mr. Kyung Mu Min
    21    tell you when you interviewed him?

**41. PAGE 18:22 TO 19:06 (RUNNING 00:00:30.052)**

    22        A.    Mr. Kyung Mu Min was working
    23    under Mr. Jong Moon Yui, who was the
    24    section chief at the time.  And what
    25    Mr. Kyung Mu Min stated that he personally
    00019:01
    02    exchanged the information concerning new
    03    product, et cetera, with competitors,
    04    either in person or -- well, he said he
    05    personally exchanged this type of
    06    information.

**42. PAGE 19:20 TO 19:21 (RUNNING 00:00:05.795)**

    20            With what competitors did these
    21    employees exchange information?

**43. PAGE 20:04 TO 20:07 (RUNNING 00:00:16.133)**

    04        A.    Because in Korean Ramen
    05    industry, there are not that many
    06    companies, so he mentioned Nongshim,
    07    Ottogi, and Paldo.

**44. PAGE 20:08 TO 20:12 (RUNNING 00:00:15.985)**

    08        Q.    Okay.  Now, you mentioned a
    09    portable hard drive that you discovered
    10    while conducting your investigation.
    11            Where was that hard drive
    12    located?

**45. PAGE 20:13 TO 20:20 (RUNNING 00:00:53.060)**

    13        A.    I recall portable hard drive was
    14    with an employee with the marketing
    15    department.  But after 2010, after Korean
    16    Fair Trade Commission started its
    17    investigation, I received a portable hard
    18    drive, and I extracted information from
    19    that hard drive along with our company's
    20    auditor.

**KoreanNoodles**

**46. PAGE 21:17 TO 21:20 (RUNNING 00:00:08.344)**

```
17            If I understand your testimony,
18   when you first started doing your
19   investigation, the portable hard drive was
20   in the market research department.
```

**47. PAGE 21:21 TO 22:03 (RUNNING 00:00:27.508)**

```
21        A.    When I started my investigation,
22   that the hard drive was someone -- was
23   with someone in marketing department.  I
24   mean, we had a market research team,
25   and -- oh, no.  I received it from the
00022:01
02   individual who worked in market research
03   team.
```

**48. PAGE 22:04 TO 22:04 (RUNNING 00:00:01.895)**

```
04        Q.    And what was that person --
```

**49. PAGE 22:05 TO 22:16 (RUNNING 00:00:54.515)**

```
05        A.    As I stated earlier, Samyang's
06   market research team was no longer present
07   as of September 1, 2008.  Samyang does not
08   have the market research team anymore.
09   And what I stated that when I received the
10   external hard drive in 2010, I did not
11   receive it from an individual who was
12   doing market research; rather, I received
13   it from an employee who used to work with
14   market research.  I received it from
15   Mr. Jong Moon Yui, who was the section
16   chief.
```

**50. PAGE 22:19 TO 22:21 (RUNNING 00:00:08.811)**

```
19            And then you examined the
20   contents of the hard drive; is that
21   correct?
```

**51. PAGE 22:24 TO 22:24 (RUNNING 00:00:02.327)**

```
24        A.    Correct.
```

**52. PAGE 22:25 TO 23:02 (RUNNING 00:00:02.323)**

```
25        Q.    And how did you examine the
00023:01
02   contents?
```

**53. PAGE 23:03 TO 23:10 (RUNNING 00:00:39.789)**

```
03        A.    For starters, I opened the hard
04   drive, and I perused the list of it.
05   And -- and it was very, very organized the
06   way I wanted to look for the information.
07   In the -- I was able to find one directory
08   named -- related to -- "Concerning
09   Competitors."  So that was the directory
10   that I was most interested in.
```

**54. PAGE 23:11 TO 23:13 (RUNNING 00:00:07.744)**

```
11        Q.    Okay.  And just very generally,
12   what did the directory called
13   "Competitors" contain?
```

**KoreanNoodles**

---

**55. PAGE 23:14 TO 23:20 (RUNNING 00:00:33.888)**

```
14      A.    Such as competitor strategy,
15   advertising campaign, price, personnel --
16   this information had directory by
17   directory by company.  And also all the
18   email exchanges concerning this
19   information was in one place in the
20   webmail called "DAUM mail."
```

**56. PAGE 23:21 TO 23:22 (RUNNING 00:00:12.840)**

```
21      Q.    Can you tell those of us who may
22   not be from Korea what DAUM mail is.
```

**57. PAGE 24:03 TO 24:05 (RUNNING 00:00:22.803)**

```
03      A.    It's equivalent to U.S. Gmail,
04   like webmail.  And it's very popular in
05   Korea, very famous.
```

**58. PAGE 24:06 TO 24:09 (RUNNING 00:00:16.824)**

```
06      Q.    And you found on the hard drive
07   evidence of DAUM mail communications
08   between Samyang and its competitors in the
09   Korean Ramen business?
```

**59. PAGE 24:12 TO 24:14 (RUNNING 00:00:10.447)**

```
12      A.    Yes.
13      Q.    Do you know what email address
14   Samyang used?
```

**60. PAGE 24:18 TO 24:19 (RUNNING 00:00:04.489)**

```
18      A.    Are you talking about the email
19   address -- address?
```

**61. PAGE 24:20 TO 24:20 (RUNNING 00:00:00.465)**

```
20      Q.    Yes.
```

**62. PAGE 24:21 TO 24:21 (RUNNING 00:00:03.664)**

```
21      A.    "Marketone."
```

**63. PAGE 24:22 TO 24:23 (RUNNING 00:00:06.510)**

```
22      Q.    And what was the domain that was
23   used?  Marketone@ what?
```

**64. PAGE 24:24 TO 24:24 (RUNNING 00:00:06.637)**

```
24      A.    Marketone@DAUM.net.
```

**65. PAGE 25:13 TO 25:14 (RUNNING 00:00:08.848)**

```
13      Q.    Did you see any evidence of
14   communications using the Hanmail address?
```

**66. PAGE 25:20 TO 25:24 (RUNNING 00:00:18.386)**

```
20      A.    About that, I don't really know
21   in detail.  But I believe that DAUM and
22   Hanmail, they belong to the same company.
23   So they were using it -- they were using
24   both interchangeably.  Earlier, I stated
```

**67. PAGE 25:25 TO 26:03 (RUNNING 00:00:13.834)**

```
25   that "DAUM.net."  But that could have been
00026:01
```

**KoreanNoodles**

```
      02    "Hanmail.net."  Before that, "Marketone"
      03    is -- I'm sure of.
```

**68. PAGE 26:04 TO 26:07  (RUNNING 00:00:13.209)**

```
      04       Q.    So on the hard drive, did you
      05    find communications that Samyang received
      06    from its competitors in the Korean Ramen
      07    noodle business?
```

**69. PAGE 26:12 TO 26:15  (RUNNING 00:00:23.325)**

```
      12       A.    Correct.  For starters, I
      13    verified what I heard from employees from
      14    the interview and the materials that I
      15    found in their hard drive.
```

**70. PAGE 26:16 TO 26:18  (RUNNING 00:00:12.602)**

```
      16       Q.    Did you find communications that
      17    Samyang employees received from Nongshim
      18    Company Limited?
```

**71. PAGE 26:23 TO 27:02  (RUNNING 00:00:17.099)**

```
      23       A.    In each directory -- well, the
      24    directory was organized such that by year,
      25    by company, and recipient and senders.  So
   00027:01
      02    it was very well-organized.
```

**72. PAGE 27:03 TO 27:06  (RUNNING 00:00:14.748)**

```
      03       Q.    And so my question focuses on
      04    senders.
      05             Did Samyang keep information
      06    that was sent by Nongshim Company Limited?
```

**73. PAGE 27:11 TO 27:12  (RUNNING 00:00:05.983)**

```
      11       A.    Correct.  Correct.  That
      12    information was in there.
```

**74. PAGE 27:13 TO 27:14  (RUNNING 00:00:07.637)**

```
      13       Q.    And did Samyang keep information
      14    that was sent by Ottogi Company Limited?
```

**75. PAGE 27:19 TO 27:19  (RUNNING 00:00:02.596)**

```
      19       A.    Yes.
```

**76. PAGE 27:20 TO 27:22  (RUNNING 00:00:06.320)**

```
      20       Q.    And did Samyang keep information
      21    that was sent by Korea Yakult Company
      22    Limited?
```

**77. PAGE 28:03 TO 28:03  (RUNNING 00:00:02.840)**

```
      03       A.    Yes.
```

**78. PAGE 28:04 TO 28:05  (RUNNING 00:00:07.690)**

```
      04       Q.    And then did Samyang keep
      05    communications that it sent to Ottogi?
```

**79. PAGE 28:10 TO 28:13  (RUNNING 00:00:12.538)**

```
      10       A.    Yes.
      11       Q.    Okay.  And then did Samyang keep
      12    communications that it sent to Nongshim
      13    Company Limited?
```

**KoreanNoodles**

**80.  PAGE 28:18 TO 28:18 (RUNNING 00:00:01.714)**

          18        A.    Yes.

**81.  PAGE 28:19 TO 28:21 (RUNNING 00:00:08.286)**

          19        Q.    And then did Samyang keep
          20    communications that it sent to Korea
          21    Yakult Company Limited?

**82.  PAGE 29:02 TO 29:02 (RUNNING 00:00:01.882)**

          02        A.    Yes.

**83.  PAGE 29:03 TO 29:04 (RUNNING 00:00:05.598)**

          03        Q.    Were you able to determine why
          04    Samyang kept these communications?

**84.  PAGE 29:20 TO 30:11 (RUNNING 00:00:57.835)**

          20        A.    I too was interested in why they
          21    organized in such a way.  And I was --
          22    because I saw that each communication was
          23    organized by company -- by year in --
          24    under the different directory name.  So I
          25    asked, "Why did you store it such way?"
     00030:01
          02              And I was told that because the
          03    webmail has a limited storage capacity,
          04    after certain period, they had to move to
          05    the external hard drive in order to
          06    receive the new information.  So -- and
          07    that's what I heard, and I was able to
          08    verify that looking through the
          09    directories in the portable hard drive --
          10        Q.    Okay.
          11        A.    -- by year.

**85.  PAGE 30:12 TO 30:14 (RUNNING 00:00:08.627)**

          12        Q.    So when you say the webmail has
          13    a limited storage capacity, by that, do
          14    you mean the DAUM email account?

**86.  PAGE 30:15 TO 30:15 (RUNNING 00:00:01.745)**

          15        A.    Correct.

**87.  PAGE 30:16 TO 30:23 (RUNNING 00:00:22.568)**

          16        Q.    So, then, if I understand your
          17    testimony correctly, because the DAUM
          18    email account did not -- strike that.
          19              If I understand your testimony
          20    correctly, because the DAUM email account
          21    had a limited storage capacity, Samyang
          22    employees downloaded that information onto
          23    the portable hard drive.

**88.  PAGE 31:04 TO 31:08 (RUNNING 00:00:22.876)**

          04        A.    That is what I was told.  And my
          05    understanding is that, in fact, the
          06    important piece of information was
          07    downloaded onto a different storage device
          08    from webmail.

**89.  PAGE 40:18 TO 40:21 (RUNNING 00:00:09.899)**

          18        Q.    When you examined the hard

**KoreanNoodles**

```
       19    drive, did you find that it was the
       20    practice of Samyang employees to save the
       21    communications from Nongshim?
```

**90. PAGE 41:03 TO 41:05 (RUNNING 00:00:16.274)**

```
       03        A.    Yes.  I recognized that as a
       04    practice of the company that has been
       05    done in the -- I mean, from the past.
```

**91. PAGE 43:22 TO 43:25 (RUNNING 00:00:13.532)**

```
       22        Q.    Okay.  So first, the
       23    communications were saved on Hanmail as
       24    they were received, and then later, it was
       25    saved on the hard drive; is that correct?
```

**92. PAGE 44:06 TO 44:07 (RUNNING 00:00:05.338)**

```
       06        A.    That is correct.  I was able to
       07    ascertain that.
```

**93. PAGE 44:08 TO 44:10 (RUNNING 00:00:11.492)**

```
       08        Q.    Okay.  And that -- those
       09    communications included both emails as
       10    well as attachments; is that correct?
```

**94. PAGE 44:13 TO 44:13 (RUNNING 00:00:01.541)**

```
       13        A.    Correct.
```

**95. PAGE 44:14 TO 44:16 (RUNNING 00:00:08.575)**

```
       14        Q.    Did -- did Samyang employees use
       15    the Nongshim communications to conduct
       16    Samyang's Ramen noodle business?
```

**96. PAGE 45:04 TO 45:15 (RUNNING 00:00:48.326)**

```
       04        A.    Nongshim -- since Nongshim was
       05    leading company in Korea, number one
       06    company in Korea, so we -- our company
       07    strategy was reflected based on the
       08    information that we received from
       09    Nongshim, especially price increase.
       10            Before we increased our price,
       11    we received the information concerning
       12    price increase.  And that information, the
       13    price increase information, played a vital
       14    role when we made our decision concerning
       15    price increase.
```

**97. PAGE 45:16 TO 45:19 (RUNNING 00:00:10.010)**

```
       16        Q.    So as I understand it, the
       17    communications that you discovered on the
       18    hard drive included information about
       19    price increases; is that correct?
```

**98. PAGE 45:24 TO 45:24 (RUNNING 00:00:03.357)**

```
       24        A.    Yes.  It was included.
```

**99. PAGE 46:25 TO 47:03 (RUNNING 00:00:06.614)**

```
       25            You interviewed Samyang's
  00047:01
       02    employees about communications with
       03    Ottogi; is that right?
```

**KoreanNoodles**

---

**100. PAGE 47:04 TO 47:04 (RUNNING 00:00:01.487)**

    04      A.   Yes.

**101. PAGE 47:05 TO 47:07 (RUNNING 00:00:09.077)**

    05      Q.   And you examined the hard drive
    06   to see whether there were communications
    07   between Samyang and Ottogi; correct?

**102. PAGE 47:12 TO 47:12 (RUNNING 00:00:01.938)**

    12      A.   Yes.

**103. PAGE 47:13 TO 47:14 (RUNNING 00:00:07.595)**

    13      Q.   And you did, in fact, discover
    14   communications between Ottogi and Samyang.

**104. PAGE 47:20 TO 47:20 (RUNNING 00:00:02.414)**

    20      A.   Correct.

**105. PAGE 60:14 TO 60:16 (RUNNING 00:00:15.050)**

    14      Q.   Have you had a chance to review
    15   Exhibit 29, Director Park?
    16      A.   Yes.

**106. PAGE 62:11 TO 62:13 (RUNNING 00:00:10.290)**

    11      Q.   And at the time you signed
    12   Exhibit 29, did you believe that the
    13   contents were true?

**107. PAGE 62:23 TO 62:24 (RUNNING 00:00:04.815)**

    23      A.   Yes, because I believed that I
    24   signed it.

**108. PAGE 62:25 TO 63:02 (RUNNING 00:00:06.337)**

    25      Q.   Okay.  And do you believe that
 00063:01
    02   the contents of Exhibit 29 are true today?

**109. PAGE 63:03 TO 63:03 (RUNNING 00:00:02.589)**

    03      A.   Yes.

**110. PAGE 64:02 TO 64:06 (RUNNING 00:00:13.891)**

    02      Q.   Okay.  So what are the sort of
    03   general categories of communications that
    04   you discovered between Samyang and
    05   Samyang's competitors in the Korean Ramen
    06   noodle industry?

**111. PAGE 64:11 TO 64:13 (RUNNING 00:00:15.571)**

    11      A.   That I can only mention with
    12   list of directories that was in the hard
    13   drive.  Would that be okay?

**112. PAGE 64:14 TO 64:16 (RUNNING 00:00:11.780)**

    14      Q.   Sure.  But I was more interested
    15   in the information that you have
    16   underlined on page 2616.

**113. PAGE 64:17 TO 64:20 (RUNNING 00:00:20.266)**

    17      A.   The contents that are underlined
    18   on this page is the subdirectory under the

---

**KoreanNoodles**

---

```
19    umbrella of big directory that I found in
20    the portable hard drive.
```

**114.  PAGE 64:21 TO 64:22  (RUNNING 00:00:02.499)**

```
21        Q.    And what was the big directory
22    called?
```

**115.  PAGE 64:23 TO 65:06  (RUNNING 00:00:28.258)**

```
23        A.    I need to explain a little bit
24    here.  Inside the portable hard drive,
25    there is a root directory.  And under the
00065:01
02    root directory, there are many directories
03    or subdirectories.  And one of the
04    subdirectories has a name "Concerning
05    Competitors."  And these were the -- under
06    that directory.
```

**116.  PAGE 65:07 TO 65:09  (RUNNING 00:00:06.118)**

```
07        Q.    Okay.  And then under the
08    competitors' directory, what
09    subdirectories did you find?
```

**117.  PAGE 65:10 TO 65:11  (RUNNING 00:00:27.978)**

```
10        A.    Price list, competitors weekly
11    trend report, DAUM mailbox or -- and the
```

**118.  PAGE 65:12 TO 65:22  (RUNNING 00:01:07.026)**

```
12    competitors' events, advertising campaign,
13    and personnel or organizational chart,
14    competitors' regular event, competitors'
15    price increase, competitors' new product,
16    competitors' sales figures, competitors'
17    strategy, Samyang sales figures, and what
18    Samyang notified them, that is all.  And I
19    mentioned in -- one of the subdirectories
20    has "DAUM mailbox."  And under the DAUM
21    mailbox, it was segregated as by year and
22    by company.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:24:40.557)**

**KoreanNoodles**

**Park, Jeong-Eun (Vol. 02) - 01/19/2016**          1 CLIP  (RUNNING 00:06:20.543)

PARKJEONGEUN-0119          11 SEGMENTS  (RUNNING 00:06:20.543)          

**1. PAGE 141:02 TO 141:09  (RUNNING 00:00:29.607)**

```
02      Q.    Director Park, during that time,
03 from May 2008 to August 31, 2008, did
04 you -- were you aware during that period
05 of time that Samyang employees were
06 communicating with Samyang's Ramen
07 competitors about matters including price,
08 sales volumes, or any other information
09 about Korean Ramen?
```

**2. PAGE 141:15 TO 141:15  (RUNNING 00:00:03.211)**

```
15      A.    Yes.  I'm aware of that.
```

**3. PAGE 141:16 TO 141:18  (RUNNING 00:00:08.003)**

```
16      Q.    Okay.  And were you aware of
17 that during the period of time 2000 --
18 May 2008 to August 31, 2008?
```

**4. PAGE 141:22 TO 142:18  (RUNNING 00:01:50.006)**

```
22      A.    I started working for Samyang in
23 May of 2008.  And as of September 1, 2008,
24 I disbanded market research team when I
25 became the head of marketing department.
00142:01
02 And, of course, I was with the marketing
03 department when I started working for the
04 company.  But I had -- I had a learning
05 period for three months because I was not
06 very knowledgeable about the company for
07 the first three months.
08          And every day, I received a
09 report from the head of marketing team,
10 and that report included the information
11 exchange between competitors.  That piece
12 of information was a part of daily report.
13          If I may reiterate, just in case
14 you are not aware, I'm not saying the
15 report was a written report.  This
16 individual reported to me verbally with
17 pertinent information or relevant
18 document.
```

**5. PAGE 142:23 TO 143:02  (RUNNING 00:00:16.457)**

```
23      A.    That is how I'm able to remember
24 that that piece of information -- that
25 type of information was exchanged during
00143:01
02 that period.
```

**6. PAGE 144:18 TO 144:22  (RUNNING 00:00:11.422)**

```
18      Q.    Well, did you have an
19 understanding in that period, from
20 May 2008 to August 31, 2008, that Mr. Seo
```

**KoreanNoodles**

---

```
21    was communicating with Nongshim about
22    Korean Ramen?
```

**7.  PAGE 145:04 TO 145:08  (RUNNING 00:00:17.213)**

```
04        A.    So -- so you are asking through
05    verbal report from Mr. Jin Woo Seo that I
06    learned that he was communicating with
07    Nongshim.  I believe that is what you're
08    asking.  Am I correct?
```

**8.  PAGE 145:09 TO 145:09  (RUNNING 00:00:01.117)**

```
09        Q.    You are correct.
```

**9.  PAGE 145:10 TO 146:13  (RUNNING 00:02:31.250)**

```
10        A.     Probably that practice was
11    taking place even before I started working
12    for Samyang, before May.  But I received
13    the information about competitors in May,
14    June, July, August.
15             If I remember correctly, one
16    week prior to my working -- my commencing
17    working for Samyang, I heard that there
18    was first initial investigation by Korean
19    Fair Trade Commission.  Wait.  That was
20    actually one week to ten days after I
21    started working for Samyang that -- that
22    Korean Fair Trade Commission investigated
23    Samyang the first time.
24             And even though there was -- the
25    field investigation by Korean Fair Trade
00146:01
02    Commission was taking place, they
03    continued to exchange information with
04    competitors, and I received result of this
05    information exchange continuously.
06             I disbanded the market research
07    team -- market research organization as of
08    September 1st, and I informed all our
09    staff that "Please stop sharing any type
10    of information with competitors."  I made
11    that very clear.  And after that, I do not
12    know whether there was a continuous
13    information exchange or not.
```

**10.  PAGE 177:05 TO 177:10  (RUNNING 00:00:16.133)**

```
05        Q.    All right.  And more broadly,
06    the emails that are contained on the
07    Samyang hard drive, the contents of them
08    were saved in the form that exists on the
09    hard drive in the ordinary course of
10    Samyang's business; correct?
```

**11.  PAGE 177:18 TO 177:21  (RUNNING 00:00:16.124)**

```
18        A.    What I can say is that this is
19    the practice that market research
20    organization has been following for
21    several years.  This is very ordinary.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:20.543)**

COURT EXHIBIT 13b

**Ottogi**

 **Park, Jeong Eun (Vol. 01) - 01/18/2016**                    **1 CLIP  (RUNNING 00:10:29.293)**

 11-18-18

JEONGPARK1                    42 SEGMENTS  (RUNNING 00:10:29.293)       

**1. PAGE 15:10 TO 15:11  (RUNNING 00:00:09.629)**

> 10      Q.    Okay.  Did you interview Mr. Kim
> 11   Jong Yui -- Kim Kyung-Joo?

**2. PAGE 15:12 TO 15:14  (RUNNING 00:00:08.885)**

> 12      A.    I have never seen him when he
> 13   was with market research because we worked
> 14   at different times.

**3. PAGE 19:07 TO 19:09  (RUNNING 00:00:11.547)**

> 07      Q.    And did Mr. Kyung Mu Min tell
> 08   you a time period during which he
> 09   exchanged information with competitors?

**4. PAGE 19:10 TO 19:13  (RUNNING 00:00:12.654)**

> 10      A.    I don't really recall, but he
> 11   was regular employee, kind of low level.
> 12   And I don't believe that he did that for a
> 13   very long period of time.

**5. PAGE 116:17 TO 116:19  (RUNNING 00:00:10.331)**

> 17           And let me just ask you if you
> 18   can take a look at Exhibit 27 and tell me
> 19   if you recognize this document.

**6. PAGE 116:20 TO 116:22  (RUNNING 00:00:06.998)**

> 20      A.    I know what this -- the contents
> 21   of this document.
> 22      Q.    And what is it?

**7. PAGE 116:23 TO 117:04  (RUNNING 00:00:35.277)**

> 23      A.    This is 2008 Nongshim's price
> 24   increase details for Ramen products as
> 25   well as snack products.
> 00117:01
> 02      Q.    Is this an example of the kinds
> 03   of documents that you found on the hard
> 04   drive when you conducted your examination?

**8. PAGE 117:09 TO 117:17  (RUNNING 00:00:29.239)**

> 09      A.    I cannot say whether this is the
> 10   document, this is the very same document
> 11   that I found and submitted.  I cannot say
> 12   that.  But because there were documents
> 13   similar to this by year in the hard drive,
> 14   I infer that that might -- this might be
> 15   from that.  But I cannot say for sure that
> 16   this is the document that I personally
> 17   extracted and submitted.

**9. PAGE 117:18 TO 118:02  (RUNNING 00:00:27.809)**

> 18           In order for me to confirm that

**Ottogi**

```
        19    this is the document that I extracted and
        20    found and submitted, I need to see the
        21    screen shot of the file attribute that you
        22    showed me earlier.  In it, I can find when
        23    this was created, and so I can verify
        24    that.  But since this document does not
        25    have such file attribute information, I
00118:01
        02    cannot say for sure.
```

**10.  PAGE 120:17 TO 120:20  (RUNNING 00:00:11.987)**

```
        17        Q.    I would also like to ask you if
        18    you could -- if you could take a look at a
        19    document that's been previously marked as
        20    Exhibit 28.
```

**11.  PAGE 120:21 TO 121:02  (RUNNING 00:00:24.519)**

```
        21        A.    Yes.
        22        Q.    And, again, for the record, that
        23    contains -- it bears the Bates No.
        24    SHD00000576.  And I want to ask you,
        25    again, whether this is -- do you know what
00121:01
        02    this -- do you know what Exhibit 28 is?
```

**12.  PAGE 121:07 TO 121:12  (RUNNING 00:00:28.699)**

```
        07        A.    It seems to me that this
        08    document is the 2005 Ottogi item-by-item
        09    price increase plan or proposal.
        10        Q.    And is this an example of the
        11    type of documents that you found on the
        12    Samyang hard drive?
```

**13.  PAGE 121:19 TO 121:23  (RUNNING 00:00:15.940)**

```
        19        A.    Just like the previous document
        20    that you showed me, I have seen many
        21    documents similar to this.  But I cannot
        22    say that this is the very same document
        23    that I extracted and found.
```

**14.  PAGE 127:22 TO 127:25  (RUNNING 00:00:06.902)**

```
        22        Q.    And so it's fair to say that you
        23    have never worked in any information
        24    technology group in any organization;
        25    right?
```

**15.  PAGE 128:02 TO 128:08  (RUNNING 00:00:21.190)**

```
        02        A.    Correct.  I never personally
        03    worked in that area.
        04        Q.    It's also fair to say, isn't it,
        05    that before you started work at Samyang in
        06    May 2008, you have no personal knowledge
        07    of anything that happened at Samyang
        08    before you arrived; right?
```

**16.  PAGE 128:11 TO 128:11  (RUNNING 00:00:01.332)**

```
        11        A.    That is correct.
```

**17.  PAGE 131:22 TO 132:02  (RUNNING 00:00:24.622)**

```
        22        Q.    In your testimony earlier today
        23    about your statement to the KFTC, you
        24    talked about how the examples you gave
        25    were taken from the portable hard drive.
```

**Ottogi**

```
00132:01
     02                Do you recall that generally?
```

**18. PAGE 132:03 TO 132:04  (RUNNING 00:00:06.901)**

```
     03        A.    Yes, I do.
     04        Q.    Please look at page SYK2617.
```

**19. PAGE 132:05 TO 132:05  (RUNNING 00:00:03.402)**

```
     05    Please look at the very top of the page.
```

**20. PAGE 132:06 TO 132:09  (RUNNING 00:00:06.461)**

```
     06        A.    Yes.
     07        Q.    At the very top of the page, did
     08    you write that or did someone else write
     09    that?
```

**21. PAGE 132:10 TO 132:10  (RUNNING 00:00:02.220)**

```
     10        A.    I personally wrote this.
```

**22. PAGE 132:13 TO 132:15  (RUNNING 00:00:06.307)**

```
     13        Q.    In that line, the abbreviation
     14    "CD" is used.
     15                Do you see that?
```

**23. PAGE 132:16 TO 132:22  (RUNNING 00:00:14.454)**

```
     16        A.    Yes.
     17        Q.    Where you use the abbreviation
     18    "CD" there, do you mean the removable --
     19    excuse me.  Strike that.
     20                When you use the abbreviation
     21    "CD" there, do you mean the portable hard
     22    drive or do you mean something else?
```

**24. PAGE 132:23 TO 133:03  (RUNNING 00:00:16.701)**

```
     23        A.    Earlier, when I received a
     24    question about portable hard drive, I
     25    stated that there was -- there were some
00133:01
     02    issues with portable hard drive.  So I had
     03    to send it out to outside company to
```

**25. PAGE 133:04 TO 133:10  (RUNNING 00:00:18.351)**

```
     04    recover.  That this company, when they
     05    were trying to recover the files, they
     06    were afraid that there might be -- might
     07    something happen with respect to portable
     08    hard drive.  So they also copied what was
     09    in the portable hard drive onto -- onto
     10    CDs.
```

**26. PAGE 133:11 TO 133:19  (RUNNING 00:00:36.236)**

```
     11                So although I prepared the
     12    documents looking at what was in the CD,
     13    because it is easier and readily
     14    accessible, but when I do that, the
     15    contents of the file attribute might be
     16    altered.  So when I used -- when I had the
     17    screen shot of the file attribute, I used
     18    the portable hard drive.  But what's in it
     19    is the same.
```

**Ottogi**

---

**27. PAGE 135:19 TO 135:22 (RUNNING 00:00:14.488)**

```
19              So your testimony is that the
20  outside company copied onto CDs some
21  information from the portable hard drive;
22  right?
```

**28. PAGE 135:23 TO 135:24 (RUNNING 00:00:04.854)**

```
23      A.   Yes.  That's what I heard.
24      Q.   Who did you hear that from?
```

**29. PAGE 135:25 TO 135:25 (RUNNING 00:00:02.190)**

```
25      A.   Because I received the CDs.
```

**30. PAGE 136:02 TO 136:20 (RUNNING 00:00:54.066)**

```
02  Because today, there is no problem with
03  portable hard drive, but at that time, it
04  was very unstable.
05              There was no -- not much
06  stability with respect to portable hard
07  drive.  And sometimes when you try to open
08  a file with a portable hard drive, you
09  might not be able to open it.  And so even
10  though they recovered what was in the
11  portable hard drive, the portable hard
12  drive might run into some problems down
13  the road.
14              So the outside company decided
15  to make a copy onto CDs what was on the
16  portable hard drive.  So that was kind of
17  a spare, the CD, so just in case something
18  might happen to portable hard drive down
19  the road, because at that time, portable
20  hard drive was very unstable.
```

**31. PAGE 139:03 TO 139:06 (RUNNING 00:00:17.143)**

```
03      Q.   Did -- so it was Myung
04  Information Company which made the copies
05  onto the CD from the portable hard drive;
06  right?
```

**32. PAGE 139:09 TO 139:19 (RUNNING 00:00:36.577)**

```
09      A.   How I can easily remember the
10  name of the company, Myung Information
11  Communication, is that after they
12  recovered portable hard drive, they made a
13  copy onto CD.  And it wasn't a single CD.
14  The CDs -- a number of CDs were in the box
15  that they gave us.  And on the box, I saw
16  there are stickers with their name, Myung
17  Information Communication, and their
18  contact information, including their URL,
19  et cetera.  That's how I remember.
```

**33. PAGE 139:20 TO 140:02 (RUNNING 00:00:19.595)**

```
20              And also in that sticker, they
21  indicated that when they received this
22  service inquiry or service request and
23  when their information were -- what was in
24  the portable hard drive was recovered.  So
25  it had the date recovered indicated as
00140:01
02  well.
```

**Ottogi**

---

**34. PAGE 140:03 TO 140:03  (RUNNING 00:00:02.153)**

```
03      Q.    How many CDs did they give you?
```

**35. PAGE 140:04 TO 140:08  (RUNNING 00:00:12.904)**

```
04      A.    One CD.
05      Q.    You just said a moment ago that
06   "It was not a single CD.  A number of CDs
07   were in the box that they gave us."
08            How many CDs did they give you?
```

**36. PAGE 140:19 TO 140:21  (RUNNING 00:00:11.856)**

```
19      A.    You mentioned plural CDs.  But,
20   no.  There was one CD, and the CD was in a
21   plastic case or the -- yeah, plastic case.
```

**37. PAGE 143:10 TO 143:15  (RUNNING 00:00:14.651)**

```
10      Q.    Likewise, when you said that you
11   remember that the KFTC had numerous
12   questions with respect to why something
13   was damaged, you're saying they had
14   numerous questions with respect to why the
15   portable hard drive was damaged; right?
```

**38. PAGE 143:16 TO 143:20  (RUNNING 00:00:12.334)**

```
16      A.    That is correct.
17      Q.    And so likewise, you said that
18   they were suspicious whether Samyang
19   intentionally damaged the hard drive to
20   interfere with their investigation; right?
```

**39. PAGE 143:24 TO 143:24  (RUNNING 00:00:02.423)**

```
24      A.    That is correct.
```

**40. PAGE 149:16 TO 149:17  (RUNNING 00:00:07.551)**

```
16      Q.    Did Myung tell you how much of
17   the data they could not recover?
```

**41. PAGE 149:20 TO 149:21  (RUNNING 00:00:05.341)**

```
20      A.    I did not personally communicate
21   with Myung Information Communications.  I
```

**42. PAGE 149:22 TO 150:02  (RUNNING 00:00:12.574)**

```
22   heard from someone that some of the
23   characters -- I mean, it's not really
24   crucial to the contents itself -- that
25   some of the characters were -- were
00150:01
02   corrupted.
```

**Ottogi**

 **Park, Jeong Eun (Vol. 01) - 01/19/2016**                    **1 CLIP  (RUNNING 00:10:55.168)**

 11-18-18                                                     

**JEONGPARK2**              **57 SEGMENTS  (RUNNING 00:10:55.168)**

**1.  PAGE 11:13 TO 11:14  (RUNNING 00:00:11.164)**

>     13      Q.    All right.  Next, to clarify one
>     14   item from yesterday's testimony, it's fair

**2.  PAGE 11:15 TO 11:19  (RUNNING 00:00:14.766)**

>     15   to say, isn't it, that because you started
>     16   work at Samyang in May 2008, you have no
>     17   personal knowledge of anything that
>     18   happened at Samyang before you arrived;
>     19   right?

**3.  PAGE 11:22 TO 11:22  (RUNNING 00:00:01.868)**

>     22      A.    Yes.  That is correct.

**4.  PAGE 17:04 TO 17:05  (RUNNING 00:00:06.156)**

>     04      Q.    Do you know what it means to
>     05   make a forensic image of a hard drive?

**5.  PAGE 17:06 TO 17:06  (RUNNING 00:00:01.751)**

>     06      A.    No.  I have no idea.

**6.  PAGE 17:09 TO 17:12  (RUNNING 00:00:13.418)**

>     09      A.    I absolutely have no idea.
>     10      Q.    Did Samyang give the KFTC a copy
>     11   of all the contents of the external hard
>     12   drive?

**7.  PAGE 17:13 TO 17:20  (RUNNING 00:00:27.094)**

>     13      A.    I do not know whether the entire
>     14   content was copied and sent to the KFTC.
>     15   But we did provide all the contents of the
>     16   external hard drive to our company
>     17   counsel.
>     18      Q.    But you don't know how much of
>     19   that Samyang's company counsel gave to
>     20   KFTC, do you?

**8.  PAGE 17:23 TO 17:23  (RUNNING 00:00:02.610)**

>     23      A.    That is correct.  I do not know.

**9.  PAGE 18:18 TO 18:21  (RUNNING 00:00:10.796)**

>     18      Q.    Did you prepare any
>     19   cut-and-paste material to be included in
>     20   other Samyang employees' witness
>     21   statements to the KFTC?

**10.  PAGE 18:24 TO 19:03  (RUNNING 00:00:08.697)**

>     24      A.    I believe so, substantially,
>     25   yes.
>  00019:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
>     02      Q.    For all of the KFTC witness
>     03   statements?

**Ottogi**

**11. PAGE 19:06 TO 19:11  (RUNNING 00:00:19.906)**

```
06        A.   Since I do not know what
07   statements were submitted to KF -- to the
08   KFTC, I do not know as to that.  So I
09   cannot say yes or no, whether I prepared
10   all the cut-and-paste sections that appear
11   in other witnesses' statements.
```

**12. PAGE 19:12 TO 19:20  (RUNNING 00:00:32.540)**

```
12           But I can say the following:
13   That what I did was that I extracted
14   documents as much as possible that was
15   done in the past in the course of business
16   at Samyang from the past from quite some
17   time ago.  That was done intentionally.
18   So, yes, I did that.  I extracted
19   documents and submitted these documents to
20   the company counsel, as much as possible.
```

**13. PAGE 38:21 TO 38:23  (RUNNING 00:00:05.732)**

```
21        Q.   Mr. Park, you personally never
22   sent any information to a Samyang
23   competitor; right?
```

**14. PAGE 38:24 TO 39:03  (RUNNING 00:00:05.014)**

```
24        A.   That is correct.
25        Q.   And you personally never
00039:01 PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   received any information from a Samyang
03   competitor; right?
```

**15. PAGE 39:04 TO 39:08  (RUNNING 00:00:18.113)**

```
04        A.   Yes.  That is correct.
05        Q.   And isn't it also true that you
06   did not directly download from hanmail.net
07   any emails from the "marketone" email
08   account @hanmail.net?
```

**16. PAGE 39:10 TO 39:13  (RUNNING 00:00:11.953)**

```
10        A.   Yes.  That is correct.
11        Q.   And isn't it true that you did
12   not directly download from DAUM.net any
13   emails from any email account @DAUM.net?
```

**17. PAGE 39:15 TO 39:15  (RUNNING 00:00:02.023)**

```
15        A.   That is correct.
```

**18. PAGE 44:09 TO 44:12  (RUNNING 00:00:16.050)**

```
09           Do you believe that if you
10   search the contents of the electronic hard
11   drive for emails from howll@hanmail.net,
12   that you would find them?
```

**19. PAGE 44:15 TO 44:23  (RUNNING 00:00:27.429)**

```
15        A.   If I remember correctly, this
16   email address, howll@hanmail, I have seen
17   this email address on numerous occasions
18   in external hard drive.
19        Q.   That being so, do you believe
20   that if you search the contents of the
21   electronic hard drive for emails from
22   howll@hanmail.net, that you will find
```

**Ottogi**

```
       23    them?
```

**20. PAGE 45:02 TO 45:12  (RUNNING 00:00:33.968)**

```
       02       A.    What I stated earlier is that I
       03    have seen this particular email address,
       04    "howl11" address in the external hard
       05    drive.  I have seen this domain email
       06    address.  But that does not mean that if
       07    you search this, the contents of this
       08    email will be there.  What I'm saying is
       09    that I took this screen shot, the list of
       10    email address.  That doesn't mean that if
       11    you click this, there will be email
       12    contents.
```

**21. PAGE 72:19 TO 72:20  (RUNNING 00:00:09.642)**

```
       19           You do not personally know
       20    Mr. Yeo Won Yoon of Nongshim, do you?
```

**22. PAGE 72:21 TO 72:21  (RUNNING 00:00:01.963)**

```
       21       A.    That is correct.
```

**23. PAGE 78:02 TO 78:03  (RUNNING 00:00:04.742)**

```
       02       Q.    Please look on the same page,
       03    SYK2624, there are a couple of boxes in
```

**24. PAGE 78:03 TO 78:04  (RUNNING 00:00:04.633)**

```
       03    SYK2624, there are a couple of boxes in
       04    the lower right corner.  I am directing
```

**25. PAGE 78:05 TO 78:07  (RUNNING 00:00:08.174)**

```
       05    your attention to the upper one of those
       06    two boxes.
       07           Do you see?
```

**26. PAGE 78:08 TO 78:10  (RUNNING 00:00:02.951)**

```
       08       A.    Yes.
       09       Q.    Did you write the contents of
       10    that box?
```

**27. PAGE 78:11 TO 78:14  (RUNNING 00:00:05.790)**

```
       11       A.    Yes, I did.
       12       Q.    Would you please read the
       13    contents that you wrote in that box into
       14    the record.
```

**28. PAGE 78:15 TO 78:20  (RUNNING 00:00:15.368)**

```
       15       A.    "The date Nongshim price --
       16    increased its price, December 24th,
       17    announced to the -- media announcement
       18    date, December 23rd."
       19       Q.    When did Nongshim communicate
       20    this to its distributors?
```

**29. PAGE 78:23 TO 78:23  (RUNNING 00:00:03.685)**

```
       23       A.    Well, I do not know that.
```

**30. PAGE 82:16 TO 82:17  (RUNNING 00:00:04.619)**

```
       16       Q.    Mr. Park, my question is
       17    different.
```

**Ottogi**

---

**31. PAGE 82:18 TO 82:22  (RUNNING 00:00:21.374)**

```
18          My question is you cannot, by
19   looking at page SYK26 -- 2629 alone, tell
20   me which of the listed items relates to
21   price increase advance information, can
22   you?
```

**32. PAGE 82:25 TO 83:02  (RUNNING 00:00:05.969)**

```
25          A.    That is correct.  I cannot find
00083:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   the information concerning price increase.
```

**33. PAGE 90:13 TO 90:16  (RUNNING 00:00:15.940)**

```
13          Q.    And doesn't your statement in
14   the numbered paragraph 1 on this page say
15   that you are speculating that a fax from
16   Nongshim was from Yeo Won Yoon?
```

**34. PAGE 90:19 TO 90:20  (RUNNING 00:00:06.585)**

```
19          A.    Yes.  That is correct.  I assume
20   it was from Yeo Won Yoon.
```

**35. PAGE 93:05 TO 93:07  (RUNNING 00:00:03.941)**

```
05          My question is what does it say
06   just below that line on the left-hand
07   side?
```

**36. PAGE 93:11 TO 93:12  (RUNNING 00:00:04.704)**

```
11          A.    Yes.  I understand now.
12          Q.    Please read what that says.
```

**37. PAGE 93:13 TO 93:16  (RUNNING 00:00:09.567)**

```
13          A.    "Recipient:  Account
14   representative."
15          Q.    So it says, "To account
16   representative"; right?
```

**38. PAGE 93:17 TO 93:19  (RUNNING 00:00:08.773)**

```
17          A.    Yes.  That is correct.
18          Q.    The line below that, what does
19   it say?
```

**39. PAGE 93:20 TO 93:23  (RUNNING 00:00:14.142)**

```
20          A.    It's illegible.  I cannot tell.
21          Q.    Please look at it, listen to my
22   question, and tell me if you can tell that
23   it says what I'm reading.
```

**40. PAGE 93:24 TO 94:03  (RUNNING 00:00:08.252)**

```
24          A.    Yes.
25          Q.    "CC or copy manager of
00094:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   purchasing department, person charged with
03   purchasing."
```

**41. PAGE 94:14 TO 94:14  (RUNNING 00:00:04.255)**

```
14          Q.    Mr. Park, now that you've read
```

**42. PAGE 94:15 TO 94:17  (RUNNING 00:00:10.320)**

```
15   this, do you have an understanding that
16   this is Nongshim's memorandum to its
```

**Ottogi**

---

```
     17    customers announcing the price increase?
```

**43. PAGE 94:20 TO 94:23  (RUNNING 00:00:11.118)**

```
     20         A.    What I tried to show through
     21    this document is that before Nongshim
     22    raised its price, Nongshim received
     23    from --
```

**44. PAGE 95:02 TO 95:05  (RUNNING 00:00:16.808)**

```
     02         A.    Samyang received price increase
     03    information from Nongshim.  And I was not
     04    interested in -- to whom Nongshim send
     05    this information.  And according to this,
```

**45. PAGE 95:06 TO 95:13  (RUNNING 00:00:29.060)**

```
     06    recipient is -- or "to" is representative
     07    of account or account representative.  But
     08    I don't know what that refers to.  I have
     09    no idea.
     10         Q.    Does that Korean language
     11    portion that you read as account
     12    representative -- does that equally mean
     13    representative of customer?
```

**46. PAGE 95:14 TO 95:15  (RUNNING 00:00:04.289)**

```
     14         A.    That's one way of interpreting
     15    that.
```

**47. PAGE 114:09 TO 114:13  (RUNNING 00:00:09.721)**

```
     09         Q.    Mr. Park, multiple times in your
     10    deposition, you've testified that you're
     11    not a computer expert.
     12               You're not changing that
     13    testimony now, are you?
```

**48. PAGE 114:16 TO 114:17  (RUNNING 00:00:02.487)**

```
     16         A.    No.  No.  I'm not a computer
     17    expert.
```

**49. PAGE 121:09 TO 121:13  (RUNNING 00:00:14.467)**

```
     09               Do you agree if Mr. Ki Hong Kim
     10    had retired from Nongshim nearly eight
     11    months before the fax that you testified
     12    about was sent, then the testimony about
     13    him sending the fax is incorrect; right?
```

**50. PAGE 121:18 TO 121:25  (RUNNING 00:00:29.981)**

```
     18         A.    Well, if I just look at the --
     19    what's in the -- my testimony, if -- just
     20    based on that, then that statement might
     21    be -- be incorrect.
     22               MS. YU:  Might be incorrect or
     23         might be correct?
     24               THE INTERPRETER:  The statement
     25         in this document is incorrect.
```

**51. PAGE 122:24 TO 123:05  (RUNNING 00:00:22.120)**

```
     24         Q.    Mr. Park, I represent to you
     25    that Exhibit 39 is a true and correct copy
  00123:01    PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02    of a business record from Nongshim Company
     03    Limited and that it is a true and correct
```

## Ottogi

```
        04    copy of the personnel records card for now
        05    retired employee, Ki Hong Kim.
```

**52. PAGE 123:06 TO 123:09  (RUNNING 00:00:14.058)**

```
        06            Looking at the first line of the
        07    Korean text on Exhibit 39 inside the
        08    boxes, does this record state that Ki Hong
        09    Kim voluntarily retired on April 30, 2004?
```

**53. PAGE 123:16 TO 123:19  (RUNNING 00:00:10.393)**

```
        16        A.    It states that the member
        17    retirement.
        18        Q.    And the date of retirement it
        19    states is April 30, 2004; right?
```

**54. PAGE 123:20 TO 123:20  (RUNNING 00:00:01.188)**

```
        20        A.    Correct.
```

**55. PAGE 143:23 TO 144:03  (RUNNING 00:00:15.036)**

```
        23        Q.    Okay.  Did Mr. Seo tell you in
        24    that period of time between May 2008 and
        25    August 31, 2008, that he had been
  00144:01    PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    communicating with Samyang's Ramen
        03    competitors?
```

**56. PAGE 144:08 TO 144:08  (RUNNING 00:00:03.981)**

```
        08        A.    No.  He did not tell me such as
```

**57. PAGE 144:08 TO 144:17  (RUNNING 00:00:24.024)**

```
        08        A.    No.  He did not tell me such as
        09    that.  He brought the information that he
        10    obtained from the information exchange.
        11    He did not tell me with whom he was
        12    communicating or which competitor or
        13    competitors he was exchanging information
        14    or where.  I was not really interested in
        15    that type of information.  He just
        16    reported the result of information
        17    exchange.
```

**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:21:24.461)**



COURT EXHIBIT 13c

**KoreanNoodles**

 **Park, Jeong-Eun (Vol. 01) - 01/18/2016**                                      **1 CLIP  (RUNNING 00:01:58.012)**

 ReDirect

**PARKJEONGEUN-0118R**             **4 SEGMENTS  (RUNNING 00:01:58.012)**

**1.  PAGE 118:10 TO 118:12  (RUNNING 00:00:10.386)**

```
10          Do you recall what years you
11   found documents such as Exhibit 27 in the
12   hard drive?
```

**2.  PAGE 118:17 TO 119:07  (RUNNING 00:01:33.558)**

```
17     A.    For starters, I did not extract
18   all the documents similar to this but --
19   for every single year.  But I just picked
20   two years, as an example, 2004 and 2007,
21   and that's how I testified earlier.
22          But if you compare this document
23   with the second screen shot on 2635, which
24   is that we -- Samyang received information
25   on February 26, 2007, and that information
00119:01
02   or the contents are exactly the same.
03          What I mean is that the products
04   and the factory price -- factory price,
05   the specifications or the size and the
06   suggested retail price -- those are the
07   same.
```

**3.  PAGE 134:07 TO 134:10  (RUNNING 00:00:11.138)**

```
07     Q.    But is it your testimony that
08   every place where there is a screen shot
09   in your statement, the screen shot was
10   taken from the portable hard drive?
```

**4.  PAGE 134:11 TO 134:11  (RUNNING 00:00:02.930)**

```
11     A.    Yes.  That is my understanding.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:58.012)**

**KoreanNoodles**

 **Park, Jeong-Eun (Vol. 02) - 01/19/2016**  1 CLIP  (RUNNING 00:05:32.955)

 ReDirect

**PARKJEONGEUN-0119R**     19 SEGMENTS  (RUNNING 00:05:32.955)

**1. PAGE 17:24 TO 18:03  (RUNNING 00:00:17.072)**

```
      24      Q.   You do know that some of the
      25   material cut-and-paste from the external
00018:01
      02   hard drive was included with your witness
      03   statement; right?
```

**2. PAGE 18:06 TO 18:09  (RUNNING 00:00:16.633)**

```
      06      A.   Are you asking the part of what
      07   was in the hard drive was cut and paste
      08   and included in the -- in my statement
      09   that was submitted to the KFTC?
```

**3. PAGE 18:10 TO 18:10  (RUNNING 00:00:01.242)**

```
      10      Q.   Yes.  That's true, isn't it?
```

**4. PAGE 18:11 TO 18:11  (RUNNING 00:00:01.984)**

```
      11      A.   Yes.  That is true.
```

**5. PAGE 18:12 TO 18:14  (RUNNING 00:00:10.534)**

```
      12      Q.   And did you personally prepare
      13   all of the cut-and-paste information that
      14   is included in your statement to the KFTC?
```

**6. PAGE 18:15 TO 18:17  (RUNNING 00:00:10.028)**

```
      15      A.   That is correct.  All the
      16   cut-and-paste sections that appear in my
      17   statement were prepared by me.
```

**7. PAGE 80:13 TO 80:15  (RUNNING 00:00:28.557)**

```
      13      Q.   So please look at page SYK2629.
      14   This is one of those lists of emails;
      15   right?
```

**8. PAGE 80:18 TO 80:18  (RUNNING 00:00:01.725)**

```
      18      A.   Yes.  That is correct.
```

**9. PAGE 80:19 TO 80:21  (RUNNING 00:00:08.988)**

```
      19      Q.   And you extracted that list in
      20   the way it appears here from the external
      21   hard drive; right?
```

**10. PAGE 80:22 TO 80:22  (RUNNING 00:00:02.809)**

```
      22      A.   Yes.  I believe I did.
```

**11. PAGE 80:23 TO 81:05  (RUNNING 00:00:44.177)**

```
      23      Q.   On the next page, SYK2630, in
      24   the second paragraph on that page, you
      25   start by saying -- at least in the English
00081:01
      02   translation, you start by saying, "Looking
```

**KoreanNoodles**

```
03   at the details of the above email."
04          Do you see that reference, in
05   the Korean original, I mean?
```

**12. PAGE 81:06 TO 81:09  (RUNNING 00:00:12.853)**

```
06   A.   In Korean, it doesn't say
07   "details of the above email."  It just
08   says that "looking at the contents of the
09   above email."
```

**13. PAGE 81:10 TO 81:14  (RUNNING 00:00:12.088)**

```
10      Q.   Okay.  And one of the things
11   that you testify here that can be seen by
12   looking at the content of the above emails
13   relates to price increase advance
14   information.
```

**14. PAGE 81:15 TO 81:16  (RUNNING 00:00:06.727)**

```
15      A.   Not only price increase advance
16   information.
```

**15. PAGE 81:17 TO 81:19  (RUNNING 00:00:03.064)**

```
17      Q.   I understand.  But that's the
18   one I'm asking you about.
19      A.   But there are other things.
```

**16. PAGE 81:20 TO 81:25  (RUNNING 00:00:20.167)**

```
20      Q.   Yes.  I understand.
21          But isn't it true that, using
22   only the image on SYK2629 alone, you
23   cannot identify which of those items
24   relates to price increase advance
25   information, can you?
```

**17. PAGE 82:06 TO 82:15  (RUNNING 00:00:38.540)**

```
06      A.   As I stated earlier, that this
07   email list or the emails do not just
08   concern a price increase, but other
09   emails -- other information as well other
10   than just price increase, that just by
11   looking at the list of these emails, one
12   can tell that the information concerning
13   management, overall management, has been
14   exchanged just by even looking at the
15   title of this.
```

**18. PAGE 117:19 TO 117:22  (RUNNING 00:00:17.084)**

```
19      Q.   Mr. Park, would you agree with
20   me that if Ki Hong Kim had retired from
21   Nongshim months before December 22, 2004,
22   that he did not send any fax to Samyang?
```

**19. PAGE 117:25 TO 118:14  (RUNNING 00:01:18.683)**

```
25      A.   As I mentioned in my statement,
00118:01
02   that this is not the material that I
03   extracted from the external hard drive.
04   And this is the material that I had
05   received from Samyang Gumi branch office.
06   That is why there was -- there is no way
07   for me to know whether Ki Hong Kim from
08   Nongshim, in fact, sent this particular
09   fax to Samyang.
```

**KoreanNoodles**

```
10          This merely shows that -- that
11   Samyang Gumi branch office exchanged its
12   information with Nongshim Gumi branch
13   office, and Samyang Gumi branch office
14   counterpart at Nongshim was Ki Hong Kim.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:32.955)**

COURT EXHIBIT 14a

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 1:04:42 PM**

## KoreanNoodles

 **Lee, Se Chang (Vol. 01) - 04/05/2016**                        **1 CLIP  (RUNNING 00:08:29.531)**



**LEESECHANG-0405**                **57 SEGMENTS  (RUNNING 00:08:29.531)**     

**1.  PAGE 5:12 TO 5:17  (RUNNING 00:00:17.654)**

```
12  A L B E R T   K I M,
13        the interpreter, having first
14        been duly sworn by Sharon Lengel,
15        the Notary Public, interpreted
16        the testimony as follows:
17  S E   C H A N G   L E E,
```

**2.  PAGE 5:18 TO 5:21  (RUNNING 00:00:01.495)**

```
18        having first been duly sworn by
19        Sharon Lengel, the Notary Public,
20        was examined and testified as
21        follows:
```

**3.  PAGE 9:06 TO 9:07  (RUNNING 00:00:01.930)**

```
06      Q.    Okay.  Where are you currently
07  employed?
```

**4.  PAGE 9:08 TO 9:09  (RUNNING 00:00:03.693)**

```
08      A.    That would be Ottogi Corporation
09  Limited.
```

**5.  PAGE 9:10 TO 9:13  (RUNNING 00:00:09.066)**

```
10      Q.    If I refer to that corporate
11  entity today as Ottogi Korea, will you
12  understand that I'm referring to Ottogi
13  Corporation Limited?
```

**6.  PAGE 9:14 TO 9:14  (RUNNING 00:00:01.967)**

```
14      A.    Yes.
```

**7.  PAGE 9:15 TO 9:16  (RUNNING 00:00:02.392)**

```
15      Q.    When did you start working at
16  Ottogi Korea?
```

**8.  PAGE 9:17 TO 9:17  (RUNNING 00:00:04.229)**

```
17      A.    January of 1991.
```

**9.  PAGE 9:18 TO 9:19  (RUNNING 00:00:05.918)**

```
18      Q.    And what was your position and
19  duties in January of 1991?
```

**10.  PAGE 9:20 TO 9:23  (RUNNING 00:00:15.682)**

```
20      A.    So I came on-board with what was
21  called the sales planning office, which is
22  part of the staff organization within
23  sales.  I came on-board as a new hire.
```

**11.  PAGE 9:24 TO 9:25  (RUNNING 00:00:02.882)**

```
24      Q.    Okay.  And how long were you
25  with the sales planning office?
```

**Case Clip(s) Detailed Report**
**Friday, November 16, 2018, 1:04:42 PM**

# KoreanNoodles

---

**12. PAGE 10:02 TO 10:04  (RUNNING 00:00:10.413)**

    02        A.    So that was through 2004.  It
    03   was in 2004 when I moved elsewhere.  So I
    04   was there for 13 full years.

**13. PAGE 10:05 TO 10:06  (RUNNING 00:00:02.386)**

    05        Q.    Okay.  And where did you move to
    06   in 2004?

**14. PAGE 10:07 TO 10:09  (RUNNING 00:00:07.277)**

    07        A.    So there was a unit called
    08   management innovation team.  So that's
    09   where I moved to in 2004.

**15. PAGE 10:10 TO 10:11  (RUNNING 00:00:02.544)**

    10        Q.    What did the management
    11   innovation team do?

**16. PAGE 10:12 TO 10:14  (RUNNING 00:00:09.738)**

    12        A.    So while there, I mostly worked
    13   on IT and process innovation, those two
    14   aspects.

**17. PAGE 10:15 TO 10:16  (RUNNING 00:00:02.481)**

    15        Q.    How long were you with the
    16   management innovation team?

**18. PAGE 10:17 TO 10:19  (RUNNING 00:00:11.740)**

    17        A.    Through 2005, through March
    18   of -- I'm sorry.  I mean 2015.  Sorry.
    19   2015.

**19. PAGE 10:20 TO 10:21  (RUNNING 00:00:02.958)**

    20        Q.    And where did you move to in
    21   March of 2015?

**20. PAGE 10:22 TO 10:23  (RUNNING 00:00:07.092)**

    22        A.    So I'm presently in charge of
    23   the general affairs team.

**21. PAGE 10:24 TO 10:25  (RUNNING 00:00:03.284)**

    24        Q.    So are you the team leader for
    25   the general affairs team?

**22. PAGE 11:02 TO 11:02  (RUNNING 00:00:01.566)**

    02        A.    Yes.

**23. PAGE 13:05 TO 13:09  (RUNNING 00:00:19.293)**

    05        Q.    Do you know whether Ottogi Korea
    06   has an email server that is centralized
    07   and can be accessed by its employees
    08   regardless of what computer terminal they
    09   are using?

**24. PAGE 13:10 TO 13:10  (RUNNING 00:00:02.089)**

    10        A.    Yes.  The company does.

**25. PAGE 13:16 TO 13:19  (RUNNING 00:00:15.365)**

    16        Q.    Okay.  Do you know whether the
    17   Ottogi email server is used by employees

        18    of other Ottogi entities besides Ottogi
        19    Korea?

**26. PAGE 13:20 TO 13:20  (RUNNING 00:00:02.056)**

        20      A.    Yes.

**27. PAGE 13:21 TO 13:23  (RUNNING 00:00:07.545)**

        21      Q.    So employees of Ottogi Ramen,
        22    Inc., would use the Ottogi Korea email
        23    server; is that right?

**28. PAGE 13:24 TO 14:06  (RUNNING 00:00:22.344)**

        24      A.    So there is actually a separate
        25    company to which these functions were
    00014:01
        02    outsourced in terms of the mail server and
        03    such.  My understanding is that the --
        04    they make available the use of the email
        05    server to Ottogi Korea as well as Ramen
        06    and so forth.

**29. PAGE 14:07 TO 14:09  (RUNNING 00:00:10.934)**

        07      Q.    What is the name of that
        08    separate company that maintains the email
        09    server?

**30. PAGE 14:10 TO 14:13  (RUNNING 00:00:12.005)**

        10      A.    It's called --
        11            THE INTERPRETER:  Let's go
        12    with --
        13      A.    -- Poonglim Data Systems.

**31. PAGE 14:23 TO 15:03  (RUNNING 00:00:15.612)**

        23      Q.    Okay.  And do you know whether
        24    the email server that is maintained by
        25    Poonglim Data Systems that is used by
    00015:01
        02    Ottogi Korea is also used by employees of
        03    Ottogi America?

**32. PAGE 16:02 TO 16:02  (RUNNING 00:00:01.637)**

        02      A.    Yes.

**33. PAGE 16:05 TO 16:09  (RUNNING 00:00:20.192)**

        05            Does the management improvement
        06    team or its predecessor establish any
        07    policies concerning the retention of
        08    emails on the email server maintained by
        09    Poonglim Data Systems?

**34. PAGE 16:10 TO 16:10  (RUNNING 00:00:01.819)**

        10      A.    Yes.

**35. PAGE 16:11 TO 16:12  (RUNNING 00:00:03.919)**

        11      Q.    Do you know whether those
        12    policies exist in written form?

**36. PAGE 16:13 TO 16:15  (RUNNING 00:00:14.051)**

        13      A.    Depending on the, say, issue at
        14    hand, some of it could be in written form;
        15    some of it could be done in oral fashion.

## KoreanNoodles

**37. PAGE 16:16 TO 16:18 (RUNNING 00:00:12.141)**

```
16      Q.    Okay.  Are you aware of any
17   compilation of the written policies
18   related to email retention?
```

**38. PAGE 16:19 TO 16:22 (RUNNING 00:00:05.874)**

```
19      A.    And you're asking this in terms
20   of the preservation or retention of
21   emails; right?
22      Q.    I am.
```

**39. PAGE 16:23 TO 17:05 (RUNNING 00:00:28.298)**

```
23      A.    So offhand, I am not sure if I
24   can recall anything written, as such.  But
25   in terms of the, say -- say, the
00017:01
02   directives or guidance in that regard,
03   there is something that the management
04   improvement team has promulgated to
05   Poonglim.
```

**40. PAGE 18:24 TO 19:03 (RUNNING 00:00:12.622)**

```
24      Q.    Are there any limitations placed
25   on the length of time that an electronic
00019:01
02   document, such as an email, should be
03   retained?
```

**41. PAGE 19:04 TO 19:10 (RUNNING 00:00:23.280)**

```
04      A.    So in terms of what might be
05   termed "electronic files," I'm talking
06   about files.  There is no limitation
07   placed, based upon what my understanding
08   is.  When it comes to emails, however,
09   there is a one-month limitation for how
10   long you keep those.
```

**42. PAGE 19:11 TO 19:13 (RUNNING 00:00:07.294)**

```
11      Q.    So are employees required to
12   delete any emails that are older than one
13   month?
```

**43. PAGE 19:14 TO 19:15 (RUNNING 00:00:04.703)**

```
14      A.    No.  It's not the people
15   themselves who do that.
```

**44. PAGE 19:16 TO 19:16 (RUNNING 00:00:00.809)**

```
16      Q.    Okay.  How does it work?
```

**45. PAGE 19:17 TO 19:20 (RUNNING 00:00:12.649)**

```
17      A.    So that is a function of the
18   server itself.  So it basically retains
19   emails for a one-month period, after which
20   it, you know, deletes them.
```

**46. PAGE 19:21 TO 19:23 (RUNNING 00:00:10.008)**

```
21      Q.    Does it delete and then
22   overwrite the storage where they were, or
23   does it simply delete them?
```

Case Clip(s) Detailed Report
Friday, November 16, 2018, 1:04:42 PM

## KoreanNoodles

---

**47. PAGE 20:02 TO 20:05  (RUNNING 00:00:10.041)**

    02      A.   The system deletes it, and then,
    03  for at least that particular day, we hold
    04  on to that information.  And then the next
    05  day, it gets overwritten.

**48. PAGE 20:06 TO 20:10  (RUNNING 00:00:13.705)**

    06      Q.   If someone received an important
    07  email that they thought needed to be
    08  preserved, for one reason or another, is
    09  there a mechanism that they would have to
    10  do that?

**49. PAGE 20:11 TO 20:13  (RUNNING 00:00:13.315)**

    11      A.   Well, within the tool itself,
    12  there is a way for each individual to
    13  basically personally store such things.

**50. PAGE 20:14 TO 20:15  (RUNNING 00:00:06.863)**

    14      Q.   How much storage space would an
    15  individual have, or is that limited?

**51. PAGE 20:20 TO 20:21  (RUNNING 00:00:08.035)**

    20      A.   So individuals store things not
    21  on the server but on their own PCs.

**52. PAGE 28:10 TO 28:12  (RUNNING 00:00:31.884)**

    10      Q.   Can you tell me when Ottogi
    11  instituted the automatic monthly delete
    12  system on its email server.

**53. PAGE 28:13 TO 28:14  (RUNNING 00:00:07.437)**

    13      A.   I recall that as being sometime
    14  around March of 2009.

**54. PAGE 28:15 TO 28:16  (RUNNING 00:00:03.555)**

    15      Q.   What was the policy prior to
    16  March of 2009?

**55. PAGE 28:17 TO 28:19  (RUNNING 00:00:15.721)**

    17      A.   So before that, the email was
    18  restricted in terms of the sizes of each
    19  individual's boxes.

**56. PAGE 28:20 TO 28:21  (RUNNING 00:00:03.051)**

    20      Q.   Okay.  Were they still
    21  maintained on a central server?

**57. PAGE 28:22 TO 28:22  (RUNNING 00:00:00.998)**

    22      A.   Yes.

---

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:08:29.531)**

COURT EXHIBIT 14b

**Ottogi**

 **Lee, Se C. (Vol. 01) - 04/05/2016**                    **1 CLIP  (RUNNING 00:08:20.492)**

 Se Chang Lee 11-13-18

**SECHANGLEE**                **32 SEGMENTS  (RUNNING 00:08:20.492)**    

**1.  PAGE 10:10 TO 10:11  (RUNNING 00:00:02.397)**

    10     Q.   What did the management
    11  innovation team do?

**2.  PAGE 10:12 TO 10:14  (RUNNING 00:00:07.631)**

    12     A.   So while there, I mostly worked
    13  on IT and process innovation, those two
    14  aspects.

**3.  PAGE 14:07 TO 14:09  (RUNNING 00:00:10.672)**

    07     Q.   What is the name of that
    08  separate company that maintains the email
    09  server?

**4.  PAGE 14:10 TO 14:13  (RUNNING 00:00:10.814)**

    10     A.   It's called --
    11         THE INTERPRETER:  Let's go
    12  with --
    13     A.   -- Poonglim Data Systems.

**5.  PAGE 19:11 TO 19:13  (RUNNING 00:00:07.130)**

    11     Q.   So are employees required to
    12  delete any emails that are older than one
    13  month?

**6.  PAGE 19:14 TO 19:15  (RUNNING 00:00:02.373)**

    14     A.   No.  It's not the people
    15  themselves who do that.

**7.  PAGE 19:21 TO 19:23  (RUNNING 00:00:10.077)**

    21     Q.   Does it delete and then
    22  overwrite the storage where they were, or
    23  does it simply delete them?

**8.  PAGE 20:02 TO 20:10  (RUNNING 00:00:32.992)**

    02     A.   The system deletes it, and then,
    03  for at least that particular day, we hold
    04  on to that information.  And then the next
    05  day, it gets overwritten.
    06     Q.   If someone received an important
    07  email that they thought needed to be
    08  preserved, for one reason or another, is
    09  there a mechanism that they would have to
    10  do that?

**9.  PAGE 20:11 TO 20:15  (RUNNING 00:00:16.222)**

    11     A.   Well, within the tool itself,
    12  there is a way for each individual to
    13  basically personally store such things.
    14     Q.   How much storage space would an
    15  individual have, or is that limited?

**Ottogi**

**10. PAGE 20:20 TO 20:21 (RUNNING 00:00:06.724)**

```
20      A.    So individuals store things not
21   on the server but on their own PCs.
```

**11. PAGE 27:15 TO 27:20 (RUNNING 00:00:27.465)**

```
15      Q.    So if I wanted to find that
16   January 1, 2008, email today, unless
17   someone had downloaded it to their PC,
18   there would be no electronic record of
19   that email anywhere on Ottogi's systems;
20   is that correct?
```

**12. PAGE 27:21 TO 27:21 (RUNNING 00:00:01.740)**

```
21      A.    That is correct.
```

**13. PAGE 28:23 TO 29:03 (RUNNING 00:00:13.896)**

```
23      Q.    Okay.  So if I understand
24   correctly, on the Ottogi email server,
25   each individual who had been issued an
00029:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   email account would be given a certain
03   amount of space; is that correct?
```

**14. PAGE 29:04 TO 29:06 (RUNNING 00:00:02.934)**

```
04      A.    Yes.
05      Q.    Do you recall how much space
06   that was?
```

**15. PAGE 29:07 TO 29:10 (RUNNING 00:00:11.207)**

```
07      A.    Gee, I wonder if I can recall.
08   I think we're probably talking about
09   something like 200 megs to maybe 300 megs
10   possibly.  This is not exact.
```

**16. PAGE 29:18 TO 29:22 (RUNNING 00:00:18.560)**

```
18      Q.    If an email had been sent and
19   was in somebody's email account from, say,
20   2007, what would have happened to that
21   email after the new policy was instituted
22   in March of 2009?
```

**17. PAGE 29:23 TO 30:04 (RUNNING 00:00:12.832)**

```
23      A.    So we talked about that during
24   the previous hours.  Basically, to
25   whatever extent an individual felt it
00030:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   necessary, they can locally store that on
03   their own PC, and if not, then, you know,
04   it would be deleted.
```

**18. PAGE 39:10 TO 39:20 (RUNNING 00:00:36.170)**

```
10      Q.    During your testimony earlier
11   today, you indicated that when you
12   implemented your new email policy in March
13   of 2009, where the emails would be deleted
14   after 30 days, you had sent out word by
15   email to the effect that you would soon be
16   implementing that system, and, to whatever
17   extent each individual saw fit, they would
18   be well to download email and locally
19   store things.
20            Do you recall that testimony?
```

**Ottogi**

**19. PAGE 39:21 TO 39:21  (RUNNING 00:00:01.265)**

```
21      A.    Yes.
```

**20. PAGE 40:05 TO 40:09  (RUNNING 00:00:14.575)**

```
05      Q.    No.  No.
06            Prior to that email being sent
07   out to employees informing them about the
08   new policy with respect to emails, did you
09   review that email that was sent out?
```

**21. PAGE 40:10 TO 40:14  (RUNNING 00:00:26.370)**

```
10      A.    Oh.  Yes, I did.
11      Q.    Did that email indicate in any
12   way that employees should save emails that
13   might be relevant to an investigation
14   that's being conducted by the KFTC?
```

**22. PAGE 40:17 TO 40:20  (RUNNING 00:00:11.038)**

```
17      A.    Well, I personally don't know
18   anything about this KFTC matter.  And we
19   just basically pursued things along our
20   schedule.
```

**23. PAGE 46:21 TO 46:25  (RUNNING 00:00:21.836)**

```
21            During the period from 2000 to
22   2010, did Ottogi Corporation have a policy
23   regarding whether it would purchase PCs
24   for its employees' use or whether it would
25   lease them?
```

**24. PAGE 47:02 TO 47:07  (RUNNING 00:00:15.967)**

```
02      A.    So we were leasing units until,
03   let's see -- was it in March?  No.
04   Actually, it was in July of 2009, we
05   started purchasing them.
06      Q.    Do you know what the reason was
07   for the change in policy?
```

**25. PAGE 47:08 TO 47:09  (RUNNING 00:00:02.623)**

```
08      A.    It was for purposes of cutting
09   down on expenses.
```

**26. PAGE 47:21 TO 47:24  (RUNNING 00:00:13.752)**

```
21      Q.    Okay.  Was there a particular
22   period that you used for each PC lease up
23   until July of 2009?  Was it a three-year
24   term for each PC, for example?
```

**27. PAGE 47:25 TO 48:13  (RUNNING 00:00:44.525)**

```
25            A.    So originally, it used to be a
00048:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   three-year lease period.  And then more or
03   less around this July timeframe or so, for
04   a while, the lease term had been extended
05   to four years.
06      Q.    Okay.  So during the earlier
07   period, when a PC came to the end of its
08   lease period -- say, for example, if it
09   came to the end of its useful -- if it
10   came to the end of its lease period in
11   July of 2005, who would take that PC,
12   return it, and what would happen to the
```

**Ottogi**

```
         13    data that was on it?
```

**28. PAGE 48:14 TO 48:22 (RUNNING 00:00:32.709)**

```
         14         A.    So upon the turning in of the
         15    unit, the program, Final Eraser, would be
         16    used for purposes of wiping it out, and
         17    then would the unit be returned to the
         18    company from which the unit was leased.
         19         Q.    Okay.  Was the Final Eraser
         20    program run by employees of Ottogi Korea,
         21    or was it run by the company from which
         22    the PCs were leased?
```

**29. PAGE 48:23 TO 48:25 (RUNNING 00:00:05.966)**

```
         23         A.    So it would be run by the
         24    company that would -- would lease the PCs
         25    to us.
```

**30. PAGE 49:07 TO 49:11 (RUNNING 00:00:17.795)**

```
         07         Q.    During the period while you were
         08    still using the lease system for your
         09    computer, so prior to July of 2009, what
         10    would happen to a PC that an employee was
         11    using when that employee left the company?
```

**31. PAGE 49:12 TO 50:05 (RUNNING 00:00:58.874)**

```
         12         A.    Well, if you're asking as to the
         13    PC of an employee who's departing the
         14    company, I think we're just going over the
         15    same grounds here.  Basically, some person
         16    with the rental company, the leasing
         17    company, would use Final Eraser and wipe
         18    everything out, and upon that, that PC
         19    would be returned to that company.
         20         Q.    Okay.  Now let's talk about the
         21    period after July of 2009 when Ottogi
         22    Korea started purchasing its own PCs.
         23         If I understand your testimony
         24    correctly, there was a phase-in period
         25    during which employees were still using
   00050:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    leased computers, and as their leases
         03    would run out, those computers would be
         04    replaced by PCs that were owned by Ottogi
         05    Korea; is that correct?
```

**32. PAGE 50:14 TO 50:14 (RUNNING 00:00:01.361)**

```
         14         A.    That is correct.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:08:20.492)**

COURT EXHIBIT 15a

**KoreanNoodles**

 **Nguyen, Christina (Vol. 01) - 01/28/2018**                              **1 CLIP  (RUNNING 00:04:52.275)**

 **IPP Witness**

**ChristinaNguyen**                    **8 SEGMENTS  (RUNNING 00:04:52.275)**

**1. PAGE 7:24 TO 8:01  (RUNNING 00:00:06.297)**

```
        24      May we please have introductions beginning with the
        25  witness.  Your name.
   00008:01           THE WITNESS:  My name Christina Nguyen.
```

**2. PAGE 8:10 TO 8:12  (RUNNING 00:00:11.920)**

```
        10                  CHRISTINA NGUYEN,
        11  a witness herein, having been administered an oath, was
        12  examined, and testified as follows:
```

**3. PAGE 29:09 TO 30:05  (RUNNING 00:01:14.251)**

```
        09      Q.   Do you recall how frequently you bought Korean
        10  ramen products?
        11      A.   Yes.
        12      Q.   How frequently?
        13      A.   I bought like three -- roughly three, four
        14  months.  Three or four months.
        15      Q.   Can you explain what you mean by that?
        16      A.   I mean, I bought it every -- like depending how
        17  much I use.
        18      Q.   So --
        19      A.   Depend on, you know, you know, if I use more,
        20  then I buy more.  But roughly, like about three months.
        21      Q.   Okay.  So every three or four months you would
        22  stock up on more Korean ramen; is that right?
        23      A.   Not stock up.  I don't stock up.  I just buy,
        24  and I use it.
        25      And then when I finish it, and then I buy it.
   00030:01      Q.   Okay.  And at what point did you begin this
        02  practice of purchasing Korean ramen products every three
        03  or four months?
        04      A.   Not practice.  I buy it for convenience because
        05  sometimes I'm lazy, I don't want to cook, so I eat ramen.
```

**4. PAGE 58:18 TO 59:01  (RUNNING 00:00:36.836)**

```
        18      Q.   Have you ever purchased ramen product that was
        19  produced by one of the defendants in this lawsuit?
        20      A.   Yes.
        21      Q.   And do you recall -- Strike that.
        22      Which products from defendants have you purchased?
        23      A.   I bought Nongshim Spicy Kimchi Noodle.
        24      Q.   Have you bought any other products manufactured
        25  by defendants?
   00059:01      A.   I mostly like that one the most.
```

**5. PAGE 62:06 TO 62:12  (RUNNING 00:00:25.650)**

```
        06      Q.   And you don't recall purchasing any other
        07  specific Korean ramen products other than the Nongshim
        08  Spicy Kimchi Noodle; correct?
        09      A.   Sometimes they changed the flavor.
        10      Q.   What other flavors did you purchase?
        11      A.   Something, I just buy hot only.  Spicy only.
        12  But mostly I use spicy Kimchi.
```

**KoreanNoodles**

**6. PAGE 64:05 TO 64:24  (RUNNING 00:00:56.143)**

```
05      Q.   Which aspect of a ramen product is most
06 important to you?
07      A.   I don't understand your question.
08      Q.   Is it price?  Availability?  Flavor?  What's the
09 most important aspect of ramen products to you in your
10 purchasing decisions?
11      A.   It depends.
12      Q.   What does it depend on?
13      A.   It depend on the price.  It depend on the
14 flavor.  It depends.
15      Q.   And how do those factors influence what --
16 what's most important to you?
17      A.   They all -- They are all important.  You know,
18 if you like it, it's too high, and you don't want to pay
19 for it because it's too much; but then when you buy
20 something cheap, and then you go "Oh, it's not good
21 because I don't like it," so it depends.
22      Q.   You mentioned earlier you like spicy flavors.
23 Are there any other flavors you like?
24      A.   Not really.
```

**7. PAGE 66:11 TO 66:20  (RUNNING 00:00:18.160)**

```
11      Q.   Other than ramen, do you buy any instant soup
12 products?
13      A.   Instant soup products?
14      Q.   Uh-huh.
15      A.   Can you more specify like what?
16      Q.   Premade soup that you heat up.
17      A.   No.
18      Q.   Only Korean ramen?
19      A.   Yeah.  Because I don't like American soup
20 product.
```

**8. PAGE 69:03 TO 69:24  (RUNNING 00:01:03.018)**

```
03      Q.   Okay.  Between 2001 and 2010, did you ever
04 purchase Top Ramen?
05      A.   I think so.  I think so.
06      Q.   Do you recall how frequently?
07      A.   Only bought one time.  One time.
08      Q.   Okay.  Do you recall when that one time was?
09      A.   The Top Ramen, the one in the package; right?
10      Q.   Correct.
11      A.   Yeah, I bought one time.
12      Q.   How are you so confident you only purchased it
13 one time?
14      A.   Because after I bought it, and I so regret it
15 because it was horrible.
16      Q.   Have you ever purchased Ichiban Ramen,
17 I-c-h-i-b-a-n?
18      A.   I think so I bought one time too.  I did.
19      Q.   Okay.  Was that between 2001 and 2010?
20      A.   Uh-huh.  Uh-huh.
21      Q.   Do you -- And do you recall when that purchase
22 was made?
23      A.   I don't remember, but I bought one time, and I
24 don't like the flavor.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:52.275) |
| --- |



COURT EXHIBIT 16a

**Ottogi**

 **Kim, Bong-Hoon (Vol. 01) - 01/14/2016**                           **2 CLIPS  (RUNNING 00:00:53.138)**

 121.11-24

**BK27**                      **3 SEGMENTS  (RUNNING 00:00:32.803)**                  

**1.  PAGE 121:11 TO 121:14  (RUNNING 00:00:14.601)**

```
11         Q.    Do you know whether or not the
12    marketone@hanmail.net was used to
13    communicate with Nongshim or Ottogi or
14    Paldo?
```

**2.  PAGE 121:19 TO 121:21  (RUNNING 00:00:10.220)**

```
19         A.    Although I did not personally
20    use that email address, they might have
21    perhaps along with other email address.  I
```

**3.  PAGE 121:22 TO 121:24  (RUNNING 00:00:07.982)**

```
22    don't check what kind of email address or
23    account each employee uses.  So I do not
24    know.
```

**Ottogi**

 **Kim, Bong-Hoon (Vol. 01) - 01/14/2016**                                 **2 CLIPS  (RUNNING 00:00:53.138)**

 142.7-12

**BK28**                    **2 SEGMENTS  (RUNNING 00:00:20.335)**                    

**1.  PAGE 142:07 TO 142:09  (RUNNING 00:00:12.491)**

```
07      Q.   Were emails to and from the
08  marketone@hanmail.net email address kept
09  on the external hard drive?
```

**2.  PAGE 142:10 TO 142:12  (RUNNING 00:00:07.844)**

```
10      A.   Because I did not personally
11  retrieve those documents from the external
12  hard drive, so I don't know.
```

**TOTAL: 2 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:00:53.138)**

COURT EXHIBIT 17a

**KoreanNoodles**

**Park, Sung Soo (Vol. 01) - 04/27/2016**        **1 CLIP  (RUNNING 00:16:51.669)**

**PARKSUNGSOO-0427**      **73 SEGMENTS  (RUNNING 00:16:51.669)**    

**1.  PAGE 5:10 TO 5:20  (RUNNING 00:00:16.243)**

```
10  A L B E R T   K I M,
11       the interpreter, having
12       first been duly sworn by
13       Sharon Lengel, the Notary Public,
14       interpreted the testimony as
15       follows:
16  S U N G   S O O   P A R K,
17       having first been duly sworn
18       by Sharon Lengel, the Notary
19       Public, was examined and
20       testified as follows:
```

**2.  PAGE 5:16 TO 5:20  (RUNNING 00:00:01.389)**

```
16  S U N G   S O O   P A R K,
17       having first been duly sworn
18       by Sharon Lengel, the Notary
19       Public, was examined and
20       testified as follows:
```

**3.  PAGE 6:04 TO 6:06  (RUNNING 00:00:08.516)**

```
04       Q.   So I understand that you came to
05  be employed by Nongshim in about January
06  of 2007; is that right?
```

**4.  PAGE 6:07 TO 6:07  (RUNNING 00:00:01.934)**

```
07       A.   Yes.  That is correct.
```

**5.  PAGE 6:19 TO 6:20  (RUNNING 00:00:07.142)**

```
19       Q.   Okay.  And what team did you get
20  hired into in January of 2007?
```

**6.  PAGE 6:21 TO 6:22  (RUNNING 00:00:09.318)**

```
21       A.   So at first, I was placed within
22  a team called distribution investigation.
```

**7.  PAGE 6:23 TO 6:24  (RUNNING 00:00:03.830)**

```
23       Q.   Was Yeo Won Yoon still part of
24  that team when you started?
```

**8.  PAGE 6:25 TO 6:25  (RUNNING 00:00:03.150)**

```
25       A.   At that time, yes.
```

**9.  PAGE 38:05 TO 38:07  (RUNNING 00:00:06.746)**

```
05       Q.   All right, sir.
06            What is your email address, your
07  Nongshim email address?
```

**10.  PAGE 38:08 TO 38:08  (RUNNING 00:00:14.902)**

```
08       A.   It's sungsoo@nongshim.com.
```

**KoreanNoodles**

**11. PAGE 41:08 TO 41:09  (RUNNING 00:00:04.352)**

```
08      Q.    All right.  You have an email
09   account with Naver?
```

**12. PAGE 41:10 TO 41:10  (RUNNING 00:00:01.595)**

```
10      A.    Yes, I do.
```

**13. PAGE 41:11 TO 41:12  (RUNNING 00:00:05.379)**

```
11      Q.    And tell me what the email
12   address for the Naver account is, please.
```

**14. PAGE 41:13 TO 41:13  (RUNNING 00:00:13.347)**

```
13      A.    So it reads pss0998@naver.com.
```

**15. PAGE 41:14 TO 41:15  (RUNNING 00:00:12.681)**

```
14      Q.    And have you held that email
15   account address since 2007, sir?
```

**16. PAGE 41:16 TO 41:18  (RUNNING 00:00:15.903)**

```
16      A.    No, sir.  I probably have had
17   even from before that -- I don't exactly
18   recall, but it probably predates that.
```

**17. PAGE 76:09 TO 76:10  (RUNNING 00:00:12.429)**

```
09           Have you, at any point in time,
10   provided an interview to the KFTC?
```

**18. PAGE 76:11 TO 76:15  (RUNNING 00:00:18.279)**

```
11      A.    Indeed.  At one time or another,
12   they summoned me to come in and submit to
13   an interview.  And I don't recall the
14   exact date, but I did go in and underwent
15   the process.
```

**19. PAGE 76:16 TO 76:21  (RUNNING 00:00:19.526)**

```
16           MR. LEBSOCK:  Let's mark as
17   Exhibit 209 a document Bates labeled
18   OTGKR-0001417 through OTGKR-0001419.
19           (Exhibit 209, Bates
20   OTGKR-0001417, was hereby marked for
21   identification, as of this date.)
```

**20. PAGE 76:22 TO 76:23  (RUNNING 00:00:04.078)**

```
22      Q.    Mr. Park, would you take a look
23   at what's been marked as Exhibit 209.
```

**21. PAGE 76:24 TO 76:24  (RUNNING 00:00:02.595)**

```
24      A.    All right.
```

**22. PAGE 77:16 TO 77:17  (RUNNING 00:00:08.301)**

```
16           And is this the witness protocol
17   that you signed before the KFTC?
```

**23. PAGE 77:18 TO 77:22  (RUNNING 00:00:22.370)**

```
18      A.    I did not sign this, so to say,
19   before the KFTC.  But prior to my coming
20   over here, I did receive a copy of this
21   through our legal department, "this" being
22   my protocol of examination.
```

**CONFIDENTIAL**

## KoreanNoodles

**24. PAGE 77:23 TO 77:25 (RUNNING 00:00:13.575)**

```
23      Q.    Okay.  So let's look at the last
24   page of your protocol of examination, sir.
25            Do you see your name there?
```

**25. PAGE 78:02 TO 78:02 (RUNNING 00:00:03.692)**

```
02      A.    Yes.  My name is there.
```

**26. PAGE 78:03 TO 78:03 (RUNNING 00:00:02.044)**

```
03      Q.    Is it handwritten?
```

**27. PAGE 78:04 TO 78:04 (RUNNING 00:00:01.795)**

```
04      A.    Yes, that's correct.
```

**28. PAGE 78:05 TO 78:06 (RUNNING 00:00:02.153)**

```
05      Q.    Who put the handwriting there,
06   sir?
```

**29. PAGE 78:07 TO 78:10 (RUNNING 00:00:11.941)**

```
07      A.    I don't have any recollection of
08   myself actually printing that in like
09   that.  But it does kind of look like my
10   handwriting.
```

**30. PAGE 78:11 TO 78:12 (RUNNING 00:00:06.926)**

```
11      Q.    Okay.  And do you see the
12   thumbprint next to your handwriting there?
```

**31. PAGE 78:15 TO 78:19 (RUNNING 00:00:12.464)**

```
15      A.    Well, I do see the black smudge
16   of a thing over there.  But, you know,
17   it's been way too long, and I don't know
18   if I'm the one who placed that there or
19   not.
```

**32. PAGE 78:20 TO 78:22 (RUNNING 00:00:09.205)**

```
20      Q.    You don't have a recollection of
21   putting your thumbprint next to your
22   handwritten name?
```

**33. PAGE 78:23 TO 79:13 (RUNNING 00:00:58.686)**

```
23         A.    Well, so as I look at this, I
24   don't see any date here.  And the review
25   that I spoke of earlier, before coming
00079:01
02   here, of this protocol of examination, is
03   the first time I actually reviewed this
04   document since the day of the KFTC.  And I
05   am thinking that I may have written in my
06   name here.  But, then again, I am not too
07   sure about that.
08            And, again, there is no date
09   here.  And I'm wondering if I did place a
10   fingerprint of mine there.  But, then
11   again, I'm not too sure.  But nonetheless,
12   the handwriting does kind of appear to be
13   my handwriting.
```

**34. PAGE 125:05 TO 125:06 (RUNNING 00:00:05.509)**

```
05      Q.    Have you ever used the Naver
06   email account for business purposes?
```

**KoreanNoodles**

**35. PAGE 125:09 TO 125:12 (RUNNING 00:00:14.810)**

```
09      A.    So although my recollection may
10  or may not be precise, I don't think I
11  did.  I don't think I have for business
12  purposes.
```

**36. PAGE 125:13 TO 125:15 (RUNNING 00:00:05.935)**

```
13      Q.    And why do you think that you
14  have not used the Naver email account for
15  business purposes?
```

**37. PAGE 125:16 TO 127:03 (RUNNING 00:02:03.023)**

```
16      A.    So to tell you the reason why I
17  submitted my Naver mail account to that
18  third-party vendor, during the efforts by
19  them, was because when I -- before I first
20  came on-board, I didn't have a Nongshim
21  mail account, obviously.  And so prior to
22  coming on-board with the company, I used
23  to communicate with my friends and folks
24  by way of Naver.
25              And -- but the orders from the
00126:01
02  legal department at that time were that we
03  submit basically all email accounts from
04  that point in time.  And, you know, also,
05  we happen to go on frequent business trips
06  and do a lot of work outside the office
07  premises.
08              And so although it's rather
09  inconceivable that I would ever have used
10  my own mail account for business purposes.
11  But just in case, you know, just in
12  case -- and we're talking about a time
13  when folks didn't carry around laptops
14  here.  And I vaguely recall something
15  about how you could access your company
16  email account from outside.  But I think
17  it was rather cumbersome.  You had to
18  download something or whatever.
19              So just out of an abundance of
20  caution, I did make that available to
21  those folks, just in case I might have, in
22  fact, used it.  So that's why I submitted
23  that.
24              But even as I look back,
25  especially as I look back now, you know,
00127:01
02  no, I didn't use it.  There is no way that
03  I would have used it.
```

**38. PAGE 128:07 TO 128:09 (RUNNING 00:00:10.911)**

```
07              Has Kim Pyung Ki ever emailed
08  you at your sungsoo@nongshim.com email
09  address?
```

**39. PAGE 128:12 TO 128:13 (RUNNING 00:00:05.817)**

```
12      A.    I don't quite know.  I cannot
13  quite recall.
```

**40. PAGE 139:21 TO 139:22 (RUNNING 00:00:12.921)**

```
21              Did you receive an email from
22  Kim Pyung Ki on January 31, 2008?
```

**KoreanNoodles**

---

**41. PAGE 139:25 TO 140:02 (RUNNING 00:00:06.206)**

```
       25       A.    Well, you know, I don't quite
   00140:01
       02    know.  I couldn't quite recall.
```

**42. PAGE 140:03 TO 140:05 (RUNNING 00:00:13.281)**

```
       03       Q.    Did you receive an email from
       04    Kim Pyung Ki on January 31, 2008, at
       05    18:04:36?
```

**43. PAGE 140:09 TO 140:11 (RUNNING 00:00:08.808)**

```
       09       A.    I cannot recollect whatsoever,
       10    because you're talking about something
       11    from quite a while ago.  So --
```

**44. PAGE 142:06 TO 142:08 (RUNNING 00:00:11.169)**

```
       06       Q.    Do you have a recollection of
       07    receiving, in January 2008, Korea Yakult's
       08    monthly closing results, sir?
```

**45. PAGE 142:12 TO 142:13 (RUNNING 00:00:05.555)**

```
       12       A.    Well, likewise, I don't quite
       13    recall.
```

**46. PAGE 142:14 TO 142:18 (RUNNING 00:00:18.021)**

```
       14       Q.    Sir, do you remember getting an
       15    email from Yakult's Kim Pyung Ki on
       16    February the 11th, 2008, with a caption
       17    roughly along the lines of "This is Korea
       18    Yakult"?
```

**47. PAGE 142:22 TO 143:04 (RUNNING 00:00:25.340)**

```
       22       A.    Sir, you're really talking about
       23    something from quite a while ago.  You
       24    continue to be asking about something from
       25    2008, and I cannot recall, for the life of
   00143:01
       02    me, as to what emails I may have received,
       03    what emails I may have sent back in the
       04    day.
```

**48. PAGE 145:09 TO 145:12 (RUNNING 00:00:16.936)**

```
       09       Q.    Sir, do you have a recollection
       10    of receiving an email from Kim Pyung Ki of
       11    Korea Yakult on March the 3rd, 2008, with
       12    a re line "It's Korea Yakult"?
```

**49. PAGE 145:17 TO 145:21 (RUNNING 00:00:13.513)**

```
       17       A.    So, again, it's really the same
       18    story.  I do not recollect, at this point
       19    in time, as to what kind of emails, if at
       20    all, I may or may not have received with
       21    anybody back then in that timeframe.
```

**50. PAGE 145:22 TO 145:24 (RUNNING 00:00:10.472)**

```
       22       Q.    Sir, do you remember, back in
       23    March 2008, receiving information about
       24    Korea Yakult's sales policy?
```

**51. PAGE 146:05 TO 146:08 (RUNNING 00:00:15.821)**

```
       05       A.    Again, same story.  I, at this
```

**KoreanNoodles**

```
06   point in time, cannot recollect as to
07   what, if anything, and with whom, if
08   anyone, I may have exchanged back then.
```

**52.  PAGE 146:09 TO 146:12  (RUNNING 00:00:13.587)**

```
09      Q.   Do you recall ever receiving
10   from Kim Pyung Ki advance information
11   about new product releases of Korea
12   Yakult?
```

**53.  PAGE 146:23 TO 147:06  (RUNNING 00:00:22.118)**

```
23      A.   Well, so, you know, it's really
24   the same story.  At this point in time --
25   look, so if we're talking about 2008, it
00147:01
02   seems to me that we're talking about a
03   good eight or nine years ago.  So at this
04   point in time, I cannot recall as to what,
05   if anything, and who, if anyone, at all I
06   may or may not have exchanged.
```

**54.  PAGE 150:22 TO 150:25  (RUNNING 00:00:14.466)**

```
22          Do you recall, on May the 16th,
23   2008, receiving an email from Korea
24   Yakult's Kim Pyung Ki with a re line "It's
25   Korea Yakult"?
```

**55.  PAGE 151:06 TO 151:09  (RUNNING 00:00:10.925)**

```
06      A.   Likewise, I just have no
07   recollection whatsoever as to what I may
08   or may not have exchanged with anybody
09   from such a long time ago.
```

**56.  PAGE 151:10 TO 151:13  (RUNNING 00:00:16.668)**

```
10      Q.   Do you recall receiving an email
11   on June the 9th, 2008, from Korea Yakult's
12   Kim Pyung Ki with a re line "This is Korea
13   Yakult"?
```

**57.  PAGE 151:18 TO 151:22  (RUNNING 00:00:14.634)**

```
18      A.   Again, same answer.  I, at this
19   point in time, cannot recollect as to what
20   kinds of emails I may or may not have
21   exchanged from such a long time ago with
22   anybody.
```

**58.  PAGE 151:23 TO 152:02  (RUNNING 00:00:23.446)**

```
23      Q.   Do you recall receiving, on June
24   the 12th, 2008, an email from Kim Pyung Ki
25   to your Naver.com email address with a re
00152:01
02   line "Korea Yakult May"?
```

**59.  PAGE 152:10 TO 152:13  (RUNNING 00:00:13.735)**

```
10      A.   So, again, it's the same story.
11   I cannot recall at all as to what, if
12   anything, I may or may not have received
13   with anybody from way back then.
```

**60.  PAGE 152:14 TO 152:16  (RUNNING 00:00:12.749)**

```
14      Q.   And how is it, sir, that anybody
15   from Korea Yakult could get ahold of your
```

**KoreanNoodles**

```
    16   Naver.com email address?
```

**61. PAGE 152:20 TO 153:02 (RUNNING 00:00:22.268)**

```
    20       A.   Well, likewise, you know, if, as
    21   you suggest, somebody within Yakult should
    22   happen to know my -- you know, I actually
    23   don't know exactly what you're talking
    24   about there.  But if somebody, per chance,
    25   knows about my Naver email address, I
00153:01
    02   wouldn't know.
```

**62. PAGE 153:03 TO 153:04 (RUNNING 00:00:07.785)**

```
    03       Q.   All right.  How would Samyang
    04   know about your Naver.com email address?
```

**63. PAGE 153:09 TO 153:15 (RUNNING 00:00:18.559)**

```
    09       A.   Again, same thing.  I don't
    10   know, firstly, as to what exactly you're
    11   basing that question on.  I don't know
    12   what you're speaking in terms of.  But if,
    13   per chance, somebody sort of knows about
    14   my Naver.com email address, I wouldn't
    15   know.
```

**64. PAGE 153:16 TO 153:18 (RUNNING 00:00:12.080)**

```
    16       Q.   Do you -- you know now that the
    17   KFTC instituted its investigation of
    18   Nongshim on June the 3rd, 2008; true?
```

**65. PAGE 153:22 TO 154:03 (RUNNING 00:00:18.689)**

```
    22       A.   Well, so as I mentioned earlier,
    23   actually, I believe I told you clearly
    24   that I don't know as of what date -- what
    25   month and what date they embarked upon
00154:01
    02   that.  It still remains the same.  I
    03   don't.
```

**66. PAGE 154:04 TO 154:09 (RUNNING 00:00:36.191)**

```
    04       Q.   Between -- between June the 9th,
    05   2008, and June the 12th, 2008, did you
    06   call Mr. Kim Pyung Ki and tell him to stop
    07   emailing you at your Nongshim.com email
    08   address to avoid the KFTC's discovery of
    09   your communications with him?
```

**67. PAGE 154:13 TO 154:15 (RUNNING 00:00:11.070)**

```
    13       A.   Well, likewise, I, firstly,
    14   don't believe I've ever done anything like
    15   that, and I otherwise cannot recollect.
```

**68. PAGE 154:16 TO 154:18 (RUNNING 00:00:14.411)**

```
    16       Q.   Did you tell Mr. Kim Pyung Ki to
    17   email you at your Naver.com email address
    18   to avoid detection from the KFTC?
```

**69. PAGE 154:20 TO 154:22 (RUNNING 00:00:11.187)**

```
    20       A.   So it doesn't seem to me that I
    21   ever did, and, basically, I have no
    22   recollection.
```

**KoreanNoodles**

---

**70.  PAGE 154:23 TO 155:02  (RUNNING 00:00:13.975)**

         23        Q.    Did you delete emails from
         24    Mr. Kim Pyung Ki from your Naver.com email
         25    address after the KFTC opened its
    00155:01
         02    investigation, sir?

**71.  PAGE 155:06 TO 155:09  (RUNNING 00:00:14.009)**

         06        A.    So I have no recollection
         07    whatsoever in that regard.  It seems to me
         08    that I never have done anything like that,
         09    but I have no recollection.

**72.  PAGE 156:24 TO 157:03  (RUNNING 00:00:15.128)**

         24        Q.    Do you have a recollection of
         25    receiving an email from Mr. Kim Pyung Ki
    00157:01
         02    on June the 30th, 2008, in your Naver.com
         03    email account?

**73.  PAGE 157:08 TO 157:11  (RUNNING 00:00:13.455)**

         08        A.    Likewise, I cannot recall at
         09    this point in time as to what I may or may
         10    not have received or exchanged with
         11    somebody else a long time ago.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:16:51.669)**

COURT EXHIBIT 17b

Case Clip(s) Detailed Report

# Sung Soo Park

Tuesday, November 20, 2018, 2:13:47 PM

**Case Clip(s) Detailed Report**
**Tuesday, November 20, 2018, 2:13:47 PM**

## Sung Soo Park

---

### ▇ Park, Sung S. (Vol. 01) - 04/27/2016

1 CLIP  (RUNNING 00:11:10.226)

▇ All right.  And what were you ...



**Sung So Park 112018**                    **12 SEGMENTS  (RUNNING 00:11:10.226)**

**1. PAGE 8:17 TO 8:18  (RUNNING 00:00:03.217)**

```
     17        Q.    All right.  And what were you
     18   hired to do?
```

**2. PAGE 8:19 TO 10:14  (RUNNING 00:02:00.665)**

```
     19        A.    So basically, we're talking
     20   about a time when I was basically a
     21   newbie.  And the kind of work that I was
     22   performing was, I would report to work in
     23   the morning, and by about 9:00 to
     24   10:00 a.m., I would always be heading out
     25   into the field.  I would return to the
00009:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   company, say, about 4:00 to 5:00.  And,
     03   mind you, I'm still here learning the
     04   ropes at this point in time.
     05             And so when I would go out into
     06   the field, I would believe that I was
     07   perhaps calling on mostly retailer-types
     08   folks, basically our customers, but mostly
     09   retailers in that regard.  And aside from
     10   retailers, I would also call on such
     11   specialty contract stores, meaning,
     12   agencies and wholesalers.  And on the high
     13   end, I would say that I would visit maybe
     14   20 to 30 or so places, including discount
     15   marts.
     16             And on a daily basis, what I
     17   would do, once out there, would be
     18   essentially to look into how well our
     19   products were being sold.  And by how
     20   well, I'm talking about, oh, the overall
     21   quantities being sold, the facing, and,
     22   basically, I would also place a great deal
     23   of emphasis on the overall turnover rate,
     24   the daily turnover rate.
     25             And by the daily turnover rate,
00010:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   I'm talking about how, in view of the
     03   "good by" certain -- certain date-type
     04   date, how fast our product was being sold
     05   in the marketplace in comparison to, say,
     06   products from other companies, competing
     07   companies.
     08             And I would also look into the
     09   overall statistical distribution as to any
     10   new products that we may have out there in
     11   terms of whether Store A has such a new
     12   product from us, whether Store B has such,
     13   and so forth and so on.  I would look into
     14   those things, I would believe, back then.
```

**3. PAGE 19:06 TO 19:08  (RUNNING 00:00:13.619)**

```
     06        Q.    And tell me, how did you attempt
     07   to demonstrate for your bosses that you
```

## Sung Soo Park

```
        08    were a good employee?
```

**4.  PAGE 19:09 TO 20:16  (RUNNING 00:01:28.013)**

```
        09        A.    The notion of "good employee" --
        10    well, I mean, I don't know -- you know,
        11    wouldn't that be the same for anybody?
        12            Here, I'd just come on-board
        13    with the company, and I was making new
        14    friends.  I was hired on with other
        15    people, my contemporaries.  And, frankly,
        16    we were having to be out in the field.
        17    And once you're out in the field, frankly,
        18    the higher-ups wouldn't know what you were
        19    up to, whether you were working hard or
        20    loafing around; right?  And there is no
        21    way for them to verify what's going on.
        22            So with that in mind, here, I
        23    have this first opportunity to let them
        24    know who I am, right, what kind of a
        25    person I am.  And so my aim was to, you
00020:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    know, do my job as best I could in terms
        03    of conducting investigation in the most
        04    faithful manner possible.
        05            And for me, I guess, I would say
        06    that if one of my contemporary hires was
        07    visiting five stores, let's say, on any
        08    given day, my aim would be to visit ten
        09    stores.  You know, I wonder if that's not
        10    how I did things back then.
        11        Q.    Okay.  And -- and, sir, was it
        12    important to you -- in demonstrating to
        13    your bosses that you were doing a good
        14    job, did you bring back detailed
        15    information about your observations at the
        16    very stores that you visited?
```

**5.  PAGE 20:17 TO 22:03  (RUNNING 00:01:39.287)**

```
        17        A.    Well, to look back with
        18    hindsight, as you say, I wonder -- you
        19    know, the thing is, still, I was rather
        20    low in terms of my rank.  I was a
        21    low-echelon employee at that time.
        22            And, frankly, looking back, I'm
        23    not even sure if I really understood what
        24    it was that I was doing, much less what my
        25    own bosses may have considered important
00021:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    in their minds.
        03            But as for me, I guess I thought
        04    that to go out there and call on as many
        05    entities as possible was the most
        06    important thing, in my mind, or so I
        07    thought, to the effect of where, if my
        08    seniors and contemporaries were visiting
        09    ten stores -- let's say five to ten stores
        10    in any given day, then, again, I would try
        11    to visit more than they.  I would try to
        12    outdo everybody else.
        13            One way or another, I guess I
        14    viewed it as being my task to call on as
        15    many customers as possible, meet as many
        16    folks as possible, and then, when back at
        17    the company, when we're gathered about in
        18    3s and 5s and so forth, we'd talk.  And if
```

## Sung Soo Park

```
19  one of my contemporaries says that he'd
20  gone and called on ten places, in terms of
21  looking into the distribution of our
22  products, then I would want to say that I
23  had called on 20, and so forth.  At least
24  I think, in my mind, back then -- I wonder
25  if that wasn't sort of a measure, a
```
00022:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```
02  metric, if you will, of how well, how hard
03  I was working.
```

**6.  PAGE 29:10 TO 29:13  (RUNNING 00:00:12.055)**
```
10      Q.    So can you give me an estimate
11  as to how many distribution outlets
12  Nongshim has for its Korean Ramen
13  products.
```

**7.  PAGE 29:14 TO 30:08  (RUNNING 00:01:10.911)**
```
14      A.    Well, I'm not sure if I know the
15  exact number myself.  But the fact is,
16  these customers for Ramen -- I know you're
17  saying Ramen.  They're really actually the
18  same parties as for, say, snacks.  Right
19  now, I'm charged with handling snacks
20  within the company.  And so deeming them
21  to be basically one and the same, oh, I
22  would say we're looking at anywhere from,
23  say, 7,000 to -- I don't know -- maybe
24  10,000 -- say, 7,000 or so.  You know, I
25  don't know the exact number.  But suffice
```
00030:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```
02  it to say, there is a whole lot of them
03  out there.
04      Q.    Okay.  And during the course of
05  your rounds, did you happen to run into
06  folks from Nongshim's Ramen competitors,
07  doing the same sorts of things that you
08  were doing?
```

**8.  PAGE 30:09 TO 31:13  (RUNNING 00:01:16.365)**
```
09      A.    So at that time, the kind of
10  work I was doing, as I mentioned, entailed
11  having to visit various, say, customers,
12  calling on a number of customers out
13  there, which included, basically,
14  retailers, wholesalers, and specialty
15  contract stores, whom we call our agents,
16  and so forth.
17          And I was looking into things
18  with respect to the overall food business,
19  ranging from snacks to water to Ramen -- I
20  was investigating as to everything.  And,
21  mind you, these customers on whom I would
22  call, they weren't just dealing in
23  products from us but products from other
24  companies as well.
25          And these store owners --
```
00031:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```
02  Mr. President and Mrs. So-and-so, you
03  know -- the proprietors -- that's the way
04  we referred to those folks.  You know,
05  they weren't just handling ours.  They
06  were handling products belonging to the
07  competition.
08          And so I recall that you were
```

## Sung Soo Park

```
09   speaking in terms of Ramen.  But, yeah, I
10   would say that I would often bump into
11   people -- folks from various other people,
12   not just handling Ramen but various
13   things.
```

**9.  PAGE 86:18 TO 86:21  (RUNNING 00:00:16.347)**

```
18        Q.   All right.  And at the
19   conclusion of your interview with the
20   KFTC, were you then presented with a
21   protocol of an examination?
```

**10.  PAGE 86:22 TO 88:04  (RUNNING 00:01:34.491)**

```
22        A.   So please understand the fact
23   that we're talking about a time when I was
24   somewhat more youthful.  I would say I'm
25   still sort of a young person.  But back
00087:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   then, I was -- yeah -- rather feeling --
03   feeling rather intimidated, in fact, quite
04   a bit, because this female investigator
05   kept yelling at me and kept pressing on me
06   as to this one Pyung Ki Kim.  And I kept
07   telling her that I really couldn't recall
08   such a person.  But she kept asking me
09   about that person, nonetheless, and kept
10   insisting that they had this material,
11   they had these documents.
12        I said, "Well, please show me
13   those documents."  But without showing me
14   these documents, she actually threw a
15   whole pile of -- a stack of documents at
16   me.  And the whole atmosphere was rather
17   just intimidating and -- as such.
18        And so I was undergoing this
19   investigation in a sort of a unilateral,
20   railroading fashion.  And, you know, with
21   the woman throwing these papers at me
22   or -- at some point in time, I think she
23   stuck a paper -- a document in front of
24   me.  And I don't know if it's this or
25   what.  But I think I recall something
00088:01  PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   about her telling me to sign or maybe
03   write in my name or something like that.
04   And I recall I complied.  That I recall.
```

**11.  PAGE 168:07 TO 168:11  (RUNNING 00:00:18.840)**

```
07        Did you admit, during your
08   interview with the KFTC, that you had
09   received information from Kim Pyung Ki
10   about Korea Yakult's Ramen price
11   increases?
```

**12.  PAGE 168:14 TO 169:09  (RUNNING 00:00:56.416)**

```
14        A.   So I guess it's really one and
15   the same thing.  I believe what I had
16   testified to back then was, in fact, what
17   I related to you here today in that, upon
18   questioning, I said that of all the
19   various people that I would tend to
20   encounter when out there -- not that I had
21   any recollection as to who they may be --
22   if, per chance, I did exchange any
23   information with anybody whatsoever, then,
```

**Sung Soo Park**

```
        24   per chance, that would be information that
        25   would have been already made available and
00169:01   PARK - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   open out in the market, and that the
        03   quality of such would be such.
        04           And the fact is, back then, my
        05   position was such that -- and, frankly, I
        06   still might be in such a position where I
        07   do not -- did not really, you know -- was
        08   not in any position to be in the know as
        09   to things as to information.  So --
```

> TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:11:10.226)

COURT EXHIBIT 17c

**KoreanNoodles**

 **Park, Sung Soo (Vol. 01) - 04/27/2016**                                  1 CLIP  (RUNNING 00:01:46.279)



**Redirect**

**PARKSUNGSOO-0427R              10 SEGMENTS  (RUNNING 00:01:46.279)**

**1. PAGE 88:05 TO 88:07  (RUNNING 00:00:06.153)**

```
05      Q.    All right.  So you -- did you
06   have a chance to review your protocol of
07   examination before you signed it, sir?
```

**2. PAGE 88:11 TO 88:23  (RUNNING 00:00:45.546)**

```
11      A.    I understand you're asking me if
12   I had the chance to review this material
13   that she typed up and handed to me.  I
14   remember her telling me to write in my
15   name.  But as to whether she told me to
16   review it, I'm not too sure.
17          But the whole atmosphere of the
18   day was such that, frankly, I was scared.
19   I was scared in this instance.  And it was
20   such that I was fearful of what the
21   consequences might be if I were not to do
22   as she told me to do.  And, you know, she
23   told me to write in my name.  So --
```

**3. PAGE 88:24 TO 88:25  (RUNNING 00:00:08.496)**

```
24      Q.    Now, your lawyer signed the
25   protocol of examination as well; true?
```

**4. PAGE 89:05 TO 89:07  (RUNNING 00:00:12.009)**

```
05      A.    So I don't specifically recall
06   if the attorney was told to sign his name
07   or not.  But I suppose he could have.
```

**5. PAGE 89:08 TO 89:10  (RUNNING 00:00:08.848)**

```
08      Q.    Well, do you see a second
09   signature there on the last page of what
10   has been marked as Exhibit 209, sir?
```

**6. PAGE 89:13 TO 89:15  (RUNNING 00:00:09.280)**

```
13      A.    So -- what -- are you talking
14   about the portion that reads "Attorney"
15   and blah, blah, blah?
```

**7. PAGE 89:16 TO 89:16  (RUNNING 00:00:01.208)**

```
16      Q.    That's the one.
```

**8. PAGE 89:17 TO 89:17  (RUNNING 00:00:02.102)**

```
17      A.    I see it.
```

**9. PAGE 89:18 TO 89:19  (RUNNING 00:00:02.202)**

```
18      Q.    Yeah.  And that's his signature,
19   isn't it?
```

**10. PAGE 89:20 TO 89:21  (RUNNING 00:00:10.435)**

```
20      A.    Well, I wouldn't quite know if
21   that would be his signature or not.
```

COURT EXHIBIT 18a

**KoreanNoodles**

---

**Chang, Min Sang (Vol. 01) - 03/25/2016**                    **1 CLIP  (RUNNING 00:03:38.978)**



CHANGMINSANG-0325            19 SEGMENTS  (RUNNING 00:03:38.978)

**1. PAGE 5:04 TO 5:13  (RUNNING 00:00:17.325)**

```
04   A L B E R T   K I M,
05        the interpreter, having first
06         been duly sworn by Sharon Lengel,
07         the Notary Public, interpreted
08         the testimony as follows:
09   M I N   S A N G   C H A N G,
10         having first been duly sworn by
11         Sharon Lengel, the Notary Public,
12         was examined and testified as
13         follows:
```

**2. PAGE 5:09 TO 5:13  (RUNNING 00:00:01.619)**

```
09   M I N   S A N G   C H A N G,
10         having first been duly sworn by
11         Sharon Lengel, the Notary Public,
12         was examined and testified as
13         follows:
```

**3. PAGE 6:22 TO 6:23  (RUNNING 00:00:06.154)**

```
22        Q.    Mr. Chang, could you tell me how
23   long you have been employed by Nongshim.
```

**4. PAGE 6:24 TO 7:03  (RUNNING 00:00:13.894)**

```
24        A.    Well, seeing as how it was back
25   in 1979 that I came on-board with
00007:01
02   Nongshim, it's been -- what -- a little
03   over 36 years, I think.
```

**5. PAGE 7:14 TO 7:18  (RUNNING 00:00:12.473)**

```
14        Q.    For sake of clarity, if I refer
15   to that corporate entity as Nongshim
16   Korea, will you understand that I am
17   referring to the company at which you have
18   been employed since 1979?
```

**6. PAGE 7:19 TO 7:19  (RUNNING 00:00:02.620)**

```
19        A.    Yes.  I understand.
```

**7. PAGE 7:20 TO 7:22  (RUNNING 00:00:07.232)**

```
20        Q.    What was your position with
21   Nongshim Korea in approximately the year
22   2000?
```

**8. PAGE 7:23 TO 8:02  (RUNNING 00:00:14.177)**

```
23        A.    Let's see.  What was I doing
24   back in 2000?  I was probably heading up
25   the office of sales planning as the head
00008:01
02   of it.
```

**KoreanNoodles**

**9.  PAGE 8:03 TO 8:05  (RUNNING 00:00:08.597)**

```
03        Q.    And when did you change jobs
04    next after you were the head of the office
05    of sales planning?
```

**10.  PAGE 8:06 TO 8:08  (RUNNING 00:00:06.913)**

```
06        A.    So you're asking as to job
07    change thereafter, do you mean; right?
08        Q.    Correct.
```

**11.  PAGE 8:09 TO 8:14  (RUNNING 00:00:24.144)**

```
09        A.    So as I would try to recall,
10    now, I may be a little off in terms of the
11    year, but I'm sort of thinking that this
12    may have been in 2005.  I was made the
13    head of the SCM headquarters, which stands
14    for "Supply Chain Management."
```

**12.  PAGE 8:17 TO 8:22  (RUNNING 00:00:25.480)**

```
17        A.    So I served as the head of SCM
18    for one year.  And then in 2006, 2007, I
19    was the head of the sales headquarters.
20    And then starting around the 2008
21    timeframe, more or less, I was appointed
22    the head of the marketing headquarters.
```

**13.  PAGE 18:22 TO 18:24  (RUNNING 00:00:13.939)**

```
22            So in the period from 2000 until
23    2005, you were in the office of sales
24    planning; correct?
```

**14.  PAGE 18:25 TO 18:25  (RUNNING 00:00:03.060)**

```
25        A.    Yes.  That's right.
```

**15.  PAGE 19:02 TO 19:04  (RUNNING 00:00:06.651)**

```
02        Q.    And remind me what your position
03    in the office of sales planning was at
04    that time.
```

**16.  PAGE 19:05 TO 19:06  (RUNNING 00:00:07.589)**

```
05        A.    Oh, I was serving as the head of
06    the office of sales planning.
```

**17.  PAGE 19:07 TO 19:11  (RUNNING 00:00:15.819)**

```
07        Q.    So as the head of the office of
08    sales planning, in that period, what was
09    your relationship to the distribution
10    research Part?
11            Is that the right terminology?
```

**18.  PAGE 19:12 TO 19:16  (RUNNING 00:00:16.902)**

```
12        A.    Just for the sake of
13    convenience, you can call it a team.  And
14    so you are talking about the
15    2000-through-2005 period, are you not?
16        Q.    Correct.
```

**19.  PAGE 19:17 TO 19:20  (RUNNING 00:00:14.390)**

```
17        A.    So during that period of time,
18    they were one of those units under the
19    auspices of my group called the sales
```

**KoreanNoodles**

```
20    planning office.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:38.978)

**KoreanNoodles**

**Chang, Min Sang (Vol. 02) - 03/28/2016**                    1 CLIP  (RUNNING 00:10:21.178)

CHANGMINSANG-0328                52 SEGMENTS  (RUNNING 00:10:21.178)

**1. PAGE 36:16 TO 36:18 (RUNNING 00:00:06.702)**

```
16              MR. KINDALL:  Okay.  At this
17      time, I am going to ask to have marked
18      Exhibit 114.
```

**2. PAGE 37:07 TO 37:12 (RUNNING 00:00:12.341)**

```
07      Q.    Okay.  I'm going to ask you to
08      please take a look at Exhibit 114, and I
09      will just have a couple of questions for
10      you about it.
11              So when you're ready, let me
12      know.
```

**3. PAGE 37:13 TO 37:13 (RUNNING 00:00:03.574)**

```
13      A.    (Witness perusing document.)
```

**4. PAGE 37:14 TO 37:15 (RUNNING 00:00:04.297)**

```
14      Q.    All right.  Do you recognize
15      this document?
```

**5. PAGE 37:16 TO 37:16 (RUNNING 00:00:02.099)**

```
16      A.    Yes.
```

**6. PAGE 37:17 TO 37:17 (RUNNING 00:00:02.331)**

```
17      Q.    Can you tell me what it is.
```

**7. PAGE 37:18 TO 37:20 (RUNNING 00:00:11.953)**

```
18      A.    It seems to me to be a protocol
19      of examination at the -- on the part of
20      the KFTC.
```

**8. PAGE 37:21 TO 37:23 (RUNNING 00:00:05.184)**

```
21      Q.    Can you describe to me the
22      circumstances under which this document
23      was prepared.
```

**9. PAGE 37:24 TO 37:24 (RUNNING 00:00:04.944)**

```
24      A.    Let me talk about that.
```

**10. PAGE 37:25 TO 38:03 (RUNNING 00:00:10.411)**

```
25              So to my recollection, the day
00038:01
02      on which I went to testify as such, the
03      weather was rather warm.  It was hot.  And
```

**11. PAGE 38:04 TO 38:05 (RUNNING 00:00:04.516)**

```
04      I believe I arrived at the offices of the
05      KFTC at 8:30.  And the examination -- the
```

**12. PAGE 38:06 TO 38:11 (RUNNING 00:00:26.069)**

```
06      interrogation room happened to be on the
```

**KoreanNoodles**

```
        07   top floor of their building.  And, again,
        08   the day was very hot, and the heat
        09   radiating was immense.
        10           And as I recall, there was this
        11   investigator, one female investigator.
```

**13. PAGE 38:12 TO 38:15 (RUNNING 00:00:17.228)**

```
        12   There was one desk, and there was a fan
        13   but facing towards her.  Not even a bottle
        14   of water.  I was rather flabbergasted,
        15   frankly, such that I recall this quite
```

**14. PAGE 38:16 TO 38:19 (RUNNING 00:00:08.626)**

```
        16   distinctly.  And, if memory serves, I
        17   believe I was accompanied by counsel that
        18   day.
        19           So we go in together.  And what
```

**15. PAGE 38:20 TO 38:23 (RUNNING 00:00:08.996)**

```
        20   this investigator lady says to the
        21   attorney is, "You may sit in the back of
        22   this gentleman, but you don't say
        23   anything."  And upon that, this is what I
```

**16. PAGE 38:24 TO 39:04 (RUNNING 00:00:13.301)**

```
        24   was thinking:  The fact that you have
        25   counsel accompany you is, in fact, for you
    00039:01
        02   to be provided with legal advice from time
        03   to time, as necessary, for you to confer
        04   with said counsel.  But from the get-go,
```

**17. PAGE 39:05 TO 39:10 (RUNNING 00:00:20.132)**

```
        05   she tells the attorney not to open his
        06   mouth, and I was just really -- really
        07   perplexed with that.
        08           And I recall distinctly, rather
        09   distinctly, the very first word she
        10   uttered to me.  And what that was was
```

**18. PAGE 39:11 TO 39:20 (RUNNING 00:00:35.893)**

```
        11   that, "Sir, this is the case for not just
        12   the person who came before you and you --
        13   basically all of you -- depending on how
        14   you testify, you may be subject to
        15   criminal prosecution."
        16           And I believe the examination
        17   went into the night, until about
        18   8:00 p.m., if I recall correctly.  And I
        19   don't think I got to take, you know, too
        20   many breaks, in fact.
```

**19. PAGE 39:21 TO 39:23 (RUNNING 00:00:07.980)**

```
        21           Now, so I come here now.  This
        22   is completely different from the
        23   atmosphere while at the KFTC.  And
```

**20. PAGE 39:24 TO 40:20 (RUNNING 00:01:08.943)**

```
        24   somewhere in the middle or maybe towards
        25   the end -- I forget exactly.  But at some
    00040:01
        02   point, I say to the lady -- I say, "Look.
        03   Why are you doing this?  You have not a
```

**KoreanNoodles**

```
04   shred of evidence.  Why do you speak to us
05   as if we're criminals?  Why do you talk to
06   us in this manner, accusing us, alleging
07   collusion on our part, when we're clearly
08   saying that we have not colluded?"
09            And upon that, the investigator
10   says, "Look.  The way things go nowadays
11   on the parts of their KFTC or other
12   countries' similar bodies, just some
13   supposition, some suggestion as to
14   collusion is usually enough nowadays to
15   result in a conviction.  That's the case
16   in the United States as well as Europe and
17   so forth."  That's what she says.
18            Now I come here -- here's Madam
19   Reporter.  There was nobody sitting down
20   taking notes like that.
```

**21. PAGE 40:21 TO 41:05  (RUNNING 00:00:32.053)**

```
21            So there I was, in a very small
22   stuffy confined room, small desk, the
23   female investigator there, me here, and my
24   attorney somewhere in the corner over
25   there.  And every now and then, this guy,
00041:01
02   a male investigator, would come and go.
03   Sometimes, you know, he'd drop off some
04   documents or whatever, that sort of a
05   deal.
```

**22. PAGE 41:06 TO 41:09  (RUNNING 00:00:07.988)**

```
06            Now, so think about this.  We're
07   not too keen -- we folks are not too keen
08   on legal matters.  And our attorney is
09   told to shut up.  And the other thing is
```

**23. PAGE 41:10 TO 41:13  (RUNNING 00:00:14.165)**

```
10   it's, like, really, really intimidating --
11   "Isn't this true," you know?  Like,
12   there's just -- they couldn't be more
13   intimidating than that.  To say the least,
```

**24. PAGE 41:14 TO 42:01  (RUNNING 00:00:43.238)**

```
14   I was rather taken aback, quite
15   flabbergasted.  And, you know, I recall
16   that experience quite succinctly.
17            And so even as we were wrapping
18   things up, here she was, asking me to read
19   what she had jotted down, saying she
20   needed to go home, rather, or right away,
21   and that it was late in the evening.  She
22   had in the meantime gone and changed into
23   a fresh set of clothes and said that she
24   needed to check out and go home soon, so,
25   "Please sign off on it."
00042:01
```

**25. PAGE 42:02 TO 42:09  (RUNNING 00:00:26.917)**

```
02            And so to my recollection,
03   having begun at 8:30 a.m. and except for
04   the one hour lunch break, we went until
05   8:00 p.m. without pretty much any break.
06   So that was quite -- quite a long while.
07   Later on, in terms of what there was, I
```

**KoreanNoodles**

---

```
08    saw that this was the only thing that
09    there was left.  So that is what I'm able
```

**26. PAGE 42:10 TO 42:15 (RUNNING 00:00:24.949)**

```
10    to recollect in terms of what had happened
11    on that day when this protocol was
12    drafted.
13              And this isn't just something at
14    the level of being a little perplexed,
15    bamboozled; it goes way beyond that.
```

**27. PAGE 42:16 TO 42:17 (RUNNING 00:00:03.967)**

```
16    Q.    Did you review the document
17    before you signed it?
```

**28. PAGE 42:18 TO 42:20 (RUNNING 00:00:08.978)**

```
18    A.    I really wasn't able to review
19    it fully.  She kept saying that she wanted
20    to go home soon and rushed me.
```

**29. PAGE 46:03 TO 46:05 (RUNNING 00:00:12.715)**

```
03    Q.    May I ask you to turn to page
04    OTGKR-0001363, which is the second-to-last
05    page of the document.
```

**30. PAGE 46:06 TO 46:07 (RUNNING 00:00:02.783)**

```
06              Does your signature appear on
07    that page?
```

**31. PAGE 46:08 TO 46:08 (RUNNING 00:00:03.869)**

```
08    A.    No.  My signature is not there.
```

**32. PAGE 46:09 TO 46:11 (RUNNING 00:00:07.840)**

```
09    Q.    Can you look at the text that
10    appears on the sixth line from the bottom
11    of the page, please.
```

**33. PAGE 46:12 TO 46:12 (RUNNING 00:00:01.883)**

```
12    A.    Yes.
```

**34. PAGE 46:13 TO 46:13 (RUNNING 00:00:01.361)**

```
13    Q.    Is that your name?
```

**35. PAGE 46:14 TO 46:14 (RUNNING 00:00:01.380)**

```
14    A.    Yes.
```

**36. PAGE 46:15 TO 46:16 (RUNNING 00:00:04.261)**

```
15    Q.    And is that your signature that
16    follows your name?
```

**37. PAGE 46:20 TO 46:21 (RUNNING 00:00:03.198)**

```
20    A.    There is no signature of mine
21    there.
```

**38. PAGE 47:02 TO 47:04 (RUNNING 00:00:06.932)**

```
02              Do you know who wrote the
03    characters that make up your name on that
04    line?
```

**KoreanNoodles**

---

**39. PAGE 47:05 TO 47:06 (RUNNING 00:00:04.428)**

```
05        A.    My recollection is that it was
06    I.
```

**40. PAGE 47:07 TO 47:07 (RUNNING 00:00:01.757)**

```
07        Q.    Is that your handwriting?
```

**41. PAGE 47:08 TO 47:09 (RUNNING 00:00:03.808)**

```
08        A.    Yes.  It looks like it's my
09    handwriting.
```

**42. PAGE 86:23 TO 87:06 (RUNNING 00:00:27.568)**

```
23        Q.    Let me represent to you,
24    Mr. Chang, that what is marked as
25    Exhibit 56 is a document that was provided
00087:01
02    to counsel for plaintiffs through the
03    discovery of process by Nongshim.  It is
04    a -- an email, and attached to that --
05    according to the metadata, the attachment
06    to that email is shown as Exhibit 57.
```

**43. PAGE 87:07 TO 87:07 (RUNNING 00:00:03.013)**

```
07        A.    This is the attachment here?
```

**44. PAGE 87:08 TO 87:10 (RUNNING 00:00:06.177)**

```
08        Q.    Correct.  Exhibit 57 is,
09    according to the metadata, the attachment
10    to Exhibit 56.
```

**45. PAGE 88:15 TO 88:18 (RUNNING 00:00:12.017)**

```
15        Q.    Now, I apologize.  I don't know
16    whether you can read English characters.
17            But do you see that it says
18    "yeowonyoon@hanmail.net"?
```

**46. PAGE 88:19 TO 88:23 (RUNNING 00:00:13.487)**

```
19        A.    So I see that it says "Yoon"
20    there.  But the front portion, is that
21    "Y-E" -- what is that?  It's -- it's
22    really hard for me to read this,
23    eyesight-wise.  Is that "Y-E-O"?
```

**47. PAGE 88:24 TO 89:05 (RUNNING 00:00:21.483)**

```
24        Q.    I entirely sympathize.
25            What I read on the page is
00089:01
02    "Y-E-O W-A-N Y-O-O-N."
03            I apologize.  My co-counsel, who
04    has 30 years' sharper eyes than I do, says
05    it's "Y-E-O W-O-N Y-O-O-N."
```

**48. PAGE 89:06 TO 89:11 (RUNNING 00:00:15.053)**

```
06        A.    So the last part, Y-O-O-N,
07    that's, you know, something we're
08    accustomed to, "Yoon."  But the front
09    part, I don't quite know how that, you
10    know, goes, just the way I'm looking at
11    this.
```

**KoreanNoodles**

---

**49.  PAGE 89:12 TO 89:16  (RUNNING 00:00:09.815)**

    12        Q.    I believe I asked you this on
    13   Friday.
    14              Do you know an employee who was
    15   in the distribution investigation team
    16   named Yeo Won Yoon?

**50.  PAGE 89:17 TO 89:18  (RUNNING 00:00:03.775)**

    17        A.    Yes.  And I told you that I
    18   know.

**51.  PAGE 100:11 TO 100:16  (RUNNING 00:00:11.724)**

    11              Putting aside the question of
    12   whether the information contained in
    13   Exhibit 56 were -- was public or not, can
    14   you think of a reason why a Nongshim
    15   employee would be providing this to a
    16   competitor?

**52.  PAGE 100:19 TO 100:19  (RUNNING 00:00:03.076)**

    19        A.    No.  I can't think of any.

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:10:21.178)**

COURT EXHIBIT 18b

Case Clip(s) Detailed Report

# Min Sang Chang

Monday, November 26, 2018, 10:10:58 AM

**Min Sang Chang**

---

## Chang, Min S. (Vol. 01) - 03/25/2016
                                                          1 CLIP  (RUNNING 00:33:16.949)

And have you always been ...

**FULL FOR 112618 - RE**          **104 SEGMENTS  (RUNNING 00:33:16.949)**

**1. PAGE 7:04 TO 7:05  (RUNNING 00:00:03.867)**

    04        Q.    And have you always been
    05    employed by Nongshim Limited Incorporated?

**2. PAGE 7:06 TO 7:08  (RUNNING 00:00:07.057)**

    06        A.    Yes.  Ever since starting, I
    07    have been with Nongshim Company Limited
    08    throughout.

**3. PAGE 13:15 TO 13:16  (RUNNING 00:00:02.610)**

    15        Q.    Okay.  And who do you report to
    16    directly?

**4. PAGE 13:17 TO 13:18  (RUNNING 00:00:02.683)**

    17        A.    I report to the gentleman who is
    18    the CEO.

**5. PAGE 13:19 TO 13:23  (RUNNING 00:00:12.673)**

    19        Q.    Okay.  Thank you.
    20              Have you heard of a business
    21    unit within Nongshim Korea that was at one
    22    time referred to as the distribution
    23    research team?

**6. PAGE 13:24 TO 13:24  (RUNNING 00:00:01.320)**

    24        A.    Yes.

**7. PAGE 14:03 TO 14:06  (RUNNING 00:00:14.184)**

    03              At what point, if any, during
    04    the time from 2000 until 2008, was the
    05    individual who headed the distribution
    06    research team one of your direct reports?

**8. PAGE 14:07 TO 14:09  (RUNNING 00:00:03.382)**

    07        A.    Tell me about the timeframe
    08    again.  I am sorry.  But once again,
    09    please.

**9. PAGE 14:10 TO 14:11  (RUNNING 00:00:04.980)**

    10        Q.    At any point from 2000 until
    11    2008.

**10. PAGE 14:12 TO 14:16  (RUNNING 00:00:15.776)**

    12        A.    Well, so I was doing what I was
    13    charged with in the years 2000 through
    14    2008, but I think perhaps it would behoove
    15    me to kind of explain a few things about
    16    the distribution research team first.

**11. PAGE 14:17 TO 14:17  (RUNNING 00:00:01.081)**

    17        Q.    Sure.  Go right ahead.

## Min Sang Chang

**12. PAGE 14:18 TO 14:23 (RUNNING 00:00:14.079)**

```
18        A.    So whereas the company has
19   undergone some minor changes from the year
20   2000 till date, I don't think there would
21   be too big of a problem to explain things
22   in terms of the way the structure is
23   nowadays.  So if I may do that, please.
```

**13. PAGE 14:24 TO 14:24 (RUNNING 00:00:00.711)**

```
24        Q.    Okay.
```

**14. PAGE 14:25 TO 15:04 (RUNNING 00:00:12.357)**

```
25        A.    So underneath the overall
00015:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   division head, you have the respective
03   regional offices, the sales headquarters,
04   as it were.  There are two in Seoul.  And
```

**15. PAGE 15:04 TO 15:04 (RUNNING 00:00:01.649)**

```
04   as it were.  There are two in Seoul.  And
```

**16. PAGE 15:04 TO 15:07 (RUNNING 00:00:18.842)**

```
04   as it were.  There are two in Seoul.  And
05   in the Southern provinces of Korea,
06   namely, Chung Cheong and the Honam region,
07   there are one -- there is one.  And then
```

**17. PAGE 15:08 TO 15:08 (RUNNING 00:00:07.623)**

```
08   in the Young Nam region, there is one.
```

**18. PAGE 15:09 TO 15:11 (RUNNING 00:00:08.820)**

```
09   And then there is one head office that
10   handles these imported items, such as
11   Campbell, juice -- Welch's, Capri Sun.
```

**19. PAGE 15:12 TO 15:16 (RUNNING 00:00:17.879)**

```
12   And then there is one head office that
13   handles a new line of business that we're
14   starting up called the Baek San Su.  This
15   is a certain brand of mineral water.
16        Q.    Okay.
```

**20. PAGE 15:17 TO 15:20 (RUNNING 00:00:08.368)**

```
17        A.    And then we have a logistics
18   headquarters, logistics head office, that
19   obviously deals with the logistical
20   aspects for all these products.  So
```

**21. PAGE 15:21 TO 15:23 (RUNNING 00:00:09.585)**

```
21   essentially what we have are a total of
22   seven head offices that are delineated in
23   terms of categories/regions.  Each of
```

**22. PAGE 15:24 TO 15:25 (RUNNING 00:00:05.687)**

```
24   these head offices is headed up by an
25   executive-level person.
```

**23. PAGE 16:02 TO 16:05 (RUNNING 00:00:08.991)**

```
02            And now, aside from that, there
03   is another arm of the company that is the
04   line concept called a Channel
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:10:58 AM

## Min Sang Chang

```
        05     Headquarters.  Channel Headquarters --
```

**24. PAGE 16:06 TO 16:06  (RUNNING 00:00:04.631)**

```
        06     we're talking about Hypermarket, CVS --
```

**25. PAGE 16:09 TO 16:16  (RUNNING 00:00:22.385)**

```
        09        A.   And, now, aside from that, there
        10     is another arm of the company based upon
        11     the line concept.  And this one is called
        12     Channel Headquarters.  What a Channel
        13     Headquarter is is they basically head up
        14     the negotiations vis-`-vis these major
        15     channels such as Hypermarket, CVS, and
        16     other major channels.
```

**26. PAGE 16:17 TO 16:18  (RUNNING 00:00:02.058)**

```
        17        Q.    Production distribution
        18     channels.
```

**27. PAGE 16:19 TO 16:20  (RUNNING 00:00:09.230)**

```
        19        A.   Yes.  Yes.  That's right.
        20     Hypermarket -- E-mart, 7-Eleven, and such.
```

**28. PAGE 16:21 TO 16:23  (RUNNING 00:00:08.707)**

```
        21     And so there is the head office.  There's
        22     the headquarters.  And, now, underneath
        23     this, by the way, are 20 or so sales
```

**29. PAGE 16:24 TO 16:25  (RUNNING 00:00:04.530)**

```
        24     units, underneath which you have about 100
        25     or so branches.  And the actual sales
```

**30. PAGE 17:02 TO 17:03  (RUNNING 00:00:05.250)**

```
        02     personnel of our company belong to each of
        03     these branches.
```

**31. PAGE 17:04 TO 17:04  (RUNNING 00:00:00.706)**

```
        04        Q.    Okay.
```

**32. PAGE 17:05 TO 17:09  (RUNNING 00:00:09.659)**

```
        05        A.    And so to speak in terms of the
        06     number of personnel who are associated
        07     with this particular line, on the sales
        08     side, excluding logistics, we're looking
        09     at about 500.  And then we have about 500
```

**33. PAGE 17:10 TO 17:11  (RUNNING 00:00:04.825)**

```
        10     personnel engaged on the side of
        11     merchandising.
```

**34. PAGE 17:12 TO 17:18  (RUNNING 00:00:14.758)**

```
        12            And then we have a separate
        13     cadre of personnel.  And this number, by
        14     the way, tends to fluctuate depending on
        15     the type of in-store promotions going on.
        16     But essentially, we maintain about 2 to
        17     300 at all times for in-store promotional
        18     purposes.
```

**35. PAGE 17:19 TO 17:19  (RUNNING 00:00:03.000)**

```
        19            So this essentially is our line
```

**Case Clip(s) Detailed Report**
**Monday, November 26, 2018, 10:10:58 AM**

## Min Sang Chang

**36. PAGE 17:20 TO 17:21  (RUNNING 00:00:07.942)**

```
20    hierarchy.  Then we have two staff
21    organizations.  One is the marketing
```

**37. PAGE 17:22 TO 18:02  (RUNNING 00:00:10.418)**

```
22    organization.  And there are -- let's
23    see -- I can't quite recall.  There might
24    be -- okay -- about seven -- this is not
25    exact -- seven teams for the respective
00018:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    food categories.  And then the other staff
```

**38. PAGE 18:03 TO 18:03  (RUNNING 00:00:05.569)**

```
03    organization is the sales planning office.
```

**39. PAGE 18:04 TO 18:05  (RUNNING 00:00:07.731)**

```
04             And I forgot to mention that on
05    the marketing side, we have about 70 to 80
```

**40. PAGE 18:06 TO 18:08  (RUNNING 00:00:08.741)**

```
06    personnel.  And so I was telling you about
07    the sales planning office.  There, we have
08    about four to five teams.
```

**41. PAGE 18:09 TO 18:11  (RUNNING 00:00:12.869)**

```
09             And so finally, the distribution
10    investigation team is one part that is
11    attached to said sales planning office.  I
```

**42. PAGE 18:12 TO 18:13  (RUNNING 00:00:03.500)**

```
12    wonder if this was a good enough
13    explanation.
```

**43. PAGE 18:14 TO 18:16  (RUNNING 00:00:11.496)**

```
14        Q.    Yes.  So the distribution
15    research team is one of the four to five
16    teams within the sales planning unit?
```

**44. PAGE 18:17 TO 18:20  (RUNNING 00:00:08.224)**

```
17        A.    It's actually called a Part with
18    a capital "P" that is attached to one of
19    those teams, subordinate to the team
20    level, in other words.
```

**45. PAGE 31:05 TO 31:12  (RUNNING 00:00:30.850)**

```
05        Q.    Mr. Chang, before we broke, we
06    were talking a little bit about the role
07    of the distribution research team or
08    distribution investigation team.
09             If I could orient you, what was
10    the role of the distribution investigation
11    team with respect to sales of Ramen noodle
12    products in the Korean market?
```

**46. PAGE 31:13 TO 32:04  (RUNNING 00:00:47.439)**

```
13        A.    So as I mentioned earlier, their
14    role basically had to do with developing
15    the system from an overall sense and to
16    conduct market -- marketability studies
17    concerning those products that we import.
18    They also are responsible for the
19    educational aspects concerning new hires.
```

## Min Sang Chang

```
        20      And then comes that wireless data system
        21      that we were developing.
        22              And concerning that, if I may
        23      speak in terms of the Ramen space, it has
        24      to do -- this is very critical -- with
        25      being able to know right then and there as
  00032:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02      to whether there is product available,
        03      say, across all the, say, sales stores,
        04      what is there, what's not, and so forth.
```

**47. PAGE 32:05 TO 32:10  (RUNNING 00:00:17.210)**

```
        05              So going back to what I just
        06      told you, the first and foremost question
        07      has to do with whether our product is out
        08      there in these, say, 100,000 or so
        09      outlets.  The second one is if they are
        10      there, then where are they displayed?  And
```

**48. PAGE 32:10 TO 32:13  (RUNNING 00:00:07.414)**

```
        10      there, then where are they displayed?  And
        11      aside from where and how they're displayed
        12      on these shelves out there, what kind of
        13      pacing.
```

**49. PAGE 32:14 TO 32:18  (RUNNING 00:00:13.029)**

```
        14              So the question has to do with
        15      how much they take up, how much real
        16      estate essentially along these shelves; is
        17      it just one thing there or do we have a
        18      whole stack of Shin Ramens, for instance.
```

**50. PAGE 32:19 TO 32:20  (RUNNING 00:00:02.313)**

```
        19      Q.    Shelf space and shelf placement;
        20      right?
```

**51. PAGE 32:21 TO 32:21  (RUNNING 00:00:00.989)**

```
        21      A.    Yes.  Placement.  So this kind
```

**52. PAGE 32:21 TO 33:07  (RUNNING 00:00:28.620)**

```
        21      A.    Yes.  Placement.  So this kind
        22      of information within the marketplace is
        23      something that we intended to capture by
        24      way of that wireless data system that we
        25      had developed, meaning, we wanted to know
  00033:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02      if our product is out there or not, how it
        03      is displayed, and what the status is on
        04      the part of the competition in that
        05      regard, how are things going in terms of
        06      our placement, the pacing, the sales, and
        07      so forth.
```

**53. PAGE 33:08 TO 33:13  (RUNNING 00:00:29.211)**

```
        08      Q.    So would you capture information
        09      on where in a particular market, for
        10      example, your -- Nongshim's Ramen products
        11      were sold, how much shelf space they took
        12      up relative to Ramen products sold by
        13      competitors?
```

**54. PAGE 33:16 TO 33:22  (RUNNING 00:00:19.731)**

```
        16      A.    Yes.  And we further wanted to
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:10:58 AM

## Min Sang Chang

```
17    ascertain exactly how our product was
18    getting sold, meaning, our strategy
19    included getting to have an understanding
20    as to what sorts of sales activities
21    conducted by our people were leading to
22    particular results within the marketplace.
```

**55. PAGE 33:23 TO 34:06 (RUNNING 00:00:19.146)**

```
23             And just to further elaborate on
24    this matter, I would say that all
25    companies out there in the world
00034:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    throughout, they all conduct market
03    studies, and they all conduct studies as
04    to the competitive environment and so
05    forth.  So if you'll understand it
06    basically in the same vein.
```

**56. PAGE 41:08 TO 41:16 (RUNNING 00:00:32.981)**

```
08        Q.   So do I understand your
09    testimony correctly that to the extent
10    that you received any reports that
11    included information on pricing for Ramen
12    noodle products manufactured by companies
13    other than Nongshim and sold in the Korean
14    domestic market, that was done on an
15    as-needed basis and not with any specific
16    periodicity?
```

**57. PAGE 42:02 TO 43:04 (RUNNING 00:01:05.534)**

```
02        Q.   Please.
03        A.   So -- so that we are clear about
04    this, I have not received anything in the
05    form of reports, per se.  But as far as
06    competition regarding the --
07             THE INTERPRETER:  Strike.
08        A.   As far as information regarding
09    the competition is concerned, while it is
10    possible that such may possibly find its
11    way in certain things, when it comes to
12    this kind of pricing within the
13    marketplace or pricing-related
14    information, as I told you, this is even
15    something that I could find out if I were
16    to go and visit some store.  We're talking
17    about open and publicly available
18    information.
19             And the fact of the matter is,
20    in our companies going about wanting to
21    analyze things in terms of our market, you
22    know, one very well could not do that
23    without having an understanding as to
24    things about some other companies out
25    there.  And I imagine that to be the same
00043:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    for any other company out there.  And,
03    basically, to that extent, people utilize
04    publicly available information.
```

**58. PAGE 44:06 TO 44:09 (RUNNING 00:00:19.199)**

```
06        Q.   Was it useful to you to know
07    information about retail and wholesale
08    pricing for your competitors' products in
09    the Ramen market?
```

## Min Sang Chang

---

**59.  PAGE 44:12 TO 44:21  (RUNNING 00:00:29.178)**

```
        12          A.    To me, you mean?  Well, as I
        13    indicated just a moment ago, we basically
        14    had nearly 70 percent of market share.
        15    And so as such, there really wasn't any
        16    information on the part of the competition
        17    that was deemed important for our
        18    purposes.  I can't quite say that there
        19    was anything we were curious about or
        20    would have considered important.  That's
        21    difficult to say.
```

**60.  PAGE 44:22 TO 45:07  (RUNNING 00:00:33.906)**

```
        22            I wonder -- and with
        23    apologies -- to us, what was the most
        24    important was our information rather than
        25    any information regarding the competition.
  00045:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    Would that suffice, I wonder?
        03          Q.    Can you think of a reason why
        04    Nongshim Korea would collect information
        05    about the pricing of competitors' Ramen
        06    noodle products in the -- in the domestic
        07    Korean market?
```

**61.  PAGE 45:11 TO 45:23  (RUNNING 00:00:41.409)**

```
        11          A.    Again, I am sorry to be asking
        12    this, but when you talk about price, one
        13    figures there are many different types of
        14    prices.  For instance, there would be the,
        15    as you said, consumer price, wholesale
        16    price, choolgo price, you know.
        17            What are you asking in terms of?
        18          Q.    Can you think of a reason why
        19    Nongshim Korea would get information about
        20    any of those prices -- choolgo, EX --
        21    factory, retail, wholesale -- for Ramen
        22    noodle products sold by its competitors in
        23    the Korean domestic market?
```

**62.  PAGE 46:07 TO 47:07  (RUNNING 00:01:07.257)**

```
        07          A.    So this is what I'm thinking.
        08    I'm somebody who's responsible for many
        09    different types of affairs.  What we're
        10    talking about here is just but one of
        11    those things.
        12            And in view of how I can barely
        13    recall if I've even received any report on
        14    that matter once or twice or even at
        15    all -- frankly, I don't remember -- what
        16    I'm thinking is, as I've pretty much
        17    already related to you, we basically
        18    happen to have 70 percent of market
        19    shares.
        20            And what you're asking about is
        21    really not that important to us, because
        22    when you go out into the market -- now,
        23    it's been a little while since I myself
        24    have gone out into the marketplace.  But I
        25    used to do all this myself.  And as
  00047:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    somebody who has a bit of experience in
        03    these things, when you go out there, it's
        04    something that you can find out
```

## Min Sang Chang

```
05    immediately just right then and there.  So
06    no.  These things aren't of, you know,
07    such importance.
```

**63. PAGE 47:08 TO 47:13 (RUNNING 00:00:29.922)**

```
08        Q.    Do you know whether Nongshim
09    Korea collected information on the retail,
10    wholesale, and/or choolgo prices of
11    competitors' Ramen noodle products sold in
12    the Korean market during the timeframe
13    from 2000 to 2010?
```

**64. PAGE 47:16 TO 48:24 (RUNNING 00:01:34.247)**

```
16        A.    As I've been trying to tell you,
17    I am tasked with quite a few
18    responsibilities.  In any given day, I
19    have to receive 20 to 30 or so many
20    reports.
21            One of my favorite sayings is
22    that I would sure love to have a bathroom
23    break.  Frankly, when I go to the
24    bathroom, they follow me into the
25    bathroom.  And frankly, these things
00048:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    you're asking about, I don't know if there
03    have been such or not.  I really don't
04    know.  You know, what's important to us is
05    our information.  And these things, they
06    don't carry much weight to us.
07            So right now, even though I'm
08    trying, it's really difficult for me to be
09    able to tell you anything.  There isn't
10    anything that I know in that regard.
11        Q.    Let me ask a slightly different
12    question.
13            Do you know what reports were
14    regularly prepared -- during the period
15    from 2000 to 2001, what reports were
16    prepared, if any, concerning prices, be it
17    choolgo or wholesale or retail, charged by
18    competitors for their Ramen noodle
19    offerings in the Korean domestic market?
20            THE INTERPRETER:  Counsel said
21    200 through 2001.
22            MR. KINDALL:  Oh, I'm sorry.
23    2000 through 2010.
24            THE INTERPRETER:  Okay.  Reality
```

**65. PAGE 49:05 TO 49:11 (RUNNING 00:00:19.617)**

```
05        A.    So is the notion whether I have
06    received any such reports?
07        Q.    No, sir.
08            The question is do you know
09    whether such reports have been prepared on
10    a regular basis, whether or not they were
11    sent to you personally?
```

**66. PAGE 49:13 TO 50:02 (RUNNING 00:00:36.406)**

```
13        A.    So there isn't anything that
14    I've received, firstly.  And the way I
15    would look at this is if we're talking
16    about publicly available information
17    pertaining to customers -- and it's
18    irrespective of whether we're talking
19    about choolgo price, wholesale price, or
```

## Min Sang Chang

```
    20    retail price -- while I think there could
    21    possibly be things like that, if you are
    22    talking about non-publicly available
    23    information, then there is no way for us
    24    to ascertain that or to collect that.  So
    25    I don't think there would be anything to
00050:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    that effect.
```

**67. PAGE 50:03 TO 50:11 (RUNNING 00:00:28.600)**

```
    03         Q.    Allow me to clarify.
    04              I am not inquiring at this point
    05    as to the source of the information on
    06    competitors' prices.
    07              I'm simply asking whether
    08    Nongshim collected and generated reports
    09    about such prices for its competitor Ramen
    10    noodle products on a regular basis during
    11    the timeframe 2000 to 2010.
```

**68. PAGE 50:14 TO 50:20 (RUNNING 00:00:20.920)**

```
    14         A.    When you ask in terms of prices,
    15    you know, what are you talking about?
    16         Q.    Again, I would say -- I am
    17    curious -- what I'm asking about is any of
    18    your competitors' prices for Korean Ramen
    19    noodle products, be that choolgo price or
    20    wholesale price or retail price.
```

**69. PAGE 50:23 TO 51:15 (RUNNING 00:00:42.045)**

```
    23         A.    Well, as I mentioned earlier,
    24    there happened to be a lot of things I am
    25    responsible for.  I receive a lot of
00051:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    reports.  There isn't anything that I can
    03    actually recall in terms of what you're
    04    asking about.
    05              But I wonder if it might not be
    06    possibly the case that maybe just, on some
    07    limited intermittent occasion at some
    08    particular point in time, I could have
    09    received something like that by way of
    10    a -- you know, by some report.
    11              But, you know, if there were
    12    such a report, then I would simply believe
    13    that it would have been information
    14    concerning pricing that was already out
    15    there in the market.
```

**70. PAGE 51:16 TO 51:21 (RUNNING 00:00:32.692)**

```
    16         Q.    Do you know whether Nongshim
    17    collected information on a regular basis
    18    during the period from 2000 to 2010 at any
    19    point concerning competitors' sales of
    20    Korean -- of Ramen noodle products in the
    21    Korean domestic market, sales volume?
```

**71. PAGE 51:24 TO 52:02 (RUNNING 00:00:08.396)**

```
    24         A.    I'm sorry.  Who are you asking
    25    may have collected such?
00052:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02         Q.    Anyone at Nongshim Korea.
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:10:58 AM

## Min Sang Chang

**72. PAGE 52:04 TO 53:09  (RUNNING 00:01:15.382)**

```
        04        A.    There isn't anything in terms of
        05   us collecting information.  But when it
        06   comes to the overall sales volume, things
        07   are such that in Korea, companies are to
        08   report such kind of information to the
        09   respective authorities, be they the
        10   Financial Supervisory Commission or the
        11   Korean Tax Authority.  Basically, at the
        12   end of each quarter, they are to -- the
        13   companies are to report their revenue.
        14   And so that is something that people get
        15   to know immediately.
        16             Now, in our case, we basically
        17   are connected via EDI, electronic data
        18   interchange, with such companies as CVS
        19   and other --
        20             THE INTERPRETER:  Strike.
        21        A.    -- such types of companies as
        22   the CVSes.
        23             THE INTERPRETER:  Interjection.
        24   The interpreter understands this in
        25   the non-proper noun sense.
  00053:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02        A.    -- CVSes and other discount
        03   marts.  And by way of the system itself,
        04   you get to know as to what the sales
        05   volume is.  And this is, in fact, not just
        06   for our company but other companies as
        07   well.  So if there is any source, then I
        08   wonder if something like that might not be
        09   it.
```

**73. PAGE 53:10 TO 53:18  (RUNNING 00:00:29.346)**

```
        10             Further, when you look at what's
        11   called the retail index, maintained by
        12   such companies as AC Nielsen or Link
        13   Aztec, which are companies engaged in
        14   conducting investigations as to retail
        15   activities out there, those things entail
        16   lots of information, such as respective
        17   sales volumes, plus a whole slew of
        18   information.
```

**74. PAGE 56:05 TO 56:09  (RUNNING 00:00:21.126)**

```
        05             Do you know whether Nongshim
        06   Korea received reports from an electronic
        07   service such as Nielsen or Link Aztec on a
        08   regular basis concerning sales of Ramen
        09   noodle products of its competitors?
```

**75. PAGE 56:10 TO 56:15  (RUNNING 00:00:18.610)**

```
        10        A.    So this is not the sort of thing
        11   that takes place by way of what you call
        12   regular reports.  The thing about EDI and
        13   such is that you're electronically
        14   connected, and you get to see things on a
        15   daily basis in realtime, as it were.
```

**76. PAGE 56:16 TO 56:22  (RUNNING 00:00:26.157)**

```
        16             Put another way, we get to see
        17   something with respect to yesterday's
        18   data, any sales thereof, when you come to
        19   work in the morning.
```

## Min Sang Chang

```
        20        Q.    Okay.  So would that be an
        21   account that Nongshim Korea has with EDI
        22   that would allow it to do that?
```

**77. PAGE 56:23 TO 57:08  (RUNNING 00:00:21.807)**

```
        23        A.    No, no, no.  This is not some
        24   sort of subscription or anything.  I'm
        25   talking about how we are directly
  00057:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   connected with, say, the E-marts, the Home
        03   Plus, the Lotte Marts.
        04        Q.    And with respect to that
        05   connection that you're describing, does
        06   that allow you to get information on not
        07   only your own sales but on your
        08   competitors' sales?
```

**78. PAGE 57:09 TO 57:15  (RUNNING 00:00:39.020)**

```
        09        A.    Well, so in terms of the SKUs in
        10   the case of E-mart, we get to find out
        11   only about our information.  But when it
        12   comes to Home Plus and Lotte Mart, the
        13   system shows all the SKUs.
        14        Q.    Do you know whether Nongshim
        15   Korea has a subscription with Nielsen?
```

**79. PAGE 57:16 TO 57:22  (RUNNING 00:00:17.617)**

```
        16        A.    Yes.  We have a contract with
        17   them.
        18        Q.    And do you know whether, under
        19   your contract with Nielsen, you can obtain
        20   information on your competitors' product
        21   sales, specifically Ramen product sales,
        22   in the Korean domestic market?
```

**80. PAGE 58:02 TO 58:12  (RUNNING 00:00:37.041)**

```
        02        A.    I'm sorry.  Could you ask me
        03   again, please?
        04             THE INTERPRETER:  The
        05   interpreter can reinterpret.
        06             MR. KINDALL:  Actually, given
        07   that there's an objection, why don't I
        08   try to rephrase.
        09        Q.    Does your Nielsen subscription
        10   allow you to see information about your
        11   competitors' Ramen noodle sales for the
        12   Korean domestic market?
```

**81. PAGE 58:15 TO 58:23  (RUNNING 00:00:23.651)**

```
        15        A.    When you look at the Nielsen
        16   data, it entails such things as each
        17   respective company's sales volume within
        18   the marketplace as broken down on a
        19   per-product by -- per-product basis and a
        20   regional basis.
        21             And finally, it also entails the
        22   respective market share in terms of the
        23   percentages.  It also entails things in
```

**82. PAGE 58:23 TO 59:04  (RUNNING 00:00:12.010)**

```
        23   percentages.  It also entails things in
        24   terms of the per channel details such as
        25   the Hypermarkets or --
  00059:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

## Min Sang Chang

```
            02              THE INTERPRETER:  Strike.
            03      A.      -- Hypermarket and Superchain,
            04      et cetera.
```

**83. PAGE 59:09 TO 59:11 (RUNNING 00:00:11.617)**

```
            09      Q.    Are there any other sales
            10      channels that are not captured by the
            11      Nielsen data?
```

**84. PAGE 59:15 TO 59:19 (RUNNING 00:00:15.217)**

```
            15      A.    Oh, to my understanding, I
            16      suppose the only thing that doesn't get
            17      covered by them would be military
            18      supplies, the provision of the military.
            19      But otherwise, they capture everything.
```

**85. PAGE 59:22 TO 60:04 (RUNNING 00:00:22.053)**

```
            22      A.    So when you look at the retail
            23      index, that reflects everything as to all
            24      the retail outlets to which product gets
            25      distributed and via which product gets
        00060:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
            02      sold.
            03      Q.    And that's done on an SKU-by-SKU
            04      basis; correct?
```

**86. PAGE 60:05 TO 60:08 (RUNNING 00:00:12.941)**

```
            05      A.    Yes.
            06      Q.    Okay.  And do you know whether
            07      Nongshim Korea also has a subscription
            08      with Link Aztec?
```

**87. PAGE 60:09 TO 60:11 (RUNNING 00:00:07.770)**

```
            09      A.    Yeah.  We were subscribing to
            10      Link Aztec's services for a while and then
            11      switched to Nielsen.
```

**88. PAGE 60:12 TO 60:17 (RUNNING 00:00:17.025)**

```
            12      Q.    When you were -- when you had
            13      your subscription with Link Aztec, did
            14      that allow you to see information on the
            15      sales of competitor Ramen noodle products
            16      in the Korean domestic market on an
            17      SKU-by-SKU basis?
```

**89. PAGE 60:18 TO 60:24 (RUNNING 00:00:27.959)**

```
            18      A.    So the Link Aztec data and AC
            19      Nielsen data are identical when it comes
            20      to the retail index.
            21      Q.    Do you know whether the AC
            22      Nielsen data that you get provides any
            23      information with respect to competitors'
            24      wholesale prices?
```

**90. PAGE 60:25 TO 61:04 (RUNNING 00:00:18.918)**

```
            25      A.    So what the retail index entails
        00061:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
            02      is the average retail unit price as broken
            03      down by SKU with respect to the price
            04      sold, at which it's sold.
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:10:58 AM

## Min Sang Chang

**91. PAGE 61:05 TO 61:10 (RUNNING 00:00:16.939)**

```
05              Just to further elaborate, let's
06    say there's a certain SKU item which
07    normally sells at 1,000 Korean Won, and
08    there happens to be an in-store promotion
09    for 100 Won off; therefore, it's sold at
10    900.  Well, it's going to show "900 Won."
```

**92. PAGE 61:11 TO 61:16 (RUNNING 00:00:16.180)**

```
11              So at the end of the day -- let
12    me just give you some examples.  It's like
13    this:  For instance, Hypermarket, in terms
14    of their selling of our, say, Shin Ramen
15    product, it will entail the average price
16    at which our product was sold by them.
```

**93. PAGE 61:17 TO 61:19 (RUNNING 00:00:10.700)**

```
17              For instance, it will show what
18    the nationwide average sale price would be
19    for our product as sold by CVS.
```

**94. PAGE 66:07 TO 66:10 (RUNNING 00:00:12.813)**

```
07         Q.   Okay.  Do you know whether
08    Nongshim Korea collects information about
09    its competitors' choolgo prices on a
10    regular basis?
```

**95. PAGE 66:11 TO 67:07 (RUNNING 00:00:53.853)**

```
11         A.   So as I mentioned earlier, you
12    know, I happen to have a lot of
13    responsibilities.  So I don't know if that
14    is actually done, and it certainly would
15    not be anything done on a regular basis.
16              But in going about analyzing our
17    own market, if the company would have
18    found it necessary, it is possible that
19    the company may have sought to obtain that
20    kind of information.
21              But here, we wouldn't be talking
22    about something that is not publicly
23    known; rather, it is something that is out
24    there in the open when you go out into the
25    marketplace.
00067:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02              See, the information pertaining
03    to the choolgo price for the respective
04    companies out there is something that
05    could be easily ascertained when you go
06    and talk with these agencies or any
07    customer out there.  So having done this
```

**96. PAGE 67:07 TO 67:20 (RUNNING 00:00:38.375)**

```
07    customer out there.  So having done this
08    in years past myself, I know about this
09    fairly well, actually.
10              As far as the choolgo price is
11    concerned, when you go out to these
12    certain agencies, these reps, they have
13    it, you know, stuck there on the wall
14    itself, because they need to figure out
15    what kind of a margin they need to add in
16    order to determine what their sale price
17    is going to be.  And given that there are
```

## Min Sang Chang

```
           18     too many items, too many SKUs to be sold,
           19     you just can't memorize all that.  So they
           20     had stuck there on the wall itself.
```

**97.  PAGE 67:21 TO 68:03  (RUNNING 00:00:24.388)**

```
           21            So as far as I am concerned, I
           22     think there is -- yeah -- certainly a good
           23     possibility that our employees may have
           24     utilized such information as part of their
           25     analysis.  And this, again, is information
    00068:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
           02     that is readily available, easily
           03     obtainable out there in the marketplace.
```

**98.  PAGE 72:15 TO 72:21  (RUNNING 00:00:22.612)**

```
           15       Q.   But you testified earlier, if I
           16     recall, that as a general proposition,
           17     because Nongshim had over 70 percent of
           18     the Ramen market, you weren't all that
           19     interested in your competitors' prices.
           20            Did I understand that testimony
           21     correctly?
```

**99.  PAGE 72:25 TO 73:06  (RUNNING 00:00:17.290)**

```
           25       A.   Given that we held 70 percent or
    00073:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
           02     more of the market share, at any given
           03     time, what was important was our
           04     information, not the information
           05     pertaining to -- not any information
           06     pertaining to the competition.
```

**100.  PAGE 73:07 TO 73:16  (RUNNING 00:00:28.368)**

```
           07            And I think this goes for any
           08     global company out there, other companies
           09     too, in other words.  In a company's going
           10     about establishing its own strategies, it
           11     is necessary, certainly, to take into
           12     account things on the part of the
           13     competition.  But that's really where it
           14     ends.  It's no more than that, no less
           15     than that.  That's about the level of
           16     thing I'm talking about.
```

**101.  PAGE 76:03 TO 76:09  (RUNNING 00:00:21.638)**

```
           03       Q.   In the period between the time
           04     that you stopped your Nielsen subscription
           05     that you just described at the end of the
           06     '90s or early aughts and when you
           07     subscribed to the Link Aztec services in
           08     2008, was there some similar service that
           09     Nongshim Korea was using?
```

**102.  PAGE 76:10 TO 77:07  (RUNNING 00:01:15.409)**

```
           10       A.   So just to briefly explain the
           11     reason why we stopped subscribing to the
           12     Nielsen service, back in the early aughts,
           13     things were not all that complex within
           14     the distribution channels.  Things were
           15     much simpler compared to nowadays,
           16     certainly.
           17            And by that, I'm talking about
           18     how the online, say, market wasn't all
           19     that big, nor was things in terms of the
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:10:58 AM

## Min Sang Chang

```
        20    discount marts, CVS, and what have you.
        21    The channels were simpler.
        22            And going to my recollection.
        23    So it was in the early to middle of the
        24    year 2000 or so that CVS and these
        25    discount marts were connected via EDI,
00077:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    which meant that we could basically get an
        03    immediate idea as to our -- as to the
        04    revenue figures.  And -- and so there, we
        05    briefly stopped subscribing to Nielsen.
        06            And, now, come the end of the
        07    2000, that is, the end of the 2000s -- and
```

**103.  PAGE 77:07 TO 77:13  (RUNNING 00:00:19.828)**

```
        07    2000, that is, the end of the 2000s -- and
        08    I am talking about 2008, 2007, and so
        09    forth -- by that point in time, things
        10    became rather complex in terms of the
        11    channels.  The competition within the
        12    market was rather fierce.  And there was a
        13    lot of in-store promotions.  And to the
```

**104.  PAGE 77:13 TO 77:17  (RUNNING 00:00:14.595)**

```
        13    lot of in-store promotions.  And to the
        14    extent that the channels were a lot more
        15    fierce, we decided to subscribe to Link
        16    Aztec so as to get a better bird's-eye
        17    view as to the goings on.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:33:16.949)**

**CONFIDENTIAL**

Case Clip(s) Detailed Report

# Min Sang Chang

Monday, November 26, 2018, 10:11:37 AM

**Min Sang Chang**

## Chang, Min S. (Vol. 01) - 03/28/2016

1 CLIP  (RUNNING 00:26:18.335)

So if I may further elaborate on ...

Final 032816         113 SEGMENTS  (RUNNING 00:26:18.335) 

**1. PAGE 5:07 TO 5:09  (RUNNING 00:00:04.230)**

```
07            So if I may further elaborate on
08    some of my testimony, please.
09        Q.     Surely.
```

**2. PAGE 5:10 TO 5:15  (RUNNING 00:00:21.183)**

```
10        A.    So first of all, to speak in
11    terms of the Ramen market space, first of
12    all, it was around the years '85, '86,
13    when, after '86 was over, for three years,
14    basically, things changed within the Ramen
15    space in that we'd become number one.
```

**3. PAGE 5:16 TO 5:22  (RUNNING 00:00:22.844)**

```
16            And as memory serves, in the
17    early '80s, there were such companies as
18    Binggrae coming on really strong, Paldo of
19    Korea Yakult.  There was, in fact, a
20    company called Chung Bo.  And so we, the
21    five of us, were basically competing
22    against each other.
```

**4. PAGE 5:23 TO 6:03  (RUNNING 00:00:12.999)**

```
23            And for the sake of convenience,
24    just to kind of delineate this in terms of
25    particular time periods, come the
00006:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    mid-'90s, by that point in time, why, we
03    had garnered 60 percent of market shares.
```

**5. PAGE 6:04 TO 6:14  (RUNNING 00:00:25.999)**

```
04            And there were certain other
05    changes as to the underlying market
06    dynamics in that the '95-'96 timeframe,
07    you started seeing more of these CVS-type
08    stores, which had begun popping up
09    starting in the latter part of the '80s,
10    and they kept on growing by adding on more
11    change or members to the chains and so
12    forth.
13            Also, there were many of these
14    hypermarkets and clubs starting in the
```

**6. PAGE 6:15 TO 6:20  (RUNNING 00:00:11.012)**

```
15    '90s through '95.  And these things -- the
16    CVSes, hypermarkets, clubs, and what have
17    you -- we called these the new
18    distribution channels, because that's
19    exactly what they were -- a new type of
20    channel.
```

**7. PAGE 6:23 TO 6:25  (RUNNING 00:00:06.694)**

```
23        A.   And I'm not entirely certain
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:11:37 AM

## Min Sang Chang

```
         24    about this, but I believe Chung Bo, the
         25    company, was acquired by Ottogi.
```

**8. PAGE 7:02 TO 7:06  (RUNNING 00:00:14.108)**

```
         02              And during the period of '95
         03    through 2005 -- 2005, our market share
         04    reached almost 70 percent.  In the
         05    meantime, these new distribution channels
         06    had grown by leaps and bounds.
```

**9. PAGE 7:07 TO 7:18  (RUNNING 00:00:27.788)**

```
         07              And so already back then in
         08    1995, by which point in time we had
         09    already garnered 60 percent of the market
         10    share, by that point in time, what was
         11    more important to us was not information
         12    pertaining to the competition but to --
         13    for us to find out ways about how we
         14    further may revamp our overall revenue
         15    figures, to which extent the things we've
         16    talked about -- the distribution aspects,
         17    the displays, the facings -- those became
         18    much more important to us.
```

**10. PAGE 7:19 TO 7:24  (RUNNING 00:00:14.916)**

```
         19              And more or less, around the
         20    early aughts -- and I'm not too sure
         21    exactly when.  But I'm thinking maybe
         22    2002, 2003 or so, these new distribution
         23    channels -- they all came online, as it
         24    were, being computerized.
```

**11. PAGE 7:25 TO 8:07  (RUNNING 00:00:17.327)**

```
         25              And so on the one hand, these
      00008:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    new distribution channels had all become
         03    connected by way of an - a computer
         04    network.  And in the meantime, our
         05    company, as you well -- are no doubt well
         06    aware, we happened to wield quite some
         07    influence within the marketplace.
```

**12. PAGE 8:08 TO 8:14  (RUNNING 00:00:18.295)**

```
         08              And the point here is that these
         09    new distribution channels availed us of
         10    information via their computer networks so
         11    that we may either verify certain things,
         12    or they would do that for their own needs
         13    basically to -- in the hopes of increasing
         14    the --
```

**13. PAGE 8:16 TO 8:18  (RUNNING 00:00:05.357)**

```
         16         A.    -- in the -- to the end that
         17    they would share with us certain revenue
         18    figures.
```

**14. PAGE 8:19 TO 8:23  (RUNNING 00:00:13.602)**

```
         19              Now, whereas even before the
         20    aughts, we were able to secure such data
         21    but in the absence of any available
         22    computer networks; things were a lot more
         23    of a hassle back then.  And to say that
```

## Min Sang Chang

**15. PAGE 8:23 TO 9:04  (RUNNING 00:00:13.498)**

```
        23    of a hassle back then.  And to say that
        24    starting in the early 2000, these computer
        25    networks were thus becoming available,
  00009:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    means, on the other hand, that the CVSes
        03    and such would, for instance, sell their
        04    data.
```

**16. PAGE 9:05 TO 9:09  (RUNNING 00:00:10.404)**

```
        05            And the basic point here is that
        06    to whatever extent one pleases, we could
        07    ascertain things not just as to our own
        08    sales but as to such things on the part of
        09    the competition, if we wanted.  And
```

**17. PAGE 9:10 TO 9:14  (RUNNING 00:00:14.419)**

```
        10    effectively taking advantage of the
        11    available computer network as such,
        12    starting in the early aughts or the middle
        13    of the 2000s, we started basically getting
        14    connected by way of an EDI.
```

**18. PAGE 9:15 TO 9:20  (RUNNING 00:00:21.156)**

```
        15            And so it was thus the case that
        16    by way of these new distribution channels'
        17    computer networks, we were thus able to
        18    get a bird's-eye view as to the goings on
        19    in terms of the competition region by
        20    region and, in fact, the total picture.
```

**19. PAGE 9:21 TO 10:05  (RUNNING 00:00:25.668)**

```
        21            Now, I want to take a quick look
        22    at things in terms of the 2000 through
        23    2010.  And before that, say, back then in
        24    the '90s, because these new distribution
        25    channels had yet to come in full-fledged,
  00010:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    back then, the traditional outlets,
        03    traditional marketplaces, were still our
        04    bread and butter, namely, the agencies
        05    with whom we were under contract.
```

**20. PAGE 10:06 TO 10:11  (RUNNING 00:00:13.965)**

```
        06            But starting around the early
        07    aughts, as I said, with the advent of the
        08    new distribution channels, which were just
        09    taking off like crazy, the traditional
        10    market structure basically started
        11    crumbling.
```

**21. PAGE 10:12 TO 10:19  (RUNNING 00:00:18.051)**

```
        12            So by the point in time when we
        13    had effectively garnered up to 70 percent
        14    of the market share, as I said, no
        15    longer -- the competition was no longer
        16    important to us.  What was important for
        17    us was to come up with the appropriate
        18    strategies to deal with those particular
        19    channels, in fact.
```

Case Clip(s) Detailed Report
Monday, November 26, 2018, 10:11:37 AM

## Min Sang Chang

**22. PAGE 10:20 TO 11:19  (RUNNING 00:01:07.120)**

```
   20              The point that you should keep
   21     in mind is the fact that we had
   22     encountered these hither to un -- hither
   23     to, you know --
   24              THE INTERPRETER:  Strike.
   25        A.   We had encountered these new
00011:01     CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
   02     distribution channel companies run by
   03     major concerns, something that we had not
   04     encountered before that.
   05              And as you can well imagine,
   06     between the distribution channels and the
   07     manufacturers, it's going to be the
   08     manufacturers who are always going to be
   09     weaker in terms of the negotiating
   10     positions.  And indeed, sometimes we would
   11     be quite perplexed about certain things.
   12     And the undue pressures that sometimes get
   13     put on us are, you know, quite, you know,
   14     hard to talk about.
   15              But so as the number one leading
   16     company, we always have had to strive
   17     harder to find ways to respond to such
   18     things more than the second or third guy.
   19        Q.   Okay.
```

**23. PAGE 11:20 TO 11:25  (RUNNING 00:00:18.533)**

```
   20        A.   And to date, that remains our
   21     overall concern, and there has been no
   22     change, in fact, in that regard.  But as
   23     of late, the online market has become even
   24     more dynamic, and that is sizing up to be
   25     a new issue that we need to deal with.
```

**24. PAGE 15:13 TO 15:17  (RUNNING 00:00:16.559)**

```
   13        Q.   Mr. Chang, can you tell me
   14     whether you had any role in the process
   15     for deciding to raise the price of
   16     Nongshim's Ramen products in the Korean
   17     domestic market in 2008?
```

**25. PAGE 15:20 TO 15:20  (RUNNING 00:00:01.511)**

```
   20        A.   None whatsoever.
```

**26. PAGE 37:07 TO 37:12  (RUNNING 00:00:12.435)**

```
   07        Q.   Okay.  I'm going to ask you to
   08     please take a look at Exhibit 114, and I
   09     will just have a couple of questions for
   10     you about it.
   11              So when you're ready, let me
   12     know.
```

**27. PAGE 37:14 TO 37:15  (RUNNING 00:00:01.754)**

```
   14        Q.   All right.  Do you recognize
   15     this document?
```

**28. PAGE 37:16 TO 37:17  (RUNNING 00:00:03.388)**

```
   16        A.   Yes.
   17        Q.   Can you tell me what it is.
```

**Case Clip(s) Detailed Report**
**Monday, November 26, 2018, 10:11:37 AM**

## Min Sang Chang

**29. PAGE 37:18 TO 37:23 (RUNNING 00:00:15.703)**

```
18        A.    It seems to me to be a protocol
19   of examination at the -- on the part of
20   the KFTC.
21        Q.    Can you describe to me the
22   circumstances under which this document
23   was prepared.
```

**30. PAGE 37:24 TO 37:24 (RUNNING 00:00:03.242)**

```
24        A.    Let me talk about that.
```

**31. PAGE 37:25 TO 38:03 (RUNNING 00:00:07.331)**

```
25             So to my recollection, the day
00038:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   on which I went to testify as such, the
03   weather was rather warm.  It was hot.  And
```

**32. PAGE 38:04 TO 38:05 (RUNNING 00:00:04.429)**

```
04   I believe I arrived at the offices of the
05   KFTC at 8:30.  And the examination -- the
```

**33. PAGE 38:05 TO 38:09 (RUNNING 00:00:13.522)**

```
05   KFTC at 8:30.  And the examination -- the
06   interrogation room happened to be on the
07   top floor of their building.  And, again,
08   the day was very hot, and the heat
09   radiating was immense.
```

**34. PAGE 38:10 TO 38:11 (RUNNING 00:00:05.383)**

```
10             And as I recall, there was this
11   investigator, one female investigator.
```

**35. PAGE 38:12 TO 38:13 (RUNNING 00:00:04.914)**

```
12   There was one desk, and there was a fan
13   but facing towards her.  Not even a bottle
```

**36. PAGE 38:13 TO 38:14 (RUNNING 00:00:01.502)**

```
13   but facing towards her.  Not even a bottle
14   of water.  I was rather flabbergasted,
```

**37. PAGE 38:14 TO 38:16 (RUNNING 00:00:04.607)**

```
14   of water.  I was rather flabbergasted,
15   frankly, such that I recall this quite
16   distinctly.  And, if memory serves, I
```

**38. PAGE 38:16 TO 38:18 (RUNNING 00:00:05.666)**

```
16   distinctly.  And, if memory serves, I
17   believe I was accompanied by counsel that
18   day.
```

**39. PAGE 38:19 TO 38:19 (RUNNING 00:00:01.249)**

```
19             So we go in together.  And what
```

**40. PAGE 38:19 TO 38:23 (RUNNING 00:00:20.608)**

```
19             So we go in together.  And what
20   this investigator lady says to the
21   attorney is, "You may sit in the back of
22   this gentleman, but you don't say
23   anything."  And upon that, this is what I
```

## Min Sang Chang

**41. PAGE 38:23 TO 39:04  (RUNNING 00:00:13.654)**

```
          23    anything."  And upon that, this is what I
          24    was thinking:  The fact that you have
          25    counsel accompany you is, in fact, for you
    00039:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02    to be provided with legal advice from time
          03    to time, as necessary, for you to confer
          04    with said counsel.  But from the get-go,
```

**42. PAGE 39:04 TO 39:07  (RUNNING 00:00:09.865)**

```
          04    with said counsel.  But from the get-go,
          05    she tells the attorney not to open his
          06    mouth, and I was just really -- really
          07    perplexed with that.
```

**43. PAGE 39:08 TO 39:10  (RUNNING 00:00:05.598)**

```
          08            And I recall distinctly, rather
          09    distinctly, the very first word she
          10    uttered to me.  And what that was was
```

**44. PAGE 39:10 TO 39:15  (RUNNING 00:00:14.787)**

```
          10    uttered to me.  And what that was was
          11    that, "Sir, this is the case for not just
          12    the person who came before you and you --
          13    basically all of you -- depending on how
          14    you testify, you may be subject to
          15    criminal prosecution."
```

**45. PAGE 39:16 TO 39:18  (RUNNING 00:00:06.870)**

```
          16            And I believe the examination
          17    went into the night, until about
          18    8:00 p.m., if I recall correctly.  And I
```

**46. PAGE 39:18 TO 39:20  (RUNNING 00:00:04.967)**

```
          18    8:00 p.m., if I recall correctly.  And I
          19    don't think I got to take, you know, too
          20    many breaks, in fact.
```

**47. PAGE 39:21 TO 39:23  (RUNNING 00:00:07.467)**

```
          21            Now, so I come here now.  This
          22    is completely different from the
          23    atmosphere while at the KFTC.  And
```

**48. PAGE 39:23 TO 40:17  (RUNNING 00:00:56.936)**

```
          23    atmosphere while at the KFTC.  And
          24    somewhere in the middle or maybe towards
          25    the end -- I forget exactly.  But at some
    00040:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02    point, I say to the lady -- I say, "Look.
          03    Why are you doing this?  You have not a
          04    shred of evidence.  Why do you speak to us
          05    as if we're criminals?  Why do you talk to
          06    us in this manner, accusing us, alleging
          07    collusion on our part, when we're clearly
          08    saying that we have not colluded?"
          09            And upon that, the investigator
          10    says, "Look.  The way things go nowadays
          11    on the parts of their KFTC or other
          12    countries' similar bodies, just some
          13    supposition, some suggestion as to
          14    collusion is usually enough nowadays to
          15    result in a conviction.  That's the case
          16    in the United States as well as Europe and
```

## Min Sang Chang

```
        17    so forth."  That's what she says.
```

**49. PAGE 40:18 TO 40:20  (RUNNING 00:00:06.595)**

```
        18              Now I come here -- here's Madam
        19    Reporter.  There was nobody sitting down
        20    taking notes like that.
```

**50. PAGE 40:21 TO 40:25  (RUNNING 00:00:14.732)**

```
        21              So there I was, in a very small
        22    stuffy confined room, small desk, the
        23    female investigator there, me here, and my
        24    attorney somewhere in the corner over
        25    there.  And every now and then, this guy,
```

**51. PAGE 40:25 TO 41:02  (RUNNING 00:00:04.729)**

```
        25    there.  And every now and then, this guy,
    00041:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    a male investigator, would come and go.
```

**52. PAGE 41:03 TO 41:05  (RUNNING 00:00:04.376)**

```
        03    Sometimes, you know, he'd drop off some
        04    documents or whatever, that sort of a
        05    deal.
```

**53. PAGE 41:06 TO 41:09  (RUNNING 00:00:07.666)**

```
        06              Now, so think about this.  We're
        07    not too keen -- we folks are not too keen
        08    on legal matters.  And our attorney is
        09    told to shut up.  And the other thing is
```

**54. PAGE 41:09 TO 41:13  (RUNNING 00:00:14.645)**

```
        09    told to shut up.  And the other thing is
        10    it's, like, really, really intimidating --
        11    "Isn't this true," you know?  Like,
        12    there's just -- they couldn't be more
        13    intimidating than that.  To say the least,
```

**55. PAGE 41:13 TO 41:16  (RUNNING 00:00:09.380)**

```
        13    intimidating than that.  To say the least,
        14    I was rather taken aback, quite
        15    flabbergasted.  And, you know, I recall
        16    that experience quite succinctly.
```

**56. PAGE 41:17 TO 41:19  (RUNNING 00:00:06.599)**

```
        17              And so even as we were wrapping
        18    things up, here she was, asking me to read
        19    what she had jotted down, saying she
```

**57. PAGE 41:19 TO 41:21  (RUNNING 00:00:05.013)**

```
        19    what she had jotted down, saying she
        20    needed to go home, rather, or right away,
        21    and that it was late in the evening.  She
```

**58. PAGE 41:22 TO 41:25  (RUNNING 00:00:11.076)**

```
        22    had in the meantime gone and changed into
        23    a fresh set of clothes and said that she
        24    needed to check out and go home soon, so,
        25    "Please sign off on it."
```

**59. PAGE 42:02 TO 42:06  (RUNNING 00:00:12.908)**

```
        02              And so to my recollection,
        03    having begun at 8:30 a.m. and except for
```

## Min Sang Chang

```
04   the one hour lunch break, we went until
05   8:00 p.m. without pretty much any break.
06   So that was quite -- quite a long while.
```

**60.  PAGE 42:07 TO 42:09  (RUNNING 00:00:09.733)**

```
07   Later on, in terms of what there was, I
08   saw that this was the only thing that
09   there was left.  So that is what I'm able
```

**61.  PAGE 42:09 TO 42:12  (RUNNING 00:00:09.421)**

```
09   there was left.  So that is what I'm able
10   to recollect in terms of what had happened
11   on that day when this protocol was
12   drafted.
```

**62.  PAGE 42:13 TO 42:17  (RUNNING 00:00:17.745)**

```
13           And this isn't just something at
14   the level of being a little perplexed,
15   bamboozled; it goes way beyond that.
16   Q.   Did you review the document
17   before you signed it?
```

**63.  PAGE 42:18 TO 42:20  (RUNNING 00:00:06.762)**

```
18   A.   I really wasn't able to review
19   it fully.  She kept saying that she wanted
20   to go home soon and rushed me.
```

**64.  PAGE 62:07 TO 62:11  (RUNNING 00:00:16.704)**

```
07   Q.   Okay.  Do you know where the
08   members of the research investigation team
09   might have gotten information as to the
10   revenue goals for Samyang, Yakult, or
11   Ottogi?
```

**65.  PAGE 62:14 TO 63:05  (RUNNING 00:00:49.697)**

```
14           A.   So I really don't know if this
15   is actually representative of information
16   that the distribution investigation team
17   collected.  But when it comes to these
18   sorts of things, such as the revenue goal
19   performance and so forth, I wouldn't know
20   if these numbers are exact or what.
21           But in my mind, it is more than
22   possible for anybody to, say, kind of
23   figure these things out by way of talking
24   to the agencies out there or by way of the
25   distribution channel data, such as those
00063:01 CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   made available by the POS and so forth,
03   certainly, EDI.  It is the kind of data
04   that can be readily ascertained and, in
05   fact, kind of put together.
```

**66.  PAGE 63:06 TO 63:20  (RUNNING 00:00:32.611)**

```
06           So based upon my own experience
07   of being out there in the marketplace,
08   from what I recall, you call on these
09   little --
10           THE INTERPRETER:  Strike.
11   A.   -- you call on these stores,
12   like, at the start of a month, let's say
13   on the 1st or the 2nd.  Typically, you'll
14   see these things just posted on one of
```

## Min Sang Chang

```
15   their walls.  Basically, they'll have
16   their own revenue goal for that month,
17   their own respective revenue goals for
18   each type of product, because they need to
19   kind of refer to that in order to know
20   what they're supposed to be shooting for.
```

**67. PAGE 63:21 TO 63:24  (RUNNING 00:00:06.448)**

```
21           So -- and typically, they tell
22   you, "Oh, you know, I'm doing 5 percent
23   better than last month, 10 percent better
24   than last month," things like that.
```

**68. PAGE 82:15 TO 82:22  (RUNNING 00:00:20.551)**

```
15      Q.   My question is really fairly
16   simple.
17           It's not whether you can think
18   of a reason why this was done, but simply
19   do you know whether Nongshim employees
20   prepared reports on a regular basis
21   concerning these sales incentives being
22   offered by Samyang, Ottogi, and Yakult?
```

**69. PAGE 82:24 TO 83:06  (RUNNING 00:00:26.424)**

```
24      A.   No.  I have not been furnished
25   with reports to that effect on a regular
00083:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   basis.
03      Q.   Okay.  Similarly, did Nongshim
04   employees prepare reports on a regular
05   basis concerning the Ramen sales targets
06   of Ottogi, Yakult, and Samyang?
```

**70. PAGE 83:08 TO 83:17  (RUNNING 00:00:27.517)**

```
08      A.   So as you will hopefully recall,
09   I've been telling you throughout that ever
10   since the mid-'90s, the information -- any
11   information pertaining to the competition
12   was no longer important to us.  That is,
13   in fact, more so ever since the 2000s.
14           And so you ask if our people
15   regularly tracked anything like that; have
16   there been reports that I've been
17   furnished with; no.  The answer is no.
```

**71. PAGE 99:03 TO 99:05  (RUNNING 00:00:05.382)**

```
03      Q.   Does the company have a policy
04   against using private emails for company
05   business?
```

**72. PAGE 99:09 TO 99:16  (RUNNING 00:00:24.586)**

```
09      A.   There is no policy that forbids
10   that.  However, when you look at the
11   company policies, there, the company
12   provides that information that is not
13   public or not to be made public shall be
14   governed in -- along some very, very
15   strict guidelines.  And that is disclosed
16   across many pages.
```

**73. PAGE 99:17 TO 99:19  (RUNNING 00:00:08.815)**

```
17           Anyhow, so that -- going back,
18   so that is why the company embarked upon a
```

## Min Sang Chang

```
        19     separate independent investigation of its
```

**74. PAGE 99:20 TO 99:22  (RUNNING 00:00:06.795)**

```
        20     own.  And the fact is nobody -- not one
        21     single individual -- was subject to any
        22     censure or discipline.
```

**75. PAGE 147:08 TO 147:10  (RUNNING 00:00:05.365)**

```
        08         Q.    Okay.  Can you tell me briefly
        09     what the purpose of the Ramen conference
        10     is, briefly.
```

**76. PAGE 147:11 TO 147:14  (RUNNING 00:00:09.767)**

```
        11         A.    So firstly, South Korea
        12     basically works on a value-added tax
        13     system.  They have a VAT of 10 percent
        14     added on to the price of the product.  And
```

**77. PAGE 147:15 TO 147:20  (RUNNING 00:00:13.466)**

```
        15     effectively, the sellers of products
        16     pre --
        17         THE INTERPRETER:  Sorry.
        18     Strike.
        19         A.    -- charge ahead of time this 10
        20     percent VAT tax from the consumers.
```

**78. PAGE 147:21 TO 148:03  (RUNNING 00:00:18.306)**

```
        21         Now, you can see how, if a
        22     company sells 100 units of whatever and
        23     yet reports to the Korean tax authorities
        24     that they sold only 90, then they get to
        25     make away with, you know, X times 10
  00148:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02     percent, and so, you know, there is room
        03     for tax abuse.
```

**79. PAGE 148:04 TO 148:09  (RUNNING 00:00:13.711)**

```
        04         And so there is going to be a
        05     tax receipt that needs to be exchanged as
        06     between the seller of a certain product
        07     and a particular purchaser of certain said
        08     product who, in turn, turns around and
        09     sells to the consumers.
```

**80. PAGE 148:10 TO 148:17  (RUNNING 00:00:29.055)**

```
        10         And so between the years of 2003
        11     to 2010, roughly, because -- to the extent
        12     these tax receipts were not completely
        13     being provided or received and so forth,
        14     the tax authorities basically felt that
        15     there was a lot of shenanigans going on in
        16     terms of how sellers of product were
        17     basically pocketing the VAT taxes.
```

**81. PAGE 148:18 TO 148:20  (RUNNING 00:00:06.605)**

```
        18         So the idea thus was to come up
        19     with this sort of a conference.  I will
        20     call it a conference too myself.  And the
```

**82. PAGE 148:20 TO 148:25  (RUNNING 00:00:15.762)**

```
        20     call it a conference too myself.  And the
        21     idea underlying that was to basically
        22     educate people so as to ensure that both
```

## Min Sang Chang

```
          23    the seller as well as the buyer of product
          24    would faithfully issue and receive these
          25    tax receipts.  And if there be any
```

**83. PAGE 148:25 TO 149:04  (RUNNING 00:00:09.537)**

```
          25    tax receipts.  And if there be any
    00149:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02    problems in that regard, we would go out
          03    into those locales and, basically, educate
          04    them.  So that is the purpose for which
```

**84. PAGE 149:04 TO 149:16  (RUNNING 00:00:38.295)**

```
          04    them.  So that is the purpose for which
          05    the conference was begun.
          06            Now, secondly -- and I happen to
          07    share in this opinion, as do a number of
          08    others, I will tell you.  So
          09    notwithstanding the first purpose for
          10    which was started, a lot of people kind of
          11    figured that maybe this was begun so as to
          12    essentially provide some post-retirement
          13    employment to former Korean tax authority
          14    members, whether they leave upon reaching
          15    the age of 65 or just, you know, leave in
          16    the interim.
```

**85. PAGE 149:17 TO 149:20  (RUNNING 00:00:11.535)**

```
          17            So the way the conference was
          18    set up was there was a secretariat general
          19    that was organized first as part of this
          20    conference.  And the secretary general for
```

**86. PAGE 149:20 TO 149:23  (RUNNING 00:00:14.919)**

```
          20    conference.  And the secretary general for
          21    said secretariat was a former Korean tax
          22    authority man.  And it was under his
          23    auspices that things were to be run.  So
```

**87. PAGE 149:23 TO 150:05  (RUNNING 00:00:14.088)**

```
          23    auspices that things were to be run.  So
          24    it's not that we picked who was going to
          25    come; it was the Korean tax authority
    00150:01    CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02    themselves who indicated who was going to
          03    come.
          04       Q.    Did the companies second
          05    employees to serve on the secretariat?
```

**88. PAGE 150:06 TO 150:07  (RUNNING 00:00:02.475)**

```
          06       A.    Let me talk about that.  So
          07    underneath the secretariat -- so you kind
```

**89. PAGE 150:07 TO 150:11  (RUNNING 00:00:12.980)**

```
          07    underneath the secretariat -- so you kind
          08    of beat me to it before I was able to
          09    address it.  But sure enough, basically,
          10    attached to the secretariat, each company
          11    was to second a man to serve there.
```

**90. PAGE 150:12 TO 150:16  (RUNNING 00:00:15.727)**

```
          12            Now, what -- what I need to
          13    stress here is the fact that the
          14    organization was set up at the behest of
```

## Min Sang Chang

```
15   the Korean tax authority, not because we,
16   the companies, wanted to have that.  One
```

**91. PAGE 150:16 TO 150:18  (RUNNING 00:00:05.252)**

```
16   the companies, wanted to have that.  One
17   way or another, by hook or crook, we end
18   up each seconding a man to serve there.
```

**92. PAGE 150:19 TO 150:23  (RUNNING 00:00:11.065)**

```
19          In the meantime, Binggrae, who
20   had the smallest market share, said, "We
21   just cannot afford to second a person
22   there.  Instead, we'll pitch in in terms
23   of the expenses."  Ottogi says, "Well, we
```

**93. PAGE 150:23 TO 150:25  (RUNNING 00:00:05.923)**

```
23   of the expenses."  Ottogi says, "Well, we
24   can't send a full-time employee.  We're
25   going to send a part-timer."
```

**94. PAGE 151:02 TO 151:04  (RUNNING 00:00:08.125)**

```
02          And as for us, at first, what we
03   did was we sent somebody there who was
04   looking at imminent retirement.  And then
```

**95. PAGE 151:04 TO 151:10  (RUNNING 00:00:16.849)**

```
04   looking at imminent retirement.  And then
05   after that person, in fact, retired, we
06   basically called somebody out of
07   retirement and hired back the person with
08   an annual salary and everything and,
09   basically, hired -- had that person attend
10   that basically on a contract basis.  Now,
```

**96. PAGE 151:10 TO 151:15  (RUNNING 00:00:12.481)**

```
10   that basically on a contract basis.  Now,
11   with each of those seconded personnel
12   being paid by their respective companies,
13   they are there working for the
14   secretariat, conducting work for the
15   secretariat.
```

**97. PAGE 151:16 TO 151:20  (RUNNING 00:00:12.268)**

```
16          Now, then there are the people
17   who were on dispatch from each of the
18   companies, handling work for the
19   respective companies, and among them would
20   be --
```

**98. PAGE 152:02 TO 152:06  (RUNNING 00:00:10.064)**

```
02          Going back.
03      A.   Among them would be a person
04   serving as an assistant administrator for
05   tax consideration purposes.
06      Q.   Okay.
```

**99. PAGE 152:07 TO 152:11  (RUNNING 00:00:19.166)**

```
07      A.   So with each company having an
08   assistant administrator as such, on top of
09   that echelon would be, say, the respective
10   companies' head of sales HQ, who would be
11   serving as executives of this conference.
```

**Case Clip(s) Detailed Report**
Monday, November 26, 2018, 10:11:37 AM

## Min Sang Chang

**100.  PAGE 152:12 TO 152:19  (RUNNING 00:00:20.876)**

```
12              So to speak in terms of
13    expenses, there would be the remuneration
14    for the general -- secretary general, as
15    we discussed, the salary for the one
16    female employee who would be there, the
17    office lease-related cost, and other
18    ancillary costs having to do with training
19    and education.  And those costs were
```

**101.  PAGE 152:19 TO 153:02  (RUNNING 00:00:29.134)**

```
19    and education.  And those costs were
20    basically prorated for each company based
21    upon their respective market share.
22        Q.    Okay.  Let me stop you.
23              All right.  Do you know an
24    individual named Chan-Oong Kim?
25              The translation that I have is
00153:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    C-H-A-N - O-O-N-G K-I-M.
```

**102.  PAGE 153:03 TO 153:06  (RUNNING 00:00:08.699)**

```
03        A.    With what company?  Our company?
04        Q.    Yes.
05        A.    Kim what?
06        Q.    Chan-Oong.
```

**103.  PAGE 153:07 TO 153:09  (RUNNING 00:00:07.434)**

```
07        A.    Oh, yeah.  So that individual,
08    at that time, was serving as our
09    administrator for tax purposes.  And
```

**104.  PAGE 153:09 TO 153:13  (RUNNING 00:00:12.482)**

```
09    administrator for tax purposes.  And
10    typically, these assistant administrators
11    would be individuals at the team level who
12    would be handling tax matters in their own
13    company.  And mind you, these sorts of
```

**105.  PAGE 153:13 TO 153:20  (RUNNING 00:00:16.574)**

```
13    company.  And mind you, these sorts of
14    conferences -- you know, it's not just --
15    they're not --
16              THE INTERPRETER:  Strike.
17        A.    It's not just there for Ramen.
18    But throughout the whole country of South
19    Korea, you'll see about 30 different types
20    of conferences for various sectors.  For
```

**106.  PAGE 153:20 TO 153:23  (RUNNING 00:00:07.674)**

```
20    of conferences for various sectors.  For
21    instance, you'll see such for not just
22    Ramen but milk, ice cream, drinks,
23    cookies -- a whole slew of them.  And
```

**107.  PAGE 153:23 TO 154:03  (RUNNING 00:00:08.987)**

```
23    cookies -- a whole slew of them.  And
24    there would be one for the Samsung
25    Electronics-type things and just anything
00154:01  CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    having to do with consumer-related
03    products.
```

## Min Sang Chang

**108. PAGE 166:25 TO 167:08 (RUNNING 00:00:24.304)**

```
       25        Q.    Okay.  So let me just ask a
00167:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    quick series of questions here.
       03            During the two years that you
       04    participated in the Ramen conference, do
       05    you recall any discussion of price
       06    increases between yourself on behalf of
       07    Nongshim and the representatives of any of
       08    your competitors?
```

**109. PAGE 167:09 TO 167:17 (RUNNING 00:00:22.613)**

```
       09        A.    So as I mentioned earlier, the
       10    people who would attend the Ramen
       11    conference would be the respective
       12    companies' salespeople, which was the case
       13    for me too.
       14            Now, I cannot quite speak about
       15    the competition.  But when it comes to
       16    price increases, I don't know about those
       17    things.  And so just to further drive home
```

**110. PAGE 167:17 TO 168:05 (RUNNING 00:00:34.572)**

```
       17    things.  And so just to further drive home
       18    the point, I am in the dark as much as
       19    anybody else when it comes to any
       20    prospective Ramen price increase.  And
       21    having gone to the conference on at least
       22    two occasions, you know, upon getting
       23    there, I --
       24            THE INTERPRETER:  Strike.
       25        A.    -- I saw that it's not the sort
00168:01   CHANG - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    of place where you talk about those
       03    things.
       04        Q.    Okay.  So is the answer to my
       05    question "no"?
```

**111. PAGE 168:06 TO 168:06 (RUNNING 00:00:00.840)**

```
       06        A.    That is correct.
```

**112. PAGE 170:18 TO 170:24 (RUNNING 00:00:19.308)**

```
       18        Q.    So as you sit here today, are
       19    you aware of any information that would
       20    suggest to you that the question of price
       21    increases in the Ramen noodle market
       22    domestically was ever discussed at any of
       23    the meetings involving the Ramen
       24    conference at any level?
```

**113. PAGE 170:25 TO 170:25 (RUNNING 00:00:02.027)**

```
       25        A.    I am not, none whatsoever.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:26:18.335)**

COURT EXHIBIT 18c

**KoreanNoodles**

 **Chang, Min Sang (Vol. 01) - 03/25/2016**     1 CLIP  (RUNNING 00:01:00.489)

 Redirect

**CHANGMINSANG-0325R**     4 SEGMENTS  (RUNNING 00:01:00.489)

**1. PAGE 75:09 TO 75:11  (RUNNING 00:00:14.982)**

```
09        Q.    Do you recall during what period
10   Nongshim Korea was using an AC Nielsen
11   subscription?
```

**2. PAGE 75:12 TO 75:20  (RUNNING 00:00:28.680)**

```
12        A.    As far as Link Aztec, we
13   subscribed to their services starting in
14   2008.  Now, as for AC Nielsen Korea, if
15   memory serves, it was starting in the
16   mid-'80s that we subscribed to their
17   services until a certain point in time,
18   and then we stopped.  And then starting in
19   2009, we started subscribing to them
20   again.
```

**3. PAGE 75:21 TO 75:23  (RUNNING 00:00:07.703)**

```
21        Q.    Do you remember when you stopped
22   your Nielsen subscription after you had
23   had it in the mid-'80s?
```

**4. PAGE 75:24 TO 76:02  (RUNNING 00:00:09.124)**

```
24        A.    So I don't exactly recall, but I
25   wonder if that wasn't the end of the '90s,
00076:01
02   maybe early aughts.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:00.489)**

**KoreanNoodles**

 **Chang, Min Sang (Vol. 02) - 03/28/2016**       1 CLIP  (RUNNING 00:00:16.546)



Redirect

**CHANGMINSANG-0328R          2 SEGMENTS  (RUNNING 00:00:16.546)**

**1. PAGE 13:06 TO 13:09  (RUNNING 00:00:08.722)**

```
06          Q.    Okay.  Can you tell me, sir, the
07     names of the individuals who were present
08     with you when you were preparing for your
09     deposition testimony with counsel.
```

**2. PAGE 13:22 TO 13:23  (RUNNING 00:00:07.824)**

```
22          A.    That was Mr. Hyun-Gyoon Choi and
23     Yeo Won Yoon.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:16.546)**

COURT EXHIBIT 19a

**KoreanNoodles**

---

**Lee, Jae Chan (Vol. 01) - 03/30/2016**                    1 CLIP  (RUNNING 00:16:44.394)



**LEEJAECHAN-0330**          **78 SEGMENTS  (RUNNING 00:16:44.394)**

**1. PAGE 5:07 TO 5:16  (RUNNING 00:00:09.380)**

```
07  A L B E R T   K I M,
08        the interpreter, having first
09        been duly sworn by Sharon Lengel,
10        the Notary Public, interpreted
11        the testimony as follows:
12  J A E   C H A N   L E E,
13        having first been duly sworn by
14        Sharon Lengel, the Notary Public,
15        was examined and testified as
16        follows:
```

**2. PAGE 5:12 TO 5:16  (RUNNING 00:00:01.777)**

```
12  J A E   C H A N   L E E,
13        having first been duly sworn by
14        Sharon Lengel, the Notary Public,
15        was examined and testified as
16        follows:
```

**3. PAGE 7:03 TO 7:04  (RUNNING 00:00:01.629)**

```
03      Q.    Okay.  Where do you currently
04  work?
```

**4. PAGE 7:05 TO 7:06  (RUNNING 00:00:04.335)**

```
05      A.    I currently work for Nongshim
06  Korea.
```

**5. PAGE 7:07 TO 7:08  (RUNNING 00:00:02.431)**

```
07      Q.    Okay.  And how long have you
08  worked for Nongshim Korea?
```

**6. PAGE 7:09 TO 7:14  (RUNNING 00:00:17.909)**

```
09      A.    So I came on-board with the
10  company in 1996, and there was a brief
11  hiatus when I was not with the company.
12  And briefly, I had worked in the
13  United States.  And presently, I work for
14  Nongshim Korea.
```

**7. PAGE 7:15 TO 7:16  (RUNNING 00:00:03.560)**

```
15      Q.    During what time period did you
16  work in the United States?
```

**8. PAGE 7:17 TO 7:19  (RUNNING 00:00:11.577)**

```
17      A.    So that was from
18  January 1, 2010, through August
19  the 31st, 2014.
```

**9. PAGE 7:20 TO 7:21  (RUNNING 00:00:04.511)**

```
20      Q.    Tell me what you did when you
21  started with Nongshim Korea in 1996.
```

**KoreanNoodles**

**10. PAGE 7:22 TO 8:04  (RUNNING 00:00:24.638)**

```
      22      A.    So within Nongshim Korea, there
      23  is an arm of the company that is tasked
      24  with overseas export-related sales.  And
      25  then there is an arm of the company that
  00008:01
      02  provides support unto said sales team.
      03  And I came on-board with the sales support
      04  team, as it were.
```

**11. PAGE 8:05 TO 8:06  (RUNNING 00:00:02.385)**

```
      05      Q.    How long were you with the sales
      06  support team?
```

**12. PAGE 8:07 TO 8:09  (RUNNING 00:00:11.587)**

```
      07      A.    It seems to me that that runs
      08  from the time when I came on-board all the
      09  way through about spring of 2008, I think.
```

**13. PAGE 8:10 TO 8:12  (RUNNING 00:00:08.826)**

```
      10      Q.    And from 2008 until you left to
      11  go to Nongshim America in 2010, what did
      12  you do?
```

**14. PAGE 8:13 TO 8:19  (RUNNING 00:00:23.405)**

```
      13      A.    So as you recall, just a moment
      14  ago, I told you that whereas in the
      15  company, there is, on the one hand, a
      16  sales support team, and then there is the
      17  sales team proper.  So in 2008, I moved
      18  over to the sales team proper and was
      19  tasked with handling U.S.-oriented sales.
```

**15. PAGE 30:21 TO 30:24  (RUNNING 00:00:18.091)**

```
      21      Q.    Who would make the decision on
      22  whether to increase the price of a Ramen
      23  noodle product intended for the export
      24  market?
```

**16. PAGE 31:04 TO 31:21  (RUNNING 00:00:58.591)**

```
      04      A.    So in terms of -- in terms of
      05  who is the final authority, who basically
      06  gets to say yea or nay as to the raising
      07  of price for export-bound products, that
      08  is something that is specified within
      09  company regulations.  Ultimately, the buck
      10  falls on the CEO.  He is the designee in
      11  terms of the final decisionmaking
      12  authority.
      13          Now, as to the question of
      14  whether to raise or not, that is something
      15  that devolves upon the actual head of
      16  said, say, arm of the company, exports, in
      17  this regard.  And the person who's in
      18  charge of exports, in an overall sense,
      19  will basically consider those things that
      20  I've talked about -- profitability, et
      21  cetera, the trends, and make a decision --
```

**17. PAGE 31:22 TO 31:25  (RUNNING 00:00:09.646)**

```
      22          THE INTERPRETER:  Strike.
      23      A.    -- a recommendation of a sort to
```

**KoreanNoodles**

```
     24   the CEO.  And the CEO, if he deems it fit,
     25   then will approve.
```

**18. PAGE 32:02 TO 32:06  (RUNNING 00:00:20.185)**

```
     02      Q.    Do you know whether there was
     03   any sort of formal document that would, in
     04   the normal course, be signed off on by the
     05   head of -- the export sales and by the CEO
     06   prior to implementing a price change?
```

**19. PAGE 32:07 TO 32:13  (RUNNING 00:00:13.953)**

```
     07          THE INTERPRETER:  Quick
     08      adjustment as to the very last part,
     09      by the interpreter.
     10          "And he will make a
     11      recommendation of a sort to the CEO
     12      for the CEO's approval."
     13          Now the question.
```

**20. PAGE 32:14 TO 32:20  (RUNNING 00:00:17.353)**

```
     14      A.    So when you ask that, do you
     15   mean to ask if there exists an actual
     16   document on which the approval gets
     17   granted, meaning, something that seeks an
     18   approval on, or are you asking as to any
     19   company policies or regulations that
     20   govern those sorts of things?
```

**21. PAGE 32:22 TO 33:04  (RUNNING 00:00:29.658)**

```
     22      A.    Yes, indeed.  So although you
     23   would figure that there is going to be
     24   some prior coordination and whatnot,
     25   ultimately, the decision as to an increase
 00033:01
     02   as to price is something that takes place
     03   via paperwork.  It is going to be by way
     04   of an approval granted in writing.
```

**22. PAGE 33:05 TO 33:07  (RUNNING 00:00:12.104)**

```
     05      Q.    And do you know whose signatures
     06   or chops or approvals you would find on
     07   that document?
```

**23. PAGE 33:10 TO 34:05  (RUNNING 00:00:56.729)**

```
     10      A.    Well, as I said, the final
     11   decisionmaking authority happens to be the
     12   CEO, to my understanding.  But if you're
     13   asking as to anybody else who might be
     14   included as part of the approval chain, if
     15   you will, sometimes it could be just one
     16   person, the head of the export arm of the
     17   company.  He might basically approve a
     18   certain idea and pass it up to the CEO, or
     19   there might be an actual hands-on person
     20   involved somewhere.  You know, what I'm
     21   thinking is, depending on the case, there
     22   could be three levels, five levels
     23   involved.
     24          And I think the best way -- the
     25   proper way to answer this is, essentially,
 00034:01
     02   everybody who was -- who had a role in the
     03   respective, say, approval instance would
```

**KoreanNoodles**

```
        04   be found on such a document.  I think
        05   that's the right way to put it.
```

**24. PAGE 36:15 TO 36:20 (RUNNING 00:00:12.207)**

```
        15       Q.   Mr. Lee, I'm going to show you
        16   what's been labeled as Exhibit 121.
        17            I'd ask you to take a moment to
        18   look at it, and when you have had a
        19   moment, let me know, and I've got a couple
        20   of questions for you about it.
```

**25. PAGE 46:04 TO 46:06 (RUNNING 00:00:08.698)**

```
        04       Q.   Do you see the series of boxes
        05   that is at the top right-hand side of the
        06   page?
```

**26. PAGE 46:07 TO 46:07 (RUNNING 00:00:01.705)**

```
        07       A.   Yes.
```

**27. PAGE 46:08 TO 46:08 (RUNNING 00:00:01.759)**

```
        08       Q.   Can you tell me what those are.
```

**28. PAGE 46:09 TO 46:13 (RUNNING 00:00:18.176)**

```
        09       A.   Certainly.  Now, at this moment,
        10   I fail to recall each individual's
        11   respective, say, title at that time.  But
        12   essentially, these were bosses under whom
        13   I was serving at that time.
```

**29. PAGE 46:14 TO 46:14 (RUNNING 00:00:05.402)**

```
        14       Q.   Are these personal seals?
```

**30. PAGE 46:15 TO 46:17 (RUNNING 00:00:13.239)**

```
        15       A.   Indeed.  I understand these to
        16   be each person's respective
        17   company-related chop.
```

**31. PAGE 46:18 TO 46:19 (RUNNING 00:00:13.291)**

```
        18       Q.   Okay.  So what is the -- what is
        19   the title of the first box on the left?
```

**32. PAGE 46:20 TO 46:20 (RUNNING 00:00:02.361)**

```
        20       A.   "Inception."
```

**33. PAGE 46:23 TO 46:24 (RUNNING 00:00:07.471)**

```
        23            Is that the business-related
        24   chop that you were using in April of 2008?
```

**34. PAGE 46:25 TO 47:02 (RUNNING 00:00:04.717)**

```
        25       A.   Yes.  That is how I recall
   00047:01
        02   things.
```

**35. PAGE 47:03 TO 47:04 (RUNNING 00:00:03.508)**

```
        03       Q.   And what is the title of the
        04   next box to the right?
```

**36. PAGE 47:05 TO 47:05 (RUNNING 00:00:02.300)**

```
        05       A.   "Review."
```

**KoreanNoodles**

---

**37. PAGE 47:06 TO 47:07 (RUNNING 00:00:07.802)**

```
06      Q.    Do you know -- do you know whose
07   company-related chop is underneath that?
```

**38. PAGE 47:10 TO 47:10 (RUNNING 00:00:01.938)**

```
10      A.    Yes, I do.
```

**39. PAGE 47:11 TO 47:11 (RUNNING 00:00:01.466)**

```
11      Q.    And whose is it?
```

**40. PAGE 47:12 TO 47:12 (RUNNING 00:00:05.500)**

```
12      A.    It reads "Hyun Sung Kim."
```

**41. PAGE 47:13 TO 47:14 (RUNNING 00:00:05.545)**

```
13      Q.    And do you recall what position
14   Mr. Kim had in April of 2008?
```

**42. PAGE 47:15 TO 47:15 (RUNNING 00:00:04.791)**

```
15      A.    I do not exactly recollect.
```

**43. PAGE 48:13 TO 48:14 (RUNNING 00:00:03.136)**

```
13      Q.    Okay.  What is the title of the
14   third box from the left?
```

**44. PAGE 48:15 TO 48:15 (RUNNING 00:00:01.488)**

```
15      A.    "Review."
```

**45. PAGE 48:16 TO 48:18 (RUNNING 00:00:06.219)**

```
16      Q.    And do you recognize the
17   business-related chop in the box below
18   that?
```

**46. PAGE 48:19 TO 48:19 (RUNNING 00:00:02.590)**

```
19      A.    Yes.  I can tell.  Yeah.
```

**47. PAGE 48:20 TO 48:20 (RUNNING 00:00:01.032)**

```
20      Q.    And whose is it?
```

**48. PAGE 48:21 TO 48:21 (RUNNING 00:00:01.975)**

```
21      A.    Doo Ha Hong.
```

**49. PAGE 48:22 TO 48:23 (RUNNING 00:00:08.413)**

```
22      Q.    Do you recall what position Doo
23   Ha Hong had in April of 2008?
```

**50. PAGE 48:24 TO 49:02 (RUNNING 00:00:12.112)**

```
24      A.    I would believe he was then
25   serving as the overall person in charge of
00049:01
02   all of export.
```

**51. PAGE 49:03 TO 49:04 (RUNNING 00:00:04.013)**

```
03      Q.    Okay.  And what is the title of
04   the box on the far right?
```

**52. PAGE 49:05 TO 49:05 (RUNNING 00:00:02.412)**

```
05      A.    "Approve."
```

**KoreanNoodles**

**53. PAGE 49:06 TO 49:08 (RUNNING 00:00:02.797)**

    06     Q.    And who --
    07           THE INTERPRETER:   Strike.  Let's
    08     go with "Approval."

**54. PAGE 49:09 TO 49:11 (RUNNING 00:00:04.603)**

    09     Q.    Okay.  Do you recognize the
    10   business-related chop that is underneath
    11   that title?

**55. PAGE 49:12 TO 49:12 (RUNNING 00:00:02.168)**

    12     A.    Yes.  I can tell.

**56. PAGE 49:13 TO 49:14 (RUNNING 00:00:02.590)**

    13     Q.    And whose business-related chop
    14   is that?

**57. PAGE 49:15 TO 49:15 (RUNNING 00:00:01.814)**

    15     A.    It's Joon Park.

**58. PAGE 49:16 TO 49:17 (RUNNING 00:00:04.583)**

    16     Q.    And do you recall what position
    17   Joon Park held in April of 2008?

**59. PAGE 49:20 TO 49:24 (RUNNING 00:00:26.089)**

    20     A.    In part, I recall that he was
    21   probably in charge of all of international
    22   or overseas sales.  But I don't know what
    23   else he may have also been charged with
    24   handling in addition.  And by that, I'm

**60. PAGE 49:25 TO 50:11 (RUNNING 00:00:34.646)**

    25   talking about how this time period is a
00050:01
    02   certain time period during which there
    03   were already these overseas-located
    04   entities.
    05           And so I think I'm generally
    06   correct about this gentleman being in
    07   charge of exports in an overall sense.
    08   But as to what else and to what extent he
    09   may have any other -- have had any other
    10   responsibilities, that is not entirely
    11   clear to me at this time.

**61. PAGE 50:12 TO 50:13 (RUNNING 00:00:07.279)**

    12     Q.    Okay.  Do you see the text lower
    13   down beside the Arabic Numeral 1?

**62. PAGE 50:14 TO 50:14 (RUNNING 00:00:02.201)**

    14     A.    Oh, yes.  I see that.

**63. PAGE 50:15 TO 50:16 (RUNNING 00:00:05.905)**

    15     Q.    What does that text immediately
    16   to the right of the Arabic Numeral 1 say?

**64. PAGE 50:17 TO 50:18 (RUNNING 00:00:03.409)**

    17     A.    You're asking me to read aloud?
    18   Is that --

**KoreanNoodles**

---

**65. PAGE 50:19 TO 50:21 (RUNNING 00:00:04.732)**

      19     Q.    Just -- yes.  Just for now,
      20   immediately what is to the right of the
      21   Arabic numeral, that line?

**66. PAGE 50:24 TO 50:24 (RUNNING 00:00:09.013)**

      24     A.    "Causes as to price increase."

**67. PAGE 50:25 TO 51:06 (RUNNING 00:00:09.605)**

      25     Q.    Okay.  And what is the text in
00051:01
      02   the first -- I don't know whether you
      03   would call it a bullet.  But it's a dash
      04   here.
      05         What is the text on the first
      06   dash?

**68. PAGE 51:07 TO 51:09 (RUNNING 00:00:04.474)**

      07     A.    You want me to read it aloud, do
      08   you mean?
      09     Q.    Yes, please.

**69. PAGE 51:10 TO 51:13 (RUNNING 00:00:29.926)**

      10     A.    So it reads -- dash or hyphen --
      11   whatever -- "Increase as to domestic
      12   product price:  Average of 11.3 percent
      13   (increased or raised February 20th)."

**70. PAGE 51:14 TO 51:16 (RUNNING 00:00:04.605)**

      14     Q.    Okay.  And what is the text
      15   after the second bullet or dash or
      16   whatever?

**71. PAGE 51:17 TO 51:23 (RUNNING 00:00:37.521)**

      17     A.    So it reads "Rise in cost of raw
      18   materials:"
      19         Then on the next line, it says,
      20   "Flour 50 percent" with an upward facing
      21   arrow, "Palm oil, 94" arrow facing
      22   upwards, "Rice brand oil, 55 percent,"
      23   arrow facing upward "(newspaper sources)."

**72. PAGE 51:24 TO 52:03 (RUNNING 00:00:15.891)**

      24     Q.    So is the import of the
      25   parenthetical there that the percentage
00052:01
      02   increases that are shown are based on
      03   what's been reported in the newspaper?

**73. PAGE 52:04 TO 52:05 (RUNNING 00:00:12.712)**

      04     A.    It would appear that the gist
      05   there was based upon newspaper material.

**74. PAGE 157:04 TO 157:10 (RUNNING 00:00:25.419)**

      04     Q.    During the time that you were
      05   working on planning for Nongshim America,
      06   do you recall whether there was any effort
      07   to harmonize prices for your Ramen
      08   products between those that were
      09   manufactured in the United States and
      10   those manufactured in Korea?

**CONFIDENTIAL**               

**KoreanNoodles**

---

**75. PAGE 157:24 TO 158:02  (RUNNING 00:00:09.661)**

```
24      A.      Perhaps it's unclear to me as to
25   what is exactly meant by "to harmonize
00158:01
02   prices" in that regard.
```

**76. PAGE 158:03 TO 158:07  (RUNNING 00:00:17.838)**

```
03      Q.      To reduce the disparity which
04   otherwise might exist between the prices
05   for various Ramen products that might
06   exist as a result of cost differences
07   between importation and local production.
```

**77. PAGE 158:11 TO 160:13  (RUNNING 00:02:54.795)**

```
11      A.      So you're asking in terms of
12   products from Korea.  But basically, it's
13   more like this:  As a matter of principle,
14   that which you bring in from Korea ought
15   to result in there being a profit, that
16   the sale be profitable, from Korea's
17   perspective.
18          And we're not talking about
19   manufacturing profits.  We're talking
20   about, at the end of the day, how there,
21   as a matter of principle, ought to be
22   ordinary income.
23          Now, that said, depending on how
24   the practices actually go, things can be
25   all different.
00159:01
02          For instance, the following is
03   possible:  When you talk about Sabal-myun,
04   a bowled product, there are various
05   varieties as to Sabal-myun, different
06   flavors, whether this one versus that one
07   and yet another one.  The costs are all
08   different for these guys.
09          And so though they all have
10   different manufacturing costs, as such,
11   let's say -- you will recall that for
12   certain items that don't sell too much in
13   the U.S., they -- Nongshim America sources
14   those types of products from Korea; right?
15          So let's say the U.S. produces
16   certain things locally.  And so we're
17   selling five items.  Four of them are U.S.
18   made.  One is from Korea.  They all have
19   different cost structures now.
20          But to sell this, actually, you
21   want to basically have them all priced at
22   the same level, as a practical matter.
23          The reason is because even
24   though they're all the same, they have
25   different ingredients; and yet if you
00160:01
02   price them at $5 here, $6 there, then you
03   don't -- this is not considered a
04   strategic pricing policy in view of the
05   consumers out there.  Okay?
06          And so sometimes that is done.
07   Yes.  But that's not because the one was
08   manufactured in Korea and so forth.  It's
09   really because if they are of the same
10   specification, and yet the manufacturing
```

**KoreanNoodles**

```
11   costs are all different, the thing is you
12   still want to coincide all the pricing as
13   a matter of pricing practices.
```

**78.  PAGE 160:19 TO 160:24  (RUNNING 00:00:20.592)**

```
19        A.    And so, yeah.  My point was not
20   that this isn't because the goods are,
21   let's say, from Korea.  You know, if it's
22   from Korea, then depending on the case,
23   there could be more profit.  There could
24   be less profit.  So --
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:16:44.394)



COURT EXHIBIT 19b

Case Clip(s) Detailed Report

**Jae Chan Lee**

Monday, November 26, 2018, 10:09:13 AM

**Jae Chan Lee**

---

### Lee, Jae C. (Vol. 01) - 03/30/2016                    2 CLIPS  (RUNNING 00:05:17.075)

So what I'm trying to understand ...

JL-0330-0007923                    4 SEGMENTS  (RUNNING 00:04:14.646)        

**1.  PAGE 79:23 TO 80:05  (RUNNING 00:00:27.849)**

```
        23        Q.    So what I'm trying to understand
        24   is how a approved price increase proposal
        25   like the one that we see in Exhibit 121
    00080:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   would be translated into a actual increase
        03   in prices charged to your customer in the
        04   North American market.
        05        What steps had to be taken?
```

**2.  PAGE 80:06 TO 82:13  (RUNNING 00:02:43.446)**

```
        06        A.    So as I indicated previously,
        07   first of all, this particular item was not
        08   with respect to any particular region.
        09   This was for all exports, in an overall
        10   sense, to come up with a particular
        11   guideline.
        12        Now, the U.S., for its purposes,
        13   will have had its own existing price list.
        14   And the idea, of course, is to compare
        15   that against the guideline as per this.
        16   And whereas the guideline sets forth an
        17   increase of 7.1 percent on average, when
        18   they make that comparison, basically, when
        19   they apply the 7.1 percent, because of the
        20   amount below the decimal point, sometimes
        21   you don't get a crisp sort of price
        22   figure.
        23        Therefore, you tend to round
        24   things up either by $0.05, $0.10, or
        25   $0.50, whatever.  So the idea is that in
    00081:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   comparison to the stated 7.1 percentage
        03   point, sometimes they might have to -- and
        04   sometimes they might end up going over
        05   that.  Sometimes they might -- going lower
        06   than that, after adjustment.
        07        Anyhow, so they have their price
        08   list.  And once we make the suggestion to
        09   them, to Nongshim America, it is almost
        10   never the case that they just accept that
        11   as is and implement right away.
        12        And I say that because though
        13   they are a related company, the fact still
        14   remains that they are a purchaser of
        15   product from us.  And what that means is
        16   it requires a sort of a meeting of minds.
        17   They need to accept and agree to what,
        18   let's say, we're saying from here.
        19        Same thing with the domestic
        20   side of things.  You don't just get to,
        21   say, take unilateral action just because
        22   you're the seller.  You kind of need to
        23   have the buyer's agreement to a certain
        24   extent.
```

## Jae Chan Lee

```
         25           And that's the way things go
00082:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   even in the U.S. context.  For instance,
     03   if they agree -- if the distribution
     04   channels don't agree, you might be looking
     05   at a long, drawn-out protracted, say,
     06   battle of wills.
     07           So similarly, in the U.S.
     08   context, say you offer this.  It's going
     09   to be some time before they actually
     10   accept it and, indeed, before there's
     11   actual implementation.  There's going to
     12   be some coordination required in the
     13   meantime.
```

**3. PAGE 84:10 TO 84:17 (RUNNING 00:00:46.032)**

```
     10      Q.   Okay.  In 2008, when you were
     11   handling Nongshim Korea's sales to the
     12   U.S. market, do you recall whether you
     13   engaged in a process with employees of
     14   Nongshim America to implement some sort of
     15   price increase for Ramen noodle products
     16   resulting from the approval of price
     17   increase that we see in Exhibit 121?
```

**4. PAGE 84:21 TO 84:25 (RUNNING 00:00:17.319)**

```
     21      A.   Well, I think -- well, I think I
     22   would -- rather, I would believe that a
     23   negotiation was probably conducted with
     24   the folks at Nongshim America after --
     25   once we made this suggestion to them.
```

Okay.  When we were talking ...

JL-0330-0009002            2 SEGMENTS  (RUNNING 00:01:02.429)            

**1. PAGE 90:02 TO 90:10 (RUNNING 00:00:38.717)**

```
     02      Q.   Okay.  When we were talking
     03   earlier about the discussion that would
     04   have occurred between Nongshim Korea and
     05   Nongshim America to set the price list
     06   after acceptance of the proposal and in
     07   Exhibit 121, can you tell me whether the
     08   price list that resulted from that
     09   discussion required further signoff within
     10   Nongshim Korea before it was finalized.
```

**2. PAGE 91:04 TO 91:11 (RUNNING 00:00:23.712)**

```
     04           "Also I told you that that
     05   serves as a guide; right?  A
     06   guideline.  Now, as for any price
     07   level that goes beyond said guideline
     08   level, that is something that gets
     09   decided by way of a negotiation
     10   between the team and the customer,
     11   based upon a discussion."
```

**TOTAL: 2 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:05:17.075)**

COURT EXHIBIT 20a

**KoreanNoodles**

---

**Lee, Young Hoon (Vol. 01) - 03/30/2016**                    1 CLIP  (RUNNING 00:20:38.144)



LEEYOUNG-0330              110 SEGMENTS  (RUNNING 00:20:38.144)

**1. PAGE 10:01 TO 10:06  (RUNNING 00:00:18.073)**

```
00010:01                    AERYONG KIM,
      02   was duly sworn to act as English/Korean interpreter.
      03
      04                    YOUNG LEE,
      05     having been first duly sworn, was examined and
      06                  testified as follows:
```

**2. PAGE 11:15 TO 11:16  (RUNNING 00:00:03.832)**

```
      15     Q   All right.  So you work currently at Nongshim
      16   America, correct?
```

**3. PAGE 11:17 TO 11:18  (RUNNING 00:00:03.199)**

```
      17     A   Yes, that's correct.
      18     Q   Okay.  And what is your role there?
```

**4. PAGE 11:19 TO 11:21  (RUNNING 00:00:13.312)**

```
      19     A   I am engaged in the sales of -- sales in the
      20   region of the U.S. western district.
      21     Q   Okay.  And what is your formal job title?
```

**5. PAGE 11:22 TO 11:24  (RUNNING 00:00:11.457)**

```
      22     A   My formal job title is general manager for
      23   the west coast region.
      24     Q   How many years have you held that title?
```

**6. PAGE 11:25 TO 12:01  (RUNNING 00:00:06.526)**

```
      25     A   I think it has been about four years now.
00012:01     Q   Okay.  And what was your title before that?
```

**7. PAGE 12:02 TO 12:04  (RUNNING 00:00:12.484)**

```
      02     A   I was the person in charge of the overall
      03   sales.
      04     Q   And how many years did you have that title?
```

**8. PAGE 12:05 TO 12:08  (RUNNING 00:00:10.405)**

```
      05     A   I think I held that position for about five
      06   years.
      07     Q   Okay.  And did you have a position at
      08   Nongshim America before that?
```

**9. PAGE 12:09 TO 12:11  (RUNNING 00:00:09.622)**

```
      09     A   Before that, I was just a manager.
      10     Q   So how many years altogether have you been
      11   working for Nongshim America?
```

**10. PAGE 12:12 TO 12:12  (RUNNING 00:00:03.616)**

```
      12     A   15 years.
```

**11. PAGE 27:06 TO 27:08  (RUNNING 00:00:09.207)**

```
      06     Q   On that note, how does the quality of
```

---

**KoreanNoodles**

```
07  Nongshim ramen compare to the quality of Nissin
08  ramen?
```

**12. PAGE 27:11 TO 27:13  (RUNNING 00:00:06.592)**

```
11        THE WITNESS:  It's far better.
12  BY MR. LINKH:
13     Q   Can you tell me how it's far better?
```

**13. PAGE 27:14 TO 27:16  (RUNNING 00:00:28.691)**

```
14     A   Number one, we don't use MSG, and then we use
15  goo-quality flour.  And as for the starch that's
16  used, we use good-quality starch.  And as to other
```

**14. PAGE 27:17 TO 27:19  (RUNNING 00:00:16.033)**

```
17  flavor ingredients, we are directly engaged in
18  selection of those, which make a good quality of
19  product.
```

**15. PAGE 27:20 TO 27:21  (RUNNING 00:00:04.284)**

```
20     Q   And how does the quality of Nongshim ramen
21  compare to the quality of Maruchan ramen?
```

**16. PAGE 27:24 TO 28:05  (RUNNING 00:00:28.470)**

```
24        THE WITNESS:  Well, because one is made based
25  on a low cost, so it is hard to compare the
00028:01  qualities of the two.
02  BY MR. LINKH:
03     Q   When you say "one is made based on a low
04  cost," do you mean that Maruchan ramen is made at a
05  lower cost than Nongshim ramen?
```

**17. PAGE 28:06 TO 28:07  (RUNNING 00:00:09.625)**

```
06     A   Yes, I'm referring to Maruchan's ramen, which
07  targets its manufacturing on low cost.
```

**18. PAGE 28:10 TO 28:12  (RUNNING 00:00:08.384)**

```
10        Is Nongshim ramen more expensive than a
11  similar-sized package or bowl of Nissin ramen or
12  Maruchan ramen?
```

**19. PAGE 28:14 TO 28:16  (RUNNING 00:00:18.221)**

```
14        THE WITNESS:  A high level ramen product of
15  Nissin and Maruchan are of the similar price range
16  as the price offered by Nongshim ramen.
```

**20. PAGE 28:24 TO 28:25  (RUNNING 00:00:06.977)**

```
24     Q   Okay.  Is Nongshim ramen's price at a premium
25  to either Nissin or Maruchan's ramen?
```

**21. PAGE 29:03 TO 29:04  (RUNNING 00:00:11.720)**

```
03        THE WITNESS:  The price level is similar to a
04  premium brand product of Nissin and Maruchan.
```

**22. PAGE 29:21 TO 29:22  (RUNNING 00:00:08.653)**

```
21        All right, Mr. Lee.  I'm going to eventually
22  have you handed Exhibit 1007.
```

**23. PAGE 29:25 TO 29:25  (RUNNING 00:00:02.535)**

```
25        THE WITNESS:  Yes.
```

**CONFIDENTIAL**

**KoreanNoodles**

**24. PAGE 30:06 TO 30:08 (RUNNING 00:00:13.790)**

    06    Q   And can I point you to page 3 of the
    07  document.  And there's a page number at the bottom
    08  right-hand corner.  You can see that.

**25. PAGE 30:09 TO 30:10 (RUNNING 00:00:09.633)**

    09        And do you see the first -- it's not exactly
    10  a bullet point, but it -- starting with "Currently"?

**26. PAGE 30:11 TO 30:11 (RUNNING 00:00:02.626)**

    11    A   Yes.

**27. PAGE 30:12 TO 30:21 (RUNNING 00:00:18.127)**

    12    Q   And the second sentence says:
    13        "However, Nong Shim's products
    14        have the great potential to further
    15        penetrate the market because of
    16        their premium quality compared to
    17        the competitors' low priced
    18        products, as well as the larger
    19        serving size as compared to the
    20        widely-distributed noodle cup in
    21        competitive product lines."

**28. PAGE 30:22 TO 30:24 (RUNNING 00:00:04.554)**

    22    A   Yes.
    23    Q   Actually, I'm getting a little bit ahead of
    24  myself.

**29. PAGE 30:25 TO 30:25 (RUNNING 00:00:02.189)**

    25        Are you familiar with the -- this document?

**30. PAGE 31:01 TO 31:03 (RUNNING 00:00:04.148)**

  00031:01    A   Yes.
    02    Q   Okay.  Did you have any role in creating this
    03  document?

**31. PAGE 31:04 TO 31:05 (RUNNING 00:00:08.131)**

    04    A   As to this document, I think I prepared it.
    05    Q   For what purpose did you prepare it?

**32. PAGE 31:06 TO 31:08 (RUNNING 00:00:13.566)**

    06    A   I think in the 2004 time frame, this was
    07  prepared at the time we were establishing our
    08  business plans.

**33. PAGE 31:17 TO 31:18 (RUNNING 00:00:05.767)**

    17    Q   Where it says "premium quality compared to
    18  the competitors' low priced products," can you tell

**34. PAGE 31:19 TO 31:19 (RUNNING 00:00:01.441)**

    19  me what that means?

**35. PAGE 31:20 TO 32:02 (RUNNING 00:00:32.062)**

    20    A   Like I explained earlier, the major products
    21  made by Nissin and Maruchan are low-cost-based
    22  products.  So what this particular phrase is
    23  referring to is that as compared to those types of
    24  products by those companies, our product is of
    25  better quality and of better price.
  00032:01    Q   When you say "better price," what do you mean

**KoreanNoodles**

```
        02  by that?
```

**36. PAGE 32:03 TO 32:04 (RUNNING 00:00:14.168)**

```
        03    A   By that, I mean a more expensive price.
        04    Q   Okay.  Is that still true today?
```

**37. PAGE 32:05 TO 32:05 (RUNNING 00:00:02.719)**

```
        05    A   It is still true today.
```

**38. PAGE 37:12 TO 37:13 (RUNNING 00:00:06.555)**

```
        12    Q   Does Nongshim ramen taste different from
        13  Nissin ramen or Maruchan ramen?
```

**39. PAGE 37:16 TO 37:21 (RUNNING 00:00:21.691)**

```
        16        THE WITNESS:  Just like taste for all
        17  hamburgers different from each other, likewise for
        18  ramens, as well.
        19  BY MR. LINKH:
        20    Q   Does -- does Nongshim ramen have a different
        21  flavor than Nissin -- Nissin ramen?
```

**40. PAGE 37:23 TO 37:25 (RUNNING 00:00:05.990)**

```
        23        THE WITNESS:  It is different.
        24  BY MR. LINKH:
        25    Q   Can you describe the differences?
```

**41. PAGE 38:02 TO 38:08 (RUNNING 00:00:32.289)**

```
        02        THE WITNESS:  Our major product -- we can say
        03  Shin ramen would be our major product.  It is
        04  spice -- it has a hot -- hot taste, and that is a
        05  representative product made by us.
        06  BY MR. LINKH:
        07    Q   So Shin ramen has a hotter taste or flavor
        08  compared to Nissin ramen?
```

**42. PAGE 38:11 TO 38:15 (RUNNING 00:00:09.642)**

```
        11        THE WITNESS:  It would be fair to put it that
        12  way.
        13  BY MR. LINKH:
        14    Q   Does Shin ramen have a hotter taste or flavor
        15  than Maruchan ramen?
```

**43. PAGE 38:18 TO 38:19 (RUNNING 00:00:03.502)**

```
        18        THE WITNESS:  It would be fair to put it that
        19  way.
```

**44. PAGE 48:21 TO 48:21 (RUNNING 00:00:03.411)**

```
        21    Q   All right.  Turning back to page 5, which
```

**45. PAGE 48:22 TO 49:04 (RUNNING 00:00:33.294)**

```
        22  you're looking at right now, the second name you
        23  mentioned, Mr. Hee Sup Nam, does he also go by the
        24  name Harrison Nam?
        25    A   Yes.
   00049:01    Q   Does he still work at Nongshim America?
        02    A   No, he does not.
        03    Q   Okay.  Do you know when he stopped working at
        04  Nongshim America?
```

**46. PAGE 49:13 TO 49:13 (RUNNING 00:00:02.511)**

```
        13        MR. LINKH:  Do you want me to re- --
```

**KoreanNoodles**

---

**47. PAGE 49:16 TO 49:17 (RUNNING 00:00:05.866)**

```
16    Q   Do you know when Mr. Nam stopped working at
17    Nongshim America?
```

**48. PAGE 49:19 TO 49:19 (RUNNING 00:00:04.797)**

```
19         THE WITNESS:  I think maybe 2008 or 2009.
```

**49. PAGE 84:19 TO 84:21 (RUNNING 00:00:13.411)**

```
19    Q   When Nongshim America sells products that
20    were manufactured in Korea, does Nongshim America
21    purchase those products from Nongshim Korea?
```

**50. PAGE 84:22 TO 84:24 (RUNNING 00:00:08.987)**

```
22    A   Yes.
23    Q   And when Nongshim America purchases those
24    products, does it pay the factory price?
```

**51. PAGE 85:02 TO 85:02 (RUNNING 00:00:00.996)**

```
02         THE WITNESS:  No.
```

**52. PAGE 85:04 TO 85:05 (RUNNING 00:00:07.261)**

```
04    Q   Okay.  What price does Nongshim America pay
05    for products that were manufactured in Korea?
```

**53. PAGE 85:06 TO 85:08 (RUNNING 00:00:06.473)**

```
06    A   Export price.
07    Q   Okay.  How does an export price differ from a
08    factory price?
```

**54. PAGE 85:11 TO 85:11 (RUNNING 00:00:01.163)**

```
11         THE WITNESS:  I don't know for sure.
```

**55. PAGE 85:13 TO 85:14 (RUNNING 00:00:06.575)**

```
13    Q   Okay.  Is the export price something that is
14    quoted to you by Nongshim Korea?
```

**56. PAGE 85:15 TO 85:18 (RUNNING 00:00:13.070)**

```
15    A   Yes, that's correct.
16    Q   Does Nongshim Korea ever negotiate with
17    Nongshim America or vice versa over the export
18    price?
```

**57. PAGE 85:19 TO 85:23 (RUNNING 00:00:24.693)**

```
19    A   Yes, such negotiation is done, generally
20    speaking.
21    Q   On average, do you have an estimate about how
22    much such negotiations can reduce the original
23    export price?
```

**58. PAGE 85:25 TO 86:01 (RUNNING 00:00:08.104)**

```
25         THE WITNESS:  I think that will vary
00086:01  depending on the case.
```

**59. PAGE 86:03 TO 86:05 (RUNNING 00:00:05.551)**

```
03    Q   Could such negotiations ever reduce the
04    original quoted export price by more than
05    20 percent?
```

**60. PAGE 86:07 TO 86:07 (RUNNING 00:00:03.997)**

```
07         THE WITNESS:  Not as much as 20 percent.
```

**KoreanNoodles**

---

**61. PAGE 86:09 TO 86:10 (RUNNING 00:00:05.354)**

```
09     Q   Could negotiations ever reduce the original
10  quoted export price by more than 5 percent?
```

**62. PAGE 86:12 TO 86:12 (RUNNING 00:00:02.933)**

```
12          THE WITNESS:  I don't quite recall.
```

**63. PAGE 86:14 TO 86:16 (RUNNING 00:00:04.133)**

```
14     Q   Okay.  Could -- could negotiations ever
15  reduce the original quoted export price by more than
16  10 percent?
```

**64. PAGE 86:18 TO 86:19 (RUNNING 00:00:02.105)**

```
18          THE WITNESS:  Not that I can precisely
19  recall.
```

**65. PAGE 86:21 TO 86:23 (RUNNING 00:00:10.781)**

```
21     Q   Okay.  So is it safe to say that negotiations
22  would never reduce the original quoted export price
23  by more than 10 percent?
```

**66. PAGE 87:01 TO 87:01 (RUNNING 00:00:02.793)**

```
00087:01       THE WITNESS:  I think so.
```

**67. PAGE 87:03 TO 87:04 (RUNNING 00:00:06.817)**

```
03     Q   What kind of factors might influence the
04  successfulness of a negotiation?
```

**68. PAGE 87:06 TO 87:07 (RUNNING 00:00:08.344)**

```
06          THE WITNESS:  The biggest factor would be
07  currency exchange rate.
```

**69. PAGE 87:24 TO 88:02 (RUNNING 00:00:19.829)**

```
24          Would you able -- be able to get more
25  leverage in a negotiation if in the first instance,
00088:01  you could get a lot of won for $1 or, in the second
02  instance, if you could get fewer won for $1?
```

**70. PAGE 88:11 TO 88:13 (RUNNING 00:00:15.986)**

```
11          THE WITNESS:  We'll be get- -- you'll be able
12  to get more leverage when the dollar is stronger --
13  actually, no.  When the dollar is weak.
```

**71. PAGE 88:15 TO 88:19 (RUNNING 00:00:11.473)**

```
15     Q   Okay.
16     A   When the dollar value is weak.
17     Q   Do you know what factors go into the
18  determination of the export price quoted by Nongshim
19  Korea?
```

**72. PAGE 88:20 TO 88:20 (RUNNING 00:00:01.714)**

```
20     A   I don't know.
```

**73. PAGE 89:04 TO 89:06 (RUNNING 00:00:15.505)**

```
04     Q   Does Nongshim Korea ever break down the
05  export price by cost of goods sold or manufacturing
06  costs or profit or other components like that?
```

**74. PAGE 89:07 TO 89:11 (RUNNING 00:00:20.419)**

```
07     A   Although it -- it does not actually provide
```

**KoreanNoodles**

---

```
08  such itemization, as I can recall, it used to
09  provide the overall reasons of the price increase.
10      Q   Okay.  And can you give me some examples
11  about what those reasons would be?
```

**75. PAGE 89:12 TO 89:16 (RUNNING 00:00:30.691)**

```
12      A   For instance, if the gas fuel price increases
13  worldwide, then that will be one of the reasons.  If
14  the raw material costs, such as oil or flour prices
15  increase, that will actually have -- play into
16  factors.
```

**76. PAGE 89:12 TO 89:19 (RUNNING 00:00:48.442)**

```
12      A   For instance, if the gas fuel price increases
13  worldwide, then that will be one of the reasons.  If
14  the raw material costs, such as oil or flour prices
15  increase, that will actually have -- play into
16  factors.
17      Q   Do you know for Nongshim Korea or for -- for
18  products manufactured in Nongshim Korea where
19  Nongshim Korea gets its flour?
```

**77. PAGE 89:20 TO 89:23 (RUNNING 00:00:16.035)**

```
20      A   From local companies.
21      Q   And is the flour for those products
22  manufactured in Korea grown from wheat that is grown
23  in Korea?
```

**78. PAGE 89:25 TO 90:01 (RUNNING 00:00:07.765)**

```
25          THE WITNESS:  It's my understanding that
00090:01  mostly, those are imported.
```

**79. PAGE 90:03 TO 90:05 (RUNNING 00:00:15.136)**

```
03      Q   And do you know where the wheat that
04  constitutes the flour for products that are made in
05  Korea comes from?
```

**80. PAGE 90:06 TO 90:09 (RUNNING 00:00:21.754)**

```
06      A   For the most part, I understand they come
07  from Australia and the U.S.
08      Q   Does any flour come from wheat grown in
09  Korea?
```

**81. PAGE 90:12 TO 90:12 (RUNNING 00:00:01.353)**

```
12          THE WITNESS:  I don't know.
```

**82. PAGE 90:14 TO 90:16 (RUNNING 00:00:16.336)**

```
14      Q   Okay.  Does Nongshim Korea ever provide a
15  figure explaining the amount of profit that it will
16  make that part of the export price?
```

**83. PAGE 90:19 TO 90:23 (RUNNING 00:00:11.737)**

```
19          THE WITNESS:  I don't think he ever did.
20          MR. LINKH:  Okay.
21          THE REPORTER:  "I don't think" what?
22          THE INTERPRETER:  "It" -- "it ever did."
23  Nongshim Korea, "it."  Yeah.
```

**84. PAGE 90:25 TO 91:01 (RUNNING 00:00:03.207)**

```
25      Q   Is value-added tax ever included in the
00091:01  export price?
```

**KoreanNoodles**

**85. PAGE 91:02 TO 91:05 (RUNNING 00:00:13.051)**

    02    A   To my understanding, value-added tax is not
    03  included in it.
    04    Q   Are shipping costs ever included in the
    05  export price?

**86. PAGE 91:06 TO 91:07 (RUNNING 00:00:09.540)**

    06    A   It's my understanding that a shipping price
    07  was separately calculated.

**87. PAGE 91:19 TO 91:22 (RUNNING 00:00:09.077)**

    19    Q   Okay.  And when you said "cost," does cost
    20  include things like value-added tax and the cost to
    21  actually ship the stuff from Korea to the United
    22  States?

**88. PAGE 91:23 TO 91:23 (RUNNING 00:00:01.051)**

    23    A   No.

**89. PAGE 91:24 TO 91:24 (RUNNING 00:00:03.167)**

    24    Q   What do you consider costs to mean?

**90. PAGE 91:25 TO 92:02 (RUNNING 00:00:32.010)**

    25    A   Ocean freight, the freight cost paid to the
    00092:01  shipping company, and -- and tax would be included,
    02  and customs clearance fee and delivery cost.

**91. PAGE 92:03 TO 92:04 (RUNNING 00:00:04.001)**

    03    Q   You also mentioned other operating expenses.
    04  Can you tell me what those might be?

**92. PAGE 92:05 TO 92:07 (RUNNING 00:00:23.023)**

    05    A   Cost involved in maintaining the office space
    06  and labor costs for the manpower working in the
    07  sales and management fields and things like that.

**93. PAGE 92:08 TO 92:08 (RUNNING 00:00:02.601)**

    08    Q   And can you tell me how you calculate profit.

**94. PAGE 92:09 TO 92:12 (RUNNING 00:00:24.596)**

    09    A   Profit is generated by adding 3 to 5 percent
    10  on top of all those various costs.
    11    Q   Can you tell me how profit varies from 3 to
    12  5 percent, what factors might go into that?

**95. PAGE 92:13 TO 92:16 (RUNNING 00:00:16.371)**

    13    A   That is our target profit that we pursued to
    14  earn.
    15    Q   Does it differ depending on the type of
    16  product purchased?

**96. PAGE 92:17 TO 92:19 (RUNNING 00:00:11.746)**

    17    A   It slightly varies per each product.
    18    Q   Are there certain products which command more
    19  of a profit than other products?

**97. PAGE 92:20 TO 92:20 (RUNNING 00:00:04.839)**

    20    A   No, that's not the case.

**CONFIDENTIAL**

**KoreanNoodles**

**98. PAGE 93:07 TO 93:08 (RUNNING 00:00:10.096)**

    07    Q   When I was using the term "profit," what do
    08  you take that term to refer -- to mean?

**99. PAGE 93:09 TO 93:09 (RUNNING 00:00:07.712)**

    09    A   I take that to mean gross profit.

**100. PAGE 93:10 TO 93:12 (RUNNING 00:00:09.305)**

    10    Q   Okay.  And when you say "gross profit,"
    11  that's different from net profit?
    12    A   Yeah, it is different.

**101. PAGE 93:13 TO 93:14 (RUNNING 00:00:04.865)**

    13    Q   Can you tell me what -- what would constitute
    14  net profit for Nongshim America?

**102. PAGE 93:19 TO 93:21 (RUNNING 00:00:11.582)**

    19        THE WITNESS:  When we say "net profit," we
    20  mean before tax figure.  That includes sales
    21  expenses.

**103. PAGE 93:23 TO 93:23 (RUNNING 00:00:02.282)**

    23    Q   And how would that differ from gross profit?

**104. PAGE 93:24 TO 94:03 (RUNNING 00:00:35.761)**

    24    A   When we say "gross profit," we refer to
    25  profit that is earned immediately from COGS.  And
 00094:01  when we say "net profit," net profit is a profit
    02  that is a gross profit less general expenses and
    03  sales expenses deducted.

**105. PAGE 94:05 TO 94:06 (RUNNING 00:00:02.536)**

    05        THE INTERPRETER:  COGS, cost of goods sold,
    06  yeah.

**106. PAGE 94:08 TO 94:10 (RUNNING 00:00:20.159)**

    08    Q   And when you were referring to the profit in
    09  the 3 to 5 percent, were you referring to gross
    10  profit or net profit?

**107. PAGE 94:11 TO 94:11 (RUNNING 00:00:01.095)**

    11    A   Net profit.

**108. PAGE 99:01 TO 99:04 (RUNNING 00:00:17.712)**

 00099:01    Q   And how do you get to the -- can you just
    02  briefly explain to me how you get to the price that
    03  you sell to customers from the export price.  Can
    04  you just walk me through that a little bit.

**109. PAGE 99:05 TO 99:07 (RUNNING 00:00:04.673)**

    05        MR. GRASSER:  And just to clarify, by
    06  customers, you mean direct customers?
    07        MR. LINKH:  Correct, yes.

**110. PAGE 99:08 TO 99:12 (RUNNING 00:00:39.983)**

    08        THE WITNESS:  On top of the export price,
    09  logistics-related costs would be added on to it and
    10  then duty fees and custom clearance fees.  And on
    11  top of all those, approximately 20 percent margin is
    12  added to arrive at the sales price.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:20:38.144)**

**KoreanNoodles**

**Lee, Young Hoon (Vol. 02) - 03/31/2016**                                      1 CLIP  (RUNNING 00:18:22.897)

LEEYOUNG-0331                    96 SEGMENTS  (RUNNING 00:18:22.897)                    

**1. PAGE 159:08 TO 159:10  (RUNNING 00:00:05.866)**

        08          I'm going to introduce another exhibit.  I
        09   think we're at Exhibit Number 1010; is that correct?
        10   Okay.

**2. PAGE 160:12 TO 160:13  (RUNNING 00:00:06.750)**

        12      Q   Mr. Lee, do you see a quote from you
        13   mentioned on that -- on that article?

**3. PAGE 160:14 TO 160:15  (RUNNING 00:00:04.276)**

        14      A   Yes, I do.
        15      Q   Yeah.  Can you just read that for me, please.

**4. PAGE 161:18 TO 161:25  (RUNNING 00:00:31.112)**

        18          THE WITNESS:  "Manager named
        19          Yong-hoon Lee of Nongshim America
        20          stated that prices of ramen import
        21          product in Korea have increased
        22          6.5 percent on average and,
        23          therefore, we have decided to
        24          increase the prices for ramen by
        25          8 to 9 percent beginning in April."

**5. PAGE 162:02 TO 162:04  (RUNNING 00:00:10.707)**

        02      Q   Do you recall speaking with anybody at The
        03   Korea Times in February of 2004 about price
        04   increases of Nongshim America products?

**6. PAGE 162:05 TO 162:09  (RUNNING 00:00:13.185)**

        05      A   No, I do not.
        06      Q   Do you have any reason to believe that you
        07   didn't speak with a reporter in around February of
        08   2004 concerning the information stated in the
        09   article?

**7. PAGE 162:10 TO 162:13  (RUNNING 00:00:08.462)**

        10      A   No.
        11      Q   Is there any reason to believe that this
        12   quote was inaccurately attributed to you by The
        13   Korea Times?

**8. PAGE 162:14 TO 162:14  (RUNNING 00:00:02.015)**

        14      A   No, there is not.

**9. PAGE 168:20 TO 168:20  (RUNNING 00:00:07.668)**

        20          MR. LINKH:  I'm going to introduce Exhibit

**10. PAGE 168:21 TO 168:22  (RUNNING 00:00:07.491)**

        21   1012, and this is a document Bates-numbered
        22   NSA0190674.

**KoreanNoodles**

**11. PAGE 169:10 TO 169:11 (RUNNING 00:00:04.867)**

```
10     Q   Okay.  And is this also a similar price
11  increase notice that was sent out to customers?
```

**12. PAGE 169:13 TO 169:14 (RUNNING 00:00:06.095)**

```
13         THE WITNESS:  Yes, it would be fair to put it
14  that way.
```

**13. PAGE 170:01 TO 170:02 (RUNNING 00:00:03.926)**

```
00170:01   Q   Did you have any role in the drafting of this
      02  document?
```

**14. PAGE 170:03 TO 170:05 (RUNNING 00:00:11.125)**

```
03     A   Although I don't have the specific
04  recollection at the moment, I think I would have had
05  some role.
```

**15. PAGE 170:09 TO 170:17 (RUNNING 00:00:25.968)**

```
09     Q   Do you see the --
10     A   In it.
11     Q   -- fourth paragraph?  It states:
12         "From the continuous of a rise in
13         petroleum and infuriation of
14         economic has made our Nong Shim
15         America's production cost increased.
16         Therefore we are forced to increase
17         our price."
```

**16. PAGE 170:18 TO 170:19 (RUNNING 00:00:02.949)**

```
18         Do you know what infuriation of economic
19  means?
```

**17. PAGE 170:20 TO 170:21 (RUNNING 00:00:16.124)**

```
20     A   I think this was probably intended to be
21  inflation, not infuriation.
```

**18. PAGE 171:03 TO 171:04 (RUNNING 00:00:04.254)**

```
03     Q   And this document is dated March 14, 2007,
04  correct?
```

**19. PAGE 171:05 TO 171:10 (RUNNING 00:00:17.426)**

```
05     A   Yes --
06     Q   Okay.
07     A   -- that's correct.
08     Q   And do you -- do you know who decided to
09  include those reasons for the price increase in that
10  paragraph?
```

**20. PAGE 171:13 TO 171:14 (RUNNING 00:00:07.470)**

```
13         THE WITNESS:  Mostly, this type of decisions
14  are made by myself.
```

**21. PAGE 171:20 TO 171:22 (RUNNING 00:00:05.655)**

```
20     Q   Okay.  And where do you get this information
21  about, in this case, the rise of petroleum and
22  economic inflation?
```

**22. PAGE 171:25 TO 172:03 (RUNNING 00:00:11.262)**

```
25         THE WITNESS:  That, I don't recall.
00172:01  BY MR. LINKH:
      02     Q   Were you the one at Nongshim America that had
```

**KoreanNoodles**

```
       03  the ultimate decision about making price increases?
```

**23.  PAGE 172:05 TO 172:08  (RUNNING 00:00:08.003)**

```
       05          THE WITNESS:  Yes.
       06  BY MR. LINKH:
       07      Q   Okay.  Did you do that in consultation with
       08  President Hong in 2007?
```

**24.  PAGE 172:09 TO 172:11  (RUNNING 00:00:09.577)**

```
       09      A   Although I don't have the recollection at the
       10  moment, I think I would have consulted that with
       11  him.
```

**25.  PAGE 172:19 TO 172:20  (RUNNING 00:00:07.821)**

```
       19          Did you make a decision to increase prices in
       20  consultation with anyone at Nongshim Korea in 2007?
```

**26.  PAGE 172:21 TO 172:22  (RUNNING 00:00:09.076)**

```
       21      A   We do not make decisions in -- in
       22  consultation with anyone in Korea.
```

**27.  PAGE 173:08 TO 173:09  (RUNNING 00:00:05.097)**

```
       08      Q   And would you make those decisions in
       09  consultation with others at Nongshim America?
```

**28.  PAGE 173:11 TO 173:19  (RUNNING 00:00:36.979)**

```
       11          THE WITNESS:  If there were any subordinate
       12  people working under me, I think I would have worked
       13  along with them towards making decisions, but
       14  nonetheless, I would have been the one who initiated
       15  making those decisions.
       16  BY MR. LINKH:
       17      Q   And if you were working with subordinates on
       18  this issue, what kind of topics would you
       19  communicate with them about?
```

**29.  PAGE 173:22 TO 174:03  (RUNNING 00:00:26.531)**

```
       22          THE WITNESS:  In such a case, I would have
       23  worked with them regarding creating basic data and
       24  doing simulation work.
       25  BY MR. LINKH:
  00174:01      Q   And when you say "creating basic data and
       02  doing simulation work," can you just tell me a
       03  little bit about what that means?
```

**30.  PAGE 174:04 TO 174:06  (RUNNING 00:00:17.121)**

```
       04      A   When I say "basic data," I'm referring to
       05  collecting or pulling out COGS information related
       06  to our company's products from our internal system.
```

**31.  PAGE 174:07 TO 174:12  (RUNNING 00:00:28.075)**

```
       07          When I say simulation, I'm referring to
       08  simulation job that calculates the overall net
       09  profit the company would make in the event there is
       10  a price increase per product.
       11      Q   When you refer to "our internal system," are
       12  you referring to the ERP system?
```

**32.  PAGE 174:13 TO 174:21  (RUNNING 00:00:32.027)**

```
       13      A   Yes, that's right.
       14      Q   And I think I'm getting in my mind how the
       15  simulation works, but is -- is this one of these
```

**KoreanNoodles**

```
16  programs where you would plug in how many units you
17  want to sell and plug in how much the units would
18  cost to produce and then plug in the price that you
19  would hope to get for these units, and then that
20  would -- if you plug in all these inputs, that would
21  give you a projected profit?
```

**33. PAGE 174:24 TO 175:01 (RUNNING 00:00:11.864)**

```
24          THE WITNESS:  There will be the general
25  format in which the simulation would be done, but
00175:01  there is no program used.
```

**34. PAGE 195:13 TO 195:14 (RUNNING 00:00:06.815)**

```
13          You -- now, you worked at Nongshim America
14  since 2001, correct?
```

**35. PAGE 195:15 TO 195:17 (RUNNING 00:00:09.261)**

```
15  A   No, since 2000.
16  Q   Oh, since 2000.  I'm sorry.
17      Where did you work before 2000?
```

**36. PAGE 195:18 TO 195:19 (RUNNING 00:00:06.439)**

```
18  A   I was in Korea.
19  Q   Did you ever work for Nongshim Korea?
```

**37. PAGE 195:20 TO 195:21 (RUNNING 00:00:05.323)**

```
20  A   Yes, I did.
21  Q   How long were you employed in Nongshim Korea?
```

**38. PAGE 195:22 TO 195:24 (RUNNING 00:00:16.290)**

```
22  A   From July 1991 to December 1999.
23  Q   And what were your roles when you were in
24  Nongshim Korea?
```

**39. PAGE 195:25 TO 196:03 (RUNNING 00:00:15.864)**

```
25  A   Right before I left the company in 1999, I
00196:01  was engaged in planning.
02  Q   Did you work with Jun Rak Lee while you were
03  in Nongshim Korea?
```

**40. PAGE 196:04 TO 196:05 (RUNNING 00:00:15.083)**

```
04  A   I don't know who that is, Jun Rak Lee.
05  Q   J-u-n, R-a-k, L-e-e.
```

**41. PAGE 196:06 TO 196:07 (RUNNING 00:00:08.054)**

```
06  A   This is the first time hearing that name.
07  Q   Okay.  I may -- I may be confused.
```

**42. PAGE 196:08 TO 196:09 (RUNNING 00:00:04.154)**

```
08      When you say you were engaged in planning,
09  can you tell me a little bit about what that means?
```

**43. PAGE 196:10 TO 196:16 (RUNNING 00:00:40.514)**

```
10  A   Well, I did not partake any particular role
11  then.  And prior to that time point, I had been with
12  a different team, and I had just returned.  And at
13  the time I returned back, I did not have -- have any
14  position or role to carry out.  So I knew a team
15  named "Planning Team" was created to be engaged in
16  doing export-related planning work.
```

**KoreanNoodles**

---

**44. PAGE 197:03 TO 197:04  (RUNNING 00:00:09.662)**

```
03        THE WITNESS:  I was in the process of
04  preparing towards a planning job then.
```

**45. PAGE 197:06 TO 197:07  (RUNNING 00:00:04.822)**

```
06    Q  Can you tell me what the planning team did
07  while you were on the planning team?
```

**46. PAGE 197:08 TO 197:10  (RUNNING 00:00:08.523)**

```
08    A  I was the sole member of that team.
09    Q  Oh, okay.  So I won't ask you who else was on
10  that team.
```

**47. PAGE 197:11 TO 197:16  (RUNNING 00:00:17.410)**

```
11    A  So there wasn't specifically anything that
12  was carried out by that team.  I was preparing
13  towards the planning work.
14    Q  Okay.  Can you tell me about what some of
15  your job duties were as preparing toward the
16  planning work?
```

**48. PAGE 197:17 TO 197:17  (RUNNING 00:00:02.596)**

```
17    A  I don't recall.
```

**49. PAGE 198:06 TO 198:08  (RUNNING 00:00:11.501)**

```
06    Q  As -- as your role as the sole member of the
07  planning team, did your job duties concern the
08  determination of pricing for products sold in Korea?
```

**50. PAGE 198:09 TO 198:09  (RUNNING 00:00:01.774)**

```
09    A  No.
```

**51. PAGE 198:10 TO 198:13  (RUNNING 00:00:16.360)**

```
10    Q  While you were working for Nongshim Korea,
11  did your job duties ever concern the determination
12  of pricing for products sold either in the Korean
13  market or for the export market?
```

**52. PAGE 198:14 TO 198:16  (RUNNING 00:00:10.452)**

```
14    A  I did not carry out any such job duties back
15  at the time, because I was hierarchically a low
16  position.
```

**53. PAGE 198:17 TO 198:17  (RUNNING 00:00:03.566)**

```
17    Q  Since you have been employed -- strike that.
```

**54. PAGE 198:18 TO 198:19  (RUNNING 00:00:03.189)**

```
18        Can you give me all your positions at
19  Nongshim Korea?
```

**55. PAGE 198:20 TO 198:21  (RUNNING 00:00:08.568)**

```
20    A  I -- I was charged with handling documents
21  within the export team, and I served as sales
```

**56. PAGE 198:22 TO 198:22  (RUNNING 00:00:11.178)**

```
22  assistant for the regions of Middle East and Canada.
```

**57. PAGE 198:23 TO 199:01  (RUNNING 00:00:17.374)**

```
23  And I was charged with the work of system
24  development under one-year period for approximately
```

**KoreanNoodles**

---

```
     25  nine months within a project team called "Nice
00199:01  Team."
```

**58. PAGE 199:02 TO 199:02 (RUNNING 00:00:06.658)**

```
     02          And I returned back to the export team, at
```

**59. PAGE 199:03 TO 199:03 (RUNNING 00:00:06.747)**

```
     03  which time I created a team called "Planning Team."
```

**60. PAGE 199:04 TO 199:05 (RUNNING 00:00:10.728)**

```
     04  And for approximately four to five months after that
     05  happened, I was dispatched to the U.S.
```

**61. PAGE 199:06 TO 199:09 (RUNNING 00:00:10.185)**

```
     06     Q   I think I probably assumed this, but while
     07  you were working for Nongshim Korea, you lived in
     08  Korea, and while you were working for Nongshim
     09  America, you lived in America?
```

**62. PAGE 199:10 TO 199:13 (RUNNING 00:00:14.459)**

```
     10     A   Yes, correct.
     11     Q   I just want to go through some of those roles
     12  briefly.  I -- I think you said you were handling
     13  documents for the export team.
```

**63. PAGE 199:14 TO 199:15 (RUNNING 00:00:03.030)**

```
     14     A   Yes.
     15     Q   Was that your first role at Nongshim Korea?
```

**64. PAGE 199:16 TO 199:18 (RUNNING 00:00:04.925)**

```
     16     A   Yes.
     17     Q   Okay.  And when you say "handling documents,"
     18  what do you mean?
```

**65. PAGE 199:19 TO 199:20 (RUNNING 00:00:07.818)**

```
     19     A   All export was done by way of letter of
     20  credit based.  So handling documents related to
```

**66. PAGE 199:21 TO 199:25 (RUNNING 00:00:26.700)**

```
     21  export matters means that after a letter of credit
     22  is opened, I was involved in bringing the letter of
     23  credit to the relevant corresponding bank for
     24  negotiation of the document in order to collect the
     25  payment.
```

**67. PAGE 200:01 TO 200:02 (RUNNING 00:00:04.091)**

```
  00200:01     Q   The export team, do you know if that's now
     02  called the overseas sales team?
```

**68. PAGE 200:04 TO 200:04 (RUNNING 00:00:02.290)**

```
     04          THE WITNESS:  Yes, that's correct.
```

**69. PAGE 202:18 TO 202:20 (RUNNING 00:00:06.511)**

```
     18          MR. LINKH:  Okay.  I'm going to introduce
     19  as -- a document that was previously marked as
     20  Exhibit 108.  And I also have a certified
```

**70. PAGE 202:21 TO 202:22 (RUNNING 00:00:08.942)**

```
     21  translation, but for some reason they're not
     22  stapled.  Let me just staple them real quick.  And
```

**KoreanNoodles**

**71. PAGE 202:23 TO 202:23  (RUNNING 00:00:05.806)**

```
23   the translation was provided as Exhibit 108T.
```

**72. PAGE 202:24 TO 202:24  (RUNNING 00:00:02.340)**

```
24     Q   Mr. Lee, do you recognize this document?
```

**73. PAGE 202:25 TO 203:01  (RUNNING 00:00:06.517)**

```
25     A   Yes.
00203:01    Q   Okay.  Can you tell me what this document is?
```

**74. PAGE 203:02 TO 203:08  (RUNNING 00:00:22.370)**

```
02     A   In the subject field, it says, "Information
03   related to domestic price" --
04          THE INTERPRETER:  Withdrawn.
05          THE WITNESS:  -- "domestically sold products
06   unit price for increase."
07   BY MR. LINKH:
08     Q   Okay.  And do you know who Won-Joon Lee is?
```

**75. PAGE 203:09 TO 203:10  (RUNNING 00:00:03.503)**

```
09     A   Yes, I do.
10     Q   And can you tell me who he is?
```

**76. PAGE 203:11 TO 203:13  (RUNNING 00:00:19.645)**

```
11     A   He is a member of the international or
12   overseas sales department in Korea, who's junior to
13   me.
```

**77. PAGE 203:14 TO 203:15  (RUNNING 00:00:05.179)**

```
14     Q   Okay.  Do you see how there's a 1 and a 2 in
15   the middle of that document?  And right --
```

**78. PAGE 203:16 TO 203:18  (RUNNING 00:00:05.564)**

```
16     A   Yes.
17     Q   -- right after that, there is a -- there's a
18   paragraph?
```

**79. PAGE 203:19 TO 203:21  (RUNNING 00:00:04.945)**

```
19     A   Yes.
20     Q   Can you read me the first sentence in that
21   paragraph.
```

**80. PAGE 204:19 TO 204:25  (RUNNING 00:00:43.223)**

```
19          THE WITNESS:  "According to the
20          price increase of domestic products,
21          the price for exported products will
22          be separately determined and worked
23          on.  I will send out related
24          information to you around the early
25          part or around the middle of March."
```

**81. PAGE 206:16 TO 206:18  (RUNNING 00:00:12.742)**

```
16     Q   Okay.  And is it your understanding from this
17   e-mail that the price of the export product was not
18   yet decided at the time the e-mail was written?
```

**82. PAGE 206:20 TO 206:20  (RUNNING 00:00:01.698)**

```
20          THE WITNESS:  Yes.
```

**KoreanNoodles**

**83. PAGE 206:22 TO 206:25  (RUNNING 00:00:13.604)**

```
22    Q    Okay.  And is it your understanding that the
23  price of the export product would be determined
24  based -- be determined according to the price of the
25  products in Korea?
```

**84. PAGE 207:03 TO 207:06  (RUNNING 00:00:21.011)**

```
03         THE WITNESS:  What it says is that such price
04  increase would consider the price increase in Korea
05  as referenced, but this says that it will be
06  separately calculated.
```

**85. PAGE 227:07 TO 227:13  (RUNNING 00:00:22.176)**

```
07         MR. LINKH:  Okay.  I would like to designate
08  another exhibit and mark another exhibit.  This is
09  116, right?
10         THE REPORTER:  1016.
11         MR. LINKH:  1016, yes.
12         1016 is an e-mail string dated -- an e-mail
13  string Bates-numbered NSA0246494.
```

**86. PAGE 227:17 TO 227:20  (RUNNING 00:00:10.582)**

```
17    Q    And I know there's a lot there and it's a
18  long string, but I'd specifically like just to turn
19  to you -- to turn you to the second page, in the
20  bottom of the second page.
```

**87. PAGE 227:21 TO 227:22  (RUNNING 00:00:05.382)**

```
21         And do you see how there is -- on that
22  string, there is an e-mail from you to Krith Roth
```

**88. PAGE 227:23 TO 227:23  (RUNNING 00:00:02.618)**

```
23  dated March 13th, 2007?
```

**89. PAGE 227:24 TO 228:03  (RUNNING 00:00:12.626)**

```
24    A    Yes.
25    Q    And it states:
00228:01        "In Korea, our company already
02          increased prices from March 1, 2007.
03          And it was announced on the public."
```

**90. PAGE 228:04 TO 228:05  (RUNNING 00:00:02.842)**

```
04    A    Yes.
05    Q    Can you tell me what that means?
```

**91. PAGE 228:06 TO 228:12  (RUNNING 00:00:35.667)**

```
06    A    The content of this e-mail dated March 13th,
07  2007 is that I'm informing Mr. Roth of anticipated
08  price increase in the month of March, from March.
09    Q    And do you see on the third line, it says:
10          "And NSA accepts the NSF's price
11          increase by 6 percent from
12          March 2007"?
```

**92. PAGE 228:13 TO 228:16  (RUNNING 00:00:16.101)**

```
13    A    Yes.
14    Q    Did Nongshim America ever have the option not
15  to accept a price increase from NSF or accept less
16  of a price increase than Nongshim Foods offered?
```

**KoreanNoodles**

---

**93. PAGE 228:17 TO 228:20  (RUNNING 00:00:13.253)**

```
17     A   It did not, to my understanding.
18     Q   So there was never any negotiation between
19  Nongshim America and Nongshim Foods about the amount
20  of the price increase?
```

**94. PAGE 228:21 TO 228:25  (RUNNING 00:00:13.640)**

```
21     A   There wasn't, as far as I can recall.
22     Q   And below that, do you see:
23         "Therefore, we have to our
24         increase" -- "increase our prices as
25         soon as possible"?
```

**95. PAGE 229:01 TO 229:05  (RUNNING 00:00:21.099)**

```
00229:01   A   Yes.
      02   Q   Was it Nongshim America's practice to
      03  increase prices to customers soon after either
      04  Nongshim Korea or Nongshim Foods increased the
      05  prices of products that it sold to Nongshim America?
```

**96. PAGE 229:06 TO 229:06  (RUNNING 00:00:04.084)**

```
      06   A   For the most part, it was.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:18:22.897)**



COURT EXHIBIT 21a

**KoreanNoodles**



LEEJAEHEE-0428                23 SEGMENTS  (RUNNING 00:03:16.579)

**1. PAGE 7:23 TO 8:04  (RUNNING 00:00:17.443)**

```
    23          (Aeryong C. Kim was duly sworn as the
    24      English/Korean interpreter.)
    25
00008:01              JAE HEE LEE,
    02      having been first duly sworn through
    03      the interpreter, was examined and
    04      testified as follows:
```

**2. PAGE 10:04 TO 10:05  (RUNNING 00:00:03.214)**

```
    04      Q.  Could you tell me who your current
    05  employer is.
```

**3. PAGE 10:06 TO 10:06  (RUNNING 00:00:02.202)**

```
    06      A.  Korea Daily.
```

**4. PAGE 10:07 TO 10:08  (RUNNING 00:00:02.473)**

```
    07      Q.  And how long have you been with Korea
    08  Daily?
```

**5. PAGE 10:09 TO 10:09  (RUNNING 00:00:06.953)**

```
    09      A.  For about 11 or 12 years.  Since 2004.
```

**6. PAGE 10:10 TO 10:10  (RUNNING 00:00:02.188)**

```
    10      Q.  And what do you do with the Korean Daily?
```

**7. PAGE 10:11 TO 10:11  (RUNNING 00:00:02.880)**

```
    11      A.  I work as a reporter there.
```

**8. PAGE 13:08 TO 13:10  (RUNNING 00:00:08.962)**

```
    08      Q.  Does Korean Daily have a policy or
    09  procedure for its reporters' preparation of news
    10  articles?
```

**9. PAGE 13:11 TO 13:11  (RUNNING 00:00:01.325)**

```
    11          MR. LEE:  Asking as to 2005?
```

**10. PAGE 13:13 TO 13:13  (RUNNING 00:00:01.975)**

```
    13      Q.  2005 to 2010.
```

**11. PAGE 13:14 TO 13:15  (RUNNING 00:00:09.239)**

```
    14      A.  With respect to making decisions on the
    15  article items?
```

**12. PAGE 13:16 TO 13:19  (RUNNING 00:00:09.764)**

```
    16      Q.  With respect to making -- with -- strike
    17  that.
    18          With respect to investigation and drafting
    19  the article.
```

**KoreanNoodles**

**13. PAGE 13:25 TO 14:04 (RUNNING 00:00:31.004)**

```
        25        A.  Items to be included in an article, that
00014:01  gets decided upon pursuant to needs of the readers.
        02  And as far as what the reporters have to prepare
        03  towards that is the newspaper company, my employer,
        04  sets out guideline for the reporters.
```

**14. PAGE 14:05 TO 14:06 (RUNNING 00:00:02.925)**

```
        05        Q.  What are those guidelines for the
        06  reporters?
```

**15. PAGE 14:07 TO 14:09 (RUNNING 00:00:13.125)**

```
        07        A.  For the items you are to write for an
        08  article, as a reporter you have to maintain
        09  objectivity and a fairness.
```

**16. PAGE 14:10 TO 14:10 (RUNNING 00:00:00.783)**

```
        10        Q.  Anything else?
```

**17. PAGE 14:11 TO 14:13 (RUNNING 00:00:17.062)**

```
        11        A.  These type of things are kind of obvious
        12  to us reporters, so I don't know what specifically
        13  you are asking about here.
```

**18. PAGE 14:14 TO 14:15 (RUNNING 00:00:07.460)**

```
        14        Q.  Okay.  When you write an article, will you
        15  sometimes interview people for the article?
```

**19. PAGE 14:16 TO 14:16 (RUNNING 00:00:00.662)**

```
        16        A.  Yes.
```

**20. PAGE 14:17 TO 14:18 (RUNNING 00:00:05.059)**

```
        17        Q.  In the articles that you write, will you
        18  at times use quotation marks?
```

**21. PAGE 14:19 TO 14:19 (RUNNING 00:00:00.768)**

```
        19        A.  Yes.
```

**22. PAGE 14:20 TO 14:23 (RUNNING 00:00:13.055)**

```
        20        Q.  When you use quotation marks in your
        21  articles, are you paraphrasing what the interviewee
        22  has said or are you providing word for word what the
        23  interviewee has said?
```

**23. PAGE 14:24 TO 15:04 (RUNNING 00:00:36.058)**

```
        24        A.  Generally speaking and typically, we are
        25  to write word for words at times of conveying the
00015:01  quotation marks of the interviewees.  However,
        02  whenever the interviewee is using any inappropriate
        03  words, such as slangs, and in such a case we would
        04  change that to a proper expression.
```

<div style="text-align:center">

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:16.579)**

</div>



COURT EXHIBIT 22a

**KoreanNoodles**

**Roth, Krith (Vol. 01) - 04/20/2016**                                      **1 CLIP  (RUNNING 00:02:39.803)**



**KRITHROTH-0420                 10 SEGMENTS  (RUNNING 00:02:39.803)**

**1. PAGE 8:17 TO 8:19  (RUNNING 00:00:07.874)**

```
17                    KRITH ROTH,
18      having been first duly sworn, was examined and
19                    testified as follows:
```

**2. PAGE 10:04 TO 10:12  (RUNNING 00:00:24.315)**

```
04        So, Mr. Roth, what is your current position
at Nongshim America?
06    A   Currently, I am in sales.
07    Q   Do you have a formal job title?
08    A   General manager.
09    Q   Can you tell me what you do as a general
10 manager at Nongshim America.
11    A   Develop sales to mainstream customer or
12 non-Asian customer.
```

**3. PAGE 10:15 TO 10:15  (RUNNING 00:00:01.784)**

```
15        THE WITNESS:  Non-Asian customer.
```

**4. PAGE 43:24 TO 44:08  (RUNNING 00:00:52.184)**

```
24    Q   Okay.  When you explained to customers the
25 reasons for the price increases, what information
00044:01 did you cite to for those reasons to your customers?
02    A   Only if customer asks, and informations, what
03 was given to me, I passed forward to the customer.
04    Q   What type of information would be given to
05 you?
06    A   As an example, as it's stated on here, cost
07 of wheat, oils and so forth.
08    Q   Did you ever receive specific numbers or
```

**5. PAGE 44:09 TO 44:10  (RUNNING 00:00:05.766)**

```
09 spreadsheets about what those price increases were?
10    A   No.
```

**6. PAGE 44:11 TO 44:15  (RUNNING 00:00:15.077)**

```
11    Q   Was the information about the cost of
12 wheels -- I'm sorry, cost of wheat, oils and so
13 forth ever provided to you without you asking for
14 it?
15    A   No.
```

**7. PAGE 44:23 TO 44:25  (RUNNING 00:00:06.587)**

```
23    Q   Sure.  Do you know what the term "cost of
24 goods sold" means?
25    A   That's an accounting term, I believe.
```

**8. PAGE 45:01 TO 45:02  (RUNNING 00:00:12.269)**

```
00045:01    Q   If I'm using it to mean the costs for a
02 company to make that product, have you ever received
```

**KoreanNoodles**

**9. PAGE 45:03 TO 45:04  (RUNNING 00:00:09.651)**

```
03   any type of written information about that?
04      A    No.
```

**10. PAGE 45:05 TO 45:14  (RUNNING 00:00:24.296)**

```
05      Q    Did you ever receive any specific figures
06   about the price increase of wheat flour?
07      A    No.
08      Q    Did you ever receive any specific figures
09   about the price increase of edible oils?
10      A    No.
11      Q    Did you ever receive any specific figures
12   about the price increase of packaging of noodle
13   products?
14      A    No.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSION (RUNNING 00:02:39.803)**

COURT EXHIBIT 23a

**KoreanNoodles**

**Kim, Sun Ho (Vol. 01) - 04/15/2016**                    1 CLIP  (RUNNING 00:01:55.844)

KIMSUNHO-0415                    11 SEGMENTS  (RUNNING 00:01:55.844)



**1. PAGE 7:16 TO 7:21  (RUNNING 00:00:19.270)**

```
16                    AERYONG KIM,
17  was duly sworn to act as English/Korean interpreter.
18
19                    SUNHO KIM,
20    having been first duly sworn, was examined and
21                   testified as follows:
```

**2. PAGE 8:25 TO 9:01  (RUNNING 00:00:03.265)**

```
25    Q   Mr. Kim, what's your role at Nongshim
00009:01  America?
```

**3. PAGE 9:02 TO 9:03  (RUNNING 00:00:10.234)**

```
02    A   I am R&D manager and am in charge with
03  product development.
```

**4. PAGE 9:04 TO 9:05  (RUNNING 00:00:06.047)**

```
04    Q   And as R&D manager, what do you -- what are
05  some of your job responsibilities?
```

**5. PAGE 9:06 TO 9:09  (RUNNING 00:00:23.999)**

```
06    A   My responsibilities entail developing new
07  products such as ramen product and also reinforcing
08  and working on the existing products such as Shin
09  ramen, which is our major product.
```

**6. PAGE 14:05 TO 14:07  (RUNNING 00:00:08.641)**

```
05    Q   And does Shin ramen sold in Korea have any
06  ingredient differences than Shin ramen sold in the
07  United States?
```

**7. PAGE 14:08 TO 14:08  (RUNNING 00:00:01.102)**

```
08    A   Yes.
```

**8. PAGE 18:13 TO 18:14  (RUNNING 00:00:02.917)**

```
13    Q   Can you tell me how the tastes of ingredients
14  are different?
```

**9. PAGE 18:15 TO 18:17  (RUNNING 00:00:27.137)**

```
15    A   If the material is different, the ingredient
16  tastes different, and the goal of our company is to
17  have the product produce similar tastes.
```

**10. PAGE 18:18 TO 18:21  (RUNNING 00:00:12.395)**

```
18    Q   When you say "have the product produce
19  similar tastes," are you talking about having Shin
20  ramen that's produced in America having a similar
21  taste as Shin ramen that's produced in Korea?
```

**11. PAGE 18:22 TO 18:22  (RUNNING 00:00:00.837)**

```
22    A   Yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:55.844)**

COURT EXHIBIT 24a

**Kim, Sunny (Vol. 01) - 04/21/2016**                    1 CLIP  (RUNNING 00:15:06.276)



SUNNYKIM-0421                    38 SEGMENTS  (RUNNING 00:15:06.276)

**1. PAGE 8:15 TO 8:17  (RUNNING 00:00:10.185)**

```
15                    SUNNY KIM,
16          having been first duly sworn, was
17          examined and testified as follows:
```

**2. PAGE 10:11 TO 10:15  (RUNNING 00:00:11.126)**

```
11      Q.  So where are you currently employed?
12      A.  Nongshim America.
13      Q.  And how long have you been with Nongshim
14  America?
15      A.  22 years.
```

**3. PAGE 43:11 TO 43:14  (RUNNING 00:00:15.485)**

```
11      Q.  Okay.  Let me show you what's been
12  previously labeled in this litigation as
13  Exhibit 1013.  If you take a second to look at that
14  and tell me whether you recall seeing it before.
```

**4. PAGE 43:15 TO 43:17  (RUNNING 00:00:06.235)**

```
15      A.  Yes.  I see.
16      Q.  You do?
17      A.  I wrote that.
```

**5. PAGE 44:07 TO 44:15  (RUNNING 00:00:25.678)**

```
07          Did you have a standard practice with
08  respect to notifying your customers when there was
09  going to be a price increase?
10      A.  Did we have a standard practice?  We just
11  notified our customer when we became aware and
12  there's a certain date set just -- let them know as
13  soon as we can.
14      Q.  And was there a particular form that you
15  would use?
```

**6. PAGE 44:18 TO 44:20  (RUNNING 00:00:07.056)**

```
18          THE WITNESS:  This, like, I just kind of
19  wrote it on -- on a company.  It wasn't really a
20  formal --
```

**7. PAGE 44:22 TO 44:25  (RUNNING 00:00:09.775)**

```
22      Q.  Okay.
23      A.  But I mean, you know, it's -- we would
24  kind of use -- we could probably use, you know, same
25  form to all the customers, I guess.
```

**8. PAGE 45:06 TO 45:12  (RUNNING 00:00:23.446)**

```
06      Q.  In the first paragraph you indicate that:
07          "As is true throughout the industry,
08      the demand and cost of raw materials are
09      sharply rising in all areas and we must
10      reluctantly adjust our pricing."
11          Do you recall what information you used
```

**KoreanNoodles**

```
      12  when you were writing that?
```

**9.  PAGE 45:19 TO 46:05  (RUNNING 00:00:47.240)**

```
      19           THE WITNESS:  What information I used to
      20  write that?  Had any, you know, data or anything.  I
      21  think, if anything, it would have been like from a
      22  translation from a Korean announcement.
      23           Or when we are -- you know, as a sales,
      24  people in sales, you know, when we get a price
      25  increase, we would generally say raw material costs
00046:01  went up in general.  So then that's kind of the
      02  explanation to the customer, just try to -- you
      03  know, say it in a nice way.  I didn't have any,
      04  like, specific, like, information or anything, you
      05  know, or breakdown or something like that.
```

**10.  PAGE 46:08 TO 46:10  (RUNNING 00:00:10.445)**

```
      08           Would you have been provided with some
      09  explanation to pass on to customers concerning the
      10  reason for the price increase?
```

**11.  PAGE 46:13 TO 46:21  (RUNNING 00:00:28.672)**

```
      13           THE WITNESS:  I can't really remember, but
      14  I -- I must have, you know -- that's kind of the
      15  typical, you know -- because we ask -- because our
      16  customers don't like price increases, obviously, so
      17  there's, you know, as a salesman always ask, you
      18  know, well, why price increase?
      19           Well, because raw material, everything
      20  have to go up.  Okay.  We will try to say that to
      21  our customer.  That's just kind of how it's been.
```

**12.  PAGE 50:20 TO 50:25  (RUNNING 00:00:12.153)**

```
      20       Q.  So you had a price increase in July of
      21  2007.  Right?
      22       A.  Um-hum.
      23       Q.  And in the normal course, would you have
      24  applied that price increase to all of your customers
      25  in the same way?
```

**13.  PAGE 51:03 TO 51:06  (RUNNING 00:00:13.084)**

```
      03           THE WITNESS:  If we have -- if -- it's a
      04  direction, company direction, if we have something
      05  like that, we are supposed to give it to all the
      06  customers.  Yeah.  I notify them.
```

**14.  PAGE 51:08 TO 52:04  (RUNNING 00:01:13.213)**

```
      08       Q.  So would it be unusual, in your
      09  experience, that you would make a -- an exception
      10  for a particular customer?
      11       A.  Right.  That's not a common thing.  It
      12  would be a usual -- like special exception if there
      13  is a reason, something like that, with the customer.
      14           Like -- like this one, sometimes, like,
      15  mainstream customers when we just start, they have
      16  to -- they have kind of like a vendor agreement
      17  where you have to maintain the price for, you know,
      18  certain period of time.  Something like that.
      19           Then even if, you know, we have some
      20  change, we just have to wait until that time passes
      21  or something to make adjustments, just in commonly,
      22  in general.
      23           So I'm thinking that's probably what
```

**KoreanNoodles**

```
          24   happened with that Amazon customer that time because
          25   we -- in this -- just kind of reminding -- she was
  00052:01   the buyer and I'm just kind of reminding her,
          02   remember we started, that's why we are keeping, and
          03   now we just have to -- that's -- that's what it
          04   means.
```

**15. PAGE 59:23 TO 60:05 (RUNNING 00:00:24.865)**

```
          23        Q.  I'm showing you what's been labeled as
          24   Exhibit 1049.  I will represent to you that this is
          25   a document that was produced to us by Nongshim
  00060:01   America through discovery Bates stamped number
          02   NSA0018215.  And the metadata that accompanied the
          03   document indicated that it came from your custodial
          04   file.
          05        Do you recognize the document?
```

**16. PAGE 60:06 TO 60:07 (RUNNING 00:00:03.094)**

```
          06        A.  Looks like the spec sheet and a price
          07   list.
```

**17. PAGE 60:25 TO 61:09 (RUNNING 00:00:17.923)**

```
          25        Q.  So this -- this isn't a purely internal
  00061:01   document.
          02        A.  No.  It has just spec and the price and
          03   the terms.  This would be like something we would
          04   give to the customer.
          05        Q.  Okay.  So, for example, when you were
          06   announcing a price increase, you might attach a list
          07   like this to it.
          08        A.  Right.
          09        Q.  Okay.  Now, I notice that a number of the
```

**18. PAGE 61:10 TO 61:19 (RUNNING 00:00:54.565)**

```
          10   prices for different products are the same.  So bowl
          11   noodle hot and spicy, bowl noodle kim chi, bowl
          12   noodle shin, spicy shrimp, spicy chicken, all are
          13   showing a price of $5.34 cost per case.
          14        Do you see that?
          15        A.  Yes.
          16        Q.  Is it, in your experience working for
          17   Nongshim America, fairly common that you would have
          18   prices for similarly sized ramen products -- sized
          19   and packaged ramen products be same?
```

**19. PAGE 61:23 TO 62:03 (RUNNING 00:00:15.625)**

```
          23        THE WITNESS:  Like this case, those bowl
          24   noodle with -- the same bowl noodle with different
          25   flavors, they are the same price.  That's true today
  00062:01   too.  That's for convenience, you know, to the
          02   customers too.  Just different flavors, same thing
          03   kind of.
```

**20. PAGE 62:11 TO 63:02 (RUNNING 00:00:57.385)**

```
          11        Q.  I'm showing you what's been labeled as
          12   Exhibit 1050, and I will represent to you that this
          13   document -- there was a document produced to
          14   plaintiffs by Nongshim America Bates stamp number
          15   NSA0015298.  It was produced in the form of an Excel
          16   spreadsheet that had two tabs.  The first tab has
          17   been reproduced in this exhibit and it was labeled
          18   TX.
          19        I didn't reproduce the second tab only
```

**KoreanNoodles**

```
        20  because I don't have any questions with respect to
        21  the second tab of information.
        22          I will further represent to you that the
        23  document metadata indicated that it came from your
        24  custodial file.
        25          With that by way of background, do you
 00063:01  recognize the information on this -- in this
        02  document?
```

**21. PAGE 63:07 TO 63:08  (RUNNING 00:00:04.025)**

```
        07          THE WITNESS:  This just looks like a price
        08  list.  Yeah.
```

**22. PAGE 63:10 TO 63:23  (RUNNING 00:00:45.285)**

```
        10      Q.  So in -- on the second page of the
        11  document, first page that actually has text on it,
        12  you see the column on the left, it has package
        13  noodle followed by container noodle.
        14      A.  Yes.
        15      Q.  And then followed by snack.  Do you see
        16  that?
        17      A.  Yes.
        18      Q.  Okay.  Then the next column over, we have
        19  a breakdown between prices -- between NSF and NSK.
        20          Do you see that?
        21      A.  Yes.
        22      Q.  And can you tell me what those refer to?
        23      A.  Nongshim Foods, Nongshim Korea.
```

**23. PAGE 63:25 TO 64:04  (RUNNING 00:00:19.810)**

```
        25          What is Nongshim Foods?
 00064:01      A.  Nongshim America now.  It's same company.
        02  This -- I -- this would be -- distinguishing
        03  Nongshim -- so U.S.-made product -- import product
        04  probably, that's what we were trying to distinguish.
```

**24. PAGE 64:21 TO 64:22  (RUNNING 00:00:06.938)**

```
        21      Q.  Okay.  And then NSK is a reference to
        22  Nongshim Korea, the parent company in -- in Korea?
```

**25. PAGE 64:25 TO 65:02  (RUNNING 00:00:07.086)**

```
        25          THE WITNESS:  This NSK just refers to
 00065:01  Korea-made product.  Nongshim Korea-made product,
        02  American-made product.
```

**26. PAGE 65:04 TO 65:17  (RUNNING 00:00:40.537)**

```
        04      Q.  Okay.
        05      A.  Yeah.
        06      Q.  So if you take a look at the very first
        07  item on the first page there -- I'm sorry, I'm going
        08  to butcher this pronunciation --
        09      A.  Neoguri.
        10      Q.  Neoguri?  So you have got 120 -- is the
        11  spec indicating 120-gram package, 20 packages?
        12      A.  Yes.
        13      Q.  Okay.  And what is CBM?
        14      A.  Cubic meter.
        15      Q.  Ah.  Okay.  And the price on that is
        16  $9.10.  Right?
        17      A.  Yes.
```

**27. PAGE 65:20 TO 65:20  (RUNNING 00:00:02.684)**

```
        20          THE WITNESS:  That's what it says, 9.10.
```

**KoreanNoodles**

**28. PAGE 65:22 TO 67:02 (RUNNING 00:01:41.069)**

```
      22        Q.  Do you know whether that would be $9.10
      23  for the 20 120-gram packages?  Is that what that's
      24  referring to?
      25        A.  Sorry.
00066:01        Q.  The spec says 120 grams times 20.  So
      02  would $9.10 be the price for 20 pack -- the 20 pack
      03  of 120-gram Neoguri noodles?
      04        A.  Right.
      05        Q.  Okay.
      06        A.  Yeah.
      07        Q.  Now, if you go down to the very first item
      08  that shown under the NSK category for packaged
      09  noodles, we have Neoguri mild.  Right?
      10        A.  Um-hum.
      11        Q.  That's also 120 grams times 20.  And the
      12  price on that is also $9.10.
      13             Do you see that?
      14        A.  Yes.
      15        Q.  Do you know whether the cost to produce --
      16  for NSF to produce the Neoguri hot noodle was
      17  different than the cost that NSA paid for the
      18  Neoguri mild that it imported from NS -- Nongshim
      19  Korea?
      20        A.  I wouldn't know that information.
      21        Q.  Okay.
      22        A.  Yeah.
      23        Q.  In your experience, was it normal for
      24  Nongshim America to price its similarly sized
      25  Neoguri packaged noodles the same regardless of
00067:01  whether they were coming from Korea or the Nongshim
      02  America factory?
```

**29. PAGE 67:05 TO 67:06 (RUNNING 00:00:03.332)**

```
      05             THE WITNESS:  Are you talking about that
      06  Neoguri item specifically or --
```

**30. PAGE 67:08 TO 67:25 (RUNNING 00:00:52.785)**

```
      08        Q.  Just as -- as an example.
      09        A.  Depends on the item.
      10        Q.  I'm sorry.  We can't talk over each other.
      11        A.  Oh, sorry.
      12        Q.  Sorry, go ahead.
      13        A.  It depends on the item.  Meaning our --
      14  our noodle packages are pretty much similar sizes.
      15  That doesn't mean they are all the same price.
      16  So --
      17        Q.  What factors would -- would tend to make
      18  it more likely that they would be priced the same?
      19        A.  Like the bowl noodle price you asked me
      20  earlier, like Neoguri had -- Neoguri mild is really
      21  same product, just different kind of flavor.  So I
      22  must -- you know, I'm thinking that's probably why
      23  it's same price.  But, you know, not -- not because
      24  it's packaged noodle, but because it's same flavor
      25  or same -- same product, just different flavor.
```

**31. PAGE 71:09 TO 71:12 (RUNNING 00:00:13.864)**

```
      09        Q.  Okay.  During your time with Nongshim
      10  America, have you from time to time worked with
      11  people who have been seconded to the company from
      12  Nongshim Korea?
```

**KoreanNoodles**

**32.  PAGE 71:14 TO 71:15  (RUNNING 00:00:03.224)**

    14          THE WITNESS:  What's "seconded"?  What
    15  does that mean?

**33.  PAGE 71:18 TO 71:20  (RUNNING 00:00:07.955)**

    18      Q.  Okay.  Did you ever work with anyone who
    19  was employed by Nongshim Korea essentially on loan
    20  to Nongshim America?

**34.  PAGE 71:22 TO 71:23  (RUNNING 00:00:04.776)**

    22          THE WITNESS:  Who was Nongshim Korea
    23  employee that worked at Nongshim America?

**35.  PAGE 71:25 TO 72:06  (RUNNING 00:00:16.838)**

    25      Q.  Um-hum.
 00072:01      A.  A lot of them.
    02      Q.  Can you give me some names, people that
    03  you know who are -- who were Nongshim Korea
    04  employees who were -- who were, you know,
    05  essentially like serving a tour of duty, if you
    06  will, at Nongshim America?

**36.  PAGE 72:08 TO 72:14  (RUNNING 00:00:27.045)**

    08          THE WITNESS:  Just whoever that was that
    09  came from Korea.  Other than -- like, I was hired
    10  locally so I'm -- the opposite of, I guess, what you
    11  are asking as American employee.  But, like,
    12  Mr. Lee, most of our other managers, they were first
    13  hired in Korea and then they were just reassigned to
    14  come here to work.

**37.  PAGE 75:24 TO 76:17  (RUNNING 00:01:00.219)**

    24      Q.  Okay.  Several times during your time as
    25  a -- in sales for Nongshim America, the price of the
 00076:01  Nongshim America ramen products have increased.
    02  Right?
    03      A.  Yes.
    04      Q.  Do you know whether the company ever tried
    05  to determine what the effect of those price
    06  increases was on the price that retail customers
    07  were paying for its products?
    08      A.  Studied effects of, I don't know.
    09      Q.  Okay.  Do you know whether retail prices
    10  for your ramen products go up when your wholesale
    11  prices go up?
    12      A.  When our -- when we raised our price to
    13  the customers, generally the market selling price to
    14  the consumers, the retail selling price, usually
    15  goes up too.
    16      Q.  Does it usually go up by the same
    17  percentage?

**38.  PAGE 76:20 TO 77:01  (RUNNING 00:00:21.554)**

    20          THE WITNESS:  I can't say, but similarly I
    21  would -- I would assume.  I haven't really, you
    22  know, calculated to make sure it's the same
    23  percentage, but I would assume that it's, you
    24  know -- their cost increase I'm sure they are
    25  passing down is kind of what I speculate, yeah.  But
 00077:01  it does -- it did go up over time in the retail.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:06.270)**

COURT EXHIBIT 25a

**KoreanNoodles**

---

**Hong, Kang Sik (Vol. 01) - 05/21/2016**          1 CLIP  (RUNNING 00:03:46.095)

HONGKANGSIK-0521          24 SEGMENTS  (RUNNING 00:03:46.095)          

**1. PAGE 8:15 TO 8:18  (RUNNING 00:00:16.360)**

```
15        (Albert Kim was duly sworn as the
16   English/Korean interpreter.)
17
18                  KANG SIK HONG,
```

**2. PAGE 8:19 TO 8:20  (RUNNING 00:00:01.191)**

```
19   having been administered an oath, was examined and
20   testified as follows:
```

**3. PAGE 15:18 TO 15:20  (RUNNING 00:00:06.290)**

```
18   Q   And then after you graduated from the
19   University of Houston with your MBA degree, what did
20   you do?
```

**4. PAGE 15:21 TO 15:22  (RUNNING 00:00:08.235)**

```
21   A   Thereafter I embarked upon my studies
22   involving accounting.
```

**5. PAGE 15:25 TO 16:01  (RUNNING 00:00:05.589)**

```
25        Q  Were you achieving a particular -- seeking to
00016:01   achieve a particular degree?
```

**6. PAGE 16:02 TO 16:02  (RUNNING 00:00:03.759)**

```
02   A   Yes, a degree in accounting.
```

**7. PAGE 16:03 TO 16:03  (RUNNING 00:00:01.497)**

```
03   Q   But you didn't actually achieve that?
```

**8. PAGE 16:04 TO 16:06  (RUNNING 00:00:10.292)**

```
04   A   Right.  I had practically completed the
05   course work, but I did not ultimately obtain the
06   degree.
```

**9. PAGE 16:07 TO 16:08  (RUNNING 00:00:03.887)**

```
07   Q   And what did you do instead of completing
08   your degree?
```

**10. PAGE 16:09 TO 16:10  (RUNNING 00:00:05.523)**

```
09   A   So it was around that time I came on board
10   with Ottogi.
```

**11. PAGE 16:18 TO 16:19  (RUNNING 00:00:03.671)**

```
18   Q   First you mentioned Ottogi.  Are you talking
19   about Ottogi America?
```

**12. PAGE 16:20 TO 16:21  (RUNNING 00:00:06.798)**

```
20   A   Yes.  I was hired by Ottogi America, Inc.,
21   here in the United States.
```

**KoreanNoodles**

**13. PAGE 22:23 TO 22:23 (RUNNING 00:00:01.961)**

      23    Q   When did you first have a job title?

**14. PAGE 22:24 TO 23:07 (RUNNING 00:00:33.493)**

      24    A   To let you know, that's a bit nebulous, if
      25  you will, because really the company was rather
00023:01  small, and it's not like, you know, things were too
      02  clear as to when anybody was given a formal job
      03  title.  But in my case I think sometime around the
      04  middle of maybe 2006 or so, they started calling me
      05  manager.  But, again, it's not like I was given a
      06  title on a certain day of a certain month or
      07  anything.

**15. PAGE 23:15 TO 23:16 (RUNNING 00:00:04.519)**

      15    Q   So was there a time when your job duties
      16  changed?

**16. PAGE 23:17 TO 23:25 (RUNNING 00:00:39.155)**

      17    A   So, again, I wouldn't know as to any specific
      18  date or time frame, but I'm wondering here if it was
      19  in the '08 or '09 time frame.  But, anyhow,
      20  basically there came a time when I began basically
      21  handling the placement of purchase orders vis-`-vis
      22  Korea upon an assessment as to the level of
      23  inventory, and if it seems that we might be running
      24  short, I would do that.  Yeah, so that is the sort
      25  of change that I would say eventually came about.

**17. PAGE 24:04 TO 24:06 (RUNNING 00:00:09.696)**

      04    Q   Have you ever heard the term "export price"
      05  before in relation to Ottogi's purchases of
      06  products, Ottogi America?

**18. PAGE 24:07 TO 24:07 (RUNNING 00:00:05.847)**

      07    A   Yes, I have heard as to "export price."

**19. PAGE 24:08 TO 24:09 (RUNNING 00:00:03.880)**

      08    Q   And what does export price refer to you in
      09  your business with Ottogi America?

**20. PAGE 24:10 TO 24:11 (RUNNING 00:00:09.394)**

      10    A   So that is in reference to the price at which
      11  Ottogi in Korea sells goods to Ottogi America.

**21. PAGE 105:21 TO 105:25 (RUNNING 00:00:15.123)**

      21    Q   And then after you became involved in
      22  pricing-related matters, you seem to recall that
      23  prices were raised by Ottogi Korea to Ottogi America
      24  on at least one occasion.
      25      Do you remember that?

**22. PAGE 106:01 TO 106:03 (RUNNING 00:00:12.891)**

00106:01    A   Yeah, I think I recall something about them
      02  asking for -- or notifying us that they were going
      03  to increase the price they were charging us.

**23. PAGE 107:02 TO 107:04 (RUNNING 00:00:08.713)**

      02    Q   So your recollection is that we were talking
      03  about Ottogi Korea asking permission to raise the
      04  price to Ottogi America?

**KoreanNoodles**

**24. PAGE 107:07 TO 107:09  (RUNNING 00:00:08.331)**

```
07          THE WITNESS:  No, they would notify us.  They
08  don't seek permission from us.  They don't require
09  permission from us.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:46.095)**



COURT EXHIBIT 25b

**Ottogi**

 **Hong, Kang S. (Vol. 01) - 05/21/2016**                1 CLIP  (RUNNING 00:00:33.408)

 Kang Sik Hong 11-13-18                                    

**KANGSIKHONG**                **5 SEGMENTS  (RUNNING 00:00:33.408)**

**1.  PAGE 17:25 TO 18:01  (RUNNING 00:00:04.753)**

          25      Q   Did you have to interview with anyone from
    00018:01  Ottogi Korea to get your job?

**2.  PAGE 18:02 TO 18:04  (RUNNING 00:00:03.070)**

          02      A   No.
          03      Q   Did you have an interview before you got
          04  hired?

**3.  PAGE 18:05 TO 18:06  (RUNNING 00:00:03.710)**

          05      A   Yes.  Not with Korea, but with America here,
          06  yes.

**4.  PAGE 24:12 TO 24:13  (RUNNING 00:00:03.456)**

          12      Q   Have you ever heard of the term "choolgo
          13  price"?  C-H-O-O-L-G-O.

**5.  PAGE 24:14 TO 24:19  (RUNNING 00:00:18.419)**

          14      A   Well, so I'm not sure if I'm entirely
          15  familiar with what is meant by choolgo price, but
          16  the price I was having to deal with is something
          17  coming from Korea, again, and I wonder if it was CIP
          18  or CIF or something.  Anyway, that's what I dealt
          19  with.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:33.408)**



COURT EXHIBIT 26a

**KoreanNoodles**

**Choi, Min Hwan (Vol. 01) - 04/08/2016**          1 CLIP  (RUNNING 00:00:50.407)

CHOIMINHWAN-0408          14 SEGMENTS  (RUNNING 00:00:50.407)



**1. PAGE 5:13 TO 5:18  (RUNNING 00:00:18.743)**

```
13   A L B E R T   K I M,
14        the interpreter, having first
15        been duly sworn by Sharon Lengel,
16        the Notary Public, interpreted
17        the testimony as follows:
18   M I N   H W A N   C H O I,
```

**2. PAGE 5:19 TO 5:22  (RUNNING 00:00:02.347)**

```
19        having first been duly sworn by
20        Sharon Lengel, the Notary Public,
21        was examined and testified as
22        follows:
```

**3. PAGE 16:09 TO 16:09  (RUNNING 00:00:01.322)**

```
09        You work for Ottogi Korea?
```

**4. PAGE 16:10 TO 16:10  (RUNNING 00:00:01.639)**

```
10     A.   That is correct.
```

**5. PAGE 17:06 TO 17:07  (RUNNING 00:00:03.141)**

```
06     Q.   Do you work for Ottogi
07   Corporation?
```

**6. PAGE 17:08 TO 17:08  (RUNNING 00:00:01.441)**

```
08     A.   Yes.  That's correct.
```

**7. PAGE 17:09 TO 17:10  (RUNNING 00:00:03.397)**

```
09     Q.   And I will refer to them as
10   Ottogi Korea during today's deposition.
```

**8. PAGE 17:11 TO 17:11  (RUNNING 00:00:02.078)**

```
11     A.   All right.  I understand.
```

**9. PAGE 17:12 TO 17:13  (RUNNING 00:00:01.988)**

```
12     Q.   How long have you been working
13   for Ottogi Korea?
```

**10. PAGE 17:14 TO 17:14  (RUNNING 00:00:03.029)**

```
14     A.   This is my 11th year.
```

**11. PAGE 18:12 TO 18:13  (RUNNING 00:00:02.807)**

```
12     Q.   What did you do at Ottogi Korea
13   when you first started?
```

**12. PAGE 18:17 TO 18:18  (RUNNING 00:00:02.192)**

```
17     A.   I worked in the overseas sales
18   division.
```

**KoreanNoodles**

**13.  PAGE 18:19 TO 18:21  (RUNNING 00:00:04.909)**

```
19        Q.    And that is the same -- and you
20   still are in overseas sales today; is that
21   correct?
```

**14.  PAGE 18:22 TO 18:22  (RUNNING 00:00:01.374)**

```
22        A.    Yes.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:50.407)**

**KoreanNoodles**

**Choi, Min Hwan (Vol. 01) - 04/18/2016**                    1 CLIP  (RUNNING 00:04:42.106)

CHOIMINHWAN-0418              17 SEGMENTS  (RUNNING 00:04:42.106)          

**1.  PAGE 26:23 TO 26:25  (RUNNING 00:00:10.856)**

```
23      Q.    Is there a minimum time period
24   in which Ottogi Korea will give Ottogi
25   America of a price increase?
```

**2.  PAGE 27:02 TO 27:06  (RUNNING 00:00:16.752)**

```
02      A.    So typically, Ottogi America
03   too, in turn, on its part, will have to
04   notify its customers.  So in order to
05   facilitate that, we give them at least a
06   month's time.
```

**3.  PAGE 27:07 TO 27:10  (RUNNING 00:00:17.275)**

```
07      Q.    Okay.  Does Ottogi Korea ever
08   notify Ottogi America of a price increase
09   before it has obtained internal approval
10   for the price increase?
```

**4.  PAGE 27:11 TO 27:12  (RUNNING 00:00:05.018)**

```
11      A.    No.  There never has been
12   anything like that.
```

**5.  PAGE 27:13 TO 27:16  (RUNNING 00:00:09.767)**

```
13      Q.    Has Ottogi Korea ever notified
14   Ottogi America of a price decrease before
15   it's obtained internal approval for the
16   price decrease?
```

**6.  PAGE 27:17 TO 27:18  (RUNNING 00:00:04.758)**

```
17      A.    Neither has there been anything
18   like that either.
```

**7.  PAGE 75:13 TO 75:16  (RUNNING 00:00:16.881)**

```
13      Q.    At any time between 2005 and
14   2010, did Ottogi Korea ever commission a
15   market survey or a report relating to the
16   United States market for Korean Ramen?
```

**8.  PAGE 75:17 TO 76:11  (RUNNING 00:01:01.101)**

```
17      A.    No.  We have not done anything
18   like that.  But there is something like
19   this:  Shortly before the founding of
20   Ottogi America -- and I recall this as
21   being perhaps around the April-of-2000
22   timeframe -- we from Korea dispatched a
23   Task Force Team, a TFT, so as to look into
24   the local market dynamics and get an idea
25   as to what the consumer price was.
```
```
00076:01
02            And that was basically something
03   that was reported back to the Overseas
04   Business Division and shared within.  And
```

**KoreanNoodles**

```
05   that was basically in order to ascertain
06   what might be an appropriate margin on the
07   part of Ottogi America, also so that we,
08   for our part, from Ottogi Korea, would be
09   able to gain an understanding as to at
10   what price we could afford to supply
11   product at.
```

**9. PAGE 76:12 TO 76:17  (RUNNING 00:00:08.796)**

```
12              MS. YU:  Interpreter, did he say
13   "2000" or --
14              THE INTERPRETER:  The
15   interpreter said "2005."  If he
16   goofed, then apologies.  But he
17   thought he said 2005.
```

**10. PAGE 76:23 TO 76:25  (RUNNING 00:00:11.749)**

```
23       Q.   Was the result of the task form
24   team's work reflected in a written
25   document?
```

**11. PAGE 77:02 TO 77:06  (RUNNING 00:00:16.744)**

```
02       A.   So I don't know if there exists
03   anything in writing to such effect.  But
04   at least as much was reported back to the
05   Overseas Business Division, based upon
06   what I was told by my predecessors.
```

**12. PAGE 77:07 TO 77:08  (RUNNING 00:00:06.333)**

```
07       Q.   Do you know what employees
08   constituted the Task Force Team?
```

**13. PAGE 77:09 TO 77:11  (RUNNING 00:00:08.257)**

```
09       A.    It was comprised of Mr. Kisoo
10   Jeong, and the other two individuals have
11   since left the company.
```

**14. PAGE 77:12 TO 77:13  (RUNNING 00:00:02.958)**

```
12       Q.   And what were the other two
13   individuals' names?
```

**15. PAGE 77:14 TO 77:14  (RUNNING 00:00:11.186)**

```
14       A.   Dong Soo Lim and Soon Sik Choi.
```

**16. PAGE 77:15 TO 77:18  (RUNNING 00:00:13.911)**

```
15       Q.   Do you know what conclusions the
16   Task Force Team drew about the consumer
17   price and the appropriate margin for
18   Ottogi America?
```

**17. PAGE 77:21 TO 78:14  (RUNNING 00:00:59.764)**

```
21       A.   So as a matter of fact, my
22   understanding is that the team decided to
23   stay the course in terms of the existing
24   consumer price.  And with that as the
25   backdrop, they mulled over as to what
00078:01
02   would be the appropriate margin for Ottogi
03   America.
04           And my understanding further is
05   that they basically decided to go lower --
06   hold -- to shoot for something that was
```

**KoreanNoodles**

```
07   about 10 to 20 percent lower than the
08   third party's rate.  And this is, mind
09   you, just a guideline.  They wanted to
10   shoot for something a little lower by 10
11   to 20 percent.  And ultimately, my
12   understanding is they went about deciding
13   on the appropriate margin on an
14   item-by-item basis.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:42.106)

COURT EXHIBIT 26b

 **Choi, Min H. (Vol. 01) - 04/08/2016**                    1 CLIP  (RUNNING 00:02:26.273)

 Choi 11-12-18



MHC1                    16 SEGMENTS  (RUNNING 00:02:26.273)

**1. PAGE 18:23 TO 19:02  (RUNNING 00:00:09.416)**

        23        Q.    During your 11 years with
        24    Ottogi, have you been involved in any
        25    other divisions or parts of Ottogi Korea
    00019:01 CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    other than overseas sales?

**2. PAGE 19:03 TO 19:03  (RUNNING 00:00:01.279)**

        03        A.    No, sir.

**3. PAGE 23:16 TO 23:19  (RUNNING 00:00:17.989)**

        16        Q.    So, Mr. Choi, tell me all about
        17    what types of jobs that you did at Ottogi
        18    Korea -- every job that you had at Ottogi
        19    Korea before you became a manager in 2009.

**4. PAGE 23:20 TO 23:23  (RUNNING 00:00:10.841)**

        20        A.    So after coming on-board with
        21    the company, I was an associate.  I was
        22    tasked with handling exports to Southeast
        23    Asia.  And then briefly, for about six

**5. PAGE 23:23 TO 23:24  (RUNNING 00:00:08.404)**

        23    Asia.  And then briefly, for about six
        24    months, I was assigned to handle Europe.

**6. PAGE 23:25 TO 24:02  (RUNNING 00:00:03.855)**

        25    And starting in 2008, I was put in charge
    00024:01 CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    of handling --

**7. PAGE 24:04 TO 24:05  (RUNNING 00:00:02.763)**

        04        A.    -- I was tasked with handling
        05    China.  And then sometime towards the end

**8. PAGE 24:05 TO 24:07  (RUNNING 00:00:11.546)**

        05    China.  And then sometime towards the end
        06    of 2009, I was assigned to be the hands-on
        07    person to handle Ottogi America, Inc.

**9. PAGE 27:02 TO 27:03  (RUNNING 00:00:06.398)**

        02        Q.    Does Ottogi Korea export Korean
        03    Ramen product to Ottogi America?

**10. PAGE 27:04 TO 27:04  (RUNNING 00:00:02.137)**

        04        A.    Let me sort this out.

**11. PAGE 27:05 TO 27:08  (RUNNING 00:00:16.004)**

        05            Ottogi Korea, the head office
        06    here, sells or exports to Ottogi America
        07    Ramen as made in Korea for American

**Ottogi**

08    purposes.

**12.  PAGE 27:18 TO 27:21  (RUNNING 00:00:09.670)**

18        Q.    Do part of your job
19    responsibilities have to do with the
20    exporting of Korean Ramen from Korea --
21    Ottogi Korea to Ottogi America?

**13.  PAGE 27:22 TO 27:23  (RUNNING 00:00:04.588)**

22        A.    Yes.  I am charged with those
23    export duties.

**14.  PAGE 39:04 TO 39:07  (RUNNING 00:00:21.482)**

04        Q.    Mr. Choi, you stated that your
05    unit sets the export price for Ottogi
06    America for export Korean Ramen products
07    to Ottogi America; am I correct?

**15.  PAGE 39:08 TO 39:12  (RUNNING 00:00:15.745)**

08        A.    Yes.  That is correct.
09        Q.    And you are the one who's been
10    tasked to set the price of these export --
11    exported Korean Ramen products to Ottogi
12    America; correct?

**16.  PAGE 39:13 TO 39:14  (RUNNING 00:00:04.156)**

13        A.    As far as the setting of it is
14    concerned, yes, that is me.

**Ottogi**

---

 **Choi, Min H. (Vol. 01) - 04/18/2016**                    1 CLIP  (RUNNING 00:02:50.154)

 Choi 11-13-18

**MHC2**                    **14 SEGMENTS  (RUNNING 00:02:50.154)**       

**1. PAGE 19:08 TO 19:12  (RUNNING 00:00:21.916)**

```
08      Q.    So with respect to the document
09   preservation period within your Business
10   Division, does that mean that all
11   documents more than three years old are
12   destroyed?
```

**2. PAGE 19:13 TO 19:18  (RUNNING 00:00:19.564)**

```
13      A.    Yes.   That is how things have
14   been done.
15      Q.    For how long has it been the
16   document preservation policy within your
17   business division to destroy all documents
18   more than three years old?
```

**3. PAGE 19:19 TO 19:22  (RUNNING 00:00:09.031)**

```
19      A.    My thinking in that regard is I
20   think that's been ever since our unit was
21   set up.
22      Q.    And when was your unit set up?
```

**4. PAGE 19:23 TO 19:25  (RUNNING 00:00:06.048)**

```
23      A.    I'm not exactly sure if I can
24   recall, but I think it was something
25   before the year 2000.
```

**5. PAGE 27:19 TO 27:23  (RUNNING 00:00:18.521)**

```
19      Q.    Before 2005, did Ottogi Korea
20   ever notify anyone of a price increase for
21   Korean Ramen to be sold in the U.S. other
22   than Samjin, Korean Farms, and Rhee
23   Brothers?
```

**6. PAGE 27:24 TO 28:05  (RUNNING 00:00:19.252)**

```
24      A.    No.  The company has never sent
25   out any notification to parties other than
00028:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   those.
03      Q.    Has Ottogi Korea ever notified
04   the press of price increases of Korean
05   Ramen product destined for the U.S.?
```

**7. PAGE 28:06 TO 28:06  (RUNNING 00:00:01.385)**

```
06      A.    No.
```

**8. PAGE 28:25 TO 29:05  (RUNNING 00:00:14.378)**

```
25      Q.    What other -- what business
00029:01   CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   divisions other than the Overseas Sales
03   Division have responsibilities with
04   respect to exporting product to the
05   United States?
```

**Ottogi**

**9. PAGE 29:06 TO 29:09  (RUNNING 00:00:11.227)**

```
06        A.    Export is dealt with only by the
07   Overseas Sales Division.
08        Q.    So there's --
09        A.    Overseas Business Division.
```

**10. PAGE 29:10 TO 29:13  (RUNNING 00:00:13.243)**

```
10        Q.    Okay.  So no other business
11   division has any responsibilities with
12   respect to Ottogi Korea's selling Ramen
13   product into the United States?
```

**11. PAGE 29:14 TO 29:15  (RUNNING 00:00:04.656)**

```
14        A.    By "responsibilities," you mean
15   such duties?  That's correct.
```

**12. PAGE 57:14 TO 57:17  (RUNNING 00:00:13.437)**

```
14        Q.    Have you personally ever heard
15   of any Ottogi employee communicating with
16   Ottogi's competitors in the Korean Ramen
17   market?
```

**13. PAGE 57:18 TO 57:22  (RUNNING 00:00:15.762)**

```
18        A.    No, I have not.
19        Q.    Have you ever seen any document
20   that reflects communications that Ottogi
21   have -- that Ottogi has had with its
22   competitors in the Korean Ramen market?
```

**14. PAGE 57:25 TO 57:25  (RUNNING 00:00:01.734)**

```
25        A.    I have not.
```

**Ottogi**

---

 **Choi, Min H. (Vol. 01) - 04/19/2016**                    1 CLIP  (RUNNING 00:00:32.021)

 Choi 11-13-18



**MHC3**                          **3 SEGMENTS  (RUNNING 00:00:32.021)**

**1.  PAGE 27:22 TO 27:25  (RUNNING 00:00:17.196)**

```
22        Q.    Did the overseas affairs team
23   have any input with respect to new product
24   pricing of Ramen product destined for the
25   U.S.?
```

**2.  PAGE 28:02 TO 28:07  (RUNNING 00:00:13.024)**

```
02        A.    The overseas affairs team did
03   not involve itself.
04        Q.    And did the overseas affairs
05   team have any input with respect to
06   raising the price of Ramen product
07   destined for the U.S.?
```

**3.  PAGE 28:08 TO 28:08  (RUNNING 00:00:01.801)**

```
08        A.    They have not.
```

> **TOTAL: 3 CLIPS FROM 3 DEPOSITIONS (RUNNING 00:05:48.448)**

COURT EXHIBIT 27a

**Ottogi**

 **Mangum, Russell (Vol. 01) - 09/22/2017**                                    1 CLIP  (RUNNING 00:00:16.051)

 286.11-16

| RM04 | 1 SEGMENT  (RUNNING 00:00:16.051) |  |
|---|---|---|

**1.  PAGE 286:11 TO 286:16  (RUNNING 00:00:16.051)**

```
11     Q   Sorry.  But you're not aware of monitoring
12  through enforcement through the exchange of
13  competitive information with respect to prices
14  charged in the U.S., correct?
15     A   I believe that's correct, not about
16  interaction that's happening just in the U.S.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:16.051)**



COURT EXHIBIT 27b

**Ottogi**

 **Mangum, Russell (Vol. 01) - 09/22/2017**                    1 CLIP  (RUNNING 00:00:15.351)

 114.2-7

| RM15 | 1 SEGMENT  (RUNNING 00:00:15.351) |
|------|-----------------------------------|



**1.  PAGE 114:02 TO 114:07  (RUNNING 00:00:15.351)**

```
02      Q    Let me strike it.  Have you done any analysis
03   if you took all of Korean ramen suppliers together
04   whether they would have sufficient market share to
05   increase prices in an instant packaged noodle ramen
06   product to supracompetitive levels?
07      A    I have not undertaken that analysis.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:15.351)**

COURT EXHIBIT 28a

**KoreanNoodles**

**Ham, Young Wook (Vol. 01) - 03/09/2016**                    **1 CLIP  (RUNNING 00:03:56.016)**



**HAMYOUNGWOOK-0309**          **34 SEGMENTS  (RUNNING 00:03:56.016)**

**1. PAGE 8:23 TO 9:01  (RUNNING 00:00:13.361)**

```
      23                    ALBERT KIM,
      24  was duly sworn to act as English/Korean interpreter.
      25
00009:01                    YOUNG WOOK HAM,
```

**2. PAGE 9:02 TO 9:03  (RUNNING 00:00:01.693)**

```
      02     having been first duly sworn, was examined and
      03                    testified as follows:
```

**3. PAGE 12:20 TO 12:21  (RUNNING 00:00:07.041)**

```
      20     Q   When were you first employed by Ottogi
      21  America?
```

**4. PAGE 12:22 TO 12:23  (RUNNING 00:00:05.478)**

```
      22     A   I recall that as being in, say, September of
      23  2009.
```

**5. PAGE 12:24 TO 12:25  (RUNNING 00:00:04.489)**

```
      24     Q   And were you employed by someone else before
      25  September of 2009?
```

**6. PAGE 13:01 TO 13:01  (RUNNING 00:00:01.766)**

```
00013:01     A   Yes, that's correct.
```

**7. PAGE 13:02 TO 13:02  (RUNNING 00:00:01.392)**

```
      02     Q   And by whom were you employed?
```

**8. PAGE 13:03 TO 13:04  (RUNNING 00:00:05.082)**

```
      03     A   So prior to coming on board with Ottogi
      04  America, I used to work for a newspaper company.
```

**9. PAGE 13:05 TO 13:06  (RUNNING 00:00:02.805)**

```
      05     Q   And what was the name of the newspaper
      06  company?
```

**10. PAGE 13:07 TO 13:07  (RUNNING 00:00:04.124)**

```
      07     A   It's called The Korea Times.
```

**11. PAGE 13:08 TO 13:09  (RUNNING 00:00:05.075)**

```
      08     Q   In what city did you work for The Korean
      09  Times?
```

**12. PAGE 13:13 TO 13:14  (RUNNING 00:00:07.580)**

```
      13     A   So the city in which that company is located
      14  is Oakland, California.
```

**13. PAGE 22:01 TO 22:02  (RUNNING 00:00:07.640)**

```
00022:01     Q   When you first joined Ottogi America, what
      02  was your job?
```

**KoreanNoodles**

**14. PAGE 22:03 TO 22:05 (RUNNING 00:00:10.689)**

```
03    A   Well, if you're asking as to my title as of
04  when I first came on board, that I do not quite
05  recall.
```

**15. PAGE 22:06 TO 22:07 (RUNNING 00:00:05.646)**

```
06    Q   What were your job responsibilities when you
07  first joined Ottogi America?
```

**16. PAGE 22:08 TO 22:13 (RUNNING 00:00:21.992)**

```
08    A   I would say that the kind of work I first
09  conducted when I first came on board with the
10  company was to basically see to it that the
11  packaging and what have you as to Ottogi products
12  were appropriate for the respect of locality --
13  locale.
```

**17. PAGE 25:15 TO 25:17 (RUNNING 00:00:15.196)**

```
15    Q   Could we just run through your different job
16  responsibilities from the year 2009 to the present,
17  and then we can talk about exactly what you did.
```

**18. PAGE 25:18 TO 26:01 (RUNNING 00:00:31.809)**

```
18    A   So with respect to the work I first performed
19  after coming on board -- you know, that I've already
20  told you about, so you know that.
21        And thereafter, I began learning the ropes in
22  terms of the affairs pertaining to purchase orders.
23  And I also have gained some experience in terms of
24  sales.  And when I say "sales," I'm talking about
25  calling on, say, Los Angeles area-based clientele of
00026:01  ours.
```

**19. PAGE 26:02 TO 26:03 (RUNNING 00:00:05.678)**

```
02    Q   When did you first begin learning about
03  Ottogi America's purchase orders?
```

**20. PAGE 26:04 TO 26:05 (RUNNING 00:00:06.759)**

```
04    A   Now, this may or may not be exact, but I'm
05  thinking perhaps beginning around 2010.
```

**21. PAGE 53:20 TO 53:21 (RUNNING 00:00:03.667)**

```
20    Q   Are -- are you related to any employee of
21  Ottogi Korea?
```

**22. PAGE 53:22 TO 53:22 (RUNNING 00:00:02.048)**

```
22    A   Yes, that's right.
```

**23. PAGE 53:23 TO 53:23 (RUNNING 00:00:02.273)**

```
23    Q   And who are you related to?
```

**24. PAGE 53:24 TO 53:25 (RUNNING 00:00:10.415)**

```
24    A   I'm cousins with the, say, present chairman
25  of Ottogi's parent company.
```

**25. PAGE 54:01 TO 54:02 (RUNNING 00:00:03.123)**

```
00054:01    Q   And are you related to any employee of Ottogi
02  America?
```

**KoreanNoodles**

---

**26. PAGE 54:03 TO 54:03 (RUNNING 00:00:01.622)**

    03    A   Yes, I am.

**27. PAGE 54:04 TO 54:05 (RUNNING 00:00:03.069)**

    04    Q   And to whom are you related at Ottogi
    05  America?

**28. PAGE 54:06 TO 54:08 (RUNNING 00:00:12.456)**

    06    A   I'm also cousins with the present president
    07  of the -- the Ottogi America entity, whose name is
    08  Young Jae Hahm.

**29. PAGE 54:09 TO 54:10 (RUNNING 00:00:05.336)**

    09    Q   And what's the name of the present chairman
    10  of Ottogi's parent company?

**30. PAGE 54:11 TO 54:11 (RUNNING 00:00:05.485)**

    11    A   That would be Young Joon Hahm.

**31. PAGE 54:12 TO 54:13 (RUNNING 00:00:07.425)**

    12    Q   Are you related to any other employee of
    13  either Ottogi America or Ottogi Korea?

**32. PAGE 54:14 TO 54:14 (RUNNING 00:00:04.230)**

    14    A   No, I'm not, not to my understanding.

**33. PAGE 54:15 TO 54:16 (RUNNING 00:00:07.603)**

    15    Q   And is Mr. Young Jae Hahm related to
    16  Mr. Young Joon Hahm?

**34. PAGE 54:17 TO 54:17 (RUNNING 00:00:01.969)**

    17    A   Yes, likewise, they're cousins.

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:56.016) |
| --- |

**KoreanNoodles**

**Ham, Young Wook (Vol. 02) - 03/10/2016**                                    1 CLIP  (RUNNING 00:01:28.300)

**HAMYOUNGWOOK-0310**              **5 SEGMENTS  (RUNNING 00:01:28.300)**



**1. PAGE 147:03 TO 147:04  (RUNNING 00:00:08.518)**

> 03     Q     Do you remember asking Ottogi Korea for a list
> 04  of new products in the year 2009?

**2. PAGE 147:05 TO 147:06  (RUNNING 00:00:13.148)**

> 05     A     I don't have an actual recollection, but it is
> 06  possible.  May I just further elaborate on this.

**3. PAGE 147:08 TO 147:15  (RUNNING 00:00:38.845)**

> 08     A     Ever since coming on board with the company in
> 09  2009 through I would say the 2014 time frame, I would
> 10  safely estimate the number of e-mails that Mr. Choi and
> 11  I had exchanged to probably number in, oh, I don't know,
> 12  in excess of 10,000 e-mails.  And so it goes without
> 13  saying I think it's rather unrealistic for me to try to
> 14  recollect things from the early part of those years, in
> 15  fact.

**4. PAGE 147:16 TO 147:17  (RUNNING 00:00:09.350)**

> 16     Q     Do you know why you requested a list of new
> 17  products from Mr. Choi?

**5. PAGE 147:20 TO 147:23  (RUNNING 00:00:18.439)**

> 20          THE WITNESS:  Well, seeing as how every now and
> 21  then for update purposes I would make this type of a
> 22  request of Korea concerning product-related information,
> 23  given that I think this too is entirely possible.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:28.300)**



COURT EXHIBIT 28b

**Ottogi**

---

 **Ham, Young W. (Vol. 01) - 03/09/2016**                                        **1 CLIP  (RUNNING 00:00:33.560)**

 Young Wook Ham 11-13-18



**YOUNGWOOKHAM1**                    **7 SEGMENTS  (RUNNING 00:00:33.560)**

**1.  PAGE 14:20 TO 14:21  (RUNNING 00:00:04.544)**

        20     Q    Did you have a job before you worked for The
        21  Korea Times?

**2.  PAGE 14:22 TO 14:23  (RUNNING 00:00:03.089)**

        22     A    Yes, I did.
        23     Q    And by whom were you employed?

**3.  PAGE 14:24 TO 15:02  (RUNNING 00:00:10.069)**

        24     A    I worked for a Korean broadcast company, a
        25  broadcast station.
     00015:01     Q    What was the name of the Korean broadcast
        02  station?

**4.  PAGE 15:03 TO 15:04  (RUNNING 00:00:05.056)**

        03     A    It's called KEMS.
        04     Q    And where is KEMS located?

**5.  PAGE 15:05 TO 15:07  (RUNNING 00:00:06.771)**

        05     A    Right now, I don't recall the exact name of
        06  the city, but as I recall, it was in the San Jose
        07  vicinity.

**6.  PAGE 15:08 TO 15:08  (RUNNING 00:00:02.794)**

        08     Q    And what was your position at KEMS?

**7.  PAGE 15:09 TO 15:09  (RUNNING 00:00:01.237)**

        09     A    I was a PD.  PD.

**Ottogi**

---

 **Ham, Young W. (Vol. 02) - 03/10/2016**                    1 CLIP  (RUNNING 00:01:05.253)

 Young Wook Ham 11-14-18



**YOUNGWOOKHAM2**                **5 SEGMENTS  (RUNNING 00:01:05.253)**

**1.  PAGE 147:25 TO 148:02  (RUNNING 00:00:13.215)**

```
        25      Q    I guess what I'm getting at was -- is there a
00148:01    specific business purpose that you can recall for which
        02  you would ask Mr. Choi for a list of new product?
```

**2.  PAGE 148:05 TO 148:07  (RUNNING 00:00:11.200)**

```
        05              THE WITNESS:  Well, normally such an, say,
        06  inquiry or request might be made for purposes of
        07  updating product information.
```

**3.  PAGE 149:01 TO 149:03  (RUNNING 00:00:14.741)**

```
00149:01    Q    And what would you personally do with the
        02  attached list of products that Ottogi Korea exports to
        03  Ottogi America?
```

**4.  PAGE 149:04 TO 149:10  (RUNNING 00:00:24.381)**

```
        04      A    To speak in terms of any work that would make
        05  use of this kind of information in this particular file,
        06  I would say that mostly it would be in terms of purchase
        07  orders.
        08      Q    And when you refer to purchase orders, you mean
        09  purchase orders that Ottogi America would send to Ottogi
        10  Korea?
```

**5.  PAGE 149:11 TO 149:11  (RUNNING 00:00:01.716)**

```
        11      A    That is right.
```

<div style="border:1px solid #000;background:#ffffcc;padding:4px;">**TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:01:38.813)**</div>

COURT EXHIBIT 29a

**KoreanNoodles**

---

**Ku, Bangwan (Vol. 01) - 04/05/2016**                    1 CLIP  (RUNNING 00:00:59.142)



**KUBANGWAN-0405**              **14 SEGMENTS  (RUNNING 00:00:59.142)**

**1. PAGE 5:12 TO 5:16 (RUNNING 00:00:11.765)**

```
12   A L B E R T   K I M,
13        the interpreter, having first
14        been duly sworn by Sharon Lengel,
15        the Notary Public, interpreted
16        the testimony as follows:
```

**2. PAGE 5:17 TO 5:21 (RUNNING 00:00:01.184)**

```
17   B A N G W A N   K U,
18        having first been duly sworn by
19        Sharon Lengel, the Notary Public,
20        was examined and testified as
21        follows:
```

**3. PAGE 6:25 TO 7:02 (RUNNING 00:00:03.066)**

```
25    Q.   Okay.  Sir, by whom are you
00007:01
02   currently employed?
```

**4. PAGE 7:03 TO 7:04 (RUNNING 00:00:04.570)**

```
03    A.   That would be Ottogi Corporation
04   Limited.
```

**5. PAGE 7:05 TO 7:06 (RUNNING 00:00:03.957)**

```
05    Q.   And how long have you been
06   employed by Ottogi Corporation Limited?
```

**6. PAGE 7:07 TO 7:07 (RUNNING 00:00:04.035)**

```
07    A.   It's been 16 years.
```

**7. PAGE 7:08 TO 7:09 (RUNNING 00:00:05.065)**

```
08    Q.   And what was the first position
09   you held at Ottogi Corporation Limited?
```

**8. PAGE 7:10 TO 7:10 (RUNNING 00:00:01.972)**

```
10    A.   I was an associate.
```

**9. PAGE 7:11 TO 7:12 (RUNNING 00:00:04.492)**

```
11    Q.   And were you an associate in a
12   particular department or division?
```

**10. PAGE 7:13 TO 7:14 (RUNNING 00:00:04.239)**

```
13    A.   You're talking about where I
14   belonged to in the company?
```

**11. PAGE 7:15 TO 7:15 (RUNNING 00:00:00.767)**

```
15    Q.   Exactly.
```

**12. PAGE 7:16 TO 7:17 (RUNNING 00:00:06.237)**

```
16    A.   Yes.  I served within a unit in
17   the company.
```

## KoreanNoodles

**13.  PAGE 7:18 TO 7:18  (RUNNING 00:00:02.235)**

        18        Q.    What was the name of the unit?

**14.  PAGE 7:19 TO 7:20  (RUNNING 00:00:05.558)**

        19        A.    It was the sales planning
        20   office.

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:59.142) |
| --- |

**KoreanNoodles**

---

**Ku, Bangwan (Vol. 03) - 04/07/2016**                    **1 CLIP  (RUNNING 00:18:25.709)**



KUBANGWAN-0407                    81 SEGMENTS  (RUNNING 00:18:25.709)

**1. PAGE 79:15 TO 79:16  (RUNNING 00:00:02.383)**

        15      Q.    Can you tell me what Exhibit 146
        16   is.

**2. PAGE 79:17 TO 79:20  (RUNNING 00:00:12.877)**

        17      A.    So this appears to be something
        18   that we submitted to the KFTC in response
        19   to a request by them to submit something
        20   in writing.

**3. PAGE 79:21 TO 79:23  (RUNNING 00:00:16.247)**

        21      Q.    Can you tell me what the page
        22   that ends in the Bates Nos. 5205 is
        23   intended to depict.

**4. PAGE 79:24 TO 80:12  (RUNNING 00:00:56.459)**

        24      A.    So what this entails are the
        25   details from the year 2001 and on,
   00080:01
        02   concerning the raising of the price of
        03   Ramen in terms of, firstly, the number of
        04   items to be affected, the number of items
        05   for which the prices were raised, and the
        06   average increase as to the price, taking
        07   into -- taking into consideration the
        08   discount rate and the ultimate resultant,
        09   say, applicable rate, seen as a matter of
        10   percentage.  And it further entails the
        11   list of individuals who participated in
        12   the matter.

**5. PAGE 80:13 TO 80:15  (RUNNING 00:00:12.913)**

        13      Q.    Did you assist in the
        14   preparation of the page ending in 5205 of
        15   Exhibit 146?

**6. PAGE 80:16 TO 80:16  (RUNNING 00:00:03.490)**

        16      A.    Did I prepare this, do you mean?

**7. PAGE 80:17 TO 80:19  (RUNNING 00:00:06.319)**

        17      Q.    Yes.
        18      A.    My recollection is that I did,
        19   yes.

**8. PAGE 82:18 TO 82:19  (RUNNING 00:00:09.801)**

        18      Q.    In the year 2010, was there a
        19   price increase or a price decrease?

**9. PAGE 82:20 TO 82:20  (RUNNING 00:00:03.430)**

        20      A.    There had been a price decrease.

**KoreanNoodles**

**10. PAGE 82:21 TO 82:22 (RUNNING 00:00:08.478)**

    21      Q.    What was the date of approval of
    22    the price decrease in the year 2010?

**11. PAGE 82:23 TO 82:24 (RUNNING 00:00:13.044)**

    23      A.    It had been decided on February
    24    the 3rd of 2010.

**12. PAGE 82:25 TO 83:02 (RUNNING 00:00:04.702)**

    25      Q.    What was the purpose of the
    00083:01
    02    price decrease in the year 2010?

**13. PAGE 83:03 TO 83:05 (RUNNING 00:00:09.493)**

    03      A.    When you ask in terms of the
    04    purpose, what precisely are you trying to
    05    find out?

**14. PAGE 83:06 TO 83:07 (RUNNING 00:00:06.132)**

    06      Q.    Why did Ottogi lower the price
    07    of Korean Ramen product in the year 2010?

**15. PAGE 83:08 TO 83:21 (RUNNING 00:01:06.612)**

    08      A.    So sometime towards the end of
    09    January of 2010, we underwent an
    10    investigation by the KFTC.  And my
    11    recollection is that, basically, what
    12    those people at the KFTC were saying is,
    13    "Hey, folks, how come none of you folks in
    14    the Ramen sector are lowering your prices,
    15    in view of how there had been a price
    16    reduction as to your raw materials?"
    17         And this wasn't necessarily
    18    around February.  But it was sort of
    19    something that preceded that.  But anyway,
    20    so as you can see, they were kind of
    21    putting pressure on us, and so that's why.

**16. PAGE 83:22 TO 83:24 (RUNNING 00:00:08.711)**

    22      Q.    Is that the only reason why
    23    Ottogi decreased the price of Ramen in the
    24    year 2010?

**17. PAGE 83:25 TO 84:23 (RUNNING 00:01:12.992)**

    25      A.    So if the truth be known, on
    00084:01
    02    that occasion in 2010, the only thing that
    03    had risen in price -- the only thing that
    04    had, in fact, fallen in price was flour.
    05    All else, such as utilities -- and we're
    06    speaking mostly in terms of electricity
    07    and the fuel costs -- water, et cetera, et
    08    cetera -- you know, they hadn't budged.
    09         And -- and so internally, there
    10    had been some past occasion in which we
    11    didn't -- we felt like we didn't really
    12    get to raise things to a sufficient level.
    13    And so come this occasion, we were just
    14    sort of staying the course without
    15    lowering the cost.  But then the KFTC guys
    16    were asking, "Hey, how come you guys
    17    aren't reducing your price, in view of how

**KoreanNoodles**

```
18    the raw materials had gone down?"
19              So on account of that, because
20    of the pressures put on us, we basically
21    lowered -- reduced the price of our Ramen.
22    I would say that that's really the biggest
23    reason, the only reason.
```

**18. PAGE 85:03 TO 85:04 (RUNNING 00:00:02.265)**

```
03              THE INTERPRETER:  "That is the
04    biggest reason."
```

**19. PAGE 85:06 TO 85:08 (RUNNING 00:00:12.303)**

```
06       Q.    What Ottogi employee
07    specifically was told to decrease the
08    price of Ramen in the year 2010?
```

**20. PAGE 85:11 TO 85:18 (RUNNING 00:00:23.451)**

```
11       A.    To my recollection, I think it
12    was basically my departmental head and
13    I --
14              THE INTERPRETER:  Strike.
15       A.    -- my departmental head who had
16    undergone the investigation at that time
17    and I.  We got to hear that.  We were told
18    that.
```

**21. PAGE 85:19 TO 85:22 (RUNNING 00:00:11.133)**

```
19       Q.    Tell me everything you can about
20    this discussion where the KFTC told Ottogi
21    to lower its price of Korean Ramen product
22    in the year 2010.
```

**22. PAGE 85:23 TO 86:15 (RUNNING 00:00:50.043)**

```
23       A.    So in that year, they came out
24    in the typical fashion that they came out
25    in on other occasions, and they basically
00086:01
02    started citing the monopoly regulations
03    and so forth and went about their
04    investigation.
05              And about an hour into the
06    matter, that's when they began talking
07    about, "Hey, how come, in view of the fact
08    that the price of flour had fallen, you
09    guys are not reducing your price?  We're a
10    little curious," they said.
11              So seeing as how they kept on
12    saying that, that is when we began
13    thinking, Oh, so these guys want us to
14    reduce the price of Ramen.  And -- well,
15    yeah.  That's it.
```

**23. PAGE 86:16 TO 86:17 (RUNNING 00:00:04.840)**

```
16       Q.    Do you recall what date in the
17    year 2010 this conversation occurred?
```

**24. PAGE 86:18 TO 86:24 (RUNNING 00:00:20.671)**

```
18       A.    So it's generally the end of
19    January in 2010.  And I am not sure if I
20    recall the specific date, but I think we
21    could just speak in terms of it being the
22    30th or thereabouts.  But I don't recall
23    the specific date without looking at some
```

**KoreanNoodles**

24   relevant documents.

**25. PAGE 87:13 TO 87:16 (RUNNING 00:00:11.191)**

13      Q.    And just so the record's clear,
14   what was the name of your department head
15   in January of 2010 that attended this
16   meeting with you?

**26. PAGE 87:17 TO 87:17 (RUNNING 00:00:03.616)**

17      A.    Mr. Young Hyun Doh.

**27. PAGE 87:18 TO 87:20 (RUNNING 00:00:09.576)**

18      Q.    Was anybody else in the room
19   besides you, Mr. Doh, and the KFTC
20   employee whose name you don't recall?

**28. PAGE 87:21 TO 88:10 (RUNNING 00:00:34.967)**

21      A.    I don't think you should assume
22   necessarily that this took place in a
23   particular room, or certainly not in one
24   spot, because, as I said, these people
25   kept on sort of saying, "Hey, look.  We're
00088:01
02   really curious.  How come you guys aren't
03   lowering your prices?  How come?  Why
04   not?"
05          And they would say that, say, at
06   my spot, when going through my computer,
07   they'd say that in the conference room and
08   so forth, you know, continually saying,
09   "We're a little curious here."  So it
10   wasn't necessarily in one location.

**29. PAGE 88:11 TO 88:15 (RUNNING 00:00:13.150)**

11      Q.    Do you recall anyone else being
12   present besides you and Mr. Doh when
13   the -- when any KFTC employee suggested
14   that Ottogi lower its prices in the year
15   2010?

**30. PAGE 88:16 TO 88:20 (RUNNING 00:00:19.427)**

16      A.    It's not like anybody was
17   present in the sense of participating.
18   But, you know, there were people within
19   our department, just around us, so to say.
20   That's the sort of situation.

**31. PAGE 88:21 TO 88:24 (RUNNING 00:00:12.766)**

21      Q.    As you sit here today, do you
22   know anyone else that heard the KFTC
23   suggest to Ottogi that it lower the price
24   of Korean Ramen product in the year 2010?

**32. PAGE 88:25 TO 89:09 (RUNNING 00:00:22.368)**

25      A.    Well, the thing about that is,
00089:01
02   it's not like those other individuals were
03   undergoing this investigation themselves,
04   so there's no telling if they'd heard
05   things.  I suppose they might have heard
06   things, but it's possible that they might
07   have -- may have since forgotten about
08   that.  But at the least, they were close

**KoreanNoodles**

```
      09    enough.  They were nearby.
```

**33.  PAGE 89:10 TO 89:11  (RUNNING 00:00:02.507)**

```
      10        Q.     What did you do when you heard
      11    this?
```

**34.  PAGE 89:12 TO 89:22  (RUNNING 00:00:35.333)**

```
      12        A.     So when I first heard that, I
      13    don't believe I really caught on to what
      14    was going on.  I didn't know how to take
      15    it.  But seeing as how the man kept
      16    repeating himself over and over again, I
      17    think there comes a point when a normal
      18    person starts getting the picture.  So I
      19    guess, towards the afternoon hours, at one
      20    point in time, we basically said, Okay.
      21    We might basically look into the
      22    possibility of reducing price.
```

**35.  PAGE 89:23 TO 89:25  (RUNNING 00:00:10.970)**

```
      23        Q.     Did you write a email to anyone
      24    about the KFTC suggesting that Ottogi
      25    lower its price in the year 2010?
```

**36.  PAGE 90:02 TO 90:09  (RUNNING 00:00:25.001)**

```
      02        A.     I'm thinking that there was no
      03    email.  In fact, everything happened
      04    basically on that very day.  I'm talking
      05    about starting with that, you know,
      06    discussion all the way through a decision
      07    certain that there will be, in fact, a
      08    reduction.  So I don't think -- no, there
      09    was no email.
```

**37.  PAGE 91:13 TO 91:14  (RUNNING 00:00:06.149)**

```
      13        Q.     Did the KFTC visit Ottogi's
      14    premises in the year 2008?
```

**38.  PAGE 91:15 TO 91:16  (RUNNING 00:00:04.245)**

```
      15        A.     Yes.  They had also come by in
      16    2008.
```

**39.  PAGE 91:17 TO 91:19  (RUNNING 00:00:06.503)**

```
      17        Q.     Does Ottogi know the exact date
      18    when the KFTC visited its premises in the
      19    year 2008?
```

**40.  PAGE 91:20 TO 92:02  (RUNNING 00:00:19.948)**

```
      20        A.     So I'm thinking that this was, I
      21    think, probably in June.  In fact, I am
      22    thinking it was on the 3rd of June that
      23    year in 2008.  And the reason why I say
      24    that is because I looked into that, as
      25    part of, you know, my work here in this
   00092:01
      02    matter.
```

**41.  PAGE 92:22 TO 92:25  (RUNNING 00:00:07.594)**

```
      22        Q.     The very first time that the
      23    KFTC visited, which I believe you've said
      24    is 2008, tell me what happened on that
      25    visit.
```

**KoreanNoodles**

**42. PAGE 93:02 TO 93:09 (RUNNING 00:00:40.755)**

```
02      A.   So the first thing they did when
03  they came a calling, they closed all the
04  doors.  Then they unplugged all the
05  shredders.  And after that, they said,
06  "Now, starting from this point on, nobody
07  gets to leave."  And then they looked for
08  the department or departments that are
09  responsible for handling price.
```

**43. PAGE 93:10 TO 93:10 (RUNNING 00:00:01.443)**

```
10      Q.   Did -- what did they do next?
```

**44. PAGE 93:11 TO 93:19 (RUNNING 00:00:29.873)**

```
11      A.   And then they showed some sort
12  of an official document to us, saying
13  that, pursuant to such and such statutes
14  having to do with the monopoly regulation
15  and whatnot, they said they are now
16  commencing an investigation into possible
17  violations under such law and started
18  sifting through our documents and going
19  through our computers.
```

**45. PAGE 93:20 TO 93:21 (RUNNING 00:00:03.483)**

```
20      Q.   In what departments did they go
21  through documents?
```

**46. PAGE 93:22 TO 94:04 (RUNNING 00:00:23.668)**

```
22      A.   Well, so basically, since it was
23  our department that handled price-related
24  matters, I told you that they asked as to
25  which department was responsible for that.
00094:01
02  So they were basically led to us, and they
03  basically started talking to, well, all of
04  us there.
```

**47. PAGE 94:05 TO 94:06 (RUNNING 00:00:03.917)**

```
05      Q.   When you say "us," do you mean
06  the sales planning department?
```

**48. PAGE 94:07 TO 94:13 (RUNNING 00:00:24.707)**

```
07      A.   That's right.  So initially,
08  they basically dealt with everybody in the
09  unit, and then, over the course of some
10  time, they eventually started dealing
11  mostly with the actual hands-on person
12  with respect to price and the head of the
13  department.
```

**49. PAGE 94:14 TO 94:17 (RUNNING 00:00:04.152)**

```
14      Q.   And, again, when you say "the
15  department," you're talking about the
16  sales planning department; is that
17  correct?
```

**50. PAGE 94:18 TO 94:18 (RUNNING 00:00:01.941)**

```
18      A.   Yes.  That's correct.
```

**KoreanNoodles**

---

**51. PAGE 94:19 TO 94:20  (RUNNING 00:00:02.637)**

```
        19        Q.    Did the KFTC visit any other
        20   departments?
```

**52. PAGE 94:21 TO 95:04  (RUNNING 00:00:18.774)**

```
        21        A.    I mean, yes, basically, they'd
        22   kind of, you know, stop by or pop -- pop
        23   in and out.  But it wasn't really in the
        24   sense of conducting an investigation.  It
        25   was really just to kind of see what kind
  00095:01
        02   of documents there may or may not be.  It
        03   was just kind of, like, a quick
        04   swing-through.
```

**53. PAGE 106:10 TO 106:12  (RUNNING 00:00:05.492)**

```
        10        Q.    And can you tell me when you've
        11   familiarized yourself with Exhibit 147,
        12   please.
```

**54. PAGE 106:19 TO 106:20  (RUNNING 00:00:03.100)**

```
        19        Q.    What is the first page of
        20   Exhibit 147?
```

**55. PAGE 106:21 TO 106:25  (RUNNING 00:00:20.936)**

```
        21        A.    So this is a -- an inception
        22   document -- a request for approval
        23   document, a poomeui document -- that we
        24   obtained the CEO's approval on, concerning
        25   the idea of reducing the price of Ramen.
```

**56. PAGE 107:02 TO 107:03  (RUNNING 00:00:04.992)**

```
        02        Q.    And do you see the CEO's
        03   approval anywhere on Exhibit 147?
```

**57. PAGE 107:04 TO 107:05  (RUNNING 00:00:05.515)**

```
        04        A.    I'm sorry.  Do you mean the list
        05   of those who approved it or what?
```

**58. PAGE 107:06 TO 107:07  (RUNNING 00:00:07.804)**

```
        06        Q.    Is the CEO's -- is Ottogi CEO
        07   approval reflected on Exhibit 147?
```

**59. PAGE 107:08 TO 107:08  (RUNNING 00:00:01.916)**

```
        08        A.    Yes.
```

**60. PAGE 107:09 TO 107:09  (RUNNING 00:00:01.409)**

```
        09        Q.    And in which box?
```

**61. PAGE 107:10 TO 107:11  (RUNNING 00:00:09.657)**

```
        10        A.    The right-most box within the
        11   first, say, table.
```

**62. PAGE 107:12 TO 107:15  (RUNNING 00:00:15.525)**

```
        12        Q.    Is this the document that you
        13   just mentioned that reflects the decision
        14   to lower the price in the year 2010 of
        15   Korean Ramen?
```

**KoreanNoodles**

**63. PAGE 107:16 TO 107:16 (RUNNING 00:00:02.294)**

```
16      A.    Yes.  That's correct.
```

**64. PAGE 107:17 TO 107:18 (RUNNING 00:00:07.501)**

```
17      Q.    Can you tell me what Exhibit 147
18   says directly below the second box.
```

**65. PAGE 107:19 TO 108:02 (RUNNING 00:00:42.363)**

```
19      A.    "In view of the reduction in
20   imported raw and sub-material costs, such
21   as flour, et cetera, and a drop in the
22   foreign exchange rate, the desire to
23   institute a reduction of the choolgo price
24   and consumer price of Ramen varieties --
25   Ramen varieties, wherefore your approval
00108:01
02   is kindly requested."
```

**66. PAGE 108:05 TO 108:07 (RUNNING 00:00:06.359)**

```
05      Q.    Can you tell me what this
06   document says next to the paragraph that
07   begins with the No. 1.
```

**67. PAGE 108:08 TO 108:11 (RUNNING 00:00:26.009)**

```
08      A.    It reads, "Reduction of consumer
09   price concerning Ramen varieties based
10   upon a drop in the cost of raw and
11   sub-materials such as flour, et cetera."
```

**68. PAGE 108:12 TO 108:12 (RUNNING 00:00:01.922)**

```
12      Q.    Did you prepare Exhibit 147?
```

**69. PAGE 108:13 TO 108:14 (RUNNING 00:00:03.297)**

```
13      A.    Yes.  This is something I
14   created.
```

**70. PAGE 108:15 TO 108:16 (RUNNING 00:00:03.509)**

```
15      Q.    On what date did you prepare
16   Exhibit 147?
```

**71. PAGE 108:17 TO 108:18 (RUNNING 00:00:07.606)**

```
17      A.    According to the document, it is
18   shown to have been on February the 2nd.
```

**72. PAGE 108:19 TO 108:20 (RUNNING 00:00:02.456)**

```
19      Q.    And that's the second line in
20   the second box; correct?
```

**73. PAGE 108:21 TO 108:21 (RUNNING 00:00:01.912)**

```
21      A.    Yes.  That's correct.
```

**74. PAGE 108:22 TO 108:24 (RUNNING 00:00:09.461)**

```
22      Q.    Does this -- does Exhibit 147
23   mention in any place that the KFTC asked
24   Ottogi to lower the price of Ramen?
```

**75. PAGE 109:04 TO 109:05 (RUNNING 00:00:06.034)**

```
04      A.    No.  There is no such gist on
05   this table.
```

**KoreanNoodles**

---

**76.  PAGE 109:06 TO 109:08  (RUNNING 00:00:06.330)**

      06     Q.    Is there any reason you didn't
      07  just say the KFTC told Ottogi to lower the
      08  price of Ramen?

**77.  PAGE 109:11 TO 109:13  (RUNNING 00:00:12.634)**

      11     A.    Sir, there is not one single
      12  person in any corporate company in Korea
      13  who can dare write something like that.

**78.  PAGE 109:14 TO 109:14  (RUNNING 00:00:01.132)**

      14     Q.    Why not?

**79.  PAGE 109:17 TO 109:23  (RUNNING 00:00:18.970)**

      17     A.    Well, I mean, I don't know.
      18  It's my view that I think you'd be
      19  hard-pressed to come up with one single
      20  company that has the guts to reflect
      21  something to such effect that, Oh, it's
      22  the government who's forcing us to reduce
      23  the price.

**80.  PAGE 109:24 TO 109:24  (RUNNING 00:00:01.267)**

      24     Q.    Why?

**81.  PAGE 110:10 TO 110:20  (RUNNING 00:00:28.857)**

      10     A.    Well, with due respect, I can
      11  only give you the same answer.  Basically,
      12  again, I don't believe that you're going
      13  to find any company, any person, who would
      14  dare reflect in any of their documents,
      15  "Hey, could you please grant us approval
      16  on account of the fact that, say, the
      17  National Tax Service or the KFTC is
      18  putting pressure on us, so please grant
      19  thy approval."  I don't think you're going
      20  to find that.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:18:25.709)**

COURT EXHIBIT 29b

**Ottogi**

---

 **Ku, Bangwan (Vol. 01) - 04/05/2016**                    1 CLIP  (RUNNING 00:00:22.027)

 Bangwan Ku 11-14-18

**BK1**                          **2 SEGMENTS  (RUNNING 00:00:22.027)**                    

**1. PAGE 19:14 TO 19:18  (RUNNING 00:00:19.921)**

```
14        Q.    Does the sales planning unit
15   have any responsibilities for planning
16   with respect to the sale of Korean Ramen
17   product that will be exported to other
18   countries?
```

**2. PAGE 19:19 TO 19:19  (RUNNING 00:00:02.106)**

```
19        A.    No, not at all.
```

**Ottogi**

 **Ku, Bangwan (Vol. 01) - 04/07/2016**                              1 CLIP  (RUNNING 00:02:31.638)

 Bangwan Ku 11-14-18

**BK3**                    **9 SEGMENTS  (RUNNING 00:02:31.638)**          

**1.  PAGE 95:05 TO 95:06  (RUNNING 00:00:05.153)**

> 05      Q.    What employees of the sales
> 06   planning department did they speak with?

**2.  PAGE 95:07 TO 95:10  (RUNNING 00:00:09.703)**

> 07      A.    It was mostly with me and the
> 08   head of our unit, Mr. Young Hyun Doh.
> 09      Q.    Do you know any other employees
> 10   that they spoke with?

**3.  PAGE 95:11 TO 95:17  (RUNNING 00:00:22.695)**

> 11      A.    Well, yeah.  I mean, as I said,
> 12   they'd -- they were going through
> 13   everybody's computers and cabinetries.
> 14   And so basically, everybody did end up
> 15   talking with them.
> 16      Q.    What specifically did they do
> 17   with employees' computers?

**4.  PAGE 95:18 TO 95:21  (RUNNING 00:00:14.608)**

> 18      A.    The computers belonging to our
> 19   people, the team members; yeah?
> 20      Q.    How did they examine employees'
> 21   computers?

**5.  PAGE 95:22 TO 96:08  (RUNNING 00:00:27.746)**

> 22      A.    Well, since, at the time, when
> 23   they were going through other people's
> 24   computers, they were also going through my
> 25   own computer, so I really don't exactly
> 00096:01   KU - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
> 02   know as to what they may have been doing
> 03   in terms of other people's computers.  But
> 04   what seemed to be the case to me was that
> 05   they were using the search function in
> 06   Windows to plug in some, say, search words
> 07   to look for certain things.  That's how it
> 08   seemed to me.

**6.  PAGE 97:23 TO 97:24  (RUNNING 00:00:06.995)**

> 23      Q.    Did the KFTC take any documents
> 24   when they left Ottogi's presence?

**7.  PAGE 97:25 TO 98:03  (RUNNING 00:00:04.931)**

> 25      A.    Yes.  They did take documents.
> 00098:01   KU - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
> 02      Q.    What types of documents did the
> 03   KFTC take?

**8.  PAGE 98:04 TO 98:15  (RUNNING 00:00:31.488)**

> 04      A.    So what I'm thinking is that
> 05   they basically took back with them certain
> 06   things about our revenue, our revenue

**Ottogi**

```
07    performance figures, certain contracts or
08    agreements with our customers, certain
09    work-related reports having to do with
10    such things as the task force team that
11    was set up for the purposes of upgrading
12    our computer system, et cetera, et cetera.
13        Q.    Do you recall any other
14    categories of documents that the KFTC took
15    with them?
```

**9.  PAGE 98:16 TO 98:24  (RUNNING 00:00:28.319)**

```
16        A.    Well, so I'm thinking that they
17    also took back with them those
18    work-related communiquis that we send to
19    our branches, you know, basically things
20    that had been printed out, and also such
21    work-related communiquis used for the
22    purposes of notifying the release of new
23    products, things like that.  I think it
24    was mostly work-related communiquis.
```

| TOTAL: 2 CLIPS FROM 2 DEPOSITIONS (RUNNING 00:02:53.665) |
| --- |

COURT EXHIBIT 29c

**KoreanNoodles**



### Ku, Bangwan (Vol. 04) - 04/08/2016

**1 CLIP  (RUNNING 00:02:49.022)**



ReDirect

<u>KUBANGWAN-0407R</u>                **19 SEGMENTS  (RUNNING 00:02:49.022)**

**1. PAGE 84:08 TO 84:09  (RUNNING 00:00:03.258)**

```
08              All right, sir.  So take a look
09   at 148.  We discussed it yesterday.
```

**2. PAGE 84:10 TO 84:13  (RUNNING 00:00:14.216)**

```
10      A.    Yes.  I have looked at it.
11      Q.    All right.  And your email
12   address at Ottogi is sky --
13   sky@ottogi.co.kr; is that correct?
```

**3. PAGE 84:14 TO 84:14  (RUNNING 00:00:02.304)**

```
14      A.    Yes.  That is correct.
```

**4. PAGE 84:23 TO 85:02  (RUNNING 00:00:10.478)**

```
23              Sir, do you know if the -- the
24   email that has been marked as Exhibit 148
25   could still be accessed by you on your
00085:01
02   email?
```

**5. PAGE 85:09 TO 85:10  (RUNNING 00:00:06.274)**

```
09      A.    Yes.  It's correct as to being
10   my email address.
```

**6. PAGE 85:11 TO 85:14  (RUNNING 00:00:09.181)**

```
11      Q.    Right.  But can you still access
12   the email?  Like, if you were to go back
13   to your computer after the deposition
14   today, could you pull this email up?
```

**7. PAGE 85:15 TO 85:18  (RUNNING 00:00:09.680)**

```
15      A.    Well, you know, since there
16   isn't anything that I've erased, you
17   know -- and it's correct as being my
18   present email address.  So --
```

**8. PAGE 85:19 TO 85:21  (RUNNING 00:00:11.229)**

```
19      Q.    All right.  So tell me, from
20   June 3, 2008, have you deleted any emails
21   off of your computer?
```

**9. PAGE 85:22 TO 85:25  (RUNNING 00:00:12.241)**

```
22      A.    Starting in 2008?  Yeah.  If the
23   overall capacity tends to overflow, then
24   there are certain things I have deleted.
25   Yeah.
```

**10.  PAGE 86:02 TO 86:04  (RUNNING 00:00:04.486)**

```
02      Q.    All right.  And what sort of
03   things have you deleted since June of
04   2008?
```

**KoreanNoodles**

**11. PAGE 86:07 TO 86:08 (RUNNING 00:00:07.424)**

```
07      A.    There's just too many things.  I
08  can't recall them specifically one by one.
```

**12. PAGE 86:09 TO 86:11 (RUNNING 00:00:04.728)**

```
09      Q.    Have you deleted any emails that
10  concern the pricing of Korean Ramen
11  products?
```

**13. PAGE 86:12 TO 86:14 (RUNNING 00:00:09.611)**

```
12      A.    So the time criteria is what in
13  terms of any deletion?  When are we
14  talking about?
```

**14. PAGE 86:15 TO 86:15 (RUNNING 00:00:01.697)**

```
15      Q.    June 3, 2008.
```

**15. PAGE 86:16 TO 86:19 (RUNNING 00:00:11.651)**

```
16      A.    What I mean is any potential
17  deletion on my part -- when are we talking
18  about?  2009?  2010?  When are we talking
19  about?
```

**16. PAGE 86:20 TO 86:20 (RUNNING 00:00:02.894)**

```
20      Q.    At any point after June 3, 2008.
```

**17. PAGE 86:21 TO 86:21 (RUNNING 00:00:03.536)**

```
21      A.    Oh, yeah, I have.
```

**18. PAGE 90:06 TO 90:09 (RUNNING 00:00:15.821)**

```
06      Q.    So my question is this:  To your
07  knowledge, sir, did anyone on the
08  marketing team delete documents after the
09  KFTC visited on June 3, 2008?
```

**19. PAGE 90:12 TO 90:23 (RUNNING 00:00:28.313)**

```
12      A.    Well, if they did, if anybody
13  did, it's not something I would
14  necessarily know about, because that's
15  within the marketing team.
16            But more importantly, after
17  they'd come by, it's not like the KFTC
18  folks had instructed us not to delete
19  anything.  And so I think it's entirely
20  possible that such could have taken place.
21  I mean, I myself have deleted things, and
22  just, you know, I think that's entirely
23  possible within the company.
```

| |
|---|
| **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:49.022)** |

COURT EXHIBIT 30a

**KoreanNoodles**

**Lee, Hosuk (Vol. 01) - 03/07/2016**                                   **1 CLIP  (RUNNING 00:02:33.589)**

LEEHOSUK-0307                    22 SEGMENTS  (RUNNING 00:02:33.589)          

**1. PAGE 9:01 TO 9:04  (RUNNING 00:00:16.785)**

```
00009:01                    ALBERT KIM,
    02  was duly sworn to act as English/Korean interpreter.
    03
    04                    HOSUK LEE,
```

**2. PAGE 9:05 TO 9:06  (RUNNING 00:00:01.378)**

```
    05    having been first duly sworn, was examined and
    06              testified as follows:
```

**3. PAGE 10:05 TO 10:05  (RUNNING 00:00:01.458)**

```
    05    Q   Now, are you currently employed?
```

**4. PAGE 10:06 TO 10:06  (RUNNING 00:00:01.633)**

```
    06    A   Yes, I am.
```

**5. PAGE 10:07 TO 10:07  (RUNNING 00:00:01.065)**

```
    07    Q   And who is your employer?
```

**6. PAGE 10:08 TO 10:08  (RUNNING 00:00:03.166)**

```
    08    A   That would be Ottogi America.
```

**7. PAGE 10:09 TO 10:09  (RUNNING 00:00:02.239)**

```
    09    Q   How long have you been with Ottogi America?
```

**8. PAGE 10:10 TO 10:10  (RUNNING 00:00:01.757)**

```
    10    A   Eight years.
```

**9. PAGE 13:18 TO 13:19  (RUNNING 00:00:08.193)**

```
    18    Q   Okay.  Mr. Lee, when you began working for
    19  Ottogi Korea in 2007, what was your position?
```

**10. PAGE 13:20 TO 13:21  (RUNNING 00:00:05.222)**

```
    20    A   My position?  Well, I was just a lay
    21  associate.
```

**11. PAGE 13:22 TO 13:22  (RUNNING 00:00:02.496)**

```
    22    Q   What were your job duties as a lay associate?
```

**12. PAGE 13:23 TO 13:23  (RUNNING 00:00:01.882)**

```
    23    A   Sales.
```

**13. PAGE 13:24 TO 14:01  (RUNNING 00:00:07.290)**

```
    24    Q   And what were your duties in sales?  What is
    25  it that you did while you were working for Ottogi
 00014:01  Korea in sales?
```

**14. PAGE 14:06 TO 14:07  (RUNNING 00:00:08.913)**

```
    06        So that entails the sale of our products to
    07  parties with whom we transact business.
```

**KoreanNoodles**

**15. PAGE 27:14 TO 27:15 (RUNNING 00:00:05.758)**

```
14    Q   Okay.  How is it that you became dispatched
15  from Ottogi Korea?
```

**16. PAGE 27:16 TO 27:18 (RUNNING 00:00:13.245)**

```
16    A   Well, at that time, I guess I heard as to how
17  they needed somebody to handle sales in the U.S.,
18  and ultimately, I was assigned to fill that.
```

**17. PAGE 41:22 TO 41:23 (RUNNING 00:00:06.216)**

```
22    Q   Were you a manager in sales in March of 2008
23  when you began there?
```

**18. PAGE 42:01 TO 42:05 (RUNNING 00:00:21.841)**

```
00042:01       THE WITNESS:  So -- well, in terms of the way
02  I was referred to, at first it was just Mr. Lee.
03  And, of course, you know, there came a time when I
04  went through a promotion, and ultimately, I became a
05  manager within sales.
```

**19. PAGE 42:07 TO 42:09 (RUNNING 00:00:08.445)**

```
07    Q   So the job duties that you have today are not
08  the job duties exactly that you had when you started
09  in March of 2008; is that correct?
```

**20. PAGE 42:14 TO 42:18 (RUNNING 00:00:16.759)**

```
14       THE WITNESS:  Well, basically, I'm still
15  conducting sales.  And given the passage of time,
16  although it's certainly possible that there could
17  have been some changes over time, I basically still
18  conduct sales.
```

**21. PAGE 94:18 TO 94:19 (RUNNING 00:00:06.252)**

```
18    Q   Do you know what the business relationship is
19  between Ottogi Korea and Ottogi America?
```

**22. PAGE 94:23 TO 94:25 (RUNNING 00:00:11.596)**

```
23       THE WITNESS:  As far as my understanding
24  goes, we bring over product from Ottogi Korea and
25  sell it here.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:33.589)**

**KoreanNoodles**

**Lee, Hosuk (Vol. 02) - 03/08/2016**                    1 CLIP  (RUNNING 00:08:35.855)



LEEHOSUK-0308                    47 SEGMENTS  (RUNNING 00:08:35.855)

**1. PAGE 207:23 TO 207:24  (RUNNING 00:00:05.188)**

        23        Ottogi Korea sells product -- sells Korean
        24  ramen to Ottogi America; is that correct?

**2. PAGE 207:25 TO 207:25  (RUNNING 00:00:02.177)**

        25     A   Yes, that's correct.

**3. PAGE 208:01 TO 208:02  (RUNNING 00:00:07.165)**

    00208:01     Q   Ottogi Am- -- Ottogi Korea sells to Ottogi
        02  America the ramen at a certain price, correct?

**4. PAGE 208:03 TO 208:05  (RUNNING 00:00:12.557)**

        03     A   Well, this notion of a certain price, that's
        04  a little you know what, but, you know, there's a
        05  particular price.

**5. PAGE 208:06 TO 208:06  (RUNNING 00:00:00.837)**

        06     Q   There's a price.

**6. PAGE 208:07 TO 208:07  (RUNNING 00:00:01.736)**

        07     A   Yeah, yeah, yeah.

**7. PAGE 208:08 TO 208:10  (RUNNING 00:00:07.161)**

        08     Q   Okay.  The question is, do you know how
        09  Ottogi Korea sets that price?  Establishes that
        10  price, try.

**8. PAGE 208:13 TO 208:13  (RUNNING 00:00:01.639)**

        13        THE WITNESS:  I don't know.

**9. PAGE 208:15 TO 208:17  (RUNNING 00:00:10.310)**

        15     Q   Do you know how Ottogi America establishes
        16  and sets -- or sets its price of Korean ramen
        17  product to its customers?

**10. PAGE 208:19 TO 208:20  (RUNNING 00:00:07.930)**

        19        THE WITNESS:  Well, I'll tell you only to the
        20  extent I have an understanding.

**11. PAGE 208:21 TO 209:14  (RUNNING 00:01:27.355)**

        21        So when going about setting the price of --
        22  the price as to certain products, what takes place
        23  is we gather -- and by we, I'm talking about us
        24  within sales, mostly, that is, and we basically have
        25  a discussion saying that with this item, it seems
    00209:01  that maybe yea much is appropriate.  And that's how
        02  things go.
        03        And -- and after we arrive at a particular
        04  price level, that gets proffered to the ultimate
        05  decision-making authority, who is our -- the -- our
        06  president, the president of our company.

**KoreanNoodles**

```
07        Now, said gentleman will look at that price,
08   and, of course, you know, he will also take into
09   consideration the price at which the goods are
10   brought in from Korea, right?  And makes some sort
11   of a decision one way or another as to whether this
12   is okay or not okay or this is appropriate or not
13   appropriate and, you know, make some sort of a final
14   decision.
```

**12. PAGE 213:15 TO 213:17  (RUNNING 00:00:16.293)**

```
15    Q   Now, you testified that in -- in establishing
16   the price, at some point in time, the president
17   authorizes a price for products, correct?
```

**13. PAGE 213:18 TO 213:18  (RUNNING 00:00:01.741)**

```
18    A   Yes, that's correct.
```

**14. PAGE 213:19 TO 213:20  (RUNNING 00:00:07.469)**

```
19    Q   And the price would be for each individual
20   product that you're selling to your customers?
```

**15. PAGE 213:21 TO 213:23  (RUNNING 00:00:08.529)**

```
21    A   What?  The price involved in terms of the
22   determination of the pricing that we've been talking
23   about?
```

**16. PAGE 213:24 TO 213:25  (RUNNING 00:00:03.819)**

```
24    Q   The price that -- the price that the
25   president has authorized the products to be sold at.
```

**17. PAGE 214:03 TO 214:07  (RUNNING 00:00:26.836)**

```
03        THE WITNESS:  Well, sir, my understanding is
04   that the price for which the approval has been
05   granted by the head of the company is different from
06   the price that is being negotiated by -- in between
07   us and the clientele.  So what are you getting at?
```

**18. PAGE 214:09 TO 214:09  (RUNNING 00:00:01.655)**

```
09    Q   Well, how's that price different?
```

**19. PAGE 214:10 TO 214:13  (RUNNING 00:00:22.471)**

```
10    A   Well, as goes pricing, you figure there's got
11   to be some sort of a reference price or base price.
12   We, for our part, call that regular price,
13   quote/unquote.
```

**20. PAGE 216:04 TO 216:05  (RUNNING 00:00:12.484)**

```
04    Q   Now, with regard to the regular price, are
05   price lists created by Ottogi America?
```

**21. PAGE 216:07 TO 216:12  (RUNNING 00:00:26.466)**

```
07        THE WITNESS:  Well, the notion of price list
08   to me is suggestive of there being only price
09   listed.  Rather than that, what we have is something
10   called an order list on which you would find, say,
11   the name of the product, the price and so forth and
12   so on.  And that is what we have.
```

**22. PAGE 216:17 TO 216:17  (RUNNING 00:00:02.537)**

```
17        How's the order list created?
```

**KoreanNoodles**

---

**23. PAGE 217:01 TO 217:06 (RUNNING 00:00:29.344)**

```
00217:01        So within our system in the company, our
      02   IT -- I'll just call it the system, okay?  There is
      03   a certain tab, maybe a function, if you will, via
      04   which you get to output things, print things out.
      05   And at the press of a button, you basically get to
      06   generate the order list for each day at will.
```

**24. PAGE 217:07 TO 217:08 (RUNNING 00:00:05.412)**

```
      07   Q   So the order list is particular to each
      08   customer; am I saying that correctly?
```

**25. PAGE 217:11 TO 217:14 (RUNNING 00:00:17.929)**

```
      11        THE WITNESS:  Although I've not seen anybody
      12   else's order list, at least the order lists as used
      13   within our unit -- within sales, that is, there is
      14   only one kind to my understanding.
```

**26. PAGE 228:21 TO 228:22 (RUNNING 00:00:11.733)**

```
      21   Q   Good afternoon, Mr. Lee.  I'm handing you a
      22   document that is marked as Exhibit 71 -- 81.
```

**27. PAGE 231:09 TO 231:15 (RUNNING 00:00:22.383)**

```
      09   Q   I'd like to direct your attention now to the
      10   document in front of you.  In the upper left-hand
      11   corner, there's -- below the -- in -- in the upper
      12   left-hand corner, can you read what it -- strike
      13   that.
      14        In the upper left-hand corner is a logo for
      15   Ottogi, correct?
```

**28. PAGE 231:16 TO 231:16 (RUNNING 00:00:01.850)**

```
      16   A   Yes, that's correct.
```

**29. PAGE 231:17 TO 231:19 (RUNNING 00:00:09.532)**

```
      17   Q   And above that, it says "Daily Report OA
      18   9/13/10."  And then it's an Excel file.
      19        Do you see that?
```

**30. PAGE 231:20 TO 231:20 (RUNNING 00:00:01.732)**

```
      20   A   Yes, I'm looking at it.
```

**31. PAGE 231:21 TO 231:23 (RUNNING 00:00:04.578)**

```
      21   Q   Okay.  And below and to the right of the
      22   logo, it says "Order List."
      23        Do you see that?
```

**32. PAGE 231:24 TO 231:24 (RUNNING 00:00:01.593)**

```
      24   A   Yes.
```

**33. PAGE 231:25 TO 232:02 (RUNNING 00:00:12.772)**

```
      25   Q   Okay.  Now, prior to lunch and then as well
00232:01   yesterday, you testified to an order list that you
      02   use when you go out to see the clients, correct?
```

**34. PAGE 232:03 TO 232:03 (RUNNING 00:00:01.576)**

```
      03   A   Yes, that's correct.
```

**35. PAGE 232:04 TO 232:04 (RUNNING 00:00:02.122)**

```
      04   Q   Is this the type of order list that you use?
```

**KoreanNoodles**

**36. PAGE 232:05 TO 232:06  (RUNNING 00:00:09.830)**

```
05   A   Yes.  Prior to that change as to our system,
06   this is what we used to use.
```

**37. PAGE 232:07 TO 232:09  (RUNNING 00:00:06.403)**

```
07   Q   Okay.  So this -- this document -- this type
08   of document is what you used prior to the 2015
09   change in the system, correct?
```

**38. PAGE 232:10 TO 232:10  (RUNNING 00:00:01.440)**

```
10   A   That is correct.
```

**39. PAGE 234:08 TO 234:09  (RUNNING 00:00:08.450)**

```
08   Q   Does this order list show the regular price
09   that you testified to earlier?
```

**40. PAGE 234:10 TO 234:13  (RUNNING 00:00:13.528)**

```
10   A   So we're talking about in terms of this order
11   list, right?  So this category called "Each Price,"
12   that is what I was referring to as being the regular
13   price.
```

**41. PAGE 234:14 TO 234:14  (RUNNING 00:00:02.340)**

```
14   Q   And what is the market price?
```

**42. PAGE 234:15 TO 234:19  (RUNNING 00:00:22.563)**

```
15   A   So what this "Market Price" column represents
16   is basically each store, each proprietor tends to
17   add about 30 percent of a margin on top of the
18   regular price.  So we figure that it probably
19   amounts to about yea much.
```

**43. PAGE 235:07 TO 235:08  (RUNNING 00:00:06.505)**

```
07   Q   And you -- you take this with you when you go
08   to see your client, your customer, correct?
```

**44. PAGE 235:09 TO 235:11  (RUNNING 00:00:04.300)**

```
09   A   Yes.
10   Q   And how do you use this at the customer's
11   business?
```

**45. PAGE 235:12 TO 235:15  (RUNNING 00:00:22.621)**

```
12   A   So I look around the premises of the market.
13   And if I deem there to be some items that need to
14   have an order placed for, then I would notate the
15   necessary quantities in the "Quantity" column.
```

**46. PAGE 236:25 TO 237:01  (RUNNING 00:00:06.835)**

```
25        Q   And then after you fill this in and -- you
00237:01   review it with the grocery manager, the customer?
```

**47. PAGE 237:02 TO 237:05  (RUNNING 00:00:14.129)**

```
02   A   Yeah, if per chance -- well, I mean, yes, of
03   course.  It's subject to further confirmation,
04   because the guy doesn't want to end up with
05   quantities that he didn't seek to, you know, obtain.
```

<div style="text-align:right">TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:08:35.855)</div>

COURT EXHIBIT 30b

 **Lee, Hosuk (Vol. 02) - 03/08/2016**                         1 CLIP  (RUNNING 00:02:49.463)

 Lee 11-13-18

**HOSUKLEE2**                   **16 SEGMENTS  (RUNNING 00:02:49.463)**     

**1.  PAGE 215:12 TO 215:14  (RUNNING 00:00:06.454)**

      12     Q   Is -- if your customer gets -- is offered a
      13  discount, is that a discount off of the regular
      14  price?

**2.  PAGE 215:17 TO 215:17  (RUNNING 00:00:01.287)**

      17         THE WITNESS:  Yes.

**3.  PAGE 215:19 TO 215:21  (RUNNING 00:00:05.948)**

      19     Q   And could you tell me about the discounts
      20  that are offered to your customers.  What kinds of
      21  discounts are available?

**4.  PAGE 215:22 TO 215:23  (RUNNING 00:00:07.533)**

      22     A   Well, it's literally just such a -- you know,
      23  a reduction by so much off of the regular price.

**5.  PAGE 216:01 TO 216:02  (RUNNING 00:00:05.998)**

   00216:01        Is that reduction come about based upon a
      02  negotiation between you and the customer?

**6.  PAGE 216:03 TO 216:03  (RUNNING 00:00:01.910)**

      03     A   Yes.

**7.  PAGE 221:07 TO 221:11  (RUNNING 00:00:16.184)**

      07     Q   Okay.  And you have your clients, somebody --
      08  other salesman has his clients, some other salesmen
      09  or saleswomen have their clients.
      10         Do they all have the same -- do you all have
      11  the same order list?

**8.  PAGE 221:14 TO 221:15  (RUNNING 00:00:02.832)**

      14         THE WITNESS:  No, that probably is not the
      15  case.

**9.  PAGE 237:08 TO 237:10  (RUNNING 00:00:07.553)**

      08         After the grocery manager or the customer
      09  accepts the quantities that you put down, what
      10  happens next?

**10.  PAGE 237:11 TO 237:17  (RUNNING 00:00:25.912)**

      11     A   And then -- well, I'd say in terms of
      12  pricing, the grocery manager on occasion might say,
      13  say for this item I'll allow it at such-and-such
      14  price for us.  You know, sometimes there are
      15  requests like that.
      16     Q   So you negotiate with the grocery manager the
      17  regular price?

**11.  PAGE 237:18 TO 237:20  (RUNNING 00:00:07.740)**

      18     A   Well, it wouldn't be the regular price in

**Ottogi**

19  that regard.  It would be so much of a discount off
20  of the regular price that we talk about.

**12.  PAGE 242:17 TO 242:20  (RUNNING 00:00:11.377)**

17     Q   And when you say you've seen it, are you --
18  this -- are you aware whether Ottogi Korea has ever
19  suggested a manufacturer's suggested retail price on
20  their products?

**13.  PAGE 242:24 TO 243:08  (RUNNING 00:00:30.097)**

24        THE WITNESS:  I understand you continue to
25  ask in terms of, quote, manufacturer's suggested
00243:01  retail price, close quote.  The thing is we, Ottogi
02  America, are not in the manufacturing business.
03  Ottogi Korea is the manufacturer.  So when you ask
04  that question, are you asking if Ottogi Korea has
05  ever suggested to us what shall be a suggested
06  retail price?  What -- what are you asking about?
07  BY MR. ALBERT:
08     Q   Yes, that -- that's -- yes.

**14.  PAGE 243:09 TO 243:13  (RUNNING 00:00:22.549)**

09     A   Oh, if that's what you're asking about, then
10  insofar as my understanding goes, sir, Korea, you
11  know, it's beyond them as to at what price and of
12  however much quantity we sell to the customers here.
13  That -- they -- that's none of their business.

**15.  PAGE 243:14 TO 243:17  (RUNNING 00:00:11.826)**

14     Q   So is the answer no, that you've never seen
15  Ottogi Korea suggest to Ottogi America a
16  manufacturer's suggested retail price that the
17  products be sold at?

**16.  PAGE 243:18 TO 243:19  (RUNNING 00:00:04.263)**

18     A   That is correct.  My recollection is that I
19  have never come across anything like that.

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:49.463) |
| --- |



COURT EXHIBIT 31a

**KoreanNoodles**

**Lee, Seung Yub (Vol. 01) - 05/19/2016**                    **1 CLIP  (RUNNING 00:09:32.192)**

<u>LEESEUNGYUB-0519</u>              <u>79 SEGMENTS  (RUNNING 00:09:32.192)</u>

**1. PAGE 7:13 TO 7:16  (RUNNING 00:00:14.994)**

```
13              (Albert Kim was duly sworn as the
14      English/Korean interpreter.)
15
16                  SEUNG YUB LEE,
```

**2. PAGE 7:17 TO 7:19  (RUNNING 00:00:01.700)**

```
17      having been first duly sworn through
18      the interpreter, was examined and
19      testified as follows:
```

**3. PAGE 23:10 TO 23:11  (RUNNING 00:00:05.154)**

```
10      Q.  So do you know which Ottogi entity you
11  started working for?
```

**4. PAGE 23:12 TO 23:13  (RUNNING 00:00:06.907)**

```
12      A.  So among what I referenced was Korea
13  Ottogi, Ottogi Korea.
```

**5. PAGE 23:14 TO 23:15  (RUNNING 00:00:04.241)**

```
14      Q.  Trying to do the math.  You started
15  working for Ottogi Korea in the late '90s?
```

**6. PAGE 23:16 TO 23:16  (RUNNING 00:00:01.691)**

```
16      A.  Yes.
```

**7. PAGE 23:17 TO 23:18  (RUNNING 00:00:02.166)**

```
17      Q.  Do you remember -- could you give me a
18  year?
```

**8. PAGE 23:19 TO 23:20  (RUNNING 00:00:09.568)**

```
19      A.  My recollection is that it was either
20  towards the end of '97 or beginning of '98.
```

**9. PAGE 25:05 TO 25:06  (RUNNING 00:00:05.402)**

```
05          What was your first job when you started
06  working for Ottogi Korea?
```

**10. PAGE 25:08 TO 25:13  (RUNNING 00:00:14.117)**

```
08          THE WITNESS:  Do you mean to ask as to the
09  unit to which I belonged or --
10  BY MR. RUF:
11      Q.  Sure.  You can give me your job title to
12  start and then I will ask you questions about what
13  your duties were.
```

**11. PAGE 25:14 TO 25:15  (RUNNING 00:00:05.163)**

```
14      A.  All right.  So I was within the marketing
15  office.
```

**KoreanNoodles**

---

**12. PAGE 25:16 TO 25:17 (RUNNING 00:00:02.455)**

```
16          Q.  And within the marketing office what was
17  your title?
```

**13. PAGE 25:18 TO 25:19 (RUNNING 00:00:06.950)**

```
18          A.  I was the person in charge within the
19  marketing office.
```

**14. PAGE 26:10 TO 26:12 (RUNNING 00:00:10.019)**

```
10          Q.  And so during what period did you continue
11  working as the person in charge of the marketing
12  office?
```

**15. PAGE 26:13 TO 26:18 (RUNNING 00:00:23.616)**

```
13          A.  So even that a moment ago I wasn't
14  entirely certain about those earlier dates.  I said
15  that I was at the other company through the end of
16  '97 or beginning of '98, so inexact as that was, I
17  basically was in this position for about five years
18  thereafter.
```

**16. PAGE 26:19 TO 26:20 (RUNNING 00:00:03.502)**

```
19          Q.  So was it around 2003 when your job
20  changed?
```

**17. PAGE 26:21 TO 26:24 (RUNNING 00:00:14.374)**

```
21          A.  Right.  Again, I'm not entirely keen on
22  dates and what have you, but approximately five
23  years thereafter I would switch over to some other
24  unit.
```

**18. PAGE 27:09 TO 27:09 (RUNNING 00:00:01.034)**

```
09              How did your job change?
```

**19. PAGE 27:10 TO 27:10 (RUNNING 00:00:05.488)**

```
10          A.  So I was assigned to the sales arm.
```

**20. PAGE 27:11 TO 27:11 (RUNNING 00:00:01.272)**

```
11          Q.  What was your title?
```

**21. PAGE 27:12 TO 27:12 (RUNNING 00:00:06.758)**

```
12          A.  I was the head of the business division.
```

**22. PAGE 27:13 TO 27:14 (RUNNING 00:00:03.816)**

```
13          Q.  And could you describe some of your job
14  duties that you can recall?
```

**23. PAGE 27:15 TO 27:17 (RUNNING 00:00:09.076)**

```
15          A.  My job duties once I became the head of
16  the business division, do you mean?
17          Q.  Yes.
```

**24. PAGE 27:18 TO 27:22 (RUNNING 00:00:17.405)**

```
18          A.  So basically I was responsible for
19  overseeing and supervising the activities on the
20  part of the sales folks who belonged to the
21  particular sales-related business division that I
22  was heading up at that time.
```

**KoreanNoodles**

25. **PAGE 27:23 TO 27:25 (RUNNING 00:00:11.275)**

     23      Q.  When you say particular sales-related
     24  business division you were heading up, what was the
     25  particular sales-related business division?

26. **PAGE 28:01 TO 28:01 (RUNNING 00:00:04.225)**

00028:01      A.  It was business division 4.

27. **PAGE 28:02 TO 28:03 (RUNNING 00:00:03.685)**

     02      Q.  And did business division 4 specialize in
     03  certain products?

28. **PAGE 28:04 TO 28:05 (RUNNING 00:00:02.741)**

     04      A.  Yes.
     05      Q.  Which ones?

29. **PAGE 28:06 TO 28:12 (RUNNING 00:00:31.848)**

     06      A.  My work entailed basically military sales
     07  or military provisions, and it also entailed
     08  basically the manufacture of certain products and
     09  the provision of the same to the likes of KFC and
     10  McDonald's and whatever have you.  Basically
     11  U.S.-type entities who were branching off into
     12  Korea.  That's mostly what I did.

30. **PAGE 35:21 TO 35:23 (RUNNING 00:00:14.652)**

     21      Q.  How did your job change after you were
     22  working for the sales team -- I'm sorry, business
     23  division 4, when -- and when did that change occur?

31. **PAGE 35:24 TO 36:03 (RUNNING 00:00:14.965)**

     24      A.  So as in the previous instance, again I'm
     25  not too keen on the -- you know, the time frame in
00036:01  terms of the year, but I wonder if I didn't serve
     02  within five years or so within the marketing office
     03  before things changed.

32. **PAGE 36:04 TO 36:05 (RUNNING 00:00:08.005)**

     04      Q.  So do you think around 2008 things
     05  changed?

33. **PAGE 36:06 TO 36:06 (RUNNING 00:00:01.915)**

     06      A.  2008?

34. **PAGE 36:07 TO 36:07 (RUNNING 00:00:03.498)**

     07      Q.  Yes.  I'm adding five years to 2003.

35. **PAGE 36:08 TO 36:10 (RUNNING 00:00:10.052)**

     08      A.  Perhaps I'm a little confused here.  Were
     09  you possibly asking me as to when I moved over to
     10  business division 4?

36. **PAGE 36:11 TO 36:15 (RUNNING 00:00:19.547)**

     11      Q.  No.  I'm -- I'm trying to understand all
     12  of the jobs you had at Ottogi.  And so my question,
     13  and maybe I have asked it in a convoluted way, is
     14  just what was the -- what was your next job title at
     15  Ottogi after being head of business division 4?

**KoreanNoodles**

**37.  PAGE 36:16 TO 36:17  (RUNNING 00:00:03.994)**

    16          A.  Oh, so after business division 4.
    17          Q.  Correct.

**38.  PAGE 36:18 TO 36:23  (RUNNING 00:00:12.251)**

    18              MS. YU:  I assume Ottogi Korea?
    19              MR. RUF:  Well, no.  I'm not limiting it.
    20  Some Ottogi entity.
    21          Q.  I assume you had some job within Ottogi.
    22  I don't know if it's for Korea or what.  You tell
    23  me.

**39.  PAGE 36:24 TO 36:25  (RUNNING 00:00:10.887)**

    24          A.  So after serving within business division
    25  4, I was assigned to Ottogi America.

**40.  PAGE 37:01 TO 37:02  (RUNNING 00:00:03.259)**

 00037:01          Q.  And do you remember when that change
    02  occurred?

**41.  PAGE 37:03 TO 37:06  (RUNNING 00:00:13.702)**

    03          A.  As you yourself stated, I think it was
    04  perhaps around the 2008 time frame.  It may or may
    05  not be actually, but that's what I'm kind of
    06  thinking.

**42.  PAGE 37:07 TO 37:08  (RUNNING 00:00:10.192)**

    07          Q.  And when you took the new position at
    08  Ottogi America, what was your job title?

**43.  PAGE 37:09 TO 37:10  (RUNNING 00:00:04.342)**

    09          A.  I was the head of the entity.  I was the
    10  president.

**44.  PAGE 38:02 TO 38:03  (RUNNING 00:00:04.334)**

    02          Q.  Was there a board of directors when you
    03  came over to Ottogi America?

**45.  PAGE 38:04 TO 38:05  (RUNNING 00:00:05.823)**

    04          A.  Yes.  At least to my understanding there
    05  was.

**46.  PAGE 38:06 TO 38:07  (RUNNING 00:00:02.674)**

    06          Q.  Do you recall having a position on the
    07  board of directors?

**47.  PAGE 38:08 TO 38:08  (RUNNING 00:00:02.684)**

    08          A.  Yes.

**48.  PAGE 38:09 TO 38:09  (RUNNING 00:00:01.289)**

    09          Q.  What was that position?

**49.  PAGE 38:10 TO 38:11  (RUNNING 00:00:03.539)**

    10          A.  We are talking about Ottogi America.
    11  Right?

**50.  PAGE 38:12 TO 38:17  (RUNNING 00:00:13.726)**

    12          Q.  According to you, yes.  I believe that's
    13  correct.
    14          A.  Yes.

**CONFIDENTIAL**

**KoreanNoodles**

```
15       Q.  So the question is what was -- did you
16  have a formal position on the board of directors of
17  Ottgi America?
```

**51. PAGE 38:18 TO 38:20 (RUNNING 00:00:12.218)**

```
18       A.  Well, I'm not sure about that.  All I
19  know, all I knew, was that I was assigned here as
20  the president.
```

**52. PAGE 38:21 TO 38:22 (RUNNING 00:00:03.269)**

```
21       Q.  Do you recall attending any board
22  meetings?
```

**53. PAGE 38:23 TO 38:23 (RUNNING 00:00:05.116)**

```
23       A.  I have attended meetings of the board.
```

**54. PAGE 38:24 TO 38:25 (RUNNING 00:00:04.056)**

```
24       Q.  And do you believe you served on the board
25  as well as a board member?
```

**55. PAGE 39:01 TO 39:01 (RUNNING 00:00:01.428)**

```
00039:01       A.  Yes.
```

**56. PAGE 39:02 TO 39:03 (RUNNING 00:00:04.108)**

```
02       Q.  Do you know who the chairman of the board
03  was in 2008 when you started?
```

**57. PAGE 39:04 TO 39:06 (RUNNING 00:00:11.989)**

```
04       A.  Well, to my understanding, I don't know
05  that there was a chairman, so to say, of the board.
06  If there was, I'm not too sure.
```

**58. PAGE 40:09 TO 40:10 (RUNNING 00:00:16.125)**

```
09       Q.  Do you recall in any way asking or
10  advocating that you take on this new job in America?
```

**59. PAGE 40:11 TO 40:11 (RUNNING 00:00:04.885)**

```
11       A.  No, I do not recall anything such effect.
```

**60. PAGE 40:12 TO 40:12 (RUNNING 00:00:03.061)**

```
12       Q.  You were just assigned to this new job?
```

**61. PAGE 40:13 TO 40:13 (RUNNING 00:00:01.747)**

```
13       A.  Right.
```

**62. PAGE 40:14 TO 40:15 (RUNNING 00:00:03.168)**

```
14       Q.  And who -- who made that decision, to your
15  knowledge?
```

**63. PAGE 40:16 TO 40:16 (RUNNING 00:00:02.294)**

```
16       A.  I don't quite know.
```

**64. PAGE 40:17 TO 40:18 (RUNNING 00:00:07.692)**

```
17       Q.  Who was the president of Ottgi Korea when
18  you were assigned to Ottgi America?
```

**65. PAGE 40:19 TO 40:20 (RUNNING 00:00:06.592)**

```
19       A.  I apologize, I don't have an exact
20  recollection.
```

**KoreanNoodles**

**66. PAGE 40:21 TO 40:22 (RUNNING 00:00:08.936)**

    21      Q.  What is the -- what was the purpose of
    22  Ottogi America when you arrived in 2008?

**67. PAGE 40:25 TO 41:05 (RUNNING 00:00:16.538)**

    25           THE WITNESS:  As I related to you just a
00041:01  moment ago, when I came over here I came with the
    02  understanding that I was to basically be in charge
    03  of the overall management of Ottogi America as a
    04  company that I was to basically supervise and
    05  control its affairs.

**68. PAGE 41:07 TO 41:09 (RUNNING 00:00:07.208)**

    07      Q.  My question is, why does Ottogi America
    08  exist?  What purpose does it have within the Ottogi
    09  corporation?

**69. PAGE 41:12 TO 41:13 (RUNNING 00:00:03.163)**

    12           THE WITNESS:  As for that I don't quite
    13  know.

**70. PAGE 41:15 TO 41:16 (RUNNING 00:00:09.287)**

    15      Q.  Do you understand that Ottogi America was
    16  created at some point in the mid-2000 time frame?

**71. PAGE 41:17 TO 41:17 (RUNNING 00:00:01.546)**

    17      A.  Yes.

**72. PAGE 41:18 TO 41:18 (RUNNING 00:00:01.540)**

    18      Q.  Do you know why it was created?

**73. PAGE 41:19 TO 41:20 (RUNNING 00:00:07.748)**

    19      A.  You asked me just a moment ago about that.
    20  I don't quite know.

**74. PAGE 41:21 TO 41:23 (RUNNING 00:00:09.027)**

    21      Q.  Fair enough.  Before Ottogi America was
    22  created, Ottogi sold products in the United States.
    23  Correct?

**75. PAGE 41:25 TO 42:01 (RUNNING 00:00:02.025)**

    25           THE WITNESS:  It's not something I know
00042:01  about.

**76. PAGE 54:18 TO 54:19 (RUNNING 00:00:07.393)**

    18      Q.  Who set the price at which Ottogi America
    19  bought ramen from Ottogi Korea?

**77. PAGE 54:22 TO 54:23 (RUNNING 00:00:08.875)**

    22           THE WITNESS:  Well, I don't think I ought
    23  to speculate, so I don't know what to tell you.

**78. PAGE 54:25 TO 55:01 (RUNNING 00:00:03.415)**

    25      Q.  So you would be required to speculate.
00055:01  You don't know the answer to that.

**79. PAGE 55:02 TO 55:02 (RUNNING 00:00:01.771)**

    02      A.  Right.

COURT EXHIBIT 31b

**Ottogi**

---

 **Lee, Seung Y. (Vol. 01) - 05/19/2016**                    1 CLIP  (RUNNING 00:23:07.453)

 Seung Yub Lee 11-14-18                                              

**SEUNGYUBLEE**                    **98 SEGMENTS  (RUNNING 00:23:07.453)**

**1.  PAGE 17:14 TO 17:14  (RUNNING 00:00:01.806)**

          14        Q.  Where did you go to college?

**2.  PAGE 17:15 TO 17:15  (RUNNING 00:00:03.960)**

          15        A.  I'm a graduate of Hanyang, H-A-N-Y-A-N-G.

**3.  PAGE 18:01 TO 18:01  (RUNNING 00:00:02.892)**

     00018:01        Q.  What was your first job after college?

**4.  PAGE 18:02 TO 18:06  (RUNNING 00:00:18.611)**

          02        A.  My first job after graduation was actually
          03   this one-year period during which I was actually
          04   helping out with my mother's business and it was
          05   thereafter that I was hired on with a company.
          06        Q.  What was your mother's business?

**5.  PAGE 18:07 TO 18:08  (RUNNING 00:00:01.515)**

          07        A.  The type of business, you mean?
          08        Q.  Yes.

**6.  PAGE 18:09 TO 18:11  (RUNNING 00:00:07.239)**

          09        A.  Well, she had a billiards hall.
          10        Q.  And then after that you said you were
          11   hired by a company?

**7.  PAGE 18:12 TO 18:13  (RUNNING 00:00:01.356)**

          12        A.  Yes.
          13        Q.  Which company?

**8.  PAGE 18:14 TO 18:15  (RUNNING 00:00:08.791)**

          14        A.  I worked for Korea A. C. Nielsen.
          15        Q.  And what did Korea A. C. Nielsen do?

**9.  PAGE 18:16 TO 18:21  (RUNNING 00:00:22.091)**

          16        A.  So they were a company that conducts
          17   basically public opinion and marketing surveys.
          18        Q.  I know that company in the United States
          19   with respect to their ratings for television
          20   programs.  Were you involved in TV or all sorts of
          21   things?

**10.  PAGE 18:22 TO 19:04  (RUNNING 00:00:28.052)**

          22        A.  I actually did not involve myself at all
          23   in terms of TV ratings.  What I did work on was in
          24   terms of surveys and investigations concerning
          25   retail outlets.  Basically I would take a look at
     00019:01   the results thus obtained and conduct analysis and
          02   basically write up presentations.
          03        Q.  Who were the customers for the work that
          04   you were doing?

**Ottogi**

**11. PAGE 19:05 TO 19:09  (RUNNING 00:00:13.586)**

```
05        A.  So by "customers" do you mean of A. C.
06  Nielsen's or customers of mine, the ones I was
07  dealing with?
08        Q.  The end users of that information would --
09  what I assume would be customers of A. C. Nielsen.
```

**12. PAGE 19:10 TO 19:12  (RUNNING 00:00:06.771)**

```
10        A.  All right.  In that case let me see if I
11  can just enumerate a few of those customers as come
12  to mind.  There was, for instance, Dongsuh Foods,
```

**13. PAGE 19:12 TO 19:13  (RUNNING 00:00:06.244)**

```
12  to mind.  There was, for instance, Dongsuh Foods,
13  D-O-N-G-S-U-H.  P&G.
```

**14. PAGE 19:13 TO 19:14  (RUNNING 00:00:02.774)**

```
13  D-O-N-G-S-U-H.  P&G.
14        Q.  Proctor & Gamble?
```

**15. PAGE 19:15 TO 19:15  (RUNNING 00:00:06.801)**

```
15        A.  Proctor & Gamble, yes.  Nestle.  And Cheil
```

**16. PAGE 19:15 TO 19:16  (RUNNING 00:00:07.532)**

```
15        A.  Proctor & Gamble, yes.  Nestle.  And Cheil
16  Foods.  C-H-E-I-L.  And also Daesang, D-A-E-S-A-N-G.
```

**17. PAGE 19:16 TO 19:16  (RUNNING 00:00:03.751)**

```
16  Foods.  C-H-E-I-L.  And also Daesang, D-A-E-S-A-N-G.
```

**18. PAGE 19:17 TO 19:17  (RUNNING 00:00:04.815)**

```
17  And Pacific -- Pacific Amorean.
```

**19. PAGE 19:18 TO 19:20  (RUNNING 00:00:07.742)**

```
18          And additionally I believe there were
19  maybe a couple, three pharmaceutical companies and
20  the names escape me at the moment.
```

**20. PAGE 20:04 TO 20:04  (RUNNING 00:00:05.719)**

```
04        Q.  Did you do any work for Ottogi?
```

**21. PAGE 20:05 TO 20:06  (RUNNING 00:00:02.266)**

```
05        A.  Yes.
06        Q.  How about Samyang?
```

**22. PAGE 20:07 TO 20:07  (RUNNING 00:00:01.281)**

```
07        A.  I don't quite know.  No, I did not.
```

**23. PAGE 20:07 TO 20:08  (RUNNING 00:00:02.904)**

```
07        A.  I don't quite know.  No, I did not.
08        Q.  How about Nongshim?
```

**24. PAGE 20:09 TO 20:10  (RUNNING 00:00:01.993)**

```
09        A.  Don't know.
10        Q.  Paldo?
```

**25. PAGE 20:11 TO 20:13  (RUNNING 00:00:03.550)**

```
11        A.  I don't know.
12        Q.  Do you remember what work you did for
```

**Ottogi**

---

13  Ottogi?

**26. PAGE 20:14 TO 20:15  (RUNNING 00:00:02.756)**

14      A.  Yes.
15      Q.  Can you tell me what it was?

**27. PAGE 20:16 TO 20:22  (RUNNING 00:00:35.808)**

16      A.  So I made presentations to Ottogi based
17  upon material that was analyzed after it was
18  gathered.  And the subject products subject to such
19  analysis included mayonnaise, ketchup, et cetera, et
20  cetera, and a number of other things as I recall.
21      Q.  You were looking at the position of the
22  Ottogi products in the competitive marketplace?

**28. PAGE 20:24 TO 20:25  (RUNNING 00:00:03.932)**

24          THE WITNESS:  I don't quite understand as
25  to what you mean by this positioning.

**29. PAGE 21:02 TO 21:03  (RUNNING 00:00:05.136)**

02          Q.  What -- what kind of information did you
03  give Ottogi regarding, for example, ketchup?

**30. PAGE 21:04 TO 21:11  (RUNNING 00:00:29.313)**

04      A.  Okay.  For instance, I provided them with
05  information on the overall sales-related market
06  share, the market share in terms of their inventory,
07  the handling rate in terms of AC, the handling rate
08  in terms of SC.  The state of display, et cetera, et
09  cetera.  Basically things like that are what come to
10  mind in terms of what I provided them with.
11      Q.  Can you explain the terms AC and SC.

**31. PAGE 21:12 TO 21:21  (RUNNING 00:00:34.278)**

12          A.  So what is meant by the SC handling rate
13  is, for instance -- let us speak in terms of the
14  retail level.  If -- this is just a supposition.  If
15  there should happen to be let's say 10,000 retail
16  stores out there, basically the question regarding
17  how many of those retail stores happen to handle
18  Ottogi's ketchup product is what this SC handling
19  rate amounts to.  It's a certain factor by which you
20  look at those things.
21      Q.  And then how about AC?

**32. PAGE 21:22 TO 22:06  (RUNNING 00:00:36.278)**

22          A.  So staying with my hypothetical of the
23  10,000 or so retail stores, you would figure that
24  these are all different in terms of the relative
25  sizes and therefore the relative amounts of business
00022:01  that they handle.  So you want to separate these in
02  terms of the big guys, the middle guys and the
03  smaller guys, and you basically give them -- give an
04  added weight, a weighted average, that is, and you
05  look at the overall extent of the handling and that
06  is what is referenced as the AC handling rate.

**33. PAGE 22:10 TO 22:11  (RUNNING 00:00:05.234)**

10          Do you recall doing any work with respect
11  to ramen products when you worked for A. C. Nielsen?

**Ottogi**

---

**34. PAGE 22:12 TO 22:13  (RUNNING 00:00:01.984)**

```
12        A.  Yes.
13        Q.  What do you remember?
```

**35. PAGE 22:14 TO 22:18  (RUNNING 00:00:14.355)**

```
14        A.  So in addition to ketchup and mayo, Ottogi
15   also had subscribed to information pertaining to
16   ramen.
17        Q.  And did you do AC and SC types of analysis
18   for them with respect to their ramen?
```

**36. PAGE 22:19 TO 22:22  (RUNNING 00:00:06.966)**

```
19        A.  Yes, I have some recollection to such
20   effect.
21        Q.  And what was your next job after A. C.
22   Nielsen?
```

**37. PAGE 22:23 TO 22:23  (RUNNING 00:00:01.874)**

```
23        A.  Then I worked for Ottogi.
```

**38. PAGE 23:21 TO 23:22  (RUNNING 00:00:05.388)**

```
21        Q.  Do you remember why you decided to leave
22   A. C. Nielsen and go to Ottogi Korea?
```

**39. PAGE 23:23 TO 24:10  (RUNNING 00:00:50.496)**

```
23        A.  So as I reflect, back then I think I felt
24   that never having had the opportunity to work for or
25   within a manufacturing company, perhaps I at some
00024:01   point in time started feeling like I was sort of
02   lacking and that things went wanting in terms of my
03   ability to more effectively analyze certain
04   materials.
05        And perhaps it dawned on me that gaining
06   some experience with a manufacturer, it might prove
07   helpful going forward.  And as such, I think I let
08   it be known to the folks at Ottogi that I would
09   perhaps desire to maybe work for a manufacturing
10   company and I think that is what gave rise to this.
```

**40. PAGE 33:21 TO 33:25  (RUNNING 00:00:19.412)**

```
21        Q.  Do you recall when you were working in the
22   marketing office in '98 to 2003, keeping abreast of
23   the or being aware of or trying to get information
24   about the price -- the prices at which products of
25   ramen competitors were sold?
```

**41. PAGE 34:01 TO 34:03  (RUNNING 00:00:04.923)**

```
00034:01        A.  Again, the price at which product gets
02   sold or --
03        Q.  Sold.  Retail.
```

**42. PAGE 34:04 TO 34:06  (RUNNING 00:00:07.008)**

```
04        A.  But do you mean the price at which the
05   retail shops would sell products to consumers?
06        Q.  Yes.
```

**43. PAGE 34:07 TO 34:12  (RUNNING 00:00:19.071)**

```
07        A.  Yes.
08        Q.  And do you remember taking any efforts to
09   find out what price the ramen competitors, and by
10   "ramen competitors" I'm talking about Samyang,
11   Nongshim and Paldo, sold their products to their
```

**Ottogi**

---

```
        12  distributors, that is their choolgo price?
```

**44. PAGE 34:13 TO 34:15  (RUNNING 00:00:10.967)**

```
        13       A.  Well, I didn't.
        14       Q.  Did you instruct any of your subordinates
        15  to try and get that information?
```

**45. PAGE 34:16 TO 34:20  (RUNNING 00:00:17.750)**

```
        16       A.  No.  I actually have not instructed them
        17  to do anything like that, but I on the other hand,
        18  do recall coming across certain things that they
        19  reflect in written reports as to things that they
        20  had ascertained while out there in the, say, shops.
```

**46. PAGE 35:04 TO 35:07  (RUNNING 00:00:13.398)**

```
        04       Q.  It was important for the marketing office
        05  to be knowledgeable about the actions and pricing of
        06  its competitors with respect to all products.
        07  Correct?
```

**47. PAGE 35:09 TO 35:18  (RUNNING 00:00:33.306)**

```
        09            THE WITNESS:  Well, really, I think you
        10  really want to say that anything and everything
        11  having to do with promoting sales for our products
        12  would figure into our considerations as opposed to
        13  things about the competition.  I'm basically not in
        14  agreement with your premise there.
        15  BY MR. RUF:
        16       Q.  Well, you certainly -- among the things
        17  that you were interested in in the marketing office
        18  was competition.  Correct?
```

**48. PAGE 35:19 TO 35:20  (RUNNING 00:00:07.802)**

```
        19       A.  Well, to say that we weren't interested in
        20  the competition might seem to be a stretch.
```

**49. PAGE 39:07 TO 39:08  (RUNNING 00:00:05.104)**

```
        07       Q.  Do you recall how often you would attend
        08  board meetings of Ottogi America?
```

**50. PAGE 39:09 TO 39:13  (RUNNING 00:00:16.850)**

```
        09       A.  To my recollection I wonder if it wasn't
        10  about once a year.
        11       Q.  And so what were your job duties when you
        12  took over the position of president of Ottogi
        13  America?
```

**51. PAGE 39:15 TO 39:17  (RUNNING 00:00:06.208)**

```
        15            THE WITNESS:  So I was the one in control
        16  of the overall management of Ottogi America's
        17  affairs.
```

**52. PAGE 43:17 TO 43:20  (RUNNING 00:00:23.770)**

```
        17       Q.  So please inform me of the process by
        18  which Ottogi ramen gets to the shelves in a store in
        19  Los Angeles based on your experience at Ottogi
        20  America.
```

**53. PAGE 43:21 TO 44:01  (RUNNING 00:00:17.766)**

```
        21       A.  Oh, there really isn't much of a process
        22  to it really.  Basically product gets imported from
        23  Korea and our sales guys basically sell such
```

**Ottogi**

```
        24  products to L.A.-based markets and those markets in
        25  turn sell to consumers as far as my understanding
00044:01  goes.
```

**54. PAGE 44:14 TO 44:18  (RUNNING 00:00:14.411)**

```
        14  strike that.  Sounded like from your answer that you
        15  were giving me a particular answer with respect to
        16  Los Angeles, which sounds to me like, depending on
        17  the place you are talking about, you might sell
        18  differently.  Is that true?
```

**55. PAGE 44:19 TO 44:23  (RUNNING 00:00:10.952)**

```
        19      A.  Yes.
        20      Q.  So sometimes you sell directly to
        21  retailers and sometimes you sell through
        22  distributors who themselves then sell to the
        23  retailers in the United States?
```

**56. PAGE 44:24 TO 44:24  (RUNNING 00:00:01.112)**

```
        24      A.  Yes.
```

**57. PAGE 47:07 TO 47:10  (RUNNING 00:00:22.029)**

```
        07      Q.  Have you ever during the time you worked
        08  for either Ottogi Korea or Ottogi America, have you
        09  had interactions with any employees of Samyang,
        10  Nongshim or Paldo regarding prices?
```

**58. PAGE 47:11 TO 47:12  (RUNNING 00:00:04.385)**

```
        11      A.  No.
        12      Q.  How about on any other subject?
```

**59. PAGE 47:13 TO 47:13  (RUNNING 00:00:01.650)**

```
        13      A.  No.
```

**60. PAGE 48:25 TO 49:03  (RUNNING 00:00:15.907)**

```
        25      Q.  When you were working at Ottogi Korea, did
00049:01  you have any knowledge of how ramen prices, that is
        02  choolgo ramen prices, for the domestic market were
        03  set?
```

**61. PAGE 49:04 TO 49:07  (RUNNING 00:00:04.047)**

```
        04      A.  As to how it got set?
        05      Q.  Yes.
        06      A.  How they went about setting it?
        07      Q.  Yes.
```

**62. PAGE 49:08 TO 49:12  (RUNNING 00:00:11.058)**

```
        08      A.  I don't quite know as to how that gets
        09  set.
        10      Q.  And I am talking about the time when you
        11  were working in Ottogi Korea up until you came to
        12  America in 2008.  Do you understand that?
```

**63. PAGE 49:13 TO 49:20  (RUNNING 00:00:32.621)**

```
        13      A.  Well, throughout my entire career with
        14  Ottogi anywhere, I have never involved myself in the
        15  setting of the choolgo price.  So, you know, I don't
        16  know how that's done.
        17      Q.  Do you believe that Ottogi Korea or
        18  employees from Ottogi Korea entered into agreements
        19  with other companies in Korea to coordinate pricing
        20  for ramen?
```

**Ottogi**

---

**64.  PAGE 49:21 TO 50:07  (RUNNING 00:00:46.474)**

```
      21        A.  I don't know.
      22        Q.  We talked about how, and correct me if
      23  there are other ways, but we have talked about two
      24  ways that Ottogi America sells -- I want to be
      25  particular -- ramen to retailers in the United
00050:01  States.  And my understanding is that the two ways
      02  are either Ottogi America sells directly to a
      03  retailer or Ottogi America sells through a
      04  distributor who then sells to the retailer.
      05        My question is, are the prices that Ottogi
      06  America sell -- sells its products for different in
      07  those two situations?
```

**65.  PAGE 50:08 TO 50:08  (RUNNING 00:00:01.620)**

```
      08        A.  They are different.
```

**66.  PAGE 51:11 TO 51:13  (RUNNING 00:00:17.698)**

```
      11        Q.  Does Ottogi America sell its ramen
      12  products to different distributors at different
      13  prices or is there a single price for distributors?
```

**67.  PAGE 51:14 TO 51:16  (RUNNING 00:00:07.832)**

```
      14        A.  They are different.
      15        Q.  And who has the authority to establish
      16  those differences?
```

**68.  PAGE 51:17 TO 51:22  (RUNNING 00:00:14.939)**

```
      17        A.  The final authority was with me.
      18        Q.  So you would say I agree that we will sell
      19  ramen to this distributor for this amount of money
      20  and sell ramen to a different distributor for some
      21  different amount of money, you would actually make
      22  those decisions?
```

**69.  PAGE 52:07 TO 52:17  (RUNNING 00:00:27.919)**

```
      07        THE WITNESS:  So I guess if you will
      08  understand the fact that I was trying to tell you
      09  that basically the buck stops with me.  Okay.  So
      10  I'm the final guy who is accountable for things, but
      11  in terms of the actual prices as specifically
      12  charged, those would be up to the sales personnel
      13  who would conduct their sales activities as such.
      14  BY MR. RUF:
      15        Q.  Can you tell me some of the factors that
      16  would go into why one distributor would get a
      17  different price than another?
```

**70.  PAGE 52:18 TO 53:05  (RUNNING 00:00:50.185)**

```
      18        A.  So if you are talking about a more
      19  remotely located region, then obviously there are
      20  going to be different freight charges involved.
      21  That's one reason.
      22        And if perchance there is a certain new
      23  entity out there, then until they basically get
      24  truly situated, we in general try to support them
      25  actively by helping them place a greater deal of
00053:01  emphasis or weight on our products.
      02        Also with some existing parties out there,
      03  obviously there might be an existing history with
      04  the company.  So those things also come into play
      05  from what I understand.
```

**Ottogi**

**71.  PAGE 70:13 TO 70:15  (RUNNING 00:00:12.171)**

> 13          Q.  Do you know the term that was used in
> 14  Ottogi America to refer to the cost at which
> 15  products were purchased from Ottogi Korea?

**72.  PAGE 70:16 TO 70:20  (RUNNING 00:00:20.598)**

> 16          A.  Well, typically people speak in terms of
> 17  the, you know, price at which you get to obtain
> 18  product from Ottogi Korea.  That's how they put it.
> 19          Q.  So you are not familiar with import prices
> 20  being a way to describe the same thing.

**73.  PAGE 70:21 TO 70:22  (RUNNING 00:00:07.520)**

> 21          A.  Import price -- well, yeah, you normally
> 22  refer to it as import price too.  Yeah.

**74.  PAGE 79:11 TO 79:15  (RUNNING 00:00:21.779)**

> 11          Q.  Okay.  And just to be clear, in your
> 12  understanding who -- what person, if any, who works
> 13  at Ottogi America was responsible for setting the
> 14  prices at which Ottogi America sold its product and
> 15  particularly ramen?

**75.  PAGE 79:16 TO 79:21  (RUNNING 00:00:18.321)**

> 16          A.  Did you ask me who within Ottogi
> 17  determines the price at which goods get sold to
> 18  Ottogi America?
> 19          Q.  No.  The prior -- who at Ottogi America
> 20  determines the price at which it sells its products
> 21  to Ottogi America's customers?

**76.  PAGE 79:22 TO 80:03  (RUNNING 00:00:29.847)**

> 22          A.  Oh.  So what the deal is, and this is not
> 23  just with respect to the ultimate sales price, but
> 24  everything, basically the buck stops with the head
> 25  of the company.  But as a matter -- matter of actual
> 00080:01  practice, the sale price is set -- determined,
> 02  rather, by the actual sales associate handling the
> 03  transaction.

**77.  PAGE 81:17 TO 81:20  (RUNNING 00:00:12.694)**

> 17          Q.  Are you familiar with the concept of
> 18  discretion as in a salesperson having the discretion
> 19  to choose prices at which he or she sells Ottogi
> 20  America products?

**78.  PAGE 81:21 TO 82:04  (RUNNING 00:00:35.742)**

> 21          A.  Well, yes.  So what I am able to recall
> 22  is, let's say this date here, which reads April the
> 23  25th, 2008, seeing as of around this point in time,
> 24  basically during this period of time pretty much all
> 25  the setting of the price was done by the respective
> 00082:01  sales personnel.
> 02          Q.  And they had discretion to choose the
> 03  price that they saw fit to sell the product for.
> 04  Correct?

**79.  PAGE 82:05 TO 82:08  (RUNNING 00:00:07.823)**

> 05          A.  Yes.
> 06          Q.  And you said at this time.  Does that
> 07  suggest that there was a different time when the
> 08  situation was different?

**Ottogi**

**80.  PAGE 82:09 TO 83:06  (RUNNING 00:01:41.942)**

```
        09       A.  Well, since you ask, basically whereas it
        10  was thus the sales personnel who would pretty much
        11  determine the appropriate supply price vis-a-vis
        12  whichever customer account in question might happen
        13  to be there, I think there came a time way later, I
        14  don't know exactly when, but way later, and I don't
        15  know if this was around the end of 2010 or sometime
        16  in 2011, but I guess there was a certain sense or
        17  impression that maybe the salespeople were arriving
        18  at such decisions or conclusions a little too
        19  easily, maybe too liberally.
        20       And I think it was the admin outside of
        21  the company that chose to, say, raise some
        22  discussions about any potential drawbacks of that
        23  sort of a system.  And that maybe it ought not to be
        24  such in terms of how the sales guys would determine
        25  the supply price.
00083:01       But anyway, so, there were some talks in
        02  that regard, and, you know, as I recall, basically
        03  there were even some talks about maybe trying to
        04  bring in some sort of a price-related system, but I
        05  don't recall offhand as to what came of it.  But
        06  there was something like that, is my point.
```

**81.  PAGE 88:19 TO 88:20  (RUNNING 00:00:04.843)**

```
        19       Did Ottogi America pay bonuses to its
        20  employees?
```

**82.  PAGE 88:21 TO 88:22  (RUNNING 00:00:04.653)**

```
        21       A.  I have some recollection of paying out
        22  something like that.
```

**83.  PAGE 89:04 TO 89:06  (RUNNING 00:00:03.414)**

```
        04       Q.  And how about more generally then?  What
        05  were the circumstances under which the company paid
        06  bonuses?
```

**84.  PAGE 89:07 TO 89:16  (RUNNING 00:00:41.371)**

```
        07       A.  So during my tenure, I recall having paid
        08  out some bonus on some occasion during such point in
        09  time when the organization was able to attain its
        10  overall goal, whatever it was, during that given
        11  year in terms of the target set for that year and
        12  also based upon my determination that maybe the
        13  teamwork amongst our personnel took place in a very
        14  heartfelt fashion.
        15       Q.  And who is -- who would establish yearly
        16  the target for that year?
```

**85.  PAGE 89:17 TO 89:19  (RUNNING 00:00:05.523)**

```
        17       A.  I would do that.
        18       Q.  Did you do that in consultation with
        19  Ottogi Korea?
```

**86.  PAGE 89:20 TO 89:22  (RUNNING 00:00:06.466)**

```
        20       A.  That is not the case.
        21       Q.  Did you do that in consultation with your
        22  board of directors?
```

**87.  PAGE 89:23 TO 90:07  (RUNNING 00:00:36.264)**

```
        23       A.  So you will recall earlier that I told you
        24  the board meeting would be held maybe once a year
```

**Ottogi**

```
         25  and on such an occasion, I would basically furnish a
00090:01   report to the board saying that we have these
     02   targets set for the given year.  And along with that
     03   I would say we will endeavor to do our best to
     04   achieve those things, and so I recall engaging the
     05   board in that regard in discussion.
     06       Q.  And it was solely your decision as to what
     07   that target would be?
```

**88. PAGE 90:08 TO 90:16  (RUNNING 00:00:40.133)**

```
     08       A.  Well, so ultimately it was I who would go
     09   out setting of those targets but -- and to the
     10   extent I would basically seek advice from those
     11   around me as to the circumstances and also basically
     12   pay heed to the opinions and feedback of our
     13   esteemed sales personnel, basically I would take
     14   into consideration, this, that and such.
     15       Q.  Did any employee or director of Ottogi
     16   Korea have input into your targets each year?
```

**89. PAGE 90:18 TO 90:22  (RUNNING 00:00:06.625)**

```
     18       THE WITNESS:  No.  There wasn't anything
     19   like that.
     20   BY MR. RUF:
     21       Q.  While you were president of Ottogi
     22   America, did you have a boss?
```

**90. PAGE 90:23 TO 91:01  (RUNNING 00:00:10.427)**

```
     23       A.  No.  It was not possible for there to be
     24   any particular boss to me.
     25       Q.  Was there anyone to whom you reported who
00091:01   was senior to you?
```

**91. PAGE 91:02 TO 91:03  (RUNNING 00:00:03.164)**

```
     02       A.  As I recall, no, there wasn't anything
     03   like that.
```

**92. PAGE 91:08 TO 91:12  (RUNNING 00:00:13.036)**

```
     08       Q.  Is it your belief that if one were to look
     09   at an organizational chart while you were president
     10   of Ottogi America, that your position as president
     11   of Ottogi America would be at the same level as the
     12   president of Ottogi Korea?
```

**93. PAGE 91:23 TO 92:01  (RUNNING 00:00:11.394)**

```
     23       A.  Yeah.  Basically what I'm getting at, ours
     24   is a separate freestanding legal entity, so, you
     25   know, it's not like we have ever contemplated what
00092:01   you are asking about anyway, so --
```

**94. PAGE 92:05 TO 92:05  (RUNNING 00:00:04.051)**

```
     05       Q.  Wasn't Ottogi Korea your parent company?
```

**95. PAGE 92:06 TO 92:08  (RUNNING 00:00:06.916)**

```
     06       A.  It was, yeah.
     07       Q.  And ultimately Ottogi Korea could control
     08   what happened at Ottogi America.  Correct?
```

**96. PAGE 92:09 TO 92:10  (RUNNING 00:00:03.399)**

```
     09       A.  I don't quite know because I have never
     10   been controlled.
```

## Ottogi

**97.  PAGE 101:11 TO 101:14  (RUNNING 00:00:18.832)**

```
11        Q.  Just to be clear, the process by which
12   Ottogi America set the prices of the ramen it sold
13   in America was to allow the salespeople to make that
14   decision.  Correct?
```

**98.  PAGE 101:15 TO 101:15  (RUNNING 00:00:02.491)**

```
15        A.  Yes.  That's the way it was.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:23:07.453)**

COURT EXHIBIT 31c

**KoreanNoodles**

 **Lee, Seung Yub (Vol. 01) - 05/19/2016**     1 CLIP  (RUNNING 00:00:26.793)



**Redirect**

**LEESEUNGYUB-0519R**           **6 SEGMENTS  (RUNNING 00:00:26.793)**

**1. PAGE 92:11 TO 92:13  (RUNNING 00:00:09.508)**

> 11        Q.  If -- well, you were hired as president of
> 12  Ottogi America by someone with authority to do so at
> 13  Ottogi Korea.  Correct?

**2. PAGE 92:14 TO 92:14  (RUNNING 00:00:01.138)**

> 14        A.  Yes.

**3. PAGE 93:16 TO 93:17  (RUNNING 00:00:04.500)**

> 16        Q.  Do you know who owned Ottogi America while
> 17  you worked there?

**4. PAGE 93:18 TO 93:18  (RUNNING 00:00:02.384)**

> 18        A.  That, I don't know.

**5. PAGE 93:19 TO 93:21  (RUNNING 00:00:07.612)**

> 19        Q.  You earlier used the expression that the
> 20  buck stops with me or stopped with you.  Do you
> 21  remember using that expression?

**6. PAGE 93:22 TO 93:22  (RUNNING 00:00:01.651)**

> 22        A.  Yes.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:26.793)**

COURT EXHIBIT 32a

**KoreanNoodles**

**Lim, Dong-Soo (Vol. 01) - 02/14/2018**                    1 CLIP  (RUNNING 00:02:55.745)



**LIMDONGSOO-0214**            **16 SEGMENTS  (RUNNING 00:02:55.745)**

**1. PAGE 9:05 TO 9:11  (RUNNING 00:00:21.571)**

```
05                    HYESUN LEE and HYON RO,
06   having been administered an oath, served as
07   interpreters in the following deposition:
08
09                    DONG-SOO LIM,
10   having been administered an oath, was examined and
11   testified as follows:
```

**2. PAGE 12:08 TO 12:09  (RUNNING 00:00:05.109)**

```
08     Q   You work for Ottogi America presently.  What
09   do you do at Ottogi America?
```

**3. PAGE 12:11 TO 12:12  (RUNNING 00:00:07.957)**

```
11          THE WITNESS:  What I do, I work in sales
12   team.
```

**4. PAGE 12:14 TO 12:14  (RUNNING 00:00:06.912)**

```
14     Q   What office do you work at, the location?
```

**5. PAGE 12:15 TO 12:15  (RUNNING 00:00:06.006)**

```
15     A   It's Ottogi America located in Gardena.
```

**6. PAGE 12:16 TO 12:18  (RUNNING 00:00:08.605)**

```
16     Q   Now, as I understand, you previously worked
17   at Ottogi America and then left and then returned,
18   correct?
```

**7. PAGE 12:19 TO 12:19  (RUNNING 00:00:02.817)**

```
19     A   Yes, that's correct.
```

**8. PAGE 12:20 TO 12:20  (RUNNING 00:00:01.799)**

```
20     Q   And when did you return?
```

**9. PAGE 12:21 TO 12:21  (RUNNING 00:00:04.635)**

```
21     A   My return to Ottogi America?
```

**10. PAGE 12:22 TO 12:22  (RUNNING 00:00:01.048)**

```
22     Q   Yes.
```

**11. PAGE 12:23 TO 12:23  (RUNNING 00:00:05.137)**

```
23     A   Around October 2017.
```

**12. PAGE 23:25 TO 24:01  (RUNNING 00:00:06.142)**

```
25          Q   After the staff employee in sales position,
00024:01   what was the next title that you had?
```

**13. PAGE 24:02 TO 24:07  (RUNNING 00:00:21.018)**

```
02          MS. YU:  We have --
03          INTERPRETER RO:  Section chief?
```

**KoreanNoodles**

```
04          MS. YU:  It's not section chief.  That's
05  manager.
06          THE WITNESS:  I was an account manager.
07          MS. YU:  That is not account manager.
```

**14.  PAGE 24:10 TO 24:15  (RUNNING 00:00:14.972)**

```
10          MS. YU:  Can we go off the record for a
11  second?  There's a set of translated terms that the
12  parties agreed to when describing these positions.
13  So let's go off the record for a few seconds.
14          THE VIDEOGRAPHER:  Going off the record at
15  11:10 a.m.
```

**15.  PAGE 24:17 TO 25:08  (RUNNING 00:00:58.924)**

```
17          THE VIDEOGRAPHER:  Going back on the record
18  at 11:14 a.m.
19          INTERPRETER LEE:  Interpreter would like to
20  make a correction on her previous rendition.  She
21  wants to change "staff employee" to "associate."
22  That's according to the stipulated terms.
23          MR. ALBERT:  Okay.  Anything else?  Are we
24  caught up?
25          MS. YU:  "And I believe I was an account
00025:01  manager" needs to be corrected as well.
02          INTERPRETER LEE:  Right.
03          MR. ALBERT:  Why don't we just -- for the
04  record and so it's clear and so that we have a clean
05  record, let me ask this.
06  BY MR. ALBERT:
07     Q  In 1999 you started out at Ottogi as an
08  associate; is that correct?
```

**16.  PAGE 25:08 TO 25:09  (RUNNING 00:00:03.093)**

```
08  associate; is that correct?
09     A  Yes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:55.745)**

**KoreanNoodles**

**Lim, Dong-Soo (Vol. 02) - 03/05/2018 [2829599]**                    1 CLIP  (RUNNING 00:01:18.890)



**LIMDONGSOO-0305**          **9 SEGMENTS  (RUNNING 00:01:18.890)**

**1. PAGE 119:01 TO 119:07  (RUNNING 00:00:20.382)**

```
00119:01                    HYESUN LEE,
      02  having been administered an oath, served as
      03  interpreter in the following deposition:
      04
      05                    DONG-SOO LIM,
      06  having been administered an oath, was examined and
      07  testified as follows:
```

**2. PAGE 119:17 TO 119:19  (RUNNING 00:00:10.822)**

```
      17    Q   Between the years 2005 and 2009, you were
      18  employed as a sales associate at Ottogi America,
      19  correct?
```

**3. PAGE 119:20 TO 119:20  (RUNNING 00:00:02.387)**

```
      20    A   Yes, that's correct.
```

**4. PAGE 177:13 TO 177:14  (RUNNING 00:00:06.769)**

```
      13    Q   Mr. Lim, did you negotiate the prices with
      14  your customers during the period 2005 to 2009?
```

**5. PAGE 177:15 TO 177:15  (RUNNING 00:00:02.389)**

```
      15    A   Yes.
```

**6. PAGE 181:13 TO 181:15  (RUNNING 00:00:09.097)**

```
      13    Q   In your negotiations with customers, was
      14  there a level below which you were not permitted to
      15  go?
```

**7. PAGE 181:16 TO 181:16  (RUNNING 00:00:03.617)**

```
      16    A   Yes, of course.
```

**8. PAGE 181:17 TO 181:17  (RUNNING 00:00:02.941)**

```
      17    Q   And how was that determined?
```

**9. PAGE 181:18 TO 181:20  (RUNNING 00:00:20.486)**

```
      18    A   It was our sales policy that we cannot go
      19  below the total cost at which Ottogi America
      20  imported the products.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:18.890)**

COURT EXHIBIT 33a

**Ottogi**

 <u>**Ackerberg, Daniel (Vol. 01) - 09/25/2017**</u>                    3 CLIPS  (RUNNING 00:01:06.928)

 44.1-9



**DA01**                        **2 SEGMENTS  (RUNNING 00:00:28.654)**

**1.  PAGE 44:01 TO 44:06  (RUNNING 00:00:23.754)**

```
00044:01      Q.   (By Ms. Brass)  Okay.  Did you or -- well,
     02   we'll start with you.  Did you speak with Dr. Mangum in
     03   between the preparation of your class certification
     04   report, the report that is Exhibit 4, and today while
     05   preparing your report or your rebuttal report or for
     06   this deposition?
```

**2.  PAGE 44:08 TO 44:09  (RUNNING 00:00:04.900)**

```
     08            THE WITNESS:  I don't believe I spoke to
     09   Dr. Mangum personally.
```

**Ottogi**

 **Ackerberg, Daniel (Vol. 01) - 09/25/2017**                    3 CLIPS  (RUNNING 00:01:06.928)

 137.10-137.15

**DA16**                    **2 SEGMENTS  (RUNNING 00:00:15.016)**          

**1.  PAGE 137:10 TO 137:12  (RUNNING 00:00:09.242)**

```
10      Q.   So did you check your conclusion of formulaic
11   price linkages with prices between Ottogi Korean and
12   Ottogi America?
```

**2.  PAGE 137:14 TO 137:15  (RUNNING 00:00:05.774)**

```
14              THE WITNESS:  So -- did I?  I don't
15   believe so.
```

**Ottogi**

 **Ackerberg, Daniel (Vol. 01) - 09/25/2017**                    **3 CLIPS  (RUNNING 00:01:06.928)**

 188.9-15

**DA22**                    **1 SEGMENT  (RUNNING 00:00:23.258)**                    

**1.  PAGE 188:09 TO 188:15  (RUNNING 00:00:23.258)**

```
09      Q.   Does the data that you looked at reflect
10  promotions that individual stores may have been
11  receiving from suppliers?
12      A.   It depends.  I mean, a lot of this data they
13  were reporting the price that they purchased this
14  product for, and it's sometimes unclear whether that
15  actually had discounts on it.
```

> **TOTAL: 3 CLIPS FROM 1 DEPOSITIONS (RUNNING 00:01:06.928)**

COURT EXHIBIT 34a

**KoreanNoodles**

## Kim, Bo-Gyoo (Vol. 01) - 04/01/2016

1 CLIP  (RUNNING 00:02:33.008)

Why is it that the -- you must ...

BK-0401-0002125                    1 SEGMENT  (RUNNING 00:02:33.008)



**1. PAGE 21:25 TO 22:25  (RUNNING 00:02:33.008)**

```
        25       Q.    Why is it that the -- you must
00022:01
        02   necessarily go through negotiations with
        03   the government and get approval from the
        04   government for price increases of Ramen
        05   product?
        06       A.    Firstly, I think there is
        07   certainly no doubt at this point in time
        08   that any and all price changes were done
        09   only upon receiving the government's
        10   approval, as was borne out by the rulings
        11   by the Korean Supreme Court and the High
        12   Court, concerning what was the KFTC
        13   investigation, concerning collusion
        14   allegations.
        15           Now, although I have not
        16   personally conducted those sorts of
        17   price-related negotiations, those who did
        18   have told me, in ordering me to prepare
        19   the underlying materials for those types
        20   of things, that basically, you know, from
        21   what I know and have seen, basically,
        22   these changes and/or, say, increases were
        23   based upon such materials.  And so that is
        24   why I think it is the planning team that
        25   is responsible for the conduct of such.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:33.008)**



COURT EXHIBIT 35a

Case Clip(s) Detailed Report

**Joong Rak Lee**

Thursday, November 29, 2018, 7:36:08 PM

**Joong Rak Lee**

---

## Lee, Joong R. (Vol. 01) - 03/21/2016

1 CLIP  (RUNNING 00:15:52.111)

Now, in your last role as an ...

**PLAY -0321-FINAL5**            **44 SEGMENTS  (RUNNING 00:15:52.111)**    

**1.  PAGE 5:19 TO 5:23  (RUNNING 00:00:18.224)**

```
19   J O O N G   R A K   L E E,
20        having first been duly sworn by
21        Sharon Lengel, the Notary Public,
22        was examined and testified as
23        follows:
```

**2.  PAGE 10:13 TO 10:16  (RUNNING 00:00:07.326)**

```
13        Q.   Okay.  I just used the term
14   "Nongshim Korea."  I was using that as
15   shorthand for "Nongshim Foods Co.
16   Limited."
```

**3.  PAGE 11:12 TO 11:17  (RUNNING 00:00:17.510)**

```
12        A.   So as somebody working for
13   Nongshim Co. Limited, I will be testifying
14   today.
15        Q.   If I use the term "Nongshim
16   Korea" for the company Nongshim Co.
17   Limited, will that make sense?
```

**4.  PAGE 11:18 TO 11:22  (RUNNING 00:00:08.500)**

```
18        A.   You are saying that you will
19   refer to Nongshim Co. Limited as Nongshim
20   Korea; right?
21        Q.   Correct.
22        A.   I understand.
```

**5.  PAGE 15:05 TO 15:05  (RUNNING 00:00:01.513)**

```
05        Q.   What is your current job title?
```

**6.  PAGE 15:06 TO 15:10  (RUNNING 00:00:19.126)**

```
06        A.   I formally left the care of the
07   company effective December 31, 2015, and
08   since then, I've been serving as a
09   consultant to the company, a full-time
10   consultant.
```

**7.  PAGE 15:20 TO 16:04  (RUNNING 00:00:23.532)**

```
20        A.   I spent 33 years with the
21   company ever since I originally came
22   on-board.  So to date, basically, I've
23   come to become fairly familiar with
24   certain things in a number of areas.  And
25   when the line-level folks make certain
00016:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   requests for some help, I, within the
03   extent of my understanding, provide some
04   consulting.
```

**8.  PAGE 17:12 TO 17:13  (RUNNING 00:00:03.020)**

```
12        Q.   Are you still a salaried
13   employee with Nongshim Korea?
```

## Joong Rak Lee

**9.  PAGE 17:14 TO 17:18  (RUNNING 00:00:17.221)**

         14      A.   Well, the thing is I am not a
         15   lay employee if, by that.  I served for --
         16   as an executive for something like ten
         17   years.  So I'm accorded the same treatment
         18   and status as an executive.

**10.  PAGE 19:19 TO 19:21  (RUNNING 00:00:05.576)**

         19      Q.   Now, in your last role as an
         20   executive, can you tell me what your job
         21   title was.

**11.  PAGE 19:22 TO 19:22  (RUNNING 00:00:01.425)**

         22      A.   I was a vice president.

**12.  PAGE 26:21 TO 26:22  (RUNNING 00:00:02.239)**

         21           But for how many years were you
         22   vice president?

**13.  PAGE 26:23 TO 26:24  (RUNNING 00:00:04.722)**

         23      A.   I served as vice president for
         24   ten years from 2006 through 2015.

**14.  PAGE 26:25 TO 27:02  (RUNNING 00:00:02.595)**

         25      Q.   And what was your job title
    00027:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02   before you were vice president?

**15.  PAGE 27:03 TO 27:03  (RUNNING 00:00:02.191)**

         03      A.   I was a senior manager.

**16.  PAGE 27:04 TO 27:05  (RUNNING 00:00:01.631)**

         04      Q.   For how many years were you
         05   senior manager?

**17.  PAGE 27:06 TO 27:09  (RUNNING 00:00:08.345)**

         06      A.   So I believe it was from -- and
         07   this is not exact, but I'm thinking
         08   perhaps 2000 through about 2005 for a
         09   period of about six years.

**18.  PAGE 27:23 TO 28:02  (RUNNING 00:00:10.974)**

         23      Q.   As either vice president or
         24   senior manager, was one of your duties
         25   related to the determination of the price
    00028:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02   of Ramen sold by Nongshim Korea?

**19.  PAGE 28:05 TO 28:07  (RUNNING 00:00:09.223)**

         05      A.   Well, my role did entail
         06   reviewing and making a determination on
         07   price-related matters.

**20.  PAGE 28:08 TO 28:09  (RUNNING 00:00:02.721)**

         08      Q.   Are you familiar with something
         09   called the planning team?

**21.  PAGE 28:10 TO 28:16  (RUNNING 00:00:20.410)**

         10      A.   So ever since coming on-board
         11   with the company in 1983 up until
         12   immediately before 2012, I was placed

**Case Clip(s) Detailed Report**
**Thursday, November 29, 2018, 7:36:08 PM**

## Joong Rak Lee

```
      13   within the planning department and never
      14   served anywhere else.  So that is pretty
      15   much what I did my entire career, at least
      16   for those 28 years or so there.
```

**22.  PAGE 29:03 TO 29:06  (RUNNING 00:00:08.525)**

```
      03        Q.   And is one of the functions of
      04   the planning team related to the
      05   determination of Ramen price for Ramen
      06   sold by Nongshim Korea?
```

**23.  PAGE 29:09 TO 29:22  (RUNNING 00:00:53.590)**

```
      09        A.   As part of planning work, these
      10   aspects having to do with goals and
      11   performance and such happen to be
      12   important aspects.  And as I mentioned
      13   earlier, as part of that or, for those
      14   reasons, I also participated in the review
      15   of pricing and such.
      16            And, in particular, I also held
      17   external-oriented -- external
      18   affairs-oriented duties, especially in
      19   terms of dealing with the government.  I
      20   would, to that extent, prepare materials
      21   and, if necessary, go in and actually
      22   provide explanations on things.
```

**24.  PAGE 33:14 TO 33:15  (RUNNING 00:00:02.963)**

```
      14        Q.   Are you familiar with the
      15   overseas sales team?
```

**25.  PAGE 33:18 TO 34:03  (RUNNING 00:00:28.895)**

```
      18        A.   As seen from an overall-company
      19   perspective, the revenue from the export
      20   side of things amounts to only something
      21   like 5 to 7 percent.  And, as such, I,
      22   from my perspective within planning, did
      23   not place too much emphasis on
      24   overseas-type matters.  Basically, the
      25   international team went about setting up
   00034:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   their own strategies and such on their
      03   own.
```

**26.  PAGE 34:21 TO 34:22  (RUNNING 00:00:02.665)**

```
      21        Q.   And were you ever a leader of
      22   the planning team?
```

**27.  PAGE 34:23 TO 35:06  (RUNNING 00:00:21.838)**

```
      23        A.   Well, ever since coming on-board
      24   with the company back in '83, I was
      25   serving in the planning team.  And in
   00035:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   2000, I was made the team leader.  And in
      03   2006, I was the executive in charge of
      04   said team.  So in a way, I served in a
      05   leadership position within planning
      06   throughout.
```

**28.  PAGE 40:12 TO 40:16  (RUNNING 00:00:09.268)**

```
      12        Q.   When did Nongshim Korea first
      13   become aware that the KFTC may have been
      14   investigating Nongshim Korea with respect
```

## Joong Rak Lee

        15    to the pricing of certain of Nongshim
        16    Korea's products?

**29. PAGE 40:19 TO 41:18  (RUNNING 00:01:22.749)**

        19        A.     Prior to them coming out to
        20    investigate, we had no idea.  We didn't
        21    even anticipate anything like that.  And
        22    if memory serves, this would be around
        23    2008, which coincides with the launching
        24    of the new government under President Lee
        25    Myung Bak and -- Lee Myung Bak.  And the
  00041:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    significance of that has to do with how
        03    the Lee government had made known its
        04    desire to stabilize the prices of certain
        05    goods.
        06        And, in fact, there was this
        07    expression, the "MB pricing," as to
        08    certain products that they designated
        09    shall fall under the government's eye in
        10    that regard, which included Ramen.  And
        11    these were basically items, merchandise,
        12    over which the government had thus
        13    promulgated its will that they shall keep
        14    a close eye over.
        15        And so at first, when they came
        16    out to investigate, we were thinking that
        17    maybe it was on such account, because of
        18    that, at least at first.

**30. PAGE 41:19 TO 42:17  (RUNNING 00:01:16.981)**

        19        Just to further elaborate on
        20    that, when we would raise the price as to
        21    our products, we would always do so in
        22    consultation with this one particular
        23    government office that is charged with
        24    controlling prices on certain goods.  We
        25    would seek their prior approval for any
  00042:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    price increases.
        03        In comparison to them, the
        04    KFTC's objectives have to do not with the
        05    controlling or stabilization of price, per
        06    se, but rather to encourage competition
        07    within the marketplace, which, of course,
        08    is the underlying, say, theme of
        09    capitalism.  We understand that.
        10        But -- so when this
        11    investigation first came about, we were
        12    rather perplexed.  And, in fact, there
        13    were certain news reports in the press
        14    about how perhaps was this something that
        15    the MB Blue House had ordered the KFTC to
        16    undertake, you know, things like that in
        17    the press.

**31. PAGE 42:18 TO 42:20  (RUNNING 00:00:04.675)**

        18        Q.     I'm just a little unfamiliar
        19    with the term "MB Blue House."
        20        Can you tell me what that is.

**32. PAGE 42:21 TO 42:22  (RUNNING 00:00:05.200)**

        21        A.     That's in reference to then
        22    president Lee Myung Bak, M.B.

## Joong Rak Lee

**33. PAGE 42:23 TO 43:03  (RUNNING 00:00:15.999)**

```
         23            So as I said, the government
         24    had, in fact, set aside a number of
         25    products, saying these are subject to
  00043:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    government stabilization control efforts;
         03    hence, MB price control items.
```

**34. PAGE 47:25 TO 48:03  (RUNNING 00:00:09.829)**

```
         25      Q.    Was there ever an attempt by
  00048:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    Nongshim Korea to determine which
         03    documents were taken by the KFTC?
```

**35. PAGE 48:04 TO 49:08  (RUNNING 00:01:48.464)**

```
         04      A.    It was apparent to me that,
         05    seeing as I was the one who worked on
         06    obtaining government approval, indeed,
         07    since I was the one who prepared documents
         08    relating to such, apparently, they were
         09    targeting mostly me.  And I recall lodging
         10    some vehement complaints.
         11            In fact, when I was haled in,
         12    and subject to their investigation, I
         13    asked them as to what kind of documents
         14    they had taken, what kind of documents
         15    they may be talking about, and, thus,
         16    registered complaints.
         17            And this is around 2008, as I
         18    recall.  The interrogation room was sort
         19    of closed; no windows.  Two of them were
         20    there.  There was this table with sort of
         21    a -- a divider of a sort; no water.  I was
         22    there for five hours.  And they would say
         23    if I didn't provide a truthful answer, in
         24    view of whatever documents, then they're
         25    just not going to leave me alone.
  00049:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02            And whereas there have been two
         03    statements -- one was a statement; the
         04    other one was a protocol of examination --
         05    at least the one from 2008, I was forced
         06    to sign without even getting to look at
         07    it.  The overall atmosphere was rather
         08    intimidating, to say the least.
```

**36. PAGE 49:09 TO 50:05  (RUNNING 00:01:11.309)**

```
         09            And -- and, I guess, on account
         10    of me being an executive, they decided to
         11    take on a very insulting sort of approach
         12    to me.  They were dealing with me in a
         13    sort of a derogatory way so as to make me
         14    feel bad.
         15            And I kept indicating to them
         16    that ever since 2000, we had always and
         17    only raised prices upon being granted
         18    government approval beforehand, that, as
         19    such, we were not at fault in any way,
         20    that we had internal documents proving
         21    such, that it was all pursuant to
         22    consultation with the government.
         23            And yet these fellows were
         24    clearly not going to have any of it
         25    because I wasn't giving them the right
```

## Joong Rak Lee

```
00050:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02  answer that they wanted to hear.  And at
      03  that time, because we didn't -- because we
      04  knew that we didn't make any mistakes, we
      05  had not had counsel present.
```

**37. PAGE 50:06 TO 50:14 (RUNNING 00:00:30.834)**

```
      06          And following that, there were
      07  still a number of occasions when we had
      08  these encounters.  And we, of course,
      09  continued to provide them with
      10  documentation as to this prior government
      11  approval.  And ultimately, these
      12  individuals too were able to confirm as
      13  much on their own by way of the respective
      14  government bodies.
```

**38. PAGE 50:24 TO 51:02 (RUNNING 00:00:08.535)**

```
      24          But anyhow, based upon that, we,
      25  at that point -- point in time, figured
00051:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02  that the matter had been -- had concluded.
```

**39. PAGE 61:20 TO 61:24 (RUNNING 00:00:29.005)**

```
      20   Q.   Before 2010, when you're saying
      21  that the investigation was restarted, were
      22  you aware that the KFTC was looking to
      23  investigate collusion between the Ramen
      24  companies about the price of Ramen?
```

**40. PAGE 62:03 TO 64:04 (RUNNING 00:02:41.835)**

```
      03   A.   The Korean Fair Trade
      04  Commission, as -- as part of its duties,
      05  keeping an eye out -- well, their main
      06  role is to encourage competition within
      07  the marketplace.  It's across many
      08  different sectors.  They also deal with
      09  certain things about representations or
      10  advertising, truth in advertising, and
      11  such.  They also deal with certain aspects
      12  having to do with subcontractors and so
      13  forth.  And indeed, they also deal with
      14  cartel-related sorts of things.
      15          So when they were initially
      16  investigating things with respect to our
      17  company, we figured it could be anything.
      18  And regarding our company's raising of
      19  prices every now and then, if and when we
      20  did that, that would be something that the
      21  two gentlemen, the CEO and the EVP, plus I
      22  would undertake, because this was a very
      23  important thing.  We were working with the
      24  government.  And -- but never was there
      25  any occasion for us to, you know, consult
00063:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02  other companies or do anything in that
      03  regard.
      04          For us, this -- the most
      05  pressing business at hand was working with
      06  the government authorities.  And perhaps
      07  it was on account of that that it was kind
      08  of -- we were kind of late on the uptake
      09  in terms of these sorts of things.
      10          And, in fact, so come 2010, the
      11  KFTC starts anew with a new investigation.
```

## Joong Rak Lee

```
        12   And mind you, at this point in time, there
        13   is a slight price drop, a price reduction
        14   on our part.  But we hear certain rumors
        15   about how the KFTC is pressing for
        16   leniency or they're trying to cajole
        17   people into certain things.
        18          And it was then that it became
        19   apparent to us that they were -- they had
        20   embarked upon investigations as to a
        21   putative cartel.
        22          This was kind of like -- almost
        23   like a novel because it was clear to us
        24   that they had drummed up these things.
        25   They made things up.  And they were now
00064:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   embarking upon some vendetta.  And this
        03   was something that worried us a great deal
        04   at this time.
```

**41. PAGE 72:10 TO 72:12  (RUNNING 00:00:06.308)**

```
        10          MR. LINKH:  All right.  I would
        11   like to introduce an exhibit.  It was
        12   previously marked as Exhibit 99.
```

**42. PAGE 73:07 TO 73:08  (RUNNING 00:00:05.825)**

```
        07      Q.   Can you tell me what date this
        08   document seems to be dated.
```

**43. PAGE 73:20 TO 73:25  (RUNNING 00:00:18.614)**

```
        20      A.   As I look at this, what I do
        21   recall is the fact that it was on June
        22   the 3rd, 2008, when the KFTC investigators
        23   visited the company.  And as I look at
        24   this, this says "June the 27th," which, by
        25   the way, this is the first time I'm seeing
```

**44. PAGE 74:02 TO 74:02  (RUNNING 00:00:00.181)**

```
        02   this particular document.
```

<div style="border:1px solid #000; background:#ffffcc; display:inline-block; padding:4px;">
**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:15:52.111)**
</div>



COURT EXHIBIT 36a

Case Clip(s) Detailed Report

# Joong Rak Lee

Friday, November 30, 2018, 4:59:10 PM

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:59:10 PM**

---

### Joong Rak Lee

---

### Lee, Joong R. (Vol. 01) - 03/22/2016                    1 CLIP  (RUNNING 00:47:21.996)

> Did Nongshim Korea suffer any ...

**PLAY -0322-FINAL3**                    **50 SEGMENTS  (RUNNING 00:47:21.996)**    

**1. PAGE 4:14 TO 4:18  (RUNNING 00:00:05.872)**

```
14    J O O N G   R A K   L E E,
15         having previously been duly sworn
16         by Sharon Lengel, the Notary
17         Public, was examined and
18         testified as follows:
```

**2. PAGE 4:24 TO 5:02  (RUNNING 00:00:12.460)**

```
24         Q.    Can you tell me how Nongshim
25    Korea decides to increase the prices of
00005:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    the Ramen it sells.
```

**3. PAGE 5:16 TO 7:09  (RUNNING 00:02:15.141)**

```
16         A.    So to briefly relate to you the
17    internal process via which the company
18    would review or evaluate whether or not to
19    raise prices and ultimately decide to do
20    so, we would do so first of all only with
21    respect to the domestic Korean market.
22         And the process are as follows:
23    Basically, there is the internal, say,
24    review process that our department would
25    undergo.  And that would be based upon
00006:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    government-oriented material.  And to the
03    extent we would need to obtain approval
04    from the government, we would also be
05    referencing such material.  This is a
06    quick synopsis.
07         And just to entail to you the
08    process via which the government would
09    grant us approval, going back, South Korea
10    went -- or Korea went through the Korean
11    War.  And the years ensuing are
12    characterized by rapid economic growth and
13    years of military dictatorships.
14         And to a certain extent, Korea
15    did become a democratic country, but the
16    government nonetheless kind of tightly
17    controlled things when it came to economic
18    growth and the stabilization as to prices.
19    And the price of these sorts of items fall
20    under those efforts to control prices.
21         Now, prior to the year 2000 -- I
22    should say, actually, during the '90s --
23    before the '90s, basically, a lot of
24    companies, including Ramen companies, all
25    went in and basically had to obtain
00007:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    approval if and when it was necessary to
03    raise the prices.
04         Following the '90s, basically,
05    the government would summon the most
06    representative company among them, that
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:10 PM

## Joong Rak Lee

```
07   is, the company with the largest market
08   share, and grant approval on an exemplary
09   basis.
```

**4.  PAGE 7:10 TO 7:17  (RUNNING 00:00:24.300)**

```
10           And it so happens that the arm
11   of the government that is responsible for
12   controlling prices, it used to be the
13   Ministry of Economic Planning.  And at one
14   time or another, it was also known as the
15   Finance and Economics Ministry.  And now
16   it is called the Ministry of
17   Planning/Finance.
```

**5.  PAGE 7:21 TO 7:22  (RUNNING 00:00:05.104)**

```
21       A.   And within the ministry,
22   presently, there is a --
```

**6.  PAGE 8:03 TO 8:25  (RUNNING 00:01:09.892)**

```
03       A.    -- there is a Bureau of Economic
04   Policy, underneath which there are four to
05   five departments.  And the most important
06   one of them is the Department of Price
07   Policy.
08           And so basically, what our
09   company would have to do would be to
10   explain to them the present situation and
11   what kind of phenomena are out there that
12   compel us to want to seek a price increase
13   and how that might impact the bottom line
14   as for us.
15           And this, mind you, comes after
16   the company internally takes a look at how
17   and if -- if and how there are other ways
18   through management innovations and what
19   have you that we could somehow absorb
20   certain impacts internally.  If all else
21   fails, then we end up saying to the
22   government, "We are going to need to kind
23   of cover things by yea much" and thus
24   basically submit some material to that
25   effect.
```

**7.  PAGE 9:19 TO 9:24  (RUNNING 00:00:20.151)**

```
19           Now, starting around 2008, this
20   matter was no longer limited to the
21   Ministry of Planning and Finance, because
22   even in the overall food sector, the
23   Ministry of Agriculture and Food started
24   applying price controls.
```

**8.  PAGE 9:25 TO 10:13  (RUNNING 00:01:14.834)**

```
25             And, as such, at that time, just
00010:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   to recite some names of individuals with
03   whom we would be in contact, there was the
04   head of the bureau, Chang Beom Lee, and
05   team leader, In Hong Yeo, who is actually
06   presently the deputy minister of the
07   Ministry of Food.  And there was also an
08   officer by the name of Jae Gab Lee.  And
09   on the part of the Ministry of Planning
10   and Finance, there was a Bureau Chief,
11   Cheol Gao Park, and the deputy head, Jong
```

## Joong Rak Lee

```
        12    Hwa Lee, and an investigator by the name
        13    of In Young Park.
```

**9.  PAGE 10:14 TO 11:07  (RUNNING 00:00:57.243)**

```
        14            And now, more recently, with
        15    respect to the 2011 price increase by us,
        16    on that occasion, instead of seeking the
        17    approval from the Ministry of Planning and
        18    Finance first, we sought to obtain
        19    approval from the Ministry of Agriculture
        20    and Food, who then, in turn, consulted
        21    with the Ministry of Planning and Finance
        22    during the deputy secretary --
        23            THE INTERPRETER:  Strike.
        24       A.    -- the conference of the deputy
        25    secretaries for price stabilization.
  00011:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02            And then, in turn, with the
        03    Ministry of Planning and Finance granting
        04    their approval, that ultimately was kicked
        05    upstairs to the Blue House.  That is the
        06    approval process that we undertook on that
        07    occasion.
```

**10.  PAGE 11:08 TO 12:12  (RUNNING 00:01:31.865)**

```
        08            So on that occasion, when we
        09    were obtaining the approval from the
        10    Ministry of Agriculture and Food, we
        11    submitted certain materials, which was
        12    scrutinized by their internal experts and
        13    also by a certain research entity that is
        14    subordinate to the Ministry of Agriculture
        15    and Food, whose members basically pored
        16    over all our material to verify the
        17    details.
        18            And whereas, typically, when we
        19    would obtain government approval, it would
        20    be -- it would consume about three months
        21    before there was any final decision.  But
        22    here, when going through the Ministry of
        23    Agriculture and Food, it took us nine
        24    months.
        25            And also among the decisions
  00012:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    that they would make would be when to have
        03    this price increase become effective as
        04    part of the overall price control policy
        05    on the part of the government.
        06            And by that, I'm talking about
        07    how whereas they monitor prices and such
        08    things within the marketplace on a monthly
        09    basis, they would come to a certain
        10    decision as to when might be the
        11    appropriate time to effectuate such a
        12    price change.
```

**11.  PAGE 12:13 TO 14:09  (RUNNING 00:02:39.461)**

```
        13            And briefly to relate to you the
        14    individuals with whom we interfaced in
        15    obtaining approval and such, first of all,
        16    there was this individual named Beom Kook
        17    Kwak, who now serves as the president of
        18    KDIC, Korea Depository Insurance
        19    Corporation.
        20            There was a manager-level
```

## Joong Rak Lee

```
        21    individual who was in charge of the
        22    Department of Food Policies, namely,
        23    Myeong Cheol Choi, and an
        24    investigator-level individual named Hyeong
        25    Sik Kim.  So together with those
00013:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    individuals, we worked on the matter for
        03    nine months and obtained final approval.
        04          And, as I said, the approval
        05    would entail such things as the timeframe
        06    for the implementation, a certain day in
        07    certain month, the items subject to this
        08    price increase, the suggested consumer
        09    price per individual item, the rate of
        10    increase as a matter of percentage of the
        11    choolgo price, the absolute actual amount
        12    that thus gets raised, and so forth.  This
        13    was all part of the ultimate decision.
        14          Now, lastly, there was this
        15    thing about how to inform the press, the
        16    media, about this price increase.  And so
        17    what we would do is we would create some
        18    PR-related material and take it in to the
        19    ministry.  And the food -- Agriculture and
        20    Food Ministry would take a look at it, and
        21    they would basically approve what we would
        22    say, or otherwise, they would say, "This
        23    is the way you're going to break this."
        24          And so then upon being granted
        25    approval in that regard, we would bring it
00014:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    back and provide that to our PR team, and
        03    they would deal with the press, as
        04    necessary.
        05          So to recap, there were
        06    basically four aspects to these approvals;
        07    namely, it has to do with the timing --
        08    the items, the rate of increase, and the
        09    amount as increased, plus PR aspects.
```

**12.  PAGE 14:10 TO 16:04  (RUNNING 00:02:47.762)**

```
        10          And then came September of 2008.
        11    Basically, I'm talking about the Lehman
        12    Brothers incident that took place around
        13    the end of 2007 that basically became a
        14    worldwide financial global crisis, upon
        15    which prices, the cost of raw materials,
        16    skyrocketed.
        17          And now, this round, we were
        18    dealing with a minister-level individual
        19    named Jin Sik Yoon, who was the first
        20    minister within the Blue House,
        21    responsible for the economy.
        22          And our then CEO, Mr. Wook Son,
        23    says, "Look.  I've got an appointment with
        24    Minister Yoon.  You guys need to prepare
        25    material.  You come with me."
00015:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02          And so he took me.  And there, I
        03    basically put on a presentation before
        04    Minister Yoon.  I explained to the parties
        05    there as to why we found it necessary to
        06    raise prices in spite of our best efforts
        07    to bring about a company wide innovation.
        08          And mind you, this Mr. Son of
        09    ours was a long-time Samsung man, known
```

## Joong Rak Lee

```
        10    for his efforts at innovation within the
        11    company.  And, basically, of all the
        12    factors that gave rise to that justified
        13    our having to raise our prices, we were
        14    settling for just 50 percent of what was
        15    necessary.
        16             And so aside from Minister Yoon,
        17    just to talk in terms of the parties who
        18    were present, there was a administrative
        19    officer by the name of Hyeong Il Lee.
        20             And so needless to say, these
        21    were very complex and difficult processes
        22    that we were having to go through to
        23    obtain the approval of the government.
        24             For our company, this was a very
        25    serious and difficult matter.  It's not
00016:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    the thing you get to or want to discuss
        03    with any other company out there.  This
        04    was something very important for us.
```

**13.  PAGE 16:05 TO 16:21  (RUNNING 00:00:56.234)**

```
        05             Needless to say, this was
        06    something that was -- this was something
        07    important for the company.  And should
        08    the -- should this kind of information
        09    somehow be breached, if somehow there's a
        10    leak, then everything would come to a
        11    stop.
        12             And, as such, the only people
        13    who were privy to this were Mr. Son
        14    himself and Mr. Sang Yoon Lee, our CEO,
        15    and Mr. Jong Seock Yoo, our EVP, who was
        16    my boss, and, of course, myself.  So it
        17    was basically just those three
        18    individuals, aside from myself, who were
        19    privy to this kind of information in these
        20    efforts of ours in dealing with the
        21    government.
```

**14.  PAGE 16:22 TO 18:03  (RUNNING 00:02:11.250)**

```
        22             Now, of late, the Ministry of
        23    Planning and Finance set up a price
        24    control HQ named the Consumer -- Council
        25    of Consumer Associations for price control
00017:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    purposes.
        03             And I recall, as such, going in
        04    and providing an explanation sometime in
        05    the spring of 2009 to Messrs. Cheon Ju
        06    Kim, who is the head of said council,
        07    Jeong Soo Lee, who was the Secretary
        08    General there, Young Joo Kim, the head of
        09    the price control HQ.
        10             And they, in turn, would turn
        11    around and provide their own analysis and
        12    take on things to the Ministry of Finance
        13    and -- Planning and Finance in making
        14    certain recommendations concerning price
        15    controls.  So this is another way to say
        16    that the government has conducted price
        17    control in various ways.
        18             So we would deal with the
        19    government itself, the government, per se.
        20    We would deal with certain lower-echelon
```

## Joong Rak Lee

```
        21    entities within government.  We would also
        22    deal with certain either professional or
        23    dedicated entities under their auspices.
        24            And the point is that the
        25    Country of South Korea has exercised a
00018:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    very deliberate and systematic approach to
        03    controlling prices over the years.
```

**15. PAGE 18:04 TO 18:13  (RUNNING 00:00:35.917)**

```
        04            And also during 2008, aside from
        05    the main bodies of the government, even
        06    the KFDA basically started demanding that
        07    we account for certain price-related
        08    aspects, all as part of their price
        09    stabilization policies.  So having been
        10    summoned, I recall going in there on two
        11    occasions and providing an explanation to
        12    a certain manager by the name of Jae Yong
        13    Lee.
```

**16. PAGE 18:14 TO 19:24  (RUNNING 00:02:02.663)**

```
        14            And as I related to you
        15    previously, there was this meeting amongst
        16    deputy ministers from various departments
        17    within the South Korean government having
        18    to do with price stabilization.
        19            And I recall there being a
        20    bureau head of the Department of Food at
        21    one time or another saying, "Either don't
        22    allow a price increase as to Ramen
        23    products or allow only for a minimum price
        24    increase."
        25            And upon hearing something like
00019:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    that, I thought that, Okay.  So this is
        03    going to take quite some while.
        04            And the fact of the matter is
        05    one cannot effectuate a price increase in
        06    the absence of government approval,
        07    because that immediately impacts your very
        08    existence as a company, your ability to
        09    conduct sound management, your ability to,
        10    in fact, make ongoing investments.
        11            So as such, the issue of whether
        12    or not to increase price, this is always a
        13    very difficult matter, for which reason
        14    you necessarily must obtain government
        15    approval.  It's to the point where the
        16    company saw fit to have a dedicated
        17    person, sort of an expert in these
        18    matters, namely, yours truly.
        19            And, basically, I, from the
        20    perspective of planning, would prepare for
        21    these sorts of things.  I would make
        22    reports to my higher-ups.  I would
        23    sometimes, as necessary, provide
        24    explanations, as I've previously entailed.
```

**17. PAGE 19:25 TO 20:15  (RUNNING 00:00:37.151)**

```
        25            And this whole process, the kind
00020:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    of work involved, is something that would
        03    require as to -- would require me to go
        04    and appear before these government
```

## Joong Rak Lee

```
05   officials on 10 to 20 occasions, maybe 30
06   occasions.
07          And on each occasion, on the
08   short end, we're talking about maybe
09   30 minutes; on the long side, maybe three
10   to four hours, during which, if they so
11   required, I would provide an explanation.
12   In addition to the rough information that
13   we'd provided, I would give them a
14   detailed explanation as to things and
15   basically mutually consult.
```

**18. PAGE 20:16 TO 20:20  (RUNNING 00:00:20.490)**

```
16          And I would submit to that it is
17   all of the foregoing that the Korean
18   Supreme Court, in its findings of fact and
19   determination on the law, basically came
20   to make its judgment.
```

**19. PAGE 20:21 TO 20:23  (RUNNING 00:00:08.603)**

```
21   Q.   Did Nongshim Korea ever increase
22   prices before consulting with the
23   government about the price increase?
```

**20. PAGE 21:02 TO 21:03  (RUNNING 00:00:04.150)**

```
02   A.   To my recollection, I believe
03   there to have been only one such occasion.
```

**21. PAGE 21:04 TO 21:04  (RUNNING 00:00:03.000)**

```
04          If I may just further elaborate.
```

**22. PAGE 21:05 TO 21:05  (RUNNING 00:00:02.097)**

```
05   This is something that happened in 2008.
```

**23. PAGE 21:05 TO 23:08  (RUNNING 00:02:53.850)**

```
05   This is something that happened in 2008.
06   And as we've already discussed, this
07   2007-through-2008 timeframe is when this
08   global financial crisis came about.  And
09   it was on account of that that there was a
10   skyrocketing as to all the raw material
11   costs, from the cost of palm oil to starch
12   to flour, even the green onions and so
13   forth and so on.
14          And internal -- internally
15   within the company, we had just taken
16   on -- we took on Mr. Son Wook -- Wook Son
17   as our new CEO, Mr. Son being a long-time
18   Samsung man, known as the management
19   process innovator of South Korea.
20          And as things happened to be, he
21   had brought over with him a cadre of
22   Samsung executives.  The atmosphere
23   prevailing within the company was -- oh,
24   it was rather subdued.  And, basically,
25   you weren't -- people couldn't quite say
00022:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   anything against the will of upper
03   management, as such.  And, basically, he
04   did as he saw fit.
05          And in the meantime, the price
06   of all these items were skyrocketing.  And
07   to make things worse, this was on the eve,
08   as it were, of the MB, Lee Myung Bak,
```

## Joong Rak Lee

```
          09   administration.  And because of that, with
          10   things remaining opaque as to who would
          11   ultimately become the new government
          12   discussion partner, our people didn't
          13   quite know with whom to interface.
          14          And the government bureaucrats,
          15   for their part, they were a little
          16   lackadaisical in terms of things.  They
          17   were dragging their feet because,
          18   ultimately, it becomes an issue of
          19   accountability.
          20          And at some point in time,
          21   Mr. Son says, "Okay.  If this much is what
          22   we need to obtain in terms of a price
          23   increase, let's say, 100 percent, then
          24   we're going to shoot for only 50 percent
          25   of that.  The rest of it we're going to
00023:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02   attain by way of internal innovations,"
          03   which meant there was this period of
          04   restructuring, wherein which the wages
          05   were frozen, both for executives as well
          06   as your lay employee.  Effectively, the
          07   company was in -- was running on an
          08   emergency basis.
```

**24.  PAGE 23:09 TO 24:21  (RUNNING 00:02:05.936)**

```
          09          So just to quickly recap,
          10   Mr. Son was somebody who had virtually no
          11   understanding as to the dynamics affecting
          12   the pricing of Ramen.  And with him coming
          13   on-board, we basically no longer had these
          14   other gentlemen; namely, Vice Chairman,
          15   Sang Yoon Lee, and EVP, Jong Seock Yoo,
          16   who, for decades, had been interfacing,
          17   quite well, I would say, with the
          18   government.  So now everything was being
          19   run under the new helm of Mr. Son.
          20          And it was sometime thereafter
          21   that the KFTC, as part of the MB price
          22   control efforts, embarked upon its
          23   investigation against our company,
          24   Nongshim.
          25          And as part of that, as I told
00024:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02   you, I remember having to deal with the
          03   Ministry of Planning and Finance, namely
          04   in terms of Cheol Gao Park, the Bureau
          05   Chief, and the -- whatever the officer's
          06   name was, and also with the Ministry of
          07   Agriculture and Food products, more
          08   specifically in terms of the bureau chief,
          09   Chang Beom Lee, and the manager, In Hong
          10   Yeo, who now is a deputy minister, as I
          11   told you.
          12          So having been summoned many
          13   times to appear before them, they
          14   basically said, "Look.  Reduce your Ramen
          15   prices."  "Reduce your Ramen prices," they
          16   would tell me.
          17          I recall that at least at a
          18   minimum of two to three occasions, I was
          19   haled to appear before the Ministry of
          20   Planning and Finance and probably three or
          21   more times before the Food Department.
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:10 PM

## Joong Rak Lee

**25.  PAGE 24:22 TO 25:11  (RUNNING 00:00:42.022)**

```
         22              And so that you understand,
         23    Mr. Son was somebody who was an
         24    experienced Samsung guy in terms of the
         25    exportation of electronic products, which
00025:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    is a way to say that he had no
         03    understanding about the domestic Ramen
         04    space.  He basically just didn't
         05    understand things in terms of the
         06    situation we were facing here on the eve
         07    of the launching of a new government under
         08    a new president and how the price of
         09    everything was skyrocketing, such that
         10    many, many Korean companies folded during
         11    this period of time.
```

**26.  PAGE 29:03 TO 29:06  (RUNNING 00:00:09.811)**

```
         03       Q.    Did Nongshim Korea suffer any
         04    punishment or penalty from the government
         05    when it raised prices in 2008 before
         06    consulting the government?
```

**27.  PAGE 29:07 TO 31:11  (RUNNING 00:03:10.033)**

```
         07       A.    I wouldn't say that there was
         08    anything that impacted us in terms of
         09    economic sanctions or anything.
         10              But as I alluded to during the
         11    last hour, I was basically hauled in on
         12    two or three occasions to the Ministry of
         13    Strategy and Finance, and I had to
         14    basically meet with the director general,
         15    Cheol Gao Park, director of price
         16    policies, Jong Hwa Lee, and the
         17    investigator, In Young Park, who basically
         18    put pressure on me, saying, "Reduce the
         19    prices.  Reduce the prices."
         20              And then I, of course, was
         21    hauled in on two occasions, as I recall,
         22    to the Ministry of Agriculture, Food, and
         23    Rural Affairs.  And I, again, was told by
         24    the director general, Chang Beom Lee, Team
         25    Leader Yeo In -- In Hong Yeo, and
00030:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02    Investigator Jae Gab Lee, again, to reduce
         03    our prices.
         04              And on such occasions, when I
         05    would be overseas on a business trip, one
         06    of my subordinates -- team leader -- then
         07    Team Leader Bo-Gyoo Kim went in to see
         08    these folks in my stead where he was
         09    subjected to the same kind of pressure.
         10    So, as such, you do something without any
         11    prior consultation with them; then they
         12    immediately haul you in.
         13              And, basically, at the end of
         14    the day, it was then chairman, Mr. Wook
         15    Son, who basically had to go in to the
         16    Blue House where he dealt with the
         17    ministerial level head of the economy,
         18    Mr. Yoon, himself.
         19              And so leaving aside any legal
         20    aspects to this, essentially, we're
         21    talking about a loss of trust, you know,
         22    that you may have enjoyed with the
```

## Joong Rak Lee

```
        23    government.  And when you're running a
        24    business, this basically tends to impact
        25    you in terms of other regulatory aspects,
00031:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    such as in terms of the environment,
        03    labor, food safety-related aspects.  We --
        04    obviously, when you run a business, you
        05    tend to be -- you find yourself in a
        06    number of different sectors.
        07            So, as such, these sorts of
        08    things tend to become something quite
        09    worrisome.  This is something that would
        10    concern us, that did certain us a great
        11    deal, as such.
```

**28.  PAGE 31:15 TO 32:16  (RUNNING 00:01:16.311)**

```
        15        A.    And as I previously explained to
        16    you, there were certain discussions held
        17    at the vice ministerial level for a price
        18    controls.  And there were also level --
        19    working-level meetings for slightly
        20    lower-echelon people, in which people from
        21    other governmental bodies, such as the
        22    KFTC, would also be in attendance.
        23            The point here is that if you
        24    are -- seem to be out of line, then it
        25    doesn't pan out too well for you.
00032:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02            For instance, the Ministry of
        03    Industry and Resources, at one time or
        04    another, said, "Don't" -- "You don't need
        05    to print the price of goods on the
        06    packaging."  And then they say, "You
        07    should print it."
        08            But on some other occasion, they
        09    say, "Print it, but you print the price
        10    before the price increase."
        11            And, of course, if you don't
        12    comply, they say -- they haul you in
        13    and -- on so many occasions.  They say,
        14    "How come you are not complying?" and "Are
        15    you or are you not going to comply?" and
        16    so forth.  That's it.
```

**29.  PAGE 32:17 TO 32:20  (RUNNING 00:00:12.716)**

```
        17        Q.    Do you think that the KFTC
        18    investigation in 2008 was a result of
        19    Nongshim's failure to consult with the
        20    government before the 2008 price increase?
```

**30.  PAGE 32:21 TO 36:09  (RUNNING 00:04:04.404)**

```
        21        A.    You know, so all this basically
        22    happened right when Mr. Wook Son came
        23    on-board as our new CEO.  Here he was,
        24    known as the evangelist for innovation
        25    within Korea, the Jack Welch of Korea, as
00033:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    he was known, right then and there during
        03    this 2007/2008 financial crisis.
        04            So out went our Sang Yoon Lee
        05    and Jong Seock Yoo, and, essentially,
        06    under the helm of a new sheriff in town,
        07    who had nothing -- who knew nothing about
        08    the Ramen space, basically, we were
        09    basically looking at a new Korean
```

## Joong Rak Lee

```
        10   government coming -- soon coming into
        11   place, as this was on the eve of the MB
        12   administration being sworn in.
        13          And in view of the dire
        14   circumstances, without any prior
        15   consultation, just because things were so
        16   dire where every day counted, Mr. Son
        17   basically said, "Why don't we just try
        18   raising it by 50 percent."
        19          And you should keep in mind the
        20   fact that the -- these investigations by
        21   the KFTC wasn't just in terms of the Ramen
        22   space; it was also about cookies,
        23   crackers, drinks, and so forth.  The KFTC
        24   embarked upon an industry-wide
        25   investigation for all companies out there.
00034:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02          And, yeah.  We did figure that
        03   it must be on account of our raising of
        04   our prices that probably resulted in the
        05   investigation.
        06          But here in 2008, this is what
        07   we were thinking.  Seeing as how we --
        08   since 2001 and so forth, we would always
        09   obtain the government's prior approval,
        10   and at this point in time, all the
        11   companies out there were raising their
        12   prices in view of the financial crisis.
        13          You know, I was going in to
        14   explain and be on the receiving end of the
        15   pressure from the government authorities
        16   to reduce our prices.
        17          But I would go and appear before
        18   the KFDA, the Ministry of Strategy and
        19   Finance, the Ministry of Agriculture,
        20   Foods -- Food and Rural Affairs, and the
        21   Blue House itself indeed.
        22          And ultimately, it was our
        23   impression that these efforts on the part
        24   of the KFTC was all part of those efforts
        25   to exert downward pressure upon us.
00035:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02          MS. KIM:  Mr. Translator, I'd
        03   like to note that the translation at
        04   32:06, "raising it by 50 percent," I
        05   believe the witness said, "raising it
        06   by 50 percent of the cost of" -- I
        07   mean, you don't have to translate
        08   this, obviously, but -- "50 percent of
        09   what they basically intended to
        10   increase" --
        11          MR. DOSKER:  "Of increased
        12   cost."
        13          MS. KIM:  Yeah.  I forget what
        14   the Korean word is.  But there was a
        15   Chinese sort of a Korean word that was
        16   complex in there.
        17          THE INTERPRETER:  Not 50 percent
        18   of the entire product price is what
        19   you're saying; right?
        20          MS. KIM:  Exactly.
        21          THE INTERPRETER:  Yes.  I
        22   understand, and I apologize for that.
        23   But I thought it was probably clear
        24   based upon context.
        25          MR. LINKH:  That's what I
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:10 PM

## Joong Rak Lee

```
00036:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02      assumed too.
      03           MS. KIM:  If you can look at --
      04           THE INTERPRETER:  This
      05      interpreter cannot recall the actual
      06      word or words used in conjunction with
      07      that, if there were such.  But anyway,
      08      I think contextually, it should be
      09      clear.
```

**31.  PAGE 36:10 TO 36:15  (RUNNING 00:00:15.666)**

```
      10           MS. KIM:  Okay.  Thank you.
      11      A.    So if I may explain further, if
      12  the absolute price we really needed to
      13  increase our price by was, let's say, 100
      14  Korean Won, then we raised it by only 50
      15  Won.
```

**32.  PAGE 36:24 TO 37:04  (RUNNING 00:00:16.665)**

```
      24      Q.    When you talked to the
      25  government before receiving approval for a
00037:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02  price increase, did you ever receive
      03  written -- written approval from the
      04  government for that price increase?
```

**33.  PAGE 37:05 TO 38:07  (RUNNING 00:01:19.636)**

```
      05      A.    So upon there being a government
      06  approval, the granting of a government
      07  approval, such things would entail the
      08  date on which such an increase would be
      09  effective, the month and the day.  It
      10  would also entail the particular items
      11  subject to such an increase, the rate of
      12  the increase, the absolute amount based
      13  upon such rate.  And so sometimes, there
      14  would be something formal in terms of
      15  writing, in terms of their notification,
      16  or they would tell us to come in, on which
      17  occasions they would explain things to us.
      18           But prior to all this, you
      19  should keep in mind that they would have
      20  us -- have me bring in a bunch of material
      21  which would undergo several revisions.
      22  And ultimately, they would basically say,
      23  "Okay.  That is the way that it shall be
      24  decided."
      25           But if you're asking in terms of
00038:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02  something formal at the end of the day,
      03  there isn't anything like that separately
      04  because these things sort of constitute
      05  something confidential on the part of the
      06  government.  And so they don't want to
      07  leave any paper trail in that regard.
```

**34.  PAGE 38:08 TO 40:10  (RUNNING 00:02:45.265)**

```
      08           So along the same lines, we
      09  would engage in this process, if you will,
      10  and conduct discussions mutually with
      11  these government people.  And they would,
      12  from time to time, handle certain
      13  directives, guidelines, if you will, about
      14  the overall rules that pertain to the
      15  Ramen space or other items and about the
```

## Joong Rak Lee

```
       16    amount of any increase, the percentage of
       17    such, and so forth.
       18          So there would be this ongoing
       19    process, during which they would also
       20    suggest what the consumer -- recommended
       21    consumer price shall be, what the choolgo
       22    price shall be and so forth.
       23          And at the end of the day, when
       24    you engage in essentially the final
       25    discussions, it is from that point on that
00039:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    the Ministry of Food and -- Agriculture
       03    and Food and Rural Affairs would then
       04    consult with the Ministry of Strategy and
       05    Finance, and they would kick that up to
       06    the Blue House.  And this is this
       07    pan-governmental discussion body, if you
       08    will.  And they basically decide effective
       09    when these price -- increased prices shall
       10    be applied and so forth.
       11          And as part of this, they also
       12    provide some guidance as to what we need
       13    to say in terms of the PR aspects for
       14    public sentiment purposes.  And what we
       15    typically would do is we would draft
       16    something up on an A4-size page and take
       17    it in.  And they would basically grant us
       18    approval eventually on that.
       19          And we would say to the public
       20    that on account of such and such issues,
       21    we find it inevitable, but we have to
       22    raise the prices and so forth due to the
       23    impact upon our, say, cost and so forth.
       24    We would also talk about what the
       25    effective date of such an increase would
00040:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    be and so forth.
       03          And the point here is that the
       04    government essentially finalizes those
       05    things as part of their guidance.
       06       Q.    Did the government compel a
       07    specific price for which Ramen could be
       08    increased, or was it a range of prices
       09    that were acceptable, or was it something
       10    else?
```

**35.  PAGE 40:13 TO 41:03  (RUNNING 00:00:50.478)**

```
       13       A.    The way I look at that is this:
       14    If, on account of all the factors that
       15    gave rise to a necessary price increase --
       16    and that is, let's say, 100 percent, the
       17    government, for most of the part, would
       18    not allow that to be reflected.  So it's
       19    not a range, so to say, with respect to
       20    each item.  They would basically say, "You
       21    hold it at this line."  That's the way
       22    things went.
       23       Q.    When you say, "You hold it at
       24    this line," does that mean that the
       25    government was telling you that prices
00041:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    cannot be increased beyond a certain set
       03    number?
```

## Joong Rak Lee

**36. PAGE 41:17 TO 41:17  (RUNNING 00:00:01.635)**

        17      A.   Yes.  That's right.

**37. PAGE 41:23 TO 42:11  (RUNNING 00:00:37.488)**

        23      A.   So that we're on the same page,
        24   it is the government that would set the
        25   rate of increase and the absolute amount
    00042:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   as increased thereby as to the choolgo
        03   price for each of these brands, each of
        04   these items, in other words.  Indeed, it
        05   would be the government which would set
        06   the consumer price with respect to
        07   everything.
        08          So, again, it's not a ceiling or
        09   a range concept but the actual price as
        10   set by the government in their granting of
        11   their approval.

**38. PAGE 49:10 TO 49:12  (RUNNING 00:00:09.604)**

        10          If Nongshim chose to do so,
        11   could Nongshim charge less than the price
        12   that was approved by the government?

**39. PAGE 49:13 TO 49:14  (RUNNING 00:00:01.611)**

        13      A.   No, it couldn't.
        14      Q.   Okay.

**40. PAGE 49:15 TO 49:18  (RUNNING 00:00:17.705)**

        15      A.   The reason for that is the
        16   burden of -- in terms of the cost as to
        17   the raw materials actually far exceeded
        18   that.  So it was such that in the

**41. PAGE 49:18 TO 50:04  (RUNNING 00:00:35.819)**

        18   that.  So it was such that in the
        19   government eventually coming to some sort
        20   of a decision to grant approval, they
        21   would take several months in conducting
        22   feasibility studies and taking a look at
        23   what the nexus may be in terms of the
        24   Consumer Price Index and to have
        25   intradepartmental discussions amongst
    00050:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   themselves.  And so whenever they would
        03   decide on a certain price for us, we would
        04   just abide by that.

**42. PAGE 52:24 TO 53:02  (RUNNING 00:00:12.672)**

        24          What is the role of the planning
        25   team in implementing a Ramen price
    00053:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   increase in Nongshim Korea?

**43. PAGE 53:03 TO 53:08  (RUNNING 00:00:17.692)**

        03      A.   So the planning team undertakes
        04   the internal role of reviewing and
        05   evaluating certain things ultimately for
        06   the purposes of obtaining government
        07   approval as to prospective price
        08   increases.

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:10 PM

## Joong Rak Lee

**44. PAGE 53:09 TO 54:22 (RUNNING 00:02:14.424)**

```
09          And in concert -- in conjunction
10    with that, what the team does is to
11    monitor the plan versus actual performance
12    in terms of the company's domestic
13    management performance on a monthly basis.
14          Part of that entails keeping a
15    close watch over any changes as to the
16    cost dynamic having to do with raw and
17    sub-materials that go into the making of a
18    product and to keep a -- keep tabs on the
19    overall cost trend -- management cost
20    trend.
21          We also analyze the factors in
22    view of the actual performance and try to
23    ascertain as to what kind of an impact or
24    effect it may have upon the company and,
25    as such, take a long and hard look at the
00054:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    company's management performance.  And
03    ultimately, what we get to learn we try to
04    reflect by way of seeking management
05    innovations across the board throughout
06    various regions -- realms of the company.
07    And we try our best to seek internal
08    improvements.
09          And what we are not able to
10    attain in that regard, we basically try to
11    come up with some sort of a plan as to a
12    price increase and typically come up with
13    maybe three to four different proposals,
14    which, after we evaluate, we ultimately
15    make a certain recommendation to the CEO.
16          And based upon mutual
17    consultation with the gentleman, we
18    eventually decide upon a certain, say,
19    direction in terms of how we shall go
20    about engaging the government and
21    convincing them.  And then we go and meet
22    up with the government.
```

**45. PAGE 54:23 TO 54:24 (RUNNING 00:00:05.331)**

```
23          Q.    How does the planning team come
24    up with a plan for a price increase?
```

**46. PAGE 55:06 TO 55:13 (RUNNING 00:00:29.076)**

```
06          A.    So generally, the way it goes is
07    we first try to gain an understanding as
08    to what our certain controllable factors
09    in terms of the load against the company.
10    And we look at things in terms of each
11    product and see at what price things would
12    prove feasible were we to increase the
13    price.
```

**47. PAGE 55:14 TO 55:15 (RUNNING 00:00:04.334)**

```
14          Q.    Can you tell me what
15    controllable factors you look at.
```

**48. PAGE 55:16 TO 56:08 (RUNNING 00:00:49.943)**

```
16          A.    So by that, I'm talking about
17    expending certain efforts to do better
18    with what we have already got going in
19    terms of, let's say, either cutting down
```

## Joong Rak Lee

```
         20   on certain investments or seeking greater
         21   efficiencies as to our expense -- cost and
         22   expenses, seeking out certain customers,
         23   and if -- for certain things that we
         24   import the raw materials for, maybe
         25   seeking out a lower source for such.
00056:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
         02            Basically, I'm trying to
         03   describe seeking more -- better
         04   efficiencies across the board, certain
         05   things that we internally can make an
         06   effort to improve upon certain things.
         07   That is what I mean by things that are
         08   controllable, at least in part.
```

**49.  PAGE 56:09 TO 56:10  (RUNNING 00:00:05.176)**

```
         09        Q.    How often does the planning team
         10   come up with a plan for a price increase?
```

**50.  PAGE 56:11 TO 56:19  (RUNNING 00:00:31.053)**

```
         11        A.    In the normal course of things,
         12   we don't typically raise our prices.  We
         13   raise our prices if, and only if, there
         14   are certain costs impacting the company's
         15   management, such as a rise as to
         16   international prices for the raw materials
         17   or certain government policies or
         18   statutes, such as those having to do with
         19   the environment, which impact the company.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:47:21.996)**

Case Clip(s) Detailed Report

**Joong Rak Lee**

Friday, November 30, 2018, 4:59:45 PM

**Joong Rak Lee**

---

**Lee, Joong R. (Vol. 01) - 03/29/2016**                    1 CLIP  (RUNNING 00:41:25.025)

 J O O N G   R A K   L E E, ...

**PLAY-0329-FINAL3**                  **61 SEGMENTS  (RUNNING 00:41:25.025)**          

**1.  PAGE 4:14 TO 4:18  (RUNNING 00:00:03.419)**

```
14   J O O N G   R A K   L E E,
15        having previously been duly sworn
16        by Sharon Lengel, the Notary
17        Public, was examined and
18        testified as follows:
```

**2.  PAGE 6:04 TO 6:08  (RUNNING 00:00:09.499)**

```
04     Q.    Did you meet with any other
05   people other than counsel to prepare for
06   today's deposition -- to prepare for the
07   depositions that you are giving in this
08   case?
```

**3.  PAGE 6:09 TO 7:11  (RUNNING 00:01:22.129)**

```
09     A.    Indeed, to the extent that I am
10   to speak on behalf of the company as to
11   certain events of the past, as preparing
12   to testify about the matters pertaining to
13   the decisionmaking processes involving
14   price increases, basically, I, as somebody
15   who has been with the company since '83,
16   and I have been with the planning arm of
17   the company throughout all that time,
18   basically, the core part of my duties
19   basically being that area I spoke with --
20        THE INTERPRETER:  Strike.
21     A.    -- the two gentlemen -- EVP Jong
22   Seock Yoo, and vice chairman, Sang Yoon
23   Lee, were the two gentlemen to whom I
24   reported throughout, basically, my career.
25   So I am going to be testifying as to my
00007:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   own work experience and, of course, based
03   upon my own professional understanding as
04   to things.
05        But in order, again, to
06   basically reconfirm certain things that I
07   know about the relevant topics, I
08   basically sought out and spoke again with
09   Mr. Yoo whom I served for 30 years, who,
10   by the way, has since left the care of the
11   company.
```

**4.  PAGE 9:24 TO 10:05  (RUNNING 00:00:22.286)**

```
24     Q.    And just so that I'm clear,
25   because you're designated to speak on
00010:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   behalf of Nongshim Corporation on a number
03   of topics, the topic of the approval of
04   price increases is the only topic that you
05   discussed when you met with Mr. Yoo?
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

**5. PAGE 10:09 TO 10:25  (RUNNING 00:00:48.947)**

```
09      A.      Right.  Basically, it was the
10   issue of the price increase that basically
11   has evidently become an issue here both
12   within Korea as well as without.  And so I
13   sought -- I wanted to basically go over
14   with the gentleman as to the various
15   processes entailed in the increase and the
16   approval as to the price.
17           And, basically, it was the two
18   of us who, at all times, worked very
19   closely together on these matters.  And to
20   me, this is of some significant
21   importance.  In fact, I feel that this is
22   a rather important issue.  And so in order
23   to reconfirm my own understandings, I
24   basically sought him out and discussed
25   with him that aspect only.
```

**6. PAGE 12:09 TO 12:10  (RUNNING 00:00:07.696)**

```
09      Q.      And could you tell me how long
10   you met with Mr. Yoo that day.
```

**7. PAGE 12:11 TO 12:18  (RUNNING 00:00:21.471)**

```
11      A.      So we had coffee, and this was
12   around the lunch hour.  And here, you
13   know, this is my old, dear boss, somebody
14   whom I served for a long time, somebody
15   who I don't get to see all that much
16   anymore.  So certainly, we had lunch
17   together.  And so I -- together, I think
18   maybe we spent a good three hours or so.
```

**8. PAGE 12:19 TO 12:21  (RUNNING 00:00:08.940)**

```
19      Q.      And when you met with him for
20   that three hours or so, can you tell me
21   what it is that you discussed.
```

**9. PAGE 12:24 TO 13:14  (RUNNING 00:00:36.867)**

```
24         A.      So basically, our discussion
25   essentially entailed things about the
00013:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   decisionmaking process in re a price
03   increase within the company and that we
04   basically retraced how things -- how we
05   did things; "Didn't we do things this
06   away?" for instance.  And we also
07   discussed things about the process via
08   which we went about seeking the
09   government's approval and the methodology,
10   as such.  And that's basically what we
11   mostly discussed.  But aside from that, I
12   basically said, "So how are you doing?
13   How's life after retirement?" and things
14   like that.
```

**10. PAGE 13:15 TO 13:17  (RUNNING 00:00:08.483)**

```
15      Q.      So what did you discuss about
16   the process of -- for approval of price
17   increases, specifically, for three hours?
```

**11. PAGE 13:18 TO 15:07  (RUNNING 00:01:57.235)**

```
18      A.      It did last for three hours, but
```

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:59:45 PM**

## Joong Rak Lee

```
     19   the time we spent talking about the
     20   approval --
     21          THE INTERPRETER:  Strike.
     22      A.    -- the decisionmaking process
     23   concerning price wasn't all that long,
     24   from what I can recall.
     25          But to entail, we just kind of
00014:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   retraced the internal decisionmaking
     03   process in regard to price.  And,
     04   basically, those were hinged around
     05   certain movements in terms of the
     06   management performance or the results
     07   thereof.
     08          And to the extent certain, say,
     09   factors, as seen of late, having to do
     10   with anything that might impact the
     11   management costs and expenses tend to have
     12   some impact on these -- and what -- by
     13   that, what we're talking about is anything
     14   that could potentially impact the
     15   management performance going forward,
     16   meaning, such as the profit structure and
     17   et cetera.
     18          Basically, the first thing we
     19   would do, typically, would be to seek some
     20   internal management improvements and
     21   innovations.  And, basically, the idea
     22   would be to see how much we could absorb
     23   ourselves.  And to the extent we felt that
     24   such would not be feasible, then we would
     25   try to come up with at least three
00015:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   plans -- three plans, typically, in order
     03   to deal with this.  And then some
     04   reporting would be made to the CEO, and if
     05   the CEO grants us approval, then, and only
     06   then, would we contact the government to
     07   begin negotiations.
```

**12.  PAGE 15:08 TO 17:09  (RUNNING 00:02:27.132)**

```
     08          Now, to quickly go through the
     09   approval process on the part of the
     10   government.  We basically first present
     11   them certain basic plans on our part.  We
     12   present them to the appropriate ministry
     13   or the bureaus within the government, and
     14   the government will take a look at these
     15   documents that we submitted.  They would
     16   revise or amend as appropriate.
     17          And, basically, they would
     18   ultimately look into the appropriateness
     19   and the reliability of certain things by
     20   engaging their own experts.  And they,
     21   after scrutinizing it, as such, if they
     22   believe that it is somewhat doable, then
     23   they have to consider how that may
     24   possibly impact what's called the price
     25   index.
00016:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02          You see, there are very specific
     03   price-related target numbers on the part
     04   of the government.  And it so happens that
     05   Ramen, among the various food products, is
     06   given the highest weight as to these
     07   things as seen in terms of the goals.  And
```

## Joong Rak Lee

```
08    so they look at this from various
09    perspectives, including timing, including
10    the potential impact vis-`-vis the price
11    indices.  And if they deem it as still
12    feasible, then they put that to an
13    internal discussion among the various
14    different ministries.  And typically,
15    we're talking about the Ministry For
16    Strategic Planning and Economy and the
17    Ministry For Agriculture, Foods, and Rural
18    Affairs.
19          Now, assuming they find
20    everything feasible, they would summon us
21    to come by several times.  And so via
22    those means, they ultimately present some
23    guideline to us, along which lines we
24    basically draft things anew.  And,
25    basically, that is put to the government's
00017:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    final decisionmaking/approval process.
03          Now, assuming the approval is
04    granted at the end of the day --
05          THE INTERPRETER:  Strike.
06    A.    Now -- and that is how we are
07    granted the ultimate government approval.
08    And it was concerning all of the foregoing
09    that Mr. Yoo and I discussed.
```

**13. PAGE 22:09 TO 22:16  (RUNNING 00:00:28.280)**

```
09    Q.    Aside from discussing the
10    government's involvement in Nongshim
11    Korea's approval requests concerning the
12    pricing of Ramen products, I would like
13    you to tell me how did Nongshim Korea
14    determine -- how did Nongshim Korea decide
15    what the -- how to price Ramen products
16    from 2001 through 2010?
```

**14. PAGE 22:21 TO 23:18  (RUNNING 00:00:56.409)**

```
21    A.    So as I previously discussed,
22    speaking with respect to the internal
23    decisionmaking processes, first of all,
24    the first thing we do is to take a look at
25    what's going on in terms of our
00023:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    management -- managerial, rather,
03    performance in terms of the trends, which
04    we closely try to monitor.  If there seems
05    to be something awry, if there are any
06    anomalies, then we look into what may have
07    given rise to such.
08          Now, typically, there are
09    certain factors, such as anything
10    impacting the cost as to the raw and
11    sub-materials; there may be certain
12    things, you know, in terms of the factory;
13    there may be certain things in terms of
14    R&D; there may be certain things in terms
15    of the government regulatory environment,
16    meaning, policy-driven sort of things,
17    which tend to give rise to there being
18    added cost loads, cost burdens.
```

**15. PAGE 23:19 TO 24:02  (RUNNING 00:00:27.372)**

```
19          So put another way, when looking
```

## Joong Rak Lee

```
        20    at the raw and sub-material costs, we try
        21    to gain an understanding as to what is
        22    happening in terms of the costs pertaining
        23    to such things as flour, palm oil, starch,
        24    and other raw and sub-material costs for
        25    those materials that comprise basically
  00024:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    the soup flavorings.
```

**16.  PAGE 24:03 TO 24:15  (RUNNING 00:00:37.279)**

```
        03            And the reason why these factors
        04    having to do with the material costs are
        05    important is because to the extent we need
        06    to basically work closely with the
        07    government in order to obtain their
        08    approval, when it comes to certain things
        09    in terms of the supply-and-demand type of
        10    aspects that are more
        11    international-oriented and so forth, the
        12    government tends to be accommodating,
        13    whereas certain other aspects, the
        14    government tends to want or insist that we
        15    absorb certain cost factors.
```

**17.  PAGE 24:16 TO 24:21  (RUNNING 00:00:17.730)**

```
        16            Now, anyhow, we go through such
        17    a process in trying to ascertain what may
        18    have given rise to these various cost
        19    aspects.  And then we try quantitatively
        20    to take a look at exactly how those
        21    factors tend to impact the bottom line.
```

**18.  PAGE 24:22 TO 25:07  (RUNNING 00:00:29.864)**

```
        22            And once we get some sort of an
        23    idea as to the potential or actual impact,
        24    as such, then internally, we try to
        25    respond to that by way of either, say,
  00025:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    delaying new investments or trying to
        03    streamline and make more efficient certain
        04    cost implementations from a managerial
        05    perspective.  We try to see if there is
        06    any room or potential for us to further
        07    automate our overall factory processes.
```

**19.  PAGE 25:08 TO 26:11  (RUNNING 00:01:17.613)**

```
        08            Now, based upon those
        09    understandings, when we see that there are
        10    things that we are just not able to cover,
        11    things -- certain factors that are beyond
        12    our control, we try to ascertain the
        13    overall extent of such and then try to
        14    come up with certain responsive measures
        15    as part of our overall looking into how to
        16    go about deciding on the pricing issue.
        17            And as part of that, we come up
        18    with about three plans -- sometimes it's
        19    more, by the way.  But we try to come up
        20    with three prospective plans and make
        21    reports unto the higher-ups as part of the
        22    overall decisionmaking process.
        23            Now, typically, when it comes to
        24    price, what the government is interested
        25    in is not things at the box level or, you
  00026:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

```
02   know, package level of several items, but
03   literally each Ramen item, because that is
04   how they control the price index.  And so
05   we, within the management planning office,
06   also basically price things at that level,
07   meaning, each single item for both the
08   suggested retail --
09          THE INTERPRETER:  Strike.
10      A.   -- suggested consumer price and
11   the choolgo price.
```

**20.  PAGE 26:12 TO 27:02  (RUNNING 00:00:45.041)**

```
12          And so basically, once those
13   things are prepared and sorted out in
14   writing in the form of a report, I would
15   basically take that and make a report to
16   my boss, Mr. Yoo, the then-EVP, as well as
17   the gentleman who's above him, who was
18   Mr. Sang Yoon Lee, then-CEO and vice
19   chairman.
20          And so what I'd like to
21   emphasize here is that it was via such
22   decisionmaking processes and
23   methodologies, indeed, along these
24   criteria that we would go about handling
25   the issue of deciding on what shall be the
00027:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   price.
```

**21.  PAGE 39:25 TO 40:11  (RUNNING 00:00:37.830)**

```
25      Q.   Well, when I asked you earlier
00040:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   how Nongshim Korea decides on how the
03   price of Ramen products are set from 2001
04   through 2010, one of the factors that you
05   mentioned is that you'd look at the cost
06   of raw materials and sub-materials.
07          And the questions that I'm
08   asking you are whether -- how do you look
09   at the cost of raw materials and
10   sub-materials?  Do you receive reports on
11   them?
```

**22.  PAGE 40:15 TO 42:15  (RUNNING 00:02:01.820)**

```
15      A.   So speaking with respect to the
16   2001 timeframe, typically, in dealing with
17   the issue of price, whereas it is
18   absolutely necessary to obtain the
19   government's prior approval, for that, you
20   need to present appropriate reasons for
21   such.
22          And whereas we continue to
23   monitor our monthly management
24   performance, if we see, say, from the
25   present such that, Oh, the price of flour
00041:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   is jumping, then we get to understand
03   those things; or if, in comparison to our
04   targeted, say, goals, somehow if the
05   performance is lower between this year,
06   the present year versus the previous year
07   or the present month versus the previous
08   month, then, obviously, that would require
09   us to look into what gave rise to such.
10   And, you know, the cost of the raw and
```

## Joong Rak Lee

```
        11   sub-materials certainly is one of those
        12   things that we look into.
        13          Now, concerning any jump in the
        14   cost of the raw and sub-materials, that we
        15   can explain to the government, and they
        16   accept that.  They allow us to reflect
        17   those things.  However, as for any other
        18   types of costs and such, they, let's
        19   say -- how should I say this -- they don't
        20   really want to accept that.  So we tend to
        21   pay close attention to any changes as to
        22   the cost of the raw and sub-materials.
        23          And the whole point here is that
        24   the cost of the raw and sub-materials is
        25   one of the first things we look at if, per
00042:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   chance, we feel that our management
        03   performance is somewhat off.
        04          Now, this is not something that
        05   differs from year to year, for it is
        06   something that we've been doing all along
        07   throughout.  In fact, in the post-2010
        08   period too, we've been doing just the same
        09   thing.
        10      Q.   And just so that I understand,
        11   we're talking about the cost of raw
        12   materials.
        13          Are you talking about actual
        14   prices paid by Nongshim or market
        15   estimates?
```

**23. PAGE 42:18 TO 43:04  (RUNNING 00:00:32.658)**

```
        18      A.   So after all, in order to obtain
        19   the government's approval, it needs to be
        20   based upon the actual amounts as
        21   implemented, the price at which we
        22   procured the goods.
        23      Q.   Between -- from -- from the
        24   period of time from 2001 through 2010, do
        25   you have an understanding of how many
00043:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   price increases there were -- that was --
        03   that were implemented with regard to
        04   Korean Ramen product?
```

**24. PAGE 43:05 TO 43:09  (RUNNING 00:00:12.216)**

```
        05      A.   So in the case of our company,
        06   to my recollection, during said period of
        07   time, we had about six occasions of price
        08   adjustments and one occasion on which the
        09   price was reduced.
```

**25. PAGE 43:10 TO 43:14  (RUNNING 00:00:11.591)**

```
        10      Q.   Now, this question is for you
        11   rather than the company.
        12          How many of those six occasions
        13   of price adjustments were you personally
        14   involved in?
```

**26. PAGE 43:15 TO 43:20  (RUNNING 00:00:15.438)**

```
        15      A.   So given the fact that I came
        16   on-board with the company in 1983, and I
        17   was placed within the planning arm for
        18   30 years thereafter, basically, I was
        19   involved in all those occasions stemming
```

## Joong Rak Lee

```
        20   from 2001 and on.
```

**27. PAGE 52:22 TO 53:05  (RUNNING 00:00:27.561)**

```
        22       Q.    So, Mr. Lee, before the break,
        23   we had discussed the fact that marketing
        24   is not involved in these price increase
        25   issues; that the policy planning team is.
00053:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02            Is there any other team or any
        03   other division of Nongshim that's involved
        04   in the price increase determine -- price
        05   increase determinations?
```

**28. PAGE 53:09 TO 53:19  (RUNNING 00:00:28.169)**

```
        09       A.    As I have explained a number of
        10   times already, this issue having to do
        11   with any prospective price increases is
        12   rather an important issue.  Therefore,
        13   planning takes it upon itself, and only
        14   upon itself, in making any decisions in
        15   that regard.  That is basically the spirit
        16   of this and the manner in which things
        17   have been conducted, without entailing the
        18   involvement of any other arm of the
        19   company.
```

**29. PAGE 86:25 TO 87:06  (RUNNING 00:00:25.823)**

```
        25       Q.    Do you know if a -- do you know
00087:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   whether a manufacturer of and seller of
        03   Korean noodle products that did not
        04   receive approval from the government and
        05   raised prices, what, if any, punishment or
        06   sanction there would be?
```

**30. PAGE 87:11 TO 88:02  (RUNNING 00:00:49.883)**

```
        11       A.    Well, I think my opinion in that
        12   regard is that, after all, were you to do
        13   that without obtaining prior government
        14   approval, then for one thing, there would
        15   be a lot of pressure on you to reduce your
        16   price.  And the government could possibly
        17   launch some investigations relating to the
        18   matter.
        19            And there may be other, say,
        20   regulatory effects coming from other arms
        21   of the government, not just the ones
        22   dealing with the price control aspects but
        23   from such, say, arms having to do with the
        24   environment -- food safety and whatnot.
        25   One way or another, I think it's going to
00088:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   have an impact on the enterprise.
```

**31. PAGE 89:08 TO 89:12  (RUNNING 00:00:09.946)**

```
        08       Q.    What kind of materials did you
        09   need to prepare to present to the
        10   government -- strike that.
        11            What kind of materials did you
        12   need to prepare?
```

**32. PAGE 89:14 TO 90:17  (RUNNING 00:01:27.959)**

```
        14       A.    So we're talking about the
        15   material necessary in order to obtain the
```

## Joong Rak Lee

```
16    government's approval.  And, basically,
17    things remain pretty much the same as it
18    was then as it is now, as I have, in fact,
19    explained to you during the previous hour.
20    Basically, the government wants to --
21           THE INTERPRETER:  Strike.
22       A.    Basically, there are no
23    differences between then and now in terms
24    of the material that underlie the
25    company's decision to seek a price
00090:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    increase having to do with those factors
03    that give rise to an increase as to
04    certain costs.  And so there really aren't
05    any major changes in terms of the
06    contents.
07           And what the government is
08    interested in seeing is that, number one,
09    there are actual things that give rise to
10    such factors.  And if that be the case,
11    then when there should be -- they want to
12    know as to when they should allow a price
13    increase to go into effect and over what
14    and how much in terms of the amounts.  And
15    so basically, the point here is that there
16    isn't a whole lot of change between then
17    and now.
```

**33.  PAGE 90:18 TO 90:20  (RUNNING 00:00:11.494)**

```
18       Q.    What were the consequences of
19    increasing the price of Ramen without
20    government approval back in the 1980s?
```

**34.  PAGE 91:02 TO 92:05  (RUNNING 00:01:31.391)**

```
02       A.    The thing is I don't have a
03    comprehensive understanding in that
04    regard, because, again, I was fairly low
05    in my level at that time.  But as I
06    mentioned earlier, were you to try to do
07    things without prior government approval,
08    then there -- you know, the government is
09    always interested in maintaining economic
10    growth and stabilization as to prices.
11    And that, in fact, still remains the case
12    nowadays too.
13           So were you to do something like
14    that, then I think, at a minimum, there
15    would be a lot of pressure exerted against
16    your company to reduce the prices, and the
17    government will have its price
18    control-related arms basically come out
19    and conduct investigations.  And even
20    other un -- non-related arms of the
21    government will be deployed on you, and
22    that might have some effect against your
23    company's, say, management efforts.
24           And, basically, these things
25    were there even during the military junta
00092:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    and all the way through the more recent
03    years of democratization.  And this still
04    is potentially always there, as all Korean
05    citizens are well aware.
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

**35. PAGE 94:18 TO 94:20  (RUNNING 00:00:12.213)**

```
18      Q.   Can you explain to me what these
19   changes that took place in the 1990s were,
20   to your knowledge?
```

**36. PAGE 94:24 TO 95:17  (RUNNING 00:00:54.237)**

```
24      A.    I think my answer really would
25   be kind of similar to my previous ones in
00095:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   that, basically, things got flipped around
03   within the marketplace.  We grabbed the
04   larger part of the market share.  We
05   started becoming more influential, as
06   such.  And I have to be thinking that the
07   government must have found it a bit of a
08   cumbersome -- a bit of a hassle to have to
09   deal with all these companies at once.
10          So rather than that, and perhaps
11   in view of the fact that the price of
12   Ramen happens to be an integral part of
13   the government's price control efforts,
14   they decided to basically just try to
15   control the number one guy so as to ensure
16   that the number one guy or the marketplace
17   not become too distracted.
```

**37. PAGE 96:24 TO 97:04  (RUNNING 00:00:15.523)**

```
24      Q.   Did the law change in the 1990s
25   affect whether it was a requirement or a
00097:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   recommendation that was needed to -- from
03   the government to increase prices of Ramen
04   products?
```

**38. PAGE 97:10 TO 97:13  (RUNNING 00:00:08.906)**

```
10      A.   When it comes to this business
11   of obtaining government approval, there's
12   no choice there.  This is something that
13   you have to obtain de rigueur.
```

**39. PAGE 97:14 TO 97:23  (RUNNING 00:00:26.382)**

```
14          And as for the government, the
15   government found this necessary that they
16   so control prices, especially when it
17   comes to something as important as Ramen,
18   which essentially constitutes a very
19   important food item from a very general
20   perspective, because this directly has to
21   do with the government's approval rate,
22   acceptance rate, and so they naturally
23   found it necessary for their purposes.
```

**40. PAGE 97:24 TO 98:08  (RUNNING 00:00:28.195)**

```
24          Now, in Korea, rice is the
25   staple.  That is the staple food item.
00098:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   And the way the government looks upon
03   Ramen as a product is that with one
04   package of Ramen, you can take care of one
05   meal.  And, as such, the government not
06   only included this in its price control
07   indices; it gave it a great deal of weight
08   in that regard.
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

**41. PAGE 98:09 TO 98:19  (RUNNING 00:00:32.782)**

```
09          So whereas with rice, you need
10   rice plus the condiments, what we call
11   "banchan" in Korean.
12          THE INTERPRETER:  B-A-N-C-H-A-N.
13     A.    But with Ramen, you have the
14   Ramen noodles, and along with that, you
15   have the soup, which is -- which consists
16   of basically not just agricultural but
17   also meat items.  And so I think that's
18   what led the government to place quite a
19   bit of significance on Ramen.
```

**42. PAGE 98:20 TO 98:24  (RUNNING 00:00:22.346)**

```
20     Q.    When you testified a moment ago
21   that "When it comes to this business of
22   obtaining government approval, there is no
23   choice there; something that you have to
24   obtain," why do you say that?
```

**43. PAGE 99:05 TO 100:12  (RUNNING 00:02:07.275)**

```
05     A.    I say that because Ramen, as I
06   have described, is a very important item
07   for which the country conducts close
08   monitoring, and the government basically
09   does that on a monthly basis by way of the
10   Bank of Korea, the central bank.
11          And, indeed, Ramen, as an item,
12   is something that is subject to ongoing
13   price control on the part of the
14   government entity, which is now going by
15   the name of the Ministry of Strategy and
16   Economy, which previously went by some
17   other similar names.
18          The point here is that it is so
19   much so to the point where the
20   price-related deputy ministerial
21   conference, there, it is my understanding
22   that when all these deputy ministers from
23   the various minister -- ministries of the
24   government gather about, they talk about
25   Ramen specifically, based upon what we
00100:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   gather, and also as has been -- as has
03   been made known by some of their official
04   communiquis.
05          The whole point here is that
06   Ramen, as a food product, is something
07   that directly impacts the public
08   sentiment.  And, as such, it constitutes a
09   significant barometer on the perspective
10   of the powers that be -- barometer on the
11   part of the powers that be -- for the
12   powers that be.
```

**44. PAGE 100:13 TO 100:20  (RUNNING 00:00:22.829)**

```
13     Q.    But when you use the words that
14   "when it comes to obtaining government
15   approval, there's no choice there,"
16   that -- why would there no -- why would
17   there be no choice?
18          What would be -- what would
19   happen to the company if you did not seek
20   approval?
```

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:59:45 PM**

## Joong Rak Lee

**45.  PAGE 101:02 TO 102:17  (RUNNING 00:02:16.273)**

```
02        A.    So you're asking as to why we
03   would seek to obtain the government's
04   approval.
05             Well, the first part is that is
06   what company management has always been
07   doing from eons ago.  That is, in fact,
08   what they still do.  If you weren't do
09   that, then there can be some undue effects
10   on the company's ability to conduct sound
11   management here, in the Korean context, on
12   account of certain regulatory measures
13   coming your way from the government.
14   There is just no way you can prevail
15   against such powers.
16             Now, you being not --
17   non-Korean, perhaps you might not be able
18   to understand this.  But aside from
19   downward pressures exerted against you,
20   the government can launch investigations.
21   There can be some problems in terms of you
22   seeking financing from the food product
23   itself or the perspective of the food
24   product itself.  There could be some
25   safety-related regulatory hassles.
00102:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02             So basically, from the
03   perspective of having to manage a company,
04   this could potentially end up entailing
05   the engagement of or really the
06   expenditure of a lot of time and
07   resources.
08             Depending on the circumstances,
09   you may end up coming to a standstill.
10   You may not be able to conduct further
11   business.  It just might affect whether
12   you get to survive as a company or not.
13   Lots of things can transpire.  And the way
14   Korean businessmen look at the risk
15   factors affecting them, the one base risk
16   that people recognize is governmental
17   risk.
```

**46.  PAGE 102:18 TO 102:21  (RUNNING 00:00:12.211)**

```
18        Q.   Now, we know from your prior
19   testimony last week that in 2008, Nongshim
20   did increase the price but did not seek
21   approval; correct?
```

**47.  PAGE 102:25 TO 103:12  (RUNNING 00:00:41.564)**

```
25        A.    Throughout my entire career,
00103:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   ever since I came on-board with the
03   company, if one were to ask me, there are
04   two things that stick out in my mind in
05   terms of having been the most shocking
06   events of the history of the Republic of
07   Korea, things that impacted the overall
08   management culture, the overall landscape
09   of things; namely, those two things are,
10   firstly, the IMF financial crisis in which
11   the country ran out of available foreign
12   currency, the dollars --
```

## Joong Rak Lee

**48. PAGE 103:14 TO 103:24 (RUNNING 00:00:36.657)**

```
14        A.    -- dollars.  It was so much so
15   to the point where droves of people were
16   laid off; factories closed their doors.
17   That was in 1997, 1998, if memory serves.
18            Now, in the 2007/2008 timeframe,
19   there was the worldwide global financial
20   crisis which had begun in the
21   United States, which, in fact, impacted
22   Korea in -- with such a force that it was
23   tantamount to the impact Korea had
24   suffered under the IMF.
```

**49. PAGE 103:25 TO 104:05 (RUNNING 00:00:22.084)**

```
25            And on account of that, our
00104:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   company swapped out its top management,
03   and in lieu of the previous team, in came
04   a former Samsung man, Mr. Wook Son, as
05   basically CEO/vice chairman.
```

**50. PAGE 104:06 TO 104:20 (RUNNING 00:00:51.037)**

```
06            Now, Mr. Son, known among many
07   as the evangelist for innovation, the
08   Korean Jack Welch, and so forth, he came
09   in.  And unlike the previous management,
10   he started doing things differently,
11   innovate -- conducting innovation, as it
12   were, in concert with a particular
13   consulting group that he brought in along
14   with him.
15            Now, time was when -- right at
16   that time, all these raw materials
17   skyrocketed in terms of their respective
18   costs.  We're talking about flour, palm
19   oil, starch, et cetera.  Basically, they
20   were shot up by 100 percent.
```

**51. PAGE 104:21 TO 105:03 (RUNNING 00:00:26.657)**

```
21            Now, right at that point in
22   time, when all these myriad factors gave
23   rise to the skyrocketing of costs and so
24   forth, the government -- the -- what
25   became -- what Koreans call the MB
00105:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   administration, under President Lee
03   Myun-Bak, had yet to be sworn in.
```

**52. PAGE 105:04 TO 105:25 (RUNNING 00:01:10.502)**

```
04            And so with that as the
05   background, what -- the new CEO in charge,
06   Mr. Son, said, "Okay.  Of -- in view of
07   all the things that necessitate a price
08   increase on our part, we're going to
09   reflect only 50 percent of what we really
10   need to raise, and the rest of it we're
11   going to absorb by way of conducting
12   internal innovations, namely, basically,
13   restructuring in terms of personnel, also
14   in terms of readjusting the company's
15   investment needs and so forth."
16            And so in comparison to the
17   previous management, basically, you can
18   well imagine that there is not a whole lot
```

### Joong Rak Lee

```
          19   of -- people weren't able to communicate
          20   with each other.  There were the outgoing
          21   gentleman, and here is the new man in
          22   charge.  And so it was under Mr. Son's
          23   direction -- basically, he took it upon
          24   himself to raise the price at that point
          25   in time.
```

**53.  PAGE 106:09 TO 107:09  (RUNNING 00:01:17.883)**

```
          09            And, as such, effective February
          10   of 2008, we went through a price increase
          11   upon which the --
          12            THE INTERPRETER:  Subject to
          13     further verification as to the proper
          14     noun by the interpreter later.
          15     A.    -- the Bureau of Food Safety
          16   under the KFDA called me -- and on two
          17   occasions.  And they explained things,
          18   telling me, "Please reduce your prices."
          19            And then come July of 2008 --
          20   this, I think, may have been on two
          21   occasions or so -- I was haled into the
          22   Ministry For Strategy and Economy.  And,
          23   basically, I was told by three gentlemen
          24   there, who were respectively Messrs. Cheol
          25   Gao Park, Park being the --
    00107:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02            THE INTERPRETER:  Subject to
          03     further verification.
          04     A.    -- head of the bureau, and a
          05   manager named Jong Hwa Lee, and an
          06   administrator named In Young Park, who
          07   basically told me, "Reduce your prices;
          08   else, we're going to start an
          09   investigation."
```

**54.  PAGE 107:10 TO 107:10  (RUNNING 00:00:03.005)**

```
          10     Q.    Is this -- was this in 2008?
```

**55.  PAGE 107:11 TO 107:11  (RUNNING 00:00:01.784)**

```
          11     A.    Yes.  Yes.  And I was also haled
```

**56.  PAGE 107:11 TO 108:04  (RUNNING 00:01:03.741)**

```
          11     A.    Yes.  Yes.  And I was also haled
          12   into the Ministry For Agriculture, Foods,
          13   and Rural Affairs, which, by the way, is
          14   the arm of the government that directly
          15   oversees us.  This was on three occasions.
          16   Two I was personally there.  The other one
          17   time, I was on a business trip to Japan.
          18   So one of my subordinates went in.
          19            And anyhow, the people present
          20   on the government's side were the head of
          21   the bureau, Chang Beom Lee, a manager/team
          22   leader, In Hong Yeo, and an investigator
          23   named Jae Gab Lee, who is presently the
          24   deputy minister of the Ministry of
          25   Agriculture, Foods, and Rural Affairs.
    00108:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
          02   And it's the same deal, basically.  They
          03   put pressure on us, saying, "Reduce the
          04   price."
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

**57.  PAGE 108:05 TO 108:05  (RUNNING 00:00:01.193)**

```
     05      Q.     Did you reduce the price?
```

**58.  PAGE 108:06 TO 109:21  (RUNNING 00:02:29.978)**

```
     06      A.     Oh, as a matter of fact, so we
     07   had to explain to them that because of the
     08   undue pressures put on us in terms of
     09   the -- on account of the rise in the
     10   underlying costs, "We had no choice" is
     11   what we said.
     12            And to that end, we persuaded
     13   these folks from the various arms of the
     14   government, ranging from the Ministry For
     15   Strategy and Economy, the Ministry For
     16   Agriculture, Foods, and Rural Affairs, the
     17   KFDA, and, say, the price control
     18   headquarters, which is subordinate to this
     19   one consumer organization.  Basically,
     20   we're talking about the secretary general
     21   there.  We basically talked to those
     22   folks.
     23            And then Vice Chairman Son and I
     24   basically to -- had to go to the Blue
     25   House and interface with Mr. -- the
00109:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   Honorable Mr. Jin Sik Yoon, who was
     03   serving as the presidential advisor on
     04   economic affairs, and an administrator by
     05   the name of Hyeong Il Lee.
     06            And, basically, we tried our
     07   best to convince them, to enlighten them
     08   as to the circumstances in that aside from
     09   the IMF crisis -- this, as you will
     10   recall, I consider this to be one of those
     11   two major events that we had not seen
     12   prior to that.
     13            I said just under those
     14   circumstances, we increased it just by the
     15   least amount we could, and thus begged
     16   their forgiveness and indulgence.  And we
     17   apologized profusely, saying we will never
     18   do this again, and went to all these
     19   various places up and down and tried to
     20   placate them.  And, basically, it was just
     21   such an ordeal on our part.
```

**59.  PAGE 109:22 TO 110:02  (RUNNING 00:00:16.200)**

```
     22            And our company's take on the
     23   KFTC investigation itself is too that it
     24   probably must be on account of such;
     25   meaning, basically, we rubbed them the
00110:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   wrong way.
```

**60.  PAGE 145:18 TO 145:20  (RUNNING 00:00:15.172)**

```
     18      Q.     How do you know that -- how do
     19   you know that Nongshim needs government
     20   prior approval before a price increase?
```

**61.  PAGE 145:24 TO 146:03  (RUNNING 00:00:10.925)**

```
     24      A.     That's the way it's been ever
     25   since I came on-board with the company,
00146:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02   which, if my math is correct, I am in my
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:59:45 PM

## Joong Rak Lee

03    33rd year now.  And so need I say more?

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:41:25.025) |
| --- |



COURT EXHIBIT 36b

**KoreanNoodles**

**Lee, Joong Rak (Vol. 01) - 03/21/2016**                              1 CLIP  (RUNNING 00:00:30.024)

 

**LEEJOONGRAK0321-CROSS**          **2 SEGMENTS  (RUNNING 00:00:30.024)**

**1. PAGE 68:21 TO 68:25  (RUNNING 00:00:13.197)**

```
21              Did Nongshim Korea ever receive
22      a letter from the KFTC dated sometime in
23      2008 stating that the KFTC was
24      investigating collusion among the Ramen
25      companies over the price of Ramen?
```

**2. PAGE 69:04 TO 69:08  (RUNNING 00:00:16.827)**

```
04      A.   No, we didn't, which is, as a
05      matter of fact, precisely why it didn't
06      dawn on us that that's what they may have
07      been interested in doing, which explains
08      why we didn't retain counsel.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:30.024)**

**KoreanNoodles**



**LEEJOONGRAK0329-CROSS          20 SEGMENTS  (RUNNING 00:04:59.493)**

**1. PAGE 114:24 TO 115:06  (RUNNING 00:00:42.859)**

```
     24      Q.     Before we had that little break,
     25   I was asking you about Mr. Woo, Executive
00115:01
     02   Vice President Woo -- Yoo.  Yoo.  Thank
     03   you -- and whether, from 2001 through
     04   2008, he would meet with the government
     05   whenever price approval was sought by
     06   Nongshim.
```

**2. PAGE 115:10 TO 115:16  (RUNNING 00:00:26.634)**

```
     10      A.     It was he who did things in that
     11   regard from the year 2001 through 2007.
     12   So he would take that which had been
     13   internally decided within the company and
     14   take that and go and meet up with the
     15   government folks and basically negotiate
     16   for purposes of obtaining their approval.
```

**3. PAGE 115:17 TO 115:18  (RUNNING 00:00:05.235)**

```
     17      Q.     And after 2007, who did that
     18   job?
```

**4. PAGE 115:19 TO 115:24  (RUNNING 00:00:22.059)**

```
     19      A.     So after that period of time,
     20   starting in 2008, it was I myself who did
     21   that, and thereafter -- well, I handled
     22   the one in 2011.  And in the interim,
     23   since there were no price increases,
     24   nobody handled it.
```

**5. PAGE 119:24 TO 120:03  (RUNNING 00:00:25.759)**

```
     24      Q.     The KFTC took -- they took
     25   witness statements or witness protocols of
00120:01
     02   individuals from Nongshim in 2008 or 2011;
     03   am I right on that?
```

**6. PAGE 120:12 TO 120:24  (RUNNING 00:00:43.465)**

```
     12      A.     So if I recall correctly, in
     13   2008, about four to five people from the
     14   KFTC came to our company.  And it was
     15   mostly the planning team that they
     16   basically raided.  And because the
     17   planning team was unit that had conducted
     18   the price increases, and, as such, they
     19   basically went through the desks, the
     20   documents, and PCs, what have you.  And as
     21   I recall, at that point in time, it was I
     22   who was haled into the KFTC.  And on each
     23   occasion, I remember spending a good three
     24   to five hours whenever there.
```

**KoreanNoodles**

7. **PAGE 147:14 TO 147:16  (RUNNING 00:00:06.152)**

```
14              MR. ALBERT:  Now, I'm going to
15       introduce an exhibit which -- what
16       number is next one?  Okay.  119.
```

8. **PAGE 147:20 TO 147:20  (RUNNING 00:00:02.584)**

```
20              MR. ALBERT:  Also 119 T.
```

9. **PAGE 147:25 TO 148:05  (RUNNING 00:00:19.988)**

```
25              MR. ALBERT:  I've handed the
00148:01
02       court reporter and passed around
03       Exhibit 119, which is a multipage
04       document, Bates stamped OTGKR-0001365
05       through OTGKR-0001372.
```

10. **PAGE 148:07 TO 148:09  (RUNNING 00:00:03.545)**

```
07       Q.   If you could take a look at that
08   statement, and then I'll have some
09   questions.
```

11. **PAGE 170:18 TO 170:20  (RUNNING 00:00:03.743)**

```
18       Q.   If you take a look at the last
19   page, is that your signature on the last
20   page?
```

12. **PAGE 170:21 TO 170:24  (RUNNING 00:00:15.775)**

```
21       A.   The way I look at this, I don't
22   think this is my signature, per se.  This
23   is something obviously handwritten.  But
24   my signature is different from this.
```

13. **PAGE 170:25 TO 171:03  (RUNNING 00:00:07.342)**

```
25       Q.   Are you saying that the
00171:01
02   signature on this page on 1372 is not
03   yours?
```

14. **PAGE 171:06 TO 171:13  (RUNNING 00:00:38.038)**

```
06       A.   So I don't mean to say that I
07   can speak definitively about this, but
08   this here is not a signature by me.  That
09   is the thing that follows the portion
10   where my name is printed, following, like,
11   in either ball point pen or an ink pen or
12   whatever.  That does not appear to be a
13   signature.
```

15. **PAGE 171:14 TO 171:14  (RUNNING 00:00:03.839)**

```
14       Q.   Is that your name in print?
```

16. **PAGE 171:15 TO 171:16  (RUNNING 00:00:04.190)**

```
15       A.   Well, it's not something typed,
16   if that's what you mean.
```

17. **PAGE 171:19 TO 171:19  (RUNNING 00:00:01.372)**

```
19              Whose handwriting is that?
```

18. **PAGE 171:20 TO 171:20  (RUNNING 00:00:05.315)**

```
20       A.   It was I who put that there.
```

**KoreanNoodles**

**19.  PAGE 171:21 TO 172:02  (RUNNING 00:00:15.046)**

```
        21        Q.    And next to that -- next to
        22    where your name is, where you put your
        23    name, it looks to be a fingerprint or
        24    thumbprint.
        25              Do you remember providing a
   00172:01
        02    fingerprint or thumbprint?
```

**20.  PAGE 172:03 TO 172:03  (RUNNING 00:00:06.553)**

```
        03        A.    I don't quite recall as to that.
```

| TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:04:59.493) |
| --- |



COURT EXHIBIT 37a

Case Clip(s) Detailed Report

# Won Joon Lee

Friday, November 30, 2018, 4:57:37 PM

**Won Joon Lee**

---

## Lee, Won J. (Vol. 01) - 03/23/2016                              1 CLIP  (RUNNING 00:38:33.249)

W O N   J O O N   L E E, ...



WL-0323-FINAL                    97 SEGMENTS  (RUNNING 00:38:33.249)

**1.  PAGE 5:13 TO 6:18  (RUNNING 00:01:18.000)**
```
     13   W O N    J O O N    L E E,
     14        having first been duly sworn by
     15        Sharon Lengel, the Notary Public,
     16        was examined and testified as
     17        follows:
     18   EXAMINATION
     19   BY MR. LEBSOCK:
     20        MR. DOSKER:  Counsel, good
     21     morning.  As a housekeeping matter,
     22     Mr. Lee has been designated on the
     23     following topics of plaintiffs'
     24     Rule 30(b)(6) notice subject to the
     25     objections we've stated:  Topics 1 as
00006:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02        to U.S. exports to the extent not
     03        covered in the depositions back in
     04        February; Topic 2 as to U.S. exports;
     05        Topic 3 as to U.S. exports; Topic 15
     06        as to U.S. exports; Topic 16 except
     07        not as to ingredients; Topic 17 as to
     08        U.S. exports, which, we don't think
     09        that applies to Korea unless you have
     10        a question; Topic 18, U.S. exports;
     11        Topic 19, U.S. exports; Topic 22, U.S.
     12        exports; Topic 26, U.S. exports; Topic
     13        27, U.S. exports; Topic 28, U.S.
     14        exports; and individually.  And, for
     15        the record, where I have said "U.S.
     16        exports" after various of those
     17        topics, that means he's not designated
     18        as to the Korean domestic market.
```

**2.  PAGE 7:06 TO 7:06  (RUNNING 00:00:01.268)**
```
     06        Do you work for Nongshim?
```

**3.  PAGE 7:07 TO 7:07  (RUNNING 00:00:01.145)**
```
     07     A.   Yes.
```

**4.  PAGE 7:08 TO 7:09  (RUNNING 00:00:02.294)**
```
     08     Q.   And how long have you worked for
     09   Nongshim, sir?
```

**5.  PAGE 7:10 TO 7:12  (RUNNING 00:00:06.640)**
```
     10     A.   I started working for the
     11   company in 1994, so I think it's been
     12   almost 21 -- 22 years.
```

**6.  PAGE 8:20 TO 8:24  (RUNNING 00:00:15.919)**
```
     20        So the duration of your career
     21   at Nongshim has really focused on sales in
     22   the export markets as opposed to sales in
     23   the Korean domestic market.
     24        Am I right about that?
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:57:37 PM

## Won Joon Lee

**7. PAGE 8:25 TO 9:02 (RUNNING 00:00:02.913)**

```
    25        A.   That is right.  I've worked on
00009:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    exports only.
```

**8. PAGE 9:10 TO 9:11 (RUNNING 00:00:05.687)**

```
    10        Q.   Have you ever worked for
    11    Nongshim America?
```

**9. PAGE 9:12 TO 9:12 (RUNNING 00:00:00.871)**

```
    12        A.   No.
```

**10. PAGE 22:14 TO 22:18 (RUNNING 00:00:15.716)**

```
    14        Q.   Okay.  And, sir, in the course
    15    of your work in the international team,
    16    generally, have you had occasion to
    17    interact with the planning team for the
    18    Korean domestic marketplace?
```

**11. PAGE 22:21 TO 22:21 (RUNNING 00:00:00.716)**

```
    21        A.   No.
```

**12. PAGE 22:22 TO 23:02 (RUNNING 00:00:13.866)**

```
    22        Q.   And in the course of your duties
    23    on the international sales team, have you
    24    had a -- have you had an occasion to
    25    interact with the marketing department for
00023:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    the Korean domestic marketplace?
```

**13. PAGE 23:04 TO 23:04 (RUNNING 00:00:00.399)**

```
    04        A.   No.
```

**14. PAGE 23:05 TO 23:07 (RUNNING 00:00:09.168)**

```
    05        Q.   Have you heard of a department
    06    within Nongshim called the market research
    07    team?
```

**15. PAGE 23:08 TO 23:08 (RUNNING 00:00:00.767)**

```
    08        A.   No.
```

**16. PAGE 23:09 TO 23:10 (RUNNING 00:00:01.989)**

```
    09        Q.   You never heard of the market
    10    research team?
```

**17. PAGE 23:13 TO 23:14 (RUNNING 00:00:04.665)**

```
    13        A.   No.  As for me, not -- not
    14    particularly.  No.
```

**18. PAGE 23:15 TO 23:18 (RUNNING 00:00:04.336)**

```
    15        Q.   How about the distribution
    16    research team?
    17             Have you heard of that
    18    organization?
```

**19. PAGE 23:19 TO 23:19 (RUNNING 00:00:00.786)**

```
    19        A.   No.
```

**20. PAGE 24:03 TO 24:07 (RUNNING 00:00:15.882)**

```
    03        Q.   Can you recall receiving any
```

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:57:37 PM**

## Won Joon Lee

```
04    information about what the price for
05    Korean Ramen would be in the Korean
06    domestic marketplace as part of your job
07    duties on the international sales team?
```

**21. PAGE 24:12 TO 24:12 (RUNNING 00:00:01.467)**

```
12        A.   Not to my recollection.
```

**22. PAGE 28:17 TO 28:18 (RUNNING 00:00:03.138)**

```
17        Q.   All right.  Well, was Nongshim
18    America one of your customers?
```

**23. PAGE 28:23 TO 28:23 (RUNNING 00:00:00.630)**

```
23        A.   Yes.
```

**24. PAGE 57:05 TO 57:08 (RUNNING 00:00:18.419)**

```
05        Q.   And did -- at any point in time
06    in that 2005-to-2007 time period, did the
07    international sales division share a floor
08    with any other Nongshim division or team?
```

**25. PAGE 57:10 TO 57:22 (RUNNING 00:00:47.306)**

```
10        A.   To my recollection, it's not
11    like our international sales division ever
12    shared anything, because we were off as
13    our own section.  So it's not like there
14    was anybody sharing our section.
15             And the fact of the matter is
16    our export-related work was something that
17    was taking independently or independent of
18    anybody else's work.  It's not like there
19    was any need to interface or work together
20    with any other domestic-oriented, say,
21    departments within the company, because we
22    were off on our own as a separate section.
```

**26. PAGE 59:19 TO 60:03 (RUNNING 00:00:27.879)**

```
19        Q.   So getting back to my question
20    as to whether you shared a floor, during
21    that period of time between 2005 and 2007,
22    with any other divisions of Nongshim
23    Korea, what's the answer?
24             Do you have a recollection of
25    sharing space on a floor with any other
00060:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    divisions of Nongshim Korea during that
03    period 2005 to 2007?
```

**27. PAGE 60:08 TO 60:24 (RUNNING 00:00:50.130)**

```
08        A.   Well, so we were off on our own
09    as our own separate section.  And although
10    I don't quite recall things at this time,
11    I would believe that just given the fact
12    that we're talking about a fairly large
13    space, there probably would have been some
14    other departments elsewhere.
15             But what's clear is the fact
16    that we were off on our own with our own
17    separate entry way, in fact, and there
18    aren't any other departments that I can
19    actually recall at this point in time.
20             But I think what I'd like to
21    emphasize is the fact that we were off on
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:57:37 PM

## Won Joon Lee

```
        22    our own as a separate section altogether
        23    and that we had our own entry way, and we
        24    had performed our work just separately.
```

**28. PAGE 64:02 TO 64:07  (RUNNING 00:00:20.017)**

```
        02              So, sir, you know, in the course
        03    of your day, in that period 2005 to 2007,
        04    did you ever chat with employees that
        05    worked at Nongshim Korea in departments
        06    other than the international sales
        07    division?
```

**29. PAGE 64:09 TO 64:13  (RUNNING 00:00:07.590)**

```
        09    A.    No.  There isn't anything like
        10    that.
        11    Q.    No?
        12              Well, you've worked for the
        13    company for many years; right?
```

**30. PAGE 64:14 TO 64:14  (RUNNING 00:00:00.257)**

```
        14    A.    Yes.  That's right.
```

**31. PAGE 64:17 TO 64:21  (RUNNING 00:00:10.367)**

```
        17    Q.    And over the course of the
        18    decades that you've worked for Nongshim
        19    Korea, you've interacted with many, many
        20    employees from Nongshim Korea, haven't
        21    you?
```

**32. PAGE 65:03 TO 65:15  (RUNNING 00:00:38.297)**

```
        03    A.    Our unit is a unit dedicated to
        04    the handling of export-related affairs.
        05    That's what we do, and only we do that.
        06    And so it is in that regard that I'm
        07    saying I have not spoken with other people
        08    or discussed anything with others as far
        09    as the work is concerned.
        10    Q.    Well, you certainly -- the
        11    question wasn't limited to work.
        12              The question was you've
        13    interacted with many, many employees over
        14    the course of the decades you've worked at
        15    Nongshim Korea; isn't that true?
```

**33. PAGE 65:22 TO 66:16  (RUNNING 00:01:05.846)**

```
        22    A.    Perhaps I should preface my
        23    answer by saying that this is really
        24    something that is kind of more oriented in
        25    terms of a person's own proclivities or
00066:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02    practices.  So work is work, right, for
        03    the company?
        04              But otherwise, in my case,
        05    speaking for myself, I have tended to try
        06    to devote more time to my family and/or my
        07    own personal development.  And, yes,
        08    Nongshim has a bunch of people -- a few
        09    thousand -- but it's not like I had any
        10    occasion to interact with each and every
        11    one of them.
        12              As for me, I've tried to invest
        13    more of my time and energies in terms of
        14    both family and myself.  And so it's not
        15    like I have interfaced with any person in
```

Case Clip(s) Detailed Report
Friday, November 30, 2018, 4:57:37 PM

## Won Joon Lee

```
16    particular, to answer you.
```

**34. PAGE 100:04 TO 100:07  (RUNNING 00:00:15.182)**

```
04        Q.    When you were on the
05    international sales team, Team 2, were you
06    responsible for setting sales goals or
07    quotas for Nongshim America?
```

**35. PAGE 100:12 TO 100:18  (RUNNING 00:00:20.685)**

```
12        A.    There is nothing at all that
13    I've done in that regard.  In fact, their
14    company and ours are separate companies.
15    So there isn't anything that I've done in
16    that regard.
17        Q.    Did your management require or
18    set sales goals or quotas for you?
```

**36. PAGE 100:23 TO 100:23  (RUNNING 00:00:01.422)**

```
23        A.    No.
```

**37. PAGE 116:06 TO 116:08  (RUNNING 00:00:11.814)**

```
06        Q.    Have you ever spoken to anyone
07    at Samyang about Nongshim's Ramen
08    business?
```

**38. PAGE 116:12 TO 116:14  (RUNNING 00:00:11.547)**

```
12        A.    No.
13        Q.    Have you ever spoken to anyone
14    at Ottogi about Nongshim's Ramen business?
```

**39. PAGE 116:16 TO 116:19  (RUNNING 00:00:07.095)**

```
16        A.    No.
17        Q.    Have you ever spoken to anyone
18    at Paldo concerning Nongshim's Ramen
19    business?
```

**40. PAGE 116:21 TO 116:21  (RUNNING 00:00:00.841)**

```
21        A.    No.
```

**41. PAGE 121:16 TO 121:20  (RUNNING 00:00:23.381)**

```
16        Q.    When the international sales
17    division decides to adjust pricing for
18    Ramen, does it do so on the basis of
19    changes in the price of Ramen sold in
20    Korean domestic marketplace?
```

**42. PAGE 121:23 TO 121:23  (RUNNING 00:00:01.097)**

```
23        A.    Not at all.
```

**43. PAGE 121:24 TO 121:25  (RUNNING 00:00:02.391)**

```
24              Please allow me to further
25    elaborate.
```

**44. PAGE 122:02 TO 124:16  (RUNNING 00:03:11.517)**

```
02              These matters, such as the price
03    within the domestic market and such, even
04    the timeframe of any changes to such, you
05    know, I'm not really too keen on that,
06    rather than things like that.
07              And I've been kind of -- I've
08    repetitively stated this.  When it comes
09    to our work within the export side of
```

## Won Joon Lee

```
       10   things, the most important factor -- one
       11   of them is the foreign exchange rate.  And
       12   we also are sensitive to the fluctuations
       13   in the raw material costs, especially when
       14   it comes to flour, starch, and palm oil,
       15   so forth.
       16          Another important aspect would
       17   be the manufacturing costs plus the cost
       18   associated with management.  And
       19   underneath those, say, categories, there
       20   is the category of export costs.  Export
       21   costs also include our sales costs.
       22          And by that, I'm trying to get
       23   at the fact that there are certain costs
       24   that are incurred only by us on the export
       25   side of things.  I am referring to such
00123:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02   things as freight charges, container
       03   costs, et cetera, et cetera, which all get
       04   built in.  And they comprise our
       05   consideration as to what we shall
       06   designate as being our export profits.
       07          And it is based upon that that
       08   we run simulations and what have you and
       09   make a decision certain as to whether to
       10   raise the price, maintain the price, lower
       11   the price, et cetera.
       12          And aside from the export costs,
       13   there are also the cost of goods sold that
       14   come into play when we make -- when a
       15   determination, rather, as to the price is
       16   made.
       17          Now, speaking as to the cost of
       18   goods, please keep in mind that the export
       19   products are different as to the
       20   specifications as to the ingredients.  And
       21   indeed, they are also different from the
       22   domestic products in terms of the cost of
       23   goods sold as well.
       24          Now, as far as my understanding
       25   goes concerning the domestic, you know,
00124:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02   side of things, basically, when you ask in
       03   terms of the timeframe, you know, that's
       04   not something that I've thought about.  It
       05   is not something that I contemplate.
       06          So to recap, export has its own
       07   considerations about its own profits.  And
       08   it also takes a look at the prevailing
       09   environment in arriving at a certain
       10   decision.  It does not look at any other
       11   factors.
       12      Q.    At any point in time in the
       13   course of your work for the international
       14   sales division, have you had a need to
       15   understand pricing adjustments for Ramen
       16   in the Korean domestic marketplace?
```

**45. PAGE 124:21 TO 124:22  (RUNNING 00:00:03.723)**

```
       21      A.    I don't believe there has been
       22   anything like that in particular.
```

**46. PAGE 131:11 TO 131:16  (RUNNING 00:00:16.864)**

```
       11      Q.    All right.  And with respect to
       12   the domestic -- Korean domestic market, to
```

## Won Joon Lee

```
13    your awareness, is there any type of
14    transfer price that is assigned between
15    the Korean factory and the Korean domestic
16    sales team?
```

**47. PAGE 131:22 TO 131:25 (RUNNING 00:00:04.983)**

```
22        A.    Is my understanding correct that
23    you're now asking me about something about
24    domestic Korea?
25        Q.    Yes.
```

**48. PAGE 132:03 TO 132:13 (RUNNING 00:00:30.713)**

```
03        A.    If that's the case, then, you
04    know, what happens on the domestic side of
05    things and what we do in exports, that's,
06    you know, something completely different
07    and apart.  And when it comes to domestic
08    things, I don't know.
09        Q.    I think earlier, you testified
10    that the term "factory price" was not a
11    term that was commonly used in the
12    international sales division; is that
13    right?
```

**49. PAGE 132:17 TO 133:02 (RUNNING 00:00:33.834)**

```
17        A.    So what we indicate to the
18    customers as part of our export-related
19    activities is the export price.  Export
20    price, in this regard, is in reference to
21    the FOB price that we apply vis-`-vis such
22    customers.
23        Q.    Does the international sales
24    division suggest a retail or -- consumer
25    or a retail price for the Ramen that it
00133:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
   02    exports?
```

**50. PAGE 133:05 TO 133:15 (RUNNING 00:00:25.107)**

```
05        A.    That is something that is all
06    the more none of our business.  Basically,
07    during the years '01 through '03, there
08    were these respective customers out there.
09    And whether to add a margin or do
10    whatever, that was entirely their
11    prerogative.
12            Likewise, when Nongshim America
13    was going alone at this, again, it's
14    entirely up to them, that being their --
15    the province of their business.
```

**51. PAGE 138:06 TO 138:10 (RUNNING 00:00:25.034)**

```
06        Q.    Can you tell me about the timing
07    of any price adjustment -- price
08    adjustments to Nongshim America relative
09    to the change in Korean Ramen pricing by
10    the domestic Korean sales teams.
```

**52. PAGE 138:15 TO 139:05 (RUNNING 00:00:41.736)**

```
15        A.    When you ask that question, do
16    you mean to ask -- do you mean to explain
17    to you --
18            THE INTERPRETER:  Strike.
19        A.    Do you mean to first suggest
20    that there was a change in terms of the
```

## Won Joon Lee

```
    21    export price on account of there being a
    22    fluctuation in the domestic sale price,
    23    and you're asking me to explain things in
    24    that regard?
    25        Q.    Yeah.  Well, why don't we start
00139:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02    with the first point, which is was there a
    03    change in the export price of Ramen due to
    04    a fluctuation or change in the domestic
    05    sales price of Ramen?
```

**53.  PAGE 139:08 TO 140:24  (RUNNING 00:02:13.559)**

```
    08        A.    Well, to explain, it's like
    09    this:  It is not the case that, say,
    10    because there was a price increase as to
    11    the domestic sale price, we too must raise
    12    our export price.  No.  That's not the
    13    case.
    14            When there are certain
    15    environmental changes within Korea, these
    16    things are occasioned by an increase as to
    17    the cost of, say, certain things like
    18    flour, palm oil, starch, and what have
    19    you.
    20            And you have to keep in mind
    21    that aside from Ramen products, we also
    22    handle snacks.  So these things that tend
    23    to impact the business environment, these
    24    things, you know -- they could be talked
    25    about in newspapers and what have you.
00140:01    LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02            But it is not the case that
    03    because some change was there on the
    04    domestic side of things, we follow in
    05    suit.  No.  That's not it.  It's not
    06    like let's take a long and hard look and
    07    see when these guys raise their prices and
    08    so forth.  We don't monitor things that
    09    way.
    10            So the fact is when prices are
    11    increased as to the palm oil, you know,
    12    flour, starch, and so forth, these things
    13    tend to impact our company in terms of
    14    snacks also.
    15            And so it is those types of
    16    things that impact the business
    17    environment within Korea that we tend to
    18    monitor.  But we don't do things on
    19    account of there being a change on the
    20    domestic side of things.
    21        Q.    Did the international sales
    22    division do any type of surveys or studies
    23    of the U.S. market before deciding on a
    24    price change for Ramen?
```

**54.  PAGE 141:03 TO 142:21  (RUNNING 00:02:05.278)**

```
    03        A.    To answer you, there isn't
    04    anything like that, and -- that we've
    05    done.
    06            And at the cost of repeating
    07    myself, the things that we tend to pay
    08    more attention to are such factors as the
    09    foreign exchange rate at the time and
    10    things like any increase as to the cost of
    11    the raw materials, such as palm oil and
```

## Won Joon Lee

```
12   what have you, in other words, things that
13   impact or affect the food business
14   environment, because that results in the
15   cost of the snacks rising at the same
16   time.
17          And then you have to also take
18   into consideration the export-related
19   costs, such as the freight and the site
20   labor costs and so forth, which are what
21   we take into consideration in making a
22   determination as to what shall be our
23   profit.  Then there is the issue of the
24   cost of goods sold.
25          And as I previously mentioned --
00142:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   and this is something that you can verify
03   for yourselves, really -- the cost of
04   goods sold are different between, say, the
05   domestic-oriented product versus the
06   export version of the product.  I bid you,
07   please go ahead and verify that.  And they
08   are different in terms of the
09   specifications.  They're even different
10   when it comes to such nitty-gritty things
11   as the quality of the box.
12          And the basic point here is that
13   there are these differences as to the cost
14   of goods sold, and these basic items are
15   the things that we check and run
16   simulations on in making any decision
17   concerning any increase as to the price.
18          It is not the case, in other
19   words, that because there takes place
20   something somewhere else, on some other
21   side, that causes us to do something.
```

**55.  PAGE 145:23 TO 146:02  (RUNNING 00:00:09.686)**

```
23      Q.   All right.  And tell me how does
24   this support work?
25          Can you explain that to us in a
00146:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   little more detail?
```

**56.  PAGE 146:08 TO 146:15  (RUNNING 00:00:22.585)**

```
08      A.   So I would believe that the
09   sense in which you seem to be employing
10   the term "support" is probably not what
11   we're talking about, what I'm talking
12   about, for that is not what we do.
13          If you would understand my point
14   to be about marketing and sales-related
15   aspects, please.
```

**57.  PAGE 146:16 TO 147:02  (RUNNING 00:00:33.752)**

```
16          So let's talk about Nongshim
17   America, for instance, since we're talking
18   about the United States.  They are one of
19   our customers.  And as one of our
20   customers, they go out into these local
21   marketplaces, literally, in a market.
22   They try to establish a new account.  They
23   enter into contract.  They put on tasting
24   occasions and so forth.  They are
25   effectively out there trying to do PR of
00147:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:57:37 PM**

## Won Joon Lee

```
    02   our Nongshim products.  And, basically,
```

**58. PAGE 147:03 TO 147:06  (RUNNING 00:00:13.796)**

```
    03   they have their own perspective and
    04   position on things, as do we.  And in view
    05   of the two, basically, we're talking about
    06   a negotiation, a business negotiation.
```

**59. PAGE 147:07 TO 147:22  (RUNNING 00:00:40.853)**

```
    07           For instance, they might
    08   sometimes make a certain request or make a
    09   certain suggestion.  And whereas,
    10   sometimes we may accept it; sometimes we
    11   might say, "No.  No can do."
    12           And these things I'm talking
    13   about are such things as marketing-related
    14   costs and expenses.  So if you would
    15   understand it in that vein, please, I
    16   would appreciate that.
    17   Q.     Sure.
    18           So is there some sort of credit
    19   that is provided by Nongshim Korea, or is
    20   it a price discount on orders during a
    21   specific period of time, or how does the,
    22   you know -- this financial support work?
```

**60. PAGE 148:03 TO 148:06  (RUNNING 00:00:10.443)**

```
    03   A.      To my understanding, there is no
    04   financing support, for all I know; that,
    05   in fact, there can't be anything like
    06   that, as far as I would believe.  On their
```

**61. PAGE 148:06 TO 149:03  (RUNNING 00:01:04.009)**

```
    06   that, as far as I would believe.  On their
    07   event, in terms of marketing- and
    08   sales-related matters, let's say they're
    09   putting on some sort of a tasting event.
    10   We can provide product on a discounted
    11   basis for such purposes, for instance.
    12           In certain other instances, we
    13   might hold back on the implementation as
    14   to some price change.  You know, it's not
    15   that I have any particular case in mind.
    16   But in general, those are the sorts of
    17   things that I can think of.
    18   Q.     Now, you have mentioned several
    19   times today some simulations that you
    20   run to -- "you" meaning the international
    21   sales division -- when considering a Ramen
    22   price change.
    23           Can you walk us through what
    24   goes into this simulation, what are the
    25   things that you consider, and how does
00149:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
    02   that guide your determination as to what
    03   to do with respect to price.
```

**62. PAGE 149:06 TO 149:09  (RUNNING 00:00:09.264)**

```
    06   A.      Let me see if I can try to
    07   explain things.  I don't know if this is
    08   actually going to be an answer to your
    09   question, but let me give it a shot.
```

## Won Joon Lee

**63. PAGE 149:10 TO 149:17  (RUNNING 00:00:22.503)**

```
10            So generally speaking, what
11   comprise our cost --
12            THE INTERPRETER:  Strike.
13      A.   -- price structure are things
14   such as the cost of goods sold, the
15   general administration expenses having to
16   do with sales, and our profits.  Let me
17   address each of those one by one.
```

**64. PAGE 149:18 TO 150:02  (RUNNING 00:00:26.526)**

```
18            When it comes to the cost of
19   goods sold -- and here, we're speaking
20   about U.S.-oriented export products.  So
21   there is a definite difference in terms of
22   cost of goods sold in that regard having
23   to do with the raw material costs for
24   these products in terms of the factory
25   price, the manufacturing costs, in other
00150:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   words, compared to the domestic product.
```

**65. PAGE 150:03 TO 150:07  (RUNNING 00:00:16.718)**

```
03            And so staying on with this
04   difference that exists as to the factory
05   price, namely, the raw material costs for
06   the export-oriented version, if I were to
07   delve into that further, there is indeed a
```

**66. PAGE 150:07 TO 150:24  (RUNNING 00:00:53.697)**

```
07   delve into that further, there is indeed a
08   difference as to the respective
09   specifications.  There's a difference as
10   to the, say, ingredients or quality of
11   things, not just in terms of the box, but
12   also in terms of, say, the lid-related
13   material for the noodles in certain cups.
14            For instance, the
15   export-oriented one is not made of
16   aluminum foil because, as you know,
17   overseas, they tend to use a lot of
18   microwave ovens.  And if you stick in
19   something that has an aluminum lid, then
20   that, you know, potentially can lead to a
21   fire.  So I'm just entailing to you just a
22   few such items.  But suffice to say that
23   there are these differences as to the
24   ingredients and specifications.
```

**67. PAGE 150:25 TO 151:05  (RUNNING 00:00:14.932)**

```
25            But while we're at it, talking
00151:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   about ingredients, when you look at the
03   U.S.-oriented products, speaking about the
04   meat that gets included, it's pretty tough
05   to obtain USDA approval; all right?
```

**68. PAGE 151:06 TO 151:14  (RUNNING 00:00:24.477)**

```
06            So concerning that -- and I
07   forget the precise timeframe when it
08   was -- this change was made.  But whereas
09   in Korea, pork and beef are used together,
10   but here, for U.S. purposes -- and, again,
```

**Case Clip(s) Detailed Report**
**Friday, November 30, 2018, 4:57:37 PM**

## Won Joon Lee

```
11   I don't recall the exact timeframe of
12   this.  But at some point in time, we made
13   everything in terms of beef to be
14   Australian beef.
```

**69.  PAGE 151:15 TO 151:18  (RUNNING 00:00:10.374)**

```
15           And, again, without being able
16   to recall the precise timeframe, at some
17   point in time, we went with a complete
18   no-meat rendition of things.
```

**70.  PAGE 151:19 TO 151:25  (RUNNING 00:00:14.696)**

```
19           So my whole point about this is
20   that when you look at the ingredients
21   themselves, there is a market
22   difference -- an obvious difference
23   between the domestic version versus the
24   export version which results in a
25   different factory price.
```

**71.  PAGE 152:02 TO 152:03  (RUNNING 00:00:03.098)**

```
02           Now let us look at the sales
03   cost.  And just to quickly recap, what
```

**72.  PAGE 152:03 TO 152:06  (RUNNING 00:00:08.391)**

```
03   cost.  And just to quickly recap, what
04   I've talked about thus far would be in
05   terms of the cost of goods sold for the
06   export-type products; all right?
```

**73.  PAGE 152:07 TO 152:09  (RUNNING 00:00:05.515)**

```
07           Now, likewise, we're still on
08   the export side of things but speaking in
09   terms of sales costs.  The reason why I'm
```

**74.  PAGE 152:09 TO 152:15  (RUNNING 00:00:17.145)**

```
09   terms of sales costs.  The reason why I'm
10   prefacing my answer this way is because
11   the calculation of profits and expenses
12   and so forth -- that is something that
13   takes place completely separate and apart
14   from anything having to do with domestic
15   sales.
```

**75.  PAGE 152:16 TO 153:06  (RUNNING 00:00:43.195)**

```
16           And so the point I'm trying to
17   make about our sales costs is the fact
18   that we have these export costs and also
19   sales costs which comprise of the general
20   administrative costs.
21           In other words, in this category
22   of sales costs, as I mentioned earlier --
23   first of all, in terms of the export
24   costs, we have the actual costs --
25   shipping costs, such as the freight
00153:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   charges, the container work type of
03   charges, fees, and sticker costs, other,
04   say, ancillary shipping document fees,
05   THC, and so forth as associated with
06   export efforts.
```

## Won Joon Lee

**76. PAGE 153:07 TO 153:15  (RUNNING 00:00:18.863)**

```
07              And add to that yet another
08     aspect.  Basically, when marketing --
09             THE INTERPRETER:  Strike.
10       A.    When exporting certain things,
11     there are certain associated marketing
12     costs, namely, advertising or promotional
13     types of material that come to be
14     constructed as part of those efforts, and
15     those are all costs.
```

**77. PAGE 153:16 TO 153:18  (RUNNING 00:00:06.252)**

```
16             Now, these things generally
17     comprise -- constitute our price
18     structure.  It is not the case that --
```

**78. PAGE 153:18 TO 153:22  (RUNNING 00:00:15.451)**

```
18     structure.  It is not the case that --
19     this is what's important by the way -- we
20     base our work on those things by looking
21     at it, say, on a daily basis, raising and
22     lowering the price or something.  The
```

**79. PAGE 153:22 TO 153:25  (RUNNING 00:00:07.657)**

```
22     lowering the price or something.  The
23     point here is that on top of this, we need
24     to look at the external factors in terms
25     of the environment.
```

**80. PAGE 154:02 TO 154:07  (RUNNING 00:00:15.587)**

```
02             So what do I mean by that?
03     Those factors that tend to impact the cost
04     of goods sold concerning our products, the
05     biggest factors are those things that
06     affect the price as to flour, palm oil,
07     starch.
```

**81. PAGE 154:08 TO 154:21  (RUNNING 00:00:44.420)**

```
08             Another thing about that is if,
09     by way of reports in the press and what
10     have you, we come -- become aware of the
11     fact that there are going to be, say,
12     price increases as to such items, and/or
13     if we somehow become aware of the fact
14     that the same types of food-related raw
15     materials are going to be increased, say,
16     on the domestic side, that, obviously, is
17     going to impact the cost of snacks --
18     Ramen too, of course, one assumes, but we
19     would have the understanding that those --
20     that will impact the price as to those
21     items.  And, as such, there are these
```

**82. PAGE 154:21 TO 155:05  (RUNNING 00:00:21.891)**

```
21     items.  And, as such, there are these
22     external environmental factors, if you
23     will, which does play a role as one of the
24     factors having to do with whether we
25     increase or reduce the price of things.
00155:01  LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02             But in addition to that, I've
03     also talked about how the issue of foreign
04     exchange is an important factor in
```

## Won Joon Lee

```
     05   export-related activities.
```

**83. PAGE 155:06 TO 156:11  (RUNNING 00:01:32.804)**

```
     06            And so this, speaking again with
     07   respect to aspects of the Korean
     08   environment, let's say, even in view of an
     09   increase as to the cost of Ramen, snacks,
     10   and so forth, on account of the rise in
     11   price as to cost as to flour, palm oil,
     12   and so forth, if things are such that
     13   there's a favorable foreign exchange rate
     14   at the moment -- in fact, as I recall, in
     15   the early 2000 -- early aughts, things
     16   were pretty good, if memory serves.  We
     17   were looking at something like 1,120
     18   Korean Won to a dollar, maybe 1,200 to a
     19   dollar.  I forget.
     20            But anyway, if things are like
     21   that, then even in view of a rising cost
     22   as to flour, you might be able to hold
     23   your price.  Depending on the occasion, of
     24   course, you might actually be able to
     25   afford to reduce your price.
00156:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02            But the point here about the
     03   simulation is that you plug in those
     04   variables, and you look at things.  And if
     05   it comes out to be a plus or a minus, then
     06   that's going to tell you what to do.  You
     07   might want to stay where you are.  So, as
     08   such, we monitor the FOREX movement rather
     09   closely and use it to help make a
     10   determination as to whether to hold, stay
     11   the course, or what.
```

**84. PAGE 156:12 TO 156:25  (RUNNING 00:00:43.440)**

```
     12            So the conclusion I'm trying to
     13   arrive at is this:  These are the factors
     14   that come into play that affect our work
     15   on the export side of things.  And
     16   although I have not actually looked into
     17   what the relationship may or may not be in
     18   terms of the timing of any fluctuation in
     19   price on the domestic side versus that on
     20   the export side, my belief is that they
     21   are absolutely different.  They're not the
     22   same.
     23       Q.   Okay.  A few minutes ago, you
     24   used a term "THC," I believe.
     25            Do you remember that?
```

**85. PAGE 157:02 TO 157:04  (RUNNING 00:00:03.646)**

```
     02       A.   Yes.
     03       Q.   Just give us the definition of
     04   "THC," please.
```

**86. PAGE 157:05 TO 157:17  (RUNNING 00:00:34.824)**

```
     05       A.   So "THC" basically stands for
     06   "terminal handling charge."  And put more
     07   simply, let's say there is the ship, the
     08   vessel on which the containers are laid
     09   in, and there's a crane that's going to
     10   come and lift up those containers.  We're
     11   talking about those charges.  That's
     12   called "terminal handling charge."
```

## Won Joon Lee

```
13      Q.    Okay.  All right.  And the
14   product of all of this analysis -- is that
15   written down in any type of a document by
16   the employees in the international sales
17   division?
```

**87.  PAGE 157:22 TO 157:24  (RUNNING 00:00:07.500)**

```
22      A.    What I'm thinking is that if
23   there is anything, it would be found in
24   the basement-located document archives.
```

**88.  PAGE 157:25 TO 158:12  (RUNNING 00:00:34.116)**

```
25           But this kind of calculation
00158:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   material, the -- this is not just some
03   sort of a simple thing that you do.  So
04   there probably is quite a bit of stuff
05   that goes into that.  But I still am not
06   able to say whether there is or isn't
07   anything to that effect.
08      Q.    Okay.  All right.  And the COGS
09   information that you use -- is that
10   information that is developed by the
11   international sales division, or does the
12   factory provide that information to you?
```

**89.  PAGE 158:16 TO 159:04  (RUNNING 00:00:39.358)**

```
16      A.    So concerning the factory price
17   and what have you, I don't exactly know
18   how that is put together or what.  But my
19   basic understanding is that once we have
20   that available, then we do some tallying
21   or calculations based upon that.  But,
22   again, I don't know the exact source from
23   whence such comes.
24      Q.    So when you used the term "cost
25   of goods sold" or "COGS" just a few
00159:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   minutes ago, is that -- is that the same
03   thing in your mind as a factory price, or
04   are those two terms different?
```

**90.  PAGE 159:05 TO 160:04  (RUNNING 00:01:15.862)**

```
05      A.    When it comes to that, I myself
06   am not entirely clear.  But, to me,
07   firstly, factory price, I think, is in
08   reference to the price at which product is
09   released from the factory, which I think
10   might include the cost of goods sold.
11   But, again, I myself am not entirely keen
12   on those matters.
13           But what I'm thinking is we're
14   basically talking about the price of
15   product as it comes out from the factory.
16           For instance, I think in the
17   U.S. export context, I think we are
18   talking about the cost of goods sold.  But
19   I wouldn't know exactly for certain.
20      Q.    Well, I'm trying to understand
21   what goes into the simulation that you
22   described a while ago.  And now I'm not
23   even sure that I know.
24           So what information are you
25   getting from the factory that you put into
00160:01   LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
```

## Won Joon Lee

```
02   a simulation to try and determine what
03   price to sell Ramen to Nongshim America
04   at?
```

**91. PAGE 160:09 TO 161:05  (RUNNING 00:01:09.938)**

```
09        A.    So in terms of arriving at these
10   prices, I myself am not entirely clear as
11   to my recollection about, say, the factory
12   price versus the cost of goods sold in
13   terms of what we plug in.
14             In terms of the factory --
15             THE INTERPRETER:  Strike.
16        A.    -- costs of goods sold, I
17   believe that includes our costs.  But,
18   see, I'm kind of confused about this in
19   two respects.
20             As I mentioned earlier, when we
21   do this kind of, say, work, we've run such
22   simulations based upon both cost of goods
23   sold as well as factory price.
24             And so -- so that you know,
25   they're not of the same format.  But as to
00161:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   exactly which I have in mind, that's
03   what's a little confusing to me.  It goes
04   without saying that this is subject to
05   further verification.
```

**92. PAGE 161:06 TO 161:07  (RUNNING 00:00:03.991)**

```
06             Perhaps, though, I need to kind
07   of correct a few things here myself.
```

**93. PAGE 161:08 TO 161:24  (RUNNING 00:00:47.324)**

```
08   Going back to the factory price concerning
09   the export-oriented products, so included
10   in such factory price are things like the
11   cost of goods sold, our sales-related
12   general admin expenses, when you look at
13   it.
14             And, of course, you take into
15   consideration the prevailing foreign
16   exchange rate, take into consideration
17   what shall be our profit level, and
18   keeping in mind, of course, that the
19   specifications are different for the
20   export products.  That is how you arrive
21   at the overall price.  And it is a foreign
22   exchange-based simulation that I told you
23   that we run.  And this is all on the side
24   of export products.
```

**94. PAGE 161:25 TO 162:03  (RUNNING 00:00:12.180)**

```
25             When it comes to COGS, that most
00162:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   definitely is comprised of such things as
03   labor costs, material costs, and expenses.
```

**95. PAGE 162:04 TO 162:16  (RUNNING 00:00:30.183)**

```
04             So on or in hindsight, it seems
05   to me that because there is really no set
06   format to these sorts of things, I ended
07   up confusing myself, and I apologize for
08   that.
09             Now, going back to your
```

## Won Joon Lee

```
10    question, what was your last question,
11    please?
12            THE INTERPRETER:  Quick
13    interjection by the interpreter.
14            "I ended up confusing myself as
15    to the terminology, so I apologize for
16    that."
```

**96.  PAGE 163:19 TO 163:24  (RUNNING 00:00:18.372)**

```
19    Q.    Okay.  All right.  And when
20    Nongshim -- when the international sales
21    division engages in a transaction with
22    Nongshim America, is that transaction in
23    U.S. dollars or in Won or in some other
24    currency?
```

**97.  PAGE 164:05 TO 164:05  (RUNNING 00:00:01.762)**

```
05    A.    It's in U.S. dollars.
```

---

## Lee, Won J. (Vol. 01) - 03/24/2016

**1 CLIP  (RUNNING 00:01:13.142)**

All right.  Do you -- are you ...

**WL-0324-FINAL**          **3 SEGMENTS  (RUNNING 00:01:13.142)**          

**1.  PAGE 78:13 TO 78:16  (RUNNING 00:00:11.915)**

```
13            Sir, do you know if Nongshim
14    America has a desired profit margin that
15    it hopes to achieve on account of its
16    business?
```

**2.  PAGE 78:21 TO 79:06  (RUNNING 00:00:35.070)**

```
21    A.    I think we actually talked about
22    that yesterday.  Basically, Nongshim
23    America and Nongshim Korea are separate
24    and apart from each other, and nor are we
25    in any position to get to know about
00079:01 LEE - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    anything like what you're talking about.
03    Q.    All right.  And do you have any
04    information about how the Nongshim factory
05    in Rancho Cucamonga conducts business with
06    Nongshim America?
```

**3.  PAGE 79:12 TO 79:21  (RUNNING 00:00:26.157)**

```
12    A.    Well, the thing is I've never
13    even been to said factory of theirs,
14    although I've been -- I was, at one time
15    or another, conducting sales from 2005
16    through 2007.  It's not like I've ever
17    visited said factory, and the goings on
18    there in terms of their business is
19    literally just that -- their business.
20    They are separate and apart from Nongshim,
21    as far as I'm concerned.
```

COURT EXHIBIT 37b

**KoreanNoodles**

**Lee, Won Joon (Vol. 01) - 03/23/2016**                                    1 CLIP  (RUNNING 00:03:02.177)



**LEEWONJOON0323-CROSS**          9 SEGMENTS  (RUNNING 00:03:02.177)

**1. PAGE 11:09 TO 11:13 (RUNNING 00:00:12.435)**

```
09              During what portions of your
10   time working for Nongshim here in Korea
11   has your work focused on exporting to the
12   United States as opposed to some other
13   country in the world?
```

**2. PAGE 11:14 TO 11:19 (RUNNING 00:00:17.315)**

```
14      A.    So the timeframe when I began
15   working on anything U.S.-oriented was
16   beginning in 2005 through, I would
17   believe, May, June-ish of 2007.  I was
18   basically tasked with sales in that regard
19   at that time.
```

**3. PAGE 79:17 TO 79:21 (RUNNING 00:00:20.780)**

```
17              Were you yourself, in that
18   period of time from 2005 through 2007,
19   responsible for determining the price at
20   which Ramen would be sold to Nongshim
21   America?
```

**4. PAGE 79:24 TO 79:24 (RUNNING 00:00:01.487)**

```
24      A.    No.
```

**5. PAGE 105:13 TO 105:15 (RUNNING 00:00:11.247)**

```
13      Q.    Did you ever share margin
14   information with anyone outside of
15   Nongshim Korea?
```

**6. PAGE 105:19 TO 105:23 (RUNNING 00:00:12.399)**

```
19      A.    Not at all.
20      Q.    And would margin information be
21   the type of information that would be
22   confidential information of Nongshim
23   Korea?
```

**7. PAGE 106:06 TO 106:25 (RUNNING 00:00:45.996)**

```
06      A.    So, again, speaking for myself
07   personally -- and, again, I believe I'm
08   repeating my answer.  But these things
09   about company revenue, profit, and so
10   forth, you know, it's not the sort of
11   thing that I go out and talk about on a
12   personal basis or in -- on any other
13   basis.  Certainly, I wouldn't do that with
14   anybody that I don't know.  And it's -- so
15   the answer is I've never done anything
16   like that.
17              And just from a common-sense
18   perspective, that's just not the sort of
19   thing that one does; right?  I mean,
20   it's -- I think it just goes without
```

**KoreanNoodles**

```
21   saying that regardless of whether there is
22   anything within the company that, you
23   know, says something about that or not,
24   it's just not the sort of thing that one
25   does.
```

**8. PAGE 124:23 TO 125:03  (RUNNING 00:00:19.725)**

```
23        Q.    All right.  When there is a
24   determination made by the international
25   sales division that a price adjustment
00125:01
02   needs to occur, how is that communicated
03   to Nongshim America?
```

**9. PAGE 125:06 TO 125:16  (RUNNING 00:00:40.793)**

```
06        A.    Going back to the
07   2001-through-2003 timeframe, back then,
08   there were these respective customers,
09   among whom was included Nongshim America.
10   And at that time, it was via fax to the
11   respective parties that we would inform
12   them as to any changes in pricing.
13             Starting in 2004, it was
14   strictly Nongshim America.  And, again, we
15   would inform them about such things as
16   pricing in the form of faxes.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:02.177)**

COURT EXHIBIT 38a

Case Clip(s) Detailed Report

**Kwon, Won Seok**

Monday, December 03, 2018, 3:04:34 PM

**Kwon, Won Seok**

---

 **Kwon, Won S. (Vol. 01) - 04/28/2016**                    **1 CLIP  (RUNNING 00:05:51.808)**

**W O N   S E O K   K W O N , …**

WK-0428-FINAL                    **27 SEGMENTS  (RUNNING 00:05:51.808)**   

**1. PAGE 5:13 TO 5:17  (RUNNING 00:00:13.270)**

```
13   W O N     S E O K     K W O N,
14       having first been duly sworn
15       by Sharon Lengel, the Notary
16       Public, was examined and
17       testified as follows:
```

**2. PAGE 7:17 TO 7:18  (RUNNING 00:00:02.008)**

```
17           How long have you worked at
18   Nongshim?
```

**3. PAGE 7:19 TO 7:19  (RUNNING 00:00:02.464)**

```
19       A.    This is my 27th year.
```

**4. PAGE 15:12 TO 15:13  (RUNNING 00:00:05.570)**

```
12       Q.    Did your job duties change again
13   at some point after 2004?
```

**5. PAGE 15:14 TO 15:17  (RUNNING 00:00:09.698)**

```
14       A.    So starting in 2005, the region
15   that I was handling changed.
16       Q.    Which region did you start
17   handling in 2005?
```

**6. PAGE 15:18 TO 15:20  (RUNNING 00:00:11.807)**

```
18       A.    The entire American continent.
19       Q.    Can you list the specific
20   countries that were included.
```

**7. PAGE 15:21 TO 15:25  (RUNNING 00:01:01.251)**

```
21       A.    The United States, Central and
22   South America, for instance, Brazil,
23   Guatemala, Paraguay, Chile, Peru, the
24   Dominican Republic, Bolivia, Argentina --
25   oh, Mexico.
```

**8. PAGE 17:18 TO 17:20  (RUNNING 00:00:06.099)**

```
18       Q.    And what region were you
19   responsible for in 2009 when you became a
20   senior manager?
```

**9. PAGE 17:21 TO 17:25  (RUNNING 00:00:14.551)**

```
21       A.    Around that time, I think my
22   areas included the Americas as well as
23   India.
24       Q.    So your responsibilities
25   expanded.
```

**10. PAGE 18:02 TO 18:02  (RUNNING 00:00:01.261)**

```
02       A.    That is right.
```

## Kwon, Won Seok

**11. PAGE 34:23 TO 35:04  (RUNNING 00:00:15.977)**

```
      23        Q.    Does the Overseas Sale
      24   Division -- strike that.
      25             During the period 2005 through
00035:01   KWON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
      02   2010, did the Overseas Sales Division
      03   periodically interact with other divisions
      04   at Nongshim Korea?
```

**12. PAGE 35:07 TO 35:09  (RUNNING 00:00:06.740)**

```
      07        A.    No.
      08        Q.    Specifically, did you ever
      09   interact with a Sales Planning Division?
```

**13. PAGE 35:12 TO 35:16  (RUNNING 00:00:14.726)**

```
      12        A.    No.
      13        Q.    Have you ever heard of a
      14   department or a unit or a team in Nongshim
      15   Korea called the distribution
      16   investigation team?
```

**14. PAGE 35:17 TO 35:19  (RUNNING 00:00:11.688)**

```
      17        A.    I don't exactly know.
      18        Q.    So you have not heard of that
      19   team.
```

**15. PAGE 35:22 TO 35:22  (RUNNING 00:00:01.489)**

```
      22        A.    No.
```

**16. PAGE 52:07 TO 52:16  (RUNNING 00:00:29.906)**

```
      07        Q.    I need to ask the question
      08   again.  But I'll try to ask it differently
      09   to help you.
      10             What I'm trying to understand is
      11   your understanding of who your competitors
      12   were in your endeavors to increase the
      13   sales of Nongshim Korean Ramen in the
      14   United States.
      15             Who were the competitors in
      16   that -- in the area of Korean Ramen?
```

**17. PAGE 52:19 TO 52:24  (RUNNING 00:00:20.255)**

```
      19        A.    Well, I would say that there can
      20   be a number of different competitors out
      21   there in respect of our selling product
      22   within the United States and on a
      23   worldwide basis, such as Maruchan,
      24   Nisshin, Indomie or Indofood, Nestli.
```

**18. PAGE 53:13 TO 53:15  (RUNNING 00:00:06.348)**

```
      13             And I'm asking who your
      14   competitors in the United States are with
      15   respect to Korean Ramen.
```

**19. PAGE 53:17 TO 53:21  (RUNNING 00:00:14.101)**

```
      17        A.    Maruchan, Nisshin, Indofood,
      18   Nestli.
      19        Q.    Interesting that you have not
      20   mentioned a single Korean company.
      21             Why is that?
```

## Kwon, Won Seok

**20. PAGE 53:24 TO 54:03  (RUNNING 00:00:10.521)**

```
       24        A.     Because that's not necessary.
       25    When it comes to Korean Ramen, you know,
 00054:01    KWON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    the other companies do not constitute
       03    competition as for us.
```

**21. PAGE 59:05 TO 59:11  (RUNNING 00:00:38.268)**

```
       05        Q.     I'm trying to get more
       06    information about the basis for your
       07    contention or statement -- strike that --
       08    statement that Maruchan and Nisshin --
       09    Nisshin and Maruchan are the competitors
       10    with -- against Nongshim in the American
       11    market for Korean Ramen.
```

**22. PAGE 59:14 TO 59:19  (RUNNING 00:00:17.430)**

```
       14        A.     When it comes to Maruchan and
       15    Nisshin, it is my understanding that they
       16    landed in the United States first before
       17    Nongshim ever did.  And, as such, they
       18    made forays into the marketplace before
       19    Nongshim, to my understanding.
```

**23. PAGE 72:24 TO 73:05  (RUNNING 00:00:23.037)**

```
       24        Q.     Excluding differences in
       25    transportation cost and currency issues,
 00073:01    KWON - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
       02    is the export price the same or was the
       03    export price the same in all regions, from
       04    the period of 2005 to 2010, for Nongshim
       05    Korea products that were exported?
```

**24. PAGE 73:09 TO 73:09  (RUNNING 00:00:01.673)**

```
       09        A.     They're not the same.
```

**25. PAGE 75:12 TO 75:14  (RUNNING 00:00:06.185)**

```
       12        Q.     Have you ever interacted with
       13    any employees of Ottogi, Samyang, or
       14    Paldo?
```

**26. PAGE 75:15 TO 75:17  (RUNNING 00:00:04.791)**

```
       15        A.     No.
       16        Q.     Do you know any employee of any
       17    of those companies?
```

**27. PAGE 75:18 TO 75:18  (RUNNING 00:00:00.694)**

```
       18        A.     No.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:51.808)**

COURT EXHIBIT 38b

**KoreanNoodles**

---

**Kwon, Won Seok (Vol. 01) - 04/28/2016**                    **1 CLIP  (RUNNING 00:05:44.125)**



KWONWONSEOK0428-CROSS        27 SEGMENTS  (RUNNING 00:05:44.125)

**1. PAGE 21:08 TO 21:10  (RUNNING 00:00:13.302)**

```
08      Q.    During the time 2005 through
09  2010, who were the United States customers
10  of Nongshim Korea?
```

**2. PAGE 21:11 TO 21:11  (RUNNING 00:00:04.217)**

```
11      A.    It would be Nongshim America.
```

**3. PAGE 21:12 TO 21:15  (RUNNING 00:00:10.633)**

```
12      Q.    And when I say "Nongshim Korea,"
13  I am referring to the parent company
14  that's based here in Korea and which I
15  understand is your employer.
```

**4. PAGE 21:16 TO 21:17  (RUNNING 00:00:03.148)**

```
16          Can you confirm you are employed
17  by Nongshim Korea?
```

**5. PAGE 21:18 TO 21:19  (RUNNING 00:00:04.068)**

```
18      A.    I work at Nongshim's
19  headquarters.
```

**6. PAGE 21:20 TO 21:23  (RUNNING 00:00:09.316)**

```
20      Q.    And I will be referring to the
21  headquarters -- the entity that runs this
22  headquarters as being Nongshim Korea, for
23  purposes of this deposition.  All right?
```

**7. PAGE 21:24 TO 21:24  (RUNNING 00:00:01.493)**

```
24      A.    That's fine.
```

**8. PAGE 31:20 TO 31:23  (RUNNING 00:00:21.719)**

```
20          During the period of 2005
21  through 2010, do you recall being involved
22  in pricing with respect to Nongshim
23  Korea's sales to the United States?
```

**9. PAGE 32:02 TO 32:02  (RUNNING 00:00:01.456)**

```
02      A.    No.
```

**10. PAGE 51:06 TO 51:10  (RUNNING 00:00:15.806)**

```
06      Q.    Would you agree that the R&D
07  center was tasked with formulating a Shin
08  Ramen that tasted the same as the Korean
09  Ramen, even if there were different
10  regulations regarding ingredients?
```

**11. PAGE 51:13 TO 51:14  (RUNNING 00:00:11.212)**

```
13      A.    Well, in my mind, that is what I
14  believe researchers are supposed to do.
```

**KoreanNoodles**

**12. PAGE 57:10 TO 57:13 (RUNNING 00:00:13.531)**

```
10      Q.    Are you aware that Nongshim
11  America markets -- its Ramen products in
12  the United States is premium products
13  precisely because they are Korean Ramen?
```

**13. PAGE 57:17 TO 57:18 (RUNNING 00:00:08.355)**

```
17      A.    Nongshim America's thoughts have
18  nothing to do with me.
```

**14. PAGE 57:19 TO 57:22 (RUNNING 00:00:12.724)**

```
19      Q.    Well, in understanding the U.S.
20  market, you obviously have to have some
21  understanding of that marketplace and how
22  products are marketed, don't you?
```

**15. PAGE 58:02 TO 58:08 (RUNNING 00:00:26.741)**

```
02      A.    When Nongshim America would
03  place orders with us, we would receive
04  such orders, cause production to take
05  place, and ensure that the goods are
06  shipped on the very day they are promised
07  to be shipped.  And that constitutes our
08  best effort in the conduct of things.
```

**16. PAGE 58:09 TO 58:11 (RUNNING 00:00:09.225)**

```
09      Q.    Do you know what percentage of
10  Nongshim America customers for Ramen are
11  Korean or Korean-American?
```

**17. PAGE 58:15 TO 58:15 (RUNNING 00:00:02.361)**

```
15      A.    I don't quite know.
```

**18. PAGE 58:16 TO 58:21 (RUNNING 00:00:18.036)**

```
16      Q.    Do you believe that
17  Korean-American and Korean customers in
18  the United States consider Ramen products
19  from Nisshin and Maruchan to be
20  substitutes for Korean-manufactured or
21  Korean Ramen?
```

**19. PAGE 58:24 TO 59:04 (RUNNING 00:00:18.894)**

```
24      A.    Sir, as I pointed out
25  previously, your questions are rather
00059:01
02  difficult for me for my purposes.  I
03  wonder if you could perhaps be a lot more
04  specific.  I would really appreciate that.
```

**20. PAGE 59:20 TO 59:23 (RUNNING 00:00:12.038)**

```
20      Q.    Do you know if Korean-American
21  or Korean purchasers of Ramen in the
22  United States differentiate between Korean
23  Ramen and other Ramen?
```

**21. PAGE 60:02 TO 60:03 (RUNNING 00:00:05.251)**

```
02      A.    I'm not sure if I quite
03  understand that question.
```

**22. PAGE 62:07 TO 62:08 (RUNNING 00:00:03.729)**

```
07      Q.    Do you know anything about
```

**KoreanNoodles**

```
        08   consumer behavior in the United States?
```

**23. PAGE 62:12 TO 62:19  (RUNNING 00:00:51.925)**

```
        12        A.    My understanding is that there
        13   are a lot of Hispanic -- there is a great
        14   Hispanic population in the United States.
        15   And we also target the Hispanic population
        16   in selling product.  We are, in other
        17   words, trying to make forays into the
        18   Hispanic marketplace by use of our unique
        19   hotness, the hot flavor, as our arsenal.
```

**24. PAGE 62:20 TO 62:23  (RUNNING 00:00:09.360)**

```
        20        Q.    And that hot flavor is a
        21   consistent characteristic of certain of
        22   your Ramen products sold all around the
        23   world; right?
```

**25. PAGE 63:03 TO 63:05  (RUNNING 00:00:09.643)**

```
        03        A.    When you look at our products,
        04   there are various flavors.  It's not just
        05   the hot flavors.
```

**26. PAGE 63:06 TO 63:10  (RUNNING 00:00:12.114)**

```
        06        Q.    You referred to your unique
        07   hotness.  Those are your words.
        08             And that is, in fact, a
        09   characteristic of certain of the Nongshim
        10   Ramen products; correct?
```

**27. PAGE 63:14 TO 63:18  (RUNNING 00:00:33.828)**

```
        14        A.    We make efforts to introduce and
        15   make known our products overseas to
        16   various folks and to introduce them to our
        17   taste, the taste of our products, taste of
        18   our products.
```

| |
|---|
| **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:44.125)** |

COURT EXHIBIT 39a

Case Clip(s) Detailed Report

# Coby Han

Monday, December 03, 2018, 3:05:43 PM

**Case Clip(s) Detailed Report**
**Monday, December 03, 2018, 3:05:43 PM**

### Coby Han

---

## Han, Coby (Vol. 01) - 01/20/2016                                       1 CLIP  (RUNNING 00:09:17.604)

 J A C K I   N O H, ...



CH-0120-0000705                          61 SEGMENTS  (RUNNING 00:09:17.604)

**1. PAGE 7:05 TO 7:10  (RUNNING 00:00:04.851)**

```
05   J A C K I    N O H,
06        having first been duly sworn by
07        Sharon Lengel, the Notary Public,
08        interpreted from English to
09        Korean and from Korean to English
10        as follows:
```

**2. PAGE 7:11 TO 7:15  (RUNNING 00:00:00.909)**

```
11   C O B Y    H A N,
12        having first been duly sworn by
13        Sharon Lengel, the Notary Public,
14        was examined and testified as
15        follows:
```

**3. PAGE 7:20 TO 8:02  (RUNNING 00:00:18.479)**

```
20           MS. MANN:  Mr. Han is appearing
21      today as part of Samyang's cooperation
22      agreement with the plaintiffs'
23      obligation, and Mr. Han has also been
24      designated in response to Nongshim and
25      Ottogi's 30(b)(6) notice on Topics 1
00008:01 HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02        through 4 and 12 and 13.  And we
```

**4. PAGE 8:21 TO 8:21  (RUNNING 00:00:01.349)**

```
21      Q.    Who is your current employer?
```

**5. PAGE 8:22 TO 8:23  (RUNNING 00:00:04.077)**

```
22      A.    Currently, I'm working for
23   Samyang Foods Company Limited.
```

**6. PAGE 8:24 TO 8:25  (RUNNING 00:00:03.820)**

```
24      Q.    And how long have you been with
25   Samyang Foods Company Limited?
```

**7. PAGE 9:02 TO 9:02  (RUNNING 00:00:01.959)**

```
02      A.    Approximately 12 years.
```

**8. PAGE 9:12 TO 9:13  (RUNNING 00:00:01.926)**

```
12      Q.    What is your current position?
13      A.    I'm a section chief of overseas
```

**9. PAGE 9:14 TO 9:14  (RUNNING 00:00:05.629)**

```
14   sales team.
```

**10. PAGE 10:15 TO 10:16  (RUNNING 00:00:05.129)**

```
15      Q.    So you have been with overseas
16   sales since you started?
```

**Case Clip(s) Detailed Report**
**Monday, December 03, 2018, 3:05:43 PM**

# Coby Han

**11. PAGE 10:17 TO 10:20  (RUNNING 00:00:12.863)**

```
17        A.    That is correct.  I was with
18   overseas sales team except perhaps seven
19   or eight months in 2010 when I was
20   handling import-related tasks.
```

**12. PAGE 14:21 TO 14:21  (RUNNING 00:00:02.516)**

```
21        Q.    What is Sam Yang (USA), to your
```

**13. PAGE 14:22 TO 15:02  (RUNNING 00:00:16.103)**

```
22   knowledge?
23        A.    Sam Yang (USA) is a company that
24   has exclusive rights to sell in the U.S.
25   market under -- for Samyang Company
00015:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   Limited products.
```

**14. PAGE 20:02 TO 20:04  (RUNNING 00:00:00.065)**

```
02            (Exhibit 43, Bates SYK002354
03       through 2357, was hereby marked for
04       identification, as of this date.)
```

**15. PAGE 20:05 TO 20:05  (RUNNING 00:00:00.044)**

```
05        Q.    I have a document that I've
```

**16. PAGE 20:06 TO 20:08  (RUNNING 00:00:09.002)**

```
06   handed to the court reporter and to the
07   witness and to the attorneys around the
08   room.  And it's stamped on the bottom
```

**17. PAGE 20:09 TO 20:09  (RUNNING 00:00:10.899)**

```
09   right-hand side SKY002354 to 2357.
```

**18. PAGE 20:15 TO 20:15  (RUNNING 00:00:00.177)**

```
15        Q.    At the top of the document, it's
```

**19. PAGE 20:16 TO 20:16  (RUNNING 00:00:06.155)**

```
16   titled "Distribution and Sales Agreement."
```

**20. PAGE 20:17 TO 20:18  (RUNNING 00:00:01.994)**

```
17            Have you ever seen this document
18   before?
```

**21. PAGE 20:19 TO 20:19  (RUNNING 00:00:00.793)**

```
19        A.    Yes, I have.
```

**22. PAGE 20:20 TO 20:21  (RUNNING 00:00:04.980)**

```
20        Q.    Okay.  The first paragraph of
21   this document I would like to read to you.
```

**23. PAGE 20:22 TO 21:08  (RUNNING 00:00:44.573)**

```
22            "This agreement is made and
23   entered into as of November 29, 1997, by
24   and between Samyang Foods Company Limited,
25   a Korean corporation, which has its
00021:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   principal place of business at 82-9
03   Hawolgok 1-dong, Sungbuk-ku, Seoul,
04   Korea."  And then it says "('Samyang
05   Korea')."  And "Sam Yang (USA), Inc., a
06   California corporation, which has its
```

## Coby Han

```
07   principal place of business at 1935 Via
08   Arado, Rancho Dominguez, California 90220
```

**24. PAGE 21:09 TO 21:13 (RUNNING 00:00:14.819)**

```
09   ('Sam Yang U.S.A.')."
10          Is this the written agreement
11   which forms the basis of the exclusive
12   agreement that you testified to earlier
13   that Samyang Limited has with Sam Yang
```

**25. PAGE 21:15 TO 21:16 (RUNNING 00:00:05.427)**

```
15   A.   Yes.  That is correct.
16   Q.   If you could turn to the last
```

**26. PAGE 21:17 TO 21:17 (RUNNING 00:00:04.145)**

```
17   page, which is marked ending in 2357,
```

**27. PAGE 21:18 TO 21:18 (RUNNING 00:00:06.346)**

```
18   there are two names that have signed this
```

**28. PAGE 21:19 TO 21:23 (RUNNING 00:00:11.635)**

```
19   document.  For Samyang Korea, it says
20   "Samyang Foods Company Limited, a Korean
21   corporation."
22          And whose signature is that, if
23   you know?
```

**29. PAGE 21:24 TO 22:06 (RUNNING 00:00:23.938)**

```
24   A.   Well, I don't know for sure.
25   But this looks like the signature belongs
00022:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   to late Mr. Joong Yun Chun, the former
03   chairman.  I mean, looking at the English
04   spelling, it seems to me that this belongs
05   to him, though I did not see his signature
06   personally.
```

**30. PAGE 28:10 TO 28:12 (RUNNING 00:00:05.904)**

```
10   Q.   Who determined what the price of
11   the Samyang Limited product was to Sam
12   Yang (USA)?
```

**31. PAGE 28:13 TO 28:18 (RUNNING 00:00:14.413)**

```
13   A.   According to this agreement, the
14   price would be determined based on the
15   discussions of two parties.
16   Q.   When you mean -- you mean the
17   discussions between Sam Yang (USA) and
18   Samyang Limited.
```

**32. PAGE 28:19 TO 28:21 (RUNNING 00:00:04.188)**

```
19   A.   Yes.
20   Q.   What went into -- what were the
21   bases of those discussions?
```

**33. PAGE 28:24 TO 29:07 (RUNNING 00:00:26.103)**

```
24   A.   Well, in our case, we were
25   trying to get a good price from Sam Yang
00029:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   (USA) and tried to have a price increase
03   period sooner than later, whereas Sam Yang
04   (USA) wanted to have a good price from us
```

Case Clip(s) Detailed Report
Monday, December 03, 2018, 3:05:43 PM

## Coby Han

```
        05   and tried to delay price increase period
        06   as much as possible.  And those were the
        07   things that we discussed.
```

**34.  PAGE 37:14 TO 37:17  (RUNNING 00:00:16.916)**

```
        14        Q.    You are familiar with Samyang
        15   Limited's dealings with Sam Yang (USA)
        16   going back as far as the year 2000, aren't
        17   you?
```

**35.  PAGE 37:18 TO 37:18  (RUNNING 00:00:01.837)**

```
        18        A.    Yes, I am.
```

**36.  PAGE 39:21 TO 39:24  (RUNNING 00:00:12.580)**

```
        21        Q.    Now, the price that Samyang
        22   Limited charged Sam Yang (USA) for U.S.
        23   Ramen product was negotiated between the
        24   two companies; right?
```

**37.  PAGE 40:03 TO 40:04  (RUNNING 00:00:04.450)**

```
        03        A.    Correct.  The price was
        04   determined based on negotiation.
```

**38.  PAGE 46:18 TO 46:23  (RUNNING 00:00:23.562)**

```
        18             Isn't it true that Samyang
        19   Limited has no knowledge about any effort
        20   Sam Yang (USA) might have done to monitor
        21   the price of U.S. Ramen products sold by
        22   Nongshim America or Ottogi America in the
        23   United States?
```

**39.  PAGE 46:25 TO 47:02  (RUNNING 00:00:06.442)**

```
        25        A.    Correct.  I have not heard that
   00047:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02   there was any type of monitoring.
```

**40.  PAGE 47:06 TO 47:08  (RUNNING 00:00:09.673)**

```
        06        Q.    You have never discussed with
        07   anyone from Nongshim America, Inc., the
        08   prices of U.S. Ramen product, have you?
```

**41.  PAGE 47:09 TO 47:12  (RUNNING 00:00:10.484)**

```
        09        A.    Correct.  Never.
        10        Q.    And you have never discussed
        11   with Nongshim Company Limited the prices
        12   of U.S. Ramen product, have you?
```

**42.  PAGE 47:13 TO 47:16  (RUNNING 00:00:06.910)**

```
        13        A.    Correct.  Never.
        14        Q.    And you have never discussed
        15   with Ottogi America, Inc., the prices of
        16   U.S. Ramen product, have you?
```

**43.  PAGE 47:17 TO 47:20  (RUNNING 00:00:07.373)**

```
        17        A.    Correct.  Never.
        18        Q.    And you have never discussed
        19   with Ottogi Company Limited the prices of
        20   U.S. Ramen product, have you?
```

**44.  PAGE 47:21 TO 47:21  (RUNNING 00:00:01.604)**

```
        21        A.    Correct.  Never.
```

## Coby Han

**45. PAGE 47:22 TO 47:24 (RUNNING 00:00:07.189)**

```
22        Q.    And you have never discussed
23   with Korea Yakult the prices of U.S. Ramen
24   product, have you?
```

**46. PAGE 47:25 TO 47:25 (RUNNING 00:00:02.208)**

```
25        A.    Correct.  Never.
```

**47. PAGE 48:02 TO 48:04 (RUNNING 00:00:17.390)**

```
02        Q.    And is it true that the overseas
03   sales team only deals with the sale of
04   Ramen product outside Korea?
```

**48. PAGE 48:05 TO 48:05 (RUNNING 00:00:02.748)**

```
05        A.    Yes.  That's correct.
```

**49. PAGE 48:06 TO 48:10 (RUNNING 00:00:14.116)**

```
06        Q.    And so it's true, isn't it, that
07   the people within Samyang Korea who deal
08   with sales of domestic Korean Ramen
09   product are different than the overseas
10   sales team.
```

**50. PAGE 48:15 TO 48:15 (RUNNING 00:00:02.126)**

```
15        A.    Correct.  They are different.
```

**51. PAGE 48:16 TO 48:18 (RUNNING 00:00:11.159)**

```
16        Q.    Samyang did not participate in
17   any discussions about the possibility of
18   fixing prices of U.S. Ramen product, did
```

**52. PAGE 48:19 TO 48:19 (RUNNING 00:00:00.434)**

```
19   it?
```

**53. PAGE 48:21 TO 48:21 (RUNNING 00:00:00.908)**

```
21        A.    Correct.
```

**54. PAGE 48:22 TO 49:03 (RUNNING 00:00:29.357)**

```
22        Q.    Samyang has no knowledge about
23   whether or not the average retail prices
24   of Sam Yang U.S. Ramen products to
25   consumers in the United States increased
00049:01   HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02   during any given year.
03             Isn't that true?
```

**55. PAGE 49:08 TO 49:10 (RUNNING 00:00:08.300)**

```
08        A.    Correct.  Samyang Limited is not
09   familiar with the price that Sam Yang
10   (USA) sells to its customers.
```

**56. PAGE 52:17 TO 52:20 (RUNNING 00:00:11.412)**

```
17        Q.    In your experience, in the
18   negotiations between Samyang Limited and
19   Sam Yang (USA), Inc., sometimes do the
20   negotiations take a long time?
```

**57. PAGE 52:22 TO 53:02 (RUNNING 00:00:20.176)**

```
22        A.    Yes.  We wanted to apply the
23   price increase as soon as possible.  But
24   Sam Yang (USA) wanted to delay as much as
```

**Case Clip(s) Detailed Report**
**Monday, December 03, 2018, 3:05:43 PM**

## Coby Han

```
     25    possible.  So it was taking some time to
00053:01    HAN - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
     02    apply our increased price.
```

**58.  PAGE 53:03 TO 53:07  (RUNNING 00:00:19.539)**

```
     03         Q.    And when Samyang Limited wanted
     04    to negotiate a higher price sooner with
     05    Sam Yang (USA), was that because of the
     06    increase in raw material prices that
     07    Samyang Limited experienced?
```

**59.  PAGE 53:09 TO 53:11  (RUNNING 00:00:08.830)**

```
     09         A.    The reason to increase price is
     10    the increase in raw material cost and
     11    fluctuation in foreign exchange rates.
```

**60.  PAGE 77:17 TO 77:21  (RUNNING 00:00:13.578)**

```
     17         Q.    Okay.  And so the market
     18    price -- who's -- what are the companies
     19    that are competing with Sam Yang (USA) to
     20    your understanding with respect to the
     21    sale of Ramen in the United States?
```

**61.  PAGE 77:22 TO 77:24  (RUNNING 00:00:11.093)**

```
     22         A.    I believe that Sam Yang (USA) is
     23    competing with all the other Korean Ramen
     24    makers as well as Japanese Ramen makers.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:09:17.604)**

COURT EXHIBIT 39b

**KoreanNoodles**



HanCoby0120-Cross              **10 SEGMENTS  (RUNNING 00:05:18.487)**

**1. PAGE 30:18 TO 30:20  (RUNNING 00:00:06.900)**

```
18      Q.    How did you come up with what
19   the price would be that you would ask of
20   Samyang Limited -- Sam Yang (USA) to pay?
```

**2. PAGE 30:21 TO 31:06  (RUNNING 00:00:45.435)**

```
21      A.    Once we received the factory
22   price, the manufacturing cost, factory
23   price, and then we look at the price, and
24   we add any kind of expenses or cost
25   related to export and also sales
00031:01
02   management cost and plus appropriate level
03   of profit margin for Samyang Limited.  And
04   we negotiated with that price with Sam
05   Yang (USA).  And that was our export
06   price.
```

**3. PAGE 38:12 TO 38:14  (RUNNING 00:00:09.274)**

```
12      Q.    Now, there are manufacturing
13   cost differences between U.S. Ramen
14   product and Korean Ramen product; right?
```

**4. PAGE 38:15 TO 38:23  (RUNNING 00:00:34.663)**

```
15      A.    Basically, if you look at the
16   big picture or big elements of Ramen,
17   there aren't that many differences.  They
18   are quite similar.  But as I stated
19   earlier, for Ramen products for export,
20   you have to have a separate packaging
21   process.  So it has to be managed
22   separately.  So there might be a slight
23   difference in terms of manufacturing cost.
```

**5. PAGE 54:08 TO 54:12  (RUNNING 00:00:20.461)**

```
08      Q.    Mr. Han, isn't it true that the
09   source of some ingredients in U.S. Ramen
10   must be different than the source of the
11   similar ingredient in Korean Ramen
12   products?
```

**6. PAGE 54:16 TO 55:07  (RUNNING 00:01:09.247)**

```
16      A.    There is not big substantial
17   difference between the Korean Ramen and
18   U.S. Ramen.  In most cases, they are the
19   same.  But -- I'll give you an example
20   with respect to beef or meat type.
21         In the United States, there was
22   changes in regulations in 2009 in the U.S.
23   So from that time on, further meat type
24   ingredient needs to be produced from the
25   work area where it was approved by USFDA.
00055:01
```

**KoreanNoodles**

```
02   And they have an approval from the USFDA.
03   So the meat type should be from these work
04   areas.  So starting in 2009, starting
05   2009, for meat type of ingredients had to
06   be exchanged in order to adhere U.S.
07   regulations.
```

**7.  PAGE 57:16 TO 57:21  (RUNNING 00:00:15.828)**

```
16            Please describe for me all of
17   the differences between the packaging of
18   Samyang products sold in the Korean
19   domestic market and the packaging for U.S.
20   Ramen product that Samyang makes for the
21   U.S. market.
```

**8.  PAGE 57:24 TO 58:14  (RUNNING 00:00:53.859)**

```
24      A.   The packaging for the U.S. Ramen
25   products would have -- would have to
00058:01
02   follow the U.S. labeling regulations.
03   Since I'm not fully familiar with the
04   labeling regulations, I cannot state
05   clearly as to that.
06            But I understand that the
07   label -- labels have an English language.
08   And that is the biggest difference; the
09   labels would have an English for U.S.
10   market and then the Korean for Korean
11   market.  And also how they list or how
12   they -- they show for nutrition --
13   nutrient information and ingredients are
14   different.  That's my understanding.
```

**9.  PAGE 58:19 TO 58:23  (RUNNING 00:00:15.810)**

```
19      Q.   Is the outer packaging for
20   shipment different because U.S. Ramen
21   product must be shipped across the Pacific
22   Ocean, and domestic Korean product is not
23   shipped by ocean?
```

**10.  PAGE 58:25 TO 59:09  (RUNNING 00:00:47.010)**

```
25      A.   My understanding is that there
00059:01
02   isn't much difference between the type of
03   packaging for the Korean domestic market
04   and the overseas market, but -- but the
05   Ramen products that are to be exported
06   need to be loaded onto a container.  So we
07   would have to put them in a box for
08   protection purposes during the shipment
09   period.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:05:18.487)**



COURT EXHIBIT 40a

**Ottogi**

 **Choi, Min H. (Vol. 01) - 04/19/2016**                    **1 CLIP  (RUNNING 00:06:07.642)**

 63:19 to 68:23

CHOI63                    **19 SEGMENTS  (RUNNING 00:06:07.642)**                    

**1.  PAGE 63:19 TO 63:21  (RUNNING 00:00:15.673)**

        19              MR. BIRKHAEUSER:  The next
        20      document that I would like to mark
        21      is -- as Exhibit 176 is OTGKR-0020731.

**2.  PAGE 63:25 TO 64:04  (RUNNING 00:00:26.394)**

        25              MR. BIRKHAEUSER:  And then we
    00064:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02      will mark as Exhibit 177 its
        03      attachment, which is OTGKR-0020732
        04      through 737.

**3.  PAGE 64:09 TO 64:11  (RUNNING 00:00:05.058)**

        09              Okay.  I have gone over it.
        10      Q.    Can you tell me what Exhibit 177
        11  is.

**4.  PAGE 64:12 TO 64:16  (RUNNING 00:00:17.349)**

        12      A.    So this amounts to a
        13  notification concerning the adjustment as
        14  to the domestic choolgo price and consumer
        15  price for Ramen.
        16      Q.    So who is Mr. Jin Won-Tae?

**5.  PAGE 64:17 TO 64:20  (RUNNING 00:00:19.387)**

        17      A.    He previously used to serve as
        18  the head of overseas business.
        19      Q.    And in the year 2008, what was
        20  Mr. Jin's title?

**6.  PAGE 64:21 TO 64:24  (RUNNING 00:00:10.032)**

        21      A.    He was senior manager.
        22      Q.    And do you recall receiving
        23  Exhibit 177 while working at the Overseas
        24  Business Division?

**7.  PAGE 64:25 TO 65:06  (RUNNING 00:00:21.131)**

        25      A.    I don't have an actual
    00065:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
        02  recollection to such effect, but I do
        03  understand what this would be about.
        04      Q.    So in Exhibit 177, Mr. Jin is
        05  sending an email to the entire Overseas
        06  Business Division; is that correct?

**8.  PAGE 65:07 TO 65:12  (RUNNING 00:00:12.730)**

        07      A.    Yes, that is correct.
        08      Q.    Do you have any reason to
        09  believe that you did not receive
        10  Exhibit 177 while employed with the
        11  Overseas Business Division in the year
        12  2008?

**Ottogi**

**9. PAGE 65:13 TO 65:20  (RUNNING 00:00:16.023)**

```
13       A.    It's not that I am saying that I
14  didn't receive it; I'm just simply saying
15  I cannot recall, because there were just
16  so many emails.
17       Q.    Sure.
18             But is there any reason, as you
19  sit here today, that you believe you
20  didn't receive Exhibit 177?
```

**10. PAGE 65:21 TO 65:21  (RUNNING 00:00:00.923)**

```
21       A.    No.  I mean, it says "To the
```

**11. PAGE 65:21 TO 66:02  (RUNNING 00:00:22.024)**

```
21       A.    No.  I mean, it says "To the
22  Overseas Business Division," so, no, I
23  wouldn't think so.
24       Q.    Can you read for me the subject
25  of Mr. Jin's email, as it appears on
00066:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02  Exhibit 177.
```

**12. PAGE 66:06 TO 66:10  (RUNNING 00:00:12.079)**

```
06       Q.    Let me just -- let me state the
07  question again.
08             Can you read for me the subject
09  of Mr. Jin's email, as it appears on
10  Exhibit 176.
```

**13. PAGE 66:11 TO 66:17  (RUNNING 00:00:38.032)**

```
11       A.    "Price increase as to Ramen
12  effective April the 1st (is that 5 to 10
13  percent but for exports unify to an
14  increase of 10 percent and make
15  notification)."
16             THE INTERPRETER:  Subject to
17  standard disclaimers and reservations.
```

**14. PAGE 66:18 TO 66:21  (RUNNING 00:00:11.404)**

```
18       Q.    The attachment to Exhibit 176 is
19  177.
20             Can you tell me what Exhibit 177
21  is.
```

**15. PAGE 66:22 TO 67:07  (RUNNING 00:00:36.486)**

```
22       A.    So going by way of what the
23  document states, it's talking about how
24  there has been an adjustment as to the
25  choolgo price and retail --
00067:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02             THE INTERPRETER:  Strike.
03       A.    -- consumer price of Ramen.
04       Q.    And the Ramen that's -- the
05  Ramen prices being adjusted in Exhibit 177
06  is Ramen sold in the Korean domestic
07  market; correct?
```

**16. PAGE 67:08 TO 67:15  (RUNNING 00:00:23.673)**

```
08       A.    In terms of the way the document
09  appears to be, that would appear to be the
10  case.
11       Q.    And what Mr. Jin is telling the
12  Overseas Business Division to do is to
```

## Ottogi

```
13    apply the April 1st price increase to
14    products that Ottogi Korea is going to
15    export; correct?
```

**17.  PAGE 67:20 TO 68:15  (RUNNING 00:00:59.991)**

```
20         A.    So based upon what I know -- or,
21    rather what I remember -- or, actually, my
22    experience -- so going back to what we
23    talked about earlier, within the Overseas
24    Business Division, there are these
25    domestic exporters that they -- that we
00068:01  CHOI - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02    have dealt with.  These folks, mind you,
03    are located in Korea, but they export to
04    other countries.  And so my take on this
05    is that what the gentleman was saying was,
06    "Reflect the changes in the choolgo price
07    vis-`-vis such domestic exporters and
08    appropriately adjust things."
09              Now, in the case of either the
10    U.S. entity or other entities in other
11    locales, the determination as to the
12    export price is not based upon the choolgo
13    price, as such, but rather, the
14    procurement price.  So this and that have
15    nothing to do with each other.
```

**18.  PAGE 68:16 TO 68:18  (RUNNING 00:00:09.344)**

```
16         Q.    Do you see any information on
17    Exhibit 176 relating to domestic
18    exporters?
```

**19.  PAGE 68:19 TO 68:23  (RUNNING 00:00:09.909)**

```
19         A.    There is no such information or
20    reference, but I would certainly believe
21    that our hands-on personnel would
22    certainly have understood what the notion
23    was.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:07.642)**



COURT EXHIBIT 41a

**KoreanNoodles**

**Ku, Bangwan (Vol. 03) - 04/07/2016**                    1 CLIP  (RUNNING 00:02:27.271)

In what departments did they go ...



BK-0407-0009320                    1 SEGMENT  (RUNNING 00:02:27.271)

**1. PAGE 93:20 TO 95:04  (RUNNING 00:02:27.271)**

```
20      Q.    In what departments did they go
21 through documents?
22      A.    Well, so basically, since it was
23 our department that handled price-related
24 matters, I told you that they asked as to
25 which department was responsible for that.
00094:01
02 So they were basically led to us, and they
03 basically started talking to, well, all of
04 us there.
05      Q.    When you say "us," do you mean
06 the sales planning department?
07      A.    That's right.  So initially,
08 they basically dealt with everybody in the
09 unit, and then, over the course of some
10 time, they eventually started dealing
11 mostly with the actual hands-on person
12 with respect to price and the head of the
13 department.
14      Q.    And, again, when you say "the
15 department," you're talking about the
16 sales planning department; is that
17 correct?
18      A.    Yes.  That's correct.
19      Q.    Did the KFTC visit any other
20 departments?
21      A.    I mean, yes, basically, they'd
22 kind of, you know, stop by or pop -- pop
23 in and out.  But it wasn't really in the
24 sense of conducting an investigation.  It
25 was really just to kind of see what kind
00095:01
02 of documents there may or may not be.  It
03 was just kind of, like, a quick
04 swing-through.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:02:27.271)**



COURT EXHIBIT 42a

**KoreanNoodles**

**Cox, Alan (Vol. 02) - 09/27/2017**                                  1 CLIP  (RUNNING 00:01:36.552)

Did you take into account any changes in the way ...

AC-0927-0028416                    1 SEGMENT  (RUNNING 00:01:36.552)              

**1. PAGE 284:16 TO 285:17  (RUNNING 00:01:36.552)**

```
      16        Did you take into account any changes in the way
      17   that Korean-branded ramen was distributed in the
      18   United States after March of 2003?
      19   A   Yes.  Sorry.
      20   Q   In the -- sorry.
      21        In the way that you constructed your forecast
      22   regression model?
      23   A   Yes, I did.
      24   Q   And how did you do that?
      25   A   Well, I took into account, for instance, any
00285:01   impact that changes after 2003 would have had on -- on
      02   the costs of manufacturing for instance and the fact
      03   that we were able to estimate a model that came pretty
      04   close to estimating the actual prices, or calculating
      05   the actual prices, I think is a good indicator that that
      06   was adequate for -- you know, that that was an adequate
      07   way of taking care of whatever changes.
      08        Overall, the changes, if any, that took place
      09   after 2003 did nothing to dilute the results of the
      10   forecasting model.
      11   Q   Did you just say that at least a loose robustness
      12   check of your forecast model -- for you -- was the fact
      13   that the but-for prices it predicted were similar to
      14   those -- the actual prices that were charged in the
      15   market during the conspiracy period?
      16   A   Yeah.  That's -- that's what I said, and that's
      17   correct.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:36.552)**



COURT EXHIBIT 43a

## KoreanNoodles

### Seo, Jin Woo (Vol. 01) - 01/21/2016
1 CLIP  (RUNNING 00:01:21.123)



**SEOJINWOO-0121A**          **10 SEGMENTS  (RUNNING 00:01:21.123)**

**1. PAGE 30:14 TO 30:16 (RUNNING 00:00:14.609)**

```
14      Q.    Are you aware of a fax that had
15   been sent to Samyang from Nongshim on
16   February 23rd or 24th of 2007?
```

**2. PAGE 30:20 TO 30:20 (RUNNING 00:00:02.904)**

```
20      A.    Yes.  I do recall.
```

**3. PAGE 30:21 TO 30:22 (RUNNING 00:00:06.543)**

```
21      Q.    All right.  Did you see that fax
22   on or about February 23rd or 24, 2007?
```

**4. PAGE 30:23 TO 30:23 (RUNNING 00:00:02.437)**

```
23      A.    Yes, I did.
```

**5. PAGE 30:24 TO 30:25 (RUNNING 00:00:04.884)**

```
24      Q.    Okay.  And how -- how did you
25   become aware of the existence of this fax?
```

**6. PAGE 31:02 TO 31:03 (RUNNING 00:00:13.672)**

```
02      A.    Mr. Jong Moon Yui brought that
03   fax to me and -- and reported to me.
```

**7. PAGE 31:04 TO 31:06 (RUNNING 00:00:08.646)**

```
04      Q.    Okay.  So tell me what -- why
05   did -- to your understanding, why did
06   Mr. Yui bring the fax to your attention?
```

**8. PAGE 31:11 TO 31:12 (RUNNING 00:00:12.346)**

```
11      A.    That fax had information
12   concerning price increase.
```

**9. PAGE 31:15 TO 31:18 (RUNNING 00:00:12.681)**

```
15          Were you interested in
16   understanding whether Nongshim was
17   intending to raise Ramen prices in or
18   about February 23, 2007?
```

**10. PAGE 31:19 TO 31:19 (RUNNING 00:00:02.401)**

```
19      A.    Yes, I was.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:21.123)**

**KoreanNoodles**

---

**Seo, Jin Woo (Vol. 02) - 01/22/2016**                    1 CLIP  (RUNNING 00:06:00.304)



**SEOJINWOO-0122A**              **46 SEGMENTS  (RUNNING 00:06:00.304)**

**1. PAGE 6:06 TO 6:07  (RUNNING 00:00:03.510)**

> 06      Q.    Okay.  Mr. Seo, do you have
> 07   Exhibit 49 in front of you?

**2. PAGE 6:08 TO 6:11  (RUNNING 00:00:04.808)**

> 08      A.    Yes.
> 09      Q.    Okay.  Can you tell us --
> 10      A.    I do.
> 11      Q.    -- what is Exhibit 49, sir?

**3. PAGE 6:12 TO 6:14  (RUNNING 00:00:11.455)**

> 12      A.    This is the price increase plan
> 13   or proposal that we received from Nongshim
> 14   for 2007 price increase period.

**4. PAGE 6:15 TO 6:21  (RUNNING 00:00:18.219)**

> 15      Q.    Okay.  And can you tell us --
> 16   did you actually see this -- I know we've
> 17   covered this.
> 18          But just to be clear with
> 19   respect to Exhibit 49, did you actually
> 20   receive this fax and see it yourself in or
> 21   about January or February 2007?

**5. PAGE 6:22 TO 6:25  (RUNNING 00:00:15.596)**

> 22      A.    I did not personally receive
> 23   this fax; rather, it was received by
> 24   Mr. Jong Moon Yui, and he reported this to
> 25   me.

**6. PAGE 7:02 TO 7:02  (RUNNING 00:00:02.592)**

> 02      Q.    And did you see the fax?

**7. PAGE 7:03 TO 7:03  (RUNNING 00:00:01.779)**

> 03      A.    Yes.  I saw it at that time.

**8. PAGE 7:04 TO 7:05  (RUNNING 00:00:02.304)**

> 04      Q.    Okay.  So Mr. Yui brought it to
> 05   you.

**9. PAGE 7:06 TO 7:08  (RUNNING 00:00:09.688)**

> 06      A.    Yes.  Yes.  This was a part of
> 07   the documents that he brought for me to
> 08   approve.

**10. PAGE 7:09 TO 7:11  (RUNNING 00:00:09.696)**

> 09      Q.    Okay.  And do you see up there
> 10   that it looks like it has a Nongshim
> 11   symbol on the fax?

**KoreanNoodles**

**11. PAGE 7:12 TO 7:12  (RUNNING 00:00:02.227)**

```
12        A.    Yes.  I see that.
```

**12. PAGE 7:13 TO 7:14  (RUNNING 00:00:02.299)**

```
13        Q.    All right.  And can you see that
14   it was sent by Nongshim?
```

**13. PAGE 7:15 TO 7:15  (RUNNING 00:00:02.559)**

```
15        A.    Yes, I can.
```

**14. PAGE 7:16 TO 7:21  (RUNNING 00:00:12.166)**

```
16        Q.    All right.  Now, it suggests, I
17   think, that there were five pages to this
18   fax at one point.
19             Can you see -- can you see the
20   reference to that up in the upper
21   right-hand corner of the first page?
```

**15. PAGE 7:22 TO 7:22  (RUNNING 00:00:02.442)**

```
22        A.    Yes.  I can see that.
```

**16. PAGE 7:23 TO 7:25  (RUNNING 00:00:08.269)**

```
23        Q.    All right.  Did you ask anybody
24   in the marketing department to locate this
25   fax for you last night?
```

**17. PAGE 8:02 TO 8:02  (RUNNING 00:00:01.835)**

```
02        A.    Yes, I did.
```

**18. PAGE 8:03 TO 8:06  (RUNNING 00:00:05.851)**

```
03        Q.    All right.  And were they able
04   to find the five pages of the fax, or was
05   this the entirety of what they were able
06   to locate?
```

**19. PAGE 8:07 TO 8:08  (RUNNING 00:00:07.929)**

```
07        A.    They could only find these two
08   pages, first two pages.
```

**20. PAGE 8:09 TO 8:12  (RUNNING 00:00:07.611)**

```
09        Q.    Okay.  All right.  And so -- and
10   do you have an understanding of where it
11   is that the marketing department found
12   this fax last night?
```

**21. PAGE 8:13 TO 8:15  (RUNNING 00:00:10.412)**

```
13        A.    My understanding is that they
14   found it in documents that our company
15   maintains.
```

**22. PAGE 61:20 TO 61:22  (RUNNING 00:00:09.795)**

```
20        Q.    All right.  And Exhibit 49 is
21   the version of the Nongshim fax that was
22   contained in Samyang's files; correct?
```

**23. PAGE 61:23 TO 61:24  (RUNNING 00:00:05.818)**

```
23        A.    Yes.  This is the fax received
24   from Nongshim.
```

**KoreanNoodles**

---

**24. PAGE 61:25 TO 62:03 (RUNNING 00:00:06.351)**

```
        25      Q.    All right.  And the version of
00062:01
        02   the fax as you have it doesn't have the
        03   KFTC dawn raid stamp on it, does it?
```

**25. PAGE 62:07 TO 62:07 (RUNNING 00:00:04.202)**

```
        07      A.    No.  There is no such stamp.
```

**26. PAGE 62:08 TO 62:13 (RUNNING 00:00:16.751)**

```
        08      Q.    Okay.  And if you could look at
        09   the top of Exhibit 49, do you see there
        10   the -- I guess you would call it a receipt
        11   that indicates that this document was sent
        12   to Samyang from Nongshim directly?
        13           Do you see that?
```

**27. PAGE 62:18 TO 62:18 (RUNNING 00:00:02.591)**

```
        18      A.    Yes.  That is correct.
```

**28. PAGE 62:19 TO 62:21 (RUNNING 00:00:15.431)**

```
        19      Q.    All right.  And the date on the
        20   fax return or receipt is "24 JAN 2007" at
        21   8:53; correct?
```

**29. PAGE 62:24 TO 62:24 (RUNNING 00:00:02.771)**

```
        24      A.    Yes.  That is correct.
```

**30. PAGE 62:25 TO 63:03 (RUNNING 00:00:13.339)**

```
        25      Q.    All right.  And the date on the
00063:01
        02   document as printed on the right-hand side
        03   says "2007-02-23"; correct?
```

**31. PAGE 63:04 TO 63:04 (RUNNING 00:00:02.501)**

```
        04      A.    Yes.  That's correct.
```

**32. PAGE 63:05 TO 63:06 (RUNNING 00:00:04.348)**

```
        05      Q.    All right.  And you understand
        06   that to be February 23, 2007?
```

**33. PAGE 63:07 TO 63:07 (RUNNING 00:00:03.451)**

```
        07      A.    Yes.  That is my understanding.
```

**34. PAGE 67:09 TO 67:12 (RUNNING 00:00:10.499)**

```
        09           In your statement to the KFTC,
        10   you said that it was your understanding
        11   that the fax was received around
        12   February 23, 2007; right?
```

**35. PAGE 67:13 TO 67:13 (RUNNING 00:00:01.849)**

```
        13      A.    Yes.  That's correct.
```

**36. PAGE 67:14 TO 67:15 (RUNNING 00:00:03.327)**

```
        14      Q.    And that is still your testimony
        15   today here, isn't it?
```

**37. PAGE 67:16 TO 67:16 (RUNNING 00:00:01.353)**

```
        16      A.    Yes.
```

**KoreanNoodles**

---

**38.  PAGE 67:17 TO 67:20  (RUNNING 00:00:25.151)**

```
17      Q.    Please look at the second page
18  of the two-page document, Exhibit 49.
19  Please look at the very top right-hand
20  corner.  It says "P2/5."
```

**39.  PAGE 67:21 TO 67:21  (RUNNING 00:00:00.889)**

```
21          Do you see that?
```

**40.  PAGE 67:22 TO 67:22  (RUNNING 00:00:02.208)**

```
22      A.    Yes.  I see that.
```

**41.  PAGE 67:23 TO 67:25  (RUNNING 00:00:08.402)**

```
23      Q.    On the same page, however, in
24  the bottom right, it says "P3/5."
25          Do you see that?
```

**42.  PAGE 68:02 TO 68:02  (RUNNING 00:00:02.866)**

```
02      A.    Yes.  I saw that.
```

**43.  PAGE 68:03 TO 68:05  (RUNNING 00:00:09.697)**

```
03      Q.    Do you have any information
04  about why that is?  If you know.  If you
05  don't know --
```

**44.  PAGE 68:06 TO 68:08  (RUNNING 00:00:09.120)**

```
06      A.    I assume that there are probably
07  pages followed by this one, but I have
08  never seen those pages.
```

**45.  PAGE 68:09 TO 68:15  (RUNNING 00:00:23.930)**

```
09      Q.    And didn't you say in your
10  testimony earlier today that your
11  understanding is that the fax header with
12  the "24 JAN 2007" was something that you
13  understood to be an error in either the
14  sender's fax machine or the recipient's
15  fax machine; right?
```

**46.  PAGE 68:23 TO 69:06  (RUNNING 00:00:30.417)**

```
23      A.    Concerning the date that it was
24  received, I stated that I remember
25  receiving this fax on or around
00069:01
02  February 23rd.  The date that appears on
03  top of this fax, as I stated yesterday, it
04  might be the errors from Nongshim's fax
05  machines or the Samyang's fax machines.  I
06  do not know that.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:06:00.304)**

COURT EXHIBIT 43b

**Case Clip(s) Detailed Report**
**Tuesday, December 18, 2018, 8:01:56 AM**

## WooSEO

---

## Seo, Jin woo (Vol. 01) - 01/22/2016

**1 CLIP  (RUNNING 00:01:40.631)**

**MS. MANN:  Samyang has just ...**

**PLAY120518 -0122-912**          **10 SEGMENTS  (RUNNING 00:01:40.631)**



**1. PAGE 9:12 TO 9:14  (RUNNING 00:00:06.610)**

```
12          MS. MANN:  Samyang has just
13     produced Exhibit 49 or the document
14     that has been marked as Exhibit 49.
```

**2. PAGE 28:05 TO 28:09  (RUNNING 00:00:15.380)**

```
05          First, you recall yesterday that
06     you testified that you understood the date
07     "24 JAN.,"  J-A-N, period, "2007," was a
08     mistake either in the sender's fax machine
09     or the recipient's fax machine; right?
```

**3. PAGE 28:10 TO 28:10  (RUNNING 00:00:01.788)**

```
10     A.    Yes.  I do recall.
```

**4. PAGE 67:06 TO 67:06  (RUNNING 00:00:02.452)**

```
06          Please look at Exhibit 49 on
```

**5. PAGE 67:07 TO 67:08  (RUNNING 00:00:08.964)**

```
07     this topic of the marking that says "24
08     JAN 2007?"
```

**6. PAGE 67:09 TO 67:12  (RUNNING 00:00:10.401)**

```
09          In your statement to the KFTC,
10     you said that it was your understanding
11     that the fax was received around
12     February 23, 2007; right?
```

**7. PAGE 67:13 TO 67:15  (RUNNING 00:00:04.353)**

```
13     A.    Yes.  That's correct.
14     Q.    And that is still your testimony
15     today here, isn't it?
```

**8. PAGE 67:16 TO 67:16  (RUNNING 00:00:01.365)**

```
16     A.    Yes.
```

**9. PAGE 68:09 TO 68:15  (RUNNING 00:00:23.556)**

```
09     Q.    And didn't you say in your
10     testimony earlier today that your
11     understanding is that the fax header with
12     the "24 JAN 2007" was something that you
13     understood to be an error in either the
14     sender's fax machine or the recipient's
15     fax machine; right?
```

**10. PAGE 68:23 TO 69:06  (RUNNING 00:00:25.762)**

```
23     A.    Concerning the date that it was
24     received, I stated that I remember
25     receiving this fax on or around
00069:01 SEO - HIGHLY CONFIDENTIAL - ATTYS' EYES ONLY
02     February 23rd.  The date that appears on
03     top of this fax, as I stated yesterday, it
```

---

## WooSEO

```
04   might be the errors from Nongshim's fax
05   machines or the Samyang's fax machines.  I
06   do not know that.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:40.631)**