GIBSON, DUNN & CRUTCHER LLP
Scott A. Edelman (CA Bar # 116927)
Mark A. Perry (CA Bar # 212532)
Rachel S. Brass (CA Bar # 219301)
Minae Yu (CA Bar # 268814)
Julian W. Kleinbrodt (CA Bar # 302085)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306
Email:      sedelman@gibsondunn.com
            mperry@gibsondunn.com
            rbrass@gibsondunn.com
            myu@gibsondunn.com
            jkleinbrodt@gibsondunn.com

Attorneys for Defendants
OTTOGI CO., LTD., and
OTTOGI AMERICA, INC.

SQUIRE PATTON BOGGS (US) LLP
John R. Gall (Admitted N.D. Cal., Ohio Bar # 0011813)
Mark C. Dosker (CA Bar # 114789)
Joseph P. Grasser (CA Bar # 255156)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: 415.954.0200
Facsimile:  415.393.9887
Email:      john.gall@squirepb.com
            mark.dosker@squirepb.com
            joseph.grasser@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD., and
NONGSHIM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE KOREAN RAMEN ANTITRUST LITIGATION | CASE NO. 3:13-cv-04115-WHO |
|---|---|
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE POST-TRIAL FILINGS SCHEDULE** |
| ALL ACTIONS | |

# **STIPULATION**

1. Whereas, the jury in this case returned a verdict on December 17, 2018.

2. Whereas, the Court then directed the parties to meet-and-confer regarding a schedule for post-trial briefing following the entry of judgment.

3. Whereas, the parties have met and conferred regarding a schedule for post-trial briefing.

4. NOW THEREFORE, subject to the Court's approval and notwithstanding the deadlines specified by the Federal Rules of Civil Procedure and/or Local Rules, the parties stipulate as follows:

- Motion(s) under Federal Rule of Civil Procedure 59, Motion(s) for Attorneys' Fees Pursuant to the Court's Oral Order on December 4, 2018, and a Bill of Costs shall be due 28 days after the entry of judgment.

- Oppositions to the Rule 59 and Attorneys' Fees Motions and Objections to the Bill of Costs shall be due 28 days after the filing of the Motions and Bill of Costs.

- Replies shall be due 14 days after the filing of Oppositions.

- Subject to the Court's approval, these matters shall be heard on April 10, 2018, at 2:00 p.m. or on the next practicable date amenable to the Court.

Dated:  December 30, 2018

SQUIRE PATTON BOGGS (US) LLP

By:  _____ */s/ Mark C. Dosker* _____

Mark C. Dosker
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:    (415) 954-0200
E-mail: mark.dosker@squirepb.com

Attorneys for Defendants
Nongshim Co. Ltd. and Nongshim
America, Inc.

Gibson, Dunn & Crutcher LLP

1    Dated:  December 30, 2018                    GIBSON, DUNN & CRUTCHER LLP

2

3                                                By:        /s/ Rachel S. Brass

4                                                Rachel S. Brass

5                                                555 Mission Street, Suite 3000
                                                 San Francisco, CA 94105

6                                                Telephone:     (415) 393-8200
                                                 E-mail: myu@gibsondunn.com

7

8                                                Attorneys for Defendants
                                                 Ottogi Co. Ltd. and Ottogi America, Inc.

9    Dated:  December 30, 2018                    BRAMSON, PLUTZIK, MAHLER &
                                                 BIRKHAEUSER LLP
10

11

12                                               By:        /s/ Alan R. Plutzik

13                                               Alan R. Plutzik
                                                 2125 Oak Grove Road
14                                               Walnut Creek, CA 94598
                                                 Telephone:     (925) 945-0200
15                                               E-mail: aplutzik@bramsonplutzik.com

16   Dated:  December 30, 2018                    IZARD, KINDALL & RAABE, LLP

17

18                                               By:        /s/ Mark P. Kindall

19
                                                 Mark P. Kindall
20                                               29 South Main Street, Suite 305
                                                 West Hartford, CT 06107
21                                               Telephone:     (860) 493-6292
                                                 E-mail: mkindall@ikrlaw.com
22

23                                               Lead Counsel for the Indirect Purchaser
                                                 Plaintiffs
24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Dated:  December 30, 2018                    HAUSFELD LLP

2

3                                                By:  _____ */s/ Christopher L. Lebsock*_____

4
                                                 Christopher L. Lebsock
5                                                600 Montgomery Street, Suite 3200
                                                 San Francisco, CA 94111
6                                                Telephone:    (415) 633-1949
                                                 E-mail: clebsock@hausfeldllp.com
7
                                                 GLANCY PRONGAY & MURRAY
8                                                LLP
                                                 Lee Albert
9                                                230 Park Avenue, Suite 530
                                                 New York, NY 10169
10                                               Telephone:    (212) 682-5340
                                                 E-mail: lalbert@glancylaw.com
11

12                                               Lead Counsel for the Direct Purchaser
                                                 Plaintiffs
13

14

15                                  **ORDER**

16   Pursuant to stipulation, **IT IS SO ORDERED**.

17

18   Dated: January __, 2019

19                                               _____
                                                        William H. Orrick
                                                 United States District Judge
20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER RE POST-TRIAL FILINGS
CASE NO. 3:13-CV-04115-WHO