| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|---|
| 1. CASE NAME In re Korean Ramen Antitrust Litigation | 2. CASE NUMBER Case No. 3:13-cv-04115-WHO | 3. DATE JUDGMENT ENTERED January 11, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs |
| 5. NAME OF CLAIMING PARTY Ottogi Co., Ltd. and Ottogi America, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Rachel S. Brass | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                                 (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason Code/Notes |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $120.00 | See Exhibit A. | | | |
| Service of Process, Civil LR 54-3(a)(2) | $586.35 | See Exhibit A. | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $10,901.80 | See Exhibit B. | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $116,409.66 | See Exhibit C. | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $9,717.24 | See Exhibit C. | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $2,120.00 | See Exhibit C. | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $246.27 | See Exhibit D. | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $57,614.93 | See Exhibit D. | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $686.36 | See Exhibit D. | | | |
| Visual aids, Civil LR 54(d)(5) | $313,210.07 | See Exhibit D. | | | |

| | | | | | |
|---|---|---|---|---|---|
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $21,556.49 | See Exhibit E. | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $13,136.42 | See Exhibit F. | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $49,661.17 | See Exhibit F. | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | **$595,966.76** | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party: Rachel S. Brass
SIGNATURE: [signature]     DATE: 2/15/2019

11. Costs are taxed in the amount of _____ and included in the judgment.

Susan Y. Soong
Clerk of Court

BY: _____, Deputy Clerk     DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Dae Sik Hong, Seoul, Republic of Korea (Deposition on October 3, 2017) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Dae Sik Hong, Seoul, Republic of Korea (for Trial) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Michael Klausner, Palto Alto, California | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Kang Sik Hong, Pasadena, California | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Bang Wan Ku, Seoul, Republic of Korea (for trial) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Dong Soo Lim, Los Angeles, California (for trial) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Heung Duk Suh, Seoul, Republic of Korea (for deposition) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Heung Duk Suh, Seoul, Republic of Korea (for trial) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| Kyung Ho Yoo, Seoul, Republic of Korea (for trial) | | | See Exh. E | See Exh. E | See Exh. E | See Exh. E | See Exh. E |
| | | | | | | **TOTAL WITNESS FEES/EXPENSES** | **$21,556.49** |