# EXHIBIT A

**EXHIBIT A:  TABLE OF FEES OF THE CLERK AND SERVICE OF PROCESS**

| Date | Description | Amount | Supporting Material |
|---|---|---|---|
| **Fees of the Clerk** | | | |
| 11/08/2018 | Court call fees for telephonic hearing conducted as to motion to compel. | $120.00 | *See* Exhibit A-1. |
| **Service of Process Fees** | | | |
| 4/17/2018 | Service of trial subpoenas for production of documents on Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Licenberg & Row, P.C. ("Bird Marella") and Suh Law Group, counsel for Sam Yang USA. | $308.18 | *See* Exhibits A-2, A-3. |
| 11/05/2018 | Service of motion to compel on Bird Marella and Suh Law Group. | $278.17 | *See* Exhibit A-4. |
| **Subtotal** | | **$706.35** | |

# EXHIBIT A-1

**CourtCall Debit Ledger for 11/01/2018 through 11/30/2018**

**Debit Account Number CCDA-07-2518**

**Attn: Karen Kubani**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-4308
Fax: (949) 475-4652

**To make a payment on this account**

**Pay by credit card** by calling our accounting department at (888) 882-6878, option 5 or ask us to **register your debit account for online access** using our website at www.courtcall.com.

**Mail your check** to CourtCall, LLC, 6383 Arizona Circle, Los Angeles, CA 90045, payable to: CourtCall, LLC and write your debit account number in the memo section of the check

Payment of any balance is due in full upon receipt of this statement

| TRAN DATE | APP DATE | ATTORNEY | CCID# | COURT | CASENAME/NUMBER | JUDGE | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/18 | | Deposit By Check #: 1116427 | | | | Payment $188.00 | | | | ($1,200.00) |
| 11/9/18 | 11/8/18 | Scott Edelman | 9420894 | U.S. District Court-N.D. California (San Francisco) | Korean Ramen INDIRECT Antitrust Litigation/13-cv-04115 | Judge William H. Orrick | | $30.00 $0.00 | $30.00 | ($1,170.00) |
| Reference # 68579-00001 | | | | | | | | | | |
| 11/9/18 | 11/8/18 | Minae Yu | 9420942 | U.S. District Court-N.D. California (San Francisco) | Korean Ramen INDIRECT Antitrust Litigation/13-cv-04115 | Judge William H. Orrick | | $30.00 $0.00 | $30.00 | ($1,140.00) |
| Reference # 68579-00001 | | | | | | | | | | |
| 11/9/18 | 11/8/18 | Rachel Brass | 9420947 | U.S. District Court-N.D. California (San Francisco) | Korean Ramen INDIRECT Antitrust Litigation/13-cv-04115 | Judge William H. Orrick | | $30.00 $0.00 | $30.00 | ($1,110.00) |
| Reference # 68579-00001 | | | | | | | | | | |
| 11/9/18 | 11/8/18 | Joshua Wesneski | 9421112 | U.S. District Court-N.D. California (San Francisco) | Korean Ramen INDIRECT Antitrust Litigation/13-cv-04115 | Judge William H. Orrick | | $30.00 $0.00 | $30.00 | ($1,080.00) |
| Reference # 68579-00001 | | | | | | | | | | |

From Auto Debit Send on 11/30/18 at 11:30 PM     Copyright © 2018 CourtCall, LLC. All Rights Reserved.     Page 1

# EXHIBIT A-2



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| INVOICE NO. | CUSTOMER NO. |
|---|---|
| 10143653 | 81450 |
| INVOICE DATE | TOTAL DUE |
| 4/23/18 | 2,327.20 |

GIBSON DUNN & CRUTCHER (L)
333 SOUTH GRAND AVENUE
ROOM 4629
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | AMOUNT DUE | Page |
|---|---|---|---|---|
| 81450 | 10143653 | 4/23/18 | 2,327.20 | 17 |

| Date | Order No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/17/18 PROCESS-IMMEDIATE | 3611323 | IMP | GIBSON DUNN & CRUTCHER (L)     BIRD MARELLA<br>333 SOUTH GRAND AVENUE           1875 CENTURY PARK EAST<br>LOS ANGELES    CA 90071           LOS ANGELES    CA 90067<br>Caller: Cecilia R.<br>13-CV-4115                        Pages:  10<br>INRE: RAMEN ANTITRUST<br>SUBPOENA TO PRODUCE AND NOTC TO CONSUMER<br>PLEASE SERVE ASAP<br>Signed: BRIAN ROBINSON          Ref: 68579-00001J KLEINBRODT | Base Chg :  145.00<br>Misc      :    3.96<br>Fuel Chg  :   13.05 | 154.09 |

        Total   Charges for Ref. - 68579-00001J KLEINBRODT:    154 09

## INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT A-3



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093940

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10144491 | 81450 |
| Invoice Date | Total Due |
| 4/30/18 | 2,581.96 |

GIBSON DUNN & CRUTCHER (L)
333 SOUTH GRAND AVENUE
ROOM 4629
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81450 | 10144491 | 4/30/18 | 2,581.96 | 13 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 4/17/18 | 3611319 | IMP | GIBSON DUNN & CRUTCHER (L)<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES   CA 90071<br>Caller: Cecilia R.<br>13-CV-4115<br>INRE: RAMEN ANTITRUST<br>SUBPOENA TO PRODUCE AND NOTC TO CONSUMER<br>PLEASE SERVE ASAP<br>Signed: Andy Jung/warehouse mg | SAM YANG USA INC<br>10316 NORWALK BL.<br>SANTA FE SPRINGS CA 90670<br><br>Pages: 10<br><br><br><br>Ref: 68579-00001J KLEINBRODT | | Base Chg : 145.00<br>Misc     :   3.96<br>Fuel Chg :  13.05 | 154.09 |
| PPOCESS-IMMEDIATE | | | | | | | |

Total Charges for Ref. - 68579-00001J KLEINBRODT.    154.09

## INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT A-4



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10181818 | 81450 |
| Invoice Date | Total Due |
| 11/08/18 | 4,731.01 |

GIBSON DUNN & CRUTCHER (L)-DTLA
333 SOUTH GRAND AVENUE
ROOM 4629
LOS ANGELES, CA 90071

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81450 | 10181818 | 11/08/18 | 4,731.01 | 24 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 11/05/18 | 3786411 | IMP | GIBSON DUNN & CRUTCHER (L)-LA<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES      CA 90071<br>Caller: Susanne Hoang<br>3:13Cv04115WHO<br>in re Korean Ramen Antitrust<br>Mtpl documents<br>PLEASE DROP SERVE<br>Signed: duran | BIRD, MARELLA, BOXER, WOLPERT<br>1875 CENTURY PARK EAST<br>LOS ANGELES      CA 90067<br><br><br><br><br><br>Ref: 68579-00001J KLEINBRODT | Base Chg : 145.00<br>Misc       :   3.96<br>Fuel Chg  :  13.05 | 154.09 |
| PROCESS-IMMEDIATE | | | | | | |
| 11/05/18 | 3786413 | IMP | GIBSON DUNN & CRUTCHER (L)-LA<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES      CA 90071<br>Caller: Susanne Hoang<br>3:13cv04115WHO<br>In Re Korena Ramen Antitrust<br>Mtpl documents<br>PLEASE DROP SERVE<br>Signed: joyce park | SUH LAW GROUP, APC<br>3810 WILSHIRE BL.<br>LOS ANGELES      CA 90010<br><br><br><br><br><br>Ref: 68579-00001J KLEINBRODT | Base Chg : 116.75<br>Misc       :   3.18<br>Fuel Chg  :  10.51 | 124.08 |
| PROCESS-IMMEDIATE | | | | | | |

Total   Charges for Ref. - 68579-00001J KLEINBRODT.        278.17

## INVOICE PAYMENT DUE UPON RECEIPT