# EXHIBIT E

**EXHIBIT E:  TABLE OF COSTS FOR WITNESS EXPENSES**

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| 09/30/2017 – 10/03/2017 | Expenses incurred in connection with deposition testimony of Dae Sik Hong, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to San Francisco, California in the amount of $1,171.40, which is less than  $6,320.61 business class airfare actually incurred;<br><br>2) Lodging for the 3 days (1 day of testimony, plus 1 day for arrival and 1 day for departure) at the rate of $267 per night as approved by GSA in the amount of $801, which is less than the actual costs incurred;<br><br>3) Meals and incidentals at a rate of $74 per day, plus $55.00 for the first and last day of travel, as approved by GSA, in the amount of $258. | $2,230.40 | *See* Exhibit E-1; *see also* www.koreanair.com and https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2017 &zip=&city=San%20Francisco. |
| 02/25/2018 – 02/28/2018 | Expenses incurred in connection with deposition testimony of Heung Duk Suh, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to Los Angeles, California in the amount of $1,171.40, which is less than the airfare actually incurred;<br><br>2) Lodging for the 3 days (1 day of testimony, plus 1 day for arrival and 1 day for departure) in the amount of $413.04, which is less than rate approved by GSA; | $1,808.04 | *See* Exhibit E-2; *see also* www.koreanair.com and https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2018 &zip=&city=Los%20Angeles. |

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| | 3) Meals and incidentals at a rate of $64 per day, plus $48.00 for the first and last day of travel, as approved by GSA, in the amount of $224. | | |
| 12/02/2018 – 12/05/2018 | Expenses incurred in connection with trial testimony of Dong Soo Lim, including:<br><br>1) Round trip airfare for travel from Los Angeles to San Francisco in the amount of $284.60;<br><br>2) Lodging for 3 days plus late checkout (2 days of testimony, plus 2 days waiting to testify) in the amount of $697.51, which is less than rate approved by GSA;<br><br>3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $266, which is less than the actual costs incurred. | $1,248.11 | *See* Exhibit E-3; E-10 (receipts incurred for group meals and certain incidentals)[1]; *see also* https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdi ems_report&state=C A&fiscal_year=2019 &zip=&city=San%20 Francisco. |
| 12/02/2018 – 12/06/2018 | Expenses incurred in connection with trial testimony of Kang Sik Hong, including:<br><br>1) Round trip airfare for travel from Los Angeles to San Francisco in the amount of $601.22;<br><br>2) Lodging for 4 days (2 days of testimony, plus 2 days waiting to testify) at the rate of $247 per night, as approved by GSA in the amount | $1,931.22 | *See* Exhibit E-4; E-10 (receipts incurred for group meals and certain incidentals); *see also* https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdi ems_report&state=C A&fiscal_year=2019 |

---

[1] Attached as Exhibit E-10 are receipts for meals and incidentals incurred as a group. As noted in the accompanying Declaration of Rachel S. Brass, in some instances, witnesses did not receive or retain receipts for meals and incidentals or they incurred costs as a part of a group, making computation of actual costs for meals and incidentals for each individual witness difficult. In such cases, Ottogi Defendants computed costs for meals and incidentals based on the per diem rates authorized by General Services Administration.

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| | of $988, which is less than the actual costs incurred;<br><br>3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $342, which is less than the actual costs incurred. | | &zip=&city=San%20 Francisco. |
| 12/06/2018 | Expenses incurred in connection with trial testimony of Michael Klausner for 1 day of lodging at the rate of $247 per night, as approved by GSA, which is less than the actual costs incurred. | $247.00 | *See* Exhibit E-5; *see also* https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019 &zip=&city=San%20 Francisco. |
| 12/01/2018 – 12/07/2018 | Expenses incurred in connection with trial testimony of Heung Duk Suh, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to San Francisco, California in the amount of $1,171.40, which is less than $4,057.06 business class airfare actually incurred;<br><br>2) Lodging for 7 days (2 days of testimony, plus 5 days waiting to testify) in the amount of $1,664.73, which is less than the rate approved by GSA;<br><br>3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $570, which is less than the actual costs incurred. | $3,406.13 | *See* Exhibit E-6; E-10 (receipts incurred for group meals and certain incidentals); *see also* www.koreanair.com and https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019 &zip=&city=San%20 Francisco. |

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| 12/02/2018 – 12/07/2018 | Expenses incurred in connection with trial testimony of Kyung Ho Yoo, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to San Francisco, California in the amount of $1,171.40, which is less than $3923.01 business class airfare actually incurred;<br><br>2) Lodging for 6 days (1 day of testimony, plus 5 days waiting to testify) in the amount of $1,433.39, which is less than rate approved by GSA;<br><br>3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $494, which is less than the actual costs incurred. | $3,098.79 | *See* Exhibit E-7; E-10 (receipts incurred for group meals and certain incidentals); *see also* www.koreanair.com and https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=San%20Francisco. |
| 12/02/2018 – 12/11/2018 | Expenses incurred in connection with trial testimony of Bang Wan Ku, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to San Francisco, California in the amount of $1,171.40, which is less than $3923.37 business class airfare actually incurred;<br><br>2) Lodging for 10 days (3 days of testimony, plus 7 days waiting to testify, including intervening weekend during testimony) at the rate of $247 per night, as approved by GSA in the amount of $2,470, which is less than the actual costs incurred; | $4,439.40 | *See* Exhibit E-8; E-10 (receipts incurred for group meals and certain incidentals); *see also* www.koreanair.com and https://www.gsa.gov/ travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=San%20Francisco. |

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| | 3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $798, which is less than the actual costs incurred. | | |
| 12/05/2018 – 12/10/2018 | Expenses incurred in connection with trial testimony of Dae Sik Hong, including:<br><br>1) Round trip economy airfare for travel from Seoul, Republic of Korea to San Francisco, California in the amount of $1,171.40, which is less than $6,791.68 business class airfare actually incurred;<br><br>2) Lodging for 6 days (1 day of testimony, plus 5 days waiting to testify) at the rate of $247 per night, as approved by GSA in the amount of $1,482, which is less than the actual costs incurred;<br><br>3) Meals and incidentals at a rate of $76 per day, plus $57.00 for the first and last day of travel, as approved by GSA, in the amount of $494, which is less than the actual costs incurred. | $3,147.40 | *See* Exhibit E-9; E-10 (receipts incurred for group meals and certain incidentals); *see also* www.koreanair.com and https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=San%20Francisco. |
| **Subtotal** | | **$21,556.49** | |

# EXHIBIT E-1



```
SALES PERSON : 4C                INVOICE NO . 173374          DATE : 15 SEP 17
  CUSTOMER NBR : 100030C                   UHZLHQ             Page : 1 / 1
TRANSACTION NBR : 15580530


    TO : GIBSON, DUNN AND CRUTCHER LLP
         PROFILE OFFICE
         555 MISSION ST.
         SAN FRANCISCO CA 94105


  FOR : HONG/DAE SIK                      REF : 20-68579-00001-00000
                                                20-68579-00001-00000

30 SEP 17 - SATURDAY
    AIR   OZ  ASIANA AIRWAYS         FLT: 202    J
          LV ICN SEOUL INCHEON INT             0240P        EQP: 388
          AR LAX LOS ANGELES                   0950A        NON-STOP
          HONG/DAE SIK              SEAT - 10D


    AIR   VX  VIRGIN AMERICA         FLT: 1899   J
          LV LAX LOS ANGELES                    1151A       EQP: 321
          AR SFO SAN FRANCISCO                  0108P       NON-STOP
          HONG/DAE SIK              SEAT - 01D


  AIR TICKET OZ8655191776              HONG/DAE SIK            3,952.36
  ELECTKT

  AIR TICKET XD0709911424              HONG/DAE SIK               49.25

                                                       _____
                                     AMOUNT DUE           4,001.61
                           AMERICAN EXPRESS *****2008    -3,952.36
                           AMERICAN EXPRESS *****2008       -49.25
                                                       _____

                                          TOTAL             0.00
```



```
   SALES PERSON : 4C              INVOICE NO . 173375          DATE : 15 SEP 17
   CUSTOMER NBR : 100030C              UHZLHQ                  Page : 1 / 1
TRANSACTION NBR : 15580532


    TO : GIBSON, DUNN AND CRUTCHER LLP
         PROFILE OFFICE
         555 MISSION ST.
         SAN FRANCISCO CA 94105


   FOR : HONG/DAE SIK                   REF : 20-68579-00001-00000

 04 OCT 17 - WEDNESDAY
    AIR   KE  KOREAN AIR            FLT: 26      I
          LV SFO SAN FRANCISCO                  1250A        EQP: 77W
          AR ICN SEOUL INCHEON INT             0525A        NON-STOP
          HONG/DAE SIK                SEAT - 07D


   AIR TICKET KE8655191777          HONG/DAE SIK            2,319.00
   ELECTKT
                                                      _____
                                           AMOUNT DUE       2,319.00
                                AMERICAN EXPRESS *****2008  -2,319.00
                                                      _____
                                            TOTAL             0.00
```



Travel arrangements for **HONG/DAE SIK PROFESSOR**                     Agency Locator: **LOXFVI**

Client Reference: **10-68579-00001-00000**

**Thank you for choosing Lawyers Travel.**

| | From / To | Flight / Vendor | Departure / Arrival |
|---|---|---|---|
| Hotel | Sat Sep 30, 2017 - Wed Oct 04, 2017<br>GRAND HYATT SAN FRANCISCO | Hyatt Hotels And Resorts | |

| Links |
|---|
| › Traveler Benefits |
| › Feedback |
| › Blog |
| › Facebook |
| › LinkedIn |

**Print version** ▸ 🖨

| 🛏 | **GRAND HYATT SAN FRANCISCO**<br>**345 STOCKTON, SAN FRANCISCO CA 94108, US** |
|---|---|

| **Check in** | Sat Sep 30, 2017 | **Check out** | Wed Oct 04, 2017 |
|---|---|---|---|
| **Status** | Confirmed | **Duration** | 4 nights |
| **Room** | OVATION AND LAWY BAY VIEW KING<br>BAY VIEWS:GRAND BED 1 KING:FLOORS 19-31 | | |
| **Rate** | USD399.00 | **Approx. Total** | USD1859.35 |
| **Telephone no.** | 1-415-3981234 | **Fax** | 1-415-3911780 |
| **No of Rooms** | 1 | **No of Guests** | 1 |
| **Reference** | HY0053188395 | **Freq. guest ID** | |
| **Special Info.** | RQST NONSMOKING KING | | |
| **Remarks** | CANCEL 48 HOURS PRIOR TO ARRIVAL TO AVOID PENALTY | | |



PREFERRED
HOTEL
PARTNERS
PROGRAM

| **Invoice/ticket information for DAE SIK PROFESSOR HONG** | | | |
|---|---|---|---|
| **Client Reference: 10-68579-00001-00000** | | | |
| Total Invoiced Amount: | $0.00 | | |
| | | **Invoice**: 0173750 **Amount**: | $0.00 |
| **Payment**: | Check | **Date**: | 26-Sep-2017 |

| **Travel Assistance Contact Information** |
|---|

For travel assistance 24 hours a day, please call your dedicated number at 800-544-6891.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 844-221-8878.
Your access code is 00NA.

**Other information and remarks**

- Please sign up for trip alerts at www.lawyerstravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout

**Important Health Advisory**

CDC has issued travel notices for people traveling to regions where Zika virus transmission is ongoing.

For more information, please visit www.cdc.gov/zika.

View your complete itinerary online  ›

# EXHIBIT E-2

**KOREAN AIR** 5✈

| 카드종류 / Card Type | 거래유형 / Form of Payment |
|---|---|
| **AX** | **Credit Card** |

카드번호 / Card No.

**\*\*\*\*\*\*\*\*\*\*\*1779**

| 유효기간 / Expiry Date | 거래일자 / Approval Date |
|---|---|
| **\*\*/\*\*** | **21FEB18** |

항공권번호 / Ticket No.

**1802322820046**

승객 / Passenger

SEO/HEUNGDUCK MR

| 지불운임 / Fare | 여정 / Itinerary |
|---|---|
| **KRW 5,603,300** | ICN-LAX-ICN |

| | 예약번호 / Booking Reference |
|---|---|
| | **VKSV3V** |
| Taxes and Fuel SurCharge 세금 / Taxes | 할부기간 / Installment |
| **KRW 96,000** | **일시불** |
| 유류할증료 / Fuel SurCharge | 승인번호 / Approval No. |
| **KRW 70,400** | **49118623** |
| | 가맹점명 / Merchant Name |
| | (주)대한항공(Korean Air) |

| 결제금액 / Payment Amount | 대표자 / President |
|---|---|
| **KRW 5,769,700** | 우기홍 외 2명 |

가맹점 주소 / 서울특별시 강서구 하늘길 260 (공항동)
Address / 260, Haneul-gil, Gangseo-gu, Seoul, Korea

사업자등록번호 / Business Registration No.
110-81-14794



02-21-18
Heng Duk Seo
US DESCRIPTION

Dear ,

Thank you for making your reservation with the Oxford Palace Hotel. We have reserved the following

| Arrival Date | Departure Date | No. of Rms | Total Cost of Stay | Room Type |
| --- | --- | --- | --- | --- |
| 02-23-18 | 02-28-18 | 1 | $688.4+bkft | Smoking Single |

Your Confirmation Number is:   955437.

If you need to change or cancel your reservation, please provide 48 hours notice to avoid one night's room and tax charged to your credit card.
Please let us know if there is anything we can do to make your stay more comfortable.

Thank You,


Reservations Office

# EXHIBIT E-3



# Receipt for San Francisco

Dec 2, 2018 - Dec 2, 2018          Itinerary # 7394837480768

| Booked Items | Cost Summary | |
|---|---|---|
| **Flight:** Los Angeles (LAX) to San Francisco (SFO) | **Booked Date:** Nov 28, 2018 | |
| Depart: 12/2/2018 ,2 one way tickets | **Traveler 1: Adult** | **$51.20** |
| | Flight | $34.42 |
| **Traveler Information** | Taxes & Fees | $16.78 |
| | **Traveler 2: Adult** | **$51.20** |
| **YOUNG WOOK HAM** - Adult | Flight | $34.42 |
| Ticket # 0067228312400 | Taxes & Fees | $16.78 |
| | Price Match Promise | $4.00 |
| **DONG S LIM** - Adult | | |
| Ticket # 0067228312401 | Total: | **$106.40** |
| | Paid: | **$106.40** |
| | | [Visa 7537] |
| | All prices quoted in US dollars. | |



# Receipt for Los Angeles

Dec 5, 2018 - Dec 5, 2018          Itinerary # 7396456419238

## Booked Items

**Flight:** San Francisco (SFO) to Los Angeles (LAX)

Depart: 12/5/2018 ,1 one way ticket

## Traveler Information

**Dong Soo Lim** - Adult

Ticket # 0167229937871

## Cost Summary

**Booked Date:** Dec 4, 2018

| | |
|---|---|
| **Traveler 1: Adult** | **$178.20** |
| Flight | $152.56 |
| Taxes & Fees | $25.64 |

Total:  **$178.20**

Paid: **$178.20**
[Visa 7069]
All prices quoted in US dollars.



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|------|------|--|----------|---------|------|
| S0825 | Lim, Dong Soo *2pm | | 1233LI | 12/02/18 | 21:59 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/05/18 | 14:03 |
| | | | XXXX9968 | | |

| DATE | | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|--|-----------|---------|---------|---------|
| 12/02/18 | -- | ROOM CHARGE | 152.00 | | 152.00 |
| 12/02/18 | -- | City Hotel Tax | 21.28 | | 173.28 |
| 12/02/18 | -- | Business Dist Assessment | 3.42 | | 176.70 |
| 12/03/18 | -- | ROOM CHARGE | 199.00 | | 375.70 |
| 12/03/18 | -- | City Hotel Tax | 27.86 | | 403.56 |
| 12/03/18 | -- | Business Dist Assessment | 4.48 | | 408.04 |
| 12/04/18 | -- | ROOM CHARGE | 199.00 | | 607.04 |
| 12/04/18 | -- | City Hotel Tax | 27.86 | | 634.90 |
| 12/04/18 | -- | Business Dist Assessment | 4.48 | | 639.38 |
| 12/05/18 | SY | Late Check-out Charge | 50.00 | | 689.38 |
| 12/05/18 | SY | City Hotel Tax | 7.00 | | 696.38 |
| 12/05/18 | SY | Business Dist Assessment | 1.13 | | 697.51 |
| 12/05/18 | SY | XXXX9968 | | 697.51 | 0.00 |
| | | Subtotals | $   697.51 | 697.51 | 0.00 |

PAID IN FULL --- THANK YOU!

# EXHIBIT E-4



```
SALES PERSON : BJ                 INVOICE NO . 190967          DATE : 26 NOV 18
  CUSTOMER NBR : 100030C                  VNFXWC             Page : 1 / 1
TRANSACTION NBR : 17111190


    TO : GIBSON, DUNN AND CRUTCHER LLP
         PROFILE  OFFICE
         333 S. GRAND AVE
         LOS ANGELES CA 90071
         US


    FOR : HONG/KANG SIK                   REF : 10-68579-00001-00000
                                                10-68579-00001-00000

02 DEC 18 - SUNDAY
    OTH    PAPERLESS TICKET CONFIRMATION-
           BUR  BURBANK


    AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 4166    K
               INC.
           LV BUR BURBANK                      0600P          EQP: 73W
           AR OAK OAKLAND                      0715P          NON-STOP
           HONG/KANG SIK              SEAT -

05 DEC 18 - WEDNESDAY
    AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 1037    K
               INC.
           LV OAK OAKLAND                      0335P          EQP: 73W
           AR BUR BURBANK                      0440P          NON-STOP
           HONG/KANG SIK              SEAT -

20 MAY 19 - MONDAY
    OTH    PNR RETENTION SEGMENT
           INF  IN GUEZZAM



    AIR TICKET WN2412470883            HONG/KANG SIK            551.97

    AIR TICKET XD0758758312            HONG/KANG SIK             49.25

                                                     _____
                                           AMOUNT DUE      601.22
                                 AMERICAN EXPRESS *****3006    -551.97
                                 AMERICAN EXPRESS *****3006     -49.25
                                                     _____

                                              TOTAL       0.00
```



HILTON SAN FRANCISCO FINANCIAL DISTRICT
750 Kearny Street
SAN FRANCISCO, CA  94108
United States of America
TELEPHONE 415-433-6600   • FAX 415-765-7891
Reservations
www.hilton.com or 1 800 HILTONS

HONG, KANG SIK

Personal Home Address Redacted

SOUTH PASADENA CA  91030
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 2403/K1EV |
| Arrival Date: | 12/2/2018  8:19:00 PM |
| Departure Date: | 12/6/2018 12:30:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | KKC |
| Room Rate: | 369.90 |
| AL: | |
| HH # | 134120003 BLUE |
| VAT # | |
| Folio No/Che | 1407563 B |

Confirmation Number: 3507950529

HILTON SAN FRANCISCO FINANCIAL DISTRICT 12/10/2018 10:43:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 12/2/2018 | GUEST ROOM | JLSITU | 6318849 | $369.90 | | |
| 12/2/2018 | ROOM TAX | JLSITU | 6318849 | $51.79 | | |
| 12/2/2018 | CALIFORNIA TOURISM TAX | JLSITU | 6318849 | $0.74 | | |
| 12/2/2018 | SF TOURISM IMPROVEMENT DISTRIC | JLSITU | 6318849 | $8.32 | | |
| 12/3/2018 | GUEST ROOM | JLSITU | 6320312 | $369.90 | | |
| 12/3/2018 | ROOM TAX | JLSITU | 6320312 | $51.79 | | |
| 12/3/2018 | CALIFORNIA TOURISM TAX | JLSITU | 6320312 | $0.74 | | |
| 12/3/2018 | SF TOURISM IMPROVEMENT DISTRIC | JLSITU | 6320312 | $8.32 | | |
| 12/4/2018 | VS *9529 | KKC | 6321056 | | ($1,723.00) | |
| 12/4/2018 | GUEST ROOM | EDS | 6321664 | $369.90 | | |
| 12/4/2018 | ROOM TAX | EDS | 6321664 | $51.79 | | |
| 12/4/2018 | CALIFORNIA TOURISM TAX | EDS | 6321664 | $0.74 | | |
| 12/4/2018 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 6321664 | $8.32 | | |
| 12/5/2018 | GUEST ROOM | EDS | 6323080 | $369.90 | | |
| 12/5/2018 | ROOM TAX | EDS | 6323080 | $51.79 | | |
| 12/5/2018 | CALIFORNIA TOURISM TAX | EDS | 6323080 | $0.74 | | |
| 12/5/2018 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 6323080 | $8.32 | | |
| | **BALANCE** | | | | | $0.00 |

Thank you for choosing the Hilton San Francisco Financial District - for the best rates and packages visit www.sanfranciscohiltonhotel.com FOR ANY QUESTIONS REGARDING YOUR BILL PLEASE CONTACT OUR ACCOUNTING DEPARTMENT AT 415 433-6600 AT EXTENSION 2819.

# EXHIBIT E-5



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0233 | Klausner, Michael | 12355E | 12/05/18 | 14:06 |
| MEMBER | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | CREDIT CARD | 12/06/18 | 07:47 |
| | | XXXX0317 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|---|---------|---------|---------|
| 12/05/18 | -- | ROOM CHARGE | 274.00 | | 274.00 |
| 12/05/18 | -- | City Hotel Tax | 38.36 | | 312.36 |
| 12/05/18 | -- | Business Dist Assessment | 6.17 | | 318.53 |
| 12/06/18 | SY | XXXX0317 | | 318.53 | 0.00 |
| | | Subtotals | $   318.53 | 318.53 | 0.00 |

PAID IN FULL --- THANK YOU!

# EXHIBIT E-6

## 지불영수증

**Payment Receipt**

### 항공권 결제 방식 카드

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| AX | XXXXXXXXXXXX1779 |
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| 0522 | 25OCT18 |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 00 | 16637424 |
| 결제금액/AMOUNT | 항공권번호/TICKET NUMBER |
| KRW 4,551,800 | 1802834053811 |
| 항공사/AIRLINE | 예약번호/RESERVATION NUMBER |
| KE(KOREAN AIR) | 7532-1219 |

### 취급수수료(TASF) 결제 방식

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 결제금액/AMOUNT | 취급수수료번호/TASF NUMBER |

| 여정/ITINERARY |
|---|
| ICN-SFO-ICN |

| 승객명/PASSENGER NAME |
|---|
| SEO/HEUNGDUCK MR |

| 총 결제 금액/TOTAL AMOUNT | 여행사/PLACE OF ISSUE |
|---|---|
| KRW 4,551,800 | (주)일동여행사 / 17300640 |

이 영수증은 국세청 증빙용으로 사용하실 수 없습니다.



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0321 | Seo, Heung Duck | 1233LL | 11/17/18 | 15:32 |
| MEMBER | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | CREDIT CARD | 12/09/18 | 07:26 |
| | | XXXX9882 | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|-----------|---------|---------|---------|
| 11/17/18 | -- ROOM CHARGE | 190.00 | | 190.00 |
| 11/17/18 | -- City Hotel Tax | 26.60 | | 216.60 |
| 11/17/18 | -- Business Dist Assessment | 4.28 | | 220.88 |
| 11/18/18 | -- ROOM CHARGE | 171.00 | | 391.88 |
| 11/18/18 | -- City Hotel Tax | 23.94 | | 415.82 |
| 11/18/18 | -- Business Dist Assessment | 3.85 | | 419.67 |
| 11/19/18 | -- ROOM CHARGE | 171.00 | | 590.67 |
| 11/19/18 | -- City Hotel Tax | 23.94 | | 614.61 |
| 11/19/18 | -- Business Dist Assessment | 3.85 | | 618.46 |
| 11/20/18 | -- ROOM CHARGE | 171.00 | | 789.46 |
| 11/20/18 | -- City Hotel Tax | 23.94 | | 813.40 |
| 11/20/18 | -- Business Dist Assessment | 3.85 | | 817.25 |
| 11/21/18 | -- ROOM CHARGE | 171.00 | | 988.25 |
| 11/21/18 | -- City Hotel Tax | 23.94 | | 1012.19 |
| 11/21/18 | -- Business Dist Assessment | 3.85 | | 1016.04 |
| 11/22/18 | -- ROOM CHARGE | 171.00 | | 1187.04 |
| 11/22/18 | -- City Hotel Tax | 23.94 | | 1210.98 |
| 11/22/18 | -- Business Dist Assessment | 3.85 | | 1214.83 |
| 11/23/18 | -- ROOM CHARGE | 171.00 | | 1385.83 |
| 11/23/18 | -- City Hotel Tax | 23.94 | | 1409.77 |
| 11/23/18 | -- Business Dist Assessment | 3.85 | | 1413.62 |



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0321 | Seo, Heung Duck | 1233LL | 11/17/18 | 15:32 |
| MEMBER | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | CREDIT CARD | 12/09/18 | 07:26 |
| | | XXXX9882 | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|-----------|---------|---------|---------|
| 11/24/18 | -- ROOM CHARGE | 171.00 | | 1584.62 |
| 11/24/18 | -- City Hotel Tax | 23.94 | | 1608.56 |
| 11/24/18 | -- Business Dist Assessment | 3.85 | | 1612.41 |
| 11/25/18 | -- ROOM CHARGE | 171.00 | | 1783.41 |
| 11/25/18 | -- City Hotel Tax | 23.94 | | 1807.35 |
| 11/25/18 | -- Business Dist Assessment | 3.85 | | 1811.20 |
| 11/26/18 | KS XXXX9882 | | 1500.00 | 311.20 |
| 11/26/18 | -- ROOM CHARGE | 228.00 | | 539.20 |
| 11/26/18 | -- City Hotel Tax | 31.92 | | 571.12 |
| 11/26/18 | -- Business Dist Assessment | 5.13 | | 576.25 |
| 11/27/18 | -- ROOM CHARGE | 228.00 | | 804.25 |
| 11/27/18 | -- City Hotel Tax | 31.92 | | 836.17 |
| 11/27/18 | -- Business Dist Assessment | 5.13 | | 841.30 |
| 11/28/18 | -- ROOM CHARGE | 228.00 | | 1069.30 |
| 11/28/18 | -- City Hotel Tax | 31.92 | | 1101.22 |
| 11/28/18 | -- Business Dist Assessment | 5.13 | | 1106.35 |
| 11/29/18 | -- ROOM CHARGE | 228.00 | | 1334.35 |
| 11/29/18 | -- City Hotel Tax | 31.92 | | 1366.27 |
| 11/29/18 | -- Business Dist Assessment | 5.13 | | 1371.40 |
| 11/30/18 | -- ROOM CHARGE | 199.00 | | 1570.40 |
| 11/30/18 | -- City Hotel Tax | 27.86 | | 1598.26 |



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0321 | Seo, Heung Duck | 1233LL | 11/17/18 | 15:32 |
| MEMBER | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | CREDIT CARD | 12/09/18 | 07:26 |
| | | XXXX9882 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|---|---------|---------|---------|
| 11/30/18 | -- | Business Dist Assessment | 4.48 | | 1602.74 |
| 12/01/18 | -- | ROOM CHARGE | 199.00 | | 1801.74 |
| 12/01/18 | -- | City Hotel Tax | 27.86 | | 1829.60 |
| 12/01/18 | -- | Business Dist Assessment | 4.48 | | 1834.08 |
| 12/02/18 | -- | ROOM CHARGE | 171.00 | | 2005.08 |
| 12/02/18 | -- | City Hotel Tax | 23.94 | | 2029.02 |
| 12/02/18 | -- | Business Dist Assessment | 3.85 | | 2032.87 |
| 12/03/18 | KS | XXXX9882 | | 1500.00 | 532.87 |
| 12/03/18 | -- | ROOM CHARGE | 218.00 | | 750.87 |
| 12/03/18 | -- | City Hotel Tax | 30.52 | | 781.39 |
| 12/03/18 | -- | Business Dist Assessment | 4.91 | | 786.30 |
| 12/04/18 | -- | ROOM CHARGE | 218.00 | | 1004.30 |
| 12/04/18 | -- | City Hotel Tax | 30.52 | | 1034.82 |
| 12/04/18 | -- | Business Dist Assessment | 4.91 | | 1039.73 |
| 12/05/18 | -- | ROOM CHARGE | 218.00 | | 1257.73 |
| 12/05/18 | -- | City Hotel Tax | 30.52 | | 1288.25 |
| 12/05/18 | -- | Business Dist Assessment | 4.91 | | 1293.16 |
| 12/06/18 | -- | ROOM CHARGE | 218.00 | | 1511.16 |
| 12/06/18 | -- | City Hotel Tax | 30.52 | | 1541.68 |
| 12/06/18 | -- | Business Dist Assessment | 4.91 | | 1546.59 |
| 12/07/18 | EK | XXXX9882 | | 1500.00 | 46.59 |



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0321 | Seo, Heung Duck | 1233LL | 11/17/18 | 15:32 |
| MEMBER | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | CREDIT CARD | 12/09/18 | 07:26 |
| | | XXXX9882 | | |

| DATE | | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|------|-----------|---------|---------|---------|
| 12/07/18 | -- | ROOM CHARGE | 190.00 | | 236.59 |
| 12/07/18 | -- | City Hotel Tax | 26.60 | | 263.19 |
| 12/07/18 | -- | Business Dist Assessment | 4.28 | | 267.47 |
| 12/08/18 | -- | ROOM CHARGE | 190.00 | | 457.47 |
| 12/08/18 | -- | City Hotel Tax | 26.60 | | 484.07 |
| 12/08/18 | -- | Business Dist Assessment | 4.28 | | 488.35 |
| 12/09/18 | SY | XXXX9882 | | 488.35 | 0.00 |
| | | Subtotals | $ 4988.35 | 4988.35 | 0.00 |

PAID IN FULL --- THANK YOU!

# EXHIBIT E-7

영수증

🖶 인쇄하기

**KOREAN AIR**

| 카드종류 / Card Type | 거래유형 / Form of Payment |
|---|---|
| **AX** | **Credit Card** |

카드번호 / Card No.

\*\*\*\*\*\*\*\*\*\*\***3421**

| 유효기간 / Expiry Date | 거래일자 / Approval Date |
|---|---|
| **\*\*/\*\*** | **23OCT18** |

항공권번호 / Ticket No.

**1802325343766**

승객 / Passenger

YOO/KYEONGHO MR

| 지불운임 / Fare | 여정 / Itinerary |
|---|---|
| **KRW 4,150,000** | ICN-SFO-ICN |

| | 예약번호 / Booking Reference |
|---|---|
| | **TAM5YG** |
| Taxes and Fuel SurCharge | |
| 세금 / Taxes | 할부기간 / Installment |
| **KRW 100,200** | 일시불 |
| 유류할증료 / Fuel SurCharge | 승인번호 / Approval No. |
| **KRW 151,200** | **59694574** |
| | 가맹점명 / Merchant Name |
| | (주)대한항공(Korean Air) |

| 결제금액 / Payment Amount | 대표자 / President |
|---|---|
| **KRW 4,401,400** | 우기홍 외 2명 |

가맹점 주소 / 서울특별시 강서구 하늘길 260 (공항동)
Address / 260, Haneul-gil, Gangseo-gu, Seoul, Korea

사업자등록번호 / Business Registration No.
110-81-14794

2019-01-15

영수증                                          🖶 인쇄하기

## KOREAN AIR

| 카드종류 / Card Type **AX** | 거래유형 / Form of Payment **Credit Card** |
|---|---|
| 카드번호 / Card No. <br> **\*\*\*\*\*\*\*\*\*\*\*3421** | |
| 유효기간 / Expiry Date **\*\*/\*\*** | 거래일자 / Approval Date **05NOV18** |
| 항공권번호 / Ticket No. <br> **1802325470740** | |
| 승객 / Passenger <br> YOO/KYEONGHO MR | |
| 지불운임 / Fare **KRW 150,000** | 여정 / Itinerary ICN-SFO-ICN |

| Taxes and Fuel SurCharge <br> 세금 / Taxes **KRW 0** <br> 유류할증료 / Fuel SurCharge **KRW 26,400** <br> 부가 서비스료 / Service Fees **KRW 150,000** | 예약번호 / Booking Reference **TAM5YG** |
|---|---|
| | 할부기간 / Installment 일시불 |
| | 승인번호 / Approval No. **16680781** |
| | 가맹점명 / Merchant Name (주)대한항공(Korean Air) |
| 결제금액 / Payment Amount **KRW 326,400** | 대표자 / President 우기홍 외 2명 |

가맹점 주소 / 서울특별시 강서구 하늘길 260 (공항동)
Address / 260, Haneul-gil, Gangseo-gu, Seoul, Korea

사업자등록번호 / Business Registration No.
110-81-14794



| Room | | Name | |
|---|---|---|---|
| 314 | | Kyong Ho Yoo | |
| FOLIO NO | ARRIVAL | DEPARTURE | |
| 1233LO | 11/17/2018 | 12/9/2018 | |
| MEMBER | | CREDIT CARD | |
| GIBSON DUNN CRUTCHER LLP | | XXXX9547 | |

| DESCRIPTION | | | |
|---|---|---|---|
| DATE | CHARGES | PAYMENTS | BALANCE |

*ROOM CHARGE*

| 11/17/2018 | 190.00 | 0.00 | 190.00 |
|---|---|---|---|

*City Hotel Tax*

| 11/17/2018 | 26.60 | 0.00 | 216.60 |
|---|---|---|---|

*Business Dist Assessment*

| 11/17/2018 | 4.28 | 0.00 | 220.88 |
|---|---|---|---|

*ROOM CHARGE*

| 11/18/2018 | 171.00 | 0.00 | 391.88 |
|---|---|---|---|

*City Hotel Tax*

| 11/18/2018 | 23.94 | 0.00 | 415.82 |
|---|---|---|---|

*Business Dist Assessment*

| 11/18/2018 | 3.85 | 0.00 | 419.67 |
|---|---|---|---|

*ROOM CHARGE*

| 11/19/2018 | 171.00 | 0.00 | 590.67 |
|---|---|---|---|

*City Hotel Tax*

| 11/19/2018 | 23.94 | 0.00 | 614.61 |
|---|---|---|---|

*Business Dist Assessment*

| 11/19/2018 | 3.85 | 0.00 | 618.46 |
|---|---|---|---|

*ROOM CHARGE*

| 11/20/2018 | 171.00 | 0.00 | 789.46 |
|---|---|---|---|

| Room | | Name | |
|---|---|---|---|
| 314 | | Kyong Ho Yoo | |
| FOLIO NO | ARRIVAL | DEPARTURE | |
| 1233LO | 11/17/2018 | 12/9/2018 | |
| MEMBER | | CREDIT CARD | |
| GIBSON DUNN CRUTCHER LLP | | XXXX9547 | |

| DESCRIPTION | | | |
|---|---|---|---|
| DATE | CHARGES | PAYMENTS | BALANCE |

*City Hotel Tax*

| 11/20/2018 | 23.94 | 0.00 | 813.40 |
|---|---|---|---|

*Business Dist Assessment*

| 11/20/2018 | 3.85 | 0.00 | 817.25 |
|---|---|---|---|

*ROOM CHARGE*

| 11/21/2018 | 171.00 | 0.00 | 988.25 |
|---|---|---|---|

*City Hotel Tax*

| 11/21/2018 | 23.94 | 0.00 | 1012.19 |
|---|---|---|---|

*Business Dist Assessment*

| 11/21/2018 | 3.85 | 0.00 | 1016.04 |
|---|---|---|---|

*ROOM CHARGE*

| 11/22/2018 | 171.00 | 0.00 | 1187.04 |
|---|---|---|---|

*City Hotel Tax*

| 11/22/2018 | 23.94 | 0.00 | 1210.98 |
|---|---|---|---|

*Business Dist Assessment*

| 11/22/2018 | 3.85 | 0.00 | 1214.83 |
|---|---|---|---|

*ROOM CHARGE*

| 11/23/2018 | 171.00 | 0.00 | 1385.83 |
|---|---|---|---|

*City Hotel Tax*

| 11/23/2018 | 23.94 | 0.00 | 1409.77 |
|---|---|---|---|

##DOCID# 792080405828 62595



## CLUB QUARTERS HOTELS

| Room | Name |
|------|------|
| 314 | Kyong Ho Yoo |

| FOLIO NO | ARRIVAL | DEPARTURE |
|----------|---------|-----------|
| 1233LO | 11/17/2018 | 12/9/2018 |

| MEMBER | CREDIT CARD |
|--------|-------------|
| GIBSON DUNN CRUTCHER LLP | XXXX9547 |

**DESCRIPTION**

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|
| *Business Dist Assessment* | | | |
| 11/23/2018 | 3.85 | 0.00 | 1413.62 |
| *ROOM CHARGE* | | | |
| 11/24/2018 | 171.00 | 0.00 | 1584.62 |
| *City Hotel Tax* | | | |
| 11/24/2018 | 23.94 | 0.00 | 1608.56 |
| *Business Dist Assessment* | | | |
| 11/24/2018 | 3.85 | 0.00 | 1612.41 |
| *ROOM CHARGE* | | | |
| 11/25/2018 | 171.00 | 0.00 | 1783.41 |
| *City Hotel Tax* | | | |
| 11/25/2018 | 23.94 | 0.00 | · |
| *Business Dist Assessment* | | | |
| 11/25/2018 | 3.85 | 0.00 | 1811.20 |
| *XXXX9547* | | | |
| 11/26/2018 | 0.00 | 1500.00 | 311.20 |
| *ROOM CHARGE* | | | |
| 11/26/2018 | 228.00 | 0.00 | 539.20 |
| *City Hotel Tax* | | | |
| 11/26/2018 | 31.92 | 0.00 | 571.12 |

## CLUB QUARTERS HOTELS

| Room | Name |
|------|------|
| 314 | Kyong Ho Yoo |

| FOLIO NO | ARRIVAL | DEPARTURE |
|----------|---------|-----------|
| 1233LO | 11/17/2018 | 12/9/2018 |

| MEMBER | CREDIT CARD |
|--------|-------------|
| GIBSON DUNN CRUTCHER LLP | XXXX9547 |

**DESCRIPTION**

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|
| *Business Dist Assessment* | | | |
| 11/26/2018 | 5.13 | 0.00 | 576.25 |
| *ROOM CHARGE* | | | |
| 11/27/2018 | 228.00 | 0.00 | 804.25 |
| *City Hotel Tax* | | | |
| 11/27/2018 | 31.92 | 0.00 | 836.17 |
| *Business Dist Assessment* | | | |
| 11/27/2018 | 5.13 | 0.00 | 841.30 |
| *ROOM CHARGE* | | | |
| 11/28/2018 | 228.00 | 0.00 | 1069.30 |
| *City Hotel Tax* | | | |
| 11/28/2018 | 31.92 | 0.00 | 1101.22 |
| *Business Dist Assessment* | | | |
| 11/28/2018 | 5.13 | 0.00 | 1106.35 |
| *ROOM CHARGE* | | | |
| 11/29/2018 | 228.00 | 0.00 | 1334.35 |
| *City Hotel Tax* | | | |
| 11/29/2018 | 31.92 | 0.00 | 1366.27 |
| *Business Dist Assessment* | | | |
| 11/29/2018 | 5.13 | 0.00 | 1371.40 |



CLUB QUARTERS HOTELS

| Room | | Name | |
|------|------|------|------|
| 314 | | Kyong Ho Yoo | |

| FOLIO NO | ARRIVAL | DEPARTURE | |
|----------|---------|-----------|---|
| 1233LO | 11/17/2018 | 12/9/2018 | |

| MEMBER | | CREDIT CARD | |
|--------|--|-------------|--|
| GIBSON DUNN CRUTCHER LLP | | XXXX9547 | |

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|

*ROOM CHARGE*

| 11/30/2018 | 199.00 | 0.00 | 1570.40 |

*City Hotel Tax*

| 11/30/2018 | 27.86 | 0.00 | 1598.26 |

*Business Dist Assessment*

| 11/30/2018 | 4.48 | 0.00 | 1602.74 |

*ROOM CHARGE*

| 12/1/2018 | 199.00 | 0.00 | 1801.74 |

*City Hotel Tax*

| 12/1/2018 | 27.86 | 0.00 | 1829.60 |

*Business Dist Assessment*

| 12/1/2018 | 4.48 | 0.00 | 1834.08 |

*ROOM CHARGE*

| 12/2/2018 | 171.00 | 0.00 | 2005.08 |

*City Hotel Tax*

| 12/2/2018 | 23.94 | 0.00 | 2029.02 |

*Business Dist Assessment*

| 12/2/2018 | 3.85 | 0.00 | 2032.87 |

*ROOM CHARGE*

| 12/3/2018 | 218.00 | 0.00 | 2250.87 |

---

CLUB QUARTERS HOTELS

| Room | | Name | |
|------|------|------|------|
| 314 | | Kyong Ho Yoo | |

| FOLIO NO | ARRIVAL | DEPARTURE | |
|----------|---------|-----------|---|
| 1233LO | 11/17/2018 | 12/9/2018 | |

| MEMBER | | CREDIT CARD | |
|--------|--|-------------|--|
| GIBSON DUNN CRUTCHER LLP | | XXXX9547 | |

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|

*City Hotel Tax*

| 12/3/2018 | 30.52 | 0.00 | 2281.39 |

*Business Dist Assessment*

| 12/3/2018 | 4.91 | 0.00 | 2286.30 |

*ROOM CHARGE*

| 12/4/2018 | 218.00 | 0.00 | 2504.30 |

*City Hotel Tax*

| 12/4/2018 | 30.52 | 0.00 | 2534.82 |

*Business Dist Assessment*

| 12/4/2018 | 4.91 | 0.00 | 2539.73 |

*ROOM CHARGE*

| 12/5/2018 | 218.00 | 0.00 | 2757.73 |

*City Hotel Tax*

| 12/5/2018 | 30.52 | 0.00 | 2788.25 |

*Business Dist Assessment*

| 12/5/2018 | 4.91 | 0.00 | 2793.16 |

*ROOM CHARGE*

| 12/6/2018 | 218.00 | 0.00 | 3011.16 |

*City Hotel Tax*

| 12/6/2018 | 30.52 | 0.00 | 3041.68 |



| Room | | Name | |
|---|---|---|---|
| 314 | | Kyong Ho Yoo | |

| FOLIO NO | ARRIVAL | DEPARTURE | |
|---|---|---|---|
| 1233LO | 11/17/2018 | 12/9/2018 | |

| MEMBER | | CREDIT CARD | |
|---|---|---|---|
| GIBSON DUNN CRUTCHER LLP | | XXXX9547 | |

**DESCRIPTION**

| DATE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|
| *Business Dist Assessment* | | | |
| 12/6/2018 | 4.91 | 0.00 | 3046.59 |
| *XXXX9547* | | | |
| 12/7/2018 | 0.00 | 1500.00 | 1546.59 |
| *ROOM CHARGE* | | | |
| 12/7/2018 | 190.00 | 0.00 | 1736.59 |
| *City Hotel Tax* | | | |
| 12/7/2018 | 26.60 | 0.00 | 1763.19 |
| *Business Dist Assessment* | | | |
| 12/7/2018 | 4.28 | 0.00 | 1767.47 |
| *ROOM CHARGE* | | | |
| 12/8/2018 | 190.00 | 0.00 | 1957.47 |
| *City Hotel Tax* | | | |
| 12/8/2018 | 26.60 | 0.00 | 1984.07 |
| *Business Dist Assessment* | | | |
| 12/8/2018 | 4.28 | 0.00 | 1988.35 |
| *XXXX9547* | | | |
| 12/9/2018 | 0.00 | 488.35 | 1500.00 |
| | Grand Total | | $1,500.00 |

PAID IN FULL, THANK YOU

# EXHIBIT E-8

지불영수증 Payment Receipt

## 항공권 결제 방식 카드

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| AX | XXXXXXXXXXXX1779 |
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| 0522 | 25OCT18 |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 00 | 69521602 |
| 결제금액/AMOUNT | 항공권번호/TICKET NUMBER |
| KRW 4,401,800 | 1802834053810 |
| 항공사/AIRLINE | 예약번호/RESERVATION NUMBER |
| KE(KOREAN AIR) | 9872-2288 |

## 취급수수료(TASF) 결제 방식

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 결제금액/AMOUNT | 취급수수료번호/TASF NUMBER |

| 여정/ITINERARY |
|---|
| ICN-SFO-ICN |

| 승객명/PASSENGER NAME |
|---|
| KU/BANGWAN MR |

| 총 결제 금액/TOTAL AMOUNT | 여행사/PLACE OF ISSUE |
|---|---|
| KRW 4,401,800 | (주)일동여행사 / 17300640 |

이 영수증은 국세청 증빙용으로 사용하실 수 없습니다.



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|------|------|--|----------|---------|------|
| S0920 | Ku, Bang Wan | | 1235PD | 11/25/18 | 11:29 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/12/18 | 12:28 |
| | | | XXXX6887 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|--|---------|---------|---------|
| 11/14/18 | SX | Cancellation Forfeit | 50.00 | | 50.00 |
| 11/14/18 | SX | City Hotel Tax | 7.00 | | 57.00 |
| 11/25/18 | -- | ROOM CHARGE | 171.00 | | 228.00 |
| 11/25/18 | -- | City Hotel Tax | 23.94 | | 251.94 |
| 11/25/18 | -- | Business Dist Assessment | 3.85 | | 255.79 |
| 11/26/18 | -- | ROOM CHARGE | 199.00 | | 454.79 |
| 11/26/18 | -- | City Hotel Tax | 27.86 | | 482.65 |
| 11/26/18 | -- | Business Dist Assessment | 4.48 | | 487.13 |
| 11/27/18 | -- | ROOM CHARGE | 304.00 | | 791.13 |
| 11/27/18 | -- | City Hotel Tax | 42.56 | | 833.69 |
| 11/27/18 | -- | Business Dist Assessment | 6.85 | | 840.54 |
| 11/28/18 | -- | ROOM CHARGE | 313.00 | | 1153.54 |
| 11/28/18 | -- | City Hotel Tax | 43.82 | | 1197.36 |
| 11/28/18 | -- | Business Dist Assessment | 7.05 | | 1204.41 |
| 11/29/18 | -- | ROOM CHARGE | 237.00 | | 1441.41 |
| 11/29/18 | -- | City Hotel Tax | 33.18 | | 1474.59 |
| 11/29/18 | -- | Business Dist Assessment | 5.34 | | 1479.93 |
| 11/30/18 | -- | ROOM CHARGE | 171.00 | | 1650.93 |
| 11/30/18 | -- | City Hotel Tax | 23.94 | | 1674.87 |
| 11/30/18 | -- | Business Dist Assessment | 3.85 | | 1678.72 |
| 12/01/18 | -- | ROOM CHARGE | 190.00 | | 1868.72 |



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|------|------|---|----------|---------|------|
| S0920 | Ku, Bang Wan | | 1235PD | 11/25/18 | 11:29 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/12/18 | 12:28 |
| | | | XXXX6887 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|---|---------|---------|---------|
| 12/01/18 | -- | City Hotel Tax | 26.60 | | 1895.32 |
| 12/01/18 | -- | Business Dist Assessment | 4.28 | | 1899.60 |
| 12/02/18 | -- | ROOM CHARGE | 190.00 | | 2089.60 |
| 12/02/18 | -- | City Hotel Tax | 26.60 | | 2116.20 |
| 12/02/18 | -- | Business Dist Assessment | 4.28 | | 2120.48 |
| 12/03/18 | -- | ROOM CHARGE | 408.00 | | 2528.48 |
| 12/03/18 | -- | City Hotel Tax | 57.12 | | 2585.60 |
| 12/03/18 | -- | Business Dist Assessment | 9.19 | | 2594.79 |
| 12/04/18 | -- | ROOM CHARGE | 408.00 | | 3002.79 |
| 12/04/18 | -- | City Hotel Tax | 57.12 | | 3059.91 |
| 12/04/18 | -- | Business Dist Assessment | 9.19 | | 3069.10 |
| 12/05/18 | KS | XXXX6887 | | 3000.00 | 69.10 |
| 12/05/18 | -- | ROOM CHARGE | 408.00 | | 477.10 |
| 12/05/18 | -- | City Hotel Tax | 57.12 | | 534.22 |
| 12/05/18 | -- | Business Dist Assessment | 9.19 | | 543.41 |
| 12/06/18 | -- | ROOM CHARGE | 266.00 | | 809.41 |
| 12/06/18 | -- | City Hotel Tax | 37.24 | | 846.65 |
| 12/06/18 | -- | Business Dist Assessment | 5.99 | | 852.64 |
| 12/07/18 | -- | ROOM CHARGE | 190.00 | | 1042.64 |
| 12/07/18 | -- | City Hotel Tax | 26.60 | | 1069.24 |
| 12/07/18 | -- | Business Dist Assessment | 4.28 | | 1073.52 |



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|------|------|--|----------|---------|------|
| S0920 | Ku, Bang Wan | | 1235PD | 11/25/18 | 11:29 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/12/18 | 12:28 |
| | | | XXXX6887 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|--|---------|---------|---------|
| 12/08/18 | -- | ROOM CHARGE | 190.00 | | 1263.52 |
| 12/08/18 | -- | City Hotel Tax | 26.60 | | 1290.12 |
| 12/08/18 | -- | Business Dist Assessment | 4.28 | | 1294.40 |
| 12/09/18 | -- | ROOM CHARGE | 180.00 | | 1474.40 |
| 12/09/18 | -- | City Hotel Tax | 25.20 | | 1499.60 |
| 12/09/18 | -- | Business Dist Assessment | 4.05 | | 1503.65 |
| 12/10/18 | EK | XXXX6887 | | 1500.00 | 3.65 |
| 12/10/18 | -- | ROOM CHARGE | 285.00 | | 288.65 |
| 12/10/18 | -- | City Hotel Tax | 39.90 | | 328.55 |
| 12/10/18 | -- | Business Dist Assessment | 6.42 | | 334.97 |
| 12/11/18 | -- | ROOM CHARGE | 285.00 | | 619.97 |
| 12/11/18 | -- | City Hotel Tax | 39.90 | | 659.87 |
| 12/11/18 | -- | Business Dist Assessment | 6.42 | | 666.29 |
| 12/12/18 | EC | XXXX6887 | | 666.29 | 0.00 |
| | Subtotals | | $  5166.29 | 5166.29 | 0.00 |

PAID IN FULL --- THANK YOU!

# EXHIBIT E-9



```
SALES PERSON : TO              INVOICE NO . 191341            DATE : 02 DEC 18
  CUSTOMER NBR : 100030C            TAHUVH                    Page : 1 / 1
TRANSACTION NBR : 17133236


    TO : GIBSON, DUNN AND CRUTCHER LLP


  FOR : HONG/DAE SIK                    REF : 10-68579-00001-00000
                                              10-68579-00001-00000

03 DEC 18 - MONDAY
   AIR   KE  KOREAN AIR             FLT: 23     J
              LV ICN SEOUL INCHEON INT          0400P        EQP: 77W
              AR SFO SAN FRANCISCO              0925A        NON-STOP
              HONG/DAE SIK              SEAT -


08 DEC 18 - SATURDAY
   AIR   KE  KOREAN AIR             FLT: 24     J
              LV SFO SAN FRANCISCO              1130A        EQP: 77W
              AR ICN SEOUL INCHEON INT          0530P        NON-STOP
              HONG/DAE SIK              SEAT - 11B


  AIR TICKET KE7227918448              HONG/DAE SIK              6,742.43
  ELECTKT

  AIR TICKET XD0759023044              HONG/DAE SIK                 49.25
                                                             _____
                                        AMOUNT DUE            6,791.68
                            AMERICAN EXPRESS *****3006        -6,742.43
                            AMERICAN EXPRESS *****3006           -49.25
                                                             _____
                                            TOTAL                 0.00
```



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|------|------|--|----------|---------|------|
| S0515 | Hong, Dae-Sic | | 1235PB | 12/04/18 | 22:02 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/08/18 | 12:50 |
| | | | XXXX8044 | | |

| DATE | | REFERENCE | CHARGES | CREDITS | BALANCE |
|------|--|-----------|---------|---------|---------|
| 12/04/18 | -- | ROOM CHARGE | 274.00 | | 274.00 |
| 12/04/18 | -- | City Hotel Tax | 38.36 | | 312.36 |
| 12/04/18 | -- | Business Dist Assessment | 6.17 | | 318.53 |
| 12/05/18 | -- | ROOM CHARGE | 274.00 | | 592.53 |
| 12/05/18 | -- | City Hotel Tax | 38.36 | | 630.89 |
| 12/05/18 | -- | Business Dist Assessment | 6.17 | | 637.06 |
| 12/06/18 | -- | ROOM CHARGE | 274.00 | | 911.06 |
| 12/06/18 | -- | City Hotel Tax | 38.36 | | 949.42 |
| 12/06/18 | -- | Business Dist Assessment | 6.17 | | 955.59 |
| 12/07/18 | -- | ROOM CHARGE | 152.00 | | 1107.59 |
| 12/07/18 | -- | City Hotel Tax | 21.28 | | 1128.87 |
| 12/07/18 | -- | Business Dist Assessment | 3.42 | | 1132.29 |
| 12/08/18 | BE | Late Check-out Charge | | 0.00 | 1132.29 |
| 12/08/18 | BE | XXXX8044 | | 1132.29 | 0.00 |
| | | Subtotals | $   1132.29 | 1132.29 | 0.00 |

PAID IN FULL --- THANK YOU!



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|---|---|---|---|---|---|
| S0515 | Hong, Dae-Sic | | 1241E3 | 12/08/18 | 12:57 |
| MEMBER | | | | DEPART | TIME |
| GIBSON DUNN CRUTCHER LLP | | | CREDIT CARD | 12/11/18 | 15:07 |
| | | | XXXX8044 | | |

| DATE | | REFERENCE | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 12/08/18 | -- | ROOM CHARGE | 161.00 | | 161.00 |
| 12/08/18 | -- | City Hotel Tax | 22.54 | | 183.54 |
| 12/08/18 | -- | Business Dist Assessment | 3.63 | | 187.17 |
| 12/09/18 | -- | ROOM CHARGE | 152.00 | | 339.17 |
| 12/09/18 | -- | City Hotel Tax | 21.28 | | 360.45 |
| 12/09/18 | -- | Business Dist Assessment | 3.42 | | 363.87 |
| 12/10/18 | -- | ROOM CHARGE | 274.00 | | 637.87 |
| 12/10/18 | -- | City Hotel Tax | 38.36 | | 676.23 |
| 12/10/18 | -- | Business Dist Assessment | 6.17 | | 682.40 |
| 12/11/18 | HG | XXXX8044 | | 682.40 | 0.00 |
| 12/11/18 | HG | Late Check-out Charge | | 0.00 | 0.00 |
| | | Subtotals | $    682.40 | 682.40 | 0.00 |

PAID IN FULL --- THANK YOU!

# EXHIBIT E-10

| | |
|---|---|
| **From:** | Allie Fung |
| **To:** | Fung, Allie R. |
| **Subject:** | Aouthpaw ottogi |
| **Date:** | Tuesday, December 4, 2018 7:16:30 PM |
| **Attachments:** | IMG-3952.PNG |

[External Email]

 **Verizon**     7:14 PM     

← **Transaction Details**

# $398⁶³

Posted on Monday, December 3, 2018

## Southpaw BBQ

2170 Mission St
SAN FRANCISCO, CA 94110



Appears on your statement as:

TST* SOUTHPAW BBQ SAN FRANCISCO
CA 94110 US

Made on Saturday, December 1, 2018

 Call Southpaw BBQ

 Southpaw BBQ Website

 Report a Problem



**Robertson-Bora, Mandy H.**

| | |
|---|---|
| **From:** | david lam <mistadavieb0i@yahoo.com> |
| **Sent:** | Sunday, December 2, 2018 2:51 PM |
| **To:** | Lam, David |
| **Subject:** | Fwd: Order Confirmation for David from Chipotle |

[External Email]


Sent from my iPhone

Begin forwarded message:

> **From:** "DoorDash Order" <no-reply@doordash.com>
> **Date:** December 2, 2018 at 11:53:05 AM PST
> **To:** "David Lam" <mistadavieb0i@yahoo.com>
> **Subject: Order Confirmation for David from Chipotle**
> **Reply-To:** no-reply@doordash.com





Your order will be delivered to
**555 Mission St, San Francisco, CA 94105, USA**

# in 50 minutes.

**Track Your Order**



## Chipotle

$265.81 Paid with Visa ending in 6952

**- For: David Lam -**

1x     **Burrito** (Entrees)                      $9.25
- b.) Steak
- b.) Brown Rice
- a.) Black Beans
- f.) Tomatillo-Red Chili Salsa (Hot)

1x     **Burrito** (Entrees)                      $9.25
- b.) Steak
- a.) White Rice
- a.) Black Beans
- c.) Fresh Tomato Salsa (Mild)
- f.) Tomatillo-Red Chili Salsa (Hot)
- h.) Fajita Veggies
- i.) Cheese

1x     **Burrito** (Entrees)                    $10.75
- c.) Barbacoa
- c.) No Rice
- a.) Black Beans
- a.) Queso
- f.) Tomatillo-Red Chili Salsa (Hot)
- g.) Sour Cream
- i.) Cheese

1x     **Burrito** (Entrees)                      $9.25
- b.) Steak

- a.) White Rice
- b.) Pinto Beans
- e.) Tomatillo-Green Chili Salsa (Medium-Hot)
- g.) Sour Cream
- h.) Fajita Veggies
- i.) Cheese

| 1x | **Burrito** (Entrees) | $9.25 |

- b.) Steak
- c.) No Rice
- a.) Black Beans
- c.) Fresh Tomato Salsa (Mild)
- f.) Tomatillo-Red Chili Salsa (Hot)
- i.) Cheese

| 1x | **Burrito** (Entrees) | $8.25 |

- a.) Chicken
- a.) White Rice
- b.) Pinto Beans
- f.) Tomatillo-Red Chili Salsa (Hot)

| 1x | **Burrito** (Entrees) | $9.75 |

- a.) Chicken
- b.) Brown Rice
- b.) Pinto Beans
- a.) Queso
- d.) Roasted Chili-Corn Salsa (Medium)

| 1x | **Burrito** (Entrees) | $9.25 |

- b.) Steak
- c.) No Rice
- b.) Pinto Beans
- c.) Fresh Tomato Salsa (Mild)
- d.) Roasted Chili-Corn Salsa (Medium)
- g.) Sour Cream
- h.) Fajita Veggies
- i.) Cheese

1x     **Burrito Bowl** (Entrees)                                    $8.25
 • a.) Chicken
 • b.) Brown Rice
 • a.) Black Beans
 • g.) Sour Cream
 • h.) Fajita Veggies
 • i.) Cheese

1x     **Burrito Bowl** (Entrees)                                    $10.75
 • b.) Steak
 • b.) Brown Rice
 • c.) No Beans
 • a.) Queso
 • c.) Fresh Tomato Salsa (Mild)
 • d.) Roasted Chili-Corn Salsa (Medium)
 • e.) Tomatillo-Green Chili Salsa (Medium-Hot)
 • f.) Tomatillo-Red Chili Salsa (Hot)
 • h.) Fajita Veggies

1x     **Burrito Bowl** (Entrees)                                    $9.25
 • b.) Steak
 • c.) No Rice
 • a.) Black Beans
 • d.) Roasted Chili-Corn Salsa (Medium)

1x     **Burrito Bowl** (Entrees)                                    $9.25
 • b.) Steak
 • b.) Brown Rice
 • a.) Black Beans
 • c.) Fresh Tomato Salsa (Mild)
 • f.) Tomatillo-Red Chili Salsa (Hot)
 • h.) Fajita Veggies
 • i.) Cheese

1x     **Burrito Bowl** (Entrees)                                    $9.25
 • b.) Steak
 • b.) Brown Rice

    • a.) Black Beans
    • c.) Fresh Tomato Salsa (Mild)
    • d.) Roasted Chili-Corn Salsa (Medium)

1x   **Burrito Bowl** (Entrees)        $9.25
    • b.) Steak
    • b.) Brown Rice
    • a.) Black Beans
    • d.) Roasted Chili-Corn Salsa (Medium)
    • g.) Sour Cream
    • h.) Fajita Veggies
    • i.) Cheese

1x   **Burrito Bowl** (Entrees)        $8.25
    • a.) Chicken
    • c.) No Rice
    • a.) Black Beans
    • d.) Roasted Chili-Corn Salsa (Medium)
    • f.) Tomatillo-Red Chili Salsa (Hot)
    • g.) Sour Cream
    • h.) Fajita Veggies

1x   **Burrito Bowl** (Entrees)        $9.25
    • b.) Steak
    • a.) White Rice
    • c.) No Beans
    • c.) Fresh Tomato Salsa (Mild)
    • h.) Fajita Veggies
    • i.) Cheese

1x   **Burrito Bowl** (Entrees)        $9.25
    • b.) Steak
    • b.) Brown Rice
    • c.) No Beans
    • f.) Tomatillo-Red Chili Salsa (Hot)
    • h.) Fajita Veggies

| | | |
|---|---|---|
| 1x | **Burrito Bowl** (Entrees) | $8.25 |
| | • a.) Chicken | |
| | • a.) White Rice | |
| | • b.) Pinto Beans | |
| | • f.) Tomatillo-Red Chili Salsa (Hot) | |
| | • g.) Sour Cream | |
| 3x | **Chips & Salsa** (Side) | $4.15 |
| | • d.) Tomatillo-Red Chili Salsa (Hot) | |
| 2x | **Chips & Salsa** (Side) | $4.15 |
| | • b.) Roasted Chili-Corn Salsa (Medium) | |
| 1x | **Side of Guacamole** (Side) | $2.45 |
| 5x | **Side of Guacamole** (Side) | $2.45 |

[View Your Receipt](#)



**Need Order Help?**

Revise your Active Order or report trouble with a Delivered Order

[Get Order Help](#)

## EARN $5.00

**Refer a Friend**

Earn $5.00 when your friends try DoorDash for the first time

### Download the DoorDash App

Get the app for Android or iPhone

© 2018 DoorDash, Inc. | 901 Market St, Ste. 600, San Francisco, CA 94103
Support | Become a Dasher | Privacy Policy
View email in browser

**Maruschak, Suzanne M.**

| | |
|---|---|
| **From:** | Lam, David |
| **Sent:** | Monday, December 3, 2018 11:12 AM |
| **To:** | Maruschak, Suzanne M. |
| **Subject:** | FW: California Pizza Kitchen Order Received |

for last night dinner.

**David Lam**
Paralegal

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7173 • Fax +1 213.229.7520
DLam@gibsondunn.com • www.gibsondunn.com

---

**From:** California Pizza Kitchen <noreply@olo.com>
**Sent:** Sunday, December 2, 2018 5:11 PM
**To:** Lam, David <DLam@gibsondunn.com>
**Subject:** California Pizza Kitchen Order Received

[External Email]



**CALIFORNIA PIZZA KITCHEN 53 THIRD STREET**          Order # 207265705
53 Third Street, San Francisco, CA 94103
Between Mission & Market, Hearst Parking Center on
Stevenson
(415) 278-0443

Customer Name:                                    David Lam

Customer Email:                                   dlam@gibsondunn.com

Customer Contact Number:                          16266168250

**Payment Method: Credit Card Visa x-6952**

**ORDER FOR DELIVERY (Estimated Delivery Time)**
Order scheduled for delivery at **6:11 PM**, TODAY (SUNDAY, 12/2/2018)

**Deliver To:**
555 Mission St
San Francisco

(626) 616-8250
Instructions: call me 626 616 8250

| | | | |
|---|---|---|---|
| 1 x CUSTOM TRIO COMBO - LARGE | (1 x $258.99) | = | $258.99 |

**DAVID**

- 1 x Combo Original BBQ Chicken Chopped Salad
- 1 x No Avocado
- 1 x Alternative Combo Salad
- 1 x Combo Italian Chopped Salad
- 1 x Bolognese Pasta
- 1 x Mushrooms                     (1 x $6.00)     =     $6.00
- 1 x Chicken Tequila Fettuccine
- 1 x Remove Chicken & Add Shrimp   (1 x $8.00)     =     $8.00
- 1 x The Original BBQ Chicken Pizza
- 1 x No Thank You
- 1 x Hand-Tossed Crust
- 1 x Pepperoni Pizza
- 1 x No Thank You
- 1 x Hand-Tossed Crust
- 1 x Mushroom Pepperoni Sausage Pizza
- 1 x Hand-Tossed Crust
- 1 x Wild Mushroom Pizza
- 1 x No Thank You
- 1 x Hand-Tossed Crust
- 1 x Margherita Pizza              (1 x $1.50)     =     $1.50
- 1 x Crispy Thin Crust
- 1 x The Works Pizza
- 1 x Hand-Tossed Crust
- 1 x Combo Sweets Platter, LRG

| | |
|---|---|
| SUBTOTAL | $274.49 |
| TAX | $23.33 |
| TIP | $30.00 |
| **TOTAL** | **$327.82** |

Thank you for ordering with us.

Sushirrito
59 New Montgomery St
San Francisco, CA 94105
(415) 495-7655
www.sushirrito.com

Order# 1055951
Date: 12/3/18, 12:19 PM

-------------------------------------

Type:                          Pre Auth

Entry Method:               Chip Read
Mode:                         Issuer
AID:                    A0000000031010
TVR:                       0880008000
IAD:                   06010A0360A000
TSI:                            F800
ARC:                              00

-------------------------------------

Lava Nachos                      $6.00
Crispy Shrimp Tempura            $4.00
5 Sumo Crunch                   $50.00
   $10.00 each
10 Geisha's Kiss               $130.00
   $13.00 each
5 Salmon Samba                  $60.00
   $12.00 each

-------------------------------------

Subtotal:                      $250.00
Total Tax:                      $10.20

-------------------------------------

**Total:**                     **$260.20**


Paid With: VISA               xxxx8627
Total:                         $260.20

Tip:                            $12.50

Total Paid:                    $272.70


_____
            Signature


            APPROVED

  I agree to pay the above total amount
    according to card issuer agreement



            ***Merchant Copy***

Ottogi Trial Lunch 12/3/18
68579-00001

**Print**

Print



# MENDOCINO FARMS
### sandwich market

Invoice No: **49044**
Date: **Tue, Dec 04, 2018**
Store Code: **21**
Store: **465 California**

## ━━━ Catering - INVOICE ━━━

| Billing/Client Information | Pick Up Information |
|---|---|
| Gibson Dunn<br>555 Mission St.<br>Ste. 3000<br>San Francisco, CA 94105<br><br>Billing Phone: (415) 393-8200<br>Credit Card: VISA(...8627)<br>Pre-Auth #: 06624D<br><br>Client: Michelle Mallari<br>Client Phone: (415) 393-8200 | Pick Up Date: **12/04/2018 (12:15 - 12:45 PM)**<br><br>Michelle Mallari<br>Gibson Dunn<br>Phone: (415) 393-8200<br><br>Number of Guests: 20 |

| Order entered by: Store | Printed: 12/04/2018 08:02 AM PST |
|---|---|

| | **Price** | **Amount** |
|---|---|---|
| **Foodie Package - The Foodie Package** | | |
| **1  Large Foodie - Mendo's Picks** | 275.00 | 275.00 |

Comes with a Large Drago's Bakery Dessert Tray

Sandwich Selections:*

| | |
|---|---|
| 2 | Chicken MBP |
| 2 | Mario's Caprese (Vegetarian) |
| 2 | The Farm Club |
| 2 | The Italian 'Love Sandwich' (Italian Hoagie) |
| 1 | Highway 128 |
| 2 | Prosciutto and Mary's Chicken |
| 2 | Turkey and Cranberry |
| 2 | Steak BLT |

| | | |
|---|---|---|
| Choice of Gourmet Whole Grain Salad, Pasta Potato or Vegan Potato Salad* | 1  Large Pasta Salad of the Day | |
| Choice of Specialty Leafy Salad:* | 1  Large Mama Chen's Chinese (as designed) | |
| Add Mary's Free Range Chicken to Any Salad* | Add Chicken to Salad | +20.00  +20.00 |

**AA Set up Package - Set up Package**

| | Price | Amount |
|---|---|---|
| **1  No Set Up Needed** | 0.00 | 0.00 |

*Total for all items ordered

| Thank you for your order! | For house accounts, remit check payments to:<br><br>Mendocino Farms - Base Camp<br>13103 Ventura Blvd, Ste 100<br>Studio City, CA 91604 | Subtotal: | 295.00 |
|---|---|---|---|
| | | SF Mandates: | 11.80 |
| | | Tax (8.5%): | 26.08 |
| | | Amount: | 332.88 |
| | | Gratuity: | _____ |
| | | Grand Total: | _____ |
| | | Print Name: | _____ |

465 California St, San Francisco, CA 94104 | (415) 321-2170 | catering465@mendocinofarms.com

Powered by MonkeyMedia Software 🐷



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey | Hamphrey Massey |
| Gibson Dunn | Gibson Dunn |
| 555 Mission st. 30th Fl. | 555 Mission st. 30th Fl. |
| 415 393-8202 or 415 393-8295 | 415 393-8202 or 415 393-8295 |
| San Francisco, CA  94105 | San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5559 | 12/04/2018 | $0.00 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time:5- 5:30 PM<br>Pick up time: NEXT DAY IN THE MORNING | 1 | 0.00 | 0.00 |
| **Grilled Fajita Bar**<br>Choice of meat:<br>GRILLED SHRIMP ( NO TAIL )<br>Served with Mexican rice, whole black beans, flour tortilla, shredded lettuce,  shredded Mexican blend cheese, corn tortilla chips, pico de gallo, fresh guacamole, red hot salsa, green tomatillo salsa, sour cream, ADD FRESH CHOPPED JALAPENOS AND ONIONS<br>Desserts | 20 | 15.95 | 319.00T |
| **Chicken Breast**<br>Grilled Chicken Breast ( 4oz) | 10 | 4.50 | 45.00T |
| **Lunch Entree:A La Carte Side Dishes**<br>GRILLED STEAK ( 4 OZ) | 10 | 6.50 | 65.00T |
| **Guacamole**<br>EXTRA ( MEDIUM Molcajete 40 oz ) Guacamole | 1 | 50.00 | 50.00T |
| **Latin Fiesta Salad**<br>Watermelon Radish, Cucumbers, Avocado,  Fresh Corn, Crispy Tortilla Strips,  and Queso Fresco, Black Beans  and White Balsamic Vinaigrette | 15 | 5.50 | 82.50T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 75.00 | 75.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 636.50 |
| TAX (8.5%) | 54.10 |
| TOTAL | 690.60 |
| PAYMENT | 690.60 |
| BALANCE DUE | **$0.00** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey | Hamphrey Massey |
| Gibson Dunn | Gibson Dunn |
| 555 Mission st. 30th Fl. | 555 Mission st. 30th Fl. |
| 415 393-8202 or 415 393-8295 | 415 393-8202 or 415 393-8295 |
| San Francisco, CA  94105 | San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5545 | 12/04/2018 | $149.19 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time: 8am - 8:30 am<br>Pick up time: lunch time | 1 | 0.00 | 0.00 |
| **Snacks:Fruit Basket**<br>Whole Fruit Basket  ** 10-Fuji apples,15- bananas, 10-clementines,10-navel oranges. | 45 | 2.50 | 112.50T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 25.00 | 25.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 137.50 |
| TAX (8.5%) | 11.69 |
| TOTAL | 149.19 |
| BALANCE DUE | **$149.19** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529

NIJI
Japanese Grille
60 Post Street, Level 3

12/05/18                          0#00
#00001 10:27AM            SERV.00#00#00

                            22@ 25.95
Catering                       $570.90
Special                        $100.00
*** 10 GL ***
MISC $7                          $64.90
TAX1                             $85.29

CASH                            $680.19
415-397-5588
Call to Orders Accepted
We also Cater

Delivery  100 00
          780.19

Ottogi Trial Lunch 12/5/18

68579-00001

```
                 Jersey SF
               145 2nd Street
          San Francisco, CA 94105
              415-912-1502

Server: Ryan                    12/05/2018
Cashier: Will
Michelle/1                        5:33 PM
Guests: 1
                               #20046

Pepperoni (2 @23.00)               46.00
The New Yorker (2 @27.00)          54.00
Bianca                             24.00
Funghi Misto                       24.00
Margherita                         18.00
Prosciutto                         24.00
Trenton Tomato Pie                 19.00
Pepperoni                          23.00

Subtotal                          232.00
Tax                                19.72

Total                             251.72

Balance Due         251.72

               THANK YOU!
     Let Us Cater Your Office Functions
          Happy Hour 2:30-6:00
            Cheap Beer & Pizza
```

*Ottogi Trial Dinner 12/5/18*

*68579-00001*

```
            Oren's Hummus Catering
                 555 ONeil
               650.394.8364

Server: juan                    12/06/2018
Table 3/1                         8:46 AM
Guests: 22
                              #10008

Falafel Bar (22 @10.00)          220.00
Add Protein (22 @3.95)            86.90
Delivery Fee                      30.69

Subtotal                         337.59
Tax                               31.23

Total                            368.82

VISA #XXXXXXXXXXXX8627           368.82
  Auth:09407D
Balance Due                       0.00

       How was everything?!
     Test "FEEDBACK" to 33733
            or visit
     ownerslisten.com/feedback
   to download the free app to
    let owners know directly
```

```
            Oren's Hummus Catering
                 555 ONeil
               650.394.8364

Server: juan              DOB: 12/06/2018
08:46 AM                        12/06/2018
Table 3/1                        1/10008

                    SALE

VISA                             1048584
Card #XXXXXXXXXXXX8627
Card Entry Method:  K

Approval: 09407D

              Amount:      $ 368.82

              + Tip: _____25._____

              = Total: ___393.82___

          I agree to pay the above
        total amount according to the
           card issuer agreement.

X_____

       How was everything?!
     Test "FEEDBACK" to 33733
            or visit
     ownerslisten.com/feedback
   to download the free app to
    let owners know directly

       >Rest Copy-Please Sign<
```

Ottogi Trial Lunch 12/6/18

68579-00001

```
              OREN'S HUMMUS
              (415) 915 6736.
               71 3rd Street
           San Francisco, CA 94103

  Server: Eybi              12/06/2018
  Hanford/1                    1:07 PM
  Guests: 1
                           #20041

  Order Type:  To\nGo
  Area: TOGO

  Extra Chic Skew (10 @7.95)    79.50
  1 Side (10 @4.95)             49.50
    (10)Falafel Side
  Large Israeli Salad (3 @9.75) 29.25

  Subtotal                     158.25
  5% SF Mandate                  7.91
  Tax                           14.12

  Total                        180.28

  VISA #XXXXXXXXXXXX8627        180.28
    Auth:04396D
  Balance Due               0.00

            Come Celebrate With Us!
          8 Days of Hanukah Promotion
         Sunday, Dec 2 - Sunday, Dec 10
         Special 3-course menu for $28
         Latkes with labane & apple sauce
      Braised Beef Brisket, sweet potato mash &
          Sufganot ( jelly filled donut )
          Visit us a www.orenshummus.com

             --- Check Closed ---
```

*Ottogi Trial Lunch 12/6/18
(Additional Order)
68579-00001*



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey<br>Gibson Dunn<br>555 Mission st. 30th Fl.<br>415 393-8202 or 415 393-8295<br>San Francisco, CA  94105 | Hamphrey Massey<br>Gibson Dunn<br>555 Mission st. 30th Fl.<br>415 393-8202 or 415 393-8295<br>San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5574 | 12/05/2018 | $0.00 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time:5 pm - 5:30 pm<br>Pick up time: next day in the morning | 1 | 0.00 | 0.00 |
| **Salad Bar**<br>SALAD BAR<br>Assorted Toppings, assorted dressing, bread basket & choice of<br>Dessert<br>Includes: Romaine Lettuce, Baby Spinach, and Spring Mix<br>12-GRILLED CHICKEN<br>11-GRILLED SALMON | 23 | 16.50 | 379.50T |
| **EXTRA**<br>GRILLED SLICED STEAK | 5 | 6.50 | 32.50T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 75.00 | 75.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 487.00 |
| TAX (8.5%) | 41.40 |
| TOTAL | 528.40 |
| PAYMENT | 528.40 |
| BALANCE DUE | **$0.00** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529



## SO MA
### EATS

**Soma Eats**

186 2ND ST
SAN FRANCISCO,
CA 94105-3809
(415) 543-7662
somaeatssf.com

December 7, 2018
11:38 AM

Receipt: Ah9N
Authorization: 05216D

CHASE VISA
AID A0 00 00 00 03 10 10

**FOR HERE**

| | |
|---|---|
| **Lunch Box × 12** | **$300.00** |
| ($25.00 ea.) | |
| **New Greek Salad** | **$11.95** |
| Subtotal | $311.95 |
| Sales Tax | $27.30 |
| **Total** | **$339.25** |
| Visa 8627 (Chip) | $339.25 |

Ottogi Trial Lunch to Court
12/7/18

68579 - 00001

SAN WANG RESTAURANT
1662 POST ST
SAN FRANCISCO, CA 94115
415-921-1453

12/07/2018                  15:43:20
Terminal ID No.:            79143255

Credit Sale:

Transaction #:
Card Type:                       17
Account:                       Visa
Entry:            •••••••••••5095
                               Chip

Amount:        $105.09

TIP1:                   $

Total:$   119.58

Ref. Number:
Auth. Code:        834122202818
Response:                  094541
               APPROVAL 094541

Mode:
AID:                       Issuer
TVR:            A000000031010
IAD:                 0080008000
TSI:            06010A03602002
ARC:                       F800
APPN:                        00
                      CHASE VISA

Tip Amt: 15% =        $15.76
Tip Amt: 20% =        $21.01
Tip Amt: 25% =        $26.27

CUSTOMER COPY

THANK YOU !!!



San Wong Restaurant
1682 Post Street
San Francisco, CA 94115
(415) 921-1453

Server: Admin Station: 3
-----------------------------
Eat Here
Table: B3          Guests: 1
-----------------------------
4 Noodle Plum Sauce 38.00
  酱面
1 SanWang Noodles  12.78
  马面
1 Sweet and Sour Beef(K) 19.9
  糖牛
2 SOJU              25.90

SUB TOTAL:          96.63
SF Sales Tax:        8.46
                   --------
ORDER TOTAL:       105.09
15% TIPS:           14.49
                   ========
AMOUNT DUE:        $119.58

   >> Ticket #: 36 <<
12/7/2018 2:21:26 PM
Thank You for your business

Tender Greens
30 Fremont St
San Francisco, CA 94105
(415) 543-5200

Server: Ariel                    DOB: 12/07/2018
06:52 PM                              12/07/2018
Gibson Dunn12/6/1                       2/20879

                    SALE

VISA                                   3145735
Card #XXXXXXXXXXXX8627
Card Entry Method: K

Approval: 05098D

              Amount:    $874.51

             + Tip: _____

           = Total: _____

      I agree to pay the above
     total amount according to the
        card issuer agreement.

X_____

        ** Guest Copy **

---

Tender Greens
30 Fremont St
San Francisco, CA 94105
(415) 543-5200

Server: Charles                  12/07/2018
Cashier: Ariel
Gibson Dunn12/6/1                    6:53 PM
Guests: 0
                                #20879
Order Type: DON'T MAKE

Side S&P Chicken (20 @6.50)       130.00
Side Steak (15 @7.50)             112.50
Chinese Chik - Cater (2 @65.00)   130.00
Butter Lett - Sml Cater (2 @32.50) 65.00
Fried Chicken Plate (25 @13.50)   337.50

Subtotal                          775.00
Tax                                68.51

4% Surcharge                       31.00
Total                             874.51

VISA                              874.51
   Auth:05098D
**Balance Due**          **0.00**

    "Don't break your tenderness"
         - Jack Kerouac
        tendergreens.com

      --- Check Closed ---

************************************************
     Scan this barcode to earn points



            474005377939

   Introducing the Tender Greens app
  Download our app to order ahead and earn
     Details at app.tendergreens.com
     7 days until barcode expires
************************************************



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey | Hamphrey Massey |
| Gibson Dunn | Gibson Dunn |
| 555 Mission st. 30th Fl. | 555 Mission st. 30th Fl. |
| 415 393-8202 or 415 393-8295 | 415 393-8202 or 415 393-8295 |
| San Francisco, CA  94105 | San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5594 | 12/07/2018 | $162.75 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery** <br> Delivery time: 8am - 8:30 am <br> Pick up time: lunch time | 1 | 0.00 | 0.00 |
| **Snacks:Fruit Basket** <br> Whole Fruit Basket  ** 10-Fuji apples,20- bananas, 10-clementines,10-navel oranges. | 50 | 2.50 | 125.00T |
| **REGULAR HOURS DELIVERY FEES** <br> Delivery Fee | 1 | 25.00 | 25.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 150.00 |
| TAX (8.5%) | 12.75 |
| TOTAL | 162.75 |
| BALANCE DUE | **$162.75** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529

*Lunch for team 12|8|18*

Wise Sons Jewish Delicatessen
736 Mission Street
The Contemporary Jewish Museum
San Francisco, CA 94103
ph (415) 655-7887

www.wisesonsdeli.com

------------------------------------------------
TABLE: Mandy 12:30 - 1 Guest
Your Server is Cashier
12/8/2018 12:55:24 PM - ID #: 0223960

| ITEM | QTY | PRICE |
|---|---|---|
| #19 | (5@$16.00) | $80.00 |
| 1/2 Egg Salad & Matzo S | 1 | $15.00 |
| Bag Charge | (3@$0.10) | $0.30 |
| Chinese Chicken Salad | (5@$13.00) | $65.00 |
| Classic | (2@$14.50) | $29.00 |
| Classic | 1 | $14.50 |
| -   Add Swiss Cheese | | $1.25 |
| -   Potato Chips | | $1.00 |
| Club | 1 | $15.00 |
| Cobb Salad | (2@$13.00) | $26.00 |
| Egg Salad Sandwich | 1 | $11.00 |
| Extra Dill Pickles | 1 | $1.00 |
| Kale Caesar Salad | 1 | $10.00 |
| -   Add Chicken | | $2.50 |
| Matzo Ball Soup | 1 | $8.50 |
| Potato Chips | (2@$2.50) | $5.00 |
| Potato Salad | 1 | $3.50 |
| Reuben | 1 | $16.00 |
| Rugelach | (7@$0.00) | $0.00 |
| Rugelach | (14@$1.25) | $0.00 |
| -   Rugelach | (14@$1.25) | $17.50 |
| Smoked Salmon Open | 1 | $13.50 |

| | | |
|---|---|---|
| Subtotal | | $335.55 |
| Sales Tax | | $26.58 |
| SF Mandate | | $14.07 |

------------------------------------------------
Grand Total        $376.20

Credit Purchase
Name          :ROBERTSON BORA/AMANDA
CC Type       :VISA
CC Num        :xxxx xxxx xxxx 1925
Reference     :171879
Approval      :008158
Server        :Cashier
Ticket Name   :Mandy 12:30

Payment Amount:     $376.20

Tip:          _____35.00_____

Total:        _____411.20_____

x    _____*ANh*_____
I agree to pay the amount shown above.
------------------------------------------------
We are all Immigrants
================================================

BROTHER RESTAURANT I
4128 GEARY BLVD
SAN FRANCISCO CA 94118
(415)387-7991

Merchant ID: 3121
Term #: 0004

Store #: 3965
Ref #: 0053

## Sale

XXXXXXXXXXXXX5095
VISA

Entry Method: Chip

**Amount:$**       441.56
**Tip:**           66.00
**Total:**         507.56

12/08/18                  21:10:22
Inv #: 000035        Appr Code: 006791
Transaction ID: 388343186227375
Apprvd: Online           Batch#: 000215

CHASE VISA
AID: A000000031010
TSI: F800
TVR: 0080008000

Customer Copy

THANK YOU

```
                49 STEVEVENSON STREET
                SAN FRANCISCO, CA 94105
                    415-541-4949
------------------------------------------
            CHECK  4011
                            Check 10031
    Tong Ying                    Guests 1
    SUN         12/09/18          1:08pm
==========================================
    16 #1                       96.00
     8 SLOT: BLUE               62.80
    29 #4                      183.95
    10 #5                       69.50
    15 #2                      180.00
     2 #8                       13.40
     3 #9                       43.95
    10 #6                      142.50
==========================================
       Sub/Ttl                 804.10
       TAX                      68.35
    Total  Due              872.45

           *** Tip Guide ***
    15%=$130.87  18%=$157.04  20%=$174.49

    A Taxable 4% Surcharge Has Been Added
     to Assist with SF Employer Mandates

            THANK  YOU!
                                    1-191
```

```
                    YANK SING
                   Stevenson St.

    12/09/18                        13:03
    Check        10031
    CHECK        4011
    Ref No.      93
    Type         Sale
    Terminal     1
    DINING CASHIER      Tong Ying

    Swiped

                 CHOY/SOOLEAN
    Acct         XXXXXXXXXXXX5095
    Card Typ     Visa
    Auth         075521
    Trans ID     93

    Sale              872.45

       Tip $.........

       Total $.........
                 872.45

           *** Tip Guide ***
    15%=$130.87  18%=$157.04  20%=$174.49

       I AGREE TO PAY TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGMT
    (MERCHANT AGMT IF CREDIT VCHR)

           Customer Copy

                                    1-190
```

**Robertson-Bora, Mandy H.**

| | |
|---|---|
| **From:** | Luke's Lobster <orders@lukeslobster.com> |
| **Sent:** | Sunday, December 9, 2018 5:41 PM |
| **To:** | Robertson-Bora, Mandy H. |
| **Subject:** | Online Order Confirmation - 3186202 |

[External Email]

# THANKS FOR YOUR ORDER!

Below is your confirmation and receipt.

If you see any problems with your order, please call the store at the number below.

**For Pickup Orders: If you're more than 10 minutes late, you'll need to wait while we re-make your order, so be on time!**

Thanks again!

---

# ORDER CONFIRMATION & RECEIPT
**This email confirmation serves as the receipt for your order.**

# YOUR INFORMATION

**Address:**
Amanda Robertson-Bora

1

555 Mission Street

Apt / Suite:

San Francisco, CA 94105

**Company:** Gibson, Dunn & Crutcher

**Phone:** 310-940-5110

**Email:** arobertsonbora@gibsondunn.com

# ORDER INFORMATION

**Order ID: 3186202**

**Submitted Time:** 5:41 PM on 12/9/2018

**Store:** SF (SOMA)

**Store Address:** 92 2nd Street

**Store Phone:** 415-483-1580

**Order Type:** Pick-Up

**Payment Type:** Credit (Visa ending in 2088)

**Requested Time:** ASAP (by about 6:01 PM)

**Allergy information:**

**Plastic Utensils:** No

# ITEMS IN YOUR ORDER

---

Lobster Roll x 17 $272.00

›   1   x   Whole $16.00
›   1   x   Lemon Butter
›   1   x   Mayo
›   1   x   Secret Seasoning

Dungeness Crab Roll x 1 $22.00

›   1   x   Mayo
›   1   x   Secret Seasoning
›   Made for: Lloyd

2

Dungeness Crab Roll x 3 $66.00

- 1  x  Lemon Butter
- 1  x  Mayo
- 1  x  Secret Seasoning

Shrimp Roll x 3 $27.00

- 1  x  Whole $9.00
- 1  x  Lemon Butter
- 1  x  Mayo
- 1  x  Secret Seasoning

Side Salad x 12 $36.00

Poppy Seed Slaw x 12 $24.00

French Fries x 8 $24.00

Subtotal $471.00

Sales Tax $40.04

**Total w/ Tax $511.04**

+ 20.00  Tip - Cash

**orders@lukeslobster.com**

**Powered by Brandibble**

| | |
|---|---|
| **From:** | Soma Eats via Square |
| **To:** | Mallari, Michelle |
| **Subject:** | Receipt from Soma Eats |
| **Date:** | Monday, December 10, 2018 5:49:30 PM |

[External Email]



**Soma Eats**

How was your experience?

Positive    Negative

## $429.40

| | |
|---|---|
| Salmon Salad (Catering) (160oz) | $59.95 |
| Custom Amount | $29.95 |
| Extra salmon serving | |
| Spinach Salad (Catering) (160oz) | $59.95 |
| Turkey Meatloaf Sandwich × 4 | $42.00 |
| ($10.50 ea.) | |
| Indian-spiced turkey meatloaf with Peppadew peppers and arugula, spiced garlic aioli on toasted ciabatta | |
| Pulled Pork Sandwich × 4 | $42.00 |
| ($10.50 ea.) | |
| Spiced pulled pork, jalapeño date coleslaw and spiced garlic aioli on toasted ciabatta | |
| Slow-Roasted Lamb Sandwich × 4 | $51.80 |
| ($12.95 ea.) | |

House-roasted lamb shoulder, date almond relish, arugula, spiced garlic aioli on toasted ciabatta

Roasted Turkey Sandwich × 4                    $39.80

($9.95 ea.)

Roasted turkey, avocado, mixed greens, sun-dried tomato tapenade and herbed goat cheese spread on ciabatta

Jerk Chicken Salad Sandwich × 4                $42.00

($10.50 ea.)

Jerk chicken salad with pineapple-mint relish, arugula and spiced garlic aioli on thick-sliced white bread

Deviled Egg Salad Sandwich × 2                 $17.90

($8.95 ea.)

Roasted Eggplant Sandwich                       $9.50

Balsamic roasted eggplant, red onions and red peppers, arugula, spiced garlic aioli and herbed goat cheese spread on ciabatta

---

Purchase Subtotal                              $394.85
Sales Tax (8.75%)                               $34.55

---

Total                                          **$429.40**

Soma Eats
186 2ND ST
SAN FRANCISCO, CA 94105-3809
415-543-7662

```
                    Lao Table
                   149 2nd St.
            San Francisco, CA  94105
                ph 415-278-9991


                  Guest Check
             Thank You for Visiting
-----------------------------------------
        TABLE: MICHELLE - 1 Guest
   Your Server was ----TOGO DINNER----
           12/10/2018 4:45:53 PM
              Sequence #: 0000059
                ID #: 0133120

ITEM                       QTY  PRICE
-----------------------------------------
Chicken Satay         (2@$12.95)  $25.90
Lao Fried Rice (Bowl) (2@$18.95)  $37.90
Pad Mee               (2@$17.95)  $35.90
Pad Pha Beef          (2@$22.95)  $45.90
Red Curry             (2@$17.95)  $35.90
Spicy Eggplant               1    $14.95
Steak Lao             (2@$32.95)  $65.90
Wrap Crispy Rolls     (3@$13.95)  $41.85
-----------------------------------------
              Subtotal       $304.20
              Sales Tax       $26.63
       Employee Mandates       $9.13
-----------------------------------------
           Grand Total       $339.96

         Prev. Payments      Amount
-----------------------------------------
     credit (8627) (pending)  $339.96
-----------------------------------------
           Total Paid:       $339.96

-----------------------------------------
   Thank You! House Policy Is Limited
   To 3 Credit Cards Per Party Only.
                Guest Check
=========================================
```

Ottogi Trial Dinner on 12/10/18

68579- 00001



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey<br>Gibson Dunn<br>555 Mission st. 30th Fl.<br>415 393-8202 or 415 393-8295<br>San Francisco, CA  94105 | Hamphrey Massey<br>Gibson Dunn<br>555 Mission st. 30th Fl.<br>415 393-8202 or 415 393-8295<br>San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5630 | 12/10/2018 | $201.81 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time: BEFORE 1 PM<br>Pick up time: lunch time | 1 | 0.00 | 0.00 |
| **Snacks:Fruit Basket**<br>Whole Fruit Basket  ** 10-Fuji apples,20- bananas, 10-clementines,10-navel oranges. | 50 | 2.50 | 125.00T |
| **Beverages:Case water**<br>bottled water | 2 | 18.00 | 36.00T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 25.00 | 25.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 186.00 |
| TAX (8.5%) | 15.81 |
| TOTAL | 201.81 |
| BALANCE DUE | **$201.81** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey | Hamphrey Massey |
| Gibson Dunn | Gibson Dunn |
| 555 Mission st. 30th Fl. | 555 Mission st. 30th Fl. |
| 415 393-8202 or 415 393-8295 | 415 393-8202 or 415 393-8295 |
| San Francisco, CA  94105 | San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5640 | 12/11/2018 | $0.00 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time:12:30-1 pm<br>Pick up time: DINNER TIME | 1 | 0.00 | 0.00 |
| **Grilled Fajita Bar**<br>Choice of meat:<br>GRILLED SHRIMP ( NO TAIL )<br>Served with Mexican rice, whole black beans, flour tortilla, shredded lettuce,  shredded Mexican blend cheese, corn tortilla chips, pico de gallo, fresh guacamole, red hot salsa, green tomatillo salsa, sour cream, ADD FRESH CHOPPED JALAPENOS AND ONIONS<br>Desserts | 15 | 33.0833333 | 496.25T |
| **Chicken Breast**<br>Grilled Chicken Breast ( 4oz) | 5 | 4.50 | 22.50T |
| **Lunch Entree:A La Carte Side Dishes**<br>GRILLED STEAK ( 4 OZ) | 5 | 6.50 | 32.50T |
| **Latin Fiesta Salad**<br>Watermelon Radish, Cucumbers, Avocado,  Fresh Corn, Crispy Tortilla Strips,  and Queso Fresco, Black Beans  and White Balsamic Vinaigrette | 15 | 5.50 | 82.50T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 25.00 | 25.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 658.75 |
| TAX (8.5%) | 55.99 |
| TOTAL | 714.74 |
| PAYMENT | 714.74 |
| BALANCE DUE | **$0.00** |

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529



**L & D Catering**
110 Old County Road #110
Brisbane Ca 94005
CA US
(415) 494-5529
info@ldcatering.net
www.ldcatering.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Hamphrey Massey | Hamphrey Massey |
| Gibson Dunn | Gibson Dunn |
| 555 Mission st. 30th Fl. | 555 Mission st. 30th Fl. |
| 415 393-8202 or 415 393-8295 | 415 393-8202 or 415 393-8295 |
| San Francisco, CA  94105 | San Francisco, CA  94105 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 5641 | 12/11/2018 | $0.00 | | Net 15 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Delivery**<br>Delivery time:530- 6 PM<br>Pick up time: NEXT DAY IN THE MORNING | 1 | 0.00 | 0.00 |
| **Build your Own Pasta Bar**<br>(minimum of 20pp) includes Caesar salad and garlic bread, desserts (<br>DESSERTS ONLY FOR 10 ))<br>Choice of 2 pastas: Penne, &  fettucine,<br>Choice of 2 sauce: Marinara & creamy sun-dried tomato<br>Choice of 2 sides:  MEATBALLS | 15 | 30.8833333 | 463.25T |
| **Side Dishes:House Seasonal Vegetables**<br>House Seasonal Vegetables ( grilled ) ( 6oz) | 5 | 4.00 | 20.00T |
| **REGULAR HOURS DELIVERY FEES**<br>Delivery Fee | 1 | 25.00 | 25.00T |

Thank you for your business!
We appreciate your feedback, go to our page:
ldcatering.com, or email us at info@ldcatering.net

| | |
|---|---|
| SUBTOTAL | 508.25 |
| TAX (8.5%) | 43.20 |
| TOTAL | 551.45 |
| PAYMENT | 551.45 |
| BALANCE DUE | **$0.00** |

PAID

Don't forget to check out our Monthly specials, call the office for more details 415 494-5529