# EXHIBIT F

**EXHIBIT F:  TABLE OF COSTS FOR SPECIAL MASTERS AND INTERPRETERS**

| Date(s) | Description | Amount | Supporting Material |
|---|---|---|---|
| Fees for Special Masters | | | |
| 01/29/2015 | Ottogi Defendants' share of mediation services provided by Phillips ADR. | $5,500.00 | *See* Exhibit F-1. |
| 03/20/2018 | Ottogi Defendants' share of mediation services provided by Robert Meyer Esq. | $3,125.00 | *See* Exhibits F-2, F-3. |
| 05/14/2018 | Ottogi Co., Ltd.'s share of mediation services provided by Robert Meyer Esq. | $1261.42 | *See* Exhibits F-4, F-5. |
| 07/18/2018 | Ottogi Defendants' share of mediation services provided by Robert Meyer Esq. | $3,250.00 | *See* Exhibits F-6, F-7. |
| Fees for Interpreters | | | |
| 12/14/2015 – 12/18/2015; 01/11/2016 – 01/15/2016 | Deposition interpretation services provided by Jacki J. Noh, including professional fees, travel time, per diem, ground transportation and air fare. | $4,913.98 | *See* Exhibit F-8. |
| 02/12/2016 – 05/21/2016 | Deposition interpretation services provided by Albert Kim, including professional fees, travel time, per diem, ground transportation and air fare. | $15,806.25 | *See* Exhibit F-9. |
| 10/01/2017 – 10/03/2017 | Deposition interpretation services provided by Ann Park, including professional fees, travel time, hotel costs, air fare, per diem and ground transportation costs. | $11,586.89 | *See* Exhibit F-10. |
| 11/10/2018 – 12/22/2018 | Trial interpretation services provided by Albert Kim, including professional fees, attendance fees, travel time, per diem, ground transportation and air fare.  Ottogi Defendants only seek to recover its share of costs for interpretation services ($13,050.00) and expenses related thereto ($4,304.05). | $17,354.05 | *See* Exhibit F-11. |
| **Subtotal** | | **$62,797.59** | |

# EXHIBIT F-1

# Phillips ADR

2101 E. Coast Highway, Suite 250
Corona del Mar, CA 92625
(949) 718-4547

Invoice submitted via email to:

Mark Dosker
Squire Patton Boggs LLP
275 Battery St.
San Francisco, CA 94111

mark.dosker@squirepb.com

January 29, 2015

Joel Sanders
Gibson Dunn & Crutcher LLP
555 Mission St.
San Francisco, CA 94111

jsanders@gibsondunn.com

Elizabeth Mann
Mayer Brown LLP
350 South Grand Ave.
Los Angeles, CA 90071

emann@mayerbrown.com

Re:   Korean Ramen Antitrust Litigation Mediation
      Client # 10334

Invoice #10359

|  | Amount |
|---|---|
| **Mediation Services** | **$33,000.00** |
| **You are responsible for 50.00% of total charges:** | **$16,500.00** |
| Balance due | $16,500.00 |

Ottogi's Share $5,500 (i.e.,
$16,500 was split 3 ways)

**Please send your payment via the ACH/EFT instructions below:**

First Bank & Trust
2431 E. 61st St., Suite 425
Tulsa, OK 74136
(918) 743-1106

ABA Transit #: 103101165
Bank Account: 32722
Account Name: Phillips ADR Enterprises, P.C.

**- OR -**

**Send payment via check to this address:**

Phillips ADR Enterprises, P.C.
2101 East Coast Highway, Suite 250
Corona del Mar, CA 92625

Domestic and international wire instructions available upon request.

PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.
PAYMENT DUE WITHIN 30 DAYS OF INVOICE.

# EXHIBIT F-2



## DEPOSIT REQUEST

| | Invoice Date | Invoice Number |
|---|---|---|
| | 03/20/18 | 0004330208-210 |

To:   **Ottogi America, Inc.**
      **c/o Julian W Kleinbrodt Esq.**
      **555 Mission St.**
      **Suite 3000**
      **San Francisco, CA 94105**

RE:   **In Re: Korean Ramen Antitrust Litigation**

FILE NUMBER:

Representing:   **Ottogi Co., Ltd. ; Ottogi America, Inc.**

Hearing Type:   **Mediation**

Reference #:            **1210035196**   MRZ
Billing Specialist:     **Tiffany Williamson**
Email:                  **TWilliamson@jamsadr.com**
Telephone:              **(949) 224-4606**
Employer ID:            **68-0542699**

Neutral(s):   **Robert Meyer Esq.**

**Rep# 18**

| Date/ Time | Description | Your Share |
|---|---|---|
| 03/19/18 | Robert Meyer Esq. | $ 1,562.50 |
| | Deposit for services: | |
| | To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | |

| | |
|---|---|
| **Total Billed:** | **$ 1,562.50** |
| **Total Payment:** | **$ 0.00** |
| **Balance:** | **$ 1,562.50** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Print Date:   3/20/2018                                                                 Page 1 of 1

# EXHIBIT F-3



# DEPOSIT REQUEST

<table>
<tr><td></td><td><u>Invoice Date</u><br>03/20/18</td><td><u>Invoice Number</u><br>0004330206-210</td></tr>
</table>

To: **Ottogi Co., Ltd.**
**c/o Rachel S. Brass Esq.**
**555 Mission St.**
**Suite 3000**
**San Francisco, CA 94105**

RE: **In Re: Korean Ramen Antitrust Litigation**
FILE NUMBER:
Representing: **Ottogi Co., Ltd. ; Ottogi America, Inc.**
Hearing Type: **Mediation**

Reference #:           **1210035196**   MRZ
Billing Specialist:    **Tiffany Williamson**
Email:                 **TWilliamson@jamsadr.com**
Telephone:             **(949) 224-4606**
Employer ID:           **68-0542699**

Neutral(s):    **Robert Meyer Esq.**

**Rep# 16**

| Date/<br>Time | Description | Your<br>Share |
|---|---|---|
| 03/19/18 | Robert Meyer Esq.<br><br>Deposit for services:<br>To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | $ 1,562.50 |

|  |  |
|---|---|
| **Total Billed:** | **$ 1,562.50** |
| **Total Payment:** | **$ 0.00** |
| **Balance:** | **$ 1,562.50** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

<u>Standard mail:</u>
**P.O. Box 845402**
**Los Angeles, CA 90084**

<u>Overnight mail:</u>
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# EXHIBIT F-4



# DEPOSIT REQUEST

<u>**Invoice Date**</u>
**05/14/18**

<u>**Invoice Number**</u>
**0004389848-210**

To: **Ottogi Co., Ltd.**
**c/o Rachel S. Brass Esq.**
**555 Mission St.**
**Suite 3000**
**San Francisco, CA 94105**

RE: **In Re: Korean Ramen Antitrust Litigation**

FILE NUMBER:

Representing: **Ottogi Co., Ltd. ; Ottogi America, Inc.**

Hearing Type: **Mediation**

Reference #: **1210035196** MRZ
Billing Specialist: **Tiffany Williamson**
Email: **TWilliamson@jamsadr.com**
Telephone: **(949) 224-4606**
Employer ID: **68-0542699**

Neutral(s): **Robert Meyer Esq.**

**Rep# 16**

| Date/Time | Description | Your Share |
|---|---|---|
| 05/11/18 | Robert Meyer Esq. | $ 630.71 |
| | Deposit for services: | |
| | To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | |

| | |
|---|---|
| **Total Billed:** | **$ 630.71** |
| **Total Payment:** | **$ 0.00** |
| **Balance:** | **$ 630.71** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

<u>Standard mail:</u>
**P.O. Box 845402**
**Los Angeles, CA 90084**

<u>Overnight mail:</u>
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

# EXHIBIT F-5



## DEPOSIT REQUEST

<u>**Invoice Date**</u>
05/14/18

<u>**Invoice Number**</u>
0004389850-210

To: **Ottogi America, Inc.**
**c/o Julian W Kleinbrodt Esq.**
**555 Mission St.**
**Suite 3000**
**San Francisco, CA 94105**

Reference #: **1210035196** MRZ
Billing Specialist: **Tiffany Williamson**
Email: **TWilliamson@jamsadr.com**
Telephone: **(949) 224-4606**
Employer ID: **68-0542699**

RE: **In Re: Korean Ramen Antitrust Litigation**
FILE NUMBER:
Representing: **Ottogi Co., Ltd. ; Ottogi America, Inc.**     Neutral(s): **Robert Meyer Esq.**
Hearing Type: **Mediation**

**Rep# 18**

| Date/ Time | Description | Your Share |
|---|---|---|
| 05/11/18 | Robert Meyer Esq. | $ 630.71 |
| | Deposit for services: | |
| | To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | |

| | |
|---|---|
| **Total Billed:** | **$ 630.71** |
| **Total Payment:** | **$ 0.00** |
| **Balance:** | **$ 630.71** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

<u>Standard mail:</u>
**P.O. Box 845402**
**Los Angeles, CA 90084**

<u>Overnight mail:</u>
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

Print Date:    5/14/2018

Page 1 of 1

# EXHIBIT F-6



## DEPOSIT REQUEST

| Invoice Date | Invoice Number |
|---|---|
| **07/18/18** | **0004459312-210** |

To:  **Ottogi America, Inc.**
      **c/o Julian W Kleinbrodt Esq.**
      **555 Mission St.**
      **Suite 3000**
      **San Francisco, CA 94105**

RE:   **In Re: Korean Ramen Antitrust Litigation**

FILE NUMBER:

Representing:   **Ottogi Co., Ltd. ; Ottogi America, Inc.**

Hearing Type:   **Mediation**

| Reference #: | **1210035196**   MRZ |
|---|---|
| Billing Specialist: | **Tiffany Williamson** |
| Email: | **TWilliamson@jamsadr.com** |
| Telephone: | **(949) 224-4606** |
| Employer ID: | **68-0542699** |

Neutral(s):   **Robert Meyer Esq.**

**Rep# 18**

| Date/ Time | Description | Your Share |
|---|---|---|
| 07/17/18 | Robert Meyer Esq. | $ 1,625.00 |
| | Deposit for services: | |
| | To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | |

| | |
|---|---|
| **Total Billed:** | **$ 1,625.00** |
| **Total Payment:** | **$ 0.00** |
| **Balance:** | **$ 1,625.00** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# EXHIBIT F-7



## DEPOSIT REQUEST

| | Invoice Date | Invoice Number |
|---|---|---|
| | **07/18/18** | **0004459310-210** |

To:  **Ottogi Co., Ltd.**
     **c/o Rachel S. Brass Esq.**
     **555 Mission St.**
     **Suite 3000**
     **San Francisco, CA 94105**

| Reference #: | **1210035196**  MRZ |
|---|---|
| Billing Specialist: | **Tiffany Williamson** |
| Email: | **TWilliamson@jamsadr.com** |
| Telephone: | **(949) 224-4606** |
| Employer ID: | **68-0542699** |

RE:  **In Re: Korean Ramen Antitrust Litigation**
FILE NUMBER:
Representing:  **Ottogi Co., Ltd. ; Ottogi America, Inc.**
Hearing Type:  **Mediation**

Neutral(s):  **Robert Meyer Esq.**

**Rep# 16**

| Date/<br>Time | Description | Your<br>Share |
|---|---|---|
| 07/17/18 | Robert Meyer Esq. | $ 1,625.00 |
| | Deposit for services: | |
| | To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Failure to pay the deposit by the due date may result in a delay in service or cancellation of the session. With the exception of non-refundable fees, (Please review the Neutral's fee schedule regarding case management fee and cancellation policies), any unused portion of this deposit will be refunded at the conclusion of the case. | |

| | | |
|---|---|---|
| **Total Billed:** | | **$ 1,625.00** |
| **Total Payment:** | | **$ 0.00** |
| **Balance:** | | **$ 1,625.00** |

Unused deposits will not be refunded until the conclusion of the case. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

# EXHIBIT F-8

# TransKorean Services

550 N. San Pedro Rd.
San Rafael, CA 94903
USA

www.TransKorean.com
Jacki@TransKorean.com
(510) 914-7596

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2015 | I-15-812 |

**Bill To**

Attn. Mr. Mark C. Dosker, Partner
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

| P.O. No. | | Terms |
|----------|--|-------|
| Korean Ramen | | Due on receipt |

| Description | Qty | Unit | Rate | Amount |
|-------------|-----|------|------|--------|
| Korean into English and English into Korean Consecutive Interpretation Services during Depositions in Seoul, S. Korea | 10 | days | 1,200.00 | 12,000.00 |
| Dates: Monday, December 14 ~ Friday, December 18, 2015<br>          Monday, January 11 ~ Friday, January 15, 2016 | | | | |
| Venue: Lee & Ko, Hanjin Building<br>          63 Namdaemun-ro, Jung-gu, Seoul 04532, Korea | | | | |
| Case Name: Korean Ramen | | | | |
| Requested by: Mr. Mark C. Dosker, Partner, Squire Patton Boggs | | | | |
| Interpreter: Jacki J. Noh, MACI, AIIC, CA State Certified Court Interpreter (ID # 300150) | | | | |
| Travel Time (50% of Daily Rate) | 6 | days | 600.00 | 3,600.00 |
| Rest Days (50% of Daily Rate) | 2 | days | 600.00 | 1,200.00 |
| Per Diem | 18 | days | 80.00 | 1,440.00 |
| Ground Transportation | | flat | 200.00 | 200.00 |

**Tax ID#: 94-3146540**
**Please indicate our invoice number on your remittance.**
**Thank you for doing business with us!**

**Total    $18,440.00**

Ottogi's 25% = $4,610.00

Unpaid balances may be subject to a 2% finance fee beginning net 30 days from date of invoice.

Page 1 of 4

 GLOBAL
BUSINESS TRAVEL

Generated: 18 November 2015 19:15 GMT

Invoice Booking Reference **JSF8P2**

**Trip ID - 31196597702**

Passenger Name(s)

**NOH/JACKI JAEKYUNG**

**Agent DJ**

SQUIRE PATTON BOGGS
1500 WEST THIRD STREET
STE 450
CLEVELAND OH 44113

American Express Global Business Travel
1500 West Third Street
Suite 450
Cleveland, OH, 44113
Phone: (216) 802-7555
Fax: (216) 802-7559

Thank you for booking your trip with us.

All of your travel arrangements can be found on the following pages of this itinerary.

Please check your travel details IMMEDIATELY to make sure they are correct. If your travel arrangements are
NOT ACCURATE, please contact American Express Global Business Travel WITHIN 24 HOURS OF
PURCHASE for regular transactions, or BY MIDNIGHT ON THE SAME DAY OF PURCHASE FOR
EXCHANGE TRANSACTIONS, in order to avoid potential airline change fees.

To access your trip details online, visit https://mytrips.axexplore.com

We hope you have a pleasant trip.



GLOBAL BUSINESS TRAVEL    We connect the world

Prior to booking, please review your company's corporate travel policy in detail or check with your travel manager to ensure the booking is in compliance
with your company's corporate travel policy.

Fulfilment of this offer or service will be managed by the advertiser. If you do not wish to receive marketing on your itinerary in the future, you can change
your preferences by opting-out in your travel portal; https://mytrips.axexplore.com

BILLING CODE :                    00000-000000-11211500001X

## Invoice Information

| | |
|---|---|
| Invoice Date | **18 November 2015** |
| Invoice | **0012834** |
| Dossier / Booking Number | **JSF8P2-1V** |

## Invoice Details

| | |
|---|---|
| Ticket Number | **0167724667051** |
| Airline Name | **UNITED AIRLINES** |
| Passenger Name | **NOH/JACKI JAEKYUNG** |
| Flight Details | **11 Dec 2015  UNITED AIRLINES** |
| | **0893 K Class** |
| | **SAN FRANCISCO,CA/SEOUL SOUTH KOREA** |
| | **19 Dec 2015  UNITED AIRLINES** |
| | **0892 W Class** |
| | **SEOUL SOUTH KOREA/SAN FRANCISCO,CA** |

## Charges

| | |
|---|---|
| Ticket Base Fare | 949.00 |
| Ticket Tax Fare | 246.90 |
| Total (USD) Ticket Amount | 1195.90 |
| Air Rail Transaction or Booking Fee | 20.00 |
| **Total** | **1215.90** |

## Credit Card Information

| | | |
|---|---|---|
| Charged to Card | AX XXXXXXXXXXX1032 | 20.00 |
| Charged to Card | AX XXXXXXXXXXX1032 | 1195.90 |

## Payment Details

| | | |
|---|---|---|
| Charged by American Express Global Business Travel | | 20.00 |
| Charged by Airline | | 1195.90 |
| **Total Invoice Charge** | **USD** | **1215.90** |

**Friday 11 December 2015**

✈ **10:45 AM**   **San Francisco (SFO) to Seoul (ICN)**

*Ottogi's 25% = $303.98* (handwritten)

**Airline Booking Ref:** LB3Y4G
**Carrier:** United Airlines   **Flight:** UA 893   **Status:** Confirmed
**Operated By:** United Airlines
**Origin:** San Francisco, CA, San Francisco Intl Arpt (SFO)
**Departing:** Friday 11 December 2015 at 10:45 AM   **Departure Terminal:** I
**Destination:** Seoul, Incheon Intl Arpt (ICN)
**Arriving:** Saturday 12 December 2015 at 04:15 PM   **Arrival Terminal:** Not Applicable

**Additional Information**

| | | |
|---|---|---|
| **Class:** Economy | **Distance:** 5679 Miles | **Estimated Time:** 12 hours 30 minutes |
| **Aircraft Type:** Boeing 747-400 | **Seat:** 20K | |
| **Meal Service:** Lunch | | |
| **Frequent Flyer Number:** UAPV125401 | | |
| **Number of Stops:** 0 | | |

**Saturday 12 December 2015**

| | |
|---|---|
| 🛏 | **WESTIN CHOSUN SEOUL** |

**Address:** 106 Sogong-ro Jung-gu, Seoul, 04533, KR

    **Phone:** (822) 771-0500    **Fax:** (822) 752-1443

**Check In Date:** Saturday 12 December 2015

**Check Out Date:** Saturday 19 December 2015

**Number Of Nights:** 7

    **Rate:** KRW 225000.00 per night may be subject to local taxes and service charges

    **Guaranteed to:** VI XXXXXXXXXXXX6139

    **Reference Number:** 551600149    **Status:** Confirmed    **Number Of Rooms:** 1

**Additional Information**

**Membership ID:** Not Applicable    **Corporate Id:** Not Applicable

CXL AFTR 11 DEC 2015 TM 18:00 PENALTY : 225000

CANCEL POLICY:

CXL CANCEL BY 1 DAYS PRIOR TO AVOID 1 NIGHTS

PENALTY

**Saturday 19 December 2015**

| | |
|---|---|
| ✈ 06:05 PM | **Seoul (ICN) to San Francisco (SFO)** |

**Airline Booking Ref:** LB3Y4G

**Carrier:** United Airlines    **Flight:** UA 892    **Status:** Confirmed

**Operated By:** United Airlines

**Origin:** Seoul, Incheon Intl Arpt (ICN)

**Departing:** Saturday 19 December 2015 at 06:05 PM    **Departure Terminal:** Not Applicable

**Destination:** San Francisco, CA, San Francisco Intl Arpt (SFO)

**Arriving:** Saturday 19 December 2015 at 11:30 AM    **Arrival Terminal:** I

**Additional Information**

**Class:** Economy    **Distance:** 5679 Miles    **Estimated Time:** 10 hours 25 minutes

**Aircraft Type:** Boeing 747-400    **Seat:** 20A

**Meal Service:** Dinner

**Frequent Flyer Number:** UAPV125401

**Number of Stops:** 0

***********IMPORTANT VISA/PASSPORT SERVICE INFORMATION**********

A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL DESTINATIONS.

ADDITIONAL DOCUMENTATION SUCH AS A VISA MAY ALSO BE REQUIRED.

SOME COUNTRIES REQUIRE YOUR PASSPORT BE VALID FOR 6 MONTHS

BEYOND YOUR INTENDED STAY. FOR ALL INTERNATIONAL TRAVEL

DOCUMENTATION REQUIREMENTS AND TO OBTAIN SPECIAL NEGOTIATED RATES

FOR AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL CUSTOMERS PLEASE ACCESS

WWW.TRAVISA.COM/AMERICANEXPRESS OR WWW.CIBT.COM/AMERICANEXPRESS

**Saturday 09 April 2016**

| OTHER | -**AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL** |

**Additional Messages**

**** After Hours Emergency Assistance ****
Please Call 866-899-5134 Or International
Collect 313-317-3501
Refer To Customer Access Code A-6na
A Valid U.S. Passport Required For This Itinerary.
Electronic Ticket - No Flight Coupons Will Be Issued.
Changes To This Itinerary May Increase The Fare.
Ticket Is Nonrefundable/Change Subject To Fee.
********************************************************

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges Including But Not Limited To Daily Resort Or
Facility Fees May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
********************************************************

**IMPORTANT INFORMATION**

For important information regarding your booking, in particular, in relation to the conditions applying to your booking, managing your booking and travel advisory, please refer to www.amexglobalbusinesstravel.com/booking-info.

American Express Global Business Travel (GBT) is a joint venture that is not wholly-owned by American Express Company or any of its subsidiaries (American Express). American Express Global Business Travel, American Express and the American Express logo are trademarks of American Express, and are used under limited license.

# EXHIBIT F-9

# AccessLink, LLC.

# INVOICE

440 Louisiana Street, Suite 900
Houston, TX  77002
Phone 1.202.679.9776

**INVOICE #** 16573
**DATE** October 23, 2017

**TO**

Nongshim Co., Ltd, Nongshim America, Inc.,
Ottogi Co., Ltd. and Ottogi America, Inc.
C/O Mr. Edward G. Kim, Esq.
Squire Patton Boggs (US) LLP
Foreign Legal Consultant Office
18F, Ferrum Tower 19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea
Direct:  +82 2 6353 8357  |  Main:  +82 2 6353 8350
E-Mail: ed.kim@squirepb.com

**IN RE** Korean Ramen Antitrust Litigation
**CASE NO.** 13-CV-04115

| Description | Amount |
|---|---|
| Services by Mr. Albert S. Kim per the attached @ $225.00/hour* x 377.00 hours | $84,825.00 |
| *[Per Engagement Letter of 8 February 2016 as signed by Mr. Edward G. Kim] | |
| **Total Fees & Expenses** | **$84,825.00** |

The following is the respective "courtesy apportionment" along the lines as
requested by Ms. Michelle Chung of Squire Patton Boggs LLP (Aug. 22, 2016
email); note the attached PDF and native Excel sheet reflecting calculations:

| | |
|---|---|
| IDP: | $26,193.75 |
| DP: | $26,193.75 |
| Co-Defendants: | $15,806.25 |
| Nongshim: | $16,631.25 |

```
*** Wire Transfer Instructions***
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 1899 W. Malvern Avenue, Suite 7C-1
Bank City: Fullerton, California
Bank Branch: Amerige Heights Office
SWIFT Code: WFBIUS6S
Bank Country: USA
Bank Key: 121000248 (Bank Code and the Bank Branch Code)
Bank Account. No: 1838185534Account Holder: AccessLink, LLC.
Address: 440 Louisiana Street, Suite 110, Houston, TX 77002 USA
```

**Total Amount Due**   **$84,825.00**

**Net due within 30 days via ACH Wire Transfer to AccessLink, LLC.
per prior agreement.  Form W-9 on file.**

| Date | Description / Witness | Taking | Defending | Time | Hours | Transcript 종료시간 | Hours | 청구시간 | 한국명 | Place | Remarks | Split | X-Check | Rate | Total | IDP | DP | Co-Def | Nongshim | Hor. X-Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-12-2016 (Fri) | Transit: LAX - ICN | N/A | | | 8.00 | | | 8.00 | | | OZ 201 (paid for by parties); +1. | | | | | | | | | |
| 02-15-2016 (Mon) | Yoon, Yeo-Won | C. Lebsock | M. Dosker | 9:00 - 6:00 | 9.50 | 5:30 | 9:00 | 9.00 | 유여원 | Vertext | Sr. Manager, Nongshim Co., Ltd. | To be split four-ways (i.e., 1/4 each, including transit time), per 8-2-2016 email from M. Chung of Squire (contract notwithstanding): 64 hours total --> 16 hours each for all four. | | | | | | | | |
| 02-16-2016 (Tue) | Yoon, Yeo-Won | C. Lebsock | M. Dosker | 9:00 - 7:00 | 10.50 | 6:36 | 10.00 | 10.00 | 유여원 | Vertext | Sr. Manager, Nongshim Co., Ltd. | | | | | | | | | |
| 02-17-2016 (Wed) | Choi, Hyun-Gyoon | D. Birkhaeuser | K. Kim | 9:00 - 5:20 | 8.50 | 5:26 | | 8.50 | 최현균 | Vertext | | | | | | | | | | |
| 02-18-2016 (Thu) | Choi, Hyun-Gyoon; then Choi, Homin | D. Birkhaeuser | K. Kim | 9:00 - 6:00 | 9.50 | 4:48 | 8.00 | 9.50 | 최현균, 최호민 | Vertext | <-- Please see Comments in cell. Cross-review left out 최호민 | | | | | | | | | |
| 02-19-2016 (Fri) | Choi, Homin; then Moon, Seung-Hyun, Day 1 | D. Birkhaeuser | M. Dosker | 9:00 - 6:30 | | 6:17 | 9.50 | 9.50 | 최호민, 문승현 | Vertext | <-- Please see Comments in cell. | | | | | | | | | |
| 02-20-2016 (Sat) | LAX and transit to | N/A | N/A | | 8.00 | | | 8.00 | | | OZ 202 (paid for by parties) | | | | | | | | | |
| | | | | | | | | 62.50 | | | <-- New subtotal this period. | To be divided in equal fours. | 62.50 | $225.00 | $14,062.50 | $3,515.63 | $3,515.63 | $3,515.63 | $3,515.63 | $14,062.50 |
| | | | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | | | $ - |
| 03-21-2016 (Mon) | Park Byung Cheol; then Lee Joong Rak, Day 1 | M. Kindall | K. Kim | 9:00 - 5:30 | 9.00 | 5:26 | 8.50 | 9.00 | 박병철, 이중락 | Vertext | Head of Legal, Nongshim Co., Ltd. (Park) (<-- see commentary) | To be split 1/3; 1/3; 0; and 1/3 among IDP; DP; Co-Defendants; and Nongshim, per M. Chung's request of 8-22-2016 (contract notwithstanding): 91 hours total --> 30.34 hours each (except Co-Defendants). | | | | | | | | |
| 03-22-2016 (Tue) | Hong, Moon Ho; then Day 2 of Joong Rak Lee | G. Linkh | K. Kim | 9:00 - 5:05 | 8.50 | 5:05 | | 8.50 | 홍문호, 이중락 | Vertext | | | | | | | | | | |
| 03-23-2016 (Wed) | Lee, Won-Jun, Day 1 | C. Lebsock | K. Kim | 9:00 - 5:05 | 8.50 | 5:06 | | 8.50 | 이원준 | Vertext | <-- See commentary | | | | | | | | | |
| 03-24-2013 (Thu) | Lee, Won Joon, Day 2 | C. Lebsock | K. Kim | 9:00 - 6:28 | 10.00 | 6:28 | 9.50 | 10.00 | 이원준 | Vertext | <-- See commentary | | | | | | | | | |
| 03-25-2016 (Fri) | Chang, Min Sang, Day 1 | M. Kindall | K. Kim | 9:00 - 6:30 | 10.00 | 5:23 | 9.50 | 10.00 | 장민상 | Vertext | | | | | | | | | | |
| 03-26-2016 (Sat) | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| 03-28-2016 (Mon) | Chang, Min-Sang, Day 2 | M. Kindall | K. Kim | 10:00 - 6:30 | 8.50 | 6:23 | | 8.50 | 장민상 | Vertext | Commute time waived | | | | | | | | | |
| 03-29-2016 (Tue) | Lee, Joong Rak, Day 3 | M. Kindall | K. Kim | 9:00 - 6:35 | 10.00 | 6:35 | | 10.00 | 이중락 | Vertext | Commute time waived | | | | | | | | | |
| 03-30-2016 (Wed) | Lee, Jae-Chan | M. Kindall | K. Kim | 9:00 - 6:00 | 9.00 | 5:52 | | 9.00 | 이재찬 | Vertext | Commute time waived | | | | | | | | | |
| 03-31-2016 (Thu) | Jeong, Hwan Oc | M. Kindall [sic] | K. Kim | 9:00 - 12:35 | 8.00 | 12:53 | | 8.00 | 정환옥 | Vertext | Full-day charge only. | | | | | | | | | |
| 04-01-2016 (Fri) | Kim, Bo Kyu | L. Albert | K. Kim | 9:00 - 6:06 | 9.50 | 6:06 | | 9.50 | 김보규 | Vertext | | | | | | | | | | |
| 04-02-2016 (Sat) | | | | | 91.00 | | | | | | <-- New subtotal this period. | <-- To be split as per the above. | 91.00 | $225.00 | $20,475.00 | $6,825.00 | $6,825.00 | $ - | $6,825.00 | $20,475.00 |
| 04-03-2016 (Sun) | | | | | | | | | | | | | | | | | | | | |
| 04-04-2016 (Mon) | Kang, Ku Man; Kim, Kyu Tae; Maeng. Sung Joo, Day 1 | M. Kindall; M. Kindall; D. Birkhaeuser | M. Yu | 9:30 - 6:50 | 11.50 | | | 11.50 | 강구만, 김규태, 맹성주 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | To be split 1/3; 1/3; 1/3; and 0 among IDP; DP; Co-Defendants and Nongshim, per M. Chung's request of 8-22-2016 (contract notwithstanding): 57.5 hours total --> 19.17 hours each (except Nongshim). | | | | | | | | |
| 04-05-2016 (Tue) | Se Hyung Chun; Lee, Se Chang; Ku, Bang wan | D. Birkhaeuser | M. Yu | 9:30 - 6:00 | 11.50 | | | 11.50 | 천세형, 이세창; 구방완 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-06-2016 (Wed) | Ku, Bang Wan, Day 1 | D. Birkhaeuser | M. Yu | 9:30 - 6:05 | 11.50 | | | 11.50 | 구방완 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-07-2016 (Thu) | Ku, Bang Wan, Day 2 | D. Birkhaeuser | M. Yu | 9:30 - 6:00 | 11.50 | | | 11.50 | 구방완 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-08-2016 (Fri) | Ku, Bang Wan, Day 3; Choi, Min Hwan | L. Albert; C. Lebsock | M. Yu | 9:30 - 5:50 | 11.50 | | | 11.50 | 구방완, 최민환 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-09-2016 (Sat) | | | | | 57.50 | | | | | | <-- New subtotal this period. | <-- To be split as per the above. | 57.50 | $225.00 | $12,937.50 | $4,312.50 | $4,312.50 | $4,312.50 | $ - | $12,937.50 |
| 04-10-2016 (Sun) | | | | | | | | | | | | | | | | | | | | |
| 04-11-2016 (Mon) | Kang, Dong-Hee, Day 2; Kim, Jong Min | M. Dosker; B. Murray | John Kim | 10:00 - 6:05 | 8.00 | 6:07 | 8.50 | 8.00 | 강동희, 김종민 | Lee & Ko (광장) | | To be split four-ways (i.e., 1/4 each), per 8-22-2016 email from M. Chung of Squire (contract notwithstanding): 40 hours total --> 10 hours each to all. | | | | | | | | |
| 04-12-2016 (Tue) | Kim, Jong Min, Day 2; Nam Dk Hyun, Day 1 | B. Murray; D. Birkhaeuser | John Kim | 9:00 - 5:20 | 8.00 | 4:34 | | 8.00 | 김종민, 남득현 | Lee & Ko (광장) | | | | | | | | | | |
| 04-13-2016 (Wed) | Unscheduled Bridge-day (election) | | John Kim | 9:00 - 5:00 | 8.00 | | | 8.00 | N/A | Lee & Ko (광장) | 대한민국 선거일 | | | | | | | | | |
| 04-14-2016 (Thu) | Nam, Dk Hyun, Day 2; Kim, Eui-Ryul | D. Birkhaeuser; Murray; M. Murray; M. | John Kim | 9:00 - 4:55 | 8.00 | 4:39 | | 8.00 | 남득현, 김의율 | Lee & Ko (광장) | | | | | | | | | | |
| 04-15-2016 (Fri) | Kim, Eui-Ryul, Day 2; Kwon, Young Shik | B. Murray; M. Dosker; S. Cho | John Kim | 9:00 - 5:00 | 8.00 | 4:57 | | 8.00 | 김의율, 권영식 | Lee & Ko (광장) | | | | | | | | | | |
| 04-16-2016 (Sat) | | | | | 40.50 | | | | | | <-- New subtotal this period. | <-- To be split as per the above. | 40.50 | $225.00 | $9,112.50 | $2,278.13 | $2,278.13 | $2,278.13 | $2,278.13 | $9,112.50 |
| 04-17-2016 (Sun) | | | | | | | | | | | | | | | | | | | | |
| 04-18-2016 (Mon) | Kim, Kisoo; Choi, Minhwan, Day 1 | C. Lebsock; D. Birkhaeuser | M. Yu | 9:30 - 6:38 | 11.50 | | | 11.50 | 김기수, 최민환 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | To be split 1/3; 1/3; 1/3; and 0 among IDP; DP; Co-Defendants and Nongshim, per M. Chung's request of 8-22-2016 (contract notwithstanding): 46 hours total --> 15.34 hours each (except Nongshim). | | | | | | | | |
| 04-19-2016 (Tue) | Choi, Minhwan, Day 2; Seo, Dae Gyo, Day 1 | D. Birkhaeuser; C. Lebsock | M. Yu | 9:30 - 6:00 | 11.50 | | | 11.50 | 최민환, 서대교 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-20-2016 (Wed) | Seo, Dae Gyo D2; Doh, Young Hwan | C. Lebsock, K. Ruf | M. Yu | 9:30 - 7:15 | 11.50 | | | 11.50 | 서대교, 도영환 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| 04-21-2016 (Thu) | Doh Young Hwan D2; Maeng, Sung Joo Day 2; Kyu Tae | K. Ruf; D. Birkhaeuser; D. Birkhaeuser | M. Yu | 9:00 - 7:07 | 11.50 | | | 11.50 | 도영환, 맹성주, 김규태 | Yoon & Yang (화우) | 8 am - 7:30 pm portal-to-portal | | | | | | | | | |
| | | | | | 46.00 | | | | | | <-- New subtotal this period. | <-- To be split as per the above. | 46.00 | $225.00 | $10,350.00 | $3,450.00 | $3,450.00 | $3,450.00 | $ - | $10,350.00 |
| | | | | | | | | | | | | | | | | | | | | |
| 04-22-2016 (Fri) | Moon Seung Hyeon, Day 2; Kim Hak Sung, Day 1 | D. Birkhaeuser; K. Ruf | K. Kim | 9:00 - 4:50 | 8.50 | 4:46 | 8.00 | 8.50 | 문승현, 김학성 | Vertext | | To be split 1/3; 1/3; 0; and 1/3 among IDP; DP; Co-Defendants; and Nongshim, per M. Chung's request of 8-22-2016 (contract notwithstanding): 57 hours total --> 19 hours each | | | | | | | | |
| 04-23-2016 (Sat) | | | | | | | | | | | | | | | | | | | | |
| 04-24-2016 (Sun) | | | | | | | | | | | | | | | | | | | | |
| 04-25-2016 (Mon) | Kim, Hak Sung, Day 2; Seo, Sang Wha; Lee, Seong Ryul, Day 1 | K. Ruf; D. Birkhaeuser; S. Cho | K. Kim | 9:00 - 6:30 | 10.00 | 7:30 | 10.50 | 10.50 | 김학성, 서상화, 이성렬 | Vertext | <-- Thank you for noticing this | | | | | | | | | |
| 04-26-2016 (Tue) | Kim, Il-Hyun | D. Birkhaeuser | K. Kim | 9:00 - 6:41 | 10.50 | 6:41 | 10.00 | 10.00 | 김일현 | Vertext | | | | | | | | | | |
| 04-27-2016 (Wed) | Park, Sung-Soo | C. Lebsock | K. Kim | 9:00 - 5:16 | 9.00 | 5:16 | 8.50 | 8.50 | 박성수 | Vertext | <-- Accepting ending time as noted by Squire; add 30 minutes for commute to and fro. | | | | | | | | | |
| 04-28-2016 (Thu) | Kwon, Won Suk; Lee, Seong Ryul, Day 2 | K. Ruf; D. Birkhaeuser; S. Cho | K. Kim | 9:00 - 7:30 | 11.00 | 6:23 | 9.50 | 10.00 | 권원석, 이성렬 | Vertext | | | | | | | | | | |
| | | | | | | | | 47.50 | | | | | 47.50 | $225.00 | $10,687.50 | $3,562.50 | $3,562.50 | $ - | $3,562.50 | $10,687.50 |

Final Revised Version - Billable Hours (Ramen Litigation) - Albert S. Kim

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Description / Witness | Taking | Defending | Time | Hours | Transcript 총출시간 | Hours | 청구시간 | 한국명 | Place | Remarks | Split | X-Check | Rate | Total | IDP | DP | Co-Def | Nongshim | Hor. X-Check | | |
| 55 | 04-29-2016 (Fri) | Checkout and transit to LAX | | | | 8.00 | | | 8.00 | | | Inbound Flight; outbound N/A | To be split four-ways (i.e., 1/4 each), per 8-22-2016 email from M. Chung of Squire (contract notwithstanding): 40 hours total --> 10 hours each to all. | | | | | | | | $   - | | |
| 56 | 04-30-2016 (Sat) | | | | | | | | 8.00 | | | | | 8.00 | $ 225.00 | $  1,800.00 | $   450.00 | $   450.00 | $   450.00 | $   450.00 | $  1,800.00 | | |
| 57 | | | | | | | | | | | | | | | | | | | | | $   - | | |
| 58 | | | | | | | | | | | | | | | | | | | | | $   - | | |
| 59 | 05-19-2016 (Thu) | Lee, Seung Yeop | M. Yu | K. Ruf; D. Birkhaeuser | 9:00 - 5:00 | 8.00 | | | 8.00 | 이승엽 | Gibson / LA | Counsel for Witness: J.P. Pak [sic] | Split ratio not specified by Squire, but being "Ottogi" witnesses, am assuming a split of: 1/3; 1/3; 1/3; and 0 among IDP; DP; Co-Defendants and Nongshim; kindly inform if otehrwise (contract notwithstanding); 24 hours total --> 8 hours each (except Nongshim). | | | | | | | | | | |
| 60 | 05-20-2016 (Fri) | Lee, Seung Yeop | M. Yu | K. Ruf; D. Birkhaeuser | 9:00 - 5:00 | 8.00 | | | 8.00 | 이승엽 | Gibson / LA | Counsel for Witness: J.P. Pak [sic] | | | | | | | | | | |
| 61 | 05-21-2016 (Sat) | Hong, Kang-Sik | M. Yu | K. Ruf; D. Birkhaeuser | 9:00 - 5:00 | 8.00 | | | 8.00 | 홍강식 | Gibson / LA | Counsel for Witness: J.P. Pak [sic] | | | | | | | | | | |
| 62 | | | | | | | | | 24.00 | | | <-- New subtotal this period. | <-- To be split as per the above. | 24.00 | $ 225.00 | $  5,400.00 | $  1,800.00 | $  1,800.00 | $  1,800.00 | $   - | $  5,400.00 | | |
| 63 | | | | | | | | | | | | | | | | | | | | | | | |
| 64 | | | | Total Hours | 379.50 | | | | | | | @ $225.00 | | | | $85,387.50 | Fees for depositions | | | | | | |
| 65 | | | | | | | | | | | | | | | | | | | | | | | |
| 66 | | | | | | | | | | | | | | | | $85,387.50 | Total Due as Cross-checked here--> | | | | | | |
| 67 | X-Check --> | | | | Rev. Hours | --> | 377.00 | | | | | @ $225.00 | $ | 84,825.00 | Fees for depositions as revised | | 377.00 | $ 225.00 | $  84,825.00 | $ 26,193.75 | $ 26,193.75 | $ 15,806.25 | $ 16,631.25 | $   | 84,825.00 | $  84,825.00 |
| 68 | | | | | | | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | $ | 84,825.00 | Total Due as Cross-checked here--> | | | $  84,825.00 | $ 26,193.75 | $ 26,193.75 | $ 15,806.25 | $ 16,631.25 | $   84,825.00 | $  84,825.00 |
| 70 | | | | | | | | | | | | | | | | | Grand Total | IDP | DP | Co-Def. | Nongshim | | |

Session 2 (최호민, Day 1):  5:37 p.m. - 6:00 p.m. (left out in Squire's Cross-check).

Therefore, the total billable hours for the day are:  9.5 hours (from 9 a.m. - 6:00 p.m., with 30 minutes added on for the commute in the morning and evening (15 minutes each);

**Cell:** I7
**Comment:** Albert S. Kim:

Time charges as rounded up to the next thirty-minute interval come to 9:00 a.m. - 6:30 p.m.  With 30 minutes added on for the commute, should come to 10.00 hours total, but accepting 9.50 hours.

**Cell:** I12
**Comment:** Albert S. Kim:
9.00 hours total is correct (8.5 hours + 30 minutes for the morning and evening commute).

**Cell:** C13
**Comment:** Also Present:

S. Cho;  C. Lebsock; M. Kindall

**Cell:** I15
**Comment:** Albert S. Kim:
10.00 hours is correct (9.5 hours [as rounded up from ending time] plus 30 minutes.

**Cell:** I19
**Comment:** Albert S. Kim:

Each of these days should be "+ 30 minutes" for the commute, but submitted as is, given the initial oversight on my part.

**Cell:** D20

**Comment:** Also Present:

M. Dosker

**Cell:** B33
**Comment:** Note:

Day 1 of Dong-Hee Kang taken on Jan. 22, 2016 (J. Noh as Interpreter)

**Cell:** B46
**Comment:** Moon, Seung-Hyeon:

Day 1 on Feb. 19, 2016 (Albert S. Kim as Interpreter)

**Cell:** I46
**Comment:** Albert S. Kim:
9 - 5 p.m. as rounded up, pluls 30 minutes.

**Cell:** I50
**Comment:** Albert S. Kim:

As is.

**Cell:** I51
**Comment:** Albert S. Kim:

Commute time folded in.

**Cell:** L55
**Comment:** Notes:

Airfare for second trip to Seoul for Ramen paid for by another client-matter;
Outbound (i.e., departing) transit time applied to said matter;
Inbound (i.e., return) transit time only applied to this matter;

No airfare incurred for this second round, viz.

**Cell:** M68
**Comment:** Albert S. Kim:

See main invoice for details e.g., hours.

# EXHIBIT F-10

**PACLS, Inc.**
12180 Bridgend Run
Fairfax, VA  22030
(703)585-3100
info@pacls.com

# INVOICE

**BILL TO**
Minae Yu
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los
Angeles, CA 90071-3197
Tel +1 213.229.7910 • Fax +1
213.229.6910

**INVOICE #** 12710
**DATE** 10/19/2017
**DUE DATE** 11/18/2017
**TERMS** Net 30

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 10/01/2017 | **Deposition**<br>In Re Korean Ramen Antitrust Litigation<br>Case No: 3:13-cv-04115-WHO<br>Interpreter: Ann Park<br><br>October 1: 9 am - 6;40 pm: 1 day + 2 hours OT (deposition of SH Lee)<br>October 2:  Down day: half-day<br>October 3: 9 am - 8:40 pm: 1 day and + 4 hours OT (deposition of DS Hong)<br>            (9 am - 10:30 am: wait time)<br><br>2.5 days@1600/day + 6 hours OT@250/hour : $5,500.00<br><br>Travel days : 2 days (Sep 30 & Oct 4): 800 x 2 : $1,600.00<br><br>Expenses:<br>Hotel: $2,530.49 (Receipt attached)<br>Air fare: $1,396.40 (Receipt attached)<br>Per Diem: $360.00 (90/night)<br>Ground Transportation: $200/flat<br><br>Grand Total: $11,586.89<br><br>** PACLS, Inc. W-9 attached | 11,586.89 |

BALANCE DUE  **$11,586.89**

# EXHIBIT F-11

# AccessLink, LLC.

440 Louisiana Street, Suite 900
Houston, TX 77002

Telephone 1.202.679.9776

| INVOICE NO. 17842-REV | 2019-01-08 |
|---|---|

| TO | DESCRIPTION | REMARKS |
|---|---|---|
| Ms. Minae Yu, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue, Los Angeles, CA 90071-3197<br>Tel +1 213.229.7910<br>Fax +1 213.229.6910<br>MYu@gibsondunn.com | Korean Ramen Antitrust Litigation<br>Case 13-CV-04115 | As revised, this invoice shows Ottogi's portion of the total fees & expenses. The substantive details remain the same; this is simply an apportionment (per the request of Squire/Nongshim, to make it more understandable/manageable).  Kindly direct all inquiries to A. Kim.  Thank you. |

| DESCRIPTION | COST | TOTAL |
|---|---|---|
| Ottogi's portion of the Grand Total ($279,777.04) | | $58,852.32 |
| See the attached for apportionment (Ottogi's is the least). | | |
| Remittance due via ACH transfer per prior agreement (details below). | | |
| | TOTAL | **$ 58,852.32** |

### *** Wire Transfer Instructions***

| | |
|---|---|
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 1899 W. Malvern Avenue, Suite 7C-1, Fullerton, CA |
| Bank Branch: | Amerige Heights Office     BANK COUNTRY:  USA |
| SWIFT Code: | WFBIUS6S |
| Bank Key: | 121000248    (Bank Code and the Bank Branch Code) |
| Bank Account. No: | 1838185534 |
| Account Holder: | AccessLink, LLC. |
| Address: | 440 Louisiana Street, Suite 110, Houston, TX 77002 USA |

Total Billable Hours Shown on Sheet 1 of 4

Billable Hours During Trial Only

Albert S. Kim

2019-01-08

| Date | Day of Week | Client / Matter | Description | Hours | Rate | Amount | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| 10 Nov 2018 | Saturday | Trial in re Korean Ramen | Transit (LHR --> SFO) | 8.00 | $ 225.00 | $ 1,800.00 | Heathrow | Transit from *London* (airfare borne by said matter) |
| 11 Nov 2018 | Sunday | Trial in re Korean Ramen | *No charge as a courtesy.* | 0.00 | $ 225.00 | $ - | NDCA: SFO | *Day of Acclimation (no charge).* |
| 12 Nov 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | *NDCA: SFO* | Opening Day with AK on stand-by at hotel. |
| 13 Nov 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *Case-in-Chief by Plaintiffs (further work on documents).* |
| 14 Nov 2018 | Wednesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *AK performs further work on documents while at hotel.* |
| 15 Nov 2018 | Thursday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *AK works on docs, e.g., Bong-Hoon Kim, etc.* |
| 16 Nov 2018 | Friday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *Trxn of Bong Hoon Kim by AK; S. Kim on other docs.* |
| 17 Nov 2018 | Saturday | | | 0.00 | $ 225.00 | $ - | | Weekend charges waived as a courtesy |
| 18 Nov 2018 | Sunday | | | 0.00 | $ 225.00 | $ - | | Weekend charges waived as a courtesy |
| 19 Nov 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *Case-in-Chief by Plaintiffs* |
| 20 Nov 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | *Case-in-Chief by Plaintiffs* |
| 21 Nov 2018 | Wednesday | Trial in re Korean Ramen | *Check-out for Thanksgiving* | 4.00 | $ 225.00 | $ 900.00 | SFO - SEA | 50% of Outbound transit time waived as a courtesy |
| 22 Nov 2018 | Thursday | Trial in re Korean Ramen | *Thanksgiving Holidays* | 0.00 | $ 225.00 | $ - | N/A | Court goes dark for Thanksgiving |
| 23 Nov 2018 | Friday | Trial in re Korean Ramen | *Thanksgiving Holidays* | 0.00 | $ 225.00 | $ - | N/A | Court goes dark for Thanksgiving |
| 24 Nov 2018 | Saturday | | *Thanksgiving Holidays* | 0.00 | $ 225.00 | $ - | N/A | |
| 25 Nov 2018 | Saturday | | *Thanksgiving Holidays* | 4.00 | $ 225.00 | $ 900.00 | SEATAC:SFO | Transit: Seattle to San Francisco for continuation of trial |
| 26 Nov 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | First day after Thanksgiving holidays |
| 27 Nov 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 28 Nov 2018 | Wednesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 29 Nov 2018 | Thursday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 30 Nov 2018 | Friday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 1 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 2 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 3 Dec 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 4 Dec 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 5 Dec 2018 | Wednesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 6 Dec 2018 | Thursday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 7 Dec 2018 | Friday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 8 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 9 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 10 Dec 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 11 Dec 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 12 Dec 2018 | Wednesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 13 Dec 2018 | Thursday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 14 Dec 2018 | Friday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 15 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 16 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 17 Dec 2018 | Monday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 18 Dec 2018 | Tuesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 19 Dec 2018 | Wednesday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 20 Dec 2018 | Thursday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 21 Dec 2018 | Friday | Trial in re Korean Ramen | *Charges for Mr. Albert S. Kim* | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| | | | *Total Billable Hours* | 232.00 | $ 225.00 | $ 52,200.00 | | *Total Charges (See other spreadsheet for expenses)* |

Ramen Trial

Total Expenses
(including Uber As Carried Over)

Albert S. Kim
Dec. 2018

| Date | Description | Details | Amount | Cum. Total | Remarks |
|---|---|---|---|---|---|
| 01-13-2018 | Air Canada | ICN-YVR-SFO via AC64, AC566 | $ 1,515.00 | $  1,515.00 | For Ramen Hearing (Translation Court) |
| 01-18-2018 | Proper Food - 100 First | Lunch (January 2018 in SFO) | $  12.90 | $  1,527.90 | Translation Hearing in Jan. 2018 |
| 01-19-2018 | Stanford Court | 15 - 19 Jan. 2018 | $ 1,271.44 | $  2,799.34 | Stay during 15 - 19 Jan 2018 |
| 01-31-2018 | Expedia (Air Canada) | Upgrade fee for outbound | $  374.00 | $  3,173.34 | Per prior written agreement |
| 11-10-2018 | The Old Siam | Dinner | $  18.49 | $  3,191.83 | Food in SFO during trial |
| 11-11-2018 | Farm: Table | Breakfast | $  11.77 | $  3,203.60 | Food in SFO during trial |
| 11-11-2018 | Café de la presse | Lunch | $  17.95 | $  3,221.55 | Food in SFO during trial |
| 11-11-2018 | Zzan | Dinner: Korean food | $  21.70 | $  3,243.25 | Food in SFO during trial |
| 11-13-2018 | iThai Restaurant | Late night meal | $  28.21 | $  3,271.46 | Food in SFO during trial |
| 11-13-2018 | Borobudur | Lunch (Indonesian) | $  39.50 | $  3,310.96 | Food in SFO during trial |
| 11-13-2018 | iThai Restaurant | Dinner | $  18.45 | $  3,329.41 | Food in SFO during trial |
| 11-14-2018 | Marines' Memorial Hotel | Dinner | $  74.10 | $  3,403.51 | Food in SFO during trial |
| 11-14-2018 | Farm: Table | Coffee | $  2.00 | $  3,405.51 | Food in SFO during trial |
| 11-14-2018 | Mangal Mediterranan | Lunch | $  13.83 | $  3,419.34 | Food in SFO during trial |
| 11-15-2018 | Pearl's Burgers | Lunch | $  17.31 | $  3,436.65 | Food in SFO during trial |
| 11-15-2018 | Lapisara | Breakfast | $  23.67 | $  3,460.32 | Food in SFO during trial |
| 11-16-2018 | iThai Restaurant | Dinner | $  26.24 | $  3,486.56 | Food in SFO during trial |
| 11-16-2018 | Maru Sushi | Lunch | $  24.57 | $  3,511.13 | Food in SFO during trial |
| 11-16-2018 | Cup A Joe | Coffee | $  7.45 | $  3,518.58 | Food in SFO during trial |
| 11-16-2018 | Lapisara | Breakfast | $  23.33 | $  3,541.91 | Food in SFO during trial |
| 11-17-2018 | Uncle Vito's Pizzadelli | Lunch | $  26.26 | $  3,568.17 | Food in SFO during trial |
| 11-17-2018 | EM Deli SF | Water, etc. | $  15.72 | $  3,583.89 | Food in SFO during trial |
| 11-18-2018 | King Liquor | Water | $  10.10 | $  3,593.99 | Food in SFO during trial |
| 11-18-2018 | Honey Honey Café | Lunch | $  19.10 | $  3,613.09 | Food in SFO during trial |
| 11-18-2018 | Nande-Ya | Lunch | $  70.20 | $  3,683.29 | Food in SFO during trial |
| 11-19-2018 | iThai Restaurant | Lunch | $  22.00 | $  3,705.29 | Food in SFO during trial |
| 11-19-2018 | Lapisara | Breakfast | $  30.00 | $  3,735.29 | Food in SFO during trial |
| 11-19-2018 | Sakana | Dinner | $  78.19 | $  3,813.48 | Food in SFO during trial |
| 11-20-2018 | Sakana | Dinner | $  77.27 | $  3,890.75 | Food in SFO during trial |
| 11-20-2018 | Ike's Kitchen | Lunch | $  103.80 | $  3,994.55 | Lunch after trial with Samantha Kim |
| 11-21-2018 | Elysian Brewing | Lunch | $  68.15 | $  4,062.70 | Food in SFO during trial |
| 11-21-2018 | Courtyard Marriott | Hotel in SFO | $ 4,372.52 | $  8,435.22 | Pre-Thanksgiving period during trial |
| 11-25-2018 | Thirsty Bear | Dinner | $  62.40 | $  8,497.62 | Food in SFO during trial |
| 11-25-2018 | Nick's Lighthouse | Lunch | $  48.08 | $  8,545.70 | Food in SFO during trial |
| 11-26-2018 | Proper Food - 100 First | Lunch | $  8.96 | $  8,554.66 | Food in SFO during trial |
| 11-26-2018 | Canton Dim Sum House | Lunch | $  26.57 | $  8,581.23 | Food in SFO during trial |
| 11-26-2018 | Bazille (Nordstrom) | Lunch | $  71.52 | $  8,652.75 | Food in SFO during trial |
| 11-26-2018 | Thirsty Bear | Dinner | $  56.88 | $  8,709.63 | Food in SFO during trial |
| 11-27-2018 | North India Restaurant | Dinner | $  27.00 | $  8,736.63 | Food in SFO during trial |
| 11-28-2018 | Pho 2000 | Lunch | $  33.90 | $  8,770.53 | Lunch after trial with Samantha Kim |
| 11-28-2018 | Sakana | Dinner | $  74.95 | $  8,845.48 | Food in SFO during trial |
| 11-29-2018 | The Fly Trap | Dinner | $  48.15 | $  8,893.63 | Food in SFO during trial |
| 11-29-2018 | Cha Am Thai | Lunch | $  30.50 | $  8,924.13 | Food in SFO during trial |
| 11-30-2018 | Lark Creek Grill | Dinner @ SFO International | $  26.07 | $  8,950.20 | Food in SFO during trial |
| 11-30-2018 | McDonald's | Coffee | $  1.93 | $  8,952.13 | Food in SFO during trial |
| 11-30-2018 | Jin Mi BBQ | Lunch | $  33.69 | $  8,985.82 | Lunch after trial with Samantha Kim |
| 11-30-2018 | Courtyard Marriott | Sunday through Friday | $ 1,629.85 | $ 10,615.67 | Post-Thanksgiving week (25-30 Nov 2018) |
| 12-02-2018 | La Parillia | Lunch | $  16.47 | $ 10,632.14 | Lunch in Orange County |
| 12-02-2018 | Morton's | Dinner | $  145.31 | $ 10,777.45 | Food in SFO during trial |
| 12-02-2018 | Residence Inn | Friday through Sunday | $  313.16 | $ 11,090.61 | Interleaving weekend |
| 12-03-2018 | Katana-ya | Dinner | $  34.24 | $ 11,124.85 | Food in SFO during trial |
| 12-04-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $  6.48 | $ 11,131.33 | For self and Samantha Kim |
| 12-04-2018 | Fred's Liquor & Deli | Water | $  9.98 | $ 11,141.31 | Food in SFO during trial |
| 12-04-2018 | Pinecrest Diner | Dinner | $  20.20 | $ 11,161.51 | Food in SFO during trial |
| 12-04-2018 | Tadich Grill | Lunch | $  70.11 | $ 11,231.62 | Food in SFO during trial |
| 12-05-2016 | Brenda's | Lunch | $  44.87 | $ 11,276.49 | Lunch after trial with Samantha Kim |
| 12-06-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $  5.40 | $ 11,281.89 | Food in SFO during trial |
| 12-06-2018 | Lers Ros Thai | Lunch | $  98.92 | $ 11,380.81 | Lunch after trial with Samantha Kim |
| 12-07-2018 | Morton's | Dinner | $  52.01 | $ 11,432.82 | Food in SFO during trial |
| 12-07-2018 | Barbacco | Lunch | $  116.27 | $ 11,549.09 | Food in SFO during trial |
| 12-07-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $  5.42 | $ 11,554.51 | Food in SFO during trial |
| 12-08-2018 | San Francisco Brewing Co. | Lunch | $  37.46 | $ 11,591.97 | Food in SFO during trial |
| 12-10-2018 | Slanted Door | Lunch | $  155.89 | $ 11,747.86 | Lunch after trial with Samantha Kim |
| 12-12-2018 | John's Grill | Lunch | $  46.94 | $ 11,794.80 | Food in SFO during trial |
| 12-12-2018 | Sakana | Dinner | $  67.88 | $ 11,862.68 | Food in SFO during trial |
| 12-13-2018 | Westin St. Francis | Folio (after switching) | $ 5,204.74 | $ 17,067.42 | Dec 2 through 13, 2018 |
| 12-13-2018 | Westin St. Francis | Additional Folio | $  52.56 | $ 17,119.98 | Room service not included in the above. |
| 12-13-2018 | Imperial Palace | Lunch | $  24.55 | $ 17,144.53 | Food in SFO during trial |
| 12-14-2018 | Café Bellini | Lunch | $  28.98 | $ 17,173.51 | Food in SFO during trial |
| 12-14-2018 | Café Bellini | Dinner | $  34.84 | $ 17,208.35 | Food in SFO during trial |
| 12-15-2018 | Café Bellini | Lunch | $  25.15 | $ 17,233.50 | Food in SFO during trial |
| 12-15-2018 | iThai Restaurant | Dinner | $  24.62 | $ 17,258.12 | Food in SFO during trial |
| 12-22-2018 | Asiana Airlines | Return airfare (one-way) | $ 2,644.30 | $ 19,902.42 | Self-paid (GDC's ticket came late) |
|  |  | *Subtotal This Sheet* |  | $ 19,902.42 |  |
|  |  | *Total Uber Expenses* | $  487.12 | $ 20,389.54 | See attached |
|  |  | *Grand Total of Expenses* |  | $ 20,389.54 |  |

A STAR ALLIANCE MEMBER ✧ | **ASIANA AIRLINES** ⁊

# Electronic Ticket Itinerary & Receipt

Reservation No.

## 26699776

| | | | |
|---|---|---|---|
| **Passenger Name** | **KIM/SALBERT MR** | | |
| **Ticket Number** | **9882477897404** | **Issuing Office** | 05999486 |
| **Reservation No.** | **NAAL96 (26699776)** | | Travel Agency |
| **Frequent Flyer No.** | Frequent Flyer No. Redacted for Privacy | | |

## Itinerary

| From | To | Flight | Class | Date(Day) | Departure | Arrival | Flying Time | Status | Seat |
|---|---|---|---|---|---|---|---|---|---|
| **SAN FRANCISCO** Terminal I | **SEOUL INCHEON** Terminal 1 | **OZ211** | Z | **22DEC18 (SAT)** | **23:30** | **05:30 +2** | 13H00M | OK | |
| Via | | | | | Layover Time | | | | |
| Operated by | **ASIANA AIRLINES OZ211** | | | | Free Baggage Allowance | | | **2PC** | |
| Marketed by | ASIANA AIRLINES | | | | Not Valid Before | | | | |
| Fare Basis | ZOUK | | | | Not Valid After | | | | |

* All conditions may vary according to circumstances of airlines and airports.

## Receipt Information

| | | | |
|---|---|---|---|
| Form of Payment | CC VI XXXXXXXXXXXX6154/01 047742 | Tour Code | 7ULDD78Z |
| Fare | USD 2485.00 | Equivalent Fare | |
| Tax/Fee/Charge | | | |
| Taxes | USD 130.00 YQ USD 0.90 YQ USD 18.30 US USD 5.60 AY USD 4.50 XF *The BP Tax includes International PSC(Incheon/Gimpo Airport KRW 17,000, other airports KRW 12,000), Departure Tax(KRW 10,000) and Global Disease Eradication Fund(KRW 1,000). | | |
| Fuel Surcharge | KRW - | | |
| Service Fees | KRW - | | |
| **Total Amount** | **USD 2644.30** | | |
| Issuing Airlines and Date | ASIANA AIRLINES 22DEC18 | IATA: 05999486 | |
| Restriction(s) | NO SHOW US100/NO END/NO UG-BG OZ | | |
| Fare Calculation | SFO OZ SEL2485.44NUC2485.44END ROE1.000000 XF SFO4.5 | | |

*When cancelling/refunding tickets or making changes to the stated travel dates, routes, operating airlines, booking classes and ticket validity, such requests are subject to the overall rules that can apply within a varying scope in accordance with the fare and sales conditions resulting in potential fare differences and fees.
*The fare of codeshare flights may differ when purchased through the operating carrier, and services such as advance seat reservation,special meals, free baggage allowance may differ according to the rules of operating carrier.Please be sure to contact the airline in advance.
*If a passenger does not show for the departure without prior notification to the airline, No-show Penalty will be charged.
*Refund must be requested within 30 days after the ticket expiration date. Requests submitted after the 30-day window may be rejected.
*This itinerary & receipt must be presented to immigration/customs officials upon request. Accordingly, passengers are requested to keep this itinerary & receipt throughout their entire journey. Tickets are non-transferable and the passenger name listed on the ticket must be an exact match to the name in the passport.
Order of Coupon Use: Flight coupons must be redeemed in the proper order, starting from the place of departure as indicated on the passenger coupon.
If baggage exceeds the free baggage allowance, an excess baggage charge may apply according to applicable route regulations
Ticketing service fees are non-refundable.
*For the safe travel abroad, please check the travel warning step and the safety notice of the destination on the overseas travel safety homepage.
*For the convenient international flight check-in, please arrive at the airport at least 2 hours prior to the departure time.

Reservation · Korea · 1588-8000 · +82-2-2669-8000 (For overseas calls) · flyasiana.com
China · 400-650-8000 · (86)(10)8451-0101 (For overseas calls) · cn.flyasiana.com
U.S.A. · (1)(800)227-4262 · (1)(800)2ASIANA · us.flyasiana.com
Japan · 0570-082-555 · (81)(3)-5812-6600 (For overseas calls) · jp.flyasiana.com

Other Expenses Captured on Separate Sheets          Total of Uber Expenses in SFO          Ramen Trial
Albert S. Kim                                        Dec. 2018

| Date | Description | Details | Amount | Cum. Total | Remarks |
|------|-------------|---------|--------|-----------|---------|
| 11/10/2018 | Uber | SFO to Hotel | $ 35.99 | $ 35.99 | |
| 11-20-2018 | Uber | From near the courthouse to hotel | $ 7.20 | $ 43.19 | "Sunday" |
| 11-20-2018 | Uber | Hotel to courthouse | $ 8.85 | $ 52.04 | Abdallah |
| 11-21-2018 | Uber | Hotel to SFO Int'l (former-former...) | $ 42.15 | $ 94.19 | Dereje |
| 11-25-2018 | Uber | Fisherman's Wharf to hotel | $ 8.39 | $ 102.58 | John |
| 11-28-2018 | Uber | Restaurant to hotel (previous) | $ 13.54 | $ 116.12 | Andre |
| 11-28-2018 | Uber | Hotel to restaurant | $ 13.12 | $ 129.24 | Abdusalam |
| 11-28-2018 | Uber | Hotel to courthouse | $ 13.97 | $ 143.21 | Joanne |
| 11-29-2018 | Uber | Hotel to courthouse | $ 15.50 | $ 158.71 | Lucas |
| 11-30-2018 | Uber | To SFO International | $ 37.82 | $ 196.53 | Anup |
| 11-30-2018 | Uber | Courthouse to hotel (previous) | $ 16.80 | $ 213.33 | Antonio |
| 11-30-2018 | Uber | Hotel to courthouse | $ 15.44 | $ 228.77 | Vincent (previous hotel) |
| 12-02-2018 | Uber | SFO International to Westin St. Francis | $ 37.31 | $ 266.08 | Johnny |
| 12-03-2018 | Uber | Hotel to restaurant | $ 6.56 | $ 272.64 | Valdeone |
| 12-03-2018 | Uber | Back to hotel from restaurant | $ 6.32 | $ 278.96 | George |
| 12-03-2018 | Uber | Hotel to courthouse | $ 10.17 | $ 289.13 | Ahmed |
| 12-04-2018 | Uber | Previous week's hotel to new hotel | $ 16.68 | $ 305.81 | Tony (to pick up luggage) |
| 12-04-2018 | Uber | Luggage pick up from previous hotel | $ 11.98 | $ 317.79 | Douglas |
| 12-04-2018 | Uber | Back to hotel from lunch | $ 10.35 | $ 328.14 | Darrin |
| 12-04-2018 | Uber | Hotel to courthouse | $ 13.22 | $ 341.36 | Maurice |
| 12-05-2018 | Uber | Back to hotel after court | $ 7.38 | $ 348.74 | Taiez |
| 12-05-2018 | Uber | Hotel to courthouse | $ 12.05 | $ 360.79 | Esau |
| 12-06-2018 | Uber | Back to hotel after court | $ 9.41 | $ 370.20 | Craig |
| 12-06-2018 | Uber | Hotel to courthouse | $ 9.87 | $ 380.07 | Michael |
| 12-07-2018 | Uber | Embarcadero (lunch) to hotel | $ 9.35 | $ 389.42 | Vince ("Osmani") |
| 12-07-2018 | Uber | Courthouse to Embarcadero (lunch) | $ 11.76 | $ 401.18 | Pedro |
| 12-07-2018 | Uber | Hotel to courthouse | $ 11.36 | $ 412.54 | Mounir |
| 12-08-2018 | Uber | Fisherman's Wharf to hotel | $ 12.37 | $ 424.91 | Kaleem |
| 12-10-2018 | Uber | Back to hotel from lunch | $ 11.11 | $ 436.02 | Silvestre |
| 12-10-2018 | Uber | Courthouse to lunch | $ 8.41 | $ 444.43 | Alma |
| 12-11-2018 | Uber | Back to hotel from lunch | $ 13.21 | $ 457.64 | Mark |
| 12-11-2018 | Uber | Hotel to courthouse | $ 11.42 | $ 469.06 | Kevin |
| 12-12-2018 | Uber | Hotel to courthouse | $ 10.66 | $ 479.72 | Ephraim |
| 12-12-2018 | Uber | Courthouse to hotel | $ 7.40 | $ 487.12 | Norm |
| | | *Subtotal This Sheet* | | $ 487.12 | (Add to Final Figure) |
| | | | | | |

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Albert Kim

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 781227 |
| Guest Number | : | 3481316 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 13-DEC-18 | 20:30 | | |
| Depart Date | : | 14-DEC-18 | 20:11 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

Tax Invoice

Tax ID :      13-4112265
Westin St. Fra SFOUW  DEC-14-2018  20:20  BMART119

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 13-DEC-18 | 23801 | In Room Dining | 52.56 | |
| 14-DEC-18 | VI | Visa-8603 | | -52.56 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8603 | | |
| | | Date        Code        Authorized | | |
| | | 14-DEC-18        865810        80 | | |
| | | ** Total | 52.56 | -52.56 |
| | | *** Balance | 0.00 | |

PACK LIGHT, STAY FIT - With the Westin Gear Lending program, New Balance(TM) workout gear is conveniently delivered to your room so you can keep moving. Experience it during your next stay. Learn more at westin.com/newbalance

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Albert Kim

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 3481316 |
| Folio ID | : | B |
| Arrive Date | : | 13-DEC-18   20:30 |
| Depart Date | : | 14-DEC-18   20:11 |
| No. Of Guest | : | 1 |
| Room Number | : | 2495 |
| Club Account | : | SPG - P6039 |

Invoice Nbr    :    781228

Information Invoice

Tax ID :    13-4112265

Westin St. Fra SFOUW  DEC-14-2018  20:20  BMART119

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| | | ** Total | 0.00 | 0.00 |
| | | *** Balance | 0.00 | |

KIDS EAT WELL AT WESTIN - Discover kids' meals that are as delicious as they are nutritious with the Westin Eat Well Menu for Kids, developed with Superchefs(TM) to make kids and parents happy. Learn more at westin.com/eatwell

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 780704 |
| Guest Number | : | 3475885 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 02-DEC-18 | 18:23 | | |
| Depart Date | : | 13-DEC-18 | 12:17 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

Tax Invoice

Tax ID :     13-4112265

Westin St. Fra SFOUW  DEC-13-2018  12:20  ASLAN168

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 02-DEC-18 | RT2495 | Rm Chrg - AAA | 238.55 | |
| 02-DEC-18 | RT2495 | CA Tourism Fee | 0.57 | |
| 02-DEC-18 | RT2495 | SF Tourism Improvement | 5.37 | |
| 02-DEC-18 | RT2495 | Occupancy Tax | 33.40 | |
| 03-DEC-18 | RT2495 | Rm Chrg - AAA | 546.73 | |
| 03-DEC-18 | RT2495 | CA Tourism Fee | 1.31 | |
| 03-DEC-18 | RT2495 | SF Tourism Improvement | 12.30 | |
| 03-DEC-18 | RT2495 | Occupancy Tax | 76.54 | |
| 04-DEC-18 | RT2495 | Rm Chrg - AAA | 546.73 | |
| 04-DEC-18 | RT2495 | CA Tourism Fee | 1.31 | |
| 04-DEC-18 | RT2495 | SF Tourism Improvement | 12.30 | |
| 04-DEC-18 | RT2495 | Occupancy Tax | 76.54 | |
| 05-DEC-18 | 47883 | Oak Room | 3.00 | |
| 05-DEC-18 | 210089 | Laundry/Valet | 65.50 | |
| 05-DEC-18 | RT2495 | Rm Chrg - AAA | 483.89 | |
| 05-DEC-18 | RT2495 | CA Tourism Fee | 1.16 | |
| 05-DEC-18 | RT2495 | SF Tourism Improvement | 10.89 | |

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®

## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 780704 |
| Guest Number | : | 3475885 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 02-DEC-18 | 18:23 | | |
| Depart Date | : | 13-DEC-18 | 12:17 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 05-DEC-18 | RT2495 | Occupancy Tax | 67.74 | |
| 06-DEC-18 | 22787 | In Room Dining | 56.47 | |
| 06-DEC-18 | RT2495 | Rm Chrg - AAA | 298.40 | |
| 06-DEC-18 | RT2495 | CA Tourism Fee | 0.72 | |
| 06-DEC-18 | RT2495 | SF Tourism Improvement | 6.71 | |
| 06-DEC-18 | RT2495 | Occupancy Tax | 41.78 | |
| 07-DEC-18 | RT2495 | Rm Chrg - AAA | 272.75 | |
| 07-DEC-18 | RT2495 | CA Tourism Fee | 0.65 | |
| 07-DEC-18 | RT2495 | SF Tourism Improvement | 6.14 | |
| 07-DEC-18 | RT2495 | Occupancy Tax | 38.19 | |
| 08-DEC-18 | 48257 | Oak Room | 5.00 | |
| 08-DEC-18 | 23110 | In Room Dining | 61.68 | |
| 08-DEC-18 | RT2495 | Rm Chrg - AAA | 332.60 | |
| 08-DEC-18 | RT2495 | CA Tourism Fee | 0.80 | |
| 08-DEC-18 | RT2495 | SF Tourism Improvement | 7.48 | |
| 08-DEC-18 | RT2495 | Occupancy Tax | 46.56 | |
| 09-DEC-18 | 23227 | In Room Dining | 62.33 | |
| 09-DEC-18 | RT2495 | Rm Chrg - AAA | 212.90 | |
| 09-DEC-18 | RT2495 | CA Tourism Fee | 0.51 | |
| 09-DEC-18 | RT2495 | SF Tourism Improvement | 4.79 | |
| 09-DEC-18 | RT2495 | Occupancy Tax | 29.81 | |

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®

## HOTELS & RESORTS

| | | | | | | |
|---|---|---|---|---|---|---|
| ALBERT KIM | | Page Number | : | 3 | Invoice Nbr | : | 780704 |
| PO BOX 1543 | | Guest Number | : | 3475885 | | |
| LA MIRADA, CA, 906371543 | | Folio ID | : | A | | |
| United States Of America | | Arrive Date | : | 02-DEC-18 | 18:23 | |
| | | Depart Date | : | 13-DEC-18 | 12:17 | |
| | | No. Of Guest | : | 1 | | |
| | | Room Number | : | 2495 | | |
| | | Club Account | : | SPG - P6039 | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-DEC-18 | 48417 | Oak Room | 2.00 | |
| 10-DEC-18 | RT2495 | Rm Chrg - AAA | 394.11 | |
| 10-DEC-18 | RT2495 | CA Tourism Fee | 0.95 | |
| 10-DEC-18 | RT2495 | SF Tourism Improvement | 8.87 | |
| 10-DEC-18 | RT2495 | Occupancy Tax | 55.18 | |
| 11-DEC-18 | 48461 | Oak Room | 2.00 | |
| 11-DEC-18 | 23547 | In Room Dining | 44.75 | |
| 11-DEC-18 | RT2495 | Rm Chrg - AAA | 439.00 | |
| 11-DEC-18 | RT2495 | CA Tourism Fee | 1.05 | |
| 11-DEC-18 | RT2495 | SF Tourism Improvement | 9.88 | |
| 11-DEC-18 | RT2495 | Occupancy Tax | 61.46 | |
| 12-DEC-18 | 48526 | Oak Room | 2.00 | |
| 12-DEC-18 | RT2495 | Rm Chrg - AAA | 439.00 | |
| 12-DEC-18 | RT2495 | CA Tourism Fee | 1.05 | |
| 12-DEC-18 | RT2495 | SF Tourism Improvement | 9.88 | |
| 12-DEC-18 | RT2495 | Occupancy Tax | 61.46 | |
| 13-DEC-18 | 48684 | Oak Room | 2.00 | |
| 13-DEC-18 | VI | Visa-8603 | | -5204.74 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8603 | | |
| | | Date      Code      Authorized | | |

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

| ALBERT KIM | | | Page Number | : | 4 | | Invoice Nbr | : | 780704 |
| PO BOX 1543 | | | Guest Number | : | 3475885 | | | | |
| LA MIRADA, CA, 906371543 | | | Folio ID | : | A | | | | |
| United States Of America | | | Arrive Date | : | 02-DEC-18 | 18:23 | | | |
| | | | Depart Date | : | 13-DEC-18 | 12:17 | | | |
| | | | No. Of Guest | : | 1 | | | | |
| | | | Room Number | : | 2495 | | | | |
| | | | Club Account | : | SPG - P6039 | | | | |

| | 02-DEC-18 | 384859 | 4007.64 | |
| | 03-DEC-18 | 831606 | 4780.04 | |

| | ** Total | | 5204.74 | | -5204.74 |
| | *** Balance | | 0.00 | | |

I agreed to pay all room & incidental charges.



FUEL YOUR BODY - It's easy to maintain a healthy lifestyle on the road. Our extensive SuperFoodsRx(TM) menu features nutrient-rich, delicious dishes that fuel your body and give you the focused energy you need. Discover dishes to supercharge your day at westin.com/eatwell

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

**WESTIN** ®

HOTELS & RESORTS

Albert Kim

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 781227 |
| Guest Number | : | 3481316 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 13-DEC-18 | 20:30 | |
| Depart Date | : | 14-DEC-18 | 20:11 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 2495 | | |
| Club Account | : | SPG - P6039 | | |

Tell us about your stay. www.westin.com/reviews

Signature_____

**COURTYARD**®
**Marriott.**

**Courtyard San Francisco Downtown**

299 2nd Street
San Francisco Ca 94105
T 415.947.0700

A. Kim

Room: 1835

Room Type: SCYV

Number of Guests: 1

Rate: $362.00          Clerk:

Arrive: 25Nov18      Time: 08:59AM       Depart: 30Nov18       Time:              Folio Number: 51356

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 25Nov18 | Room Charge | 128.00 | |
| 25Nov18 | City Tax | 17.92 | |
| 25Nov18 | Local Bid Fee | 2.88 | |
| 25Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 26Nov18 | Room Charge | 195.00 | |
| 26Nov18 | City Tax | 27.30 | |
| 26Nov18 | Local Bid Fee | 4.39 | |
| 26Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 27Nov18 | Restaurant Room Charge | 6.75 | |
| 27Nov18 | Room Charge | 328.00 | |
| 27Nov18 | City Tax | 45.92 | |
| 27Nov18 | Local Bid Fee | 7.38 | |
| 27Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 28Nov18 | Restaurant Room Charge | 8.75 | |
| 28Nov18 | Room Charge | 362.00 | |
| 28Nov18 | City Tax | 50.68 | |
| 28Nov18 | Local Bid Fee | 8.15 | |
| 28Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 29Nov18 | Restaurant Room Charge | 9.25 | |
| 29Nov18 | Room Charge | 362.00 | |
| 29Nov18 | City Tax | 50.68 | |
| 29Nov18 | Local Bid Fee | 8.15 | |
| 29Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 30Nov18 | Visa | | 1629.85 |

*Card #: VIXXXXXXXXXXXX8603/XXXX*
*Amount:  1629.85  Auth: 158983  Signature on File*
*This card was electronically swiped on 25Nov18*

**Balance:**        **0.00**

**Rewards Account # XXXXX6039.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.



Residence Inn by Marriott
La Mirada Buena Park

14419 Firestone Blvd
La Mirada CA  90638
T 714.523.2800

| | |
|---|---|
| Albert/Mr Kim | Room: 326 |
| Po Box 1543 | Room Type: STDO |
| La Mirada CA 90637-1543 | Number of Guests: 1 |
| Leisure | Rate: $142.00        Clerk: HCT |

| | | | | | |
|---|---|---|---|---|---|
| Arrive: 30Nov18 | Time: 08:37PM | Depart: 02Dec18 | Time: 12:14PM | Folio Number: 83133 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 30Nov18 | Room Charge | 142.00 | |
| 30Nov18 | Occupancy Sales Tax | 14.20 | |
| 30Nov18 | Calif/Local Tourism Fee | 0.38 | |
| 01Dec18 | Room Charge | 142.00 | |
| 01Dec18 | Occupancy Sales Tax | 14.20 | |
| 01Dec18 | Calif/Local Tourism Fee | 0.38 | |
| 02Dec18 | Visa | | 313.16 |
| | *Card #: VIXXXXXXXXXXXX6154/XXXX* | | |
| | *Amount:  313.16  Auth: 035598  Signature on File* | | |
| | *This card was electronically swiped on 30Nov18* | | |
| | **Balance:** | **0.00** | |

**Rewards Account # XXXXX6039.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account.
Check your Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit residenceinn.com

# Uber

# Thanks for tipping, Albert

Here's your updated Thursday afternoon ride receipt.

| Total | $9.41 |
|---|---|

| Trip fare | $5.41 |
|---|---|

| Subtotal | $5.41 |
|---|---|
| Tip | $4.00 |

Amount Charged

**VISA** •••• 6154                                          $9.41

You rode with Craig

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.12 miles | 10 min

**03:30pm** | 136 McAllister St, San Francisco, CA

**03:41pm** | 440 Post St, San Francisco, CA

You saved $4.10 by sharing your ride.

share your savings

# Uber

# Thanks for tipping, Albert

Here's your updated Friday morning ride receipt.

## Total                                               $15.44

| | |
|---|---|
| Trip fare | $9.68 |

| | |
|---|---|
| **Subtotal** | **$9.68** |
| Wait Time | $0.76 |
| Tip | $5.00 |

Amount Charged

**VISA** •••• 6154                                    $15.44

You rode with Vincent

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.64 miles | 10 min

**07:30am** | 275 2nd St, San Francisco, CA

**07:40am** | 503 Turk St, San Francisco, CA

Uber

Wed, Dec 05, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday afternoon ride receipt.

## Total                                    $7.38

| | |
|---|---|
| Trip fare | $5.38 |

| | |
|---|---|
| **Subtotal** | **$5.38** |
| Tip | $2.00 |

**Amount Charged**

**VISA** •••• 6154                           $7.38

You rode with Taiez

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.10 miles | 10 min

**02:55pm** | 610 Polk St, San Francisco, CA

**03:05pm** | 455 Post St, San Francisco, CA

You saved $2.44 by sharing your ride.

share your savings

Uber

Tue, Nov 20, 2018

# Thanks for riding, Albert

We hope you enjoyed your ride this afternoon.

| Total | $7.20 |
| --- | --- |

| Trip fare | $7.20 |
| --- | --- |

| Subtotal | $7.20 |
| --- | --- |

**VISA** •••• 6154                                    $7.20

A temporary hold of $7.20 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

You rode with Sunday

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.02 miles | 7 min

■  **02:54pm** | 1 Grove St, San Francisco, CA

■  **03:01pm** | 766 Post St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

| Total | $16.80 |
|---|---|

| Trip fare | $11.80 |
|---|---|

| Subtotal | $11.80 |
|---|---|
| Tip | $5.00 |

**Amount Charged**

VISA •••• 6154                    $16.80

**You rode with Antonio**

Transportation Network Company: Rasier-CA, LLC.

**UberX**    1.69 miles | 12 min

**02:09pm** | 400-450 Golden Gate Ave, San Francisco, CA

**02:21pm** | 265 2nd St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                          $7.40

| | |
|---|---|
| Trip fare | $5.40 |

| | |
|---|---|
| **Subtotal** | **$5.40** |
| Tip | $2.00 |

Amount Charged

**VISA** •••• 6154                                $7.40

You rode with Norm

Transportation Network Company: Rasier-CA, LLC.

**Pool**   0.97 miles | 5 min

**07:51am** | 499 Golden Gate Ave, San Francisco, CA

**07:57am** | 427 Post St, San Francisco, CA

You saved $1.91 by sharing your ride.

share your savings

# Uber

## Thanks for tipping, Albert

Here's your updated Monday afternoon ride receipt.

| Total | $8.41 |
|---|---|

| Trip fare | $7.41 |
|---|---|

| Subtotal | $7.41 |
|---|---|
| Tip | $1.00 |

Amount Charged

**VISA** •••• 6154                                     $8.41

You rode with Alma

Transportation Network Company: Rasier-CA, LLC.

**Pool**   2.38 miles | 16 min

**01:52pm** | 499 Golden Gate Ave, San Francisco, CA

**02:08pm** | 5 The Embarcadero, San Francisco, CA

You saved $5.84 by sharing your ride.

share your savings

# Uber

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

| Total | $11.76 |
|---|---|

| Trip fare | $9.76 |
|---|---|

| Subtotal | $9.76 |
|---|---|
| Tip | $2.00 |

**Amount Charged**

VISA •••• 6154                    $11.76

You rode with Pedro

Transportation Network Company: Rasier-CA, LLC.

**UberX**    1.81 miles | 15 min

**01:47pm** | 455 Golden Gate Ave, San Francisco, CA

**02:02pm** | 201 California St, San Francisco, CA

Uber

Wed, Nov 21, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

| Total | $42.15 |
|---|---|

| Trip fare | $34.22 |
|---|---|

| **Subtotal** | **$34.22** |
|---|---|
| Wait Time | $2.93 |
| Tip | $5.00 |

Amount Charged

**VISA** •••• 6154                                    $42.15

You rode with Dereje

Transportation Network Company: Rasier-CA, LLC.

**UberX**   14.13 miles | 29 min

**08:26am** | 761 Post St, San Francisco, CA

**08:56am** | Terminal 2, San Francisco, CA

Uber

Wed, Nov 28, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday evening ride receipt.

## Total                                             $13.54

---

Trip fare                                            $7.90

---

**Subtotal**                                         **$7.90**

Wait Time                                            $0.64

Tip                                                  $5.00

---

Amount Charged

**VISA** •••• 6154                                   **$13.54**

---

You rode with Andre

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 7 min

■   **09:12pm** | 515 Post St, San Francisco, CA

■   **09:20pm** | 275 2nd St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

## Total                                                                 $9.35

| | |
|---|---|
| Trip fare | $6.35 |

| | |
|---|---|
| **Subtotal** | **$6.35** |
| Tip | $3.00 |

**Amount Charged**

VISA •••• 6154                                                        $6.35

VISA •••• 6154                                                        $3.00

**You rode with Vince (Osmani)**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   0.87 miles | 10 min

**04:28pm** | 1 California St, San Francisco, CA

**04:38pm** | 351 Geary St, San Francisco, CA

You saved $4.48 by sharing your ride.

share your savings

# Uber

Sun, Nov 25, 2018

# Thanks for tipping, Albert

Here's your updated Sunday morning ride receipt.

## Total                                                          $8.39

| | |
|---|---:|
| Trip fare | $5.39 |

| | |
|---|---:|
| **Subtotal** | **$5.39** |
| Tip | $3.00 |

Amount Charged

*VISA* •••• 6154                                                  $5.39

*VISA* •••• 6154                                                  $3.00

**You rode with John**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   3.35 miles | 19 min

**12:02pm** | 2900 Leavenworth St, San Francisco, CA

**12:21pm** | 299 2nd St, San Francisco, CA

You saved $5.37 by sharing your ride.

share your savings

# Uber

Sat, Dec 08, 2018

# Thanks for tipping, Albert

Here's your updated Saturday afternoon ride receipt.

## Total                                                          $12.37

| | |
|---|---|
| Trip fare | $7.37 |

| | |
|---|---|
| **Subtotal** | **$7.37** |
| Tip | $5.00 |

**Amount Charged**

**VISA** •••• 6154                                        $12.37

**You rode with Kaleem**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.94 miles | 30 min

**04:31pm** | 199 Jefferson St, San Francisco, CA

**05:02pm** | 421 Post St, San Francisco, CA

You saved $14.65 by sharing your ride.

share your savings

# Uber

## Thanks for tipping, Albert

Here's your updated Monday morning ride receipt.

| | |
|---|---|
| **Total** | **$10.85** |

| | |
|---|---|
| Trip fare | $7.85 |

| | |
|---|---|
| **Subtotal** | **$7.85** |
| Tip | $3.00 |

**Amount Charged**

**VISA** •••• 6154                                      **$10.85**

You rode with Dagoberto

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.18 miles | 6 min

**06:58am** | 256 Grant Ave, San Francisco, CA

**07:04am** | 550 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

| Total | $8.85 |
|---|---|

| Trip fare | $6.85 |
|---|---|

| Subtotal | $6.85 |
|---|---|
| Tip | $2.00 |

Amount Charged

**VISA** •••• 6154                                         $8.85

You rode with Abdallah

Transportation Network Company: Rasier-CA, LLC.

**UberX**    0.69 miles | 3 min

**07:22am** | 757 Post St, San Francisco, CA

**07:25am** | 501 Turk St, San Francisco, CA

Uber

Mon, Dec 03, 2018

# Thanks for tipping, Albert

Here's your updated Monday morning ride receipt.

## Total                                               $10.17

| | |
|---|---|
| Trip fare | $7.62 |

| | |
|---|---|
| **Subtotal** | **$7.62** |
| Wait Time | $0.55 |
| Tip | $2.00 |

Amount Charged

**VISA** •••• 6154                                  $10.17

You rode with Ahmed

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.89 miles | 4 min

**07:52am** | 350 Powell St, San Francisco, CA

**07:56am** | 500 Turk St, San Francisco, CA

# Uber

Wed, Dec 05, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                               $11.37

| | |
|---|---:|
| Trip fare | $8.37 |

| | |
|---|---:|
| **Subtotal** | **$8.37** |
| Tip | $3.00 |

**Amount Charged**

**VISA** •••• 6154                                    $11.37

You rode with Esau

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 5 min

**07:23am** | 331 Powell St, San Francisco, CA

**07:29am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                                      $13.97

| | |
|---|---:|
| Trip fare | $12.44 |

| | |
|---|---:|
| **Subtotal** | **$12.44** |
| Wait Time | $0.53 |
| Tip | $1.00 |

### Amount Charged

VISA •••• 6154                                          **$13.97**

You rode with Joanne

Transportation Network Company: Rasier-CA, LLC.

**UberX**   2.08 miles | 13 min

**10:07am** | 275 2nd St, San Francisco, CA

**10:20am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Thursday morning ride receipt.

| Total | $15.50 |
|---|---|

| Trip fare | $13.50 |
|---|---|

| Subtotal | $13.50 |
|---|---|
| Tip | $2.00 |

Amount Charged

| *VISA* •••• 6154 | $13.50 |
|---|---|
| *VISA* •••• 6154 | $2.00 |

You rode with Lucas

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.47 miles | 10 min

**07:48am** | 275 2nd St, San Francisco, CA

**07:59am** | 501 Turk St, San Francisco, CA

# Uber

## Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

| Total | $13.22 |
|---|---|

| Trip fare | $8.22 |
|---|---|

| Subtotal | $8.22 |
|---|---|
| Tip | $5.00 |

**Amount Charged**

VISA •••• 6154                                         $13.22

You rode with Maurice

Transportation Network Company: Rasier-CA, LLC.

**UberX**    1.40 miles | 13 min

**07:22am** | 300 Powell St, San Francisco, CA

**07:35am** | 501 Turk St, San Francisco, CA

# Uber

Fri, Dec 07, 2018

# Thanks for tipping, Albert

Here's your updated Friday morning ride receipt.

## Total                                         $11.36

| | |
|---|---|
| Trip fare | $8.36 |

| | |
|---|---|
| **Subtotal** | **$8.36** |
| Tip | $3.00 |

Amount Charged

**VISA** •••• 6154                              **$11.36**

You rode with Mounir

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.93 miles | 5 min

**07:43am** | 233 Geary St, San Francisco, CA

**07:49am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday evening ride receipt.

## Total                                                    $13.12

| | |
|---|---|
| Trip fare | $8.12 |

| | |
|---|---|
| **Subtotal** | **$8.12** |
| Tip | $5.00 |

Amount Charged

**VISA** •••• 6154                                        $13.12

**You rode with Abdusalam**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.49 miles | 14 min

**06:33pm** | 299 2nd St, San Francisco, CA

**06:47pm** | 435 Bush St, San Francisco, CA

Uber

Mon, Dec 03, 2018

# Thanks for tipping, Albert

Here's your updated Monday evening ride receipt.

## Total $6.56

| Trip fare | $5.56 |
|---|---|

| **Subtotal** | **$5.56** |
|---|---|
| Tip | $1.00 |

**Amount Charged**

*VISA* •••• 6154                                           $6.56

**You rode with Valdeone**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   0.92 miles | 7 min

**07:47pm** | 331 Powell St, San Francisco, CA

**07:54pm** | 275 2nd St, San Francisco, CA

You saved $4.93 by sharing your ride.

share your savings

# Uber

# Thanks for tipping, Albert

Here's your updated Tuesday afternoon ride receipt.

| Total | $10.35 |
|---|---|

| Trip fare | $8.35 |
|---|---|

| **Subtotal** | **$8.35** |
|---|---|
| Tip | $2.00 |

**Amount Charged**

**VISA** •••• 6154                                    $10.35

**You rode with Darrin**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.81 miles | 5 min

**03:55pm** | 201 California St, San Francisco, CA

**04:00pm** | 300 Powell St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Tuesday evening ride receipt.

## Total                                             $16.68

| | |
|---|---|
| Trip fare | $13.68 |

| | |
|---|---|
| **Subtotal** | **$13.68** |
| Tip | $3.00 |

Amount Charged

**VISA** •••• 6154                                  $16.68

You rode with Tony

Transportation Network Company: Rasier-CA, LLC.

**UberX**    0.67 miles | 5 min

**07:15pm** | 725 Folsom St, San Francisco, CA

**07:21pm** | 280 Geary St, San Francisco, CA

# Uber

Mon, Dec 03, 2018

# Thanks for tipping, Albert

Here's your updated Monday evening ride receipt.

| Total | $6.32 |
|---|---|

| Trip fare | $5.32 |
|---|---|

| Subtotal | $5.32 |
|---|---|
| Tip | $1.00 |

Amount Charged

**VISA** •••• 6154                                             $6.32

You rode with George

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.42 miles | 8 min

07:59pm | 240 2nd St, San Francisco, CA

08:08pm | 301 Geary St, San Francisco, CA

You saved $3.78 by sharing your ride.

share your savings

# Uber

Sun, Dec 02, 2018

# Thanks for riding, Albert

We hope you enjoyed your ride this evening.

| Total | $37.31 |
|---|---|

| Trip fare | $37.31 |
|---|---|

| Subtotal | **$37.31** |
|---|---|

**VISA** •••• 6154                                                    **$37.31**

A temporary hold of $37.31 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

You rode with Johnny

Transportation Network Company: Rasier-CA, LLC.

**UberX**   14.12 miles | 23 min

**05:50pm** | Terminal 2, San Francisco, CA

**06:14pm** | 421 Post St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                          $10.66

| | |
|---|---|
| Trip fare | $7.66 |

| | |
|---|---|
| **Subtotal** | **$7.66** |
| Tip | $3.00 |

**Amount Charged**

**VISA** •••• 6154                               $10.66

**You rode with Ephraim**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 6 min

**07:04am** | 331 Powell St, San Francisco, CA

**07:10am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

| Total | $11.42 |
|---|---|

| Trip fare | $8.42 |
|---|---|

| Subtotal | $8.42 |
|---|---|
| Tip | $3.00 |

Amount Charged

**VISA** •••• 6154                    $11.42

You rode with kevin

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 5 min

**07:29am** | 300 Powell St, San Francisco, CA

**07:35am** | 503 Turk St, San Francisco, CA

# Uber

Thu, Dec 06, 2018

## Thanks for tipping, Albert

Here's your updated Thursday morning ride receipt.

| Total | $9.87 |
|---|---|

| Trip fare | $7.87 |
|---|---|

| Subtotal | $7.87 |
|---|---|
| Tip | $2.00 |

**Amount Charged**

VISA •••• 6154                                    $9.87

You rode with Michael

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.82 miles | 4 min

**07:18am** | 320 Powell St, San Francisco, CA

**07:22am** | 501 Turk St, San Francisco, CA

# Uber

Tue, Dec 11, 2018

# Thanks for tipping, Albert

Here's your updated Tuesday afternoon ride receipt.

## Total                                                           $13.21

| | |
|---|---|
| Trip fare | $10.20 |

| | |
|---|---|
| **Subtotal** | **$10.20** |
| Wait Time | $0.01 |
| Tip | $3.00 |

## Amount Charged

**VISA** •••• 6154                                          **$13.21**

You rode with Mark

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.08 miles | 12 min

**04:18pm** | 298 Market St, San Francisco, CA

**04:30pm** | 421 Post St, San Francisco, CA

# Uber

Mon, Dec 10, 2018

# Thanks for tipping, Albert

Here's your updated Monday afternoon ride receipt.

## Total                                                            $11.11

Trip fare                                                            $9.11

**Subtotal**                                                        **$9.11**

Tip                                                                  $2.00

Amount Charged

**VISA** •••• 6154                                                  $9.11

**VISA** •••• 6154                                                  $2.00

**You rode with Silvestre**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.89 miles | 9 min

**04:36pm** | Hyatt Regency San Francisco, 5 Embarcadero Center, San Francisco, CA

**04:46pm** | 323 Geary St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

| Total | $37.82 |
|---|---|

| Trip fare | $31.52 |
|---|---|

| Subtotal | $31.52 |
|---|---|
| Tip | $6.30 |

Amount Charged

**VISA** •••• 6154                                    $37.82

You rode with Anup

Transportation Network Company: Rasier-CA, LLC.

**UberX**   13.57 miles | 27 min

**04:05pm** | 275 2nd St, San Francisco, CA

**04:33pm** | 308 Domestic Terminals Departures Level, San Francisco, CA

# Uber

# Thanks for riding, Albert

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$5.39** |

| | |
|---|---|
| Trip fare | $5.39 |

| | |
|---|---|
| **Subtotal** | **$5.39** |

| | |
|---|---|
| **VISA** •••• 6154 | **$5.39** |

A temporary hold of $5.39 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with John**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   3.35 miles | 19 min

**12:02pm** | 2800 Leavenworth St, San Francisco, CA

**12:21pm** | 299 2nd St, San Francisco, CA

You saved $5.37 by sharing your ride.

share your savings

## Your Saturday evening trip with Uber

From:  Uber Receipts (uber.us@uber.com)
To:    albertskim@yahoo.com
Date:  Sunday, November 11, 2018, 3:17 AM GMT

**Uber**

Total: $35.99
Sat, Nov 10, 2018

# Thanks for riding, Albert

We hope you enjoyed your ride
this evening.



# Total                    $35.99

| | |
|---|---|
| Trip fare | $34.11 |
| Subtotal | $34.11 |
| Wait Time ❓ | $1.88 |

**VISA**  •••• 6154  Switch                    $35.99

A temporary hold of $34.11 was placed on your payment method •••• 6154 at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.
Learn More

Download PDF
Download link expires 12/11/18

## Receipt from Cup A Joe Coffeehaus

From:   Cup A Joe Coffeehaus via Square (receipts@messaging.squareup.com)

To:      albertskim@yahoo.com

Date:   Friday, November 16, 2018, 2:12 PM PST

### Cup A Joe Coffeehaus

#### How was your experience?



# $7.45

| | |
|---|---|
| Fresh Squeezed OJ (To Go) | $4.95 |
| Pastry 2.50 | $2.50 |
| **Total** | **$7.45** |
| Cash | $20.00 |
| Change | $12.55 |



Cup A Joe Coffeehaus
896 Sutter Street
San Francisco, CA 94108

415-563-7745

Cash                                   Nov 16 2018 at 2:11 PM

                                         #VOmk

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via Square.
Learn more and update preferences.

© 2018 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX          13.31 mi | 22 min

- 06:54pm
  Courtyard G, San Francisco, CA

- 07:17pm
  757 Post St, San Francisco, CA





## Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: albertk490ue

REPORT LOST ITEM  ›          CONTACT SUPPORT  ›          MY TRIPS  ›

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms