| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐      No ☐ |
|---|---|---|
| 1. CASE NAME In Re Korean Ramen Antitrust Litigation | 2. CASE NUMBER 3:13-cv-04115-WHO | 3. DATE JUDGMENT ENTERED January 11, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (see Attachment 1) |
| 5. NAME OF CLAIMING PARTY Nongshim Co. Ltd. and Nongshim America, Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Tania Rice Squire Patton Boggs (US) LLP, 275 Battery St., Suite 2600, San Francisco CA 94111; (415)743-2565 | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                         (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | 0 | | | | |
| Service of Process, Civil LR 54-3(a)(2) | 0 | | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $10,901.80 | Declaration of Tania Rice, ¶ 3, Ex. A | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | 0 | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | 0 | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $130,136.17 | Declaration of Tania Rice, ¶ 4, Ex. B, B1, B2, B3, B4 | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $11,151.86 | Declaration of Tania Rice, ¶ 4, Ex. B, B1, B2, B3, B4 | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $3,062.00 | Declaration of Tania Rice, ¶ 4, Ex. B, B1, B2, B3, B4 | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | 0 | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $10,798.30 | Declaration of Tania Rice, ¶ 5, Ex. C | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | 0 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $87,104.33 | Declaration of Tania Rice, ¶ 10, Ex. G | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $8,661.95 | Declaration of Jae Yoo, Ex. E; Declaration of Byung Chul Park, Ex. F; Declaration of Tania Rice, ¶ 9. | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | 0 | | | | |
| Court-appointed experts, 28 USC § 1920(6) | 0 | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $56,795.15 | Declaration of Tania Rice, ¶¶ 6-8, Exs. D, D-1, and D-2 | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $318,611.56 | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**
SIGNATURE:                                  ,  DATE: Feb. 15, 2019

11. Costs are taxed in the amount of                           and included in the judgment.

Susan Y. Soong
Clerk of Court

BY:                           , Deputy Clerk        DATE:

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME , CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Sun Ho Kim, Rancho Cucamonga, California | | | 3 | $418.73 | airfare/taxi | $590.14 | $1,008.87 |
| Sunny Kim, Rancho Cucamonga, California | | | 3 | $494 | airfare/taxi | $358.94 | $852.94 |
| Young Lee, Rancho Cucamonga, California | | | 2 | $260.28 | airfare | $358.60 | $618.88 |
| Hak Sung Kim, Seoul, Korea | | | 3 | $692.13 | airfare/taxi | $1,385.31 | $2,077.44 |
| Byung Chul Park, Seoul, Korea | | | 3 | $641.79 | airfare/taxi | $1,385.31 | $2,027.10 |
| Bo Gyoo Kim, Seoul, Korea | | | 3 | $691.41 | airfare | $1,385.31 | $2,076.72 |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | $8,661.95 |

Attachment 1

Indirect Purchaser Plaintiffs:
Eleanor Pelobello
Christina Nguyen
Anthony An
Charles Chung,
Kenny Kang
Ji Choi
Joyce Beamer
Yim Ha Noble
Thu-Thuy Nguyen
The following certified class that they represent:
> All persons and entities that purchased "Korean Ramen Noodles" in Arizona, California, Florida, Hawaii, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Tennessee, Utah, Vermont, West Virginia, and Wisconsin, and the District of Columbia for their own use and not for resale, from March 1, 2003 through January 31, 2010. For purposes of this definition, "Korean Ramen Noodles" means Nongshim, Ottogi and Samyang branded bag, cup or bowl ramen, including fried, dried, fresh and frozen noodle products. Specifically excluded from this class are any Defendant; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded are the judicial officers to whom this case is assigned and any member of such judicial officers' immediate family.

Direct Purchaser Plaintiffs:
Rockman Company (USA), Inc.
Pacific Groservice, Inc. d/b/a Pitco Foods
The Plaza Market
Summit Import Corp.
The following certified class that they represent:
> All persons and entities in the United States and its territories who purchased Korean Noodles directly from Defendants Nong Shim Co., Ltd., Nongshim America, Inc., Ottogi Co., Ltd., or Ottogi America, Inc. at any time from March 1, 2003 through January 31, 2010. The Class excludes the Defendants Samyang Foods Co., Ltd., Samyang (USA), Inc., Korea Yakult, Co., Ltd., Paldo Co., Ltd. and any of their current or former parents, subsidiaries or affiliates. The Class also excludes all judicial officers presiding over this action and their immediate family members and staff, and any juror assigned to this action.