

EXHIBIT A

**United States District Court**
**California Northern District**

Date: 12/21/2018
Invoice Number: 201800199
Re: In Re Korean Ramne

To:

Mark C. Dosker
**Squire Patton Boggs (US) LLP**
275 Battery Street
Suite 2600
San Francisco, California, 94111
**Phone:** (415) 954-0200
**Email:** mark.dosker@squirepb.com

Make Checks Payable To:

Debra Pas, CRR
**Official US Court Reporter**
450 Golden Gate Avenue
Suite 16-8796
San Francisco, California, 94102
**Phone:** (415) 431-1477
**Email:** Debra_Pas@cand.uscourts.gov

Case Details:

**Case Number:** C 13-4115 WHO
**Case Title:** In Re vs. Korean Ramen Antitrust Litigation
**Case Description:** Daily/Realtime Trial Transcripts - costs split between parties - Vicki Eastvold will invoice separately
**Criminal or Civil:** Criminal

**Proceeding Date:** Nov 13, 2018
**Judge Hearing Case:** William H. Orrick

Transcripts:

**Date Ordered:** Nov 13, 2018
**Date Delivered:** Dec 17, 2018

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 812 | $6.05 | $4,912.60 |
| Daily 1st Copy | 1624 | $1.20 | $1,948.80 |
| Daily 2nd Copy | 812 | $0.90 | $730.80 |
| Realtime Original | 1576 | $2.10 | $3,309.60 |

**Total:** $10,901.80
**Amount of Deposit:** $3,048.75
**Paid Amount:** $9,146.25
**Refund Amount:** $1,293.20

**Amount Due:** $0.00

Notes

CERTIFICATION: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*/s/ Debra Pas*

**United States District Court**
**Northern District of California**

Date: 12/21/2018
Invoice Number: 201800169
Re: In Re: Korean Ramen Litigation

To:

**Mr. Mark C. Dosker**
Squire Patton Boggs (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA, 94111
Email: mark.dosker@squirepb.com
**Assistant's Name:** John Belfiore
**Assistant's Email:** john.belfiore@squirepb.com

Make Checks Payable To:

**Vicki Eastvold**
**Official US Court Reporter**
EIN / Tax ID: 46-0896830
United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA, 94102
**Phone:** (218) 355-8781
**Email:** vicki_eastvold@cand.uscourts.gov

## Case Details:

**Case Number:** CV 13-4115
**Case Title:**
**Case Description:**
**Criminal or Civil:** Civil

**Proceeding Date:** Nov 13, 2018
**Courthouse:** San Francisco
**Judge Hearing Case:** William H. Orrick

## Transcripts:

**Date Ordered:** Nov 13, 2018
**Date Delivered:** Dec 17, 2018
**Transcripts Requested By:** Mark C. Dosker

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 812 | $6.05 | $4,912.60 |
| Daily 1st Copy | 1624 | $1.20 | $1,948.80 |
| Daily 2nd Copy | 812 | $0.90 | $730.80 |
| Realtime Original | 1576 | $2.10 | $3,309.60 |

**Total:** $10,901.80
**Amount of Deposit:** $12,195.00
**Refund Amount:** $1,293.20

## Amount Due: $0.00

## Notes

CERTIFICATION. I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

*/s/ Vicki Eastvold*