# EXHIBIT C



*When it really matters.*

October 25, 2016

Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea

Re: NSK

Client:   009688
Inv. No.: 2077138

---

For Professional Services:  February 1 through February 29, 2016

| Current Charges: | Hours | Amount |
|---|---:|---:|
| Consulting | 55.10 | 15,152,500 |
| **Total Hours & Fees** | **55.10** | **15,152,500** |
| EDiscovery Processing & Hosting | | 4,013,600 |
| Expenses | | 597,344 |
| V.A.T. | | 1,976,344 |
| **Total Amount Due** | | **KRW   21,739,788** |
| **Total Amount Due** (Based on .0009 conversion rate as of 4/24/16) | | **USD       19,565.81** |

Please reference the invoice number noted above on any payment remittance.  Thank You.

**Send check remittance to:**
AlixPartners International Inc. Korea Branch
P.O. Box 5838
Carol Stream, IL 60197-5838

**If Remitting in any Currency:**
Account Name:  AlixPartners International Inc. Korea Branch
Account Number:  0045971-30-0
Bank Name:  Deutsche Bank AG Seoul Branch
SWIFT: DEUTKRESEXXX

AlixPartners International, Inc., Korea Branch  |  21 F Seoul Finance Center   |  136 Sejong-daero, Jung-gu  |  Seoul, 100-768, Korea
+82 2 3782 4540  |  +82 2 3782 4548 fax  |  www.alixpartners.com


When it really matters.

Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea

| Invoice # | 2077138-2 |
|---|---|
| Task Description: | NSK Extraordinary Issue Consulting |
| Client/Matter # | 009688.00003 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Redacted | |
| 02/05/16 | KKN | Green: QC of Non-processable items. Tag printable unknown file for manual imaging. Generate reports for error files which includes non-printable, password protected, corrupted, proprietary system files. Identify items with improper extensions. Setup templates for rush productions. | 5.30 |
| Redacted | | | |
| 02/06/16 | KKN | Green: QC of Non-processable items. Tag printable unknown file for manual imaging. Generate reports for error files which includes non-printable, password protected, corrupted, proprietary system files. Identify items with improper extensions. Setup templates for rush productions. | 6.30 |
| Redacted | | | |
| 02/07/16 | KRL | Arrange shipment logistics for productions at the request of counsel. Prepare and QC productions at the request of counsel. Modify and run keyword searches at the request of counsel. Create saved searches of Hot Bad documents at the request of counsel. Promote documents at the request of counsel. | 4.00 |
| 02/07/16 | KKN | Green: QC of Non-processable items. Tag printable unknown file for manual imaging. Generate reports for error files which includes non-printable, password protected, corrupted, proprietary system files. Identify items with improper extensions. Setup templates for rush productions. | 4.30 |
| Redacted | | | |
| 02/08/16 | KKN | Green: Reproduce production with privileged items removed. Clear production fields within Relativity and generate reports for new set. | 2.30 |
| 02/08/16 | KRL | Re-do NSK003 production at the request of counsel. QC productions at the request of counsel. | 1.40 |



Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea


Invoice #            2077138-2

Task Description:    NSK Extraordinary Issue Consulting
Client/Matter #      009688.00003

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Redacted | |
| | | **Total Hours** | **55.10** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com


*When it really matters.*

Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea

Invoice #                2077138-2

Task Description:        NSK Extraordinary Issue Consulting
Client/Matter #          009688.00003

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Kenneth R Lee | 16.90 | 275,000.00 | 4,647,500.00 |
| David Kang | 12.00 | 275,000.00 | 3,300,000.00 |
| JongMin Lim | 6.00 | 275,000.00 | 1,650,000.00 |
| Alex Lancina | 2.00 | 275,000.00 | 550,000.00 |
| Khang K Nguyen | 18.20 | 275,000.00 | 5,005,000.00 |
| **Total Hours & Fees** | **55.10** | | **15,152,500.00** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com



Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea

Invoice #              2077138-2

Task Description:      NSK Extraordinary Issue Consulting
Client/Matter #        009688.00003

| Date | Disbursement Description | Amount |
|---|---|---|



|  |  | Total Disbursements | 597,344.47 |

AlixPartners International, Inc., Korea Branch  |  21 F Seoul Finance Center  |  136 Sejong-daero, Jung-gu  |  Seoul, 100-768, Korea
+82 2 3782 4540  |  +82 2 3782 4548 fax  |  www.alixpartners.com



*When it really matters.*

Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea

Invoice #                     2077138-2

Task Description:     NSK Extraordinary Issue Consulting
Client/Matter #        009688.00003

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Conference Calls | 48,442.19 |
| Postage/Messenger/Courier | 423,102.28 |
| Supplies | 125,800.00 |
| **Total Disbursements** | **597,344.47** |



Foreign Legal Consultant Office
Squire Patton Boggs (US) LLP
18F, Ferrum Tower
19,, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea


Invoice #            2077138-3

Task Description:    NSK Processing & Hosting
Client/Matter #      009688.00004


| Data Management Fees | | | |
|---|---|---|---|
| **Service Description** | **Units** | **Per Unit Cost** | **Total** |
| Data Processing and ECA Review (GB) | 0.0 | 100,000.00 | 0.00 |
| Relativity Analytics (GB) | 0.4 | 150,000.00 | 60,000.00 |
| Hosting Fees (GB) | 282.4 | 14,000.00 | 3,953,600.00 |
| User Fees | 37 | 0.00 | 0.00 |
| Production Media | 0 | at cost | 0.00 |
| **Total** | | | **4,013,600.00** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com



October 25, 2016

Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730


Re:  NSA


Client:    009688
Inv. No.:  2077169

---

For Professional Services:  February 1 through February 29, 2016

| **Current Charges:** | Hours | Amount |
|---|---:|---:|
| Consulting | 27.70 | 7,617,500.00 |
| **Total Hours & Fees** | **27.70** | 7,617,500.00 |
| | | |
| EDiscovery Processing & Hosting | | 14,658,600.00 |
| Expenses | | 642,204.08 |
| **Total Amount Due** | | **KRW22,918,304.08** |
| **Total Amount Due** (Based on .00079 conversion rate as of 2/29/16) | | **USD   18,105.46** |


Please reference the invoice number noted above on any payment remittance.  Thank You.

| **Send check remittance to:** | **If Remitting in any Currency:** |
|---|---|
| AlixPartners International Inc. Korea Branch | Account Name:  AlixPartners International Inc. Korea Branch |
| P.O. Box 5838 | Account Number:  0045971-30-0 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank AG Seoul Branch |
| | SWIFT: DEUTKRESEXXX |

AlixPartners International, Inc., Korea Branch  |  21 F Seoul Finance Center  |  136 Sejong-daero, Jung-gu  |  Seoul, 100-768, Korea
+82 2 3782 4540  |  +82 2 3782 4548 fax  |  www.alixpartners.com



Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #              2077169-2

Task Description:      NSA Extraordinary Issue Consulting
Client/Matter #        009688.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| Redacted | | | |
| 02/05/16 | KRL | QC production population at the request of counsel. | 0.50 |
| 02/06/16 | KKN | Green: QC of Non-processable items. Tag printable unknown file for manual imaging. Generate reports for error files which includes non-printable, password protected, corrupted, proprietary system files. Identify items with improper extensions. Setup templates for rush productions. | 7.50 |
| 02/06/16 | KRL | Send production status updates at the request of counsel. QC productions. Arrange for Sunday shipment. | 4.00 |
| 02/07/16 | KRL | Arrange shipment logistics for productions at the request of counsel. Prepare and QC productions at the request of counsel. | 1.50 |
| Redacted | | | |
| 02/07/16 | KKN | Green: QC of Non-processable items. Tag printable unknown file for manual imaging. Generate reports for error files which includes non-printable, password protected, corrupted, proprietary system files. Identify items with improper extensions. Setup templates for rush productions. | 5.90 |
| Redacted | | | |
| 02/24/16 | KRL | Review and QC production population at the request of counsel. Discuss redacted document production specifications at the request of counsel. Create custodian saved search at the request of counsel. | 0.60 |
| 02/25/16 | KRL | Discuss redacted document production specifications at the request | 0.30 |





Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #            2077169-2

Task Description:    NSA Extraordinary Issue Consulting
Client/Matter #      009688.00007

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
|      |            | of counsel.            |       |
|      |            | Redacted               |       |

Total Hours    27.70



*When it really matters.*

Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #               2077169-2

Task Description:       NSA Extraordinary Issue Consulting
Client/Matter #         009688.00007

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kenneth R Lee | 12.30 | 275,000.00 | 3,382,500.00 |
| Alex Lancina | 2.00 | 275,000.00 | 550,000.00 |
| Khang K Nguyen | 13.40 | 275,000.00 | 3,685,000.00 |
| **Total Hours & Fees** | **27.70** | | **7,617,500.00** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com



*When it really matters.*

Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #            2077169-2

Task Description:   NSA Extraordinary Issue Consulting
Client/Matter #     009688.00007

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| Redacted | | |

**Total Disbursements**      **642,204.08**

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com



Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #                2077169-2

Task Description:        NSA Extraordinary Issue Consulting
Client/Matter #          009688.00007

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Redacted | |
| **Total Disbursements** | **642,204.08** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com



Nongshim America, Inc.
12155 Sixth Street
Rancho Cucamonga, CA 91730

Invoice #             2077169-3

Task Description:    NSA Processing & Hosting
Client/Matter #      009688.00008

| Data Management Fees | | | |
|---|---|---|---|
| **Service Description** | **Units** | **Per Unit Cost** | **Total** |
| Data Processing and ECA Review (GB) | 92.7 | 100,000.00 | 9,270,000.00 |
| Relativity Analytics (GB) | 0.4 | 150,000.00 | 60,000.00 |
| Collected Media | 5.0 | 275,000.00 | 1,375,000.00 |
| Hosting Fees (GB) | 282.4 | 14,000.00 | 3,953,600.00 |
| User Fees | 37 | 0.00 | 0.00 |
| Productions Media | 0 | at cost | 0.00 |
| **Total** | | | **14,658,600.00** |

AlixPartners International, Inc., Korea Branch | 21 F Seoul Finance Center | 136 Sejong-daero, Jung-gu | Seoul, 100-768, Korea
+82 2 3782 4540 | +82 2 3782 4548 fax | www.alixpartners.com