EXHIBIT D

# AccessLink, LLC.

440 Louisiana Street, Suite 900
Houston, TX 77002

Telephone 1.202.679.9776

| INVOICE NO. 17850 | 2019-01-22 |
|---|---|

| TO | DESCRIPTION | REMARKS |
|---|---|---|
| Mr. Edward G. Kim, Esq.<br>Squire Patton Boggs LLP<br>19 Euljiro 5 gil 18F Ferrum Tower<br>Seoul, Korea 100-210<br>Tel +82 02 6353 8350<br><br>ed.kim@squirepb.com | Korean Ramen Antitrust Litigation<br>Case 13-CV-04115 | Nongshim's portion of fees & expenses as per the request of Squire Patton Boggs. See the attached spreadsheet for calculations. This is a supplement to the previously provided spreadsheet and invoice (addressed to Ottogi/Gibson for convenience). Thank you. |

| DESCRIPTION | COST | TOTAL |
|---|---|---|
| Total Due | | $43,052.07 |

Remittance due via ACH transfer per prior agreement (details below).

TOTAL **$43,052.07**

**\*\*\* Wire Transfer Instructions\*\*\***

Bank Name:        Wells Fargo Bank, N.A.

Bank Address:     1899 W. Malvern Avenue, Suite 7C-1, Fullerton, CA

Bank Branch:      Amerige Heights Office     BANK COUNTRY:  USA

SWIFT Code:       WFBIUS6S

Bank Key:         121000248     (Bank Code and the Bank Branch Code)

Bank Account. No: 1838185534

Account Holder:   AccessLink, LLC.

Address:          440 Louisiana Street, Suite 110, Houston, TX 77002 USA

Korean Ramen Litigation
Albert S. Kim
Fees Expenses

Apportionment Per Party
Jan. 22, 2019

| Party | Deposition Services As Apportioned | Trial Services | Translation Hearing / Review & Revision | Jong-Moon Yui Transcript | Expenses for A. Kim | Respective Portions | Previous Payment | Total Due Each Party |
|---|---|---|---|---|---|---|---|---|
| Category Total --> | $ 84,852.00 | $ 52,200.00 | $ 99,618.75 | $ 39,375.00 | $ 20,389.54 | $ 296,435.29 | | |
| DP | $ 26,193.75 | $ 13,050.00 | $ 24,904.69 | $ 19,687.50 | $ 5,097.39 | $ 88,933.32 | | $ 88,933.32 |
| IDP | $ 26,193.75 | $ 13,050.00 | $ 24,904.69 | $ 19,687.50 | $ 5,097.39 | $ 88,933.32 | | $ 88,933.32 |
| Nongshim | $ 16,631.25 | $ 13,050.00 | $ 24,904.69 | $ - | $ 5,097.39 | $ 59,683.32 | $ -16,631.25 | $ 43,052.07 |
| Ottogi | $ 15,806.25 | $ 13,050.00 | $ 24,904.69 | $ - | $ 5,097.39 | $ 58,858.32 | | $ 58,858.32 |
| Total | $ 84,825.00 | $ 52,200.00 | $ 99,618.75 | $ 39,375.00 | $ 20,389.54 | $ 296,408.29 | | $ 279,777.04 |

# AccessLink, LLC.

440 Louisiana Street, Suite 900
Houston, TX 77002

Telephone 1.202.679.9776

| INVOICE NO. 17842 | 2019-01-08 |
|---|---|

| TO | DESCRIPTION | REMARKS |
|---|---|---|
| Ms. Minae Yu, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue, Los Angeles, CA 90071-3197<br>Tel +1 213.229.7910<br>Fax +1 213.229.6910<br>MYu@gibsondunn.com | Korean Ramen Antitrust Litigation<br>Case 13-CV-04115 | Total Fees & Expenses for Services Rendered. (See attached receipts and tally of expenses and details of hours expended. Loose receipts to follow upon completion of scanning). |

| DESCRIPTION | COST | TOTAL |
|---|---|---|
| Total Due | | $279,777.04 |

See attachments for precise breakdown.

Remittance due via ACH transfer per prior agreement (details below).

| | TOTAL | **$ 279,777.04** |
|---|---|---|

### *** Wire Transfer Instructions***

| | |
|---|---|
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 1899 W. Malvern Avenue, Suite 7C-1, Fullerton, CA |
| Bank Branch: | Amerige Heights Office     BANK COUNTRY:  USA |
| SWIFT Code: | WFBIUS6S |
| Bank Key: | 121000248   (Bank Code and the Bank Branch Code) |
| Bank Account. No: | 1838185534 |
| Account Holder: | AccessLink, LLC. |
| Address: | 440 Louisiana Street, Suite 110, Houston, TX 77002 USA |

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Name (as shown on your income tax return)**

**Business name, if different from above**
AccessLink, LLC.

**Check appropriate box:** ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .P.....
☐ Other (see instructions) ▶

☐ Exempt payee

**Address (number, street, and apt. or suite no.)**
440 Louisiana Street, Suite 900

**Requester's name and address (optional)**

**City, state, and ZIP code**
Houston, TX 77002

**List account number(s) here (optional)**

Print or type
See **Specific Instructions** on page 2.

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**or**

**Employer identification number**
26 : 3919936

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   **Signature of U.S. person ▶**   President/CEO Albert S. Kim   **Date ▶**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

### Standard Retention Agreement

This agreement entered into by and between *"AccessLink, LLC.,"* an Applied Linguistics, Inc. company, representing the services of *Mr. Albert S. Kim and select colleagues,* to the extent required (hereinafter collectively, "Interpreter"); <u>and</u> *Nongshim Co. Ltd., Nongshim America Inc., Ottogi Co. Ltd and Ottogi America, Inc.* (hereinafter collectively, *"Ramen Clients"* ) , c/o Edward G. Kim of Squire Patton Boggs (US) LLP ("Squire") , in a case entitled, *In Re: Korean Ramen Antitrust Litigation,* Case No. 13-cv-04115 (United States District Court for the Northern District of California).

1.    **Scope of Services:**  Ramen Clients hereby agree to retain the services of Interpreter, through AccessLink, LLC., for interpretation services in the above-referenced matter. Other services may be added by way of a written email memorandum between/among the parties.

2.    **Fees & Overtime:**  Interpreter shall charge a minimum of eight-hours per day for *each day of assignment* and for *all* assignments at the previously established rate of $225.00 per hour. Such charges shall apply to all waiting time (including lunch) and "down-days (aka, "Bridge-days," in the industry)," where a "down-day" is defined as such a day on which no proceeding is held and/or testimony is taken, irrespective of whether such is due to the non-appearance by, or unavailability of, a witness; cancellation of an existing schedule; or any other exigency. Any "overtime" (defined as work lasting more than eight-hours) shall be billed at "straight-time," i.e., at $225.00 per hour, at thirty-minute increments *rounded up.*  Interpreter *waives* the deposit requirement / upfront retainer in this matter as a courtesy.

3.    **Payment Term:**  Net 30.  Interpreter requires all payment to be remitted via wire transfer (ACH or SWIFT), based on Interpreter's invoice submission date.  Ramen Clients agree that Interpreter shall invoice Ramen Clients c/o Squire on a monthly basis, given the protracted assignment and multiple Ramen Clients.

4.    **Charges for Time in Transit:**  All transit time shall be subject to charge at the same rate as above. Time charges for all *overseas* travel shall be capped at eight-hours per leg (e.g., a total of "16 hours" for a round-trip journey between the United States and Korea), *barring exigencies* giving rise to reasonable, *additional* billable time. Travel *within the contiguous* United States shall also generally be capped at eight-hours per leg (i.e., 16-hours per round-trip travel), to and fro. For travel between Northern and Southern California, Interpreter agrees to charge four-hours per leg (i.e., eight-hours per round-trip excursion), as a courtesy.

5.    **Travel & Logistics:**  Ramen Clients agree to provide Interpreter with prepaid fully changeable round-trip air tickets for any travel required in behalf of the matter. Class of travel for *all international travel* by Interpreter shall be by Business Class or higher on major, regularly scheduled airlines, e.g., Korean Air and/or Asiana Airlines. For travel *within* the contiguous United States, Coach/Economy class is acceptable, provided that such is via a "direct flight," or a flight involving no more than one stopover. Interpreter shall be flown Business Class, or otherwise be entitled to a paid-upgrade, subject to reimbursement, if required to travel in Ramen Clients' behalf via a "Red Eye flight," or should the excursion involve multiple stops/destinations).

6.    **Preparation Time & Material:**  Ramen Clients agree to provide Interpreter any materials and information, *to the extent practicable,* for Interpreter' preparation in advance. Interpreter shall keep confidential and treat as privileged any and all material so provided, in

compliance with any applicable protective order(s) and professional standards governing such matters. Only in the event Interpreter ends of having to conduct additional, *extraordinary* preparation and/or studying (i.e., beyond reading up on general case materials and/or prior testimony), such shall be subject to "additional" time charges, but only to the extent such is reasonably believed necessary and warranted, and provided that Interpreter notify and obtain the consent of Ramen Clients from Squire in writing.

7.     **Hotel Costs via "Third-Party Payment Authorization," Plus Other Costs & Expenses:** As indicated above, Ramen Clients agree that Squire shall to set up for them a "Direct Bill All" (i.e., Master Account) with the hotel *in advance* of check-in by Interpreter to settle *all hotel charges* associated with Interpreter' stay, *including any and all "incidentals,"* for each and every stay by Interpreter. The applicable period(s) shall be specified and or adjusted via email memorandum between Squire and Interpreter.

8.     **Engagement Period:** At the present moment, the contemplated days of assignment are from February 15, 2016 through February 19, 2016 and on such days thereafter as may be agreed upon. The parties may, based on mutual agreement, amend these dates and/or add additional dates via email memorandum.

9.     **Cancellation Policy:** Any schedule change and/or cancellation shall be subject to charge of a cancellation/change fee by Interpreter, as per the following:

> With less than *seven* calendar days' notice:  100% of the time as reserved (includes any contemplated and planned transit days);

> With notice between *eight to fourteen* calendar days' notice:  50% of the time as reserved, *not* including the contemplated transit days;

> With *more* than *fifteen* calendar days' notice:  No charge for cancellation or change.

10.  **Payment Responsibility:**  Interpreter acknowledges that the Ramen Clients may split the fees and costs of certain services to be provided hereunder with other parties.  Such shall be subject to Interpreter's prior consent in writing, Interpreter having received prior written notice from Ramen Clients as to such cost sharing. Ramen Clients and such other parties agree to aggregate and directly remit via international wire transfer timely payment in full in US dollars, in response to each invoice submitted by Interpreter, net of any bank fees, withholdings, excises, or taxes.

Page 3 of 3
AccessLink, LLC
February 8, 2016

*******************************

We the parties do hereby agree to the above terms and conditions.

_____
Albert S. Kim, President/CEO

8 February 2016
Date

AccessLink, LLC.
440 Louisiana Street, Suite 900
Houston, TX  77002-5096
1.202.679.9776 Mobile
E-Mail:  albertskim@yahoo.com

_____
Edward G. Kim, as Authorized Representative for
  Nongshim Co. Ltd, Nongshim America, Inc.,
  Ottogi Co, Ltd. and Ottogi America, Inc

8 February 2016
Date

Nongshim Co. Ltd, Nongshim America,  Inc.,
Ottogi Co, Ltd. and Ottogi America, Inc.
c/o Edward G. Kim
Squire Patton Boggs (US) LLP
Foreign Legal Consultant Office
18F, Ferrum Tower19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea
Direct:   +82 2 6353 8357
Main:    +82 2 6353 8350
E-Mail:  ed.kim@squirepb.com

_____
AccessLink, LLC.
Standard Retainer Agreement.

2019-01-08

Details for Trial Hours and Expenses on Other Sheets

Billable Hours for Albert S. Kim

| Date | Day of Week | Client / Matter | Description | Hours | Cum. Total | Remarks | Rate | Fees | Cum. Total |
|---|---|---|---|---|---|---|---|---|---|
| 05-08-2017 | Monday | Per Inv. 16574 | J.M. Yui transcript as submitted to and ack'd by S. Cho on May 6, 2017 | 175.00 | 175.00 | See attached Inv. | $225.00 | $39,375.00 | $39,375.00 |
| 01/15/2018 | Monday | Ramen Matter | Time in Transit from ICN - YVR -SFO via AC64 and AC566 | 8.00 | 183.00 | Via Vancouver | $225.00 | $1,800.00 | $41,175.00 |
| 01/16/2018 | Tuesday | Ramen Matter | Half-day charge: Acclimation Day | 4.00 | 187.00 | SFO CA | $225.00 | $900.00 | $42,075.00 |
| 01/16/2018 | Tuesday | Ramen Matter | Hearing with parties @ GDC-SFO ("Translation Court"); Binding Rulings by AK | 8.00 | 195.00 | GDC SFO | $225.00 | $1,800.00 | $43,875.00 |
| 01/17/2018 | Wednesday | Ramen Matter | Hearing with parties @ GDC-SFO ("Translation Court"); Binding Rulings by AK | 8.00 | 203.00 | GDC SFO | $225.00 | $1,800.00 | $45,675.00 |
| 01/18/2018 | Thursday | Ramen Matter | Hearing with parties @ GDC-SFO ("Translation Court") | 8.00 | 211.00 | Via Vancouver | $225.00 | $1,800.00 | $47,475.00 |
| 01/31/2018 | Wednesday | Ramen Matter | Ultimate Departure Date (return to Korea after "translation court") | 5.75 | 216.75 | Seoul, Korea | $225.00 | $1,293.75 | $48,768.75 |
| 02/13/2018 | Tuesday | Ramen Matter | Translation and analysis of S. Cho email, etc. (interaction with parties) | 9.00 | 225.75 | GD&C, Los Angeles | $225.00 | $2,025.00 | $50,793.75 |
| 02/14/2018 | Wednesday | Ramen Matter | Deposition of Hwang Dong-Kyu (Ms. Hyon K. Ro/[Lee ALBERT]; Sunny Lee(GDC)] | 10.00 | 235.75 | GD&C, Los Angeles | $225.00 | $2,250.00 | $53,043.75 |
| 02/16/2018 | Friday | Ramen Matter | Depositions of David LEE and Dong Soo LIM (Hyon K. Ro; Sunny Lee) | 10.25 | 246.00 | Seoul, Korea | $225.00 | $2,306.25 | $55,350.00 |
| 02/22/2018 | Thursday | Ramen Matter | Conference Call with Parties: Mike Ha (?) in attendance. | 1.00 | 247.00 | Seoul, Korea | $225.00 | $225.00 | $55,575.00 |
| 03/21/2018 | Wednesday | Ramen Matter | Admin. Hours (email instructions from S. Cho in re parties' discussion, etc.) | 1.25 | 248.25 | Seoul, Korea | $225.00 | $281.25 | $55,856.25 |
| 03/28/2018 | Wednesday | Ramen Matter | Admin and analysis of parties instructions (Cf. M. Yu email of same date) | 0.50 | 248.75 | Seoul, Korea | $225.00 | $112.50 | $55,968.75 |
| 04/16/2018 | Monday | Ramen Matter | Conference Call with Parties at 10 a.m. Korea Time; exact duration uncertain | 112.00 | 360.75 | Seoul, Korea | $225.00 | $25,200.00 | $81,168.75 |
| 07/11/2018 | Wednesday | Ramen Matter | Time spent on translation (2 weeks), averaging 8 hours/day | 8.75 | 369.50 | Seoul, Korea | $225.00 | $1,968.75 | $83,137.50 |
| 08/06/2018 | Monday | Ramen Matter | Translation hours: No. 9 and No. 14 (Korean news articles, etc.), RNA1410T, etc. | 0.75 | 370.25 | Seoul, Korea | $225.00 | $168.75 | $83,306.25 |
| 08/14/2018 | Tuesday | Ramen Matter | Analysis of updated instructions per S. Cho (new list of full translation requests) | 1.00 | 371.25 | Seoul, Korea | $225.00 | $225.00 | $83,531.25 |
| 08/18/2018 | Saturday | Ramen Matter | Conference Call with Parties: 8 a.m. - 9 a.m. Korea | 1.25 | 372.50 | Seoul, Korea | $225.00 | $281.25 | $83,812.50 |
| 08/28/2018 | Tuesday | Ramen Matter | Conference Call with Parties: 9 a.m. - 10:15 am Korea | 0.25 | 372.75 | Seoul, Korea | $225.00 | $56.25 | $83,868.75 |
| 09/01/2018 | Saturday | Ramen Matter | Conference Call with Parties: 9 a.m. - 9:21 a.m. (15 mins) | 168.00 | 540.75 | Seoul, Korea | $225.00 | $37,800.00 | $121,668.75 |
| 09/07/2018 | Friday | Ramen Matter | Tran. No. 9, July 21 - Sep 8 (Cf. email and file); average of 6 hours/day x 35 days | 0.50 | 541.25 | Seoul, Korea | $225.00 | $112.50 | $121,781.25 |
| 09/08/2018 | Saturday | Ramen Matter | Weekly Conference call from 9 a.m. - 9:35 a.m., Korea | 0.25 | 541.50 | Seoul, Korea | $225.00 | $56.25 | $121,837.50 |
| 09/14/2018 | Friday | Ramen Matter | Weekly Conference call from 10:30 a.m. - 10:45 a.m., Korea. | 21.50 | 563.00 | Seoul, Korea | $225.00 | $4,837.50 | $126,675.00 |
| 09/24/2018 | Monday | Ramen Matter | Completion of major file in re Ramen (No. 2) | 0.75 | 563.75 | Seoul, Korea | $225.00 | $168.75 | $126,843.75 |
| 10/06/2018 | Saturday | Ramen Matter | Conference Call with Parties | 1.00 | 564.75 | Seoul, Korea | $225.00 | $225.00 | $127,068.75 |
| 10/13/2018 | Saturday | Ramen Matter | Conference Call with Parties (concerning inadvertently left-out portions in No.9) | 5.50 | 570.25 | Seoul, Korea | $225.00 | $1,237.50 | $128,306.25 |
| 10/19/2018 | Friday | Ramen Matter | Translation and ruling in re No. 3 (see email of 10-19-2018) | 1.25 | 571.50 | Seoul, Korea | $225.00 | $281.25 | $128,587.50 |
| 10/26/2018 | Wednesday | Ramen Matter | Discussions, emails, etc., with the parties on Oct. 23, 2018 (esp. in re SHD 3117) | 7.50 | 579.00 | Seoul, Korea | $225.00 | $1,687.50 | $130,275.00 |
| 10/24/2018 | Wednesday | Ramen Matter | Time spent on No. 8, etc. (Cf. email of Oct. 24, 2018 to and with the parties). | 1.00 | 580.00 | Seoul, Korea | $225.00 | $225.00 | $130,500.00 |
| 10/25/2018 | Thursday | Ramen Matter | Conference Call with Parties | 0.50 | 580.50 | Seoul, Korea | $225.00 | $112.50 | $130,612.50 |
| 10/25/2018 | Thursday | Ramen Matter | Post-conference call email by AK in re SHD0000003117, etc. | 1.50 | 582.00 | Seoul, Korea | $225.00 | $337.50 | $130,950.00 |
| 10/26/2018 | Friday | Ramen Matter | Interaction with parties in re translation of 준비 등, etc; see email of 10/26/18 | 9.25 | 591.25 | London, UK | $225.00 | $2,081.25 | $133,031.25 |
| 10/28/2018 | Sunday | Ramen Matter | Due diligence and RULING in re Kyejang (계장, relative to 대표) | 4.50 | 595.75 | London, UK | $225.00 | $1,012.50 | $134,043.75 |
| 11/01/2018 | Thursday | Ramen Matter | Translation of No. 10 ("twosiés" 18182)..........The Last of the Mohicans] | 5.50 | 601.25 | London, UK | $225.00 | $1,237.50 | $135,281.25 |
| 11/01/2018 | Thursday | Ramen Matter | Translation of No. 10 ("twosiés" 18655, 00002060); see Oct 31st emails | 1.00 | 602.25 | London, UK | $225.00 | $225.00 | $135,506.25 |
| 11/07/2018 | Wednesday | Ramen Matter | Conference Call with Parties: 8:30 p.m. Korea | 0.50 | 602.75 | London, UK | $225.00 | $112.50 | $135,618.75 |
| 11/08/2018 | Thursday | Ramen Matter | Follow-up email discussion among M. Yu, S. Cho and AK in re above call/ruling. | 0.75 | 603.50 | San Francisco, CA | $225.00 | $168.75 | $135,787.50 |
| 11/15/2018 | Thursday | Ramen Matter | Conference Call with Parties for 45 mins | 0.00 | 603.50 | San Francisco, CA | $225.00 | - | $135,787.50 |
| 11/16/2018 | Friday | Ramen Matter | Final Ruling on 0962 by Albert S. Kim [Bong-Hoon KIM] --> folded into trial hours | 1.75 | 605.25 | San Francisco, CA | $225.00 | $393.75 | $136,181.25 |
| 11/17/2018 | Saturday | Ramen Matter | AK's Request for Leave of Court in re Engagement/Assistance of Samantha Kim | 2.25 | 607.50 | San Francisco, CA | $225.00 | $506.25 | $136,687.50 |
| 11/20/2018 | Tuesday | Ramen Matter | Due diligence-outstanding shares, IRS implement'n in Korea, in re below (pltf only) | 4.00 | 611.50 | San Francisco, CA | $225.00 | $900.00 | $137,587.50 |
| 11/27/2018 | Tuesday | Ramen Matter | Ku depo/B.Sweeney; 3-8 pm. accounting for full-day charge for trial, so 4.0 Hrs. | 6.25 | 617.75 | San Francisco, CA | $225.00 | $1,406.25 | $138,993.75 |
| 12/05/2018 | Wednesday | Ramen Matter | Plaintiffs-only rebuttal docs (mid-trial request from S. Cho: DART (outside audit). | | | | | | |
| 01/06/2019 | Sunday | Ramen Matter | | | | Depositions in Seoul | | | |
| | | | Subtotal This Sheet [See other spread sheet for "trial hours."] | | 617.75 | | | | |
| | | | Less Nonghsin/Squire's portion of payment via wire | | | | | | -16,631.25 |
| | | | Inv.16573 of 10/23/2017, as yet unsubmitted to parties except Squire due to work. | 232.00 | | (See attached) | $225.00 | $52,200.00 | 84,825.00 |
| | | | Total from Sheet 2 [trial-related billable hours] | 232.00 | | | | $52,200.00 | 52,200.00 |
| | | | Sub Total - Fees Only (exclusive of expenses) | | | | | | $259,387.50 |
| | | | Total Expenses (see attached) | | | | $20,389.54 | | |
| | | | Grand Total of Both Fees & Expenses | | | | | | $279,777.04 |

Billable Hours During Trial Only
Albert S. Kim

2019-01-08

| Date | Day of Week | Client / Matter | Description | Hours | Rate | Amount | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| 10 Nov 2018 | Saturday | Trial in re Korean Ramen | Transit (LHR --> SFO) | 8.00 | $ 225.00 | $ 1,800.00 | Heathrow | Transit from *London* (airfare borne by said matter) |
| 11 Nov 2018 | Sunday | Trial in re Korean Ramen | No charge as a courtesy. | 0.00 | $ 225.00 | $ - | NDCA: SFO | Day of Acclimation (no charge). |
| 12 Nov 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Opening Day with AK on stand-by at hotel. |
| 13 Nov 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Case-in-Chief by Plaintiffs (further work on documents). |
| 14 Nov 2018 | Wednesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | AK performs further work on documents while at hotel. |
| 15 Nov 2018 | Thursday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | AK works on docs, e.g., Bong-Hoon Kim, etc. |
| 16 Nov 2018 | Friday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Tran of Bong Hoon kim by AK; S. Kim on other docs. |
| 17 Nov 2018 | Saturday | | | 0.00 | $ 225.00 | $ - | | Weekend charges waived as a courtesy |
| 18 Nov 2018 | Sunday | | | 0.00 | $ 225.00 | $ - | | Weekend charges waived as a courtesy |
| 19 Nov 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Case-in-Chief by Plaintiffs |
| 20 Nov 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Case-in-Chief by Plaintiffs |
| 21 Nov 2018 | Wednesday | Trial in re Korean Ramen | Check-out for Thanksgiving | 4.00 | $ 225.00 | $ 900.00 | SFO - SEA | 50% of Outbound transit time waived as a courtesy |
| 22 Nov 2018 | Thursday | Trial in re Korean Ramen | Thanksgiving Holidays | 0.00 | $ 225.00 | $ - | N/A | Court goes dark for Thanksgiving |
| 23 Nov 2018 | Friday | Trial in re Korean Ramen | Thanksgiving Holidays | 0.00 | $ 225.00 | $ - | N/A | Court goes dark for Thanksgiving |
| 24 Nov 2018 | Saturday | | Thanksgiving Holidays | 0.00 | $ 225.00 | $ - | N/A | |
| 25 Nov 2018 | Sunday | | Thanksgiving Holidays | 4.00 | $ 225.00 | $ 900.00 | SEATAC:SFO | Transit: Seattle to San Francisco for continuation of trial |
| 26 Nov 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | First day after Thanksgiving holidays |
| 27 Nov 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 28 Nov 2018 | Wednesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 29 Nov 2018 | Thursday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 30 Nov 2018 | Friday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 1 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 2 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 3 Dec 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 4 Dec 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 5 Dec 2018 | Wednesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 6 Dec 2018 | Thursday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 7 Dec 2018 | Friday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 8 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 9 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 10 Dec 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 11 Dec 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 12 Dec 2018 | Wednesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 13 Dec 2018 | Thursday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 14 Dec 2018 | Friday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 15 Dec 2018 | Saturday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 16 Dec 2018 | Sunday | | | 0 | $ 225.00 | $ - | N/A | Weekend charges waived as a courtesy |
| 17 Dec 2018 | Monday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | Services by Albert S. Kim in court |
| 18 Dec 2018 | Tuesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 19 Dec 2018 | Wednesday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 20 Dec 2018 | Thursday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| 21 Dec 2018 | Friday | Trial in re Korean Ramen | Charges for Mr. Albert S. Kim | 8.00 | $ 225.00 | $ 1,800.00 | NDCA: SFO | As reserved through end of the week per M. Yu & S. Cho |
| | | | Total Billable Hours | 232.00 | $ 225.00 | $52,200.00 | | Total Charges (See other spreadsheet for expenses) |

Ramen Trial

**Total Expenses**
(including Uber As Carried Over)

Albert S. Kim
Dec. 2018

| Date | Description | Details | Amount | Cum. Total | Remarks |
|---|---|---|---|---|---|
| 01-13-2018 | Air Canada | ICN-YVR-SFO via AC64, AC566 | $ 1,515.00 | $ 1,515.00 | For Ramen Hearing (Translation Court) |
| 01-18-2018 | Proper Food - 100 First | Lunch (January 2018 in SFO) | $ 12.90 | $ 1,527.90 | Translation Hearing in Jan. 2018 |
| 01-19-2018 | Stanford Court | 15 - 19 Jan. 2018 | $ 1,271.44 | $ 2,799.34 | Stay during 15 - 19 Jan 2018 |
| 01-31-2018 | Expedia (Air Canada) | Upgrade fee for outbound | $ 374.00 | $ 3,173.34 | Per prior written agreement |
| 11-10-2018 | The Old Siam | Dinner | $ 18.49 | $ 3,191.83 | Food in SFO during trial |
| 11-11-2018 | Farm: Table | Breakfast | $ 11.77 | $ 3,203.60 | Food in SFO during trial |
| 11-11-2018 | Café de la presse | Lunch | $ 17.95 | $ 3,221.55 | Food in SFO during trial |
| 11-11-2018 | Zzan | Dinner: Korean food | $ 21.70 | $ 3,243.25 | Food in SFO during trial |
| 11-13-2018 | iThai Restaurant | Late night meal | $ 28.21 | $ 3,271.46 | Food in SFO during trial |
| 11-13-2018 | Borobudur | Lunch (Indonesian) | $ 39.50 | $ 3,310.96 | Food in SFO during trial |
| 11-13-2018 | iThai Restaurant | Dinner | $ 18.45 | $ 3,329.41 | Food in SFO during trial |
| 11-14-2018 | Marines' Memorial Hotel | Dinner | $ 74.10 | $ 3,403.51 | Food in SFO during trial |
| 11-14-2018 | Farm: Table | Coffee | $ 2.00 | $ 3,405.51 | Food in SFO during trial |
| 11-14-2018 | Mangal Mediterranan | Lunch | $ 13.83 | $ 3,419.34 | Food in SFO during trial |
| 11-15-2018 | Pearl's Burgers | Lunch | $ 17.31 | $ 3,436.65 | Food in SFO during trial |
| 11-15-2018 | Lapisara | Breakfast | $ 23.67 | $ 3,460.32 | Food in SFO during trial |
| 11-16-2018 | iThai Restaurant | Dinner | $ 26.24 | $ 3,486.56 | Food in SFO during trial |
| 11-16-2018 | Maru Sushi | Lunch | $ 24.57 | $ 3,511.13 | Food in SFO during trial |
| 11-16-2018 | Cup A Joe | Coffee | $ 7.45 | $ 3,518.58 | Food in SFO during trial |
| 11-16-2018 | Lapisara | Breakfast | $ 23.33 | $ 3,541.91 | Food in SFO during trial |
| 11-17-2018 | Uncle Vito's Pizzadelli | Lunch | $ 26.26 | $ 3,568.17 | Food in SFO during trial |
| 11-17-2018 | EM Deli SF | Water, etc. | $ 15.72 | $ 3,583.89 | Food in SFO during trial |
| 11-18-2018 | King Liquor | Water | $ 10.10 | $ 3,593.99 | Food in SFO during trial |
| 11-18-2018 | Honey Honey Café | Lunch | $ 19.10 | $ 3,613.09 | Food in SFO during trial |
| 11-18-2018 | Nande-Ya | Lunch | $ 70.20 | $ 3,683.29 | Food in SFO during trial |
| 11-19-2018 | iThai Restaurant | Lunch | $ 22.00 | $ 3,705.29 | Food in SFO during trial |
| 11-19-2018 | Lapisara | Breakfast | $ 30.00 | $ 3,735.29 | Food in SFO during trial |
| 11-19-2018 | Sakana | Dinner | $ 78.19 | $ 3,813.48 | Food in SFO during trial |
| 11-20-2018 | Sakana | Dinner | $ 77.27 | $ 3,890.75 | Food in SFO during trial |
| 11-20-2018 | Ike's Kitchen | Lunch | $ 103.80 | $ 3,994.55 | Lunch after trial with Samantha Kim |
| 11-21-2018 | Elysian Brewing | Lunch | $ 68.15 | $ 4,062.70 | Food in SFO during trial |
| 11-21-2018 | Courtyard Marriott | Hotel in SFO | $ 4,372.52 | $ 8,435.22 | Pre-Thanksgiving period during trial |
| 11-25-2018 | Thirsty Bear | Dinner | $ 62.40 | $ 8,497.62 | Food in SFO during trial |
| 11-25-2018 | Nick's Lighthouse | Lunch | $ 48.08 | $ 8,545.70 | Food in SFO during trial |
| 11-26-2018 | Proper Food - 100 First | Lunch | $ 8.96 | $ 8,554.66 | Food in SFO during trial |
| 11-26-2018 | Canton Dim Sum House | Lunch | $ 26.57 | $ 8,581.23 | Food in SFO during trial |
| 11-26-2018 | Bazille (Nordstrom) | Lunch | $ 71.52 | $ 8,652.75 | Food in SFO during trial |
| 11-26-2018 | Thirsty Bear | Dinner | $ 56.88 | $ 8,709.63 | Food in SFO during trial |
| 11-27-2018 | North India Restaurant | Dinner | $ 27.00 | $ 8,736.63 | Lunch after trial with Samantha Kim |
| 11-28-2018 | Pho 2000 | Lunch | $ 33.90 | $ 8,770.53 | Lunch after trial with Samantha Kim |
| 11-28-2018 | Cha Am Thai | Lunch | $ 74.95 | $ 8,845.48 | Food in SFO during trial |
| 11-29-2018 | The Fly Trap | Dinner | $ 48.15 | $ 8,893.63 | Food in SFO during trial |
| 11-29-2018 | Cha Am Thai | Lunch | $ 30.50 | $ 8,924.13 | Food in SFO during trial |
| 11-30-2018 | Lark Creek Grill | Dinner @ SFO International | $ 26.07 | $ 8,950.20 | Food in SFO during trial |
| 11-30-2018 | McDonald's | Coffee | $ 1.93 | $ 8,952.13 | Food in SFO during trial |
| 11-30-2018 | Jin Mi BBQ | Lunch | $ 33.69 | $ 8,985.82 | Lunch after trial with Samantha Kim |
| 11-30-2018 | Courtyard Marriott | Sunday through Friday | $ 1,629.85 | $ 10,615.67 | Post-Thanksgiving week (25-30 Nov 2018) |
| 12-02-2018 | La Parilla | Lunch | $ 16.47 | $ 10,632.14 | Lunch in Orange County |
| 12-02-2018 | Morton's | Dinner | $ 145.31 | $ 10,777.45 | Food in SFO during trial |
| 12-02-2018 | Residence Inn | Friday through Sunday | $ 313.16 | $ 11,090.61 | Interleaving weekend |
| 12-03-2018 | Katana-ya | Dinner | $ 34.24 | $ 11,124.85 | Food in SFO during trial |
| 12-04-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $ 6.48 | $ 11,131.33 | For self and Samantha Kim |
| 12-04-2018 | Fred's Liquor & Deli | Water | $ 9.98 | $ 11,141.31 | Food in SFO during trial |
| 12-04-2018 | Pinecrest Diner | Dinner | $ 20.20 | $ 11,161.51 | Food in SFO during trial |
| 12-04-2018 | Tadich Grill | Lunch | $ 70.11 | $ 11,231.62 | Food in SFO during trial |
| 12-05-2016 | Brenda's | Lunch | $ 44.87 | $ 11,276.49 | Lunch after trial with Samantha Kim |
| 12-06-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $ 5.40 | $ 11,281.89 | Food in SFO during trial |
| 12-06-2018 | Lers Ros Thai | Lunch | $ 98.92 | $ 11,380.81 | Lunch after trial with Samantha Kim |
| 12-07-2018 | Morton's | Dinner | $ 52.01 | $ 11,432.82 | Food in SFO during trial |
| 12-07-2018 | Barbacco | Lunch | $ 116.27 | $ 11,549.09 | Lunch after trial with Samantha Kim |
| 12-07-2018 | Regent Catering | Coffee, etc. (in Courthouse) | $ 5.42 | $ 11,554.51 | Food in SFO during trial |
| 12-08-2018 | San Francisco Brewing Co. | Lunch | $ 37.46 | $ 11,591.97 | Food in SFO during trial |
| 12-10-2018 | Slanted Door | Lunch | $ 155.89 | $ 11,747.86 | Lunch after trial with Samantha Kim |
| 12-12-2018 | John's Grill | Lunch | $ 46.94 | $ 11,794.80 | Food in SFO during trial |
| 12-12-2018 | Sakana | Dinner | $ 67.88 | $ 11,862.68 | Food in SFO during trial |
| 12-13-2018 | Westin St. Francis | Folio (after switching) | $ 5,204.74 | $ 17,067.42 | Dec 2 through 13, 2018 |
| 12-13-2018 | Westin St. Francis | Additional Folio | $ 52.56 | $ 17,119.98 | Room service not included in the above. |
| 12-13-2018 | Imperial Palace | Lunch | $ 24.55 | $ 17,144.53 | Food in SFO during trial |
| 12-14-2018 | Café Bellini | Lunch | $ 28.98 | $ 17,173.51 | Food in SFO during trial |
| 12-14-2018 | Café Bellini | Dinner | $ 34.84 | $ 17,208.35 | Food in SFO during trial |
| 12-15-2018 | Café Bellini | Lunch | $ 25.15 | $ 17,233.50 | Food in SFO during trial |
| 12-15-2018 | iThai Restaurant | Dinner | $ 24.62 | $ 17,258.12 | Food in SFO during trial |
| 12-22-2018 | Asiana Airlines | Return airfare (one-way) | $ 2,644.30 | $ 19,902.42 | Self-paid (GDC's ticket came late) |
| | | *Subtotal This Sheet* | | $ 19,902.42 | |
| | | *Total Uber Expenses* | $ 487.12 | $ 20,389.54 | See attached |
| | | *Grand Total of Expenses* | | $ 20,389.54 | |

# AccessLink, LLC.

# INVOICE

440 Louisiana Street, Suite 900
Houston, TX  77002
Phone 1.202.679.9776

INVOICE # 16573
DATE October 23, 2017

TO

Nongshim Co., Ltd, Nongshim America, Inc.,
Ottogi Co., Ltd. and Ottogi America, Inc.
C/O Mr. Edward G. Kim, Esq.
Squire Patton Boggs (US) LLP
Foreign Legal Consultant Office
18F, Ferrum Tower 19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea
Direct:  +82 2 6353 8357  |  Main:  +82 2 6353 8350
E-Mail: ed.kim@squirepb.com

IN RE Korean Ramen Antitrust Litigation
CASE NO. 13-CV-04115

| Description | Amount |
| --- | --- |
| Services by Mr. Albert S. Kim per the attached @ $225.00/hour* x 377.00 hours | $84,825.00 |
| *[Per Engagement Letter of 8 February 2016 as signed by Mr. Edward G. Kim] | |
| **Total Fees & Expenses** | **$84,825.00** |

The following is the respective "courtesy apportionment" along the lines as
requested by Ms. Michelle Chung of Squire Patton Boggs LLP (Aug. 22, 2016
email); note the attached PDF and native Excel sheet reflecting calculations:

| | |
| --- | --- |
| IDP: | $26,193.75 |
| DP: | $26,193.75 |
| Co-Defendants: | $15,806.25 |
| Nongshim: | $16,631.25 |

*** Wire Transfer Instructions***
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 1899 W. Malvern Avenue, Suite 7C-1
Bank City: Fullerton, California
Bank Branch: Amerige Heights Office
SWIFT Code: WFBIUS6S
Bank Country: USA
Bank Key: 121000248 (Bank Code and the Bank Branch Code)
Bank Account. No: 1838185534Account Holder: AccessLink, LLC.
Address: 440 Louisiana Street, Suite 110, Houston, TX 77002 USA

**Total Amount Due**                                    **$84,825.00**

**Net due within 30 days via ACH Wire Transfer to AccessLink, LLC.
per prior agreement.  Form W-9 on file.**

Final Revised Version - Billable Hours (Barnen Litigation) - Albert S. Kim

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Description / Witness | Taking | Defending | Time | Hours | Transcript 녹취록 | Hours | 점검시간 | P=점검 | Place | Accounts | Split | X-Check | Rate | Total | JCP | DP | Ca-Del | Nangahim | Nor X-Check | | |

10/23/2017

Confidential

Page 1

Final Revised Version : Billable Hours (Ramen Litigation) - Albert S. Kim

Page 2

| Date | Description / Witness | Taking | Defending | Time | Hours | Transcript [E×4/2] | Hours | [F+G] | [E+F] | Place | Remarks | Split | X-Check | Rate | Total | IDP | DP | Co-Def | Nongdlim | Hor. X-Check | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-29-2016 (Fri) | Checkout and travel to LAX | | | | 8.00 | | | 8.00 | | | Inbound Flight; outbound N/A | To be split five-ways (i.e., 1/4 each), per 4-21-2016 email from M. Chung of Squire (contract notwithstanding): 40 hours total --> 10 hours each to all. | 8.00 | 215.00 | 1,800.00 | 450.00 | 450.00 | 450.00 | 450.00 | 1,800.00 | |
| 04-30-2016 (Sat) | | | | | | | | | | | | | | | | | | | | | |
| 05-01-2016 (Sun) | | | | | | | | | | | | | | | | | | | | | |
| 05-19-2016 (Thu) | Lee, Seong Yeop | M. Yu | K. Bae D. Erickson | 9:00–5:00 | 8.00 | | 8.00 | 8:00 @@ | | Gibson / LA | Counsel for Witness: J.P. Pak [ss] | Split remarks not specified by Squire, but being "Chung" whereas, am assuming a split of: 1/2i, 1/2i, 1/2i and 1 among IDP*; DP; Co-Defendants and Nongdlim; kindly inform if otherwise (contract notwithstanding): 24 hours total --> 8 hours each (except Nongdlim). | | | | | | | | | |
| 05-20-2016 (Fri) | Lee, Seong Yeop | M. Yu | K. Bae D. Erickson | 9:00–5:00 | 8.00 | | 8.00 | 8:00 @@ | | Gibson / LA | Counsel for Witness: J.P. Pak [ss] | | | | | | | | | | |
| 05-21-2016 (Sat) | Hong, Kang Sik | M. Yu | K. Bae D. Erickson | 9:00–5:00 | 8.00 | | 8.00 | 8(?)% | | Gibson / LA | Counsel for Witness: J.P. Pak [ss] | <-- To be split as per the above. | 24.00 | 225.00 | 5,400.00 | 1,800.00 | 1,800.00 | 1,800.00 | | 5,400.00 | |
| | | | | Total Hours | 377.00 | | | | | @ $225.00 | Subtotal for depositions | | 377.0 | 215.00 | 84,825.00 | 26,193.75 | 26,193.75 | 15,606.25 | 16,831.25 | 84,825.00 | |
| | | | | | | Rev. Hours --> | 377.00 | | | @ $225.00 | Subtotal due Gross-checked here-->  Fees for depositions as revised  84,825.00 | | | | 84,825.00 | 26,193.75 | 26,193.75 | 15,606.25 | 16,831.25 | 84,825.00 | |
| | | | | | | | | | | | 84,825.00 Total Due as Cross-checked here --> | | | | Grand Total | IDP | DP | Co-Def | Nongdlim | | |

10/23/2017

Session 2 [회의 Day 1]: 5:37 p.m. - 6:00 p.m. (left out in Squire's Cross-check).

Therefore, the total billable hours for the day are: 9.5 hours (from 9 a.m. - 6:00 p.m., with 30 minutes added on for the commute in the morning and evening (15 minutes each);

Cell: I7
Comment: Albert S. Kim:

Time charges as rounded up to the next thirty-minute interval came to 9:00 a.m. - 6:30 p.m. With 30 minutes added on for the commute, should come to 10.00 hours total, but accepting 9.50 hours.

Cell: I12
Comment: Albert S. Kim:
9.00 hours total is correct (8.5 hours + 30 minutes for the morning and evening commute).

Cell: C13
Comment: Also Present:
S. Cho; C. Leback; M. Kinlall

Cell: I15
Comment: Albert S. Kim:
10.00 hours is correct (9.5 hours [as rounded up from ending time] plus 30 minutes.

Cell: I19
Comment: Albert S. Kim:
Each of these days should be "+ 30 minutes" for the commute, but submitted as is, given the initial oversight on my part.

Cell: I20

Final Revised Version - Billable Hours (Ramen Litigation) - Albert S. Kim

**Comment:** Also Present:

M. Dooker

**Cell:** B33
**Comment:** Note:

[Day 1 of Dong-Hee Kang taken on Jan. 22, 2016 (I. Noh as interpreter)

**Cell:** B46
**Comment:** Moon, Seung-Hyeon:

[Day 1 on Feb. 19, 2016 (Albert S. Kim as interpreter)

**Cell:** I46
**Comment:** Albert S. Kim:
9 - 5 p.m. as rounded up, plus 30 minutes.

**Cell:** I50
**Comment:** Albert S. Kim:

As is.

**Cell:** I51
**Comment:** Albert S. Kim:

Commute time folded in.

**Cell:** L55
**Comment:** Notes:

Airfare for second trip to Seoul for Ramen paid for by another client matter;
Outbound (i.e., departing) transit time applied to said matter;
Inbound (i.e., return) transit time only applied to this matter;

No airfare incurred for this second round, viz.

**Cell:** M68
**Comment:** Albert S. Kim:

See main invoice for details e.g., hours.

A STAR ALLIANCE MEMBER ✩ | **ASIANA AIRLINES**

# Electronic Ticket Itinerary & Receipt

Reservation No.
## 26699776

| | | |
|---|---|---|
| Passenger Name | KIM/SALBERT MR | |
| Ticket Number | 9882477897404 | **Issuing Office** |
| Reservation No. | NAAL96 (26699776) | |
| Frequent Flyer No. | 205626576 | |

05999486
Travel Agency

## Itinerary

| From | To | Flight | Class | Date(Day) | Departure | Arrival | Flying Time | Status | Seat |
|------|-----|--------|-------|-----------|-----------|---------|-------------|--------|------|
| SAN FRANCISCO<br>Terminal I | SEOUL<br>INCHEON<br>Terminal 1 | OZ211 | Z | 22DEC18<br>(SAT) | 23:30 | 05:30 +2 | 13H00M | OK | |

| | | | |
|---|---|---|---|
| Via | | Layover Time | |
| Operated by | **ASIANA AIRLINES OZ211** | Free Baggage Allowance | **2PC** |
| Marketed by | ASIANA AIRLINES | Not Valid Before | |
| Fare Basis | ZOUK | Not Valid After | |

* All conditions may vary according to circumstances of airlines and airports.

## Receipt Information

| | | | |
|---|---|---|---|
| Form of Payment | CC VI XXXXXXXXXXX6154/01 047742 | Tour Code | 7ULDD78Z |
| Fare | USD 2485.00 | Equivalent Fare | |
| Tax/Fee/Charge | | | |
| Taxes | USD 130.00 YQ USD 0.90 YQ USD 18.30 US USD 5.60 AY USD 4.50 XF<br>*The BP Tax includes International PSC(Incheon/Gimpo Airport KRW 17,000, other airports KRW 12,000),<br>Departure Tax(KRW 10,000) and Global Disease Eradication Fund(KRW 1,000). | | |
| Fuel Surcharge | KRW - | | |
| Service Fees | KRW - | | |
| **Total Amount** | **USD 2644.30** | | |
| Issuing Airlines and Date | ASIANA AIRLINES 22DEC18 | IATA: 05999486 | |
| Restriction(s) | NO SHOW US100/NO END/NO UG-BG OZ | | |
| Fare Calculation | SFO OZ SEL2485.44NUC2485.44END ROE1.000000 XF SFO4.5 | | |

*When cancelling/refunding tickets or making changes to the stated travel dates, routes, operating airlines, booking classes and ticket validity, such requests are subject to the overall rules that can apply within a varying scope in accordance with the fare and sales conditions resulting in potential fare differences and fees.
*The fare of codeshare flights may differ when purchased through the operating carrier, and services such as advance seat reservation,special meals, free baggage allowance may differ according to the rules of operating carrier.Please be sure to contact the airline in advance.
*If a passenger does not show for the departure without prior notification to the airline, No-show Penalty will be charged.
*Refund may be requested within 30 days after the ticket expiration date. Requests submitted after the 30-day window may be rejected.
*This itinerary & receipt must be presented to immigration/customs officials upon request. Accordingly, passengers are requested to keep this itinerary & receipt throughout their entire journey. Tickets are non-transferable and the passenger name listed on the ticket must be an exact match to the name in the passport.
Order of Coupon Use: Flight coupons must be redeemed in the proper order, starting from the place of departure as indicated on the passenger coupon.
If baggage exceeds the free baggage allowance, an excess baggage charge may apply according to applicable route regulations
Ticketing service fees are non-refundable.
*For the safe travel abroad, please check the travel warning step and the safety notice of the destination on the overseas travel safety homepage.
*For the convenient international flight check-in, please arrive at the airport at least 2 hours prior to the departure time.

Reservation · Korea · 1588-8000 · +82-2-2669-8000 (For overseas calls) · flyasiana.com
China · 400-650-8000 · (86)(10)8451-0101 (For overseas calls) · cn.flyasiana.com
U.S.A. · (1)(800)227-4262 · (1)(800)2ASIANA · us.flyasiana.com
Japan · 0570-082-555 · (81)(3)-5812-6600 (For overseas calls) · jp.flyasiana.com

Expedia travel confirmation - Jan 15 - (Itinerary # 7322112375274)

From: Expedia.com (Expedia@expediamail.com)
To:    albertskim@yahoo.com
Date:  Saturday, January 13, 2018, 2:57 PM GMT+9



# Thanks!

Your reservation is booked and confirmed. Please confirm your **travel dates** are correct and all **travelers' names match their government-issued photo ID.**

## San Francisco

Jan 15, 2018 - Feb 1, 2018

## Because you booked a flight, you qualify for up to 54% off San Francisco hotels.

Expires Mon, January 15

| See hotels |
|---|

See live updates to your itinerary, anywhere and anytime.

| See your itinerary | | **Download to your Phone** |
|---|---|---|

## Before you go

**E-ticket:** This email can be used as an E-ticket. All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration. Proof of citizenship is required for international travel. Be sure

to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page . Remember to bring your itinerary and government-issued photo ID for airport check-in and security.
**Contact the airline to confirm:**

specific seat assignments special meals frequent flyer point awards special assistance requests

## Flight overview



**Travel dates**
Jan 15, 2018 - Feb 1, 2018

**Itinerary #**
7322112375274

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Confirmation**
QPNAKM (Air Canada)

**Booking ID**
W5Y9F9

**Ticket #**
0147076822466 (S . Albert Kim)

Change or cancel this reservation

**Get cancellation, medical and baggage protection now.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

---

✖ **Departure** Mon, Jan 15

Air Canada 64
**Seoul (ICN)**                           →     **Vancouver (YVR)**
5:55pm                                          10:30am
**Terminal:** M

**Cabin:** Premium Economy (E)

9h 35m duration

---

🕐 3h 10m stop Vancouver (YVR)

---

Air Canada 566

**Vancouver (YVR)**          →          **San Francisco (SFO)**
1:40pm                                    4:05pm
**Terminal:** M                           **Terminal:** INTL

**Cabin:** Economy / Coach (B)
2h 25m duration

**Total Duration**

15h 10m

---

✈ **Return** Wed, Jan 31

Air Canada 567

**San Francisco (SFO)**      →          **Vancouver (YVR)**
6:35am                                    8:54am
**Terminal:** I                           **Terminal:** M

**Cabin:** Economy / Coach (L)
2h 19m duration

---

🕐 3h 21m stop Vancouver (YVR)

---

Air Canada 63

**Vancouver (YVR)**          →          **Seoul (ICN)**
12:15pm                                   4:20pm +1 day
**Terminal:** M                           Arrives on Feb 1, 2018

**Cabin:** Economy / Coach (L)
11h 5m duration

**Total Duration**

16h 45m

2019-01-08 오후 5:05

## Traveler(s)

**S . Albert Kim**

Air Canada Aeroplan HK 205626576

Frequent flyer and special assistance requests should be confirmed directly with the airline.

## Price summary

**Expedia** Rewards

| | | |
|---|---|---|
| Traveler 1: Adult | $1,515.06 | |
| Flight | $1,372.00 | |
| Taxes & Fees | $143.06 | |

303 points
for this trip

**Total**   **$1,515.06**

All prices are quoted in **USD**.

## Additional information

**Additional fees**

The airline may charge additional fees for checked baggage or other optional services.

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

Please read important information regarding airline liability limitations .

## More help

Change or cancel this reservation.

Visit our Customer Support page.

## ^_Air^_ ^_Canada^_ - Receipt - Upgrade Fee

From: Air Canada (confirmation@aircanada.ca)

To:      albertskim@yahoo.com

Date:  Wednesday, January 31, 2018, 4:53 PM GMT+9

Thank you for purchasing a Paid Upgrade. Your fees have been successfully collected.

Departure Date: 2018-01-31

Passenger(s):
SALBERT KIM

Departure City: VANCOUVER YVR
Destination City: INCHEON ICN

Fee Breakdown:
Paid Upgrade to Premium Economy AC063 YVR-ICN - 374.00 USD

Fee - 374.00 USD

-------------------------------------------
Total (per passenger) - 374.00 USD
Total - 374.00 USD

Form of payment used: Visa XXXXXXXXXXXX6154

Please Note: This fee is non-refundable.


Fly through paying on your mobile device with Air Canada Mobile+!
Air Canada mobile+ can remember your personal and payment information so you can fly through your mobile
experience and pay for items like upgrades and flight changes quickly, easily and securely. Click the link below to
Learn More, https://services.aircanada.com/portal-web/mobile/static/mobileplus.html

You can view all your available Air Canada mobile+ messages here: https://mymessages.aircanada.com
/en/2IB0bP4maBZjuexVV51w

**************************************************************************
This service email was sent by Air Canada to you and contains important information
that must be communicated to you regarding an Air Canada Product or Service that you
have requested. This service email is not a promotional email.

Your privacy is important to us. To learn how Air Canada collects, uses, and protects
the personal information you provide, please view our Privacy Policy
(https://www.aircanada.com/en/about/legal/privacy/policy.html).

Please do not reply to this email, as this inbox is not monitored. If you have any
questions regarding other Air Canada product or service please visit aircanada.com
(https://www.aircanada.com/en/customercare/index.html).

Air Canada, PO Box 64239, RPO Thorncliffe, Calgary, Alberta, T2K 6J7

**************************************************************************



------------------ Disclaimer/Avertissement ------------------
This email and any files transmitted with it are privileged, confidential,
and intended solely for the use of the individual or entity to whom they

are addressed.  Views expressed are those of the author and not necessarily those of the Corporation or its affiliates.  Any unauthorized use or disclosure is prohibited.  Please notify the sender if you have received this email in error. Thank you for your co-operation.

Le présent courriel et, s'il y a lieu, ses pièces jointes constituent des renseignements confidentiels et destinés au seul usage de leurs destinataires, qu'il s'agisse de particuliers ou d'organismes. Les opinions qui y sont exprimées sont celles de l'auteur et ne correspondent pas nécessairement à celles de l'entreprise ou de ses affiliées. Il est interdit d'utiliser ou de divulguer ces renseignements sans autorisation. Si vous avez reçu ce courriel par erreur, veuillez communiquer avec son expéditeur. Nous vous remercions de votre collaboration.
-------------------------------------------------------------------------



Albert Kim
United States

| | | |
|---|---|---|
| Arrival | : | 01-15-18 |
| Departure | : | 01-19-18 |
| Room No. | : | 210 |
| Folio No. | : | 275773 |
| Conf. No. | : | 13763532 |

Group Code : 
Company Name : 

Cashier No. : 12
Page No. : 1 of 2

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01-15-18 | Room Charge | 137.70 | |
| 01-15-18 | Occupancy Tax | 19.28 | |
| 01-15-18 | Business Tourism Assessment | 3.10 | |
| 01-15-18 | CA Tourism Assessment | 0.27 | |
| 01-15-18 | Urban Bundle Fee | 20.00 | |
| 01-15-18 | Urban Bundle Tax | 2.80 | |
| 01-16-18 | Restaurant Charges | 43.48 | |
| | Room# 210 : CHECK# 0022972 | | |
| 01-16-18 | Room Charge | 248.40 | |
| 01-16-18 | Occupancy Tax | 34.78 | |
| 01-16-18 | Business Tourism Assessment | 5.59 | |
| 01-16-18 | CA Tourism Assessment | 0.48 | |
| 01-16-18 | Urban Bundle Fee | 20.00 | |
| 01-16-18 | Urban Bundle Tax | 2.80 | |
| 01-17-18 | Restaurant Charges | 32.38 | |
| | Room# 210 : CHECK# 0011363 | | |
| 01-17-18 | Room Charge | 258.30 | |
| 01-17-18 | Occupancy Tax | 36.16 | |
| 01-17-18 | Business Tourism Assessment | 5.81 | |
| 01-17-18 | CA Tourism Assessment | 0.50 | |
| 01-17-18 | Urban Bundle Fee | 20.00 | |
| 01-17-18 | Urban Bundle Tax | 2.80 | |
| 01-18-18 | Restaurant Charges | 32.38 | |
| | Room# 210 : CHECK# 0011442 | | |
| 01-18-18 | Room Charge | 248.40 | |
| 01-18-18 | Occupancy Tax | 34.78 | |
| 01-18-18 | Business Tourism Assessment | 5.59 | |
| 01-18-18 | CA Tourism Assessment | 0.48 | |
| 01-18-18 | Urban Bundle Fee | 20.00 | |



# STANFORD
## C O U R T

Albert Kim

United States

| | |
|---|---|
| **Arrival** | : 01-15-18 |
| **Departure** | : 01-19-18 |
| **Room No.** | : 210 |
| **Folio No.** | : 275773 |
| **Conf. No.** | : 13763532 |
| **Cashier No.** | : 12 |
| **Page No.** | : 2 of 2 |

**Group Code** :
**Company Name** :

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01-18-18 | Urban Bundle Tax | 2.80 | |
| 01-19-18 | Restaurant Charges | 32.38 | |
| | Room# 210 : CHECK# 0011557 | | |
| 01-19-18 | Visa Payment | | 1,271.44 |
| | XXXXXXXXXXXX6154         02/21 | | |

| | | |
|---|---|---|
| **Total** | 1,271.44 | 1,271.44 |
| **Balance** | | 0.00 |

**Guest Signature**

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or other 3rd party fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure. Thank you.*

The Stanford Court San Francisco . 905 California Street - Nob Hill. San Francisco . CA 94108 . Tel: 415 989 3500 . Fax: 415  391 0513
www.stanfordcourt.com

Other Expenses Captured on Separate Sheets          Total of Uber Expenses in SFO                              Ramen Trial
                                                              Albert S. Kim                                              Dec. 2018

| Date | Description | Details | Amount | Cum. Total | Remarks |
|---|---|---|---|---|---|
| 11/10/2018 | Uber | SFO to Hotel | $ 35.99 | $ 35.99 | |
| 11-20-2018 | Uber | From near the courthouse to hotel | $ 7.20 | $ 43.19 | "Sunday" |
| 11-20-2018 | Uber | Hotel to courthouse | $ 8.85 | $ 52.04 | Abdallah |
| 11-21-2018 | Uber | Hotel to SFO Int'l (former-former...) | $ 42.15 | $ 94.19 | Dereje |
| 11-25-2018 | Uber | Fisherman's Wharf to hotel | $ 8.39 | $ 102.58 | John |
| 11-28-2018 | Uber | Restaurant to hotel (previous) | $ 13.54 | $ 116.12 | Andre |
| 11-28-2018 | Uber | Hotel to restaurant | $ 13.12 | $ 129.24 | Abdusalam |
| 11-28-2018 | Uber | Hotel to courthouse | $ 13.97 | $ 143.21 | Joanne |
| 11-29-2018 | Uber | Hotel to courthouse | $ 15.50 | $ 158.71 | Lucas |
| 11-30-2018 | Uber | To SFO International | $ 37.82 | $ 196.53 | Anup |
| 11-30-2018 | Uber | Courthouse to hotel (previous) | $ 16.80 | $ 213.33 | Antonio |
| 11-30-2018 | Uber | Hotel to courthouse | $ 15.44 | $ 228.77 | Vincent (previous hotel) |
| 12-02-2018 | Uber | SFO International to Westin St. Francis | $ 37.31 | $ 266.08 | Johnny |
| 12-03-2018 | Uber | Hotel to restaurant | $ 6.56 | $ 272.64 | Valdeone |
| 12-03-2018 | Uber | Back to hotel from restaurant | $ 6.32 | $ 278.96 | George |
| 12-03-2018 | Uber | Hotel to courthouse | $ 10.17 | $ 289.13 | Ahmed |
| 12-04-2018 | Uber | Previous week's hotel to new hotel | $ 16.68 | $ 305.81 | Tony (to pick up luggage) |
| 12-04-2018 | Uber | Luggage pick up from previous hotel | $ 11.98 | $ 317.79 | Douglas |
| 12-04-2018 | Uber | Back to hotel from lunch | $ 10.35 | $ 328.14 | Darrin |
| 12-04-2018 | Uber | Hotel to courthouse | $ 13.22 | $ 341.36 | Maurice |
| 12-05-2018 | Uber | Back to hotel after court | $ 7.38 | $ 348.74 | Taiez |
| 12-05-2018 | Uber | Hotel to courthouse | $ 12.05 | $ 360.79 | Esau |
| 12-06-2018 | Uber | Back to hotel after court | $ 9.41 | $ 370.20 | Craig |
| 12-06-2018 | Uber | Hotel to courthouse | $ 9.87 | $ 380.07 | Michael |
| 12-07-2018 | Uber | Embarcadero (lunch) to hotel | $ 9.35 | $ 389.42 | Vince ("Osmani") |
| 12-07-2018 | Uber | Courthouse to Embarcadero (lunch) | $ 11.76 | $ 401.18 | Pedro |
| 12-07-2018 | Uber | Hotel to courthouse | $ 11.36 | $ 412.54 | Mounir |
| 12-08-2018 | Uber | Fisherman's Wharf to hotel | $ 12.37 | $ 424.91 | Kaleem |
| 12-10-2018 | Uber | Back to hotel from lunch | $ 11.11 | $ 436.02 | Silvestre |
| 12-10-2018 | Uber | Courthouse to lunch | $ 8.41 | $ 444.43 | Alma |
| 12-11-2018 | Uber | Back to hotel from lunch | $ 13.21 | $ 457.64 | Mark |
| 12-11-2018 | Uber | Hotel to courthouse | $ 11.42 | $ 469.06 | Kevin |
| 12-12-2018 | Uber | Hotel to courthouse | $ 10.66 | $ 479.72 | Ephraim |
| 12-12-2018 | Uber | Courthouse to hotel | $ 7.40 | $ 487.12 | Norm |
| | | *Subtotal This Sheet* | | $ 487.12 | (Add to Final Figure) |
| | | | | | |

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®

## HOTELS & RESORTS

Albert Kim

| | | | | | Invoice Nbr | | : | 781227 |
|---|---|---|---|---|---|---|---|---|
| Page Number | : | 1 | | | | | | |
| Guest Number | : | 3481316 | | | | | | |
| Folio ID | : | A | | | | | | |
| Arrive Date | : | 13-DEC-18 | 20:30 | | | | | |
| Depart Date | : | 14-DEC-18 | 20:11 | | | | | |
| No. Of Guest | : | 1 | | | | | | |
| Room Number | : | 2495 | | | | | | |
| Club Account | : | SPG - P6039 | | | | | | |

Tax Invoice

Tax ID :     13-4112265

Westin St. Fra SFOUW  DEC-14-2018  20:20  BMART119

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 13-DEC-18 | 23801 | In Room Dining | 52.56 | |
| 14-DEC-18 | VI | Visa-8603 | | -52.56 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8603 | | |
| | Date | Code | Authorized | |
| | 14-DEC-18 | 865810 | 80 | |

|  | | | | |
|---|---|---|---|---|
| | ** Total | | 52.56 | -52.56 |
| | *** Balance | | 0.00 | |

PACK LIGHT, STAY FIT - With the Westin Gear Lending program, New Balance(TM) workout gear is conveniently delivered to your room so you can keep moving. Experience it during your next stay. Learn more at westin.com/newbalance

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Albert Kim

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 781228 |
| Guest Number | : | 3481316 | | | |
| Folio ID | : | B | | | |
| Arrive Date | : | 13-DEC-18 | 20:30 | | |
| Depart Date | : | 14-DEC-18 | 20:11 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

Information Invoice

Tax ID :     13-4112265
Westin St. Fra SFOUW  DEC-14-2018  20:20  BMART119

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| | | ** Total | 0.00 | 0.00 |
| | | *** Balance | 0.00 | |

KIDS EAT WELL AT WESTIN - Discover kids' meals that are as delicious as they are nutritious with the Westin Eat Well Menu for Kids, developed with
Superchefs(TM) to make kids and parents happy. Learn more at westin.com/eatwell

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 780704 |
| Guest Number | : | 3475885 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 02-DEC-18 | 18:23 | | |
| Depart Date | : | 13-DEC-18 | 12:17 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

Tax Invoice

Tax ID :     13-4112265
Westin St. Fra SFOUW  DEC-13-2018  12:20  ASLAN168

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 02-DEC-18 | RT2495 | Rm Chrg - AAA | 238.55 | |
| 02-DEC-18 | RT2495 | CA Tourism Fee | 0.57 | |
| 02-DEC-18 | RT2495 | SF Tourism Improvement | 5.37 | |
| 02-DEC-18 | RT2495 | Occupancy Tax | 33.40 | |
| 03-DEC-18 | RT2495 | Rm Chrg - AAA | 546.73 | |
| 03-DEC-18 | RT2495 | CA Tourism Fee | 1.31 | |
| 03-DEC-18 | RT2495 | SF Tourism Improvement | 12.30 | |
| 03-DEC-18 | RT2495 | Occupancy Tax | 76.54 | |
| 04-DEC-18 | RT2495 | Rm Chrg - AAA | 546.73 | |
| 04-DEC-18 | RT2495 | CA Tourism Fee | 1.31 | |
| 04-DEC-18 | RT2495 | SF Tourism Improvement | 12.30 | |
| 04-DEC-18 | RT2495 | Occupancy Tax | 76.54 | |
| 05-DEC-18 | 47883 | Oak Room | 3.00 | |
| 05-DEC-18 | 210089 | Laundry/Valet | 65.50 | |
| 05-DEC-18 | RT2495 | Rm Chrg - AAA | 483.89 | |
| 05-DEC-18 | RT2495 | CA Tourism Fee | 1.16 | |
| 05-DEC-18 | RT2495 | SF Tourism Improvement | 10.89 | |

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®

## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 3475885 |
| Folio ID | : | A |
| Arrive Date | : | 02-DEC-18   18:23 |
| Depart Date | : | 13-DEC-18   12:17 |
| No. Of Guest | : | 1 |
| Room Number | : | 2495 |
| Club Account | : | SPG - P6039 |

Invoice Nbr   :   780704

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 05-DEC-18 | RT2495 | Occupancy Tax | 67.74 | |
| 06-DEC-18 | 22787 | In Room Dining | 56.47 | |
| 06-DEC-18 | RT2495 | Rm Chrg - AAA | 298.40 | |
| 06-DEC-18 | RT2495 | CA Tourism Fee | 0.72 | |
| 06-DEC-18 | RT2495 | SF Tourism Improvement | 6.71 | |
| 06-DEC-18 | RT2495 | Occupancy Tax | 41.78 | |
| 07-DEC-18 | RT2495 | Rm Chrg - AAA | 272.75 | |
| 07-DEC-18 | RT2495 | CA Tourism Fee | 0.65 | |
| 07-DEC-18 | RT2495 | SF Tourism Improvement | 6.14 | |
| 07-DEC-18 | RT2495 | Occupancy Tax | 38.19 | |
| 08-DEC-18 | 48257 | Oak Room | 5.00 | |
| 08-DEC-18 | 23110 | In Room Dining | 61.68 | |
| 08-DEC-18 | RT2495 | Rm Chrg - AAA | 332.60 | |
| 08-DEC-18 | RT2495 | CA Tourism Fee | 0.80 | |
| 08-DEC-18 | RT2495 | SF Tourism Improvement | 7.48 | |
| 08-DEC-18 | RT2495 | Occupancy Tax | 46.56 | |
| 09-DEC-18 | 23227 | In Room Dining | 62.33 | |
| 09-DEC-18 | RT2495 | Rm Chrg - AAA | 212.90 | |
| 09-DEC-18 | RT2495 | CA Tourism Fee | 0.51 | |
| 09-DEC-18 | RT2495 | SF Tourism Improvement | 4.79 | |
| 09-DEC-18 | RT2495 | Occupancy Tax | 29.81 | |

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®

## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 3 | | Invoice Nbr | : | 780704 |
| Guest Number | : | 3475885 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 02-DEC-18 | 18:23 | | | |
| Depart Date | : | 13-DEC-18 | 12:17 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 2495 | | | | |
| Club Account | : | SPG - P6039 | | | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-DEC-18 | 48417 | Oak Room | 2.00 | |
| 10-DEC-18 | RT2495 | Rm Chrg - AAA | 394.11 | |
| 10-DEC-18 | RT2495 | CA Tourism Fee | 0.95 | |
| 10-DEC-18 | RT2495 | SF Tourism Improvement | 8.87 | |
| 10-DEC-18 | RT2495 | Occupancy Tax | 55.18 | |
| 11-DEC-18 | 48461 | Oak Room | 2.00 | |
| 11-DEC-18 | 23547 | In Room Dining | 44.75 | |
| 11-DEC-18 | RT2495 | Rm Chrg - AAA | 439.00 | |
| 11-DEC-18 | RT2495 | CA Tourism Fee | 1.05 | |
| 11-DEC-18 | RT2495 | SF Tourism Improvement | 9.88 | |
| 11-DEC-18 | RT2495 | Occupancy Tax | 61.46 | |
| 12-DEC-18 | 48526 | Oak Room | 2.00 | |
| 12-DEC-18 | RT2495 | Rm Chrg - AAA | 439.00 | |
| 12-DEC-18 | RT2495 | CA Tourism Fee | 1.05 | |
| 12-DEC-18 | RT2495 | SF Tourism Improvement | 9.88 | |
| 12-DEC-18 | RT2495 | Occupancy Tax | 61.46 | |
| 13-DEC-18 | 48684 | Oak Room | 2.00 | |
| 13-DEC-18 | VI | Visa-8603 | | -5204.74 |

***For Authorization Purpose Only***
xxxxxx8603

Date      Code      Authorized

Continued on the next page

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

ALBERT KIM
PO BOX 1543
LA MIRADA, CA, 906371543
United States Of America

| | | |
|---|---|---|
| Page Number | : | 4 |
| Guest Number | : | 3475885 |
| Folio ID | : | A |
| Arrive Date | : | 02-DEC-18 |
| Depart Date | : | 13-DEC-18 |
| No. Of Guest | : | 1 |
| Room Number | : | 2495 |
| Club Account | : | SPG - P6039 |

Invoice Nbr        :   780704

Arrive Date 18:23
Depart Date 12:17

| 02-DEC-18 | 384859 | 4007.64 |
| 03-DEC-18 | 831606 | 4780.04 |

|  | ** Total | 5204.74 | -5204.74 |
|  | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.



FUEL YOUR BODY - It's easy to maintain a healthy lifestyle on the road. Our extensive SuperFoodsRx(TM) menu features nutrient-rich, delicious dishes that fuel your body and give you the focused energy you need. Discover dishes to supercharge your day at westin.com/eatwell

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin St. Francis
Union Square
335 Powell Street
San Francisco, CA  94102
United States
Tel: (415) 397-7000 Fax: (415) 774-0124

# WESTIN®
## HOTELS & RESORTS

Albert Kim

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | | Invoice Nbr | : | 781227 |
| Guest Number | : | 3481316 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 13-DEC-18 | 20:30 | | |
| Depart Date | : | 14-DEC-18 | 20:11 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 2495 | | | |
| Club Account | : | SPG - P6039 | | | |

Tell us about your stay. www.westin.com/reviews

Signature_____

**COURTYARD**®
**Marriott**

**Courtyard San Francisco Downtown**

299 2nd Street
San Francisco Ca 94105
T 415.947.0700

A. Kim

Room: 1835

Room Type: SCYV

Number of Guests: 1

Rate: $362.00          Clerk:

Arrive: 25Nov18     Time: 08:59AM     Depart: 30Nov18     Time:          Folio Number: 51356

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 25Nov18 | Room Charge | 128.00 | |
| 25Nov18 | City Tax | 17.92 | |
| 25Nov18 | Local Bid Fee | 2.88 | |
| 25Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 26Nov18 | Room Charge | 195.00 | |
| 26Nov18 | City Tax | 27.30 | |
| 26Nov18 | Local Bid Fee | 4.39 | |
| 26Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 27Nov18 | Restaurant Room Charge | 6.75 | |
| 27Nov18 | Room Charge | 328.00 | |
| 27Nov18 | City Tax | 45.92 | |
| 27Nov18 | Local Bid Fee | 7.38 | |
| 27Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 28Nov18 | Restaurant Room Charge | 8.75 | |
| 28Nov18 | Room Charge | 362.00 | |
| 28Nov18 | City Tax | 50.68 | |
| 28Nov18 | Local Bid Fee | 8.15 | |
| 28Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 29Nov18 | Restaurant Room Charge | 9.25 | |
| 29Nov18 | Room Charge | 362.00 | |
| 29Nov18 | City Tax | 50.68 | |
| 29Nov18 | Local Bid Fee | 8.15 | |
| 29Nov18 | Calif/Local Tourism Fee | 1.33 | |
| 30Nov18 | Visa | | 1629.85 |
| | Card #: VIXXXXXXXXXXX8603/XXXX | | |
| | Amount: 1629.85 Auth: 158983 Signature on File | | |
| | This card was electronically swiped on 25Nov18 | | |

**Balance:**          **0.00**

**Rewards Account # XXXXX6039.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

# Residence
## Inn®
**Marriott.**

Residence Inn by Marriott
La Mirada Buena Park

14419 Firestone Blvd
La Mirada CA 90638
T 714.523.2800

| | |
|---|---|
| Albert/Mr Kim | Room: 326 |
| Po Box 1543 | Room Type: STDO |
| La Mirada CA 90637-1543 | Number of Guests: 1 |
| Leisure | Rate: $142.00    Clerk: HCT |
| Arrive: 30Nov18    Time: 08:37PM    Depart: 02Dec18 | Time: 12:14PM    Folio Number: 83133 |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 30Nov18 | Room Charge | 142.00 | |
| 30Nov18 | Occupancy Sales Tax | 14.20 | |
| 30Nov18 | Calif/Local Tourism Fee | 0.38 | |
| 01Dec18 | Room Charge | 142.00 | |
| 01Dec18 | Occupancy Sales Tax | 14.20 | |
| 01Dec18 | Calif/Local Tourism Fee | 0.38 | |
| 02Dec18 | Visa | | 313.16 |
| | *Card #: VIXXXXXXXXXXX6154/XXXX* | | |
| | *Amount:  313.16  Auth: 035598  Signature on File* | | |
| | *This card was electronically swiped on 30Nov18* | | |
| | **Balance:** | **0.00** | |

**Rewards Account # XXXXX6039.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit residenceinn.com

# Uber

Thu, Dec 06, 2018

## Thanks for tipping, Albert

Here's your updated Thursday afternoon ride receipt.

| Total | $9.41 |
|---|---|

| Trip fare | $5.41 |
|---|---|

| **Subtotal** | **$5.41** |
|---|---|
| Tip | $4.00 |

**Amount Charged**

**VISA** •••• 6154                                                $9.41

**You rode with Craig**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.12 miles | 10 min

**03:30pm** | 136 McAllister St, San Francisco, CA

**03:41pm** | 440 Post St, San Francisco, CA

You saved $4.10 by sharing your ride.

share your savings

# Uber

Fri, Nov 30, 2018

# Thanks for tipping, Albert

Here's your updated Friday morning ride receipt.

| Total | $15.44 |
|---|---|

| Trip fare | $9.68 |
|---|---|

| **Subtotal** | **$9.68** |
|---|---|
| Wait Time | $0.76 |
| Tip | $5.00 |

Amount Charged

| VISA •••• 6154 | $15.44 |
|---|---|

You rode with Vincent

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.64 miles | 10 min

**07:30am** | 275 2nd St, San Francisco, CA

**07:40am** | 503 Turk St, San Francisco, CA

# Uber

Wed, Dec 05, 2018

## Thanks for tipping, Albert

Here's your updated Wednesday afternoon ride receipt.

| Total | $7.38 |
|---|---|

| Trip fare | $5.38 |
|---|---|

| **Subtotal** | **$5.38** |
|---|---|
| Tip | $2.00 |

**Amount Charged**

VISA •••• 6154                                  **$7.38**

**You rode with Taiez**

Transportation Network Company: Rasier·CA, LLC.

**Pool**   1.10 miles | 10 min

■   **02:55pm** | 610 Polk St, San Francisco, CA

■   **03:05pm** | 455 Post St, San Francisco, CA

You saved $2.44 by sharing your ride.

share your savings

# Uber

Tue, Nov 20, 2018

# Thanks for riding, Albert

We hope you enjoyed your ride this afternoon.

## Total                                                    $7.20

---

Trip fare                                                   $7.20

Subtotal                                                    **$7.20**

---

**VISA** •••• 6154                                          **$7.20**

A temporary hold of $7.20 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

---

**You rode with Sunday**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.02 miles | 7 min

**02:54pm** | 1 Grove St, San Francisco, CA

**03:01pm** | 766 Post St, San Francisco, CA

# Uber

Fri, Nov 30, 2018

## Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

Total                                                                 $16.80

Trip fare                                                              $11.80

**Subtotal**                                                          **$11.80**

Tip                                                                    $5.00

Amount Charged

**VISA** •••• 6154                                                    $16.80

**You rode with Antonio**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.69 miles | 12 min

**02:09pm** | 400-450 Golden Gate Ave, San Francisco, CA

**02:21pm** | 265 2nd St, San Francisco, CA

# Uber

Wed, Dec 12, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total $7.40

| | |
|---|---|
| Trip fare | $5.40 |

| | |
|---|---|
| **Subtotal** | **$5.40** |
| Tip | $2.00 |

## Amount Charged

**VISA** •••• 6154 **$7.40**

**You rode with Norm**

Transportation Network Company: Rasier-CA, LLC.

**Pool** 0.97 miles | 5 min

■ **07:51am** | 499 Golden Gate Ave, San Francisco, CA

■ **07:57am** | 427 Post St, San Francisco, CA

You saved $1.91 by sharing your ride.

share your savings

# Uber

Mon, Dec 10, 2018

## Thanks for tipping, Albert

Here's your updated Monday afternoon ride receipt.

| Total | $8.41 |
|---|---|

| | |
|---|---|
| Trip fare | $7.41 |

| | |
|---|---|
| **Subtotal** | **$7.41** |
| Tip | $1.00 |

**Amount Charged**

*VISA* •••• 6154                                          $8.41

**You rode with Alma**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   2.38 miles | 16 min

■   **01:52pm** | 499 Golden Gate Ave, San Francisco, CA

■   **02:08pm** | 5 The Embarcadero, San Francisco, CA

You saved $5.84 by sharing your ride.

share your savings

# Uber

Fri, Dec 07, 2018

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

## Total                                          $11.76

| | |
|---|---|
| Trip fare | $9.76 |

| | |
|---|---|
| **Subtotal** | **$9.76** |
| Tip | $2.00 |

### Amount Charged

**VISA** •••• 6154                              **$11.76**

**You rode with Pedro**

Transportation Network Company: Rasier-CA, LLC.

**UberX**    1.81 miles | 15 min

**01:47pm** | 455 Golden Gate Ave, San Francisco, CA

**02:02pm** | 201 California St, San Francisco, CA

# Uber

## Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

| Total | $42.15 |
|---|---|

| Trip fare | $34.22 |
|---|---|

| **Subtotal** | **$34.22** |
|---|---|
| Wait Time | $2.93 |
| Tip | $5.00 |

**Amount Charged**

*VISA* •••• 6154                          $42.15

**You rode with Dereje**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   14.13 miles | 29 min

■   **08:26am** | 761 Post St, San Francisco, CA

■   **08:56am** | Terminal 2, San Francisco, CA

# Uber

Wed, Nov 28, 2018

# Thanks for tipping, Albert

Here's your updated Wednesday evening ride receipt.

## Total                                                    $13.54

| Trip fare | $7.90 |
|---|---|

| **Subtotal** | **$7.90** |
|---|---|
| Wait Time | $0.64 |
| Tip | $5.00 |

### Amount Charged

VISA •••• 6154                                         **$13.54**

You rode with Andre

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 7 min

**09:12pm** | 515 Post St, San Francisco, CA

**09:20pm** | 275 2nd St, San Francisco, CA

# Uber

Fri, Dec 07, 2018

# Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

| Total | $9.35 |
|---|---|

| Trip fare | $6.35 |
|---|---|

| **Subtotal** | **$6.35** |
|---|---|
| Tip | $3.00 |

**Amount Charged**

| VISA •••• 6154 | $6.35 |
|---|---|
| VISA •••• 6154 | $3.00 |

**You rode with Vince (Osmani)**

Transportation Network Company: Rasier-CA, LLC.

**Pool**  0.87 miles | 10 min

**04:28pm** | 1 California St, San Francisco, CA

**04:38pm** | 351 Geary St, San Francisco, CA

You saved $4.48 by sharing your ride.

share your savings

# Uber

# Thanks for tipping, Albert

Here's your updated Sunday morning ride receipt.

## Total                                         $8.39

| | |
|---|---|
| Trip fare | $5.39 |

| | |
|---|---|
| **Subtotal** | **$5.39** |
| Tip | $3.00 |

### Amount Charged

| | |
|---|---|
| VISA •••• 6154 | $5.39 |
| VISA •••• 6154 | $3.00 |

You rode with John

Transportation Network Company: Rasier-CA, LLC.

**Pool**   3.35 miles | 19 min

**12:02pm** | 2900 Leavenworth St, San Francisco, CA

**12:21pm** | 299 2nd St, San Francisco, CA

You saved $5.37 by sharing your ride.
share your savings

# Uber

Sat, Dec 08, 2018

## Thanks for tipping, Albert

Here's your updated Saturday afternoon ride receipt.

| Total | **$12.37** |
|---|---|

| Trip fare | $7.37 |
|---|---|

| **Subtotal** | **$7.37** |
|---|---|
| Tip | $5.00 |

Amount Charged

**VISA** •••• 6154                    **$12.37**

**You rode with Kaleem**

Transportation Network Company: Rasier-CA, LLC.

**Pool**  1.94 miles | 30 min

**04:31pm** | 199 Jefferson St, San Francisco, CA

**05:02pm** | 421 Post St, San Francisco, CA

You saved $14.65 by sharing your ride.

share your savings

# Uber

Mon, Dec 10, 2018

# Thanks for tipping, Albert

Here's your updated Monday morning ride receipt.

## Total                                          $10.85

| | |
|---|---|
| Trip fare | $7.85 |

| | |
|---|---|
| **Subtotal** | **$7.85** |
| Tip | $3.00 |

## Amount Charged

**VISA** •••• 6154                                $10.85

You rode with Dagoberto

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.18 miles | 6 min

**06:58am** | 256 Grant Ave, San Francisco, CA

**07:04am** | 550 Turk St, San Francisco, CA

# Uber

Tue, Nov 20, 2018

## Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

| Total | **$8.85** |
|---|---|

| Trip fare | $6.85 |
|---|---|

| **Subtotal** | **$6.85** |
|---|---|
| Tip | $2.00 |

Amount Charged

**VISA** •••• 6154                                      **$8.85**

**You rode with Abdallah**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.69 miles | 3 min

**07:22am** | 757 Post St, San Francisco, CA

**07:25am** | 501 Turk St, San Francisco, CA

# Uber

Mon, Dec 03, 2018

# Thanks for tipping, Albert

Here's your updated Monday morning ride receipt.

| Total | $10.17 |
|---|---|

| Trip fare | $7.62 |
|---|---|

| **Subtotal** | **$7.62** |
|---|---|
| Wait Time | $0.55 |
| Tip | $2.00 |

## Amount Charged

**VISA** •••• 6154                     **$10.17**

You rode with Ahmed

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.89 miles | 4 min

■   **07:52am** | 350 Powell St, San Francisco, CA

■   **07:56am** | 500 Turk St, San Francisco, CA

# Uber

Wed, Dec 05, 2018

## Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

| Total | $11.37 |
|---|---|

| Trip fare | $8.37 |
|---|---|

| **Subtotal** | **$8.37** |
|---|---|
| Tip | $3.00 |

### Amount Charged

VISA •••• 6154                                  **$11.37**

**You rode with Esau**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 5 min

**07:23am** | 331 Powell St, San Francisco, CA

**07:29am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                                    $13.97

| | |
|---|---|
| Trip fare | $12.44 |
| **Subtotal** | **$12.44** |
| Wait Time | $0.53 |
| Tip | $1.00 |

**Amount Charged**

**VISA** •••• 6154                                         **$13.97**

**You rode with Joanne**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   2.08 miles | 13 min

■ **10:07am** | 275 2nd St, San Francisco, CA

■ **10:20am** | 503 Turk St, San Francisco, CA

# Uber

Thu, Nov 29, 2018

## Thanks for tipping, Albert

Here's your updated Thursday morning ride receipt.

| Total | $15.50 |
|---|---|

| | |
|---|---|
| Trip fare | $13.50 |

| **Subtotal** | **$13.50** |
|---|---|
| Tip | $2.00 |

**Amount Charged**

| VISA •••• 6154 | **$13.50** |
|---|---|
| VISA •••• 6154 | **$2.00** |

**You rode with Lucas**

Transportation Network Company: Rasier-CA, LLC.

**UberX**    1.47 miles | 10 min

■   **07:48am** | 275 2nd St, San Francisco, CA

■   **07:59am** | 501 Turk St, San Francisco, CA

# Uber

Tue, Dec 04, 2018

# Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

## Total                                            $13.22

| | |
|---|---|
| Trip fare | $8.22 |

| | |
|---|---|
| **Subtotal** | **$8.22** |
| Tip | $5.00 |

### Amount Charged

**VISA** ···· 6154                                **$13.22**

**You rode with Maurice**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.40 miles | 13 min

**07:22am** | 300 Powell St, San Francisco, CA

**07:35am** | 501 Turk St, San Francisco, CA

# Uber

Fri, Dec 07, 2018

## Thanks for tipping, Albert

Here's your updated Friday morning ride receipt.

| Total | $11.36 |
|---|---|

| Trip fare | $8.36 |
|---|---|

| **Subtotal** | **$8.36** |
|---|---|
| Tip | $3.00 |

**Amount Charged**

*VISA* •••• 6154                                    **$11.36**

**You rode with Mounir**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.93 miles | 5 min

**07:43am** | 233 Geary St, San Francisco, CA

**07:49am** | 503 Turk St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Wednesday evening ride receipt.

| Total | $13.12 |
|---|---|

| Trip fare | $8.12 |
|---|---|

| **Subtotal** | **$8.12** |
|---|---|
| Tip | $5.00 |

**Amount Charged**

| **VISA** •••• 6154 | **$13.12** |
|---|---|

**You rode with Abdusalam**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   1.49 miles | 14 min

**06:33pm** | 299 2nd St, San Francisco, CA

**06:47pm** | 435 Bush St, San Francisco, CA

# Uber

Mon, Dec 03, 2018

## Thanks for tipping, Albert

Here's your updated Monday evening ride receipt.

Total                                        **$6.56**

Trip fare                                       $5.56

**Subtotal**                                  **$5.56**

Tip                                             $1.00

Amount Charged

VISA  •••• 6154                             **$6.56**

**You rode with Valdeone**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   0.92 miles | 7 min

**07:47pm** | 331 Powell St, San Francisco, CA

**07:54pm** | 275 2nd St, San Francisco, CA

You saved $4.93 by sharing your ride.

share your savings

# Uber

# Thanks for tipping, Albert

Here's your updated Tuesday afternoon ride receipt.

## Total $10.35

| | |
|---|---|
| Trip fare | $8.35 |

| | |
|---|---|
| **Subtotal** | **$8.35** |
| Tip | $2.00 |

## Amount Charged

**VISA** •••• 6154 $10.35

**You rode with Darrin**

Transportation Network Company: Rasier CA, LLC.

**UberX**   0.81 miles | 5 min

**03:55pm** | 201 California St, San Francisco, CA

**04:00pm** | 300 Powell St, San Francisco, CA

# Uber

Tue, Dec 04, 2018

# Thanks for tipping, Albert

Here's your updated Tuesday evening ride receipt.

## Total                                                    $16.68

| | |
|---|---|
| Trip fare | $13.68 |

| | |
|---|---|
| **Subtotal** | **$13.68** |
| Tip | $3.00 |

**Amount Charged**

**VISA** •••• 6154                                         $16.68

**You rode with Tony**

Transportation Network Company: Rasier-CA, LLC.

**UberX**    0.67 miles | 5 min

**07:15pm** | 725 Folsom St, San Francisco, CA

**07:21pm** | 280 Geary St, San Francisco, CA

# Uber

# Thanks for tipping, Albert

Here's your updated Monday evening ride receipt.

## Total                                                    $6.32

| | |
|---|---|
| Trip fare | $5.32 |

| | |
|---|---|
| **Subtotal** | **$5.32** |
| Tip | $1.00 |

### Amount Charged

**VISA** •••• 6154                                          **$6.32**

**You rode with George**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   1.42 miles | 8 min

■ **07:59pm** | 240 2nd St, San Francisco, CA

■ **08:08pm** | 301 Geary St, San Francisco, CA

You saved $3.78 by sharing your ride.
share your savings

# Uber

Sun, Dec 02, 2018

## Thanks for riding, Albert

We hope you enjoyed your ride this evening.

| Total | $37.31 |
|---|---|

| Trip fare | $37.31 |
|---|---|

| **Subtotal** | **$37.31** |
|---|---|

| **VISA** •••• 6154 | **$37.31** |
|---|---|

A temporary hold of $37.31 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

### You rode with Johnny

Transportation Network Company: Rasier-CA, LLC

**UberX**   14.12 miles | 23 min

**05:50pm** | Terminal 2, San Francisco, CA

**06:14pm** | 421 Post St, San Francisco, CA

# Uber

Wed, Dec 12, 2018

## Thanks for tipping, Albert

Here's your updated Wednesday morning ride receipt.

## Total                                         $10.66

Trip fare                                         $7.66

**Subtotal**                                      **$7.66**

Tip                                               $3.00

### Amount Charged

**VISA** •••• 6154                                **$10.66**

You rode with Ephraim

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 6 min

■   **07:04am** | 331 Powell St, San Francisco, CA

■   **07:10am** | 503 Turk St, San Francisco, CA

# Uber

Tue, Dec 11, 2018

## Thanks for tipping, Albert

Here's your updated Tuesday morning ride receipt.

| Total | $11.42 |
|---|---|

| Trip fare | $8.42 |
|---|---|

| **Subtotal** | **$8.42** |
|---|---|
| Tip | $3.00 |

Amount Charged

**VISA** •••• 6154                                               **$11.42**

**You rode with kevin**

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.87 miles | 5 min

**07:29am** | 300 Powell St, San Francisco, CA

**07:35am** | 503 Turk St, San Francisco, CA

# Uber

Thu, Dec 06, 2018

# Thanks for tipping, Albert

Here's your updated Thursday morning ride receipt.

| Total | $9.87 |
|---|---|

| Trip fare | $7.87 |
|---|---|

| **Subtotal** | **$7.87** |
|---|---|
| Tip | $2.00 |

### Amount Charged

**VISA** •••• 6154                                           $9.87

You rode with Michael

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.82 miles | 4 min

■  **07:18am** | 320 Powell St, San Francisco, CA

■  **07:22am** | 501 Turk St, San Francisco, CA

# Uber

Tue, Dec 11, 2018

## Thanks for tipping, Albert

Here's your updated Tuesday afternoon ride receipt.

| Total | $13.21 |
|---|---|

| Trip fare | $10.20 |
|---|---|

| **Subtotal** | **$10.20** |
|---|---|
| Wait Time | $0.01 |
| Tip | $3.00 |

**Amount Charged**

**VISA** •••• 6154                                      $13.21

**You rode with Mark**

Transportation Network Company: Rasier CA, LLC.

**UberX**   1.08 miles | 12 min

**04:18pm** | 298 Market St, San Francisco, CA

**04:30pm** | 421 Post St, San Francisco, CA

# Uber

## Thanks for tipping, Albert

Here's your updated Monday afternoon ride receipt.

## Total                                                     $11.11

| | |
|---|---|
| Trip fare | $9.11 |

| | |
|---|---|
| **Subtotal** | **$9.11** |
| Tip | $2.00 |

### Amount Charged

| | |
|---|---|
| **VISA** •••• 6154 | **$9.11** |
| **VISA** •••• 6154 | **$2.00** |

You rode with Silvestre

Transportation Network Company: Rasier-CA, LLC.

**UberX**   0.89 miles | 9 min

**04:36pm** | Hyatt Regency San Francisco, 5 Embarcadero Center, San Francisco, CA

**04:46pm** | 323 Geary St, San Francisco, CA

# Uber

Fri, Nov 30, 2018

## Thanks for tipping, Albert

Here's your updated Friday afternoon ride receipt.

| Total | $37.82 |
|---|---|

| Trip fare | $31.52 |
|---|---|

| Subtotal | **$31.52** |
|---|---|
| Tip | $6.30 |

**Amount Charged**

VISA •••• 6154                                                    $37.82

**You rode with Anup**

Transportation Network Company: Rasier CA, LLC.

**UberX**   13.57 miles | 27 min

04:05pm | 275 2nd St, San Francisco, CA

04:33pm | 308 Domestic Terminals Departures Level, San Francisco, CA

# Uber

# Thanks for riding, Albert

We hope you enjoyed your ride this morning.

| Total | $5.39 |
|---|---|

| Trip fare | $5.39 |
|---|---|

| **Subtotal** | **$5.39** |
|---|---|

| **VISA** •••• 6154 | **$5.39** |
|---|---|

A temporary hold of $5.39 was placed on your payment method •••• 6154 at the start of the trip. This is not a charge and has or will be removed. It should disappear from your bank statement shortly.

**You rode with John**

Transportation Network Company: Rasier-CA, LLC.

**Pool**   3.35 miles | 19 min

**12:02pm** | 2800 Leavenworth St, San Francisco, CA

**12:21pm** | 299 2nd St, San Francisco, CA

You saved $5.37 by sharing your ride.

share your savings

Case 5:13-cv-04115-WHO   Document 936-9   Filed 02/15/19   Page 70 of 74

Your Saturday evening trip with Uber

From:  Uber Receipts (uber.us@uber.com)

To:  albertskim@yahoo.com

Date:  Sunday, November 11, 2018, 3:17 AM GMT

## Uber

Total: $35.99
Sat, Nov 10, 2018

# Thanks for riding, Albert

We hope you enjoyed your ride
this evening.



# Total                                    # $35.99

Trip fare                                           $34.11

Subtotal                                            $34.11

Wait Time 🕐                                         $1.88

**VISA** •••• 6154  Switch                          $35.99

A temporary hold of $34.11 was placed on your payment method •••• 6154 at the start of the trip. This
is not a charge and has or will be removed. It should disappear from your bank statement shortly.
Learn More

Download PDF
Download link expires 12/11/18

**Receipt from Cup A Joe Coffeehaus**

From:  Cup A Joe Coffeehaus via Square (receipts@messaging.squareup.com)

To:    albertskim@yahoo.com

Date:  Friday, November 16, 2018, 2:12 PM PST

**Cup A Joe Coffeehaus**



**How was your experience?**

 

# $7.45

| | |
|---|---|
| Fresh Squeezed OJ (To Go) | $4.95 |
| Pastry 2.50 | $2.50 |
| | |
| Total | **$7.45** |
| Cash | $20.00 |
| | |
| Change | $12.55 |



Cup A Joe Coffeehaus
896 Sutter Street
San Francisco, CA 94108

Case 3:15-cv-04115-WHO   Document 936-9   Filed 02/15/19   Page 72 of 74

415-563-7745

Cash                                    Nov 16 2018 at 2:11 PM

                                            #VOmk

Square Just Got More Rewarding
Your favorite businesses may send you news and rewards via Square.
Learn more and update preferences.

© 2018 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX      13.31 mi | 22 min

■  06:54pm
    Courtyard G, San Francisco, CA

▮  07:17pm
    757 Post St, San Francisco, CA



Map data ©2018 Google



### Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: albertk490ue

REPORT LOST ITEM  ❯        CONTACT SUPPORT  ❯        MY TRIPS  ❯

FAQ

Forgot password

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms