EXHIBIT D-1

# TransKorean Services

550 N. San Pedro Rd.
San Rafael, CA 94903
USA

www.TransKorean.com
Jackl@TransKorean.com
(510) 914-7596

# Invoice

| Date | Invoice # |
|---|---|
| 12/4/2015 | I-15-815 Fi |

| Bill To |
|---|
| Attn. Mr. Mark C. Dosker, Partner<br>Squire Patton Boggs (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, California 94111 |

| P.O. No. | Terms |
|---|---|
| Korean Ramen | Due on receipt |

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Korean into English and English into Korean Consecutive Interpretation Services during Depositions in Seoul, S. Korea<br><br>Dates: Monday, January 11 ~ Friday, January 22, 2016<br><br>Venue: Lee & Ko, Hanjin Building, 18th Floor<br>          63 Namdaemun-ro, Jung-gu, Seoul 04532, Korea<br>Case Name: Korean Ramen<br><br>Requested by: Mr. Mark C. Dosker, Partner, Squire Patton Boggs<br>Interpreter: Jacki J. Noh, MACI, AIIC, CA State Certified Court Interpreter (ID # 300150) | 10 | days | 1,200.00 | 12,000.00 |
| Overtime: 1/11 (10:00 ~ 6:18) - 1/2 hour; 1/12 (9:00 ~ 5:02); 1/13 (9:00 ~ 5:21) - 1/2 hour; 1/14 (9:00 ~ 5:06); 1/15 (9:00 ~ 5:39) - 1 hour; 1/18 (9:00 ~ 5:09); 1/19 (9:00 ~ 5:54) - 1 hour; 1/20 (9:00 ~ 5:32) - 1/2 hour; 1/21 (9:00 ~ 5:05); 1/22 (9:00 ~ 4:57) | 3.5 | hours | 225.00 | 787.50 |
| Travel Time (50% of Daily Rate): 1/8, 1/9 & 1/23/2016 | 3 | days | 600.00 | 1,800.00 |
| Rest / Off Days (50% of Daily Rate): 1/10, 1/16 & 1/17/2016 | 3 | days | 600.00 | 1,800.00 |
| Per Diem (1/8 ~ 1/23/2016) | 16 | days | 80.00 | 1,280.00 |
| Ground Transportation | | flat | 200.00 | 200.00 |

Tax ID#: 94-3146540
Please indicate our invoice number on your remittance.
Thank you for doing business with us!

**Total** **$17,867.50**

Unpaid balances may be subject to a 2% finance fee beginning net 30 days from date of invoice.


**GLOBAL BUSINESS TRAVEL**

Generated: 18 November 2015 19:15 GMT

Invoice Booking Reference **JSF8P2**

**Trip ID - 31196597702**

**Passenger Name(s)**

| | |
|---|---|
| **NOH/JACKI JAEKYUNG** | **Agent DJ** |
| SQUIRE PATTON BOGGS | American Express Global Business Travel |
| 1500 WEST THIRD STREET | 1500 West Third Street |
| STE 450 | Suite 450 |
| CLEVELAND OH 44113 | Cleveland, OH, 44113 |
| | Phone: (216) 802-7555 |
| | Fax: (216) 802-7559 |

Thank you for booking your trip with us.

All of your travel arrangements can be found on the following pages of this itinerary.

Please check your travel details IMMEDIATELY to make sure they are correct. If your travel arrangements are NOT ACCURATE, please contact American Express Global Business Travel WITHIN 24 HOURS OF PURCHASE for regular transactions, or BY MIDNIGHT ON THE SAME DAY OF PURCHASE FOR EXCHANGE TRANSACTIONS, in order to avoid potential airline change fees.

To access your trip details online, visit https://mytrips.axexplore.com

We hope you have a pleasant trip.

 GLOBAL BUSINESS TRAVEL  We connect the world 

Prior to booking, please review your company's corporate travel policy in detail or check with your travel manager to ensure the booking is in compliance with your company's corporate travel policy.

Fulfilment of this offer or service will be managed by the advertiser. If you do not wish to receive marketing on your itinerary in the future, you can change your preferences by opting-out in your travel portal; https://mytrips.axexplore.com

GBT US LLC d/b/a American Express Global Business Travel

BILLING CODE :   00000-000000-11211500001X

**Invoice Information**

| | |
|---|---|
| Invoice Date | 18 November 2015 |
| Invoice | 0012834 |
| Dossier / Booking Number | JSF8P2-1V |

**Invoice Details**

| | |
|---|---|
| Ticket Number | 0167724667051 |
| Airline Name | UNITED AIRLINES |
| Passenger Name | NOH/JACKI JAEKYUNG |
| Flight Details | 11 Dec 2015  UNITED AIRLINES 0893 K Class SAN FRANCISCO,CA/SEOUL SOUTH KOREA |
| | 19 Dec 2015  UNITED AIRLINES 0892 W Class SEOUL SOUTH KOREA/SAN FRANCISCO,CA |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 949.00 |
| Ticket Tax Fare | 246.90 |
| Total (USD) Ticket Amount | 1195.90 |
| Air Rail Transaction or Booking Fee | 20.00 |
| Total | 1215.90 |

**Credit Card Information**

| | | |
|---|---|---|
| Charged to Card | AX XXXXXXXXXXX1032 | 20.00 |
| Charged to Card | AX XXXXXXXXXXX1032 | 1195.90 |

**Payment Details**

| | | |
|---|---|---|
| Charged by American Express Global Business Travel | | 20.00 |
| Charged by Airline | | 1195.90 |
| Total Invoice Charge | USD | 1215.90 |

**Friday 11 December 2015**

✈ 10:45 AM | **San Francisco (SFO) to Seoul (ICN)**

**Airline Booking Ref:** LB3Y4G
**Carrier:** United Airlines           **Flight:** UA 893     **Status:** Confirmed
**Operated By:** United Airlines
**Origin:** San Francisco, CA, San Francisco Intl Arpt (SFO)
**Departing:** Friday 11 December 2015 at 10:45 AM       **Departure Terminal:** I
**Destination:** Seoul, Incheon Intl Arpt (ICN)
**Arriving:** Saturday 12 December 2015 at 04:15 PM      **Arrival Terminal:** Not Applicable

**Additional Information**

| | | |
|---|---|---|
| **Class:** Economy | **Distance:** 5679 Miles | **Estimated Time:** 12 hours 30 minutes |
| **Aircraft Type:** Boeing 747-400 | **Seat:** 20K | |
| **Meal Service:** Lunch | | |
| **Frequent Flyer Number:** UAPV125401 | | |
| **Number of Stops:** 0 | | |

**Saturday 12 December 2015**

### WESTIN CHOSUN SEOUL

**Address:** 106 Sogong-ro Jung-gu, Seoul, 04533, KR
**Phone:** (822) 771-0500     **Fax:** (822) 752-1443
**Check In Date:** Saturday 12 December 2015
**Check Out Date:** Saturday 19 December 2015
**Number Of Nights:** 7
**Rate:** KRW 225000.00 per night may be subject to local taxes and service charges
**Guaranteed to:** VI XXXXXXXXXXXX6139
**Reference Number:** 551600149     **Status:** Confirmed     **Number Of Rooms:** 1

**Additional Information**

**Membership ID:** Not Applicable     **Corporate Id:** Not Applicable
CXL AFTR 11 DEC 2015 TM 18:00 PENALTY : 225000
CANCEL POLICY:
CXL CANCEL BY 1 DAYS PRIOR TO AVOID 1 NIGHTS
PENALTY

**Saturday 19 December 2015**

### 06:05 PM  Seoul (ICN) to San Francisco (SFO)

**Airline Booking Ref:** LB3Y4G
**Carrier:** United Airlines     **Flight:** UA 892     **Status:** Confirmed
**Operated By:** United Airlines
**Origin:** Seoul, Incheon Intl Arpt (ICN)
**Departing:** Saturday 19 December 2015 at 06:05 PM     **Departure Terminal:** Not Applicable
**Destination:** San Francisco, CA, San Francisco Intl Arpt (SFO)
**Arriving:** Saturday 19 December 2015 at 11:30 AM     **Arrival Terminal:** I

**Additional Information**

**Class:** Economy     **Distance:** 5679 Miles     **Estimated Time:** 10 hours 25 minutes
**Aircraft Type:** Boeing 747-400     **Seat:** 20A
**Meal Service:** Dinner
**Frequent Flyer Number:** UAPV125401
**Number of Stops:** 0

**********IMPORTANT VISA/PASSPORT SERVICE INFORMATION**********
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL DESTINATIONS.
ADDITIONAL DOCUMENTATION SUCH AS A VISA MAY ALSO BE REQUIRED.
SOME COUNTRIES REQUIRE YOUR PASSPORT BE VALID FOR 6 MONTHS
BEYOND YOUR INTENDED STAY. FOR ALL INTERNATIONAL TRAVEL
DOCUMENTATION REQUIREMENTS AND TO OBTAIN SPECIAL NEGOTIATED RATES
FOR AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL CUSTOMERS PLEASE ACCESS
WWW.TRAVISA.COM/AMERICANEXPRESS OR WWW.CIBT.COM/AMERICANEXPRESS

Saturday 09 April 2016

| OTHER | -**AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL** |

Additional Messages

\*\*\*\* After Hours Emergency Assistance \*\*\*\*
Please Call 866-899-5134 Or International
Collect 313-317-3501
Refer To Customer Access Code A-6na
A Valid U.S. Passport Required For This Itinerary.
Electronic Ticket - No Flight Coupons Will Be Issued.
Changes To This Itinerary May Increase The Fare.
Ticket Is Nonrefundable/Change Subject To Fee.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges Including But Not Limited To Daily Resort Or
Facility Fees May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IMPORTANT INFORMATION

For important information regarding your booking, in particular, in relation to the conditions applying to your booking, managing your booking and travel advisory, please refer to www.amexglobalbusinesstravel.com/booking-info.

American Express Global Business Travel (GBT) is a joint venture that is not wholly-owned by American Express Company or any of its subsidiaries (American Express). American Express Global Business Travel, American Express and the American Express logo are trademarks of American Express, and are used under limited license.

 **GLOBAL BUSINESS TRAVEL**

Generated: 03 December 2015 18:35 GMT

Invoice Booking Reference **Q64TBK**

**Trip ID - 31582422896**

**Passenger Name(s)**

NOH/JACKI JAEKYUNG

**Agent PS**

American Express Global Business Travel
1500 West Third Street
Suite 450
Cleveland, OH, 44113
Phone: (216) 802-7555
Fax: (216) 802-7559

Thank you for booking your trip with us.

All of your travel arrangements can be found on the following pages of this itinerary.

Please check your travel details IMMEDIATELY to make sure they are correct. If your travel arrangements are NOT ACCURATE, please contact American Express Global Business Travel WITHIN 24 HOURS OF PURCHASE for regular transactions, or BY MIDNIGHT ON THE SAME DAY OF PURCHASE FOR EXCHANGE TRANSACTIONS, in order to avoid potential airline change fees.

To access your trip details online, visit https://mytrips.amexgbt.com

We hope you have a pleasant trip.



 GLOBAL BUSINESS TRAVEL  We connect the world 

Prior to booking, please review your company's corporate travel policy in detail or check with your travel manager to ensure the booking is in compliance with your company's corporate travel policy.

Fulfilment of this offer or service will be managed by the advertiser. If you do not wish to receive marketing on your itinerary in the future, you can change your preferences by opting-out in your travel portal; https://mytrips.axexplore.com

BILLING CODE :    00000-000000-11211500001X

## Invoice Information

| | |
|---|---|
| Invoice Date | 03 December 2015 |
| Invoice | 0013027 |
| Dossier / Booking Number | Q64TBK-1V |

## Invoice Details

| | |
|---|---|
| Ticket Number | 0167726041035 |
| Airline Name | UNITED AIRLINES |
| Passenger Name | NOH/JACKI JAEKYUNG |
| Flight Details | 08 Jan 2016  UNITED AIRLINES 0893 W Class SAN FRANCISCO,CA/SEOUL SOUTH KOREA |
| | 23 Jan 2016  UNITED AIRLINES 0892 L Class SEOUL SOUTH KOREA/SAN FRANCISCO,CA |

## Charges

| | |
|---|---:|
| Ticket Base Fare | 801.00 |
| Ticket Tax Fare | 247.20 |
| Total (USD) Ticket Amount | 1048.20 |
| Current Fare | 1048.20 |
| Prior Ticket Credit 0167724667051 | -1195.90 |
| Exchange Fee | 300.00 |
| Ticket Exchange Fee | 20.00 |
| Ticket Refund Fee | 20.00 |
| Total | 340.00 |
| (MCO 0168151734398 Future Credit | 147.70) |

## Credit Card Information

| | | |
|---|---|---:|
| Charged to Card | AX XXXXXXXXXXX1032 | 20.00 |
| Charged to Card | AX XXXXXXXXXXX1032 | 300.00 |
| Charged to Card | AX XXXXXXXXXXX1032 | 20.00 |

## Payment Details

| | | |
|---|---|---:|
| Charged by American Express Global Business Travel | | 40.00 |
| Charged by Airline | | 300.00 |
| Total Invoice Charge | USD | 340.00 |

### Friday 08 January 2016

**✈ 10:35 AM** | **San Francisco (SFO) to Seoul (ICN)**

**Airline Booking Ref:** JRZ5J2
**Carrier:** United Airlines    **Flight:** UA 893    **Status:** Confirmed
**Operated By:** United Airlines
**Origin:** San Francisco, CA, San Francisco Intl Arpt (SFO)
**Departing:** Friday 08 January 2016 at 10:35 AM    **Departure Terminal:** I
**Destination:** Seoul, Incheon Intl Arpt (ICN)
**Arriving:** Saturday 09 January 2016 at 04:15 PM    **Arrival Terminal:** Not Applicable

**Additional Information**

| | | |
|---|---|---|
| Class: Economy | Distance: 5679 Miles | Estimated Time: 12 hours 40 minutes |
| Aircraft Type: Boeing 777 | Seat: 22K | |
| Meal Service: Lunch | | |
| Frequent Flyer Number: UAPV125401 | | |
| Number of Stops: 0 | | |

GBT US LLC d/b/a American Express Global Business Travel

**Saturday 09 January 2016**

🛏️ **WESTIN CHOSUN SEOUL**

**Address:** 106 Sogong-ro Jung-gu, Seoul, 04533, KR
**Phone:** (822) 771-0500   **Fax:** (822) 752-1443
**Check In Date:** Saturday 09 January 2016
**Check Out Date:** Saturday 23 January 2016
**Number Of Nights:** 14
**Rate:** KRW 225000.00 per night may be subject to local taxes and service charges
**Guaranteed to:** VI XXXXXXXXXXXX6139
**Reference Number:** 601611956   **Status:** Confirmed   **Number Of Rooms:** 1

**Additional Information**

**Membership ID:** Not Applicable   **Corporate Id:** Not Applicable
CXL AFTR 08 JAN 2016 TM 18:00 PENALTY : 225000
CANCEL POLICY:
CXL CANCEL BY 1 DAYS PRIOR TO AVOID 1 NIGHTS PENALTY

**Saturday 23 January 2016**

✈️ 06:05 PM | **Seoul (ICN) to San Francisco (SFO)**

**Airline Booking Ref:** JRZ5J2
**Carrier:** United Airlines   **Flight:** UA 892   **Status:** Confirmed
**Operated By:** United Airlines
**Origin:** Seoul, Incheon Intl Arpt (ICN)
**Departing:** Saturday 23 January 2016 at 06:05 PM   **Departure Terminal:** Not Applicable
**Destination:** San Francisco, CA, San Francisco Intl Arpt (SFO)
**Arriving:** Saturday 23 January 2016 at 11:40 AM   **Arrival Terminal:** I

**Additional Information**

**Class:** Economy   **Distance:** 5679 Miles   **Estimated Time:** 10 hours 35 minutes
**Aircraft Type:** Boeing 777   **Seat:** 23A
**Meal Service:** Dinner
**Frequent Flyer Number:** UAPV125401
**Number of Stops:** 0

**********IMPORTANT VISA/PASSPORT SERVICE INFORMATION**********
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL DESTINATIONS.
ADDITIONAL DOCUMENTATION SUCH AS A VISA MAY ALSO BE REQUIRED.
SOME COUNTRIES REQUIRE YOUR PASSPORT BE VALID FOR 6 MONTHS
BEYOND YOUR INTENDED STAY. FOR ALL INTERNATIONAL TRAVEL
DOCUMENTATION REQUIREMENTS AND TO OBTAIN SPECIAL NEGOTIATED RATES
FOR AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL CUSTOMERS PLEASE ACCESS
WWW.TRAVISA.COM/AMERICANEXPRESS OR WWW.CIBT.COM/AMERICANEXPRESS

Sunday 22 May 2016

| OTHER | -**AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL** |

**Additional Messages**

\*\*\*\* After Hours Emergency Assistance \*\*\*\*
Please Call 866-899-5134 Or International Collect 313-317-3501
Refer To Customer Access Code A-6na
Electronic Ticket - No Flight Coupons Will Be Issued.
A Valid U.S. Passport Required For This Itinerary.
Changes To This Itinerary May Increase The Fare.
Ticket Is Nonrefundable/Change Subject To Fee.
Present Frequent Flyer Number At Check-In For Credit.
Car Declined.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please Be Advised That Certain Mandatory Hotel-Imposed
Charges Including But Not Limited To Daily Resort Or
Facility Fees May Be Applicable To Your Stay And Payable
To The Hotel Operator At Check-Out From The Property
You May Wish To Inquire With The Hotel Before Your Trip
Regarding The Existence And Amount Of Such Charges.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT INFORMATION**

For important information regarding your booking, in particular, in relation to the conditions applying to your booking, managing your booking and travel advisory, please refer to www.amexglobalbusinesstravel.com/booking-info.

American Express Global Business Travel (GBT) is a joint venture that is not wholly-owned by American Express Company or any of its subsidiaries (American Express). American Express Global Business Travel, American Express and the American Express logo are trademarks of American Express, and are used under limited license.