EXHIBIT D-2

AK 4 Best Translation, Inc. (Aeryong Kim)
2238 Open Sky Dr.
Fullerton, CA 92833

# INVOICE

Squire Patton Boggs LLP
ATTN: Edward G. Kim
Foreign Legal Consultant Office
18F, Ferrum Tower 19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea
Direct: +82 2 6353 8357
Main: +82 2 6353 8350
E-Mail: ed.kim@squirepb.com

| | Invoice # | 11201004586 |
|---|---|---|
| | Invoice Date | 03/29/2016 |
| | Due Date | 04/28/2016 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | In Re: Korean Ramen Antitrust Litigation<br>Case No.: 130cv-04115 (United States District Court for the Northern District of California)<br><br>Date: March 15, 2016<br>Venue: Law Offices of Glancy Prongay & Murray, LLP<br>1925 Century Park East,<br>Los Angeles, CA<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Minae Yu, Esq.<br>Deponent: Kevin Park<br>Interp.: Aeryong C. Kim<br>Reporter: Nadir Newhart<br>Video: Grant Cihlar<br>Duration: 9:00AM~4:35PM | 225.00 | 8.00 | 1,800.00 |
| Service | Date: March 17, 2016<br><br>Late Cancellation | 225.00 | 8.00 | 1,800.00 |


| | | | | |
|---|---|---|---|---|
| Service | Date: March 18, 2016<br>Venue: Law Offices of Gibson, Dunn & Crutcher, LLP<br>333 S. Grand Avenue,<br>Los Angeles, CA 90071<br>Taken by: Dan Birkhaueser, Esq.<br>Defended by: Minae Yu, Esq.<br>Deponent: Young Wook Ham<br>Interp.: Aeryong C. Kim<br>Reporter: Renee Dimenno Zepezauer<br>Video: Gilbert Miranda<br>Duration: 9:30AM~6:18P | 225.00 | 9.00 | 2,025.00 |
| Service | Date: March 30, 2016<br>Venue: Law Offices of Squire Patton & Boggs<br>555 S. Flower Street, 31st Floor,<br>Los Angeles, CA 90071<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Greg Linkh, Esq.<br>Defended by: Joseph Grasser, Esq.<br>Deponent: Young Lee<br>Interp.: Aeryong C. Kim<br>Reporter: Nadir Newhart<br>Video: Wesley Mack<br>Duration: 10:00AM~5:27PM | 225.00 | 8.00 | 1,800.00 |
| Service | Date: March 31, 2016<br>Venue: Law Offices of Squire Patton & Boggs<br>555 S. Flower Street, 31st Floor,<br>Los Angeles, CA 90071<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Greg Linkh, Esq.<br>Defended by: Joseph Grasser, Esq.<br>Deponent: Young Lee<br>Interp.: Aeryong C. Kim<br>Reporter: Nadir Newhart<br>Video: Wesley Mack<br>Duration: 10:00AM~3:40PM | 225.00 | 8.00 | 1,800.00 |

NOTES: Thank you for your trust and confidence!

Sincerely,

Aeryong Kim

| | |
|---|---:|
| Subtotal | 9,225.00 |
| Total | 9,225.00 |
| Amount Paid | 0.00 |
| Balance Due | $9,225.00 |

NSK portion 1/8 = USD1,153.12

Invoice 11201004597 AK 4 Best Translation, Inc. (Aeryong Kim) 페이지 1 / 2

AK 4 Best Translation, Inc. (Aeryong Kim)
2238 Open Sky Dr.
Fullerton, CA 92833

# INVOICE

Squire Patton Boggs LLP
ATTN: Edward G. Kim
Foreign Legal Consultant Office
18F, Ferrum Tower 19, Eulji-ro 5-gil, Jung-gu
Seoul, 100-210, Korea
Direct: +82 2 6353 8357
Main: +82 2 6353 8350
E-Mail: ed.kim@squirepb.com

**Invoice #** 11201004597
**Invoice Date** 04/14/2016
**Due Date** 05/14/2016

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | In Re: Korean Ramen Antitrust Litigation<br>Case No.: 130cv-04115 (United States District Court for the Northern District of California)<br><br>Date: April 14, 2016<br>Venue: Law Offices of Squire Patton & Boggs<br>555 S. Flower Street, 31st Floor,<br>Los Angeles, CA 90071<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Greg Linkh, Esq.<br>Def by: Joseph Grasser, Esq.<br>Deponent: Hosik Shin/ Eugene Shin<br>Interp.: Aeryong C. Kim<br>Reporter: Nadir Newhart<br>Video: Gilbert Miranda<br>Duration: 10:00AM~2:05pm | 225.00 | 8.00 | 1,800.00 |
| Service | In Re: Korean Ramen Antitrust Litigation<br>Case No.: 130cv-04115 (United States District Court for the Northern District of California)<br><br>Date: April 15, 2016<br>Venue: Law Offices of Squire Patton & Boggs<br>555 S. Flower Street, 31st Floor,<br>Los Angeles, CA 90071<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Greg Linkh, Esq.<br>Def by: Joseph Grasser, Esq.<br>Deponent: Sunho Kim<br>Interp.: Aeryong C. Kim<br>Reporter: Nadir Newhart<br>Video: Gilbert Miranda<br>Duration: 10:00AM~3:00PM | 225.00 | 8.00 | 1,800.00 |
| Service | In Re: Korean Ramen Antitrust Litigation<br>Case No.: 130cv-04115 (United States District Court for | 225.00 | 8.00 | 1,800.00 |

the Northern District of California)

Date: April 16, 2016
Venue: Law Offices of Squire Patton & Boggs
555 S. Flower Street, 31st Floor,
Los Angeles, CA 90071
Case: Steven Fenerjian vs. Nongshim
Case No.: 3:13-cv-04115
Taken by: Joseph Grasser, Esq.
Def by: Marc Reich, Esq.
Also Pr.: Young W. Ryu, Esq.
Deponent: Kenny Kang
Interp.: Aeryong C. Kim
Reporter: Nadir Newhart
Video: David North
Duration: 10:30AM~3:32PM

NOTES: Thank you for your continued trust and confidence!

Sincerely,

Aeryong Kim

| | | |
|---|---|---|
| | Subtotal | 5,400.00 |
| | Total | 5,400.00 |
| | Amount Paid | 0.00 |
| | Balance Due | $5,400.00 |

NSK 20% = USD1,080

PAID
2016 05. 24.

AK 4 Best Translation, Inc. (Aeryong Kim)  
2238 Open Sky Dr.  
Fullerton, CA 92833

# INVOICE

Squire Patton Boggs LLP  
ATTN: Edward G. Kim  
Foreign Legal Consultant Office  
18F, Ferrum Tower 19, Eulji-ro 5-gil, Jung-gu  
Seoul, 100-210, Korea  
Direct: +82 2 6353 8357  
Main: +82 2 6353 8350  
E-Mail: ed.kim@squirepb.com

| | | Invoice # | 11201004602 |
| | | Invoice Date | 04/28/2016 |
| | | Due Date | 05/28/2016 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Date: April 28, 2016<br>Venue: Law Offices of Gibson Dunn<br>333 Grand Ave., 54th Floor,<br>Los Angeles, CA 90071<br>Case: Steven Fenerjian vs. Nongshim<br>Case No.: 3:13-cv-04115<br>Taken by: Lee Albert, Esq.<br>Ann Choi Goodwin, Esq.<br>Katherine Warren, Esq.<br>Def by: Dan Lee, Esq.<br>Deponent: Jae Hee Lee<br>Interp.: Aeryong C. Kim<br>Reporter: Jardene Platt<br>Video: Steven Togami<br>Duration: 9:30AM~11:30AM<br><br>(minimum of 8-Hour full day charged) | 225.00 | 8.00 | 1,800.00 |

NOTES: Thank you very much for your continued trust and confidence!

Sincerely,

Aeryong Kim

| | |
|---|---:|
| Subtotal | 1,800.00 |
| Total | 1,800.00 |
| Amount Paid | 0.00 |
| Balance Due | $1,800.00 |

NSK 20% = USD360

```
PAID
2016 05. 24.
```