SQUIRE PATTON BOGGS (US) LLP
John R. Gall (Admitted N.D. Cal., Ohio Bar # 0011813)
Mark C. Dosker (CA Bar #114789)
Joseph P. Grasser (CA Bar #255156)
Tania L. Rice (CA Bar # 294387)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
E-Mail: john.gall@squirepb.com
mark.dosker@squirepb.com
joseph.grasser@squirepb.com
tania.rice@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD. and
NONGSHIM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KOREAN RAMEN ANTITRUST LITIGATION, | Case No. 3:13-cv-04115-WHO <br><br> **DECLARATION OF JAE YOO IN SUPPORT OF NONGSHIM CO., LTD.'S AND NONGSHIM AMERICA, INC.'S BILL OF COSTS** <br><br> Date: April 10, 2019 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

X.X.66.230 jae
2019/02/13 16:11:52

I, Jae Yoo, declare as follows,

1. I am the Manager of the Legal Team of Nongshim America, Inc. (NSA). I work in Nongshim America, Inc.'s office in Rancho Cucamonga, California. I helped arrange for the travel of Sun Ho Kim, Sunny Kim, and Young Lee, who are also employees (or a former employee, as to Sunny Kim) of Nongshim America, Inc. in Rancho Cucamonga, and who testified at trial in this action. I have personal knowledge of the facts herein and if called to testify, I could and would testify hereto.

2. Sun Ho Kim testified on December 4, 2018. His flight from Ontario, California to Oakland, California cost $491.96. In San Francisco, he stayed at the Cova Hotel for two nights, on December 2 and 3, 2018. The hotel cost a total of $351.21 for those two nights (average of $175.60 per night). He took Uber rides to and from the San Francisco International Airport and his hotel, and took an Uber ride from his hotel to the courthouse, totaling $98.18. His meals totaled $67.52 for the three days he was traveling.

3. Sunny Kim testified on December 4, 2018. Her flight from Ontario, California to Oakland, California cost $351.96. In San Francisco, she stayed at the Hotel Nikko for two nights on December 2 and 3, 2018. The hotel cost a total of $677.98 for those two nights, but NSA seeks to recover only the government per diem rate of $247 per night, for a total of $494. On December 4, 2018 she took an Uber ride from her hotel to the courthouse, which cost $6.98.

4. Young Lee testified on December 3 and December 4, 2018. His flight from Los Angeles to San Francisco cost $358.60. Although he stayed in San Francisco for the duration of the trial as NSA's representative, NSA seeks to recover costs for his lodging only for the nights of December 2 and 3, 2018. At $130.14 per night, this totals $260.28.

5. The reason that Sun Ho Kim and Sunny Kim needed to arrive early, and stay in San Francisco for two nights instead of one, was that it was uncertain which day they would be called to testify.

6. True and correct copies of the receipts for the above travel expenses are attached hereto as **Exhibit E**.

1

DECLARATION OF JAE YOO IN SUPPORT OF
NONGSHIM DEFENDANTS' BILL OF COSTS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 13, 2019, at Rancho Cucamonga, California.

_____
Jae Yoo