

EXHIBIT E

· Itinerary: Hotel in San Francisco

Page 1 of 2

 **Expedia**

---

## Hotel in San Francisco

Dec 2, 2018 - Dec 4, 2018   |   Itinerary # 7395487719081

---

### COVA Hotel
**Dec 2, 2018 - Dec 4, 2018 , 1 room |  2 nights**

**CONFIRMED**
Confirmation #         59007504

We have confirmed your hotel reservation with the property.

655 Ellis Street, San Francisco, CA, 94109 United States of America

Tel: 1 (415) 771-3000, Fax: 1 (415) 723-7877

### Check-in

- **Check-in time starts at 3 PM**
- **Check-in time ends at 11:30 PM**
- If you are planning to arrive after 11:30 PM please contact the property in advance using the information on the booking confirmation.
- 24-hour airport shuttle service is available on request. Contact the property in advance to make arrangements.
- This property does not provide air conditioning. For more details, please contact the property using the information on the reservation confirmation received after booking.
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, **COVA Hotel** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 3:00pm (Pacific Daylight Time (US & Canada); Tijuana) on Dec 1, 2018 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.
- View your online itinerary for additional rules and restrictions.

Award points and airline mileage may not be awarded when booking an Expedia Special Rate hotel.

### Price Summary

**Total**          **$351.21**
Collected by Expedia

**Private sale: save 20%**

**Prices shown after $75.40 savings**

| | |
|---|---|
| **Room Price** | **$351.21** |
| **2 nights** | **$150.80** |
| | avg./night |
| 12/2/2018 | $145.60 |
| 12/3/2018 | $156.00 |
| Taxes & Fees | $49.61 |

All prices quoted in USD.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

---

**Room**          **Superior Double Room, 2 Double Beds**

Includes: Continental Breakfast Free Wireless Internet

X.X.70.91  shklm
2018/12/05 15:36:22

X.X.66.230  jae
2019/01/31 08:39:37

Itinerary: Hotel in San Francisco                                          Page 2 of 2.

| Confirmation #: | 59007504 |
|---|---|
| Reserved for | Sunho Kim<br>1 adult |
| Requests | 2 Double Beds, non-smoking room |

**1,615 points**  **Expedia Rewards**
For this trip

- 702 base points for this trip
- 702 bonus points for App Booking Double Points
- 211 bonus points for +gold Bonus

### Need help with your reservation?

- Visit our Customer Support page.
- Call Expedia Rewards gold Dedicated Customer Care at 1-866-539-4149 or 1-702-939-2635.
- For faster service, mention **itinerary #7395487719081**

X.X.70.91  shkim
2018/12/05 15:36:22

https://www.expedia.com/itinerary-print?tripid=ce26cfb3-2678-4225-b768-05a13131fcc7...   12/5/2018

X.X.66.230  jae
2019/01/31 08:39:37

· Southwest Airlines | My Account, Trips, Past, Pricing, Details        Page 1 of 1

# Past Flight

Dec 2 - 4

## Ontario/LA, CA *to* Oakland, CA

Confirmation # QIQPE5

| PASSENGER | POINTS EARNED | FARE TOTAL |
|---|---|---|
| **SUNHO KIM**<br>RR 20232835000 | + 4,312ᴾᵀˢ | $491.96 |

Price summary

| ROUTING | DATE | FARE TYPE | FARE |
|---|---|---|---|
| **ONT** *to* **OAK** | 12/02/2018 | Anytime | $215.61 |
| **OAK** *to* **ONT** | 12/04/2018 | Anytime | $215.61 |
| | | Gov't taxes and fees | $60.74 |

| | |
|---|---|
| **Total** | **$491.96** |
| Total points earned | + 4,312ᴾᵀˢ |

X.X.70.91  shkim
2018/12/05 15:31:56

X.X.66.230  jae
2019/01/31 08:39:37

 Gmail

sunho kim ▬▬▬▬▬

---

## [Business] Your Sunday afternoon trip with Uber

3개의 메일

---

**Uber Receipts** <uber.us@uber.com>
받는사람: celestin777@gmail.com
참조: receipts@certify.com

2018년 12월 2일 오후 1:49

---

Uber

Total: $47.00
Sun, Dec 02, 2018



# Thanks for riding, sunho

We hope you enjoyed your ride
this afternoon.

| Total | $47.00 |
|---|---|
| Trip fare | $47.00 |
| Subtotal | $47.00 |
| Amount Charged | |
| **VISA** •••• 9794  Switch | $47.00 |

X.X.70.91  shkim
2018/12/05 14:57:33

X.X.66.230  jae
2019/01/31 08:39:37

Gmail - [Business] Your Tuesday morning trip with Uber                    Page 1 of 9

 Gmail                                              **sunho kim** ▬▬▬▬▬▬

---

**[Business] Your Tuesday morning trip with Uber**
2개의 메일

---

**Uber Receipts** <uber.us@uber.com>                          2018년 12월 4일 오전 11:30
받는사람: ▬▬▬▬▬@gmail.com
참조: receipts@certify.com

Uber                                                          Total: $8.67
                                                             Tue, Dec 04, 2018

# Thanks for riding, sunho

We hope you enjoyed your ride
this morning.



| Total | $8.67 |
|-------|-------|

| Trip fare | $7.89 |
|-----------|-------|

| Subtotal | $7.89 |
|----------|-------|
| Wait Time ⑦ | $0.78 |

Amount Charged

VISA  •••• 9794  Switch                                       $8.67

X.X.70.91  shkim
2018/12/05 15:03:16

X.X.66.230 jae
2019/01/31 08:39:37

 **Gmail**

sunho kim < ████████ >

---

## [Business] Your Tuesday afternoon trip with Uber
1 개의 메일

---

**Uber Receipts** <uber.us@uber.com>                    2018년 12월 4일 오후 1:28
받는사람: ██████7@gmail.com
참조: receipts@certify.com

---

**Uber**

Total: $42.51
Tue, Dec 04, 2018

# Thanks for riding, sunho

We hope you enjoyed your ride
this afternoon.



| Total | $42.51 |
|---|---|

| | |
|---|---|
| Trip fare | $40.68 |
| Subtotal | $40.68 |
| Wait Time ⓘ | $1.83 |

Amount Charged

| *VISA* •••• 9794  Switch | $42.51 |
|---|---|

X.X.70.91  shkim
2018/12/05 15:03:42

X.X.66.230 jae
2019/01/31 08:39:37

METREON
783 Mission Street
San Francisco, CA 94103

Server: Ferdinand                              12/02/2018
34 Shen/1                                        5:04 PM
Guests: 1

                                              #10375
Order Type:  DINE IN

Combo Mini GarlicF RShak                         13.50
Mini
    Cheese      *cc statment chas*                 0.50
                *Charge of $16.19*
Subtotal                                         14.00
Tax                                               1.19

Total                                            15.19

---

Metreon Unit:325

12/2/2018 5:35 PM
SALES SUMMARY
Remote Sale
Ticket Quantity: 1
Service Ch      15.45
T

---

Aquitaine
Order #: 1025-8504  Check: 1
TABLE 19
Server: Lunch
2018-12-04 12:42:29

_____

CREDIT CARD SALE

Visa ...9794
Ref #: 101757
Auth Code: 063888

                        Amount:        33.64

                        Gratuity:      4·00

                        Total:         37·64

X.X.66.230 jae
2019/01/31 08:39:37

FEE
OAKLAND          REPORT

351034 Robert
-------------------------------------------
CHK 1970                         GST 1
        DEC04 '8  1:43FM
-------------------------------------------
      TO G)

1 ICD AMERICANO  V        3.95

   SUBTOTAL                3.95
   EE BENFT SURCHRGE       0.12
   TAX                     0.38
   AMOUNT                  4.45

KINOKUNIYA BOOKSTORES
1581 WEBSTER ST.
SAN FRANCISCO, CA 94115
PHONE (415) 567-7625

MERCHANT ID: **********0005
CLERK ID: Cashr 033

                 SALE

MASTERCARD               ************1637
ENTRY METHOD: CHIP
DATE: 12/03/2018  TIME: 15:55:44

INVOICE: 14564403402996
REFERENCE: 5562
AUTH CODE: 93166S

AMOUNT                   USD$ 10.84
                         ==========
TOTAL                    USD$ 10.84

X.X.66.230 jae
2019/01/31 08:39:37

11/27/2018 Senergetic Sales and Marketing, Inc. Mail - Sunny Kim's 12/02 Oakland trip (L26OQY): Your reservation is confirmed.

 SENERGE/IC
SALES & MARKETING

Sunny Kim <█████████████████████>

## Sunny Kim's 12/02 Oakland trip (L26OQY): Your reservation is confirmed.
1 message

Southwest Airlines <southwestairlines@ifly.southwest.com>  Tue, Nov 27, 2018 at 12:12 PM
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: ████████████████████

Here's your itinerary and other important travel information.
View our mobile site | View in browser

 Southwest♥

Manage Flight | Flight Status | My Account



Hi Sunny,
We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

### DECEMBER 2 - DECEMBER 4
# ONT ✈ OAK
Ontario to Oakland

Confirmation # **L26OQY**                 Confirmation date: 11/27/2018

PASSENGER          Sunny Kim
RAPID REWARDS #    440265114
TICKET #           5262412890494
EXPIRATION[1]      November 27, 2019
EST. POINTS EARNED 1,807

Rapid Rewards® points are only estimations.

## Your itinerary

Flight 1:  Sunday, 12/02/2018    Est. Travel Time: 1h 15m   Wanna Get Away®

FLIGHT      DEPARTS              ARRIVES
# 0256      ONT 11:35AM   ✈     OAK 12:50PM
            Ontario              Oakland

Flight 2:  Tuesday, 12/04/2018   Est. Travel Time: 1h 15m   Wanna Get Away®

FLIGHT      DEPARTS              ARRIVES
# 0282      OAK 03:20PM   ✈     ONT 04:35PM
            Oakland              Ontario

X.X.66.230  jae
2018/12/19 08:50:57

X.X.66.230  jae
2019/01/31 08:40:21

11/27/2018                Senergetic Sales and Marketing, Inc. Mail - Sunny Kim's 12/02 Oakland trip (L26OQY): Your reservation is confirmed.

# Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - L26OQY** | | | **Visa ending in 0078** |
| Base Fare | $ | 300.99 | Date: November 27, 2018 |
| U.S. Transportation Tax | $ | 22.57 | **Payment Amount: $351.96** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 8.20 | |
| U.S. Passenger Facility Chg | $ | 9.00 | |
| **Total** | $ | **351.96** | |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262412890494

# Prepare for takeoff



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.



**30 minutes** before your departure:

Arrive at the gate prepared to board.



**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

> See more travel tips

## Don't miss out on automatic check-in

EarlyBird Check-In® reserves your boarding position at 36 hours before your flight, earlier than regular check-in.

Get it now >



Save up to 35%
on base rates and earn up to 2,400
Rapid Rewards® points. Terms apply.



Book car >





X.X.66.230  jae
2018/12/19 08:50:57

X.X.66.230  jae
2019/01/31 08:40:21

12/5/2018          https://www.priceline.com/receipt/?offer-token=7525FCA4CD04496FF77831A99C007D0CDF3F173586B78CABA38406A47A624EFF&re...

## Your reservation from Dec 2, 2018.

Priceline Trip Number: 160-637-683-40

Confirmation emailed to: ███████████████

---

## Hotel Nikko San Francisco ★★★★

| | |
|---|---|
| Check-in: | **Sun Dec 2, 2018 - After 03:00 PM** |
| Check-out: | **Tue Dec 4, 2018 - 11:00 AM** |
| Address: | 222 Mason Street, San Francisco , CA , United States |
| Phone number: | 415-394-1111 |
| Number of rooms: | 1 room |
| Reservation name: | Sunny Kim |
| | Sleeps Up To 2 Adults |
| Confirmation number: | 235922070 |

Amenities:
- 📶 Free Internet
- Indoor Pool
- Spa
- Shuttle
- Non-Smoking
- Gym
- Restaurant
- Handicap Accessible

Room type:    Petite Queen

Hotels may charge for additional guests.

### Summary of Charges / Receipt
Total cost:  $677.98

| | |
|---|---|
| Purchase date: | Nov 30, 2018 |
| Payment method: | Visa (0078) |
| Billing name: | Sunny Kim |
| Room price: | $269.05 avg./night |
| Number of rooms: | 1 room |
| Number of nights: | 2 nights |
| Room subtotal: | $538.10 |
| Taxes: | $139.88 |
| Total cost: | $677.98 |

Prices are in USD.

This itinerary including Summary of Charges is your official receipt.

### Need Help?

[ 💬 Chat With Priceline ]

Show contact methods

---

### Important Information

| | |
|---|---|
| Credit card required | The reservation holder must present a valid photo ID and credit card at check-in. The credit card is required for any additional hotel specific service fees or incidental charges or fees that may be charged by the hotel to the customer at checkout. These charges may be mandatory (e.g., resort fees) or optional (parking, phone calls or minibar charges) and are not included in the room rate. |
| Additional information | Guests are required to show a photo ID and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply. Please note that: First and last names are required when making a reservation. Please note that the credit card holder must be the same person with the booking confirmation. The property will put a USD 100 hold on the guest's card per day. If there is any incidental during the stay, the property will block the amount from the credit card given. Guests who want access to the Health Club or Pool must pay a USD 25 fee per room. Please note: Some Deluxe rooms can accommodate up to 3 children. Please contact property in advance for details. Please note: Early check-in is available upon request and based upon availability for a fee. Please contact the property for details. |
| Refund and Cancellation Policy | This booking is Non-Refundable and cannot be amended or modified. If you fail to arrive or cancel the booking, no refund will be given. |
| Rate description | Websaver - Full pre-payment required upon booking |

X.X.66.230  jae
2018/12/19 08:51:35

X.X.66.230  jae
2019/01/31 08:40:21

 Gmail                                                    Sunny Kim ◄ ███████████

**Your Tuesday morning trip with Uber**
1 message

Uber Receipts <uber.us@uber.com>                              Tue, Dec 4, 2018 at 7:45 AM
To: ████████@gmail.com

Uber                                                    Total: $6.98
                                                        Tue, Dec 04, 2018

# Thanks for riding, Sunny

We hope you enjoyed your ride
this morning.



Total                                                   $6.98

Trip fare                                                      $6.98

Subtotal                                                       $6.98

Amount Charged

VISA  •••• 0078  Switch                                        $6.98

Download PDF
Download link expires 1/3/19

X.X.66.230 jae
2018/12/19 08:51:13

X.X.66.230 jae
2019/01/31 08:40:21

You rode with Abdelghani



4.9 ★ Rating

Top Driver Compliment
"Excellent Service"

How was your ride?

RATE OR TIP

Transportation Network Company: Rasier-CA, LLC.

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    0.94 mi | 6 min

■ 07:38am
325 O'Farrell St, San
Francisco, CA

▮ 07:45am
400 Golden Gate Ave, San
Francisco, CA



Map data ©2018 Google

X.X.66.230 jae
2018/12/19 08:51:13

X.X.66.230 jae
2019/01/31 08:40:21



# Your receipt from Airbnb

Receipt ID: RCTNK5DJN9 · Nov 06, 2018

## San Francisco

**34 nights in San Francisco**

Wed, Nov 14, 2018  →  Tue, Dec 18, 2018
Entire home/apt · 2 beds · 1 guest



550 Battery Street
San Francisco, CA 94111
United States
Hosted by Jacob Fisher
Confirmation code: HM8PPYB4RX
Go to itinerary · Go to listing

Traveler: Young Hoon Lee

Cancellation policy: Long Term
Payment for the first month of your reservation is non-refundable.
This Long Term policy applies to all reservations of 28 nights or
longer.

**Have a question?**
Visit the Help Center

### Price breakdown

| | |
|---|---|
| Accommodation | $4,722.00 |
| 6% monthly price discount | -$283.32 |
| Cleaning fee | $150.00 |
| Service fee | $431.34 |
| **Total (USD)**<br>Will process in 2 payments | $5,020.02 |
| **Payment 1 of 2 (USD)** | **$4,424.83** |

### Payment

| | |
|---|---|
| VISA ···· 1291<br>Nov 06, 2018 · 03:37PM PST | $4,424.83 |
| **Amount paid (USD)** | $4,424.83 |

Airbnb Payments, Inc.
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host
is satisfied. (i) the Host's cancellation policy (available on the Listing); or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints:
contact Airbnb Payments, Inc. at 855-4-AIRBNB (855-424-7262).

Security Deposit
Your Host requires a Security Deposit of $200 to book this listing. The Guest is responsible for the amount of the Security Deposit, but it will not be charged unless the host makes
a claim. Hosts can make a claim on the deposit within 14 days of your checkout date or before the next guest checks in, whichever is earlier. If a claim is initiated, Airbnb Customer
Service will be in contact with both you and your Host to make sure both parties are represented fairly. Additional details regarding the Security Deposit are available at
https://www.airbnb.com/help/article/140.

Payment processed by:
Airbnb Payments, Inc.
888 Brannan St, San Francisco, CA 94103

Airbnb, Inc.
888 Brannan St, San Francisco, CA 94103
www.airbnb.com

airbnb

X.X.66.190 ylee
2018/11/08 08:37:09

4424.83 / 34 nights x5 nights → $650.71
5310.02                            780.89

X.X.66.230 jae
2019/01/31 08:41:26

 Gmail                                                   Young Lee ▊▊▊▊▊

---

## Expedia travel confirmation - Nov 14 - (Itinerary # 7389723033159)

1 message

---

**Expedia.com** <Expedia@expediamail.com>                        Fri, Nov 2, 2018 at 4:47 PM
Reply-To: Expedia@expediamail.com
To: ▊▊▊▊▊▊



## Thanks!

Your reservation is booked and confirmed. There is no need to call
us to reconfirm this reservation.

### San Francisco

Nov 14, 2018 - Nov 15, 2018

---

Because you booked a flight, you qualify for up to 43% off San
Francisco hotels.

Expires Mon, November 12

> See hotels

---

See live updates to your itinerary, anywhere and anytime.

> **See your itinerary**   > Download to your Phone

---

### Before you go

- **E-ticket:** This email can be used as an E-ticket.

- Remember to bring your itinerary and government-issued photo ID for airport
  check-in and security.

**Contact the airline to confirm:**

- specific seat assignments

- special meals

- frequent flyer point awards

- special assistance requests

X.X.66.190  ylee
2019/02/12 17:09:51

Flight overview



**Travel dates**
Nov 14, 2018 - Nov 15, 2018

**Itinerary #**

7389723033159

**Your reservation is booked and
confirmed. There is no need to call
us to reconfirm this reservation.**

**Confirmation**
RDYYNM (American Airlines)

**Booking ID**
S6E2MG

**Ticket #**
0017268074202 (Young Hoon Lee)

Change or cancel this reservation

**You still have time to protect your trip.**

Protect My Trip

Expires 24 hours after confirmation of flight booking

---



## Departure

Wed, Nov 14

American Airlines 6020 operated by SUBSIDIARY/FRANCHISE

**Los Angeles (LAX)**
11:00pm

→

**San Francisco (SFO)**
12:29am +1 day

**Terminal:** 2

Arrives on Nov 15, 2018

MAIN CABIN
**Cabin:** Economy / Coach (O)
**Included**

- Seat Choice
- Carry On Bag
- Miles Earned

**Fee applies**

- Checked Bags
- Changes
- Snacks
- Alcoholic Drinks
- Wi-Fi
- Priority Boarding
- Lounge Access

**Not included**

- Cancellation

1h 29m duration

X.X.66.190 ylee
2019/02/12 17:09:51

## Total Duration

1h 29m

---

## Traveler(s)

**Young Hoon Lee**

No frequent flyer details provided

Frequent flyer and special assistance requests should be confirmed directly with the airline.

---

## Price summary

| | | Expedia Rewards |
|---|---|---|
| Traveler 1: Adult | $61.20 | 12 points |
|   Flight | $43.72 | for this trip |
|   Taxes & Fees | $17.48 | |
| **Total** | **$61.20** | |

All prices are quoted in **USD**.

---

## Additional information

**Additional fees**

The airline may charge additional fees for checked baggage or other optional services.

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable and nontransferable. Itinerary changes are permitted, fee may apply.**

Please read important information regarding airline liability limitations.

---

## More help

Change or cancel this reservation.

Visit our Customer Support page.

Call Expedia Rewards blue Customer Care at 1-877-787-3117.

For faster service, mention **itinerary #7389723033159**

---

## Complete your trip

X.X.66.190  ylee
2019/02/12 17:09:51

 Gmail

Young Lee ███████████

---

## Expedia travel confirmation - Dec 7 - (Itinerary # 7395808036902)

1 message

**Expedia.com** <Expedia@expediamail.com>                    Sat, Dec 1, 2018 at 3:24 PM
Reply-To: Expedia@expediamail.com
To: ███████████

 **Expedia**

## Thanks!

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

### Los Angeles

Dec 7, 2018 - Dec 9, 2018

---

Because you booked a flight, you qualify for up to 43% off Los Angeles hotels.

Expires Fri, December 7

[ See hotels ]

---

See live updates to your itinerary, anywhere and anytime.

[ **See your itinerary** ]   [ Download to your Phone ]

---

### Before you go

- **E-ticket:** This email can be used as an E-ticket.

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

### Contact the airline to confirm:

- specific seat assignments

- special meals

- frequent flyer point awards

- special assistance requests

X.X.66.190  ylee
2019/02/12 17:12:17

---

# Flight overview



**Travel dates**
Dec 7, 2018 - Dec 9, 2018

**Itinerary #**

7395808036902

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Confirmation**
BMLWFN (Alaska Airlines)

**Ticket #**
0277229113292 (YOUNGHOON LEE)

Change or cancel this reservation

---

⊗ **Departure** Fri, Dec 7

Alaska Airlines 1936
**San Francisco (SFO)**          →          **Los Angeles (LAX)**
5:00pm                                         6:35pm

                                              **Terminal:** 6

**Cabin:** Economy / Coach (V)
1h 35m duration
**Seat:** 29A | Confirm or change seats with the airline*

---

**Total Duration**

1h 35m

---

⊗ **Return** Sun, Dec 9

Alaska Airlines 1933
**Los Angeles (LAX)**          →          **San Francisco (SFO)**
4:30pm                                       6:05pm
**Terminal:** 6

**Cabin:** Economy / Coach (Q)
1h 35m duration
**Seat:** 28A | Confirm or change seats with the airline*

---

**Total Duration**

1h 35m

---

Traveler(s)

X.X.66.190 ylee
2019/02/12 17:12:17

YOUNGHOON LEE

No frequent flyer details provided

Frequent flyer and special assistance requests should be confirmed directly with the airline.

## Price summary

| Traveler 1: Adult | $277.40 |
| Flight | $231.63 |
| Taxes & Fees | $45.77 |
| Cancellation Plan | $20.00 |
| **Total** | **$297.40** |

All prices are quoted in **USD**.

## Expedia Rewards

55 points
for this trip

## Cancellation Plan

**Fri, Dec 7 - Sun, Dec 9**
**Itin # 7395808036902    Policy # 1209289130**

You have purchased the travel protection plan. Please refer to your itinerary number when calling to ask or file a claim.

## Additional information

**Additional fees**

The airline may charge additional fees for checked baggage or other optional services.

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

Please read the complete penalty rules for changes and cancellations applicable to this fare.

**Tickets are nonrefundable and nontransferable. Itinerary changes are permitted, fee may apply.**

Please read important information regarding airline liability limitations.

## More help

Change or cancel this reservation.

Visit our Customer Support page.

Call Expedia Rewards blue Customer Care at 1-877-787-3117.

For faster service, mention **itinerary #7395808036902**