SQUIRE PATTON BOGGS (US) LLP
John R. Gall (Admitted N.D. Cal., Ohio Bar # 0011813)
Mark C. Dosker (CA Bar #114789)
Joseph P. Grasser (CA Bar #255156)
Tania L. Rice (CA Bar # 294387)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:   (415) 393-9887
E-Mail:       john.gall@squirepb.com
                    mark.dosker@squirepb.com
                    joseph.grasser@squirepb.com
                    tania.rice@squirepb.com

Attorneys for Defendants
NONGSHIM CO., LTD. and
NONGSHIM AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE KOREAN RAMEN ANTITRUST LITIGATION, | Case No. 3:13-cv-04115-WHO |
|---|---|
|  | **DECLARATION OF BYUNG CHUL PARK IN SUPPORT OF NONGSHIM CO., LTD.'S AND NONGSHIM AMERICA, INC.'S BILL OF COSTS** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | Date:        April 10, 2019<br>Time:        2:00 p.m.<br>Courtroom: 2, 17th Floor |

I, Byung Chul Park, declare as follows,

1. I am the Deputy Senior Manager of the Legal Affairs Team of Nongshim Co., Ltd. I work in Nongshim Co., Ltd.'s office in Seoul, Korea, which is also where I reside. I testified at the trial in this action, which required me to travel from Korea to San Francisco, California. I also helped arrange for the travel of Bo Gyoo Kim and Hak Sung Kim, who are also employees of Nongshim Co., Ltd. in Korea, and who also testified at trial. I have personal knowledge of the facts herein and if called to testify, I could and would testify hereto. I read English sufficiently to give this Declaration in English, without translation into the Korean language.

2. My flight from Seoul, Korea to San Francisco cost KRW1,502,900, which is equal to $1353.96 in U.S. dollars (based on an exchange rate of 1110:1, as of December 3, 2018, obtained at https://www.reuters.com/finance/currencies/quote?destAmt=&srcAmt=1.00&srcCurr=USD&destCurr=KRW). In San Francisco, I stayed at the CQ Hotel for 10 nights. My hotel cost a total of $2139.31 (KRW2,133,765 plus $217 in amenities charges) for those 10 nights, or $213.93 per night. However, Nongshim Co., Ltd. only seeks to recover the cost of 3 nights, for the nights of December 1, 2, and 3, which equals $641.79. I testified in Court on December 3, 2018. When returning home, I took an Uber ride from the CQ Hotel to the San Francisco International Airport, which cost $31.85.

3. The flight for Bo Gyoo Kim from Seoul, Korea where he resides to San Francisco cost KRW6,524,500, which is equal to $5,835.87 in U.S. dollars (based on an exchange rate of 1118:1, as of November 29, 2018, obtained at the same website listed above). In San Francisco, he stayed at the CQ Hotel for 6 nights. His hotel stay cost a total of $1382.82 (KRW1,402,388 plus $128.45 in amenities charges) for those 6 nights, or $230.47 per night. Nongshim Co., Ltd. only seeks to recover for the cost of 3 nights, for the nights of November 27, 28, and 29, which equals $691.41. Mr. Kim testified in Court on November 29, 2018.

4. The flight for Hak Sung Kim from Seoul, Korea where he resides to San Francisco cost KRW6,524,500, which is equal to $5,825.45 in U.S. dollars (based on an exchange rate of 1120:1, as of November 30, 2018, obtained from the same website listed above). In San

Francisco, he stayed at the CQ Hotel for 7 nights. His hotel stay cost a total of $1614.97 (KRW1,642,554 plus $148.40 in amenities charges) for those 7 nights, or $230.71 per night. Nongshim Co., Ltd. only seeks to recover for the cost of 3 nights, for the nights of November 28, 29, and 30, which equals $692.13. He testified in Court on November 30, 2018. When returning home, he took an Uber ride from the CQ Hotel to the San Francisco International Airport, which cost $35.53.

5. The reason we each needed to stay in San Francisco for more than one night was that it was not certain which day we would each be testifying, and flights to and from Korea were only available at certain times.

6. True and correct copies of the receipts for the above travel expenses are attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2019, at Seoul, Korea.

_____
Byung Chul Park