EXHIBIT F



## e-Ticket Itinerary & Receipt
*Provided by* **TOPAS**

LIMJINHEE ( Tel 02-720-0011 )

1445 / 28JAN19

| | |
|---|---|
| Passenger Name | **PARK/BYEONGCHEOL MR** |
| | KE11471745**** |
| Booking Reference | **K2RR7T** |
| Ticket Number | 1802833581710 |

서울점 $1이상 or 인천공항점 $100이상 구매시
**신라면세점 선불카드 1만원**
#0737
안내데스크에서 증정(2019.1.1~1.31)
담배/일부 품목 제외, 타 행사 중복 불가
기간 내 1인 1회, 수령 담당만 사용 가능

---

### Itinerary

| Flight | **KE0025** (Reference:**K2RR7T**) Operated by **KE(KOREAN AIR)** |
|---|---|
| | * Korean Air operates in **Terminal 2** of Incheon Airport. |

| | | | | |
|---|---|---|---|---|
| Departure | **SEOUL(ICN/Incheon intl)** | **23NOV18(FRI)** | **20:20** Local Time | **Terminal No. : 2** |
| Arrival | SAN FRANCISCO(SFO/San francisco) | 23NOV18(FRI) | 13:55 Local Time | Terminal No. : I |

| | | | |
|---|---|---|---|
| Flight Time | 10H 35M | SKYPASS Miles | 5636 |
| Booking Class | E (Economy) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | ELX0ZKYK | | |
| Aircraft Type | BOEING 777-300ER | | |

| Flight | **KE0026** (Reference:**K2RR7T**) Operated by **KE(KOREAN AIR)** |
|---|---|

| | | | | |
|---|---|---|---|---|
| Departure | **SAN FRANCISCO(SFO/San francisco)** | **03DEC18(MON)** | **23:30** Local Time | Terminal No. : I |
| Arrival | SEOUL(ICN/Incheon intl) | 05DEC18(WED) | 05:30 Local Time | **Terminal No. : 2** |

| | | | |
|---|---|---|---|
| Flight Time | 13H 00M | SKYPASS Miles | 5636 |
| Booking Class | U (Economy) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | ULX7ZBYK | | |
| Aircraft Type | BOEING 777-300ER | | |

* For discounted or free tickets, mileage may not be provided or mileage accrual may be different depending class.

* The aircraft type can be changed without prior notice depending on the circumstance of an airline.
  In addition, your pre-assigned seat may be changed due to the change in aircraft or for other related reasons, so please be sure to reconfirm the aircraft type and the seat number during check-in.

* **All information could be change according to airlines or airport reasons.**

* **BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:**
  대한항공

---

### Ticket/Fare Information

| | |
|---|---|
| Conj.Ticket No. | |
| Fare Calculation | SEL KE SFO649.58KE SEL433.05NUC1082.63END ROE1131.499401 XF SFO4.5 |
| Fare Amount | KRW 1225000 (Paid Amount KRW 1225000) |
| Equiv. Fare Paid | |

| | |
|---|---|
| Taxes/Carrier-imposed Fees | Paid Amount KRW 277900 |
| * Taxes | KRW 28000BP 6600YC 20800US 20800US 4500XA 8000XY 6400AY 5200XF |
| | * The BP Tax includes International PSC(Incheon/Gimpo Airport KRW 17,000, other airports KRW 12,000), Departure Tax(KRW 10,000) and Global Disease Eradication Fund(KRW 1,000). |
| * Fuel Surcharge | KRW 177600YR |
| Service Fees | 0 |
| Total Amount | KRW 1502900 (Total Paid Amount KRW 1502900) |
| Form of Payment | CCVI XXXXXXXXXXXX4932 / XXXX/00 |
| e-Ticket Issue Date/Place | 16NOV2018 / 17306951 / SELK132BI |
| | * The fare amount is a published fare and may differ from the actual fare paid. Please refer to the total paid amount above or the separate receipt in detail. |

▸ Please review the attached 'NOTICE' section.

▸ Please note that you are required to keep a printed copy of this itinerary / receipt with you throughout your journey, as it is required for check-in and immigration purposes. The name on the passport must match the name of the passenger shown.

▸ **Check-in closing time at most airports is 40 minutes (1 hour in case of departing from North/South America, Europe, Middle East, Africa and India)** prior to the scheduled departure time. Therefore, it is recommended for passengers to arrive at the airport at least 2 hours before their departure.

▸ Check-in for code-share flights is available at the operating carrier counters in each airport and check-in closing time may vary with a code-share flight according to the regulations of the operating carrier.

▸ If you reserve a seat in advance, then please be sure to check in one and a half hours prior to the scheduled departure time (1 hour for passengers flying on First and Prestige Class). You will not be guaranteed a reserved seat if you check in within the one and a half hours period (1 hour for First and Prestige Class).

▸ The Aviation Security Act of Republic of Korea requires that we check passenger's passport and boarding pass at the boarding gate. Passengers are responsible for their travel documents (passport, visa or other entry permits) required for entering countries of final destination or transit. Passengers might be refused to check-in if their travel document are not prepared, and Korean Air will not be liable for any expenses incurred under the Passenger's Conditions of Carriage.

▸ The fare may differ when purchased through the operating carrier.

▸ **All services provided on codeshare flights depend on the agreement made between both carriers but basically follow the rules of the operating carrier. Some operating carriers may not provide services such as advance seat request, bassinet, special meals and SKYPASS benefit and Web/Mobile/Kiosk Check-In.**

▸ Other Airlines (including codeshare flights) may charge baggage handling fee regardless of Free Baggage Allowance. Please be sure to contact the airline in which you will check in and confirm the details.

▸ The carriage of hazardous materials aboard aircraft in your luggage or on your person is forbidden. (a violation for the flights from/to U.S.A can results in five years' imprisonment and penalties of $250,000.00 or more by federal law). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. (Example: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals.) There are special exceptions for small quantities of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact the airline representatives.

▸ Fragile or perishable items, cash, jewelry, securities or other valuable samples or business documents, personal medicines or electronic goods(laptop computers, cameras, mobile phones, MP3 players , etc.) cannot be transported as checked baggage, Please carry these items with you at all times. If the items above should be transported as checked baggage, please contact our staff. Please refer to Korean Air's Conditions of Carriage regarding all the baggage-related matters including limitations of liability.

▸ This Itinerary & Receipt is document provided for the sole purpose of confirming the details of information held in the e-Ticket. Any and all alterations, falsifications and/or fabrications of the Itinerary & Receipt can be subject to punishment under the applicable laws and the responsibility of all costs incurred by and damages to Korean Air and affected third parties.

▸ Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

▸ Korean Air Lines Co., Ltd. (hereinafter referred to as "Korean Air") will collect your personal information from the agency you use to reserve and purchase your ticket, and Korean Air will use your personal information to fulfill its duties as the carrier of your flight. Based on Article 37 of Personal Information Protection Policy, you have the right to choose to restrict Korean Air from using your personal information.

▸ Korean Air Service Center
Korea : 1588-2001,
Japan : (Toll-free)0088-21-2001, (For cellular phone and certain IP phone)06-6264-3311,
China : 40065-88888, (For Roaming phone)+86-532-8378-7024,
USA & Canada : (Toll-free)1-800-438-5000, (Text Telephone)1-888-898-5525
Europe : Toll-free numbers by each European country, please refer to 🔍 Contact KAL
* Please refer to 🔍 Contact KAL for contact numbers from other regions.
* The extent of service may be limited depending on the hours of operations of Regional Offices and Service Centers.
* Korean Air assumes the cost of the phone call made to Korean Air using the Toll-free phone numbers. However, calls maybe restricted or charged depending on the policy (such as roaming charges and etc.) of the telephone service provider and hotel conditions. Therefore, we recommend that you check the connecting telephone service provider's policy before use. * Phone numbers may be changed without prior notice. Please visit Korean Air website.

KOREAN AIR | 260, Haneul-gil, Gangseo-gu, Seoul, Korea | President : Cho, Won Tae and 2 others |
Business Registration Number : 110-81-14794 | http://www.koreanair.com

Remarks


외 교 부
해외안전여행

대한민국 국민이 이라크, 아프가니스탄, 소말리아, 시리아, 리비아를 여행하는 것은 법에 의해 금지되어 있습니다.
안전한 해외여행을 위해 여행보처지 여행경보 단계별 및 확인하세요 (www.0404.go.kr)
여행 전 해외여행시 시천등록제 "동행"에 가입하시면 여행국가의 안전정보를 이메일로 받아 보실 수 있습니다.
스마트폰 앱 스토어에서 '해외안전여행'을 검색! 해외에서의 긴급연락처도 받아가세요.
해외여행 중 사건&사고로 인해 도움이 필요한 상황에 처하시면 영사콜센터에서 유용한 안내를 받으실수 있습니다 (+80-3210-0404)

삼성화재 다이렉트
손해보험주식 신고일
제2017-45582호(2017.8.2)

잠깐! 여행자보험 가입 하셨나요?
인터넷 가입 시 20% 할인!(삼성화재 오프라인 대비)

확인하기

## 지불영수증   Payment Receipt

### 항공권 결제 방식  카드

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| VI | XXXXXXXXXXXX4932 |

| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
|---|---|
| XXXX | 16NOV18 |

| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
|---|---|
| 00 | 68016737 |

| 결제금액/AMOUNT | 항공권번호/TICKET NUMBER |
|---|---|
| KRW 1,502,900 | 1802833581710 |

| 항공사/AIRLINE | 예약번호/RESERVATION NUMBER |
|---|---|
| KE(KOREAN AIR) | |

### 취급수수료(TASF) 결제 방식

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| | |

| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
|---|---|
| | |

| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
|---|---|
| | |

| 결제금액/AMOUNT | 취급수수료번호/TASF NUMBER |
|---|---|
| | |

| 여정/ITINERARY |
|---|
| ICN-SFO-ICN |

| 승객명/PASSENGER NAME |
|---|
| PARK/BYEONGCHEOL MR |

| 총 결제 금액/TOTAL AMOUNT | 여행사/PLACE OF ISSUE |
|---|---|
| KRW 1,502,900 | / |

이 영수증은 국세청 증빙용으로 사용하실 수 없습니다.



## Club Quarters Hotel in San Francisco, 샌프란시스코

2018년 11월 23일 - 2018년 11월 28일 | 일정 번호 7389447267011

---

### Club Quarters Hotel in San Francisco
**Nov 23, 2018 - Nov 28, 2018 , 1 room | 5 nights**

**This reservation is complete. We hope you had a great trip.**

 424 Clay St, San Francisco, CA, 94111 United States of America

**Tel: 1 (415) 392-7400, Fax: 1 (415) 392-7300**

### Check-in
- Check-in time starts at 3 PM
- Check-in time ends at midnight
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

**Although 익스피디아** does not charge a fee to change or cancel your booking, **Club Quarters Hotel in San Francisco** may still charge a fee in accordance with its own rules & regulations.

- **Cancellations or changes made after 15:00 (Pacific Daylight Time (US & Canada); Tijuana) on Nov 21, 2018 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.**
- **View your** online itinerary **for additional rules and restrictions.**

| **Room** | **Standard Room** |
|---|---|
| | Includes: Free Wireless Internet |
| **Confirmation #:** | 58312SB533247 |
| **Reserved for** | BYEONGCHEOL PARK<br>1 adult |
| **Requests** | 1 Queen Bed, non-smoking room |

---

**COMPLETED**
Confirmation #          58312SB533247

### Price Summary

**Total**                    **₩1,070,292**
**Collected by 익스피디아**

---

| **Room Price** | **₩1,070,292** |
|---|---|
| **5 nights** | **₩183,820 avg./night** |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| **Taxes & Fees** | **₩151,191** |

All prices quoted in KRW.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

- **Resort fee: USD 21.70 per accommodation, per night**

The resort fee includes:
- Fitness center access
- Business center/computer access
- Internet access
- In-room coffee
- In-room bottled water
- Additional inclusions

We have included all charges provided to us by the property.

However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## 클럽 쿼터스 호텔 인 샌 프란시스코
**2018년 11월 23일 - 2018년 11월 28일 , 객실 1개 | 5박**

완료됨
확인 번호     **58312SB533247**

이 예약이 완료되었습니다. 즐거운 여행이 되셨기를 바랍니다.

424 Clay St, San Francisco, CA, 94111 미국

전화: (1) 415 392-7400, 팩스: (1) 415 392-7300

### 체크인
- 체크인 시작 시간 - **15:00**
- 체크인 종료 시간 - 자정
- 늦게 도착하시더라도 예약된 객실/유닛은 보장됩니다.

### 중요 호텔 정보

익스피디아는 예약 변경 또는 취소 수수료를 부과하지 않지만 클럽 쿼터스 호텔 인 샌 프란시스코에서 자체 규칙 및 규정에 따라 수수료를 부과할 수 있습니다.

- **2018년 11월 21일 15:00**(태평양 일광 절약 시간제(미국 및 캐나다); 티후아나) 이후에 취소 또는 변경하거나 노쇼의 경우 예약 시 결제하신 총 금액의 **100%**에 해당하는 숙박 시설 수수료가 부과됩니다.
- 온라인 일정 에서 추가 규칙 및 제한 사항을 확인해 주시기 바랍니다.

| 객실 | 스탠다드룸 |
|---|---|
| | 포함 사항: 무료 무선 인터넷 |
| **확인 번호:** | **58312SB533247** |
| 예약자 | **BYEONGCHEOL PARK** 성인 1명 |
| 요청 사항 | 퀸사이즈침대 1개, 금연 객실 |

### 요금 요약

| 합계 | **₩1,070,292** |
|---|---|
| 익스피디아에 결제 | |

| | |
|---|---|
| 객실 요금 | ₩1,070,292 |
| 5박 | ₩183,820 1박 평균 |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| 세금 및 수수료 | ₩151,191 |

모든 가격은 **KRW** 통화로 계산된 금액입니다.

### 추가 호텔 서비스

아래의 요금과 보증금은 선택하신 객실 요금에 포함되지 않은 경우에만 적용됩니다.

숙박 시설에서 다음 요금을 지불하셔야 합니다.

- 리조트 요금: 1박 기준, 숙박 시설당 **USD 21.70**

리조트 요금에 포함된 항목:
- 피트니스 센터 이용
- 비즈니스 센터/컴퓨터 이용
- 인터넷
- 객실 내 커피
- 객실 내 생수



| Room | Name |
|---|---|
| 324 | Byeongcheol Park |

| FOLIO NO | ARRIVAL | DEPARTURE |
|---|---|---|
| 1235TA | 11/23/2018 | 11/28/2018 |

| MEMBER | CREDIT CARD |
|---|---|
| EXPEDIA | XXXX5360 |

₩ 124.22万

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|
| FACILITIES FEE | | | |
| 11/23/2018 | 19.95 | 0.00 | 19.95 |
| State Sales Tax | | | |
| 11/23/2018 | 1.75 | 0.00 | 21.70 |
| FACILITIES FEE | | | |
| 11/24/2018 | 19.95 | 0.00 | 41.65 |
| State Sales Tax | | | |
| 11/24/2018 | 1.75 | 0.00 | 43.40 |
| FACILITIES FEE | | | |
| 11/25/2018 | 19.95 | 0.00 | 63.35 |
| State Sales Tax | | | |
| 11/25/2018 | 1.75 | 0.00 | 65.10 |
| FACILITIES FEE 11/26 | | | |
| 11/27/2018 | 19.95 | 0.00 | 85.05 |
| State Sales Tax | | | |
| 11/27/2018 | 1.75 | 0.00 | 86.80 |
| FACILITIES FEE | | | |
| 11/27/2018 | 19.95 | 0.00 | 106.75 |
| State Sales Tax | | | |
| 11/27/2018 | 1.75 | 0.00 | 108.50 |
| XXXX5360 | | | |
| 11/28/2018 | 0.00 | 108.50 | 0.00 |



| Room | | Name | |
|---|---|---|---|
| 324 | | Byeongcheol Park | |

| FOLIO NO | ARRIVAL | DEPARTURE | |
|---|---|---|---|
| 1235TA | 11/23/2018 | 11/28/2018 | |

| MEMBER | | CREDIT CARD | |
|---|---|---|---|
| EXPEDIA | | XXXX5360 | |

| DESCRIPTION | | | |
|---|---|---|---|
| DATE | CHARGES | PAYMENTS | BALANCE |

Grand Total                    $0.00

PAID IN FULL, THANK YOU



# Expedia.co.kr

## Club Quarters Hotel in San Francisco, 샌프란시스코

2018년 11월 28일 - 2018년 12월 3일   |   일정 번호 7394448043042

---

**Club Quarters Hotel in San Francisco**
Nov 28, 2018 - Dec 3, 2018 , 1 room | 5 nights

**COMPLETED**

This reservation is complete. We hope you had a great trip.



424 Clay St, San Francisco, CA, 94111 United States of America

**Tel: 1 (415) 392-7400, Fax: 1 (415) 392-7300**

### Check-in

- Check-in time starts at 3 PM
- Check-in time ends at midnight
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

**This reservation is non-refundable and cannot be canceled or changed.**

- View your online itinerary for additional rules and restrictions.

**Award points and airline mileage may not be awarded when booking an 익스피디아 Special Rate hotel.**

| Room | Club Room |
|------|-----------|
| | **Includes: Free Wireless Internet** |
| Reserved for | ByeongCheol Park<br>1 adult |
| Requests | 1 Queen Bed, non-smoking room |

### Price Summary

| Total | **₩1,063,473** |
|-------|---------------|
| Collected by 익스피디아 | |

특별 세일: **11%** 할인

**Prices shown after ₩107,949 savings**

| Room Price | ₩1,063,473 |
|------------|-----------|
| **5 nights** | **₩182,649**<br>avg./night |
| 2018.11.28 | ₩276,364 |
| 2018.11.29 | ₩199,862 |
| 2018.11.30 | ₩132,923 |
| 2018.12.01 | ₩152,048 |
| 2018.12.02 | ₩152,048 |
| Taxes & Fees | ₩150,228 |

All prices quoted in KRW.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

- **Resort fee: USD 21.70 per accommodation, per night**

The resort fee includes:

- Fitness center access
- Business center/computer access
- Internet access
- In-room coffee
- In-room bottled water

- Additional inclusions

We have included all charges provided to us by the property. However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

**1,772 points** 익스피디아
For this trip 리워드

## 클럽 쿼터스 호텔 인 샌 프란시스코
**2018년 11월 28일 - 2018년 12월 3일 , 객실 1개 | 5박**

완료됨

이 예약이 완료되었습니다. 즐거운 여행이 되셨기를 바랍니다.

 424 Clay St, San Francisco, CA, 94111 미국

전화: **(1) 415 392-7400**, 팩스: **(1) 415 392-7300**

### 체크인

- 체크인 시작 시간 - **15:00**
- 체크인 종료 시간 - 자정
- 늦게 도착하시더라도 예약된 객실/유닛은 보장됩니다.

### 중요 호텔 정보

이 예약은 환불되지 않으며 취소나 변경이 불가능합니다.

- 온라인 일정 에서 추가 규칙 및 제한 사항을 확인해 주시기 바랍니다.

멤버십 포인트 및 항공 마일리지는 익스피디아 특별 요금 호텔을 예약할 경우 적용되지 않을 수 있습니다.

| 객실 | **클럽룸** |
| --- | --- |
| | 포함 사항: 무료 무선 인터넷 |
| 예약자 | **ByeongCheol Park** |
| | 성인 1명 |
| 요청 사항 | 퀸사이즈침대 1개, 금연 객실 |

### 요금 요약

| 합계 | **₩1,063,473** |
| --- | --- |
| 익스피디아에 결제 | |

특별 세일: **11% 할인**
**₩107,949** 할인이 적용된 요금

| 객실 요금 | | ₩1,063,473 |
| --- | --- | --- |
| 5박 | | ₩182,649 1박 평균 |
| 2018.11.28 | | ₩276,364 |
| 2018.11.29 | | ₩199,862 |
| 2018.11.30 | | ₩132,923 |
| 2018.12.01 | | ₩152,048 |
| 2018.12.02 | | ₩152,048 |
| 세금 및 수수료 | | ₩150,228 |

모든 가격은 **KRW** 통화로 계산된 금액입니다.

### 추가 호텔 서비스

아래의 요금과 보증금은 선택하신 객실 요금에 포함되지 않은 경우에만 적용됩니다.

숙박 시설에서 다음 요금을 지불하셔야 합니다.

- 리조트 요금: **1**박 기준, 숙박 시설당 **USD 21.70**

리조트 요금에 포함된 항목:

- 피트니스 센터 이용
- 비즈니스 센터/컴퓨터 이용
- 인터넷
- 객실 내 커피
- 객실 내 생수
- 기타 포함 사항

여기에는 이 숙박 시설이 당사에 제공한 모든 요금이 포함되어 있지만 숙박 기간 이나 예약 객실 등에 따라 요금이 변동 될 수도 있습니다.

위에 표시된 가격에는 호텔 봉사료, 선 택적 부대 서비스(예: 미니바 스낵 또는 전화 통화) 또는 규정에 따른 추가 요금 은 포함되지 않습니다. 위의 수수료 및 추가 요금은 체크아웃 시 호텔에서 청구 합니다.

**1,772포인트** 익스피디아
이 여행으로 적립 리워드

## 예약하는 데 도움이 필요하세요?

- 고객 지원 페이지를 확인해 주세요.
- 전화 문의: **02-3480-0118**
  운영 시간: 월요일~일요일 오전 9시~오후 7시(한국어), 월요일~일요일 24시간(영어)
- 더욱 신속히 도와드릴 수 있도록 일정 번호(**7394448043042**)를 말씀해 주세요.

싱가포르 정부용

**AAE Travel Pte. Ltd, Singapore Travel Licence No. 02420
(Company Registration Number: 201113337M)
38 Beach Road, #09-12 South Beach Tower, Singapore 189767**



**SAN FRANCISCO**
424 Clay Street
San Francisco, California 94111
Tel: +1.415.392.7400

| ROOM | NAME | FOLIO NO | ARRIVAL | TIME |
|------|------|----------|---------|------|
| S0324 | Park, Byeongcheol | 1240JC | 11/28/18 | 07:15 |
| MEMBER | | | DEPART | TIME |
| EXPEDIA | | CREDIT CARD | 12/03/18 | 10:48 |
| | | XXXX5360 | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE |
|------|-----------|--|---------|---------|---------|
| 11/28/18 | -- | FACILITIES FEE | 19.95 | | 19.95 |
| 11/28/18 | -- | State Sales Tax | 1.75 | | 21.70 |
| 11/29/18 | -- | FACILITIES FEE | 19.95 | | 41.65 |
| 11/29/18 | -- | State Sales Tax | 1.75 | | 43.40 |
| 11/30/18 | -- | FACILITIES FEE | 19.95 | | 63.35 |
| 11/30/18 | -- | State Sales Tax | 1.75 | | 65.10 |
| 12/01/18 | -- | FACILITIES FEE | 19.95 | | 85.05 |
| 12/01/18 | -- | State Sales Tax | 1.75 | | 86.80 |
| 12/02/18 | -- | FACILITIES FEE | 19.95 | | 106.75 |
| 12/02/18 | -- | State Sales Tax | 1.75 | | 108.50 |
| 12/03/18 | KS | XXXX5360 | | 108.50 | 0.00 |
| | | Subtotals | $   108.50 | 108.50 | 0.00 |

PAID IN FULL --- THANK YOU!



# e-Ticket Itinerary & Receipt

*Provided by* **TOPAS**

LIMJINHEE ( Tel 02-720-0011 )

1444 / 28JAN19

| | |
|---|---|
| Passenger Name | **KIM/BOGYOO MR** |
| | KE11501678**** |
| Booking Reference | 9727-7079 |
| Ticket Number | 1802833581709 |



서울점 $1이상 or 인천공항점 $100이상 구매시
**신라면세점 선물카드 1만원**
#0737   안내데스크에서 증정(2019.1.1~1.31)
담배/일부 품목 제외, 타 행사 중복 불가
기간 내 1인 1회, 수령 담임만 사용 가능

## Itinerary

| Flight | **KE0025** (Reference:**JDCIAZ**) Operated by **KE(KOREAN AIR)** |
|---|---|
| | * **Korean Air** operates in **Terminal 2** of Incheon Airport. |

| | | | | |
|---|---|---|---|---|
| Departure | **SEOUL(ICN/Incheon intl)** | **23NOV18(FRI)** | **20:20** Local Time | **Terminal No. : 2** |
| Arrival | SAN FRANCISCO(SFO/San francisco) | 23NOV18(FRI) | 13:55 Local Time | Terminal No. : I |

| | | | |
|---|---|---|---|
| Flight Time | 10H 35M | SKYPASS Miles | 7045 |
| Booking Class | C (Prestige) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | JCXRT | Seat No. | 12B |
| Aircraft Type | BOEING 777-300ER | | |

| Flight | **KE0026** (Reference:**JDCIAZ**) Operated by **KE(KOREAN AIR)** |
|---|---|

| | | | |
|---|---|---|---|
| Departure | **SAN FRANCISCO(SFO/San francisco)** | **29NOV18(THU)** | **23:30** Local Time  Terminal No. : I |
| Arrival | SEOUL(ICN/Incheon intl) | 01DEC18(SAT) | 05:30 Local Time  **Terminal No. : 2** |

| | | | |
|---|---|---|---|
| Flight Time | 13H 00M | SKYPASS Miles | 7045 |
| Booking Class | C (Prestige) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | JCXRT | Seat No. | 09B |
| Aircraft Type | BOEING 777-300ER | | |

* For discounted or free tickets, mileage may not be provided or mileage accrual may be different depending class.
* Please reconfirm the aircraft type during check-in since the aircraft type can be changed without prior notice depending on the circumstance of an airline.
* **All information could be change according to airlines or airport reasons.**
* **BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:**
   대한항공

## Ticket/Fare Information

| | |
|---|---|
| Conj.Ticket No. | |
| Fare Calculation | SEL KE SFO2760.28KE SEL2760.28NUC5520.56END ROE1131.499401 XF SFO4.5 |
| Tour Code | XSDQCKALG |
| Fare Amount | KRW 6246600 (Paid Amount KRW 6246600) |

| | |
|---|---|
| Equiv. Fare Paid | |
| Taxes/Carrier-imposed Fees | Paid Amount KRW 277900 |
| * Taxes | KRW 28000BP 6600YC 20800US 20800US 4500XA 8000XY 6400AY 5200XF |
| | * The BP Tax includes International PSC(Incheon/Gimpo Airport KRW 17,000, other airports KRW 12,000), Departure Tax(KRW 10,000) and Global Disease Eradication Fund(KRW 1,000). |
| * Fuel Surcharge | KRW 177600YR |
| Service Fees | 0 |
| Total Amount | KRW 6524500 (Total Paid Amount KRW 6524500) |
| Form of Payment | CCVI XXXXXXXXXXXX4932 / XXXX/00 |
| e-Ticket Issue Date/Place | 16NOV2018 / 17306951 / SELK132BI |

* The fare amount is a published fare and may differ from the actual fare paid. Please refer to the total paid amount above or the separate receipt in detail.

## Baggage Information

ICNSFO
| | |
|---|---|
| 1st checked bag | : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM) |
| 2nd checked bag | : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM) |
| Carry-on bag | : ICNSFO Default Carry On Baggage |
| Link : KOREAN AIR | |

SFOICN
| | |
|---|---|
| 1st checked bag | : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM) |
| 2nd checked bag | : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM) |
| Carry-on bag | : SFOICN Default Carry On Baggage |
| Link : KOREAN AIR | |

LB = weight in pounds, KG = weight in kilos,
LI = Length in Inches, LCM = Length in Centimeters

Free baggage allowance and excess fee noted above are based on the paid fare and are only provided for your reference. Benefits of additional baggage may be applied during check-in based on airline Elite Member status.

- ▸ Please review the attached 'NOTICE' section.
- ▸ Please note that you are required to keep a printed copy of this itinerary / receipt with you throughout your journey, as it is required for check-in and immigration purposes. The name on the passport must match the name of the passenger shown.
- ▸ **Check-in closing time at most airports is 40 minutes (1 hour in case of departing from North/South America, Europe, Middle East, Africa and India)** prior to the scheduled departure time. Therefore, it is recommended for passengers to arrive at the airport at least 2 hours before their departure.
- ▸ Check-in for code-share flights is available at the operating carrier counters in each airport and check-in closing time may vary with a code-share flight according to the regulations of the operating carrier.
- ▸ If you reserve a seat in advance, then please be sure to check in one and a half hours prior to the scheduled departure time (1 hour for passengers flying on First and Prestige Class). You will not be guaranteed a reserved seat if you check in within the one and a half hours period (1 hour for First and Prestige Class).
- ▸ The Aviation Security Act of Republic of Korea requires that we check passenger's passport and boarding pass at the boarding gate. Passengers are responsible for their travel documents (passport, visa or other entry permits) required for entering countries of final destination or transit. Passengers might be refused to check-in if their travel document are not prepared, and Korean Air will not be liable for any expenses incurred under the Passenger's Conditions of Carriage.
- ▸ The fare may differ when purchased through the operating carrier.
- ▸ **All services provided on codeshare flights depend on the agreement made between both carriers but basically follow the rules of the operating carrier. Some operating carriers may not provide services such as advance seat request, bassinet, special meals and SKYPASS benefit and Web/Mobile/Kiosk Check-In.**
- ▸ Other Airlines (including codeshare flights) may charge baggage handling fee regardless of Free Baggage Allowance. Please be sure to contact the airline in which you will check in and confirm the details.
- ▸ The carriage of hazardous materials aboard aircraft in your luggage or on your person is forbidden. (a violation for the flights from/to U.S.A can results in five years' imprisonment and penalties of $250,000.00 or more by federal law). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. (Example: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals.) There are special exceptions for small quantities of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact the airline representatives.
- ▸ Fragile or perishable items, cash, jewelry, securities or other valuable samples or business documents, personal medicines or electronic goods(laptop computers, cameras, mobile phones, MP3 players , etc.) cannot be transported as checked baggage, Please carry these items with you at all times. If the items above should be transported as checked baggage, please contact our staff. Please refer to Korean Air's Conditions of Carriage regarding all the baggage-related matters including limitations of liability.
- ▸ This Itinerary & Receipt is document provided for the sole purpose of confirming the details of information held in the e-Ticket. Any and all alterations, falsifications and/or fabrications of the Itinerary & Receipt can be

subject to punishment under the applicable laws and the responsibility of all costs incurred by and damages to Korean Air and affected third parties.

▸ Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

▸ Korean Air Lines Co., Ltd. (hereinafter referred to as "Korean Air") will collect your personal information from the agency you use to reserve and purchase your ticket, and Korean Air will use your personal information to fulfill its duties as the carrier of your flight. Based on Article 37 of Personal Information Protection Policy, you have the right to choose to restrict Korean Air from using your personal information.

▸ Korean Air Service Center
  Korea : 1588-2001,
  Japan : (Toll-free)0088-21-2001, (For cellular phone and certain IP phone)06-6264-3311,
  China : 40065-88888, (For Roaming phone)+86-532-8378-7024,
  USA & Canada : (Toll-free)1-800-438-5000, (Text Telephone)1-888-898-5525
  Europe : Toll-free numbers by each European country, please refer to  Contact KAL
  * Please refer to 🔍 Contact KAL for contact numbers from other regions.
  * The extent of service may be limited depending on the hours of operations of Regional Offices and Service Centers.
  * Korean Air assumes the cost of the phone call made to Korean Air using the Toll-free phone numbers. However, calls maybe restricted or charged depending on the policy (such as roaming service and etc.) of the telephone service provider and hotel conditions.
    Therefore, we recommend that you check the connecting telephone service provider's policy before use. * Phone numbers may be changed without prior notice. Please visit Korean Air website.
    KOREAN AIR | 260, Haneul-gil, Gangseo-gu, Seoul, Korea | President : Cho, Won Tae and 2 others | Business Registration Number : 110-81-14794 | http://www.koreanair.com

Remarks

외교부 해외안전여행

대한민국 국민이 이라크, 아프가니스탄, 소말리아, 시리아, 리비아를 여행하는 것은 법에 의해 금지되어 있습니다.
안전한 해외여행을 위해 여행목적지 여행경보 단계를 꼭 확인하세요. (www.0404.go.kr)
여행 전 해외여행시 사전등록제 '동행'에 가입하시면 여행국가의 안전정보를 이메일로 받아 보실 수 있습니다.
스마트폰 앱 스토어에서 '해외안전여행'을 검색! 해외여행시의 긴급연락처도 받아가세요.
해외여행 중 사건&사고로 인해 도움이 필요한 상황에 처하시면 영사콜센터에서 유용한 안내를 받으실수 있습니다 (+80-3210-0404)

삼성화재 다이렉트
손해보험회사 상호:
제2017-4092호(2017.8.21)

잠깐! 여행자보험 가입 하셨나요?
인터넷 가입 시 20% 할인! (삼성화재 오프라인 대비)

확인하기

## 지불영수증    Payment Receipt

### 항공권 결제 방식 카드

| | |
|---|---|
| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
| VI | XXXXXXXXXXXX4932 |
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| XXXX | 16NOV18 |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 00 | 67936569 |
| 결제금액/AMOUNT | 항공권번호/TICKET NUMBER |
| KRW 6,524,500 | 1802833581709 |
| 항공사/AIRLINE | 예약번호/RESERVATION NUMBER |
| KE(KOREAN AIR) | 9727-7079 |

### 취급수수료(TASF) 결제 방식

| | |
|---|---|
| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
| 결제금액/AMOUNT | 취급수수료번호/TASF NUMBER |

| | |
|---|---|
| 여정/ITINERARY | |
| ICN-SFO-ICN | |
| 승객명/PASSENGER NAME | |
| KIM/BOGYOO MR | |
| 총 결제 금액/TOTAL AMOUNT | 여행사/PLACE OF ISSUE |
| KRW 6,524,500 | / |

이 영수증은 국세청 증빙용으로 사용하실 수 없습니다.

 **Expedia.co.kr**

## Club Quarters Hotel in San Francisco, 샌프란시스코

2018년 11월 23일 - 2018년 11월 28일  |  일정 번호 7389426687856

---

**Club Quarters Hotel in San Francisco**
Nov 23, 2018 - Nov 28, 2018 , 1 room | 5 nights

**COMPLETED**
Confirmation #    58312SB533244

This reservation is complete. We hope you had a great trip.

 424 Clay St, San Francisco, CA, 94111 United States of America

**Tel: 1 (415) 392-7400, Fax: 1 (415) 392-7300**

### Check-in

- Check-in time starts at 3 PM
- Check-in time ends at midnight
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

**Although** 익스피디아 does not charge a fee to change or cancel your booking, **Club Quarters Hotel in San Francisco** may still charge a fee in accordance with its own rules & regulations.

- **Cancellations or changes made after 15:00 (Pacific Daylight Time (US & Canada); Tijuana) on Nov 21, 2018 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.**
- **View your** online itinerary **for additional rules and restrictions.**

| **Room** | **Standard Room** |
|---|---|
| | Includes: Free Wireless Internet |
| **Confirmation #:** | 58312SB533244 |
| **Reserved for** | BOGYOO KIM<br>1 adult |
| **Requests** | 1 Queen Bed, non-smoking room |

### Price Summary

**Total**    **₩1,070,292**
**Collected by** 익스피디아

---

| **Room Price** | **₩1,070,292** |
|---|---|
| **5 nights** | **₩183,820 avg./night** |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| **Taxes & Fees** | **₩151,191** |

All prices quoted in KRW.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

- **Resort fee: USD 21.70 per accommodation, per night**

The resort fee includes:

- **Fitness center access**
- **Business center/computer access**
- **Internet access**
- **In-room coffee**
- **In-room bottled water**
- **Additional inclusions**

We have included all charges provided to us by the property.

However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## 클럽 쿼터스 호텔 인 샌 프란시스코
2018년 11월 23일 - 2018년 11월 28일 , 객실 1개 | 5박

완료됨
확인 번호             58312SB533244

이 예약이 완료되었습니다. 즐거운 여행이 되셨기를 바랍니다.

424 Clay St, San Francisco, CA, 94111 미국

전화: (1) 415 392-7400, 팩스: (1) 415 392-7300

### 체크인
- 체크인 시작 시간 - 15:00
- 체크인 종료 시간 - 자정
- 늦게 도착하시더라도 예약된 객실/유닛은 보장됩니다.

### 중요 호텔 정보

익스피디아는 예약 변경 또는 취소 수수료를 부과하지 않지만 클럽 쿼터스 호텔 인 샌 프란시스코에서 자체 규칙 및 규정에 따라 수수료를 부과할 수 있습니다.

- 2018년 11월 21일 15:00(태평양 일광 절약 시간제(미국 및 캐나다)) 티후아나) 이후에 취소 또는 변경하거나 노쇼의 경우 예약 시 결제하신 총 금액의 100%에 해당하는 숙박 시설 수수료가 부과됩니다.
- 온라인 일정 에서 추가 규칙 및 제한 사항을 확인해 주시기 바랍니다.

| 객실 | 스탠다드룸 |
|---|---|
| | 포함 사항: 무료 무선 인터넷 |
| 확인 번호: | **58312SB533244** |
| 예약자 | **BOGYOO KIM** |
| | 성인 1명 |
| 요청 사항 | 퀸사이즈침대 1개, 금연 객실 |

## 요금 요약

| 합계 | **₩1,070,292** |
|---|---|
| 익스피디아에 결제 | |

| 객실 요금 | ₩1,070,292 |
|---|---|
| 5박 | ₩183,820 1박 평균 |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| 세금 및 수수료 | ₩151,191 |

모든 가격은 **KRW** 통화로 계산된 금액입니다.

## 추가 호텔 서비스

아래의 요금과 보증금은 선택하신 객실 요금에 포함되지 않은 경우에만 적용됩니다.

숙박 시설에서 다음 요금을 지불하셔야 합니다.

- 리조트 요금: 1박 기준, 숙박 시설당 **USD 21.70**

리조트 요금에 포함된 항목:

- 피트니스 센터 이용
- 비즈니스 센터/컴퓨터 이용
- 인터넷
- 객실 내 커피
- 객실 내 생수



to 124.335

| Room | Name |
|------|------|
| 228 | Bogyoo Kim |

| FOLIO NO | ARRIVAL | DEPARTURE |
|----------|---------|-----------|
| 1235T7 | 11/23/2018 | 11/28/2018 |

| MEMBER | CREDIT CARD |
|--------|-------------|
| EXPEDIA | XXXX9446 |

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|
| *FACILITIES FEE* | | | |
| 11/23/2018 | 19.95 | 0.00 | 19.95 |
| *State Sales Tax* | | | |
| 11/23/2018 | 1.75 | 0.00 | 21.70 |
| *FACILITIES FEE* | | | |
| 11/24/2018 | 19.95 | 0.00 | |
| *State Sales Tax* | | | |
| 11/24/2018 | 1.75 | | |
| *FACILITIES FEE* | | | |
| 11/25/2018 | 19.95 | 00 | 63.35 |
| *State Sales Tax* | | | |
| 11/25/2018 | 1.75 | 0.00 | 65.10 |
| *FACILITIES FEE 11/26* | | | |
| 11/27/2018 | 19.95 | 0.00 | 85.05 |
| *State Sales Tax* | | | |
| 11/27/2018 | 1.75 | 0.00 | 86.80 |
| *FACILITIES FEE* | | | |
| 11/27/2018 | 19.95 | 0.00 | 106.75 |
| *State Sales Tax* | | | |
| 11/27/2018 | 1.75 | 0.00 | 108.50 |
| *XXXX9446* | | | |
| 11/28/2018 | 0.00 | 108.50 | 0.00 |

고객님 영수증 - 클럽 쿼터스 호텔 인 샌 프란시스코 - Hotels.com          1의 2페이지

 Hotels.com                    〈숙박비 #34 이 864〉



Hotels.com 확인 번호 : **153702009738**

예약 완료: 온라인 - 화, 11/27, 2018 오후 1시 49분 32초 GMT+09:00

## 영수증

| 대금 청구 이름: | JANG Eunjung | 회사 상세 정보: |
|---|---|---|
| | | (주)농심 |
| | | 서울시 동작구 여의대방로112 |
| | | 법무팀 |

## 예약 세부 정보

| 숙박객 이름: | KIM BOGYOO | 객실 유형: | Club Room |
|---|---|---|---|
| 체크인: | 수, 11/28, 2018 | 호텔 세부 정보: | 클럽 쿼터스 호텔 인 샌 프란 |
| 체크아웃: | 목, 11/29, 2018 | | 시스코 |
| 숙박 일수: | 1 | | US |
| 객실 수: | 1 | | 샌프란시스코, 424 Clay St |
| | | | +14153927400 |

| 요금: | | | KRW ₩ |
|---|---|---|---|
| 수, 11/28, 2018: | | | ₩285,184 |
| 할인 적용: | | | ₩0 |
| 소계: | | | ₩285,184 |
| 세금 및 수수료: | | | ₩46,912 |

| ***총 금액:*** | | | ***₩332,096*** |
|---|---|---|---|
| 지불된 금액: | | | ₩332,096 |
| 지불할 금액: | | | ₩0 |
| 지불 방법: | | | MasterCard |
| 카드 번호: | | | XXXXXXXXXXXX5378 |

*취소 정책*
*특별 요금(환불 불가)*
*이 특별 할인 요금은 환불되지 않습니다. 따라서 이 예약을 변경하거나 취소하시는 경우 지불하신 금액은*
*환불되지 않습니다.*
*숙박 시점에서 다음 요금을 지불하셔야 합니다.*

  • *리조트 요금, 1박 기준, 객실 1실당 USD 23.19*

*리조트 요금에 포함된 항목:*
  • *체크인 시 제공 기프트*



＄０ 22,62Ŋ

| Room | Name | |
|------|------|--|
| 228 | Bogyoo Kim | |

| FOLIO NO | ARRIVAL | DEPARTURE |
|----------|---------|-----------|
| 1240JX | 11/28/2018 | 11/29/2018 |

| MEMBER | CREDIT CARD |
|--------|-------------|
| EXPEDIA | XXXX9446 |

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|------|---------|----------|---------|

FACILITIES FEE

| 11/28/2018 | 19.95 | 0.00 | 19.95 |
|------------|-------|------|-------|

XXXX9446

| 11/29/2018 | 0.00 | 19.95 | 0.00 |
|------------|------|-------|------|

| | Grand Total | | $0.00 |
|--|-------------|--|-------|

PAID IN FULL, THANK YOU



## e-Ticket Itinerary & Receipt
Provided by **TOPAS**

LIMJINHEE ( Tel 02-720-0011 )

1440 / 28JAN19

| | |
|---|---|
| Passenger Name | **KIM/HAKSUNG MR**<br>KE11371639**** |
| Booking Reference | 9727-7037 |
| Ticket Number | 1802833581708 |

서울점 $1이상 or 인천공항점 $100이상 구매시
**신라면세점 선불카드 1만원**
#0737  안내데스크에서 증정(2019.1.1~1.31)
담배/일부 품목 제외, 타 행사 중복 불가
기간 내 1인 1회, 수령 당일만 사용 가능

---

### Itinerary

| Flight | **KE0025** (Reference:**K2J6WX**) Operated by **KE(KOREAN AIR)**<br>* **Korean Air** operates in **Terminal 2** of Incheon Airport. |
|---|---|

| | | | | |
|---|---|---|---|---|
| Departure | **SEOUL(ICN/Incheon intl)** | **23NOV18(FRI)** | 20:20 Local Time | **Terminal No. : 2** |
| Arrival | SAN FRANCISCO(SFO/San francisco) | 23NOV18(FRI) | 13:55 Local Time | Terminal No. : I |

| | | | |
|---|---|---|---|
| Flight Time | 10H 35M | SKYPASS Miles | 7045 |
| Booking Class | C (Prestige) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | JCXRT | Seat No. | 11B |
| Aircraft Type | BOEING 777-300ER | | |

| Flight | **KE0026** (Reference:**K2J6WX**) Operated by **KE(KOREAN AIR)** |
|---|---|

| | | | | |
|---|---|---|---|---|
| Departure | **SAN FRANCISCO(SFO/San francisco)** | **30NOV18(FRI)** | 23:30 Local Time | Terminal No. : I |
| Arrival | SEOUL(ICN/Incheon intl) | 02DEC18(SUN) | 05:30 Local Time | **Terminal No. : 2** |

| | | | |
|---|---|---|---|
| Flight Time | 13H 00M | SKYPASS Miles | 7045 |
| Booking Class | C (Prestige) | Not Valid Before | - |

* Booking Class may differ from what is displayed according to the airline flight information.

| | | | |
|---|---|---|---|
| Seat Type | - | Not Valid After | 23NOV19 |
| Status | OK (Confirmed) | Baggage | 2PC |
| Fare Basis | JCXRT | Seat No. | 11B |
| Aircraft Type | BOEING 777-300ER | | |

* For discounted or free tickets, mileage may not be provided or mileage accrual may be different depending class.

* Please reconfirm the aircraft type during check-in since the aircraft type can be changed without prior notice depending on the circumstance of an airline.

* **All information could be change according to airlines or airport reasons.**

* **BAGGAGE POLICY - FOR TRAVEL TO/FROM, WITHIN THE US, PLEASE VISIT:**
  대한항공

---

### Ticket/Fare Information

| | |
|---|---|
| Conj.Ticket No. | |
| Fare Calculation | SEL KE SFO2760.28KE SEL2760.28NUC5520.56END ROE1131.499401 XF SFO4.5 |
| Tour Code | XSDQCKALG |
| Fare Amount | KRW 6246600 (Paid Amount KRW 6246600) |

| | |
|---|---|
| Equiv. Fare Paid | |
| Taxes/Carrier-imposed Fees | Paid Amount KRW 277900 |
| * Taxes | KRW 28000BP 6600YC 20800US 20800US 4500XA 8000XY 6400AY 5200XF |
| | * The BP Tax includes International PSC(Incheon/Gimpo Airport KRW 17,000, other airports KRW 12,000), Departure Tax(KRW 10,000) and Global Disease Eradication Fund(KRW 1,000). |
| * Fuel Surcharge | KRW 177600YR |
| Service Fees | 0 |
| Total Amount | KRW 6524500 (Total Paid Amount KRW 6524500) |
| Form of Payment | CCVI XXXXXXXXXXXXX4932 / XXXX/00 |
| e-Ticket Issue Date/Place | 16NOV2018 / 17306951 / SELK132BI |

* The fare amount is a published fare and may differ from the actual fare paid. Please refer to the total paid amount above or the separate receipt in detail.

## Baggage Information

ICNSFO
1st checked bag  : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM)
2nd checked bag  : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM)
Carry-on bag  : ICNSFO Default Carry On Baggage
Link : KOREAN AIR

SFOICN
1st checked bag  : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM)
2nd checked bag  : FREE OF CHARGE ( UPTO70LB 32KG AND62LI 158LCM)
Carry-on bag  : SFOICN Default Carry On Baggage
Link : KOREAN AIR

LB = weight in pounds, KG = weight in kilos,
LI = Length in Inches, LCM = Length in Centimeters

Free baggage allowance and excess fee noted above are based on the paid fare and are only provided for your reference. Benefits of additional baggage may be applied during check-in based on airline Elite Member status.

▸ Please review the attached 'NOTICE' section.
▸ Please note that you are required to keep a printed copy of this itinerary / receipt with you throughout your journey, as it is required for check-in and immigration purposes. The name on the passport must match the name of the passenger shown.
▸ **Check-in closing time at most airports is 40 minutes ( 1 hour in case of departing from North/South America, Europe, Middle East, Africa and India)** prior to the scheduled departure time. Therefore, it is recommended for passengers to arrive at the airport at least 2 hours before their departure.
▸ Check-in for code-share flights is available at the operating carrier counters in each airport and check-in closing time may vary with a code-share flight according to the regulations of the operating carrier.
▸ If you reserve a seat in advance, then please be sure to check in one and a half hours prior to the scheduled departure time (1 hour for passengers flying on First and Prestige Class). You will not be guaranteed a reserved seat if you check in within the one and a half hours period (1 hour for First and Prestige Class).
▸ The Aviation Security Act of Republic of Korea requires that we check passenger's passport and boarding pass at the boarding gate. Passengers are responsible for their travel documents (passport, visa or other entry permits) required for entering countries of final destination or transit. Passengers might be refused to check-in if their travel document are not prepared, and Korean Air will not be liable for any expenses incurred under the Passenger's Conditions of Carriage.
▸ The fare may differ when purchased through the operating carrier.
▸ **All services provided on codeshare flights depend on the agreement made between both carriers but basically follow the rules of the operating carrier. Some operating carriers may not provide services such as advance seat request, bassinet, special meals and SKYPASS benefit and Web/Mobile/Kiosk Check-In.**
▸ Other Airlines (including codeshare flights) may charge baggage handling fee regardless of Free Baggage Allowance. Please be sure to contact the airline in which you will check in and confirm the details.
▸ The carriage of hazardous materials aboard aircraft in your luggage or on your person is forbidden. (a violation for the flights from/to U.S.A can results in five years' imprisonment and penalties of $250,000.00 or more by federal law). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. (Example: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals.) There are special exceptions for small quantities of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact the airline representatives.
▸ Fragile or perishable items, cash, jewelry, securities or other valuable samples or business documents, personal medicines or electronic goods(laptop computers, cameras, mobile phones, MP3 players , etc.) cannot be transported as checked baggage, Please carry these items with you at all times. If the items above should be transported as checked baggage, please contact our staff. Please refer to Korean Air's Conditions of Carriage regarding all the baggage-related matters including limitations of liability.
▸ This Itinerary & Receipt is document provided for the sole purpose of confirming the details of information held in the e-Ticket. Any and all alterations, falsifications and/or fabrications of the Itinerary & Receipt can be

subject to punishment under the applicable laws and the responsibility of all costs incurred by and damages to Korean Air and affected third parties.

- ‣ Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.
- ‣ Korean Air Lines Co., Ltd. (hereinafter referred to as "Korean Air") will collect your personal information from the agency you use to reserve and purchase your ticket, and Korean Air will use your personal information to fulfill its duties as the carrier of your flight. Based on Article 37 of Personal Information Protection Policy, you have the right to choose to restrict Korean Air from using your personal information.
- ‣ Korean Air Service Center
  Korea : 1588-2001,
  Japan : (Toll-free)0088-21-2001, (For cellular phone and certain IP phone)06-6264-3311,
  China : 40065-88888, (For Roaming phone)+86-532-8378-7024,
  USA & Canada : (Toll-free)1-800-438-5000, (Text Telephone)1-888-898-5525
  Europe : Toll-free numbers by each European country, please refer to  Contact KAL
  \* Please refer to [Q Contact KAL] for contact numbers from other regions.
  \* The extent of service may be limited depending on the hours of operations of Regional Offices and Service Centers.
  \* Korean Air assumes the cost of the phone call made to Korean Air using the Toll-free phone numbers. However, calls maybe restricted or charged depending on the policy (such as roaming service and etc.) of the telephone service provider and hotel conditions.
  Therefore, we recommend that you check the connecting telephone service provider's policy before use. \* Phone numbers may be changed without prior notice. Please visit Korean Air website.
  KOREAN AIR | 260, Haneul-gil, Gangseo-gu, Seoul, Korea | President : Cho, Won Tae and 2 others | Business Registration Number : 110-81-14794 | http://www.koreanair.com

Remarks

외교부 해외안전여행

대한민국 국민이 이라크, 아프가니스탄, 소말리아, 시리아, 리비아를 여행하는 것은 법에 의해 금지되어 있습니다.
안전한 해외여행을 위해 여행목적지 여행경보 단계를 꼭 확인하세요 (www.0404.go.kr)
여행 전 해외여행자 사전등록제 "동행"에 가입하시면 여행국가의 안전정보를 이메일로 받아 보실 수 있습니다.
스마트폰 앱 스토어에서 '해외안전여행'을 검색! 해외에서의 긴급연락처도 받아가세요.
해외여행 중 사건&사고로 인해 도움이 필요한 상황할 지하시면 영사콜센터에서 유용한 안내를 받으실수 있습니다 (+80-3210-0404).

삼성화재 다이렉트    잠깐! 여행자보험 가입 하셨나요?    확인하기
손해보험협회 심의필          인터넷 가입 시 20% 할인! (삼성화재 오프라인 대비)
제2017-4092호(2017.8.21)

## 지불영수증 <span>Payment Receipt</span>

### 항공권 결제 방식 카드

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| VI | XXXXXXXXXXXX4932 |

| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
|---|---|
| XXXX | 16NOV18 |

| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
|---|---|
| 00 | 67926254 |

| 결제금액/AMOUNT | 항공권번호/TICKET NUMBER |
|---|---|
| KRW 6,524,500 | 1802833581708 |

| 항공사/AIRLINE | 예약번호/RESERVATION NUMBER |
|---|---|
| KE(KOREAN AIR) | 9727-7037 |

### 취급수수료(TASF) 결제 방식

| 카드종류/CARD TYPE | 카드번호/CARD NUMBER |
|---|---|
| | |

| 유효기간/EXPIRY DATE | 거래일자/TRANSACTION DATE |
|---|---|
| | |

| 할부기간/EXTENDED TERM | 승인번호/APPROVAL NUMBER |
|---|---|
| | |

| 결제금액/AMOUNT | 취급수수료번호/TASF NUMBER |
|---|---|
| | |

| 여정/ITINERARY |
|---|
| ICN-SFO-ICN |

| 승객명/PASSENGER NAME |
|---|
| KIM/HAKSUNG MR |

| 총 결제 금액/TOTAL AMOUNT | 여행사/PLACE OF ISSUE |
|---|---|
| KRW 6,524,500 | / |

이 영수증은 국세청 증빙용으로 사용하실 수 없습니다.



# Club Quarters Hotel in San Francisco, 샌프란시스코

2018년 11월 23일 - 2018년 11월 28일  |  일정 번호 7389426029825

---

## Club Quarters Hotel in San Francisco
**Nov 23, 2018 - Nov 28, 2018 , 1 room |  5 nights**

**COMPLETED**
Confirmation #      **58312SB533243**

**This reservation is complete. We hope you had a great trip.**



424 Clay St, San Francisco, CA, 94111 United States of America

**Tel: 1 (415) 392-7400, Fax: 1 (415) 392-7300**

### Check-in
- **Check-in time starts at 3 PM**
- **Check-in time ends at midnight**
- **Your room/unit will be guaranteed for late arrival.**

### Important Hotel Information

Although 익스피디아 does not charge a fee to change or cancel your booking, **Club Quarters Hotel in San Francisco** may still charge a fee in accordance with its own rules & regulations.

- **Cancellations or changes made after 15:00 (Pacific Daylight Time (US & Canada); Tijuana) on Nov 21, 2018 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.**
- **View your** online itinerary **for additional rules and restrictions.**

| **Room** | **Standard Room** |
|---|---|
| | Includes: Free Wireless Internet |
| Confirmation #: | 58312SB533243 |
| Reserved for | HAKSUNG KIM<br>1 adult |
| Requests | 1 Queen Bed, non-smoking room |

### Price Summary

| Total | **₩1,070,292** |
|---|---|
| Collected by 익스피디아 | |

| **Room Price** | **₩1,070,292** |
|---|---|
| **5 nights** | **₩183,820**<br>avg./night |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| Taxes & Fees | ₩151,191 |

All prices quoted in KRW.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

You'll be asked to pay the following charges at the property:

- **Resort fee: USD 21.70 per accommodation, per night**

The resort fee includes:
- **Fitness center access**
- **Business center/computer access**
- **Internet access**
- **In-room coffee**
- **In-room bottled water**
- **Additional inclusions**

We have included all charges provided to us by the property.

However, charges can vary, for example, based on length of stay or the room you book.

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The hotel will assess these fees, charges, and surcharges upon check-out.

## 클럽 쿼터스 호텔 인 샌 프란시스코
**2018년 11월 23일 - 2018년 11월 28일 , 객실 1개 | 5박**

완료됨
확인 번호          58312SB533243

이 예약이 완료되었습니다. 즐거운 여행이 되셨기를 바랍니다.

 424 Clay St, San Francisco, CA, 94111 미국
전화: (1) 415 392-7400, 팩스: (1) 415 392-7300

### 체크인
- 체크인 시작 시간 - **15:00**
- 체크인 종료 시간 - 자정
- 늦게 도착하시더라도 예약된 객실/유닛은 보장됩니다.

### 중요 호텔 정보

익스피디아는 예약 변경 또는 취소 수수료를 부과하지 않지만 클럽 쿼터스 호텔 인 샌 프란시스코에서 자체 규칙 및 규정에 따라 수수료를 부과할 수 있습니다.

- **2018년 11월 21일 15:00**(태평양 일광 절약 시간제(미국 및 캐나다); 티후아나) 이후에 취소 또는 변경하거나 노쇼의 경우 예약 시 결제하신 총 금액의 **100%**에 해당하는 숙박 시설 수수료가 부과됩니다.
- 온라인 일정 에서 추가 규칙 및 제한 사항을 확인해 주시기 바랍니다.

| 객실 | 스탠다드룸 |
| --- | --- |
|  | 포함 사항: 무료 무선 인터넷 |

**확인 번호:** 58312SB533243

**예약자** HAKSUNG KIM
성인 1명

**요청 사항** 퀸사이즈침대 1개, 금연 객실

### 요금 요약

| 합계 | ₩1,070,292 |
| --- | --- |
| 익스피디아에 결제 |  |

| 객실 요금 | ₩1,070,292 |
| --- | --- |
| 5박 | ₩183,820 1박 평균 |
| 2018.11.23 | ₩170,921 |
| 2018.11.24 | ₩170,921 |
| 2018.11.25 | ₩170,921 |
| 2018.11.26 | ₩181,669 |
| 2018.11.27 | ₩224,669 |
| 세금 및 수수료 | ₩151,191 |

모든 가격은 **KRW** 통화로 계산된 금액입니다.

### 추가 호텔 서비스

아래의 요금과 보증금은 선택하신 객실 요금에 포함되지 않은 경우에만 적용됩니다.

숙박 시설에서 다음 요금을 지불하셔야 합니다.

- 리조트 요금: 1박 기준, 숙박 시설당 **USD 21.70**

리조트 요금에 포함된 항목:
- 피트니스 센터 이용
- 비즈니스 센터/컴퓨터 이용
- 인터넷
- 객실 내 커피
- 객실 내 생수



| Room | | Name | |
|---|---|---|---|
| 239 | | Haksung Kim | |

₩ 124,335

| FOLIO NO | ARRIVAL | DEPARTURE | |
|---|---|---|---|
| 1235T8 | 11/23/2018 | 11/28/2018 | |

| MEMBER | | CREDIT CARD | |
|---|---|---|---|
| EXPEDIA | | XXXX0683 | |

DESCRIPTION

| DATE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|
| FACILITIES FEE | | | |
| 11/23/2018 | 19.95 | 0.00 | 19.95 |
| State Sales Tax | | | |
| 11/23/2018 | 1.75 | 0.00 | 21.70 |
| FACILITIES FEE | | | |
| 11/24/2018 | 19.95 | 0.00 | 41.65 |
| State Sales Tax | | | |
| 11/24/2018 | 1.75 | 0.00 | 43.40 |
| FACILITIES FEE | | | |
| 11/25/2018 | 19.95 | 0.00 | 63.35 |
| State Sales Tax | | | |
| 11/25/2018 | 1.75 | 0.00 | 65.10 |
| FACILITIES FEE 11/26 | | | |
| 11/27/2018 | 19.95 | 0.00 | 85.05 |
| State Sales Tax | | | |
| 11/27/2018 | 1.75 | 0.00 | 86.80 |
| FACILITIES FEE | | | |
| 11/27/2018 | 19.95 | 0.00 | 106.75 |
| State Sales Tax | | | |
| 11/27/2018 | 1.75 | 0.00 | 108.50 |
| XXXX0683 | | | |
| 11/28/2018 | 0.00 | 108.50 | 0.00 |



| Room | | Name | |
|---|---|---|---|
| 239 | | Haksung Kim | |

| FOLIO NO | ARRIVAL | DEPARTURE | |
|---|---|---|---|
| 1235T8 | 11/23/2018 | 11/28/2018 | |

| MEMBER | | CREDIT CARD | |
|---|---|---|---|
| EXPEDIA | | XXXX0683 | |

| DESCRIPTION | | | |
|---|---|---|---|
| DATE | CHARGES | PAYMENTS | BALANCE |

Grand Total                    $0.00

PAID IN FULL, THANK YOU

고객님 영수증 - 클럽 쿼터스 호텔 인 샌 프란시스코 - Hotels.com                    1의 2페이지

 Hotels.com

〈숙박비 ₩ 572,419〉



Hotels.com 확인 번호 : **153702073563**

예약 완료: 온라인 - 화, 11/27, 2018 오후 1시 52분 41초 GMT+09:00

## 영수증

| | | | |
|---|---|---|---|
| 대금 청구 이름: | JANG Eunjung | 회사 상세 정보: | |
| | | (주)농심 | |
| | | 서울시 동작구 여의대방로112 | |
| | | 법무팀 | |

## 예약 세부 정보

| | | | |
|---|---|---|---|
| 숙박객 이름: | **KIM HAKSUNG** | 객실 유형: | Club Room |
| 체크인: | 수, 11/28, 2018 | 호텔 세부 정보: | 클럽 쿼터스 호텔 인 샌 프란시스코 |
| 체크아웃: | 금, 11/30, 2018 | | |
| 숙박 일수: | 2 | | US |
| 객실 수: | 1 | | 샌프란시스코, 424 Clay St |
| | | | +14153927400 |

| 요금: | **KRW ₩** |
|---|---|
| 수, 11/28, 2018: | ₩285,184 |
| 목, 11/29, 2018: | ₩206,240 |
| 할인 적용: | ₩0 |
| 소계: | ₩491,424 |
| 세금 및 수수료: | ₩80,838 |
| **총 금액:** | **₩572,262** |
| 지불된 금액: | ₩572,262 |
| 지불할 금액: | ₩0 |
| 지불 방법: | MasterCard |
| 카드 번호: | XXXXXXXXXXXX5378 |

*취소 정책*
**특별 요금(환불 불가)**
이 특별 할인 요금은 환불되지 않습니다. 따라서 이 예약을 변경하거나 취소하시는 경우 지불하신 금액은 환불되지 않습니다.
숙박 시설에서 나온 요금을 지불하셔야 합니다.

• 미국 요금, 1박 기준, 숙박 시설당 USD 23.19

미국 요금의 내역보기



CLUB
QUARTERS
HOTELS

₩ 45,266

| Room | | Name | |
|---|---|---|---|
| 239 | | Haksung Kim | |
| FOLIO NO | ARRIVAL | DEPARTURE | |
| 1240JY | 11/28/2018 | 11/30/2018 | |
| MEMBER | | CREDIT CARD | |
| EXPEDIA | | XXXX0683 | |
| DESCRIPTION | | | |
| DATE | CHARGES | PAYMENTS | BALANCE |

FACILITIES FEE

| 11/28/2018 | 19.95 | 0.00 | 19.95 |
|---|---|---|---|

FACILITIES FEE

| 11/29/2018 | 19.95 | 0.00 | 39.90 |
|---|---|---|---|

XXXX0683

| 11/30/2018 | 0.00 | 39.90 | 0.00 |
|---|---|---|---|
| | Grand Total | | $0.00 |

PAID IN FULL, THANK YOU